UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 13-1228 |
| ) | |
| AMERICAN POSTAL WORKERS UNION, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and based on the Verified Complaint, the Affidavits of Mark Dimondstein and Paul Alan Levy, and the accompanying memorandum of law, plaintiffs move the Court to grant a preliminary injunction compelling defendant American Postal Workers Union to allow them to send their campaign literature, at their own expense, to all email addresses that the APWU or any of its officers or staff have for members of the APWU, or to any segment of the email addresses that plaintiffs may elect, and further compelling defendant to inform plaintiffs what categories or classifications of email addresses the union has, that would enable plaintiffs to send specialized mailings to part of the union membership.

Respectfully submitted,

  /s/ Paul Alan Levy
Paul Alan Levy (DC Bar No. 946400)
Jehan A. Patterson (DC Bar 1012119)

Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-1000 (voice)
(202) 588-7795 (facsimile)
plevy@citizen.org
jpatterson@citizen.org

Attorneys for Plaintiffs

August 9, 2013