# THE AMERICAN Postal Worker

**APWU**

JULY–AUGUST 2013

Now Run By Pitney Bowes

UNITED STATES POSTAL SERVICE

Is a Private Postal Service in America's Future?

EXHIBIT C



**THE AMERICAN POSTAL WORKER**
JULY-AUGUST 2013
VOLUME 43, NUMBER 4





# COLUMNS

**4** PRESIDENT
When Doing Nothing
Does Something

**8** VICE PRESIDENT
The Postal Service's
Credibility Deficit

**10** SECRETARY-TREASURER
A Fundamental Truth
Is Lost on Many
Employers

**12** INDUSTRIAL RELATIONS
Union Wins Major Case
For Clerks in Small Offices

**20** EASTERN REGIONAL COOR.
USPS Finally Gets It:
We Care About Safety

# DIVISIONS

**14** CLERK DIVISION
The PSE Dilemma

**16** MAINTENANCE DIVISION
Transfers to
Avoid Excessing

**18** MOTOR VEHICLE DIVISION
Big Challenges,
Changes Ahead

# DEPARTMENTS

**24** LEGISLATIVE & POLITICAL
The Fight for
Postal Reform
Goes On

**26** ORGANIZATION
Do You Still Look for
The Union Label?

**27** RESEARCH AND EDUCATION
Helping a Loved One
Overcome Addiction

**29** HUMAN RELATIONS
Raising Awareness
To Save Lives

**30** HEALTH PLAN
Safe Summer Grilling

**31** RETIREES
Alzheimer's, CPI,
Debts to USPS

## WRITE TO US

We welcome letters. We will print your name and local affiliation, and we ask, for verification purposes, that you include your address, phone number and Social Security number or employee i.d. number. Send letters and other items to: The American Postal Worker, Attn: Sally Davidow, 1300 L St. NW, Washington, DC 20005.

Case 1:13-cv-01228-CKK   Document 2-3   Filed 08/09/13   Page 3 of 80



THE AMERICAN

# Postal Worker

(ISSN 0044-7811) is published bimonthly by the
American Postal Workers Union, AFL-CIO,
1300 L Street NW, Washington, DC, 20005.
www.apwu.org
Periodicals postage paid at Washington, DC.
and additional mailing offices
POSTMASTER: Send address changes to
THE AMERICAN POSTAL WORKER
1300 L Street, NW, Washington, DC, 20005.

| | |
|---|---|
| Cliff Guffey | President – Editor |
| Greg Bell | Executive Vice President |
| Elizabeth Powell | Secretary-Treasurer |
| | |
| Mike Morris | Director, Industrial Relations |
| Rob Strunk | Director, Clerk Division |
| Steven G. Raymer | Director, Maintenance Division |
| Michael O. Foster | Director, Motor Vehicle Division |
| Bill Manley | Director, Support Services Division |
| Sharyn M. Stone | Central Region Coordinator |
| Mike Gallagher | Eastern Region Coordinator |
| John H. Dirzius | Northeast Region Coordinator |
| Princella Vogel | Southern Region Coordinator |
| Omar M. Gonzalez | Western Region Coordinator |
| | |
| Gary Kloepfer | Legislative & Political Director – Assoc. Editor |
| Martha Shunn-King | Organization Director |
| Joyce B. Robinson | Research & Education Director |
| Sue Carney | Human Relations Director |
| William J. Kaczor Jr. | Health Plan Director |
| Judy Beard | Retirees Department Director |
| | |
| Lyle Krueth | Assistant Director, Clerk Division |
| Lamont Brooks | Assistant Director, Clerk Division |
| | |
| Idowu Balogun | Assistant Director, Maintenance Division |
| Gregory See | Assistant Director, Maintenance Division |
| | |
| Javier Piñeres | Assistant Director, Motor Vehicle Division |

**CLERK DIVISION NATIONAL BUSINESS AGENTS**

| | |
|---|---|
| Robert D. Kessler | Dennis Taff |
| Jeff Kehlert | Pat Davis-Weeks |
| Shirley J. Taylor | Linda J. Turney |
| Marilyn 'Mo' Merow | Robert Romanowski |
| Robert Bloomer Jr. | John Jackson |
| Peter Coradi | John Bernovich |
| Nancy E. Olumekor | Jack Crawford |
| Paul Hern | Jerry McIlvain |
| Sam Lisenbe | Christine Pruitt |
| Stephen Lukosus | Gilbert Ybarra |
| William Mellen | Larry Crawford |
| Tom O'Brien | Chuck Locke |
| Pamela Richardson | Martin J. Mater |
| James E. Scoggins | Mike O'Hearn |
| Billy Woods | Stella 'Joann' Gerhart |
| Martin Barron | Mike Schmid |
| Brian Dunn | Michael Sullivan |
| Lynn Pallas-Barber | Bernard C. Timmerman |
| Frank Rigiero | Rachel Walthall |

**MAINTENANCE DIVISION NATIONAL BUSINESS AGENTS**

| | |
|---|---|
| Vance Zimmerman | Richard 'Rick' Logan |
| Troy Rorman | Jimmie Waldon |
| Terry Martinez | Joe 'Dean' Hathaway |
| Charles Sundgaard | John Gearhard |
| William LaSalle | |

**MOTOR VEHICLE SERVICE DIVISION NATIONAL BUSINESS AGENTS**

| | |
|---|---|
| Merlie H. Bell | Joseph LaCapria |
| Ulysses Coneway | Kenneth Prinz |
| Dwight D. Johnson | Ed Knipe |

**OTHER NATIONAL BUSINESS AGENTS**

| | |
|---|---|
| Daniel Soto | James M. Patarini |

PRODUCED BY THE APWU COMMUNICATIONS DEPARTMENT
Sally Davidow    *Communications Director*

# FEATURES

**6** CHANGE IN OFFICERS
Hello, Goodbye, Thank-You

**7** SAVE THE POSTAL SERVICE
Local Efforts Amplify the Fight

**22** A LOOK BACK
To Stand Up,
Auto Workers Sat Down

**28** HOME FRONT
Record High Suicides

**32** APWU ELECTIONS
Candidates' Statements



**About the Cover:**
Congressional inaction is jeopardizing the Postal
Service and weakening the nation. We must intensify
our demand for postal reform that protects the USPS
as a public service. (See p. 4, 7, 8 and 24.)



*As the USPS lurches toward insolvency, politicians who favor privatization see an opportunity – the chance to turn a great public institution into a private business.*

## PRESIDENT CLIFF GUFFEY

### Hidden Agenda

# When Doing Nothing

DESPITE A FLURRY OF LEGISLATIVE ACTIVITY IN JUNE, IT SEEMS CLEAR that some members of Congress aren't at all interested in saving the Postal Service. They may talk about the USPS crisis; they may even introduce "postal reform" bills. But they're content to fiddle while the USPS burns.

Why? Because the Postal Service's manufactured financial crisis helps achieve their goals. As the Postal Service lurches toward insolvency, politicians who favor privatization see an opening – the chance to turn a great public institution into a private business opportunity for their cronies on Wall Street. The deeper the crisis, the greater their chance of success.

And with no Congressional relief in sight, the USPS is racing to take apart the mail processing network and cut service. Dismantling the network and degrading service also help those who want to carve up postal operations and turn them over to private businesses – such as Pitney-Bowes, UPS, FedEx and others.

That's why it is crucial that we intensify our demand for *real* postal reform – reform that would protect the USPS as a public postal service.

### Doing Nothing, They Get What They Want

Unfortunately, congressional dysfunction isn't limited to postal matters. It seems to affect every problem facing our country today. Whether it's the budget, jobs or the economy, Congress seems to be unable to do anything about the pressing issues facing our country. And congressional inaction helps our adversaries get what they want.

We've seen that right-wing extremists are willing to repeatedly

---

**CLARIFICATION**

Due to an editing error, there was some confusion about the president's column in the last issue: The national union monitors USPS violations of district-wide limits on the use of Postal Support Employees and pursues appropriate remedies.

Locals should monitor USPS compliance with limits on the use of PSEs on the window and pursue appropriate remedies. Reports provided to the APWU by the USPS show hundreds of locations that appear to be using too many PSEs on the window. Each case must be investigated to demonstrate, among other things, that PSEs are actually performing work on the window. When violations are documented, locals should file grievances. The reports are posted at *www.apwu.org*, on the Industrial Relations page, under "USPS Reports."

# Does Something

bring the nation to the brink of default in order to destabilize programs they oppose. Social Security, Medicare, unemployment insurance, student loans and nutritional assistance for young children are all at risk.

Likewise, by stalling postal reform, the enemies of a public postal service achieve their objectives – deepening the crisis, inflicting massive cuts on the postal network, undermining service and paving the way for a private postal service.

In doing so, they are ignoring the will of the American people, who reject postal privatization and oppose significant cuts in postal service. *(See Vice President Greg Bell's article, page 8.)*

Nonetheless, "think tanks" are issuing calls to contract out mail processing and retail operations. They are churning out proposals with sweet-sounding labels, such as a "public-private partnership" or a "hybrid model," where the Postal Service would retain delivery but contract out everything else.

As we go to press, Britain's Royal Mail is being sold off in a stock offering that is being managed by the Swiss megabank UBS and the Wall Street firm Goldman-Sachs. These are some of the same folks who want to get their hands on the U.S. Postal Service – minus the unionized workforce, of course.

## Need a Scorecard?

On Feb. 13, Sen. Bernie Sanders (I-VT) and Rep. Peter DeFazio (D-OR) introduced the Postal Service Protection Act (S. 316 / H.R. 630), which the APWU supports. The bill would provide a real path to postal viability. Neither Sen. Sanders nor Rep. DeFazio serves on the relevant oversight committees, however, and the legislation hasn't been brought up for consideration.

On June 13, Rep. Darrell Issa (R-CA), chairman of the House Government Reform and Oversight Committee, released a "discussion draft" of a bill that would hasten the demise of the USPS. It would severely harm postal workers, privatize large portions of USPS operations, degrade service, and do virtually nothing to strengthen the Postal Service's ability to serve the communications needs of our nation.

On June 20, Rep. Rosa DeLauro (D-CT) introduced the Protect Overnight Delivery Act, (H.R. 2459), which would stop plant consolidations by preserving overnight delivery. Rep. DeLauro isn't on the postal oversight committee, so her bill faces an uphill climb for consideration.

As we go to press, the Ranking Democrat on the House Committee, Rep. Elijah Cummings (MD), and the chair of Senate committee, Sen. Tom Carper (D-DE), plan to introduce postal reform bills, but haven't done so yet.

## Daunting Challenges

The challenges we face are daunting, but they aren't just postal issues. They go to the core of our democracy.

*We, the People,* are being marginalized by corporate dominance of our economy, our mass media, and our political system. That's why the 2014 elections will be crucial.

Unless we change the political forces in our society, the Postal Service – and many other great American institutions – will one day be quaint remembrances from a bygone era.

We cannot allow our adversaries to destroy the USPS. We must defend the great public postal service we have dedicated our working lives to. To do that, we must enlist support from our allies – the people and businesses who rely on the mail – and we must spread our message to lawmakers and the media.

And we must upend the political dynamic that is weakening the United States of America – beginning now as we prepare for the 2014 congressional elections. ∎

# Hello, Goodbye, Thank-You

The ranks of national officers have changed quite a bit in the last few months. We said goodbye to Bob Pritchard, the former director of the Motor Vehicle Craft who retired in May, and congratulations to Michael O. Foster, who has succeeded him.

Bob was totally dedicated to protecting jobs in the Motor Vehicle Craft, and fought hard for a brighter future for the Postal Service and postal employees. He made great contributions to our organization and he will be missed.

Mike Foster served as assistant director of the craft for 12 years, so he was well-prepared to step into the role of director. As craft director, he has become the newest member of the National Executive Board.

Javier Piñeres, who was Western Region MVS National Business Agent, replaced Foster as assistant director, and Ed Knipe, former MVS director for the San Diego Area Local, filled the position of National Business Agent (NBA) for the Western Region. The appointments of Piñeres and Knipe were ratified unanimously by members of the MVS Division Council in April.

The new team of officers has already shown that they will continue to lead the Motor Vehicle Craft with great determination (*See p. 18.*)

## Changes in Legislative Department

We also said goodbye to Myke Reid, who ended an illustrious career as the APWU's Legislative and Political Director in May as well. Myke was widely respected in the halls of Congress and throughout the APWU. He participated in many of the great legislative battles working people fought over the last several decades, including enactment of the Family and Medical Leave Act and Hatch Act reform.


**Myke Reid**

Postal reform remains an unfinished goal and Myke has committed to do whatever he can to help us achieve our legislative objectives.

Gary Kloepfer, who served as a very effective officer in the Maintenance Craft since 1991, has stepped in as Legislative and Political Director.

## Maintenance Craft Vacancies

Maintenance Craft Director Steve Raymer recommended Idowu Balogun, who was Maintenance Craft National Representative-at-Large, to replace Gary as Assistant Director "A," and recommended that the duties of the Maintenance Craft National Rep-at-Large be absorbed by the director and assistant directors.

Steve's recommendations were approved by the Maintenance Craft Council, which is composed of Maintenance Craft national officers.

As a result, the National Rep-at-Large position will remain vacant and the position will not appear on the ballot when voting for national union officers takes place later this year.

## Clerk Craft Vacancies

Ben Lyons, Clerk Craft National Business Agent "A" for the Wichita Region, also retired in May – for the second time – ending a career that spanned more than four decades. Ben was an extremely popular and effective NBA when he retired in 2004. He was pressed into service again in 2012, when the Wichita Region NBA resigned.


**Ben Lyons**

A majority of Clerk Craft national officers approved a recommendation by Director Rob Strunk to leave the position vacant. As a result, it will not appear on the ballot when voting for national union officers takes place later this year.

The actions of the Maintenance Craft Council and Clerk Craft Council were authorized by delegates to the 2012 National Convention. Delegates approved an amendment to the APWU Constitution that allows national officers who are responsible for filling vacant positions to combine the duties of unoccupied positions with those of other officers. The resolution was intended to reduce the number of national union officers by attrition, while maintaining quality representation for APWU members. Delegates to the 2014 National Convention will decide whether the positions should be restored or eliminated.

A total of six national officer positions have been declared vacant this year.

## Other Departures

As we reported in the last issue of *The American Postal Worker*, we also said goodbye recently to Pat Williams, Assistant Director "A" of the Clerk Craft; Russ Bugary, Clerk Craft NBA "A" for the Cincinnati Region, and Nilda Chock, All-Craft NBA for the Pacific Area. Their positions will remain vacant when voting takes place later this year to elect the union's national officers.

Each of these officers worked tirelessly over many years for the benefit of their co-workers. On behalf of the members of the APWU, we wish them all the best in retirement and send them each a heartfelt "Thank you!"

– *Cliff Guffey*

# Local Efforts Amplify the Fight

*As the Postal Service proceeds with plans to consolidate the mail procession network, union members and citizens are fighting back.*

## NORFOLK

In Virginia, where the USPS plans to shift mail processing operations from the Norfolk Processing & Distribution Center to a facility near Richmond, union members have rallied opposition to the plan and generated considerable media coverage in the process.

Maintaining overnight delivery of local mail would be impossible after the consolidation, Norfolk Local President Michele Wright told the *Virginia-Pilot*. "We believe that our customers will be greatly impacted," she said. The union also rebutted management's claim that the consolidation would save $20 million.

Union leaders also described the hardships consolidation would cause the 211 clerks and 92 maintenance workers who would be affected. Many APWU members are wondering what postal jobs will be available within a 50-mile radius, as required by the contract.

APWU locals around the country are waging similar battles.

## BERKELEY

On the West Coast, the citizens of Berkeley CA have banded together to stop the Postal Service from selling the town's historic post office, a city landmark with notable architecture and New Deal-era art that has been a community gathering spot for a century.

Spearheaded by Mayor Tom Bates, the effort to prevent the sale of the Berkeley Main Post Office has drawn hundreds of people to public meetings and rallies. Residents fear the facility will be demolished or turned into upscale condominiums and retail outlets while postal services are moved to the outskirts of town. At a Feb. 26 meeting, an overflow crowd pummeled USPS managers with questions, and activists followed up with leafleting and petition campaigns to let their neighbors know what they were about to lose – and why.

Following a perfunctory public comment period, in April the USPS announced that it planned to proceed with the sale. In response, the union and community activists have renewed their efforts and drawn more support from allies across the nation.



More than 100 postal workers and supporters rallied in Norfolk May 24.

Credit: Vicki Cronis-Nohe | The Virginian-Pilot



Residents hoping to halt the sale of the Berkeley Post Office demonstrate on Dec. 4, 2012.

Credit: BerkeleysideHarvey Smith

Mayor Bates sent letters to government leaders in 54 other locations where historic post offices have been on the auction block, writing, "Collectively, we may be able to lobby the federal government to halt the sale of post offices across the country and express our outrage at the privatization of publicly funded buildings."

At a May 7 rally, hundreds of Berkeley residents crowded the sidewalks outside the facility to protest USPS plans and to urge California's U.S. senators, Barbara Boxer (D) and Diane Feinstein (D), to support the Postal Service Protection Act (S. 630). Only that kind of action would stop the red ink, APWU East Bay Area Local President Steve Lysaght told the *Mercury News*. ■



## EXECUTIVE VICE PRESIDENT GREG BELL

*The Postal Service intends to make our struggle to save mail processing facilities a moot point.*

*Greg Bell*

# The Postal Service's

THE DECISION BY POSTMASTER GENERAL PATRICK DONOHOE TO ACCELER-ate the consolidation of more than 70 mail processing plants that were originally scheduled for 2014 underscores the urgency of our struggle to get Congress to pass legislation that protects service and preserves the mail processing network.

Accelerating the consolidations causes unnecessary disruption in the lives of employees, harms communities, delays mail, degrades service, and drives away customers.

It also violates the commitment the PMG made to employees, customers, communities, businesses, and members of Congress that these consolidations would not occur before 2014.

However, the Postal Service is using Congress' failure to act to justify moving forward with its consolidation program. By accelerating its plans, the Postal Service intends to make our struggle to save these facilities a moot point.

Despite the obstacles, the APWU's efforts at the national, state and local level continue to garner support for our cause and opposition to efforts to dismantle the Postal Service mail processing network.

**Transparency and Credibility**

As the USPS Office of Inspector General (OIG) noted in a report issued in March, "Consolidation activities during the 2012 fall mailing season conflicted with information shared with stakeholders. In addition, overall cost-saving projections were revised on several occasions, causing stakeholders to further question the initiative." *(Management Advisory Report # NO-MA-13-004, Lessons Learned from Mail Processing Network Rationalization Initiatives.)*

The OIG report confirms what many of us already knew: The network consolidation plan lacks transparency and management's implementation of the plan undermines the Postal Service's credibility.

The APWU has been vigorously pursuing greater transparency in the consolidation process, but we've had to fight the Postal Service every step of the way.

The OIG report also noted, "Management stated that phased implementation of the initiative provides customers and employees with time to adapt to the smaller mail processing network, meets cost-reduction goals while maintaining service performance, and addresses scheduling constraints due to the holiday mailing seasons. In addition, incremental implementation allows management to develop and use any lessons learned for future consolidations."

Apparently, very little was learned.

Notwithstanding management's

# Credibility Deficit

claims, it's questionable whether the Postal Service can implement the accelerated consolidations without further delaying and degrading mail service.

## Outreach to Congress

Faced with these challenges, many locals have succeeded in persuading their members of Congress to send letters to Postmaster General Donahoe opposing mail processing consolidations. For example, a letter signed by 47 members of Congress urged the PMG to stand by his commitment to keep the more than 70 mail processing facilities open at least until next spring.

"Maintaining operations at the mail processing centers would allow Congress time to take action on postal reform legislation," the letter said. "It is critically important the Postal Service not pre-empt Congressional action by unilaterally moving forward with elimination of overnight delivery, allowing for major shutdowns across the country of mail processing facilities," the letter said.

The letter was signed by legislators who represent districts where impacted facilities are scheduled for accelerated consolidation.

## We Are Not Alone

Although APWU members are in the forefront of this struggle, we are not alone. According to a recent report released by the OIG, more than 70 percent of Americans oppose closing mail processing facilities if it would result in a one- or two-day delay in mail delivery. In addition, 74 percent of respondents oppose reducing the hours of operation at post offices.

The report, titled *What America Wants from the Postal Service – A Survey of Internet-Connected Americans,* was commissioned by the OIG, and conducted by InfoTrends – a leading market research firm. The purpose of the study was to survey Americans' perception of the Postal Service and the role it plays in their lives.

The significance of the survey is that it shows broad support by the American people for the USPS and the services we provide. The survey validates what we've been saying about the impact of cutbacks in service and hours on postal customers, and will help postal workers fight attempts to dismantle and privatize postal operations.

In addition to opposing reduced hours at post offices and closing mail processing facilities, most Americans recognize that the Postal Service provides a public service that should be maintained, even if it is not profitable.

In fact, when asked, *"Despite its current financial problems, do you believe the U.S. Postal Service should continue to be required to serve all areas of the country, even if it is not profitable to do so?"* 80 percent of Americans who responded said yes. (Among rural respondents 82 percent said yes; 79.3 percent of suburban respondents said yes, and 79.9 percent of urban respondents said yes.) Keep in mind, the survey was conducted among "Internet-connected Americans;" I suspect that if the same question were put to non-Internet-connected Americans, the percentage responding "yes" would be even greater.

The survey clearly shows that the American people want and expect the Postal Service to continue to fulfill its legal obligation to provide universal service to the American people at a reasonable and uniform cost.

When asked, *"If the U.S. Postal Service did not exist in five years, would it have an impact on you,"* approximately 95 percent said they would be impacted and about 48 percent said they would be significantly impacted.

As the survey demonstrates, significant majorities of the American people believe the Postal Service is relevant and important to their daily lives.

Because of our continuous and collective efforts, there is growing opposition to cutbacks and attempts to privatize the Postal Service.

As the struggle continues, we must tap that sentiment and turn it into political action that can achieve comprehensive postal reform that preserves service to the American people and good postal jobs for our members. ∎



# A Fundamental Truth

IN A RECENT ARTICLE I WROTE THAT HENRY FORD, A STAUNCH ANTI-union employer, understood a fundamental principal: The workers who make products must be able to afford to buy them. It's obvious that this fundamental truth is lost on many of today's business leaders.

The middle class is the engine that drives our economy, but the middle class is being wiped out. The 99 percent of Americans who work for a living are being pushed down with wage cuts or pay stagnation, job loss, and attempts by those who have a disproportionate amount of wealth to grab even more.

From 1979 to 2007, the inflation-adjusted average annual income of the highest-income 1 percent of households grew by 224 percent. In contrast, the income of the bottom 90 percent grew just 5 percent – and that growth occurred by 2000; income declined between 2000 and 2007.

**Overlooked Reason**

Overall, working peoples' wages have been stagnant or have declined since 1970. There are many reasons for our current predicament, including stagnant wages, more wealth going to the richest few, globalization, the Great Recession and more.

But according to David Madland and Nick Bunker of the Center for

*An often overlooked cause of stagnant wages is the decline in labor unions.*



**As union membership rates decrease, middle-class incomes shrink**

Union membership rate

Middle class share of aggregate income

■ Union membership rate
■ Middle class share of income

1967  1971  1975  1979  1983  1987  1991  1995  1999  2003  2007  2011

Sources: Union Membership Rate is from Barry T. Hirsch, David A. Macpherson, and Wayne G. Vroman, "Estimates of Union Density by State," Monthly Labor Review, Vol. 124, No. 7, July 2001. Middle Share of Aggregate Income is from the Current Population Survey, Census Bureau.

# Is Lost on Many Employers

American Progress Action Fund, there is another often overlooked dynamic: the decline of labor unions. Over the past several decades, they write, "The decline in the unionization rate tracks almost perfectly with the decline in the share of income going to the middle class. Unions are crucial to reversing this trend. By advancing the interests of the middle class – both in the workplace and in our democracy – unions help build and strengthen the middle class.

"In the workplace, workers who join together in unions are able to negotiate on a more equal footing with their employers. Unionization not only helps increase wages and benefits for union members but also can set a standard for employers who aren't working with unions to follow when union density is sufficiently high."

## Our Stake

Collective bargaining has protected postal workers from the pay cuts and layoffs that have afflicted so much of America's middle class. Despite the devastating jolt to the economy caused by the Great Recession of 2008 and the precarious state of USPS finances, we succeeded in negotiating modest pay raises during contract negotiations in 2010, and we retained our protection against layoffs.

But the concentration of wealth and income among the nation's richest 1 percent affects us nonetheless. Downward pressure on middle-class wages hurts all workers, including us.

So we have a big stake in the fight against the unprecedented attacks on unions, especially public sector unions. These attacks are an attempt to destroy the power of working people. So-called "right-to-work" legislation – which doesn't guarantee employment but instead limits unions' ability to organize, the elimination of "dues check-off" as a method for collecting union dues, and voter suppression bills are just a few examples of these attacks.

Unions were instrumental in the growth of America's great middle class and are still the best means for workers to fight for our fair share. Unions have played a critical role in helping our nation prosper.

We must continue the fight! ∎

## 30 Reasons to Thank Unions

- Weekends
- Breaks at Work (Including for Lunch!)
- Paid Vacation
- Sick Leave
- FMLA
- Holiday Pay
- Social Security
- Pensions
- Child Labor Laws
- Minimum Wage
- Overtime Pay
- Workers' Comp (Pay for Injured Workers)

- Collective Bargaining Rights
- Health Insurance Employers Help Pay For
- Unemployment Insurance
- Workplace Safety Standards and Regulations
- Wrongful Termination Laws
- Civil Rights Act / Title VII (Prohibits Employer Discrimination)
- Age Discrimination in Employment Act of 1967
- Veteran's Employment and Training Services (VETS)

- Whistleblower Protection Laws
- Sexual Harassment Laws
- Americans With Disabilities Act (ADA)
- Employer Dental, Life, and Vision Insurance
- Privacy Rights
- Pregnancy and Parental Leave
- Military Leave
- Public Education for Children
- Equal Pay Acts of 1963 & 2011 (Requires employers to pay men and women equally for the same work)
- Laws Ending Sweatshops



## INDUSTRIAL RELATIONS DIRECTOR

# Union Wins Major Case

### *Management's Bad Faith Stymies Settlement*

*A settlement between the union and management limits the number of hours postmasters may perform bargaining unit work in small offices.*

THE UNION WON A MAJOR ARBITRATION VICTORY ON MARCH 29, WHEN Arbitrator Shyam Das issued a long-awaited decision that will benefit clerks working in small post offices. The ruling settles a dispute about the amount of bargaining unit work postmasters and supervisors may perform in Level 18-and-below offices.

Arbitrator Das upheld the union's position, ruling that the "Global Settlement" Memorandum of Understanding (MOU) between the union and management sets absolute limits on the number of hours postmasters may perform bargaining unit work in small offices. The MOU, which is part of the 2010-2015 Collective Bargaining Agreement, says postmasters may perform up to 15 hours of bargaining unit work per week in Level 18 post offices and up to 25 hours in Level 15 and Level 16 offices. Under the terms of the contract, postmasters and supervisors may not perform any bargaining unit work in Level 20-and-above post offices except under very narrow exceptions such as an emergency, which are listed in Article 1.6.A.

During bargaining, when the agreement on the MOU was struck, the APWU proposed language clarifying that, "All time the supervisor or Postmaster spends staffing the window during the day will be counted towards the permissible bargaining unit work limits." The USPS agreed.

We clearly stated during negotiations that if the window is open for business, it is being staffed. If the person staffing the window is a postmaster, all time the window is open must be counted against the limits, regardless of other tasks the postmaster performs during that time.

After agreeing to the language in negotiations, the USPS took the position in the field and at the arbitration hearing that what management intended was not all time *staffing* the window but rather actual time *working* the window, as reported by the postmasters and supervisors themselves. "All time spent staffing the window" didn't mean what it said, management asserted.

The arbitrator rejected management's arguments, ruling that in the absence of a clerk, "All time the supervisor or Postmaster spends staffing the window. . . includes all time the window is open."

The arbitrator also returned the issue of an appropriate remedy for the grievance to the union and management and retained jurisdiction in the event we were unable to agree upon a remedy.

## MIKE MORRIS

# for Clerks in Small Offices

### Dishonoring Our Agreement

This would have settled the dispute if the USPS acted in good faith, but instead management stonewalled.

On April 3, 2013, the first work day after receiving the award, rather than instructing Level 18-and-below postmasters to comply with the award, the USPS Vice President for Delivery and Post Office Operations sent instructions to the field stating, "Corporate direction for implementation will be provided by Headquarters' Labor Relations. Until such time, *there will be no subsequent changes resulting from this award.*" [Emphasis added.]

After repeated demands by the APWU, more than two months after receipt of the arbitrator's decision, management finally took initial steps to comply with the arbitrator's ruling. On June 6, the USPS vice president directed managers that the work-hour limitations on postmasters in Level 15, 16, and 18 post offices "must immediately be observed" if an office has the ability to utilize part-time flexible (PTF) employees or Postal Support Employees (PSEs), including by borrowing them from other facilities.

But this is just the first step. Several issues remain unresolved regarding implementation of the award.

We intend to make sure that management fully complies with the ruling. We will take all actions at our disposal, including legal action if necessary, to ensure our contract is honored and the arbitration award is enforced. We have submitted legal briefs to the arbitrator regarding the remedy for the contract violations that occurred before Arbitrator Das issued the award and we are awaiting his decision.

We will continue to fight for justice for employees working in small post offices.

Meanwhile, we are hearing that postmasters are continuing to work in excess of the contractual limits. As a result, the Postal Service's liability is continuing to grow and our members who work in small post offices are experiencing financial distress because they are being denied work opportunities guaranteed by the contract.

Johnny Jamison, a clerk in a small office in Kentucky who I have been corresponding with, said it best:

*"I am amazed that all the way up to district level, management is just defiantly non-compliant with a binding arbitration from two months ago. Some kind of integrity they have.*

*First they sign off on a contract that saves them millions, then they argue they didn't realize what they were signing so an arbitrator has to tell them. Then they just ignore what he says.*

*Yet no one in management is ever held accountable."* -

Amen, brother!

### A Word About the POSTtPlan

The Postal Service's audacity doesn't end with this particular non-compliance issue. Another example that affects our members in small offices is the POSTtPlan, an undertaking that clearly violates the terms of our contract.

The USPS took thousands of existing Level 15 and 16 post offices, many with clerks working in them, and unilaterally changed them to Level 2, Level 4 or Level 6 Remotely Managed Post Offices (RMPOs). Management removed the few supervisory or managerial duties that existed in these small offices and rather than return the remaining work to our members as required by our contract, gave it to re-designed Evaluated Postmasters (EPMs) and Postmaster Reliefs (PMRs).

We held the hearings on this issue before Arbitrator Stephen Goldberg in May and in June.

We will keep fighting until we get justice and our members are granted the rights we negotiated on your behalf. That is one more reason it pays to belong to the APWU! ∎



## CLERK DIVISION

# The PSE Dilemma

**MANAGEMENT HAS HIRED TOO MANY PSES! WHAT A SHOCK! RATHER THAN** carefully examining staffing needs and contractual restraints, the USPS rushed to hire PSEs far in excess of the limits outlined in the contract – in hundreds of districts.

The facts are not in dispute: The USPS has violated the Collective Bargaining Agreement.

So now what?

Management has already hinted that the Postal Service cannot afford a large payout as a remedy for the violation.

Really? For a business that is, by all measures, broke, the USPS doesn't hesitate to breach the contract and create liabilities. A financial remedy for management's blatant contractual violations would be costly for the Postal Service and probably wouldn't be significant for individual employees.

### More at Stake

In any case, there's more at stake than financial remedies for the contract violation. What PSEs really want is to become full-time career employees with all the rights and benefits permanent employees enjoy.

And that's what we're after as well. The APWU and the 2010-2015 contract are about jobs and job protection.

We are adamant that management must begin converting PSEs to career clerks in any area where the USPS has hired PSEs above contractual limits. The Postal Service also should convert

PSEs where there has not been or will not be excessing.

In addition, management should convert part-time flexibles (PTFs) to full-time or Non-Traditional Full-Time (NTFT) assignments. The USPS also should allow PTFs to use *eRassign* to transfer to nearby offices to fill full-time vacancies.

Management cannot be allowed to excess full- and part-time career clerks to other crafts and installations when PSEs are working full-time hours in the installation or surrounding installations. Unfortunately, we have heard examples of PSE clerks working as much as 70 hours per week in areas where excessing has occurred.

We work every day to get PSE and PTF employees converted to full-time and will continue to do so. After all, financial remedies are temporary; conversions last forever.

### Pushing Ahead

Industrial Relations Director Mike Morris has done an excellent job of scheduling our grievances for arbitration. We have won some big cases, including the "Global Settlement" case, which will result in more work-hours for employees in small offices, and the Motor Vehicle Craft subcon-



Assistant Director Lamont Brooks, Director Rob Strunk, and Assistant Director Lyle Krueth.

tracting case, which will help protect our jobs from subcontracting. We are awaiting a decision in the POStPlan case, in which the APWU protests management's improper assignment of bargaining unit work to supervisory personnel.

Coming soon will be the case about violations of PSE caps. We'll keep you posted.

### Acknowledgements

The Clerk Division has undergone important personnel changes in recent months, prompted by the retirement of several national officers. As a result, for the first time since the APWU was formed more than 40 years ago, there are now three Clerk Craft officers at the union's headquarters in Washington DC rather than four. We also eliminated two National Business Agent positions – one in the Wichita Region and another in the Cincinnati Region.

The elimination of the three Clerk Craft union officer positions was approved by the Clerk Division Council, following a recommendation by the craft director. The council's actions were authorized by the 2012 National Convention, which approved an amendment to the APWU Constitution that allows national officers to combine the duties of the unoccupied positions with those of other officers.

The resolution was intended to reduce the number of national union officers by attrition, while maintain-

ing quality representation for APWU members. As a result of the council's actions, elections will not be held for the vacant positions when balloting for national union officers takes place later this year. Delegates to the 2014 National Convention will decide whether the positions should be restored or permanently eliminated.

We want to acknowledge the work and commitment of the three Clerk Craft officers who retired, as well as the remaining officers in the Clerk Division, whose work will increase due to this council action. As one officer said, "We will have to work harder, but this is the right thing to do."

### Pat Williams

Patricia Ann Williams, who was Clerk Craft Assistant Director "A," retired on May 1. She was a vital part of the Clerk Division team in Washington, and was extremely popular among the members she served.

Pat represented our members on many important craft issues and also represented our union internationally on women's issues through her work with Union Network International, a worldwide federation of unions. She participated actively in POWER (Post Office Women for Equal Rights) and made sure her voice was heard at conventions of the Coalition of Black Trade Unionists.

But more than any specific union activity, Pat Williams is noted for her warmth, kindness and compassion.

Pat is also extremely proud of her role as a strong, positive influence within her large extended family. She is now pursuing her Ph.D. in counseling. On behalf of the entire Clerk Division, we congratulate Pat on her retirement and thank her for leaving this union better than she found it.

### Russ Bugary

Russ Bugary, National Business Agent for the Cincinnati Region, also retired in May. Russ was often recognized by his deep reverberating voice.

He was an expert on retail issues and often traveled to Washington to help the union prepare for contract negotiations, testify at arbitration hearings, or participate in meetings with management on topics involving his areas of expertise. He also led training sessions at countless APWU conferences.

On behalf of the Clerk Craft, we thank Russ for his service to the APWU.

### Ben Lyons

Ben Lyons, NBA for the Wichita Region, has retired – again. Ben served as a National Business Agent for 12 years and retired in 2004, but he was called back into service in 2012, when an NBA position in his region became vacant.

Ben was popular among the members and his fellow business agents due to his expertise in many areas and his easy-going nature.

Thank you to Ben for his service to APWU members – again.   ∎



## MAINTENANCE DIVISION

# Transfers to Avoid Excessing

**MAINTENANCE CRAFT EMPLOYEES WHO ARE FACING EXCESSING MAY WANT** to consider requesting a transfer as a way to avoid being forced into an undesirable assignment.

If the Maintenance Craft in your installation is impacted by excessing, the 2010-2015 Collective Bargaining Agreement virtually guarantees you a transfer to any Maintenance Craft residual vacancy that is not being withheld under the terms of Article 12, provided you are the senior applicant.

*The Transfer Opportunities to Minimize Excessing Memorandum of Understanding* (MOU), which can be found on pages 422-427 of the contract, applies to any vacancy at any location in the country that is not being withheld. Because the memo applies to voluntary transfers, employees exercising this option are not eligible to receive relocation benefits, carry their seniority, receive saved grade, or qualify for "retreat rights." Those contractual rights apply when employees are involuntarily reassigned to vacancies that are being withheld.

Unlike other transfer requests, because the MOU is designed to minimize excessing, it prohibits management from considering your safety, attendance or discipline record when you apply. It also prevents the losing installation from putting a "hold" of up to 90 days on your transfer, although it provides for a 30-day notice from the gaining installation to the losing installation when you are selected.

The effect of the MOU is that the transfer request from the senior, qualified, employee is essentially guaranteed.

### Priority Consideration

You must use *e-Reassign* to request this type of transfer. In the *e-Reassign* system, your craft and installation will have been designated as "Impacted by Article 12," which means your request will be granted "priority consideration," and you will be put at the top of the transfer list.

Employees with priority consideration in *e-Reassign* will be ranked by their installation seniority. For example, the Maintenance Craft in Chicago IL and in Tallahassee FL are impacted by Article 12. An MPE-9 in Chicago with an installation seniority date of Jan. 1, 2004, and an MM-7 in Tallahassee with installation seniority date of Jan. 1, 2003, are both interested in a transfer to an MM-7 vacancy in Madison WI. The MM-7 applies through *e-Reassign* today; the MPE-9 applied two weeks ago. Both meet the minimum qualifications for the position.

The vacant duty assignment has already been through Madison's in-craft process and no one on the installation PER (Promotion Eligibility Register) accepted the job. It is ready to be filled in accordance with the Maintenance "pecking order" outlined on page 280



Assistant Director Gregory See, Director Steve Raymer and Assistant Director Idowu Balogun.

of the Joint Contract Interpretation Manual (JCIM).

The good folks in Madison check to see if any qualified Maintenance Craft employees have requested a transfer before they review the in-service register, (which doesn't have any in-craft employees on it). They see the MPE-9 from Chicago applied before the MM-7 from Tallahassee, but because the MM-7 is the senior employee, the MM-7 gets the job.

Part 1.C.4 of the MOU says, *"The affected employee will be allowed to transfer prior to the excessing if they desire and choose their effective date of transfer (to) coincide with the start of a pay period at the gaining installation. The losing installation will coordinate between the employee and the gaining installation."*

If you are impacted by a USPS decision to eliminate duty assignments in the craft, the MOU gives you an option. It may not be perfect, but it is worth considering.

## Unintended Consequences

Union members should consider contractual provisions on promotions that may affect their pay whenever they are contemplating a downgrade. The procedures are not new; they are being addressed here to ensure our members are properly informed.

Employees may be awarded lower-level duty assignments for which they meet minimum qualifications in accordance with Article 38.5.A.10 or when they request a voluntary transfer to another installation. Step assign-

We wish Gary Kloepfer, recently appointed Legislative/Political Director, all the best. He made great contributions to our craft. His appointment created a vacancy for Maintenance Craft Assistant Director "A," to which Idowu Balogun has been appointed. Balogun's former position, National Representative-at-Large, will remain vacant and the duties will be absorbed by the other Maintenance Craft officers.

ments for all promotions are covered by the APWU promotion chart (available at *www.apwu.org* under the shortcut, "Pay Information.")

Let's use an example of an ET-10, Step P, (the top step in Level 10) who requests a downgrade to MM-7. Under the *Reductions in Grade* provisions in Section 422.125 of the Employee and Labor Relations Manual (ELM), step assignments are made as follows:

*(1) Step. The employee's current salary is moved to the lower grade. If the current salary falls between two steps in the lower grade, the salary is set at the higher of the two steps. The salary may not be set below the minimum or above the maximum of the lower grade.*

This puts our downgrading ET-10 at Level 7, Step O (the top step in Level 7).

If the employee gets back on the PER for ET and is later promoted to ET, the promotion provisions kick in as shown in the note in Section 422.123a(4) ELM, *Repromotion*:

*Note: Effective November 20, 1999, and later, the repromotion rule stated above does not apply to employees promoted within or into the PS or MESC Schedule 2. The repromotion rule does, however, apply to*

*employees promoted to other rate schedules.*

What *does* apply is under promotions at ELM 422.122a(2)(a):

*(a) To a position in the PS (RSC PB) or MESC (RSC CB) Schedule 2: Assign the proper step in the new grade by referring to Exhibit 422.123b. A new step waiting period begins on effective date of the promotion.*

The exhibit referred to above is the promotion chart. The version in the ELM is out of date; the chart on the APWU website is up-to-date.

What this all boils down to is the promotion chart governs promotions in the PS pay scale. Using the promotion chart, the MM-7 in our example who is being promoted to ET would be placed in Level 10, Step N (not P). Since a new step waiting period begins on the date of the promotion, the re-promoted employee must wait 30 weeks to advance to Step O and another 30 weeks to advance to Step P.

The results are different depending on the levels involved, so please check with your steward or local officer if you have questions, and be sure to download a copy of the promotion chart. ∎



# MOTOR VEHICLE SERVICE DIVISION

# Big Challenges, Changes

THE RETIREMENT OF BOB PRITCHARD, WHO SERVED AS MOTOR VEHICLE Service Craft Director for more than 17 years, means big personnel changes in MVS. We wish Bob all the best, and thank him for his outstanding contributions to the APWU.

As your new MVS director and assistant director, our commitment to you is straightforward: We will do everything we can to keep the Motor Vehicle Craft strong and viable in the Postal Service and the APWU.

After serving as assistant director for more than a decade, I feel well-prepared for the difficult task at hand. Javier Piñeres, who previously served as the Western Region MVS National Business Agent, is an experienced and knowledgeable advocate for our cause, and I am certain he will be an excellent assistant director. (Ed Knipe, who was a very effective craft director for the San Diego Area Local, has replaced Javier as Western Region NBA.)

*But enough about us!* Although the officers have changed, the struggle of MVS Craft employees remains as challenging as ever.

## Fighting Nationwide Subcontracting

At the end of April, the USPS notified the APWU that management is "considering subcontracting the highway movement of mail in approximately 162 Postal Vehicle Services (PVS) sites nationwide." We believe management issued the notification to counter the union's win in the California PVS conversion arbitration.

The union responded quickly and clearly. In a May 13 letter to the USPS, President Guffey reminded management that a nationwide outsourcing program is inconsistent with the 2010-2015 Collective Bargaining Agreement (CBA).

As the letter pointed out, the Memorandum of Understanding on Motor Vehicle Craft Jobs, which is part of the CBA, requires the Postal Service to assign 600 HCR routes to the Motor Vehicle Craft. It also commits the union and management to evaluate approximately 8,000 other Highway Contract Routes (HCRs) for possible conversion to PVS routes.

We are determined to prevent nationwide subcontracting from moving forward and will keep you posted.

## The Best Defense

It has often been said that the best defense is a good offense, and that's the strategy we have adopted.

The Memorandum of Understanding says that if postal employees can perform a service at a cost equal to or less than that of a subcontracted service when a fair comparison of all reasonable costs is made, the work will be performed in-house.



Assistant Director Javier Piñeres, Director Michael Foster.

# Ahead

So we intend to fight the subcontracting onslaught by demonstrating that PVS can be cheaper than HCRs. To assist us in that effort, we have hired a consulting firm with expertise in transportation and we have launched studies at two locations – in Louisville KY and Tacoma WA.

Using these locations as examples, we intend to demonstrate that deficiencies in the way mail is processed and transported are making PVS operations significantly more expensive than they should be. For example, the USPS frequently transports near-empty containers – often the containers weigh much more than the mail – necessitating extra trips and forcing trucks to use excessive fuel.

Management also fails to consolidate PVS runs and HCR runs, which would save time, miles and money. HCRs aren't permitted to deviate from their specified trips without additional compensation, but PVS has the flexibility to adjust routes. Management's failure to take advantage of postal versatility makes its operations inefficient and expensive. Combining PVS runs with HCR runs would provide postal workers with more jobs and more job security.

As a craft, we have our work cut out for us, but we are up to the challenge! ∎

## A Message from Bob Pritchard

After 17-and-a-half years as MVS Director, I retired on May 10. It has been an honor to serve as your representative through some very difficult times.

As many of you may know, when I ran for craft director in 1995, I unseated an incumbent and went to APWU headquarters without ever having served as a national union officer. My running mate was the late Joe Williams from Houston. When Joe retired in 2001, I appointed Mike Foster to replace him directly from the Detroit Local. Mike did not disappoint. He showed a deep understanding of driver issues, DSI/DIE positions and many other topics.

What many people don't know is that Mike and I often disagreed – especially before I selected him as assistant director. The joke between us was that when I ran in 1995, Detroit voted overwhelmingly for the incumbent – not me. In fact, Joe and I received just 8 votes from the entire local. Foster spent the next year trying to figure out which 8 people voted for Joe and me!

After the 1995 election, Mike and I developed a mutual respect, and we put aside our differences to work for the better-



*Bob Pritchard*

ment of the craft. Mike never had a personal agenda. His only interest was improving conditions for our members.

The ability to put the past aside and move forward is something that I find lacking in too many cases. Teamwork is essential to the survival of the Motor Vehicle Craft and the APWU.

I have complete confidence that Mike, Javier and the other MVS officers will work to strengthen our craft. Please give them your support.

The entire APWU administration has been extremely supportive of our efforts and I appreciate all they have done.

Motor Vehicle employees have also been very supportive. I would like to thank all of the APWU members who supported Joe Williams, Mike Foster and me over the last 17 years. Those who didn't support us because they had a different opinion of what would be best for the Motor Vehicle Craft have my respect and best wishes.

May we all go in peace, but continue the never-ending struggle against all who seek to oppress and subjugate MVS, postal workers and working men and women.      —Bob Pritchard

**REGIONAL COORDINATORS**

John Dirzius, Northeast Region; Sharyn Stone, Central Region; Omar Gonzalez, Western Region; Princella Vogel, Southern Region; and Mike Gallagher, Eastern Region.

**EASTERN REGIONAL COORDINATOR**

**Mike Gallagher**

**DELAWARE**

**MARYLAND**

**NEW YORK**

**NEW JERSEY**

**PENNSYLVANIA**

**VIRGINIA**

**WEST VIRGINIA**

**WASHINGTON DC**

# USPS Finally Gets It: We Care About Safety

IT APPEARS THE USPS HAS FINALLY FIGURED OUT THAT OUR MEMBERS AND REPRESEN-tatives take safety seriously.

At a recent Eastern Area Labor/Management meeting, the area safety manager announced that the USPS was embarking on a new program that requires supervisors and managers to take reports of unsafe working conditions seriously and to respond in writing to PS Form 1767, *Report of Hazard, Unsafe Condition or Practice.*

Management finally seems to realize that if the USPS fails to take action to abate hazards, we will contact the Occupational Safety & Health Administration (OSHA). Management also finally seems to understand that if OSHA inspects an office and identifies a safety hazard, the USPS will be fined.

So, to avoid intervention by OSHA and the accompanying fines, the USPS has decided to do what management should have been doing all along – responding responsibly to workers' reports of unsafe conditions.

### Ricin Incident

The discovery of ricin in letters addressed to President Obama, Sen. Roger Wicker (R-MS) and a Mississippi judge in April was alarming because once again deadly poisons were shipped via the mail, with the potential to adversely affect postal workers.

Having been in contaminated postal installations shortly after the anthrax attacks of 2001 and having waited in long lines at the hospital with other postal workers to get government-issued antibiotics, I understand the concerns of workers who fear they have been poisoned. We will never forget Joseph Curseen and Thomas Morris, our fellow postal employees who perished in the anthrax attacks of 2001.

For the most part, Capitol Metro Area Operations and the Capitol District managers acted in a timely and responsible manner in addressing this situation. They met with employee representatives, as well as employees in the potentially affected installations.

Area managers held multiple teleconferences giving timely updates on the status of testing, the results, and the fact that no employees were reporting symptoms. Medical staff and the Postal Inspection Service updated the unions with information from the Center for Disease Control and the FBI.

In the end, we learned that the production of the ricin was somewhat primitive, the level of toxicity was very low, and there were no reports that anyone had ingested or inhaled the poison. A suspect was arrested, and we will continue to monitor developments in the case.

Unfortunately, several other ricin incidents occurred in the following weeks. We will continue to monitor developments and keep members informed.

## Arbitration Forum

At a training seminar I sponsored last year, we offered officers and stewards an unusual but very informative class: The seminar included a panel made up of the USPS Eastern Area Manager of Labor Relations, an APWU National Business Agent and an APWU-USPS arbitrator.

The panel addressed the subject, *How Arbitration Works*, and gave us an opportunity to understand the employer's slant, the union representative's view and the arbitrator's perspective on a variety of subjects, from procedural to substantive issues, ethical practices, witness credibility, cross-examination of witnesses, objections, appropriate remedies, and what constitutes effective, winning advocacy. I have received several requests to schedule similar panels at other union events this year.

An experienced local president told me this course was the best APWU educational seminar he had ever attended because it helped novice and experienced representatives understand each side's position. The class helped improve the formulation of arguments at the earliest steps of the grievance procedure, he said, with a view that the case may end up before an arbitrator.

I believe that education related to our Collective Bargaining Agreement and our dispute resolution process, particularly arbitration, is the best method of enforcing our contract and is the key to our members getting the full value of the bargain we have struck with the Postal Service.

## AMP Disasters

Headquarter management continues to push the accelerated consolidation of Processing and Distribution Centers around the country. The postal area managers and district managers continue to demonstrate that while they can follow orders from above with enthusiasm, their ability to properly handle the reassignment of displaced workers is lacking in competence and concern for the employees.

While my fellow coordinators, Princella Vogel, Sharyn Stone, Omar Gonzalez and John Dirzius, have experienced the same aggressive approach to downsizing the processing and distribution network, the Eastern Region has been unusually hard hit, with 36 Area Mail Processing consolidations studied and 24 completely implemented (both originating and destinating mail operations were consolidated) and 12 either partially implemented (only originating mail was consolidated) or scheduled for 2014. One is scheduled for 2015.

The following are the AMPs in the Eastern Region by state: Delaware-0, Maryland-5, South Jersey-1, Pennsylvania -12, Western New York-4, West Virginia-8, Virginia-6.

We will continue to fight consolidations that will ultimately weaken the Postal Service and cause hardship for our members.                                                               ∎

## War in Afghanistan Takes the Life of Son of APWU Member

The War in Afghanistan touched the APWU family on April 27, when Capt. Reid K. Nishizuka, 30, was killed in a plane crash near the Kandahar Airfield.

Capt. Nishizuka, of Kailua HI, was the son of Norene Nishizuka, who is a member of the Las Vegas Area Local. The cause of crash, which took four lives, is under investigation.

Nishizuka's affection for planes started at a young age. His love of flying motivated him to join the Jr. ROTC in high school and to earn a degree in Aeronautical Engineering from the University of Notre Dame.



*Capt. Reid K. Nishizuka*

He served three tours in Iraq and was serving his second tour in Afghanistan at the time of the crash. He logged 2,434 flying hours, more than half of them in combat.

APWU President Cliff Guffey said, "We grieve this tragic loss of life and offer our heartfelt sympathy to Capt. Nishizuka's family, friends and loved ones."

"Each and every life lost is painful for the family but each is also a devastating loss for our nation," said Human Relations Director Sue Carney. "We owe a lifetime of gratitude to the men and women of our Armed Forces and to their families."

A LOOK BACK

# To Stand Up, Auto Workers Sat

On Dec. 30, 1936, workers in Flint MI began a historic "sit down" strike that helped win union representation for auto assembly employees across the nation.

Showing remarkable pluck, savvy, and solidarity, Flint's auto workers occupied a key General Motors facility for 44 days and forced one of the nation's largest and most obstinate employers to bargain with the newly-formed United Auto Workers union.

The Flint auto workers helped bring to fruition the promise of the 1935 National Labor Relations Act, which – following generations of labor strife – established workers' rights to organize unions and bargain collectively for better wages and working conditions.

The strike that began in Flint marked a major turning point in labor history and helped lift millions of exploited workers out of poverty.

## Hard Times

The Great Depression made earning a living tough in the 1930s, especially for auto workers, who faced declining pay, layoffs, arbitrary firings, and daily pressure to speed-up production.

In 1935, most auto workers earned only half of what it took to support a family of four. To make ends meet during the 3- to 5-month layoff between model production years, they often depended on loans from their employer – for which they were charged interest.

Working conditions were deplorable. "There were no safety requirements, no medical help on-site. Lots of workers lost fingers and hands and some were killed," UAW retiree Ed Henry told the *Gaylord Herald Times* in 2012. "There was no compensation for the injuries or for the family if they got killed." In July 1936, temperatures on the work floor topped 100 degrees for a week, but the bosses at several plants refused to slow production. Hundreds of auto workers across the state died in four days.

Pay was based on productivity, and bosses frequently reduced the pay per piece.

"We would start out with a new rate, arbitrarily set by the company time-study man and work like hell for a couple of weeks, boosting our pay a little each day," Clayton W. Fountain wrote in Union Guy. "Then the timekeeper would come along one morning and tell us that we had another new rate, a penny or two less than it had been the day before."

With growing unrest on the work floor, GM was determined to prevent its workers from organizing. Only about


Sit-down strikers mark the numbers of days.

*Walter P. Reuther Library, Wayne State University*

100 among the tens of thousands of workers in Flint had joined the UAW, but management employed a legion of spies and thugs to discourage workers from signing up.

## A New Strategy

Union leaders knew their ranks included spies and that GM controlled the city's politicians and police force. So instead of distributing leaflets and holding meetings in public places, they signed up workers at their homes and sent membership information directly to UAW national headquarters to keep information from management.

By late 1936, the union was gaining strength, and GM knew it.

After workers halted production several times at Flint's Fisher Body Plant Number One in November to protest speed-ups and wage cuts, the company planned to move key operations to a less unionized area.

But by then the workers were prepared to take the company on – and had a plan to bring the company to its knees. Union members knew that GM had just two factories that produced the dies used to fabricate car bodies: one in Flint that produced the parts for Buick, Pontiac and Oldsmobile, and one in Cleveland that produced parts for Chevrolet. The union planned to stop production at both plants in early 1937, to force the company to switch from piece work to hourly pay, and to recognize the union.

But when the night shift arrived for work at Fisher Body Plant Number One in the early hours of Dec. 30, the workers discovered that the plant's body-stamping dies were being moved onto railroad cars. At an emergency meeting the

# Down



Auto workers lean out the windows of the factory they took over during the strike.



Workers celebrate victory at the end of their 44-day sit-down strike, Feb. 11, 1937.



Crowds gather outside the plant to show support for the strikers inside.

workers decided that if the equipment left, their jobs did, too, and they decided to act right away.

Rather than picketing outside the plant, the workers decided to seize the factory – to prevent equipment from being moved and to keep management from sending in strikebreakers.

At 8 p.m. on Dec. 30, the workers stormed the building, halted the trains, barricaded themselves inside the plant, and prepared for a long siege. They erected defenses and elected committees to handle defense, health and sanitation, education, recreation and other matters.

Outside the plant, the union prepared food, which was brought into the factory by city bus drivers, who were grateful for UAW support during a recent strike of their own. Union members and supporters also conducted around-the-clock pickets; provided child care; handled media relations; coordinated hundreds of volunteers, and collected donations.

When police attempted to storm the plant on Jan. 11, the workers greeted them with fire hoses. And when police fired

tear gas into the plant, members of the women's auxiliary broke windows to give strikers relief from the noxious gas.

After several failed attempts to get into the plant, the police hastily withdrew rather than battle 400 women from the union's Emergency Women's Brigade, who marched through the police lines singing, "Hold the Fort."

The following day, newly-elected Gov. Frank Murphy deployed Michigan's National Guard – not to evict the strikers, but to protect them from the police and company thugs.

By then, strikes had also broken out at Fisher Body Plant Number Two in Cleveland and at other key GM factories in Michigan, St. Louis, Buffalo, Oakland CA, and elsewhere.

Although the strikers were gaining power, some GM plants were still operating, most notably Flint's Chevy Plant Number Four, the company's largest engine production facility. On Feb. 1, 1937, strikers easily took over that plant after a ruse convinced the company that a different facility had been targeted. By then more than 125,000 strikers had closed 50 GM plants.

## Victory

GM knew it was beat, but still refused to talk directly with the UAW. United Mine Workers President John L. Lewis stepped in to represent the UAW in negotiations, and Gov. Murphy acted as an intermediary.

On Feb. 11, GM finally agreed to recognize the UAW as the exclusive bargaining representative for union members nationwide. Leaving the plant after 44 days, the victorious sit-down strikers were greeted by thousands of cheering supporters.

Following similar struggles, Chrysler workers won a similar agreement in March 1937, as did Ford workers in June 1941. In the next year, UAW membership grew from 30,000 to 500,000, and wages increased by as much as 300 percent. ■

**APWU** Gary Kloepfer – Director

# LEGISLATIVE & POLITICAL DEPARTMENT

*Reid Passes the Torch,*

# The Fight for Postal Reform Goes On

Myke Reid, who served for many years as the APWU's legislative champion, has retired and passed the torch. Many members have asked how we can pay tribute to Myke's contributions to our union. There are two simple ways: The first is for every member to contribute to COPA, the union's Committee on Political Action. Our goal is to raise an average of $1 per member per pay period *COPAmatically.* Not every member participates, however, so some will have to give more – much more – for us to reach our goal. Giving *COPAmatically* is easily accomplished; please call the Legislative Department if you need help.

The other way to pay tribute to Myke is to get involved. You can begin by signing-up to receive *e-Team* legislative updates and follow-up by asking your senators and representative to support real postal reform.

As we go to press, neither the House nor the Senate has acted on the Postal Service Protection Act (H.R. 630 and S. 316), which we support. Rep. Darrell Issa (R-CA) has released a draft of a bill that would devastate the USPS.

At the national level, we have talked to many members of Congress about the urgent need for postal reform. Now, more than ever, your participation is essential. You can sit in silence while privatizers dismantle the Postal Service or you can get involved and demand action from Congress to protect your job, wages, benefits and retirement.

Together, we must expand our legislative activities and renew our partnerships with other labor organizations and community groups. We must contact members of Congress and ask our families, friends, neighbors, as well as our allies in other unions and in community groups to do the same.

Postal reform that protects delivery standards and keeps facilities open can only be achieved with the support of our communities. At a recent rally protesting consolidation of the Madison plant, Rep. Mark Pocan (D-WI)

encouraged residents – not just postal workers – to express their concerns about postal service to Congress.

It's no secret that mail processing drives delivery standards. The tireless work of APWU members performing critical distribution tasks enables mail to be delivered within standards that are no less than "first class." These functions are critical to the survival of the Postal Service and must not be harmed in a short-term effort to balance the books.

## Senatorial Campaigns

Campaigns are underway to fill Senate seats in Massachusetts and New Jersey. These elections were necessitated by the confirmation of former Sen. John Kerry as Secretary of State and the untimely death of Sen. Frank Lautenberg. Senators Kerry and Lautenberg were staunch supporters of working people and they will be missed.

We encourage locals, state organizations and volunteers in Massachusetts and New Jersey to work with the AFL-CIO to ensure they are replaced with labor-friendly candidates. By engaging in these cooperative efforts the APWU will demonstrate our support as well as our progressive legislative leadership.

## Ready for 2014

The Legislative Department is finalizing plans for the 2014 election. Our goal is to recapture the House – to restore sanity to our broken government. This can only be achieved with your enthusiastic involvement.

We are developing an internal informational network that will provide legislative information to locals and state organizations, retiree chapters, and the APWU Auxiliary. The information network will disseminate critical information during primary and general elections.

If you want to recommend union-friendly candidates that we may not be aware of who need our support in 2014, please contact me. We will work with the AFL-CIO and other community groups to develop the next generation of union-friendly legislators. We encourage you to do the same.

The Legislative Department stands ready to provide assistance, guidance and education. ∎



# The Trip of a Lifetime

*European Vacation*
To Your Choice of
*Paris, London, Rome or Barcelona*

*Hawaii Vacation*

*Las Vegas Vacation*

*Alaskan Cruise*
Or any U.S.-based cruise destination

*Disney World Vacation*

*New York City Vacation*

*NASCAR Daytona 500*

*NCAA Basketball Final Four*

*World Series — Game 1*

*COPAmatic* contributors and COPA Club members will be automatically entered to win the *Trip of Lifetime*! The winner will be selected in a random drawing at the 2014 APWU National Convention in Chicago. You DO NOT need to be present to win. The winner will select one of the fabulous vacations listed and will be provided tickets, travel, and accommodations for two.

*COPAmatic* contributors are individuals who donate with recurring contributions through *PostalEASE*, electronic fund transfers (EFT), payroll deductions, credit card payments, or a retiree annuity allotment through the Office of Personnel Management (OPM). *COPAmatic* contributors are eligible provided they are enrolled as automatic, recurring contributors as of June 30, 2014. COPA Club members are individuals who contribute $200 or more between July 1, 2012, and June 30, 2014.

Visit the *www.apwu.org/members/copa/index.htm* for sign-up information and complete contest rules.

Contributions or gifts to COPA are not deductible as charitable contributions for federal income tax purposes. COPA will use the contributions it receives for political purposes, including making contributions to candidates for federal, state and local offices, and addressing political issues of public importance. Contributions to COPA are voluntary and no reprisals will result due to an individual's failure to contribute. More or less than the suggested amount may be given, and the amount given or the refusal to give will not benefit or disadvantage the person being solicited. Federal law requires political action committees to report the name, mailing address, occupation, and employer for each individual whose contributions aggregate in excess of $200 in a calendar year. No contribution is necessary to participate.



**APWU** Martha Shunn-King – Director

# ORGANIZATION

# Do You Still Look for the Union Label?



After the Civil War, American labor unions began using logos, which they affixed to the products they made. The logos were intended to encourage worker solidarity and to assure consumers that the products were manufactured in union shops – which meant they could be counted on for good quality. The "label movement" was also a means of garnering public support for the labor movement, and encouraging boycotts of products produced by companies that were hostile to unions, says Kim Munson, an art historian.

While we at APWU are asking Congress and the American people to support our struggle to save the Postal Service, we must remember to support other unions by buying union-made products.

Do you remember the jingle of the International Ladies Garment Workers Union? *"Look for the union label when you are buying a coat, dress or blouse. Remember, somewhere our union's sewing, our wages going to feed the kids, and run the house. We work hard, but who's complaining? Thanks to the I.L.G. we're paying our way! So always look for the union label, it says we're able to make it in the U.S.A.!*

Not only do unions make better products, we insist on safety in the workplace.

## When Was the Last Time?

But when was the last time you bought a piece of clothing that was made in the USA – let alone with a union label? How many items do you have that were made in Bangladesh or other countries that have few (if any) labor laws to protect their workers? These workers – often children – work in deplorable conditions, for long hours and terrible wages.

More than 1,000 workers, most of them female, were killed when a building housing five garment factories collapsed on April 24. It was one of the worst manufacturing disasters in history.

Officials say the building owner illegally added floors to the building and allowed the garment factories to install heavy machines and generators, even though the structure was not designed to support such equipment. A day before the collapse, the building was evacuated when cracks appeared in the walls. Businesses on the bottom floor were closed, but the factory owners forced their employees back to work.

One worker pulled from the debris said she was told that if she did not go to work she would be docked a month's wages, which amounts to $37. Bangladesh, which is the second leading garment exporter in the world, pays among the lowest wages.

Although workers in Bangladesh have the legal right to form unions, the reality is that organizers lose their jobs, are blacklisted, and often killed. In fact, there is a special security force, the Industrial Police, whose job is to stifle labor unrest.

## As Important Today

Why are unions as important today as they were in the past? It's clear: Unions improve conditions for *all* workers. Because of unions, non-union workers enjoy better wages and working conditions. We – unionized workers – play an important role in securing legislation that protects all workers in the areas of safety and health, overtime, leave, unemployment insurance and workers compensation.

We not only belong to a union, we must live it – by teaching our children, friends and our community the benefits unions provide for everyone.

Next time you shop, look for the union label. For information on where to find union-made products, as well as products to boycott, visit *www.unionlabel.org*. ■

**APWU** Joyce B. Robinson – Director

# RESEARCH & EDUCATION

# Helping a Loved One Overcome Addiction

Helping a loved one who is struggling with alcoholism, drug abuse, an eating disorder, or other destructive behavior can be challenging. Sometimes a direct, heart-to-heart conversation can lead to the road to recovery. But when it comes to addiction, you may need to join forces with others and take action through a formal intervention.

**What is an intervention?** An intervention is a carefully planned process involving family, friends and sometimes colleagues, clergy members, or others who care about a person struggling with addiction. During the intervention, these people gather together to confront the person about the consequences of addiction and ask him or her to accept treatment.

An intervention can help people who are struggling with addictive behaviors but are unwilling to accept treatment. Addictive behaviors can include alcoholism, abuse of illegal drugs or prescription medicine, eating disorders, and compulsive gambling.

An intervention usually includes the following steps:

**Step 1 - Planning:** A family member or friend proposes an intervention and forms a planning group. He or she should consult with an intervention professional, a qualified professional counselor or a social worker to assist or offer advice in case the loved one becomes angry or violent.

**Step 2 - Gathering information:** Research the condition and treatment programs. The group should be prepared to enroll the loved one in a specific treatment program.

**Step 3 - Forming the intervention team:** Team members must personally participate in the intervention. Set a date, time, and location for the intervention. Be prepared to present a consistent, rehearsed message with a structured treatment plan.

**Step 4 - Deciding on specific consequences:** Each person on the team should decide a course of action that he or she will take if your loved one refuses treat-ment. Examples include asking your loved one to move out or taking away contact with his or her children.

**Step 5 - Writing down what to say:** Each member of the team should detail specific incidents where the addiction has caused problems, such as emotional or financial difficulties. Discuss the toll taken by your loved one's behavior while expressing care and the belief that your loved one can change.

**Step 6 - The intervention meeting:** *Ask the loved one to meet at the intervention site but don't reveal the reason.* Members of the team take turns expressing their concerns and feelings. The loved one is presented with a treatment option and asked to accept that option on the spot. Each team member will say what specific changes they will make if the addicted person doesn't accept the plan.

**Step 7 - Follow-up:** The involvement of a spouse, family members, or others is critical in helping someone with an addiction stay in treatment and avoid relapsing. This can include changing patterns of everyday living to make it easier to avoid destructive behavior; offering to participate in counseling with your loved one; seeking your own therapist and recovery support, and knowing what to do if a relapse occurs.

## An Intervention Professional

Having an intervention professional, an addiction specialist, psychologist or mental health counselor attend the intervention is a good idea, especially if your loved one has a history of serious mental illness or violence, demonstrates suicidal behavior or talks about suicide, takes mood-altering substances, is easily angered or denies that he or she has a problem.

For additional information and treatment options, contact your healthcare or spiritual adviser.

Remember, people with addictive behaviors often fail to see the negative effects their behavior has on themselves and others and are frequently unwilling to seek treatment. *Do not wait until they ask for help.* Instead, think of an intervention as giving your loved one a clear opportunity to make changes before things get much worse. ∎

# HOME FRONT



NEWS AND RESOURCES FOR VETERANS

# Record High Suicides

The departure of U.S. forces from Iraq and Afghanistan is not translating to less stress for our troops. Last year the military suffered the highest number of suicides ever recorded – nearly one per day. In fact since the war in Afghanistan began, more U.S. service members have died from suicide than have died in combat. Some experts think the trend will grow worse this year as more troops are withdrawn – because the fear of returning to civilian life is a known stressor for individuals whose identity and self-esteem are closely tied to their role in the military.

The reasons for the increase in suicides are not fully understood. Army data suggests soldiers with multiple combat tours are at greater risk of committing suicide, although a substantial proportion of Army suicides are committed by soldiers who never deployed. The military is also struggling with increased sexual assaults, alcohol abuse, domestic violence and other misbehavior, which could be contributing factors, according to some reports.

And if suicide in the military isn't upsetting enough, the suicide rate among veterans is astronomical. According to the *Department of Veterans Affairs, Mental Health Services, Suicide Prevention Program, 2012 Data Report,* on average a staggering 22 veterans commit suicide per day – one every 65 minutes.

Veterans comprise 22 percent of all reported suicides. Male veterans over 50 are at highest risk. Female veterans ages 18-34 are three times more likely to commit suicide than civilian women. Iraq and Afghanistan combat veteran are also among those identified as committing suicide at an accelerated pace.

The military and the Department of Veterans Affairs have increased their suicide-prevention programs over the last decade as suicides among veterans and active military members reached epidemic levels. Despite their efforts, a report issued by the Department of Defense revealed that the numbers are increasing.

The VA and other groups have attempted to improve counseling services and launched other programs to raise awareness and provide assistance. Over the past few years, tens of thousands of people have participated in

## Suicide Prevention Resources

**Dial 911 in an Emergency**

*SuicidePreventionLifeline.org*

1-800-EAP-4YOU
*www.eap4you.org*

*www.VeteransCrisisLine.net*
1-800-Suicide

*www.MakeTheConnection.net*

**National Caregiver**
1-855-260-3274
Mon. – Fri. 8 a.m.–11 p.m.

*www.MilitaryCrisisLine.net*
1-800-273-8255 Press 1
Text 838255

*www.MilitaryOneSource.com*
1-800-342-9647
1-800-273-Talk

**DOD**
*www.SuicideOutreach.org*

**Army**
*www.AfterDeployment.org*

*www.RealWarriors.net*
Live Chat 1-866-966-1020

**Marines**
*www.dstressline.com*
877-476-7734

**Coast Guard**
855-CGSUPRT
(247-8778)

online chats or sent text messages to share information or seek help. Thanks to a presidential executive order, one such program, the Veterans/Military Crisis Line, recently increased its hotline staffing by 50 percent. Since it was established in 2007, it has handled more than 740,000 calls. Web visitors can access a confidential veterans chat; take a self-check quiz; find suicide and crisis resources; learn how to identify the warning signs; find out how to help, and learn more about the Crisis Line.

The Veterans Crisis Line recently launched *Stand By Them,* a program to educate families and friends on how to seek help. Family members, caregivers, and loved ones are often the first to realize a veteran or military member may be in crisis. Anyone concerned about the safety and well-being of a veteran / military member can call 1-800-273-8255, chat online, or send a text message to 838255 to receive free, confidential support from an experienced, caring U.S. Department of Veterans Affairs responder. Responders at the Crisis Line can provide support 24 /7 and are specially trained to help families and friends make sure their loved ones get connected to care.

If you know a military member or veteran in crisis, stand by them and make the call.  ∎

*-- Sue Carney, Human Relations Director*

**APWU** Sue Carney – Director

# HUMAN RELATIONS

# Raising Awareness to Save Lives

The Centers for Disease Control and Prevention (CDC) recently reported that every 13 minutes someone in the U.S. commits suicide. More than 38,360 Americans died by suicide in 2010.

The CDC found that women attempt suicide three times as often as men, but men commit suicide four times as often as women. Over the last decade, the greatest increase in suicide rates – 49 percent – was among people 50-59 years old. The median age of postal workers is near 50.

Even more upsetting is that over the last several years, on average one postal employee has committed suicide per week. Suicide is preventable.



### Warning Signs, Risk Factors

Indicators of a heightened suicide risk that require immediate attention include: Thinking about ways to hurt or kill oneself; seeking access to pills, weapons or other means, and talking or writing about death, dying or suicide.

The presence of the following signs indicate a need for contact with a professional: Sleep problems; withdrawing from friends, family or society; increased alcohol or drug use; acting recklessly, impulsively or engaging in risky behavior; feeling rage; seeking revenge; avoiding normal activities or reliving past experiences; experiencing anxiety or agitation; dramatic changes in mood; weight loss or gain; feeling extreme pessimism – that there is no reason for living or no sense of purpose in life; feeling trapped or hopeless.

Mental health and emotional issues are contributing factors to more than 90 percent of all suicides. Most suicidal people are not psychotic or insane. The most common emotional risk factors include depression, alcoholism and drug abuse. People who take their own lives might be upset, grief-stricken, or despairing. Other recognized risk factors are Post Traumatic Stress Disorder (PTSD), Traumatic Brain Injury (TBI), eating disorders, major physical ill-nesses, chronic pain, a history of trauma, abuse or sexual assault, being bullied, a family history of suicide, being separated, widowed, divorced or other relationship problems, financial or legal woes, joblessness, homelessness, living alone and isolation.

### Say Something

Know the warning signs and take them seriously. Encourage a person who seems to be at risk to get help. You do not need to diagnose or understand the reason for thoughts of suicide to help someone seek assistance from a professional. If you feel a person is in danger of hurting himself, ask if he (or she) is having thoughts about suicide. It may be uncomfortable, but it is not a conversation that should be avoided. Know how to manage your own discomfort in order to directly address the issue. Be direct. You can say, "You look upset. Are you ok? Can I help?" or, "Have you thought of hurting or killing yourself?"

Be willing to actively listen. Interact in a manner that shows concern and understanding about what the individual is saying. Don't be judgmental or act shocked. Remove any items that could be used for self-injury. Stay calm and safe. Don't ask why, give advice, or lecture. Don't be sworn to secrecy. Don't leave the person alone or leave abruptly. Respect the individual's privacy. Do everything you can to encourage the person to seek help. Explain that trained professionals will know what to do. Let the person know that treatment often makes things better. If the person refuses because his or her previous efforts didn't work, try suggesting, "Maybe this time it will. Different counselors offer different perspectives and options. Let's just see what they have to say."

Refer anyone who seems suicidal to EAP (Employee Assistance Program), local resources, or one of the suicide prevention hotlines on the facing page for evaluation and assistance, or escort him or her to a nearby clinic or emergency room. Don't forget to follow-up to see how the person is doing.

The action you take could save a life. ■

**APWU**  William J. Kaczor Jr. – Director

# HEALTH PLAN

# Safe Summer Grilling

Who can't imagine that first bite into a juicy grilled burger, steak or skewered chicken as temperatures rise and summer months heat up? While some people grill all year round, most anticipate heading to the beach, backyard or picnic area to fire up some grilled goodness.

With a variety of techniques to be perfected, many people fail to consider the potential risk, and neglect to implement proper safety precautions. But any way you flip it, there are some grilling basics that can keep you safe and help you avoid mishaps and injuries.

Every year grills and smokers cause thousands of  fires, hundreds of injuries, dozens of deaths and millions of dollars in damage. Before you get to grilling, whether you are working with propane or charcoal grills, safety is key. Here are some important safety tips to consider when planning your cook-out.

**FIRE:** Before you grill, purchase a fire extinguisher, learn how to use it, and keep it in good working condition. Have one person in charge of the fire at all times. Only grill outdoors, never in a garage or enclosed area. Keep children and pets away from the grill area when it's in use. Be prepared to call the Fire Department if things get out of hand. Keep in mind the special considerations for charcoal and propane grills. (*See chart below.*)

**FOOD SAFETY:** Remember, you are more likely to get food poisoning than you are to get the flu. So keep food covered; keep uncooked food cool, and eat food soon after it's cooked to avoid harmful bacteria that can make you sick. Use marinades (which can reduce the risk by as much as 98%). Keep grill temperatures relatively low (under 600 degrees cooking temperature) and use thin or small cuts of meat. (Kebabs are great!)

**SMOKE:** Smoke from your grill or smoker contains carbon monoxide, Polycyclic Aromatic Hydrocarbons (PAH), and other dangerous substances. Try to avoid inhaling smoke from the grill.

**GREASE:** A clean grill is a safer grill whether you are using gas or charcoal. Grease that collects in your grill builds up over time. It is easy to accumulate several pounds of grease in the bottom of your grill after only a few cookouts. Keep your grill clean.

Summer barbecues create memorable moments shared with family and friends. By implementing safety precautions you will prevent serious injuries and avoidable incidents. Now roll up your sleeves and get started. ∎

www.apwuhp.com • 1-888-222-2798

| CHARCOAL GRILLS | PROPANE GRILLS |
|---|---|
| Use a charcoal chimney starter that allows you to start the charcoal using newspaper as a fuel. | Make sure you know how to cut the fuel supply. |
| Only use charcoal starter fluid. Never add charcoal fluid or any other flammable liquids directly to the fire. | Check the gas tank hose for leaks before using it for the first time each year. Apply a light soap-and-water solution to the hose to make sure it is clean and clear of obstruction. |
| Keep charcoal fluid away from heat sources. | Check for gas leaks. If there is a leak, get the grill serviced by a professional. |
| If using an electric charcoal starter that doesn't use fire, be sure to use an outdoor extension cord. | If you smell gas while cooking, immediately get away from the grill and call the fire department. Do not move the grill yourself. |
| When you are finished grilling, let the coals cool completely before disposing them in a metal container. | Do not combine or mix flammable fuels. |

**APWU** Judy Beard – Director

# RETIREES

# Alzheimer's, CPI, Debts to USPS

Alzheimer's disease has touched the lives of most Americans, either through family members, friends or neighbors. Many of us have thought, *"Are misplacing my keys a few times a month temporary moments of memory loss or a sign of Alzheimer's?"* The fear of the unknown and the uncertainty that comes with aging leads to many questions.

According to the Alzheimer's Association *(www.alz.org)*, one in nine seniors has Alzheimer's disease, but half are undiagnosed. Early diagnosis is key to managing the disease.

In April, the HOPE for Alzheimer's bill was introduced in Congress (S. 709 in the Senate and H.R. 1507 in the House). "HOPE" stands for Health Outcomes, Planning, and Education. The legislation would provide Medicare coverage for services such as diagnosis of Alzheimer's disease and care-planning for the newly diagnosed.



The bill has bipartisan support, but not enough. Please contact your senators and representative and ask them to co-sponsor the bill.

We also encourage you to continue to voice support for the Postal Service Protection Act (S. 316 / H.R. 630). The legislation is urgently needed to provide financial relief to the USPS. The Postal Service Protection Act would end the agency's pre-funding mandate; allow it to recover overpayments made to the federal Treasury; protect service standards and six-day delivery, and allow the USPS to offer new products and services to generate new revenue.

We also encourage you to continue to oppose the "chained CPI." President Obama's 2014 budget would use the chained Consumer Price Index (CPI) to calculate cost-of-living adjustments for Social Security recipients, which would lower living standards. We support strengthening Social Security, cutting tax loopholes for the very wealthy and corporations, and instituting the CPI-E, which more accurately reflects how seniors experience inflation.



**Larry Mathews and Judy Popp sign up to join the Kansas City Golden Jazz Retiree Chapter.**

## Outstanding Debts

Reminder: A proposal by Retirees Department during the 2010 contract negotiations resulted in language that outlines the rights of retirees when faced with a USPS debt.

Before the Postal Service collects an alleged debt, retired USPS employees are entitled to written notice of the outstanding debt, including notice of the right to file a grievance. The retired employee must file a grievance within 14 days at his or her last office of employment. Once a grievance is filed, the Postal Service is prohibited from recovering the debt until the grievance procedure has been exhausted.

For more information on your rights when facing a debt to the USPS after retirement, visit *www.apwu.org*.

## Department Grows

Thank you to the APWU locals, state unions, and retiree chapters that sponsored events honoring seniors and recent retirees during the last few months. Your programs help disseminate information about the department and the work we do.

We have more than 40,000 members and we are still growing! Retirees often remark that they take pride in continuing union membership and appreciate the benefits of belonging to APWU. ∎

# CANDIDATES' STATEMENTS

## PRESIDENT

### Cliff Guffey
### Candidate for President

As postal workers, we are facing the most serious challenges in our history. The 2006 Postal Accountability and Enhancement Act (PAEA) has pushed the USPS to the brink of bankruptcy, threatening our jobs, our benefits and the future of the Postal Service.

Despite the challenges and uncertainties, together, we have made progress. Prior to the 2010 contract negotiations, you told us what was most important to you: job security, an end to excessing hundreds of miles from home, keeping our retirement and healthcare benefits, and, if possible, more money.

Well, we accomplished all of those things. We retained protection against layoffs, kept our benefits, and won modest raises. We won agreements that will add new jobs in every craft, strengthening job security in spite of major cutbacks in the workforce.

We also negotiated an unprecedented 50-mile limit on excessing. And we eliminated casuals from the workforce and won union protection for PSEs.

But that's only part of the story.

As soon as contract negotiations ended, we turned our attention to the legislative arena. We know that only Congress can truly protect the Postal Service – and our jobs.

We launched a campaign to explain the real cause of the Postal Service's financial crisis and pressure Congress to take action. We called on our members to get involved at a level unmatched in our union's history. We reached out to Congress, ran an effective media campaign – complete with T.V. ads – and organized nationwide days of rallies to advance our cause. We are continuing these efforts.

But we know this: You are the key to our success. At every turn, we have asked you to join the struggle, and your response has been outstanding.

Now, I ask for your vote so that we can continue the work that lies ahead.

Thank you.

### Mark Dimondstein
### Candidate for President

Greetings APWU Members! I am proud to be leading the "APWU Members First" Team and respectfully seek your support for President.

Are you satisfied with the direction of our union? Are you more secure? Are you confident with the current officers negotiating another union contract? Have incumbents lost touch with you?

I fervently believe that the union belongs to the members and good union jobs depend on a vibrant public Postal Service. Career and non-career workers and retirees deserve respect and a secure future. With my thirty years of union experience, including extensive contract negotiations, I stand ready to chart a needed new direction.

Are you ready to help us make positive change?

We have no magic wand but will work with determination to defend full-time career jobs, eliminate divisive two-tier wage scales, enhance conversion opportunities for PTFs to full-time and PSEs to career and champion expanded postal services.

As postal services are degraded through processing plant and post office closings, local unions have had to fend for themselves. I will establish a coordinated national program to fight to keep plants open, reopen closed ones, restore service standards and end the nonstop excessing of employees.

The best defense of our jobs rests with united action of unionized postal workers and customers. I will reach out to the people, the "99%", to involve our many allies and their organizations (senior, veteran, business, civil rights, union, etc.) to save our national treasure, the U.S. Postal Service. These alliances will also be mobilized to tackle the USPS's plan to subcontract all Motor Vehicle jobs and to protect the hard earned benefits of our Retirees.

I, and the "Members First" team (www.apwumembersfirst.org), will always be honest with you and work tirelessly to set things right!

In solidarity, Mark Dimondstein

## EXECUTIVE VICE PRESIDENT

### Greg Bell
### Candidate for
### Executive Vice President

Brothers and sisters, we are facing tough times. And tough times call for proven, experienced leaders.

Among the many challenges we face, efforts to dismantle the postal network and privatize postal operations are the most serious. Although we have talked about the danger of privatization for years, today the threat is real.

Privatizers are suggesting that the solution to the Postal Service's manufactured financial crisis is to subcontract all operations except delivery. It's not a coincidence that we are also confronted with proposed legislation that would turn the Postal Service into a private, for-profit business, end our protection against layoffs, reduce our benefits, and weaken our collective bargaining rights.

As Executive Vice President, I have the honor or working with APWU members, locals and state organizations in our struggle as postal workers. I have worked to make sure our members understand what's at stake, and I have worked with other officers to protect the rights and benefits of postal workers.

Before I was elected Executive Vice President in 2010, I served for 15 years as Industrial Relations Director. Since 1995, I have played a major role, along with other members of the Leadership Team, in the APWU's success in improving wages, benefits, and working conditions for our members in contract negotiations and arbitration.

Before serving in Washington, I was president of the Philadelphia Local for nine years and chairman of the national Presidents Conference for four years. I have always kept the needs of APWU members at the forefront of my agenda.

The Leadership Team is a group of experienced officers with a strong and proven record.

I ask for your vote as Executive Vice President, and I ask you to support the other candidates of the Leadership Team. (www.LeadershipTeam.org)

### Debby Szeredy
### Candidate for
### Executive Vice President

"APWUMembers First" have built a capable cohesive team that will bring new vision to the APWU. We are energized about rebuilding what the APWU lost in the last negotiations. I don't feel we were given the needed support from our National when locals around the country witnessed their members and mail taken piece by piece until the hours were reduced or the facility was closed. I've worked for the APWU at all levels for over three decades. I have been President of Phoenix Metro a larger local, Arizona State President and now President of Mid-Hudson Area Local, NY for the last 6 years, including NY State Officer. I was a Regional Coordinator for APWU/POWER that assisted in bringing women activists into leadership roles. I have attended arbitration schools, leadership schools, negotiation courses, labor studies and have negotiated local agreements. I was presented the "APWU Leadership Award" from former National President, Bill Burrus in 2009. I've worked on National committees including Legislative and Strategic Planning. I've won arbitrations, OWCP and EEOC cases for thousands of members. I tirelessly work and dedicate my life to our members. I think inside and outside the box. Our "Members First" Team will work to pull talent from our Retirees, Postal Support Employees, Maintenance, Motor Vehicle and Clerk Craft (PTFs, Regulars). The "Members First" Team is self-motivated and will execute a plan that supports our members at every level. We will strive to make our organization a powerful working environment encouraging members to serve our Union. Its time to put the right people in the right jobs by voting "Members First". We can energize this Union and provide consistent values. We look forward to becoming the force to make needed change. You have a choice. Visit our website www.apwumembersfirst.org

## CANDIDATES' STATEMENTS

### SECRETARY-TREASURER

#### Elizabeth "Liz" Powell
#### Candidate for
#### Secretary-Treasurer

While management's assault has caused our membership and dues to decline, the APWU has continued "in the black." That is a testament to the strict financial controls we have implemented at the national level and our commitment to use our union's resources to protect the interests of our members.

With that in mind, I am seeking your support for re-election as Secretary-Treasurer. Three main priorities have been constant in my service to union members: First, to ensure that our treasury is strong as we fight the never-ending battles against those who constantly seek to undermine our jobs and standard of living. Second, to enforce the provisions of our union's Constitution & By-Laws – to ensure that you have a voice in our union. Third, as Secretary-Treasurer, I dedicate myself to administer to the operational needs of our union. I work to ensure we have the necessary tools to enforce the contract and serve the membership. I believe, respect and support the membership. Now, I am asking for your support and vote to continue my service to you!

The APWU needs strong and capable leadership to continue to protect our members. In the years ahead we will need the strength, wisdom and endurance of officers who have learned to work and struggle together. The Leadership Team, led by Cliff Guffey, has all of these qualities.

I am dedicated to serve you, the members. I will continue to fight to make certain the union remains financially secure so we can ensure that the Postal Service remains a source of good, secure middle class jobs.

I have served the APWU as your Secretary-Treasurer, Northeast Regional Coordinator, National Business Agent, Local Secretary-Treasurer and Local President. Your vote to re-elect Elizabeth "Liz" Powell Secretary-Treasurer and the Leadership Team 2013, will guarantee you the representation you deserve.

#### Violetta "Vi" Ward
#### Candidate for
#### Secretary-Treasurer

I have happily served in the trenches as fulltime Cleveland Ohio Area Local Secretary-Treasurer, National Arbitration Advocate and many other positions consistently for over 29 years without interruption. This is the first election that I am convinced that we need a change in the top officers of our Union to serve the best interests of our membership and protect the future of our workforce. My vast career has prepared me to help lead our Union with the excellence that you deserve during this critical time in history.

I am the best qualified candidate. I have upheld my fiduciary responsibility keeping my local solvent for over 26 years navigating through labor department audits, decreasing dues, union busting and other challenges. I am confident that I can leverage the advantage of a staff and other resources to help Locals with their challenges as well as protect the interests of our National. I will exercise my vote on the National Executive Board wisely on your behalf. I intend to be a part of the solution!

A new approach is needed to adequately address our financial situation! We cannot mirror our adversaries and serve our membership. I will continue to do the right thing remaining accountable and authentic. I have the necessary financial education, innovative problem solving skills, and experience to take this office to the next level.

I humbly request your vote. Vote for the entire Member's First Team who have joined together to revolutionize representation. You can make a change and I can fight to make a difference! I urge you not to let my lack of national exposure dissuade you. My record speaks for itself and you can easily check it.

If you are not outraged, you are not paying attention!

#### Paul Hern
#### Candidate for
#### Secretary-Treasurer

As a National Business Agent in the Central Region for twelve years I am concerned about the financial state of our union. As your Secretary-Treasurer I will have very specific goals.

The Retiree Department should have expanded funding to provide more staff in order to properly serve our most senior members and fight any effort by Congress to change our COLA's.

Problem: Two buyouts for national officers which were 300% to 500% higher than members received. I was the only national officer to vote against both of these buyouts. Article 19 Section 1(d) states, "All changes to national officers wages or benefits must be approved by a two-thirds vote of the national convention." The national convention never approved nor even voted upon these generous buyouts.

Solution: I consider such buyouts to be violations of the constitution and I will not disburse your dues monies for any such buyouts in the future. The national union has stated, "The council's actions were authorized by delegates to the 2012 National Convention." I was there. I disagree.

Another solution: No more grievance settlements being captured and kept by the national union. Grievance settlements are for members, not for the national treasury.

Another solution: No more sending millions in union pension monies overseas to the Netherland Antilles and the British Virgin Islands. This information is from the publicly available IRS Form 5500's filed with the Department of Labor from 2008, 2009, 2010 and 2011, the most recent year available. We are an American union and I will stop the practice of sending union funds overseas to be invested with financial companies domiciled there.

Protect your dues and our future.

Vote for Paul "No Buyouts" Hern.

For more details see my article on the Members Only page.

Paul Hern for Secretary-Treasurer.

# CANDIDATES' STATEMENTS

## INDUSTRIAL RELATIONS DIRECTOR

### Mike Morris
### Candidate for
### Industrial Relations Director

Re-elect Mike Morris

These are difficult times for postal workers. We are under attack from every direction. As your Industrial Relations Director, I am proud to have played an instrumental role in negotiating the ground-breaking 2010-15 CBA; limiting excessing to a 50-mile radius; sub-contracting provisions which brought to a halt the USPS attempt to contract out the entire MVS craft in California; setting an absolute cap on the amount of bargaining unit work Postmasters can perform in small offices; retaining the no-layoff clause and uncapped COLA; conversion of PTFs and PTRs to full-time, conversion of the non-career workforce to bargaining unit PSEs, with earned leave, health coverage, and a career path; as well as the return of well over 1,000 jobs that were previously contracted out or performed by EAS employees to the crafts.

Management is fighting back on the implementation of many of the new provisions in the Agreement. However, as your Industrial Relations Director, I have demanded that the USPS put those issues in front of an arbitrator immediately and your Union has been arbitrating cases at the national level at an unprecedented pace. Under my leadership, we will continue to demand that national level disputes be heard in a timely manner.

I have proudly served the membership of APWU in a variety of positions over the last 27 years. I am equally proud to stand on my record of delivering for the membership during that time. When you vote to re-elect Mike Morris as Industrial Relations Director, you can vote for performance – not for the empty promises others might offer.

I also ask you to support the entire Leadership Team, led by President Cliff Guffey, Vice President Greg Bell, and Secretary-Treasurer Elizabeth (Liz) Powell.

### Tony D. McKinnon Sr.
### Candidate for
### Industrial Relations Director

Brothers and Sisters, my endeavor to become APWU Industrial Relations Director is driven by my desire and passion to positively impact the lives of our membership and to be their voice and rock in these difficult times. The members of the APWU deserve a group of leaders like the "APWU Members First" Team to stand up for their rights and protect our Retirees, present workers and the future workers. We should never pit one group of workers against the other. Since the last negotiations and subsequent arbitration cases and memos, we have seen where the present administration continues to negotiate issues that they told us were already settled.

Members clearly did not have all the accurate information prior to voting on the current Collective Bargaining Agreement. The working man and woman of the floor was not the objective of the $4 billion massive give away of the last negotiations.

Much needs to be fixed. I will apply my twenty nine years as local president and my negotiating skills to address pressing issues such as the lack of clear transition to career from PSE, grey language in the 50 miles excessing "limits," unfulfilled promises to all PTF's of full-time conversion and the disruption of NTFTs assignments. Veterans Preference must be better protected as should the rights and benefits of the retirees.

The Industrial Relations Director is directly responsible for "administration of the contract negotiation process". Future wages and benefits will be brought up, not pushed down. I also, commit to working with the "APWU Members First Team" and other officers to protect our future and that of the United States Postal Service. Vote for Elect Tony D. McKinnon, Sr., IRD and the APWU members first Team.

## LEGISLATIVE/POLITICAL DIRECTOR

### Gary Kloepfer
### Candidate for
### Legislative/Political Director

The conservative Congress has launched an assault upon our working conditions and benefits. In response, we must defend our rights and benefits with profound consequential political activism. Whether one is currently employed by the Postal Service, a Retiree, or a member of the Auxiliary, the legislative attacks against us demand we fight back through legislative political activist processes.

As Legislative/Political Director I will continue to find the right solutions and initiate the responsible actions to lead our struggle and secure our future. As your Legislative/Political Director I will continue to implement a multitude of legislative and political activist and educational policies and programs for use in our political struggles. My meetings with key political leaders regarding Postal Reform are ongoing and productive.

I will continue to keep you "well-fed" with facts to insure our legislative principles are consistent. I will continue to provide valuable information so you will be the "source" in your community for the Union's legislative positions and goals. I have a proven record as a trusted and experienced Officer possessing the necessary leadership skills to maintain our legislative principles. Our enemies in Congress and the Senate are innovative and resourceful but my successful record demonstrates their initiatives will be stopped.

In this regard I will continue the expansion of the APWU's legislative activism with the assistance of Judy Beard, Retirees Director,

and the Auxiliary as well as training of members and community supporters. I will continue the Information Network for State and Local leaders so they can reach out to our friends in their communities and seek their support and participation in our legislative goals. I fully support the legislative principles established by our Union and your continuing confidence. Your vote for me will insure our legislative goals are never diminished.

Gary Kloepfer
Legislative/Political Director

### John L. Marcotte
### Candidate for
### Legislative/Political Director

I am asking for your vote and your support for Legislative/Political Director. In 2004 the USPS first attempted to remove mail processing from our facility. As local president it became obvious that the only way to save the jobs of my members from this unfair attack was through legislative efforts. Educating Congress and dogged determination led to defeating the flawed AMP study and I was hooked on political action. While successfully fighting off six more AMP studies as local president I was elected Legislative Director then President of the Michigan Postal Workers Union. I used this platform to expand the Legislative efforts of the APWU to unprecedented heights. Now I want to bring this level of energy and drive to working for you.

My platform includes: Implement a comprehensive training program for local, state and retiree organizations on political action; Embrace the legislative objectives of all veteran groups that protect those who selflessly sacrificed for us all; Expand APWU involvement in events, pickets and rally's on a broad range of workers issues; Develop an effective and efficient communication network to instantly inform legislatively active officers and members; To never forget I came from the work room floor and always fight for the membership on capital hill.

My platform of job security through political action was not dreamed up in an office, it was forged in the reality of the workroom floor. The APWU is in every congressional district in the country and we need to leverage that power to benefit the membership. I look forward to working with our retired members as we support each other seamlessly with the aid of our auxiliary to secure a bright future for the whole APWU family. For more information on my campaign please go to apwupoliticalaction.org, apwumembersfirst.org and www.facebook.com/john.marcotte.94.

## ORGANIZATION DIRECTOR

### Martha Shunn-King
### Candidate for
### Organization Director

In my thirty-fourth year as an active participant in the Labor Movement, I have shown my dedication, experience, knowledge, passion and commitment to the cause. Organizing and promoting the union is not just a job to me, but my way of life. My family, friends, neighbors, Florida politicians and postal customers all refer to me as the "Union Lady." As your Organizing Director, our membership percentage increased, despite the challenges of a shrinking workforce.

I've developed talking points to assist locals with new member orientations. Locals were provided PowerPoint programs for the 2nd orientation when PSEs become eligible for health insurance. As a strong Advocate for the membership, I work closely with USPS Headquarters and Shared Services. I have taught organizing classes and worked both internal and external organizing drives across the country. My department has expanded our member outreach by providing new organizing tools and materials through an online format.

I previously held all positions in my local, 14 years as Sarasota's President. I have always participated in the State organization including Florida State President for 8 years. I have been active in the AFL-CIO, and held positions in the Florida State and County Democratic party; and a member of the Teamsters. I have continued my active involvement with the Labor/Political Community in the DC Area.

I strongly believe that this Union is organized one member at a time. Organizing must be everyone's job. If we fail to organize our members internally, we are at risk of losing our ability to properly represent them in these challenging times. Working hand in hand with all of our national Officers, I am always mindful of the importance of organizing on a daily basis. Now is not the time for change in Leadership, experience matters. Make the right choice.

Re-elect Martha Shunn-King.

### Anna Smith
### Candidate for
### Organization Director

I would like to introduce myself. My name is Anna Smith and I am asking for you to support my candidacy as your next Organization Director.

Our Union must take steps to organize the more than 40,000 non-members that populate our work places. As Organization Director, I would immediately develop a network of trained organizers in every region to assist our local stewards and officers in this endeavor. I believe we must evaluate the methods utilized by our successful locals and gather the best practices in a comprehensive education program. All members and locals will have the necessary strategies and resources made available to them. It is only through our combined efforts that we can achieve 100% membership – and I am ready to get to work.

We must educate our members to become frontline organizers – ready to answer the tough questions that non-members may put to them. The days of simply leaving a handout on the lunchroom table are long gone. Equipping each member with the knowledge and determination to address a potential member is essential to our existence as a union. Organizing training should be included in every conference and I will work to make this a priority of the national leadership.

I am proud of the experience that I have gained as a three-term Oregon State President and local officer. My years of success in organizing non-members can be attributed to the fact that I am a hardworking, motivated and energetic individual. I am committed to helping every member, in every local, become a successful organizer. Follow my campaign on www.AnnaSmithOrganizing.com and www.facebook.com/AnnaSmithOrganizing

Together we will make a difference! Vote Anna Smith for Organization Director.

## HEALTH PLAN DIRECTOR

### William "Bill" Kaczor
### Candidate for Health Plan Director

Continue with progress

In the last three years the APWU Health Plan has increased its enrollment by a total of 15280. Our most recent open season netted 3706 new enrollees.

During this same three year period based on the efficiencies of our operation and the continuing increase in enrollment the OPM authorized a service fee to the union in excess of $23,750,000.00 compared to just over $14,500,000.00 for the previous three years. These amounts do not include dues monies received from retiree or associate members. I do not need to tell you the impact these revenues have on the overall financial condition of the Union. The APWU Health Plan is a very important part of the Union.

APWU Health Plan premium increases have been at or below the average increases in the federal program and the plan now offers many free services such as: Diabetes Management, Hypertension Management, Weight Management as well as a Well Woman benefit that provides in Network preventative care. All paid in full with no liability to the enrollee.

We continue to work with our Preferred Provider Networks to increase the number of providers and work with our members to enroll recommended providers.

A state of the art claims processing system is in place as is a most sophisticated telephone system that enables a member to dial directly into claims history, speak to a Customer Service representative or leave a call back number if the wait time exceeds their requirements. Members have access to claims history via the internet.

I strongly encourage everyone to visit the OPM web site www.opm.gov/insure and make a comparison of plans. You will find that the APWU Plans are very competitive in price as well as benefits. Open season is just a few short months away.

Continue with Kaczor

### Robert Furbush
### Candidate for Health Plan Director

I am proud to be with the "APWU Members First Team", working for a new direction. I would count it an honor to have your support and vote for Robert Furbush, Health Plan Director.

Currently, I am a Bulk Mail Clerk at the Bellaire Texas Post Office and a member of the Houston Area Local. At 64 years "young", I possess over twenty-five years of postal service experience, sixteen years as the Health Plan Representative of the New Orleans Local, and appointed to the national health plan committee for three consecutive conventions, one as the chairperson. For eight years I represented the membership of the Louisiana State APWU with OWCP, EEO, and health plan issues as the Director of Human Relations. My activism in the union includes over fifteen years as a shop steward. I consider myself to be a very energetic union brother who will do whatever it takes, morally, to ensure that the health plan improves.

After listening to members' express reasons why they are not in our health plan, the number one concern was the lack of hospitals and doctors in our PPO network. I will address this situation immediately, working hard to persuade our PPO providers to research methods that will increase our medical providers. Our health plan should improve its annual physical benefits and allow members to change health plans if involuntarily transferred. Retiree's health benefit choices must be aggressively defended from the Postal Service's plans to change and reduce health coverage. Any member's problem(s) regarding their health coverage, conveyed to me will be addressed in a timely manner. Commitment is the stuff character is made of; the power to change the face of things. Give me the chance to achieve my goals. Please visit apwumembersfirst.org for more information.

## CANDIDATES' STATEMENTS

### REGIONAL COORDINATOR
### SOUTHERN REGION

#### Princella Vogel
#### Candidate for Regional Coordinator
#### Southern Region

Thank you for allowing me to serve you as Coordinator and I pledge to continue to provide representation to you, your local and the southern states during these intense and trying times. The insane managerial staffing activities has dominated my time as I worked to lessen the impact.

Recognizing we're constantly attacked on the work floor and by corporate congress, I dedicate myself daily to the fight for survival. I ask for your vote to help me continue our fight. Having served as Houston Local President, I fully understand the frustration, anxiety and severity excessing has on you and your family. Finding ways to counteract management's mismanagement requires joint innovative efforts between local and national union officers.

Beyond the grievances filed over excessing I strive to take the fight to the District/Area levels and to the political arena. Massive closures of offices, constant excessing events, and a congress deadlocked against providing positive structural and financial relief has put us in a fight for survival. I am proud to be your voice and ensure our Southern Region issues are heard and acted upon. I realize the wheels turn slowly but I will not give up the fight nor should you.

My credentials to serve you include, Regional Coordinator, former Local President for 12 years, Rank and File Bargaining Committee Chairperson, Automation Committee, Chief Negotiator Local MOU, and serving in varied political and social organizations.

My no. 1 credential is the desire to continue to serve you the member. I have the drive to fight to protect your interests. It isn't easy when you consider we fight with voluntary dues against a $65 million government cooperation. But together we will fight!

I again ask for and seek your vote to re-elect Princella Vogel -- Southern Region Coordinator.

Thank you.

#### Kennith L. Beasley
#### Candidate for Regional Coordinator
#### Southern Region

Greeting fellow union members. I am requesting your help in securing the position of APWU Southern Region Coordinator. The southern Region consists of (GA, FL, NC, SC, TX, TN, AL, MS, LA, OK and AR). I am dedicated, committed and I take union business seriously. Currently I am serving a third term as the President of the Atlanta Metro Area Local #32. I served as Vice President for 9 years and as a Craft Director for 9 years. I've served on many committees, locally and nationally. I am a local and national arbitration advocate. I served as an ABA Officer, and on the ABA Board. I represent all crafts equally. I will promote the interests of the membership on every front at all times. I will fortify communication to the officers and membership so that everyone can be on the same page. I will be accessible. I plan to present a template of guidelines to the union leaders and members for problems and issues that gives comprehensive explanations, concrete answers with solutions This will help relieve the union leaders and members of the plague of anxieties and uncertainties because of no answers. I will lead the way to fighting plant consolidations and the closing of postal facilities.

Considering the present state of affairs within our union, I take it as a personal responsibility to bring to the forefront some of the ideals of unionism based on my 30 years of experience. I will be working in and out of the trenches for the good of the NBAs and the membership. I'm a tireless worker. I care. Now is your opportunity to make changes for the betterment of yourself and APWU: Vote Kennith L. Beasley, Southern Regional Coordinator and for the "Members First" Team. Yours in solidarity,

Kennith L. Beasley

### CLERK DIVISION
### DIRECTOR

#### Rob Strunk
#### Candidate for Director
#### Clerk Division

Honored to be the Clerk Craft Director would be an understatement. There are those candidates who want to begin at the top so my career of service is foreign to them. A steward, Chief Steward, Local President, National Clerk Craft Representative (NBA) Assistant Director, Clerk Division and Director of the Clerk Division is my resume.  This was how I learned about the membership and the serious issues that we face.

In 2010, my service as Director began with only 10 days before the national agreement expired. Our membership was clear in want they wanted, preserve the no lay-off clause, keep the COLA, no pay cuts and slow down the excessing. We accomplished all of that as a team. Our past president negotiated a one-year moratorium on excessing, our team negotiated a strict limit on how far (50 miles) an employee can be excessed for 4½ years.

Every day your union, through local and national officers, is working to protect your job and your future. The Postal Support Employees (PSE) is our future. Before we had unrepresented casuals with no benefits and no opportunity for making career. Now they do! We will not stop trying to improve the working conditions for all workers including the PSE. We will not stop until they are converted to career.

I am part of the "Leadership Team". I am proud that so many members of our team were unopposed. I congratulate them. I have the overwhelming support of our National Business Agents. We have a great team of officers in Washington, including Lyle Krueth, Lamont Brooks and until her recent retirement, Pat Williams. I'm honored to have their support. I believe that Cliff Guffey, Greg Bell and Liz Powell work hard for you and deserve your vote. Please vote for the Leadership Team.

#### Clint Burelson
#### Candidate for Director
#### Clerk Division

Over the years, the owners of large corporations in the mailing industry influenced Congress and the USPS to make changes benefiting themselves at the expense of postal workers and the communities we serve. The large mailers pushed the harmful 2006 legislation that created the false financial crisis at the USPS.

Prior to contract negotiations, the union's position was that a false crisis existed because of the pre-funding requirement in the 2006 legislation. During contract negotiations, we had an opportunity to expose corporate influence undermining the USPS and gather public support. Instead, national officers agreed to real concessions to help the USPS survive the false crisis.

Our current contract has the most substantial givebacks and concessions of any negotiated contract in the history of the APWU. For example, the USPS can convert full-time jobs to 30-hour NTFT assignments in up to 50% of all Clerk jobs at the plants and in 100% of all Clerk jobs at the stations. The USPS can have up to 20% of Clerk Craft employees district-wide be non-career employees instead of the previous 6% limit for all crafts. These and many other concessions are devastating.

Misleadingly, national officers sold the contract as a "win-win" agreement. Shamefully, not one national officer spoke publicly against the tentative agreement. The worst negotiated contract in the history of the APWU was not the best we could get.

I have almost 30 years experience as a steward and local president. I believe our strategy for success is to increase democracy in our union, fight corporate influence on the USPS, gather community support, and coordinate our actions to maximize the power of our great union. There is strength through democracy. I request your support and your vote for the Members First Team. Please visit www.apwumembersfirst.org and www.clintburelson.org for more information.

## CANDIDATES' STATEMENTS

---

**CLERK DIVISION
NATIONAL BUSINESS AGENTS
CENTRAL REGION**

---

### Linda Turney
### Candidate for
### National Business Agent (A)
### Chicago Region, Clerk Division

You know me. I am your National Business Agent. I represent the rights of APWU Clerks. I have been Local President, Local Newsletter Editor, Illinois State Vice President, Illinois State President, Arbitration Advocate appointed by Leo Persails, and Constitution Committee Chair appointed by Bill Burrus. I am asking for your vote.

I am a winning arbitration advocate, fearlessly and aggressively taking your cases to arbitration. I successfully negotiate positive resolves to your cases. I am always available to answer your questions by telephone, email and in person. I eagerly prepare and teach classes for your state and local organizations and at National conferences. Education of your representatives is a priority of my service to APWU.

I collect email addresses so that I can better communicate to you and your representatives about our fast changing APWU world. I quickly send out information including recently signed agreements to our contract, arbitration awards, changes to the APWU web page and legislative updates.

Stewards praise me for sending them arbitration awards with my comments. When re-elected, I will continue to send hot off the press arbitration decisions stewards can use, carrying on my role as a committed communicator.

I will maintain my efforts to get your cases scheduled through the new and challenging Joint Arbitration Scheduling System (JASS), working with your Officers to satisfy their scheduling requests. My commitment is to respect and work with your representatives on grievances of concern to you.

I am devoted to putting you first, keeping you informed – dedicated to representing the you in Union. Words cannot describe the passionate feelings I have towards Unionism. I am your enthusiastic, high energy representative bringing excellence to representing you. It is our work that connects us.

I ask for your vote and your support.

Endorsed by Illinois Postal Workers Union

In solidarity,
Linda Turney

---

### Christopher E. Ulmer
### Candidate for
### National Business Agent (A)
### Chicago Region, Clerk Division

I am Christopher "Chris" Ulmer, and I am asking you to vote for me to be your next National Business Agent (A), Chicago Region, Clerk Division. This decision has not been made lightly, nor was it made for self-serving reasons. The decision was made because I have experienced firsthand the willful neglect to serve all of our Union members equally. The office of Business Agent is not just about grievances, it is about training and educating our local leaders, making sure every member (the least to the greatest) of this Union is treated with the highest level of representation, dignity & respect. As your Business Agent I will provide you with the truth at all times. I will make and keep you aware of all situations and issues. I will make sure this Union gets the best results possible every time. I will help Locals better serve their membership, to better serve every member, every time, every day, for whatever reason they contact or come to the union. This may mean taking grievances all the way to Arbitration, it may mean assisting locals with filing labor charges, lawsuits, and EEOC's, whatever is at our disposal and is going to give the membership the greatest chance to prevail. I am qualified, prepared, and ready. I have been trained in every area of the union by the best Local & National Officers this union has. I will work with Locals on getting excessed APWU members back to our craft. I pledge to work with all members and officers of this union, regardless of past affiliations, associations, personal likes or dislikes; In short , I plan to unify the Chicago Region Office (Illinois, Michigan) giving our union the greatest chance to achieve the goals and plans that we have set forth.

---

### Mike O'Hearn
### Candidate for
### National Business Agent (B)
### Chicago Region, Clerk Division

I am Mike O'Hearn, your incumbent National Business Agent "B" Chicago Region. I ask for your support to be re-elected to my NBA position.

I have been a Union man from day one. I began as Newsletter Editor, then became a Steward. Twenty-two years ago, I became President of Kankakee, IL, south of Chicago. I was a State Officers for 17 years. In 1996, Leo Persails appointed me as an Arbitration Advocate. The past 17 years I have arbitrated cases in both large locals with thousands of members and small offices with just one member. I am a Union activist and have attended Union seminars, training conferences, debates, meetings, rallies, parades and pickets. I have had over 25 years of experience serving the APWU at the local, state and national levels.

My experience equals knowledge. I have taught stewards and labor leaders throughout Illinois and Michigan. I am creative, developing new ideas for training and making innovative arguments at every step of the grievance procedure. I deploy resourceful negotiating techniques, which demand resolutions that are beneficial to the grievants and the Union. If negotiations fail, I will work hard on your issues and be willing to take your battle to the arbitration table. I know what it means to fight with oppressive managers and I will not back down from that struggle.

My children have graduated from college so I am willing to devote all of my time and effort to our cause. People, who know me, support me. I have been endorsed by NBA Linda Turney; former Regional Coordinator and NBA Leo Persails; Illinois President Bob Gunter and the Illinois Executive Board. I am passionate about our Union as well as doing an excellent job to serve you. I ask for your vote. Thank you.

---

### Dave Baskin
### Candidate for
### National Business Agent (B)
### Chicago Region, Clerk Division

Hello. My name is Dave Baskin. I am running for the position of National Business Agent B for the Clerk Craft, Central Region.

This is about representation. This is about respect for the Locals and members. In my opinion, and the opinion of many other Locals, the representation we are receiving is not up to the standards we should expect. Settlements that allow Mail Handlers to do our work. Refusing to contact Locals before settling discipline for a probation in order to find out if the member received subsequent discipline. Failure to rebut management's step 3 denials, allowing false claims to go unchallenged. Refusal to honor LMOU language. This is not representing our members! This is unacceptable. We can do better.

I believe in trying to resolve the issue that brought rise to the grievance in order to try to correct a problem that exists. I believe that's part of the job of being a Business Agent.

I believe in working as a team. I am willing to learn from the other Business Agents as well as share my ideas with them. The Union is about Unity. Our fight needs to be with management and the enforcement of our contractual rights and benefits. I believe in calling Locals and getting their input.

I am an experienced arbitration advocate. I trained our Local's arbitration advocates and was recently asked, by a National Business Agent to assist in training a fourth. I've been successful in grievance shake-outs achieving hundreds of thousands of dollars for our members. I know the job. I can do the job. I will do the job.

I have the support and endorsement of the Senior National Business Agent, Lynn Pallas-Barber.

I am asking for your support and your vote when you cast your ballot in September.

## CLERK DIVISION
## NATIONAL BUSINESS AGENTS
## CENTRAL REGION

### Randall "Randy" Downard
### Candidate for
### National Business Agent (B)
### Cincinnati Region, Clerk Division

Experience, exemplary service, & excellent representation, I Randall "Randy" Downard am the best candidate for National Business Agent.

We are witnessing a historic moment in the United States Post Office. The Post Office is downsizing, and many of our clerks are required to do more with less. Management has taken advantage of our members in excessing, reverting assignments, consolidations, and contracting out work. Grievances are filed and the backlog of these unresolved grievances grows in size. This increases the time that fellow employees wait for resolution and/or compensation. Compounding this problem no one seems to be available to help the members or officers in a timely fashion.

I am and have been an arbitration advocate for the last 10 years, with successful representation in EEO, MSPB, Labor Department hearings; I have been an instructor at the National Convention, and the Tri-State Stewards' School. The other candidates for this office cannot produce a comparable resume. I am the best candidate for this job.

I understand that our job as a union is to help all and not be self serving. I am the candidate that will do that. You deserve the best candidate, tireless effort, professional representation, and effective results. I will work with the local officers, members and management to protect and serve the membership. If you have any questions about my experience I hope you will contact me on Facebook or tweet me at @Randy 4NBA

Your ballot will be mailed to you on September 12th and you will have the opportunity to make your choice. Your decision to participate in this election could impact your future, and the quality of representation you will receive. Changes in representation will affect your job. You can make a difference.

Vote for Randy Downard for National Business Agent your candidate for success!

### Mark E. Graham
### Candidate for
### National Business Agent (B)
### Cincinnati Region, Clerk Division

My name is Mark E. Graham and I seek your vote for National Business Agent (B) Cincinnati Region, Clerk Division. Some qualities needed in a great NBA would be experience, knowledge, dedication, commitment, and longevity. I hope that after you read this article you will see that I have all of these qualities.

I am a US Army veteran serving five years active duty and one year in the Reserves. I've been a Postal Employee for over 18 years and a Union member almost all of those. For the past eleven years I have served as the Vice-President and Chief Steward of the Springfield Ohio Local. In addition to that and other local offices that I've held I am also the Director of Veteran Affairs for the Ohio Postal Workers Union. In 2006 I was named the OPWU Member of the Year.

I attended the National Basic Arbitration School in 2006, was named an Advocate in 2007 and each successive year after that. During that time I achieved a 100% win ratio in arbitration. However, there is so much more to being an NBA other than arbitrations.

I have held step two meetings for the past ten years being quite successful in my negotiations representing my members. When I cannot reach an agreement I appeal them out of the office where I normally receive a favorable settlement.

Through the grievance procedure I've won thousands of dollars, won employees their jobs back, reduced or rescinded a large majority of discipline issued to my members, and represented members-at-large in other offices at my State President's request.

I am fully prepared to hit the ground running on day one and prepared to dedicate many more years of service to this Union!

Please see my article on the APWU website when it's posted.

### Michael L. Macho
### Candidate for
### National Business Agent (B)
### Cincinnati Region, Clerk Division

The position of National Business Agent is one of the most important jobs in terms of representing the membership, and one of the most important field positions in the APWU. It requires long hours of hard work and dedication. Electing someone to a National Business Agent position is an investment. Michael L. Macho is a candidate for NBA because he believes that the highest level of representation for our membership is essential. Michael will be that long-term investment for the Cincinnati Region and he will work hard each and every day on your behalf.

Michael is a proud five year veteran of the U.S. Armed Forces and was instructor certified by the U.S. Army. He believes that educating our members, stewards and officers is the key to success in winning grievances and maintaining contractual compliance. The most effective deterrent against future USPS contractual violations is for us to have success in the grievance-arbitration procedure and to prevail at the earliest stage possible, avoiding any delays in grievance adjudication.

While serving as President of the Radcliff Local and State Business Agent for the Kentucky Postal Workers Union, Michael has distinguished himself as a highly skilled Union Representative and Advocate. His record of availability and being responsive to all members is unparalleled in the APWU. His continuous display of professionalism, commitment, integrity, accountability, and attention to detail, has him well regarded as someone who sets the example for other Union Representatives and State Officers. While some candidates simply want the title of NBA, Michael is committed to doing the work, and is the one candidate that can actually handle the workload.

I ask you to vote for Michael L. Macho in this September election and give him the opportunity to serve you as National Business Agent "B" for the Cincinnati Region.

## CLERK DIVISION
## NATIONAL BUSINESS AGENTS
## NORTHEAST REGION

### John Bernovich
### Candidate for
### National Business Agent (B)
### New York Region, Clerk Division

If your job is ever on the line you want a knowledgeable, skillful and experienced advocate on your side. I am that person and here's why.

It was a grievance that I filed that awarded all work on bar code sorters nationwide to the clerk craft and not the mailhandlers. Since then thousands of clerks have earned millions of dollars performing the duties of jobs created by that grievance.

My wife was harassed by management and we met when I represented her at arbitration. We won. Five arbitrated cases all won in one day, a record. I know firsthand the damage and stress suffered by employees who are persecuted on the job and in need of representation.

I have never applied for any managerial position and have repeatedly rejected positions when offered. I have no desire to join the "dark side".

I served as the President or Vice-President of the Long Island AL for over 20 years, representing over 160 facilities and almost 2,000 members.

I have presented over 1,000 cases at arbitration and over 12,000 other cases within the grievance procedure.

I want to thank the twenty plus locals that signed my nomination petitions that allowed me the opportunity to run for a third term as your Clerk Craft NBA.

Find out more by going to the APWU website and look for me in the Candidate Statements section.

Vote for John "JB" Bernovich

## CANDIDATES' STATEMENTS

### Elizabeth "Liz" Swigert
### Candidate for
### National Business Agent (B)
### New York Region, Clerk Division

Elizabeth Swigert – National Business Agent Clerk Division New York State "B"

The next three years will bring many changes to our membership, due to the USPS's unrelenting downsizing and consolidations. You must choose the best person to represent you because your future depends on it. I am humbly asking for your support as National Business Agent because I want to work side by side with you in this fight.

I have represented the APWU membership for over twenty-eight years. I served as shop steward, Human Relations Director, Secretary, and Executive Vice President of the Queens Area Local. I served on National and New York State convention committees and was your National Business Agent from 2006 to 2009.

As both my local's arbitration advocate since 1990, and as New York State National Business Agent, I successfully won cases that have improved the working conditions of our clerks. Whether fighting PMR and excessing violations upstate, or FMLA violations and improper discipline downstate, I worked closely with both small and large locals equally, so every member received the quality representation he/she deserved. That's why I have the support of many local presidents across New York state.

Unlike my opponent who is retired and hasn't worked the floor for many years, I'm an active member and a union representative that works everyday on the workroom floor. I see the problems that regulars and PSEs face as management abuses the new contract. I personally understand your concern that your job might be abolished, your rights disregarded, and your future jeopardized. As one who is still working for the USPS, our postal future will be the same. You can be certain I will be the one who cares and fights every day for you!

You are entitled to great representation! Vote to protect your job and your future! Vote Liz Swigert!

---
### CLERK DIVISION
### NATIONAL BUSINESS AGENTS
### SOUTHERN REGION
---

### Sam Lisenbe
### Candidate for
### National Business Agent (C)
### Dallas Region, Clerk Division

Dear Clerk Craft Members in the Dallas Region,

I have served as National Business Agent (C) for the past eleven and a half years. During that time, I have won over 150 arbitration awards, totaling back pay for our members of almost $13 million.

In addition, I have settled thousands of other grievances either at Step 3 or in pre-arb resolutions that have accounted for at least another $5 million paid to our clerk craft members.

When Locals are experiencing excessing problems, I am normally assigned to hold meetings and explain to our members their contractual rights and the limitations imposed on management by Article 12 and Memoranda of Understanding concerning excessing. Likewise, I have been asked by numerous Locals and the two state organizations in my representational area to instruct at hundreds of training classes in order to teach our Local stewards how to better represent the membership. Those classes have resulted in well-documented grievances that led to settlements or arbitration victories.

My opponent does not have the experience to properly represent you. I do. The problems we face are too serious to hand over to inexperienced leadership. I ask that you take the time to not only cast your vote for me, but to ask your fellow clerk craft members to complete their ballots and ensure that I am re-elected. You deserve experienced and knowledgeable NBAs. Please re-elect Sam Lisenbe, National Business Agent (C), Clerk Division, Dallas Region.

---

### Theodore "Ted" Patterson Jr.
### Candidate for
### National Business Agent (C)
### Dallas Region, Clerk Division

Hello, I am Theodore "Ted" Patterson, and I am seeking the position of National Business Agent "C" for the Dallas Region. I am a US Veteran, postal employee for the past 28 years, sales and service associate, and member of the New Orleans Local. I am also the former Local President of New Orleans, Louisiana, and former State President for Louisiana. I served in these positions for several years. Serving in these positions allowed me to remain close to the membership, and have given me the opportunity to improve conditions for members both in the local, and throughout the state of Louisiana. Also in this capacity, I was instrumental in preventing the closing of the New Orleans Plant, by leading the membership in productive campaigns, and working closely with elected officials. I am a national arbitration advocate, and have been a delegate to state and national conventions for years. As you are aware, the Postal Service is changing more now than it has ever in the past. Therefore, we need strong, aggressive, and progressive leadership. I will provide quality service, and remain attentive, and committed to addressing the needs of all members. I will represent all members and all locals who need assistance from the national. I will promptly answer your calls, and respond to your situations with interest giving it the attention deserved and desired. I am not a friend to management, owe no one favors, and not afraid to fight for the rights of each member. I will work for (you) the membership and not for managers trying to erode and destroy your rights. Therefore, I am requesting that you cast your vote for me Theodore "Ted" Patterson Jr., National Business Agent, position "C." You can "make a difference" in the quality of representation that you receive.

## CANDIDATES' STATEMENTS

---

### CLERK DIVISION
### NATIONAL BUSINESS AGENTS
### WESTERN REGION

---

### Shirley J. Taylor
### Candidate for
### National Business Agent (B)
### San Francisco Region,
### Clerk Division

Hello Sisters and Brothers, my name is Shirley Jean Taylor, and I would like to take this opportunity to request your vote to reelect me to the office of National Business Agent 'B' San Francisco Region, Clerk Division; representing the states of California and Nevada. I have served the membership faithfully in this capacity since 1991 and would deem it an honor to continue to serve you. Prior to holding this position, I was president of the East Bay Area Local. I studied labor at UC Berkeley. Since 1991, working with presidents of the locals within my jurisdiction, we have been successful in settling thousands of grievances, resulting in compensation for tens and thousands of our members. Working together, we have successfully arbitrated issues surrounding supervisors performing bargaining unit work, crossing crafts, overtime violations, excessing, maximization and discipline cases. I have led training sessions on numerous subjects for locals, the states of California and Nevada, Craft Conferences, National Conventions, and POWER conventions. Upon reelection, I pledge to continue to represent you with all the dedication, conviction and determination needed for the successful prosecution of your contractual rights. I am a member of POWER, CLUW, APALA, LCLAA and CBTU. I believe the experience I have achieved over the years is essential in the battles we face with the Employer. The struggle continues! Please vote for Shirley Jean Taylor, NBA, Clerk Division 'B'.

### Dennis K. Wong
### Candidate for
### National Business Agent (B)
### San Francisco Region,
### Clerk Division

Dear Brothers and Sisters,
Did you know nationwide less than 35% of the Union membership votes during elections? With such a low turnout, members are not taking advantage of their right to vote and more importantly their right to a voice.

A National Business Agent's role is to represent the membership at the step 3 appeal level, but are you getting the representation you deserve? I believe members should be informed about their status of appeals and timelines for resolutions.

Maintaining an open line of communication is important to providing you the best representation possible. I want to meet and work with members as often as possible. I hope to have trainings on shop steward issues and the collective bargaining agreement. Also, I want to find out what concerns members have in order to raise these issues to the National Board meetings for resolutions. I have worked at the post office for and I know your daily pains and struggles. Everything from the dust and dirt of moving and sorting mail to the abuse Management can and does give workers, I have seen and experienced it. I have seen how Union officers once were easily approachable and accessible in person or with a single phone call. Today, officers look and talk like Management and the only relationship members have with them is with their voicemail. This is not the Union I joined and supported over the years and you, its members, deserve better. Take this opportunity to use your voting rights and make your voice heard. Let the National know you want more and deserve more from your Union and your officers. Please support my fight to improve member representation by voting for Dennis K. Wong for National Business Agent B, San Francisco Region, Clerk Division.

Thank you.

---

### MAINTENANCE DIVISION
### ASSISTANT DIRECTOR B

---

### Gregory "Greg" See
### Candidate for
### Maintenance Division
### Assistant Director (B)

I'm here to request your continued support in my position of Assistant Director for the Maintenance Division. I have been your elected representative since 2004 and have always placed the membership of this organization first and foremost as my priority.

I'm a veteran of the USAF, having served overseas in Okinawa, South Korea and the Philippine's from 1975-1979, receiving an Honorable Discharge. I was hired by the USPS in May, 1980 in Mansfield, Ohio.

My resume with the APWU is second to none having served as an officer of the Local since 1989 as Director, Clerk Craft, in 1990 as Director, Maintenance Craft and in 1991 as President until 2004, being elected 6 terms for the Mansfield (OH) Area Local. I also served 3 terms as Maintenance Director for the Ohio Postal Workers and as a National Arbitration Advocate from 1992 until being elected as your Assistant Director.

I have served in various positions of the Richland County Ohio, Central Labor Council, AFL-CIO from 1994-2000 and Financial-Secretary from 2000-2004. I'm well versed in most labor matters across the country, both public and private.

I've attended every Maintenance Craft convention since 1989 and APWU convention since 1990 and have watched our Union evolve over the years.

I have been part of the negotiations team for the current and previous negotiations of the Collective Bargaining Agreement in 2006 and 2010 for the Maintenance Division.

I will continue to speak out for the membership at the Headquarters level as I've always done. I enjoy negotiating on behalf of our division and respectfully request your continued support in my ability to serve you for another term as your Assistant Director "B" in the Maintenance Division.

---

### Steven Duckworth Jr.
### Candidate for
### Maintenance Division
### Assistant Director (B)

My name is Steven Duckworth Jr and I'm running for the position of Assistant Maintenance Craft Director (B). I started working for the United States Postal Service after completing four years of honorable service in the United States Marine Corps. After being excessed into the Maintenance Craft in the Trenton P&DC I became a Shop Steward and was quickly elected to Maintenance Craft Director for the Trenton Metro Area Local. Since becoming Maintenance Craft Director I've been very aggressive and successful in battling Management over subcontracting, custodial staffing, discipline and other high priority issues. If elected by my Maintenance Brothers and Sisters I promise to stand up against Managements brutal attacks regarding wages, working conditions and job security that we have been fighting for, for so many years. I believe I have a feel for what the working members of the Maintenance Craft deserve and demand since I hold a position on the workroom floor, as a Maintenance Mechanic at the Trenton P&DC, and I'll ensure that these demands don't go unfulfilled. As Assistant Maintenance Craft Director I would bring a youthful and energetic approach to the position and provide a different perspective to assist the Maintenance Craft Director. The future of the Maintenance Craft and the United States Postal Service is of the utmost importance to us and I will do everything necessary within my power to protect them. That's why I'm asking for your support in electing myself, Steven Duckworth Jr, for the position of Assistant Maintenance Craft Director (B).

## CANDIDATES' STATEMENTS

---

**MAINTENANCE DIVISION
NATIONAL BUSINESS AGENTS
CENTRAL REGION**

---

**Jeffrey S. Beaton
Candidate for
National Business Agent (B)
Central Region
Maintenance Division**

Fellow Union Brothers and Sisters, I am asking for your support in my bid for National Business Agent of Central Region (B). I have always taken great pride in serving our Union and have never taken for granted my members trust of protecting their contractual rights. I currently serve our members as the Missouri State Maintenance Craft Director, the Greater Kansas City Area Local #67 Maintenance Craft Director, and have received training by our National officers to serve as an arbitration advocate. I have attended, as an elected Delegate, every State and National Convention since 2006.

With the member's interest always in the forefront, I have never opted to run for an office when I felt someone else could better serve our members, nor have I shied away from stepping up and challenging anyone, who in their Union responsibilities, has become complacent or lacking. That being said, I know through my own years of experiences, that the real battles against our contractual rights are being fought daily in the trenches at the local level by shop stewards and local officers, the true backbone of our great Union. Our continuing struggles will be amplified without the support of a National Business Agent who will effectively and diligently handle our step 3s and arbitrations. I have taken my experiences from my military service, serving 4 years active duty Marines and 8 years in Army reserves, a year of which was in Iraq (OIF1), and implemented the same values of hard work, discipline, and integrity in my representation to our members.

If trusted with your vote, I will continually strive to provide a level of dedication, accountability, communication, training and transparency that our members expect and deserve.

Thank you for support and consideration!
Jeff Beaton

---

**Troy Rorman
Candidate for
National Business Agent (C)
Central Region
Maintenance Division**

Re-elect Troy Rorman, National Business Agent "C"

Dear Union Sisters and Brothers:

I served as an APWU representative since 1988. I've held numerous local and national union positions and belong to the Minneapolis Area Local. I've served as a National Staffing and National Arbitration Advocate prior to being elected as your National Business Agent "C" for the Maintenance Division in 2001. I have been serving as your NBA for almost twelve years. Visit me on Facebook.

When I came into office in 2001 there were cases that were at Step 3 well over a year old that had not been met on. There were cases pending arbitration that were over twenty six (26) years old. There were 88 large banker boxes of case files that required 25 four drawer filing cabinets, 7800 cases, when I took office in 2001. Working together, we have significantly reduced the grievance backlog and are working to get current. We are working towards getting caught up in the Maintenance Division (Craft) for the five state area. The days of routinely hearing cases that are ten to twenty years old is long behind us. Now cases are being dealt with in a much faster and timely manner. Today those 25 four drawer filing cabinets of case files are down to 3 four drawer filing cabinets and the 7800 cases, now down to only a few hundred.

I ask for your vote for NBA "C" for the Maintenance Division. I'm the most experienced, knowledgeable, capable, most qualified and best candidate without question. I have handled thousands of cases and won millions in payments to our members. Thank you for your vote, support and endorsement.

Yours in union solidarity,
Troy Rorman

---

**Dave Geissinger
Candidate for
National Business Agent (C)
Central Region
Maintenance Division**

My fellow Maintenance employees:

Have you had enough yet? Well I have. My name is Dave Geissinger and I am the Maintenance Craft Director for the St Paul Area Local. We all share a very dysfunctional and broken grievance procedure at step 3 and that's why I am running for National Business Agent C Maintenance Division in the Central Region.

I have been a Maintenance Trustee and Steward and am currently serving my third term as Maintenance Craft Director. I've been to the Arbitration training given by our National and have dealt with the Northland District Labor Specialists on a weekly basis. I have secured the largest step 2 settlement in our local's history and will be ready to start working for you on day one.

We can't afford 3 more years of job training. Every year that goes by that management remains unchallenged in arbitration, the more emboldened they become.

It has been years since we've had any assistance with the myriad of complex issues we now face. From AMP studies gone wild, excessing, staffing cuts, reversions, and paring down of routes, we have all been hit hard. As your National Business Agent for Maintenance I intend to stand in the direct path of these attacks we have all been experiencing and give management the push back they deserve.

As a veteran, I am thankful for a job with a decent wage and a strong Union to help me keep it. As an MPE mechanic for 15 years, I understand the issues we face. As a father, I would like to see our children reap the harvest of gainful employment. I need your vote in this very important election, at this defining moment for our Union.

In solidarity;
Dave Geissinger

---

**Curtis Walker
Candidate for
National Business Agent (C)
Central Region
Maintenance Division**

Fellow Union members my name is Curtis Walker and I am asking for your vote for National Business Agent, Maintenance Division (C), for the Central Region.

I am an honorably discharged 10 year veteran of the US Air Force reaching the rank of Staff Sergeant. I transferred into the Maintenance department in June 1997 after hiring in as a clerk and have held several positions, Maintenance Mechanic, Electronic Technician and Custodian. I was recently re-elected as the President of the Flint Michigan Area Local where I have also held positions as Vice-president, Secretary, Editor and Associate Editor.

I attended National advocate training in Washington, D.C. in February 2012. I have a BA degree in Criminal Justice with a minor in Business Administration. I have been a Steward in the Maintenance Department for 15 years and have extensive experience with staffing issues, conducting staffing reviews at out AO's, Stations and Main Office which created several new custodial positions.

I have experience and knowledge of Article 12, fighting District and Area Management during the AMP/Excessing event in Flint and ensuring that no members were excessed outside of their craft unless as a volunteer. I have experience fighting for Union members winning two, six figure awards, for Article 16 and Article 19 violations, recently. I will do my best to move the regions backlogged grievances quickly and efficiently through Step 3 and have them advocated expertly in arbitration if needed.

I am married to my wife Suzy, who is a Mail Carrier and I have two adult children, Curtis Jr., 29 and Amanda, 21. I am willing to move anywhere the Union needs to serve the Maintenance members of the Central Region.

For more information about me please visit my webpage at www.curtiswalkerfornba.com or contact me via e-mail at curtwalker@comcast.net.

## CANDIDATES' STATEMENTS

---

### MAINTENANCE DIVISION
### NATIONAL BUSINESS AGENTS
### WESTERN REGION

---

#### Shirley Jasper
#### Candidate for
#### National Business Agent (A)
#### Western Region
#### Maintenance Division

I, Shirley Jasper:

APWU-member in good standing of the Greater Los Angeles Area Local-64

I now seek your support for the position of: Maintenance National Business Agent (A) Western Region. (NBA)

I have served our Union faithfully and dutifully in the many positions listed below:

Co-Chair of the National Convention 2013

    Local-64 Parliamentarian
    NBA-Maintenance Western Region-NBA
    National Arbitration Advocate
    National Staffing Advocate
    Executive Board Officer-Local 64
    Maintenance Craft President
    Maintenance Vice President
    Maintenance Shop Steward
    Maintenance APWU Safety Officer
    Maintenance MOS-Support Clerk
    Maintenance Technician
    Maintenance Custodian
    Maintenance Sub Clerk

I feel the time I have spent in the above positions with the knowledge and experience I have gained will be beneficial in my effort to serve you.

I feel together we can accomplish many things to make sure our issues are truly and thoroughly presented to Management. My experience and desire to make a difference will be my commitment to you in this campaign.

I have worked with our former NBA's and have worked in the position when one of our former officers retired. I feel those experiences will benefit myself and our union in the challenges ahead.

I need your vote:

Support me – I will support you.
Ready on day 1
Shirley Jasper
P.O. Box 45650
Los Angeles, CA 90045

#### Mike Isaacson
#### Candidate for
#### National Business Agent (A)
#### Western Region
#### Maintenance Division

My name is Mike Isaacson, and I am running for the position of National Business Agent "A" for the Western Region within the Maintenance Division. This position is being given up by my fellow Phoenician, Chuck Sundgaard. Currently, I am the Maintenance Craft Director for the Phoenix Metro Area Local, a position which I am

holding for my fourth term of office. I am also the Arizona State Maintenance Craft Director, and I have been a staffing advocate since 2007, and an arbitration advocate since 2009. I am also proud to say that I am the co-creator and administrator of the 'Union Family – Maintenance Forum' and the 'APWU – Maintenance Representatives Forum" on Facebook: forums that are used nationwide to assist the maintenance craft and those outside the craft who deal with maintenance issues, by sharing advice, tactics, and strategies; as well as up to date information on issues that affect the maintenance craft. From this wide range of service, I understand the maintenance issues affecting locals of all sizes, and I feel I have the knowledge and ability to represent them.

After retiring from the US Army as a disabled veteran, and attending Arizona State University, where I received a Bachelor of Science Degree in Political Theory with a minor in Philosophy; I joined the USPS in 1996. In 1998, after having changed my craft from a mail processing clerk, I joined the maintenance craft as a custodian. After a brief stint as a Maintenance Mechanic, and an even briefer stint as a Mail Processing Equipment Mechanic, I became an Electronic Technician in 1999; and I currently work as an Electronic Technician on tour 1 at the Phoenix P&DC.

I appreciate your vote and in return I promise to give you the best representation possible.

#### Dan Van Minnen
#### Candidate for
#### National Business Agent (A)
#### Western Region
#### Maintenance Division

My name is Dan Van Minnen, I am a candidate for National Business Agent (A), Western Region, Maintenance Division. I have been employed by the United States Postal Service for 16 years of which 13 years I have served as Shop Steward in the Aurora, CO Local. I have a Masters Degree in Organizational Management from Regis University and I served in the United States Navy from 1980-1996 and retired, honorably, as a Chief Petty Officer Machinist Mate.

My energy and enthusiasm as a union activist has been displayed through the enforcement of our Collective Bargaining Agreement, my participation at state, regional and national conventions as well as organizing workers in the private sector. I promise to display this energy on a daily basis as I fight for workers rights.

The membership of the Aurora, CO Local experienced many compensations through the enforcement of the Collective Bargaining Agreement and victories won in Arbitration. I personally prepared and processed over 600 grievances up to and including arbitration. Many issues were negotiated locally with over a 98% success rate on

behalf of the workers. I have served on the Executive Board of my local since 2006 as the Secretary/Treasurer and worked for the National in the capacity of a Private Sector Organizer form 2006-2008.

Workers deserve respect and I will work hard to ensure that you the member get that on a daily basis. I'll return phone calls and respond to your emails. If there is something that I do not know I am not afraid to ask questions, even the tough questions that bosses don't like to hear. National Officers work for the membership and I will work for you. I am asking for your vote my name is Dan Van Minnen.

#### Charles P. Smith
#### Candidate for
#### National Business Agent (A)
#### Western Region
#### Maintenance Division

Hello my APWU Maintenance Brothers and Sisters. I am writing this as a means to convince you to support me as your Western Region Maintenance NBA (A). I do not know the other members running for this position very well at all and have no desire to critique their skills. I can only tell you about me and hope it is enough (www.nbacharlessmith.com). I have been a member and steward of the APWU since I walked through the door in 1995. I have been an Arbitration Advocate since 2002 (recommended by Nat. Asst. Maint. Craft Dir. Idowu Balogun and appointed by Nat. Maint. Dir. Steve Raymer) and the State President of Washington since 2006. I created arguably the best steward training opportunity in our union by founding the annual WAPWU Steward's College in 2008. I have also been very vocal in the politics of this union for over a decade. I have the negotiation skills, grievance handling, arbitration experience and executive experience necessary to do a great job for our members as I have been doing for 18 years. I highly recommend you consider the body of work of the candidates and make your own decision as opposed to believing that others know what's best for you. If you want your NBA to be someone who will go to war on your behalf, whether it is in the grievance procedure or within this union, then I can guarantee you that there is not a better candidate than me in this race. I do not go along to get along. I will upset the apple cart if it is in the best interest of our members. Please vote and more specifically please vote for me. Thank you. In solidarity, Charles P. Smith

### Caroline B. Federico
### Candidate for
### National Business Agent (A)
### Western Region
### Maintenance Division

As an experienced union activist, steward, officer, legislative liaison, maintenance craft director and most of all a member, I know what frustrates you. Being forced to wait and wait for your issues to be addressed. I am about yours and my chosen profession, the Maintenance Craft.

Maintenance members are skilled workers who demand respect and deserve it. I believe that our members are the lifeblood of APWU and commit to treat you like craft brothers and sisters. I have spearheaded events with co-workers: From training, fundraising to help a union brother or sister, combating management's anti-union tactics, to organizing local rallies and congressional visits to "Save the PO". I recognize that my accomplishments were possible because of the support of my maintenance members. You are my motivation.

I commit to work for you and your local at the District and Area Level. I don't have to tell you about your daily tribulations at work. You live it. I will do everything in my power to fight on your behalf if elected.

Maintenance is under attack; there is no time to waste your vote! We are being downsized and there's potential privatization. I will not allow this to happen to us without fighting our opposition every step of the way. I'm a member too and you are my friends, co-workers and economy contributors.

Nine candidates are seeking your vote. I am asking for your confidence in my pledge to serve you the dues paying members. You are the reason I have the opportunity to run for NBA. I will do my best to represent and give my presence on the workroom floor. Your support is requested to vote Caroline Federico for Maintenance NBA (A). Thank you. Now let's fight back.westernregion-11candidatefederi@gmail.com

### Louis M. Kingsley, Jr.
### Candidate for
### National Business Agent (A)
### Western Region
### Maintenance Division

My name is Louis M. Kingsley Jr. and I am seeking your Vote for National Business Agent, Maintenance Division Western Region, "A". I have served the California Area Local as the Maintenance Craft Director and Chief Steward for City of Industry P & D.C. I currently hold the position of California State Maintenance Craft Director. I was personally selected as National Arbitration Advocate since 2005 for the Western Region by NBA's Jimmie Waldon and Chuck Sundgaard. I have been a National Staffing Advocate since 2005 and for the past several years the Lead Staffing Advocate for the Western Region. I have been publicly endorsed by retired National Maintenance Craft Officer Bobby Donelson and multiple locals throughout the Western Region. I am an aggressive Union activist with the contractual knowledge, skills and arbitration experience needed to serve our membership with passion. I am 41 years old and have many years left to continue the struggle. We are facing great challenges and I am the candidate to elect who is well versed in the Maintenance issues of custodian and mechanize staffing, excessing, AMP's, subcontracting violations and countless other issues. I bring the ability to walk into the office on day one and start serving the membership. We need someone who will look at each case and make sure every issue is being addressed properly.

I have dedicated the last 11 years of my life fighting for working families and the battles we face together as unionists. You can maintain the quality of representation our membership is receiving in the Western Region by voting for me. I have shown integrity, demonstrated hard work and a commitment to the members my entire career. Lock in your future, vote for Louis M. Kingsley Jr.! For more information go to www.vote4louiskingsley.com.

### Paul E. Maille
### Candidate for
### National Business Agent (A)
### Western Region
### Maintenance Division

My name is Paul E. Maille and I'm running for the Western Region Maintenance NBA "A" position that is being vacated by NBA Chuck Sundgaard. I've been preparing for this opportunity for over twenty years, working tirelessly at making myself a better Steward, Vice President, President and Arbitration Advocate. As an Arbitration Advocate for over two decades, I've been assigned some very difficult cases that I was able to arbitrate with success. As the current Reno Local President for over two terms as well as being the Executive Vice President for over a decade, I have proven that I'm committed to "making the most right fights!"

I'm also approved nationally to arbitration cases in both the states of California and Nevada. I currently advocate cases in the Clerk, Motor Vehicle, and Maintenance Crafts.

I've worked very closely over the years with NBA's Donaldson, Balogun, Sheppard, Sundgaard and Waldon. Through the years as Maintenance Division team players we were able to prepare many grievances that were met with success in the arbitration arena.

I've arbitrated with most of the Regional USPS representatives in both the Western and Pacific Areas and I feel confident because of my exposure and expertise in the grievance process I'll be a very effective Step 3 representative, allowing for many of the grievances to be resolved before they have to go to arbitration. I'm asking you to permit me to use these decades of experience to represent the members of the Western Region Maintenance Division. In order for me to do that, I need your support. I need you to vote for Paul E. Maille in September 2013. Please allow me to prove to you what these twenty plus years of experience can do for you and your families' future.

For more information visit www.maillefornba.com

## CANDIDATES' STATEMENTS

### MOTOR VEHICLE SERVICE DIVISION NATIONAL BUSINESS AGENTS WESTERN REGION

### Edward Knipe
### Candidate for
### National Business Agent
### Motor Vehicle Service Division
### Western Region

My name is Ed Knipe, proud member of San Diego Area Local #197. I am running for the position of National Business Agent, Motor Vehicle Division Western Region. The position I have held since May of 2013 after being appointed by Director Foster after the resignation of Bob Pritchard. Brother Foster had several able people to choose from to fill the position. I am honored that he has entrusted me with the position and will not let him or the membership down. I began my career with the Postal Service in Minneapolis in 1996 and transferred to San Diego in 1998. I began serving as a Steward soon after arriving in San Diego. I was the MVS Craft Director from 2001 until my appointment as your NBA. I have been an Arbitration Advocate since 2007. I was a major contributor of information for the California mode conversion case. A case the Union won. We now have the ability to make a fair comparison when work is to be considered for sub-contracting. I will continue to work with our National Officers to protect and expand or work on both the PVS and VMF sides of the house. We will show the Postal Service that our craft now performs our duties with more efficiency and flexibility than contractor's do. We can perform future work in the same manner. Something you already know. We have many intelligent individuals in all of our APWU crafts. A committee composed of all crafts is something that may work well for us in the future. We all need to work together in the struggle against the Postal Service, as it is in the best interest of us all. I am confident you will continue you to allow me the privilege of serving as your NBA. Thank you.

### Jerome Pittman
### Candidate for
### National Business Agent
### Motor Vehicle Service Division
### Western Region

My name is Jerome Pittman, I am running for Motor Vehicle National Business Agent for the Western Region. When approached to run, I felt it important to answer two questions: "Has my experience and insight prepared me for the challenge?" and "Can I be of service?" I proudly answered yes to both questions.

As a vigorous fighter to protect the rights of Motor Vehicle craft employees, I have insight of how the USPS continually ignores the provisions of the Collective Bargaining Agreement and manipulates issues.

In 1997 I became a shop steward for the MVO craft in San Francisco, and I have served as Assistant MVO Director and MVO

Director. I have served as a California State Arbitration Advocate since 2005. I have been assigned cases throughout the state and have maintained very high winning percentages.

I understand the continuing fight that we have concerning our jobs being contracted out. When the USPS decided to contract out California PVS, President Guffey created a committee to stop this action. I was honored to be appointed by President Guffey to be a part of this committee and contribute to the solution.

I will work to improve the responsiveness of Motor Vehicle craft interests, while at the same time using my knowledge and experience to provide the professional oversight needed to preserve the full range of benefits that we have historically enjoyed.

I have knowledge, education, desire and the heart to help our Union to continue to fight for the rights of our members. I understand the problems that we are confronted with on a daily basis. I would like to be part of the solution.

I ask your support to elect me as Western Region National Business Agent for the Motor Vehicle Craft.

For additional information please visit my webpage at: www.japit1.com

Jerome Pittman
Phone: (415) 516-0617, day and night
Fax:  (707) 561-3635

### OTHER NATIONAL BUSINESS AGENTS CARIBBEAN AREA

### Daniel Soto
### Candidate for
### National Business Agent
### Caribbean Area

My name is Daniel Soto; Joined USPS in 1986 as a Clerk in Alaska. Transferred to GPO San Juan in 1988, continued involvement with the PRAL-1070 and Caribbean Area as your NBA for the last three terms, nine (9) years.

I've served the membership as a Shopteward since 1986, Executive Vice President from 1996 to 1997, President 1997 to 2001 and as an advocate since 1996. I've been elected National Business Agent, representing Clerks, Motor Vehicle and Maintenance since 2004 to present, bringing more than 27 years of experience and leadership.

I have been Delegate for the National Convention consecutive since 1994 to present. I had work with the Resolution Committee for 1998 and 2000 at the National Conventions.

I negotiated the Local Memorandum of PRAL-1070 since year 2000 and up to 2010.

As elected NBA since 2004, I proudly represent the membership, my winning percent is untouchable.

I represented the case of improper hiring procedures, never seen in the nation, which we won and best of all three of our members came back to work after four years being out, with all their entitlements.

I will keep working hand to hand with the Local in a diligent effort to keep grievances as current as possible. I will keep educating and informing Shoptstewards, since communications is one of the best tools we have. My priority is to assure that the Shoptstewards and Advocates are well trained to develop all relevant evidence in all grievances.

Members are aware of USPS Nationwide, experience is what the membership needs, is exactly what I got. I'm clear, a perfect choice with the experience and sincere dedication to serve our Union. I ask for your vote for re-election for the Caribbean National Business Agent Position.

In union solidarity,
Daniel Soto.

### Alberto Ortiz
### Candidate for
### National Business Agent
### Caribbean Area

Dear APWU members, Puerto Rico Area Local and Virgin Islands:

My name is Alberto Ortiz, Candidate for the NBA Caribbean Area.

My special thanks' to the local presidents Ms. Becky Simmonds and Mr. Juan Carlos Gonzalez and Secretary, Mr. John Sewer and Mr. Osvaldo Rivera for certifying my nomination petition as a candidate for NBA Caribbean Area. Alberto truly believe this is a very important job which holds a lot of responsibility. Alberto will work hand in hand with the Presidents, Officers and Stewards of the Locals to represent every member's rights successfully.

Alberto Ortiz seeks election to NBA Caribbean Area because every member issue is important and resolutions to your issue(s) are top priority and must be dealt in a timely manner. That will be my mission when elected.

Alberto Ortiz has 44 years as postal employee. During these years Alberto have gained plenty of experience working as a Union Steward, Secretary- Treasurer, Vice -President, President of Puerto Rico Area Local, APWU-AFL-CIO. Also as National Business Agent and Arbitration Advocate. Alberto Ortiz has handled many large, complex cases, representing postal workers in both Arbitration and MSPB. To date Alberto Ortiz has produced many decisions and settlements in excess of millions of dollars in favor of postal workers.

Alberto look's forward representing you in the capacity of National Business Agent. Alberto assure you that with the knowledge gained from working in the different capacities as union officer, will perform at the level that you expects to resolve your cases.

Alberto has the commitment and experience to defend your contractual rights.

Now it is your decision as member to vote for the most experience officer.

Vote for Alberto Ortiz, NBA Caribbean Area.

## CANDIDATES' STATEMENTS

### John M. Peroza
### Candidate for
### National Business Agent
### Caribbean Area

Dear Union Brothers and Sisters,

I, John M. Peroza, am 42 years old and a US Army Veteran currently employed by the United

States Postal Service in San Juan Puerto Rico. I respectfully take this opportunity to present my nomination for the position of the Caribbean National Business Agent (NBA). In April 1998 I was employed as a Custodian by the United States Postal Service. Later I spent five years in the

Clerk Craft as a Distribution Clerk until I finally was transferred to Puerto Rico where I have been part of the Motor Vehicle Craft since then. Currently I am the Motor Vehicle Craft Director, recently I successfully completed a Basic Arbitration Training. I have proudly and vigorously represent the members of the APWU Puerto Rico Area Local 1070 with integrity and selfless service. Our Collective Bargaining Agreement (CBA) is there to protect you, that I have done and will do with loyalty and the respect you deserve. I will do my best to make sure management abides by all rules and regulations. When you elect me as your new NBA my commitment with you, members of Puerto Rico Area Local and Virgin Island Locals, is to include you in the grievance process and maintain you informed. I believe that there is no reason whatsoever for a grievance to stay in the system for years, let alone 10 years as it unfortunately happens now. It will be an honor to represent you, the Members of the Puerto Rico and Virgin Island Locals at the highest level.

It is time for a change. Support my candidacy and I promise I will not let you down.

In union solidarity,
John M. Peroza
MVS Director
Caribbean National Business Agent Candidate
(787) 233-2636
levan26@aol.com

---

### RETIREE NATIONAL
### CONVENTION DELEGATE
### CENTRAL REGION

---

### Al LaBrecque
### Candidate for Retiree
### National Convention Delegate
### Central Region

As one of the "Original Five" National Retiree Delegates to the 1996-1998 APWU Conventions; I'm respectfully requesting Central Region Retirees' Department members afford me the privilege of serving

again as an effective advocate for Retiree involvement in our beloved APWU.

Authored resolutions amending seven sections of the APWU Constitution; including establishing Retirees' Department Director as an elected office, and historic 2012 Resolution #26 achieving retiree members eligibility to vote for national officers.

Organized second State Retiree Chapter in 2000, continuously serving as President, chairing biennial Constitutional Conventions and Education Assemblies in conjunction with the MPWU.

Experienced, knowledgeable, dedicated to advancing the Retirees' Department from its inception; working closely with past Directors and current Director, Judy Beard. Established relationships with retiree leaderships across the APWU.

Since 1959, served as "Cradle of Labor" Flint Area Local; Secretary, Editor, Steward, Vice-President, President, and MPWU Area Director. Lifetime honorary member; Flint MI Area Local, Michigan Postal Workers Union, and National APWU PPA.

Retiree's "contract" is legislation, and "negotiations" with Members of Congress. Actively engaged petitioning elected legislators on APWU, retiree and senior's legislative initiatives, coordinating with APWU Legislative/Political Department, Alliance for Retired Americans, and NARFE Chapter #1487. Just because we're retired, we're never out of the arena!

Visions for advancing continuing Retiree involvement in our department include: establishing a Technician position to research and respond to retiree member's, spousal, and survivor inquires. Expanding Retiree Delegate responsibilities representing members and chapters in their respective regions. Establish Retirees' Department Director's salary commensurate with Craft/Division Directors, and elevate the Director to the APWU National Executive Board.

I'm therefore respectfully and humbly requesting Central Region retiree members cast their ballot for experience, dedication, and a strong voice in and between Conventions as National Retiree Delegate to the 2014 APWU National Convention. Thank you.

Solidarity forever!
Al LaBrecque

## RETIREE NATIONAL CONVENTION DELEGATE SOUTHERN REGION

### Elizabeth Ann Bobo
### Candidate for Retiree National Convention Delegate Southern Region

As your Southern Region Retiree Delegate, I am proud to have been in the forefront securing all retirees the right to vote for the top officers of your Union. As a retiree you have chosen to remain a part of our Union. That means a lot! Whether you have recently retired or have enjoyed years away from the USPS you have remained interconnected to your union.

I am seeking your vote and support. Retirees make up the second largest entity within the APWU. As former postal workers we gave our lives work to the service of America. We earned our government benefits. We cannot and will not let some in our government take those benefits away. I need your help to continue to serve all my fellow Southern Region Retirees, to continue to be your voice in the Union you voluntarily chose to remain a member of.

When I retired I continued my lifelong desire to serve the members in the Retiree Department. Many of you know me as Beth Cramer. My name is the only thing that has changed. My heart remains dedicated to serve the interests of our APWU Retirees. It is hard to imagine that after paying full dues to the National Union that we had to struggle to regain the right to vote for our top officers as a retired member. So now that you have that right, please use it in this election!

Please vote to elect me Elizabeth "Beth" Bobo as your Southern Region Retiree Delegate. I thank you in advance.

Remember as Retirees your voice in State and National Elections makes a difference!

### Desmond J. Neurohr
### Candidate for Retiree National Convention Delegate Southern Region

Fellow Retirees:
My name is Desi Neurohr and I am asking for your vote for Retiree National Convention Delegate, Southern Region.

I have been a member of the APWU since my first day as a postal employee, 10/25/75. I retired from the USPS 11/29/11, and I am a member of the Florida State Retiree Chapter.

My postal career was spent as a clerk in Pittsburgh, Pa. I was active in the affairs of the APWU, and served as a full time officer of the Pittsburgh Metro Area Local for 24 years, including 17 years as Secretary-Treasurer.

I was the advocate for the largest arbitration award in APWU history, nearly $75 million for CILO violations. I have also served as the chairperson of the Finance Committee for 2 National Conventions.

I believe it is important that retiree members remain active in the affairs of the APWU, and that our voices are heard by our leaders in Washington.

We must protect the benefits gained through our hard work and sacrifice.

I will be your voice as Retiree National Convention Delegate, Southern Region. Thank you for your support.

Sincerely and fraternally, Desi Neurohr

### Charles Rufus Hunt
### Candidate for Retiree National Convention Delegate Southern Region

Greetings fellow retired brothers and sisters of the American Postal Workers Union, I C. Rufus Hunt solicit your consideration and support in my quest to become your next Southern Regional Delegate within the Retirees Department of this great union.

I've served as member, steward, and officer within the Atlanta Metro Area Local for more than twenty years with my loyalty first to the membership and then to the APWU. I retired from the postal service in 2011 as a maintenance craft employee who always placed the members' needs first while serving as buffer between craft employees and a ruthless management team. When elected as your delegate, I promise to communicate your wishes and report directly to you through electronic and other means, I have been steadfast as an advocate for member rights.

Since my retirement, I've continued to offer my services to the state, local and national Union in whatever capacity that would be most beneficial to active/retired members as an activist within both the Union and legislature. Noticing a void in the Southern Region's organizing and recruitment of retired members, I was moved to nominate myself to become your next regional delegate where I will undertake the task of visiting non-represented locals both electronically and physically, and establishing retiree chapters in this eleven state region.

When elected, I promise to faithfully be your voice at all conventions of the APWU where retiree issues will be paramount on my agenda. I will tentatively listen to your concerns and aggressively present them to the assembled bodies with regular reports to you the members via newsletters and local medias. I will ensure transparency, accessibility, and accountability from myself and the entire Retiree Department. Please vote and elect me your new Southern Regional Delegate. I may be reached via 404-964-0166 & < ruruhunt@gmail.com> 24/7.

## CANDIDATES' STATEMENTS

---

### RETIREE NATIONAL
### CONVENTION DELEGATE
### WESTERN REGION

---

#### Byron Denton
#### Candidate for Retiree
#### National Convention Delegate
#### Western Region

I was one of the "Original 5" elected Delegates to the 1996-1998 National Convention position to represent retirees of the Western Region. I am asking for your vote to let me continue representing you at the National Convention.

My experience was 18 years as local president in La Mesa California and have been a delegate to Convention since 1970 with the exception of one. Since my retirement I have been involved in promoting the Retiree Department at its inception, not only at the National Conventions but also between conventions with the Retirees Department and Legislative Department of APWU. I am in constant contact with our Congressman and Senators on Postal Legislation.

California State along with other State and Locals throughout the nation submitted resolutions to the National Convention to better the Retiree Department. Over the years we managed to get resolutions passed for better representation for retirees.

I was instrumental in getting our Retiree Department Director an elected position instead of appointed. As your Delegate last August I got resolution 26 pulled up as the second resolution to be discussed and voted on at the 2012 convention in Los Angeles. This resolution from the constitution committee is what gives the retirees the right to vote for National Officers.

My knowledge and familiarity of the proceeding and how to get things done on the convention floor is what helped get more representation to the largest growing department in the APWU.

I am asking for the retirees of the Western Region to vote for me again as your Retiree Delegate to the National Convention. I promise you I will work just as hard in the future as I have in the past for Retirees as well as active APWU members.

#### Patricia "Patsy" Mort
#### Candidate for Retiree
#### National Convention Delegate
#### Western Region

Hello my fellow retirees

My name is Patricia (Patsy) Mort and I am seeking the position of Western Region Retiree's National Convention Delegate. I am a recent retiree as of the VER offer in January 2013. I have been an active Union official of the San Fernando Valley Area Local and I am still serving as the Human Relations Director paying my full Union dues. While working, I represented employees as a steward, arbitration advocate and OWCP representative. I am now the Vice President of our Local retiree chapter titled SFVAL Golden Oldies which I helped organize. I understand the needs of retirees as I am a retiree with a Social Security component. I understand the needs of maintaining our benefits for Social Security, Medicare, and all our federal retirement benefits. I believe it is necessary to stay involved, stay informed and remind other current members of the importance of the retiree's department and how valuable retirees are to the APWU. As a retiree, I would love to attend conventions to represent and share the needs of the retirees. I would love the opportunity to discuss with others our retiree's needs and I am not afraid to speak up for the retirees when we need to be heard for changes. I am asking for your vote for Western Region Retiree Convention delegate. Your support would be very much appreciated.

Respectfully submitted
Patricia Mort.

# THE #1 ORGANIZER STRIKES AGAIN!

The APW-ABA Announces For
APWU Members Only . . .

## The APW-ABA "Tab & Grab" CASH BACK Shopping Service



BEST
ORGANIZER
APW-ABA
2012

AMERICAN POSTAL
WORKERS UNION
AFL-CIO

- Tax Free Cash Back of 1% to 40%
- You Decide How To Receive Your Cash Back
- On The Items You Will Buy Anyway
- Using Your Favorite Retailers (except Union Boycotted retailers)
- Thousands of Sellers  • Your Favorite Brands
- Searchable Website
- Accessed Through APW-ABA.ORG and Through Any Link to the ABA
- Download Your APW-ABA Branded Shopping Assistant
  and Never Miss a Cash Back Reward
- Click the Link for "TAB & GRAB"
- or Call Us at 1-800-525-2890

## AMERICAN   POSTAL   WORKERS



APW + ABA

## ACCIDENT   BENEFIT   ASSOCIATION



THE AMERICAN

# Postal Worker

**APWU**

MAY–JUNE 2013

# The Time
# Is Now
# GIVE to
# COPA

*Enter Now to Win*
*The Trip of a Lifetime*

Protect Jobs

Support Those Who Support Us

Postal Reform



**THE AMERICAN POSTAL WORKER**
MAY-JUNE 2013
VOLUME 43, NUMBER 3



CLIFF GUFFEY



# COLUMNS

**4 PRESIDENT**
More Jobs,
Better Jobs,
Career Jobs

**6 VICE PRESIDENT**
Privatization Merits
'Serious Consideration,'
Panel Says

**10 SECRETARY-TREASURER**
Managing Local,
State Finances

**12 INDUSTRIAL RELATIONS**
'Superseniority' Protects
Union Representation

**22 NORTHEAST REGIONAL COOR.**
An Orchestrated Plot

# DIVISIONS

**14 CLERK DIVISION**
New Computer Program
Will Help Win Good Jobs

**16 MAINTENANCE DIVISION**
Arbitration on Travel,
Subcontracting & More

**18 MOTOR VEHICLE DIVISION**
Union Wins Major
Subcontracting Case

# DEPARTMENTS

**26 LEGISLATIVE & POLITICAL**
Congress Likely to Vote
Soon on Postal Reform

**27 ORGANIZATION**
ABA Helps
APWU Members

**28 RESEARCH AND EDUCATION**
Fewer Union Members
Means Lower Pay for All

**29 HUMAN RELATIONS**
Health Coverage When
Injured at Work

**30 HEALTH PLAN**
One in Four Suffers
From Treatable Mental
Health Condition

**31 RETIREES**
Save Social Security

## WRITE TO US

We welcome letters. We will print your name and local affiliation, and we ask, for verification purposes, that you include your address, phone number and Social Security number or employee i.d. number. Send letters and other items to: The American Postal Worker, Attn: Sally Davidow, 1300 L St. NW, Washington, DC 20005.



8

20

THE AMERICAN

# Postal Worker

(ISSN 0044-7811) is published bimonthly by the
American Postal Workers Union, AFL-CIO,
1300 L Street NW, Washington, DC, 20005.
**www.apwu.org**
Periodicals postage paid at Washington, DC.
and additional mailing offices
POSTMASTER: Send address changes to
THE AMERICAN POSTAL WORKER
1300 L Street, NW, Washington, DC, 20005.

| | |
|---|---|
| **Cliff Guffey** | *President – Editor* |
| **Greg Bell** | *Executive Vice President* |
| **Elizabeth Powell** | *Secretary-Treasurer* |

| | |
|---|---|
| **Mike Morris** | *Director, Industrial Relations* |
| **Rob Strunk** | *Director, Clerk Division* |
| **Steven G. Raymer** | *Director, Maintenance Division* |
| **Robert C. Pritchard** | *Director, Motor Vehicle Division* |
| **Bill Manley** | *Director, Support Services Division* |
| **Sharyn M. Stone** | *Central Region Coordinator* |
| **Mike Gallagher** | *Eastern Region Coordinator* |
| **John H. Dirzius** | *Northeast Region Coordinator* |
| **Princella Vogel** | *Southern Region Coordinator* |
| **Omar M. Gonzalez** | *Western Region Coordinator* |

| | |
|---|---|
| **Myke Reid** | *Legislative & Political Director – Assoc. Editor* |
| **Martha Shunn-King** | *Organization Director* |
| **Joyce B. Robinson** | *Research & Education Director* |
| **Sue Carney** | *Human Relations Director* |
| **William J. Kaczor Jr.** | *Health Plan Director* |
| **Judy Beard** | *Retirees Department Director* |

| | |
|---|---|
| **Lyle Krueth** | *Assistant Director, Clerk Division* |
| **Lamont Brooks** | *Assistant Director, Clerk Division* |

| | |
|---|---|
| **Gary Kloepfer** | *Assistant Director, Maintenance Division* |
| **Gregory See** | *Assistant Director, Maintenance Division* |
| **Idowu Balogun** | *National Representative-at-Large, Maintenance Division* |

| | |
|---|---|
| **Michael O. Foster** | *Assistant Director, Motor Vehicle Division* |

**CLERK DIVISION NATIONAL BUSINESS AGENTS**

| | |
|---|---|
| Robert D. Kessler | Pat Davis-Weeks |
| Jeff Kehlert | Linda J. Turney |
| Shirley J. Taylor | Robert Romanowski |
| Marilyn 'Mo' Merow | John Jackson |
| Robert Bloomer Jr. | John Bernovich |
| Peter Coradi | Jack Crawford |
| Nancy E. Olumekor | Jerry McIlvain |
| Paul Hern | Christine Pruitt |
| Sam Lisenbe | Gilbert Ybarra |
| Stephen Lukosus | Larry Crawford |
| William Mellen | Chuck Locke |
| Tom O'Brien | Martin J. Mater |
| Pamela Richardson | Mike D'Heron |
| James E. Scoggins | Stella 'Joann' Gerhart |
| Billy Woods | Mike Schmid |
| Martin Barron | Michael Sullivan |
| Brian Dunn | Bernard C. Timmerman |
| Lynn Pallas-Barber | Rachel Walthall |
| Frank Rigiero | Ben Lyons |
| Dennis Taff | |

**MAINTENANCE DIVISION NATIONAL BUSINESS AGENTS**

| | |
|---|---|
| Vance Zimmerman | Richard 'Rick' Logan |
| Troy Rorman | Jimmie Waldon |
| Terry Martinez | Joe 'Dean' Hathaway |
| Charles Sundgaard | John Gearhard |
| William LaSalle | |

**MOTOR VEHICLE SERVICE DIVISION NATIONAL BUSINESS AGENTS**

| | |
|---|---|
| Merlie H. Bell | Joseph LaCapria |
| Ulysses Coneway | Kenneth Prinz |
| Dwight D. Johnson | Javier Pineres |

**OTHER NATIONAL BUSINESS AGENTS**

| | |
|---|---|
| Daniel Soto | James M. Patarini |

**PRODUCED BY THE APWU COMMUNICATIONS DEPARTMENT**

| | |
|---|---|
| **Sally Davidow** | *Communications Director* |



# FEATURES

**8**  GUFFEY TELLS SENATE
## America Needs Its Postal Service

**8**  POSTAL REFORM
## APWU Members Take The Message to Congress

**20**  A LOOK BACK
## 'Dust Bowl Troubadour' Sang For Unions, Justice

**24**  APWU COPA
## The Time Is Now: Give to COPA



## About the Cover:

A booming COPA fund – along with grassroots political organizing – helps us elect candidates who demonstrate a commitment to postal workers and a thriving Postal Service. With postal reform on the agenda, the time to give to COPA is now! *(See p. 8-9, 24-26.)*



# PRESIDENT CLIFF GUFFEY

*By enforcing restrictions on the use of PSEs, we protect career jobs and improve career opportunities for our newest union members.*



# More Jobs, Better Jobs,

ONE OF THE MAIN PRIORITIES OF THE UNION IS JOBS — WHETHER IT means stopping management from outsourcing our work, fighting for better hours and days off, negotiating a path to career status for Postal Support Employees or bringing back work that the USPS has contracted out.

The 2010-2015 Collective Bargaining Agreement strengthened our protection against subcontracting and we recently won an important victory in a Motor Vehicle Craft arbitration that will help us preserve jobs in all crafts. *(See page 18.)*

We recently launched a new computer program in the Clerk Craft that will help locals track employee work hours to aid the fight for jobs with better schedules, address excessing issues and retreat rights, and identify part-time flexible hours that justify full-time jobs. *(See page 14.)*

**Most Proud**

But one of the achievements that I am most proud of is the elimination of casuals in all APWU crafts and their replacement with Postal Support Employees (PSEs), who are part of our union.

Many PSEs spent years working as casuals and know first-hand the trials and tribulations of being a casual. But new PSEs may not realize that if they were hired prior to 2011 they would have been hired with much lower pay, no contractual rights, and no union representation. Casuals had no protection against being terminated on a manager's whim and no procedure for obtaining career status. They were a non-union workforce and were sub-jected to all the indignities non-union workers suffer.

I am proud to say that is no longer the case.

**'We Want Career Jobs'**

PSEs earn considerably more than the casual employees they replaced, and they are guaranteed raises over the life of the current contract. PSEs also earn annual leave and qualify for health insurance after one year.

In addition, PSEs have access to the grievance procedure. And although they can be terminated for lack of work, once they pass their probationary period, discharge for any other reason must be for "just cause." When PSEs are terminated due to a lack of work, dismissals must be implemented by juniority, and rehiring must be based on their craft standing in the installation.

But what PSEs really want is to become full-time career employees – with all the rights and benefits permanent employees enjoy. And this is one of the most important rights we negotiated for PSEs -- the opportunity to join the ranks of the career workforce, by seniority, provided they have passed the appropriate entrance exams and are on the appropriate register.

# Career Jobs

## Enforcing PSE Limits To Create Career Jobs

The contract limits the number of PSEs the USPS may hire, and there is evidence that management is exceeding the limits. Ironically, by enforcing restrictions on the use of PSEs, we not only protect career jobs, we improve career opportunities for PSEs.

Once we document the fact that management is violating limits on the number of PSEs allowed in various locations and operations, we can demand that the Postal Service create a comparable number of career positions. In accordance with the PSE Career Opportunity provisions of the contract, these career positions must be filled by the conversion of available and qualified PSEs on a seniority basis.

So, enforcing PSE limits doesn't hurt PSEs, it benefits career employees *and* PSEs.

In the Clerk Craft, the total number of PSEs used in mail processing within a district may not exceed 20 percent of the total number of career mail processing Clerk Craft employees in the district, except during the Christmas period.

In retail and customer services, the number of PSEs may not exceed 10 percent of the career retail clerks in Level 22-and-above installations whose duties include working the window, and no more than

---

**BREAKING NEWS**

## USPS Moves Up Consolidations

The APWU is outraged by USPS plans to accelerate the closure of 71 mail processing plants that were originally slated for possible consolidation in 2014. "These closures will eliminate jobs, harm communities, and delay mail delivery every day – Monday through Saturday," President Cliff Guffey said.

"The Postal Service is on the brink of cutting service in a way that will permanently damage our treasured institution," he said. "These closures do not have to happen – they are a casualty of Congress' inability to enact meaningful postal reform legislation.

"This news highlights the urgency of our situation: APWU members must contact members of Congress and let them know that they need to act *NOW*."

---

20 percent of the career retail clerks in Level 21-and-below installations whose duties include working the window.

In the Maintenance and Motor Vehicle Crafts, the total number of PSEs used within a district may not exceed 10 percent of the total number of Maintenance and Motor Vehicle employees, respectively.

## Locals Must Be Vigilant

To be successful at increasing career opportunities by enforcing limits on the number of PSEs, locals and state organizations must be vigilant. Locals must monitor USPS compliance with the PSE limits carefully and file grievances when the USPS violates the restrictions.

Article 7.7 of the contract requires the USPS to provide a report every four weeks with information needed to monitor compliance with the PSE limits. (The reports are posted at *www.apwu.org*, on the Industrial Relations page, under "USPS Reports.")

Where the record shows that management is violating the cap on an ongoing basis, local grievances should request that management convert an appropriate number of PSEs to career status in accordance with the PSE Career Opportunity provisions of the contract.

PSEs are part of the bargaining unit, and we will continue to fight to improve their wages, hours and working conditions. At the same time, we must protect career jobs and maximize the number of PSEs who are converted to career status, whenever conditions warrant. ∎



## EXECUTIVE VICE PRESIDENT GREG BELL

# Privatization Merits 'Serious

*The panel's conclusion gives a sense of legitimacy to privatization, which up to now has been dismissed as extreme.*

*Greg Bell*

THE NATIONAL ACADEMY OF PUBLIC ADMINISTRATION, AN ORGANIZATION chartered by congress to provide advice to government leaders, recently evaluated a proposal to privatize all postal operations except delivery and concluded the idea "merits serious consideration." The original privatization proposal, which I wrote about in the March-April issue of *The American Postal Worker*, was written by a group of self-described "postal industry thought leaders."

Although the review by the National Academy of Public Administration (NAPA) doesn't quite endorse the proposal to privatize everything but delivery, it gives a sense of legitimacy to the concept, which up to now has been dismissed as extreme.

While the NAPA report is supposed to provide an independent review of the privatization proposal, it was financed in part by a contribution from Pitney-Bowes, one of the largest pre-sort companies in the country. Pitney-Bowes owns more than 40 mail processing centers and stands to be a major beneficiary if mail processing operations are contracted out to the private sector.

It's worth noting that NAPA conducted a similar study in 1982 and came to a very different conclusion: Breaking up the Postal Service "is not in the national interest," NAPA wrote at the time.

The recent NAPA review acknowledges that there are a number of important factors that the proposal failed to address, such as the retiree health benefit pre-funding obligation, and stresses that "a number of issues need to be further explored before any implementation of the concept can, or should, be attempted."

On the other hand, the NAPA paper points out that the Postal Service is already privatizing many operations through the use of "work-sharing" discounts.

The study notes that the value of mail processing and transportation completed by private companies is estimated at $17 billion annually. While some portray this astounding figure as operating costs avoided by the Postal Service, in many cases the discounts are so big that the Postal Service loses money on the deal. In 2008 the Postal Regulatory Commission concluded that many discounts exceeded the costs avoided. And while the Postal Service has lost revenue, private mail sorters have made healthy profits.

The NAPA review notes that if privatization of all operations other than delivery was fully implemented, several "bargaining units would be negatively impacted." NAPA acknowledges that several people interviewed for the review concluded that "cost savings will

# Consideration,' Panel Says

be realized mainly from replacing union labor with non-union labor."

## Driving a Wedge Between Unions

The proposal to privatize everything but delivery also puts a wedge between the postal unions – it invokes a divide-and-conquer strategy that seeks to reduce opposition to the plan by seeming to protect the work of one group of employees, Letter Carriers, while targeting employees engaged in mail processing, transportation and other activities.

We've seen similar divide-and-conquer strategies used in Wisconsin, Ohio, Indiana and elsewhere in an attempt to cause division between public- and private-sector unions. The Postal Service frequently uses this strategy to divide postal unions.

In an ironic twist, however, the NAPA study recommends "evaluating the merits of the contention that the delivery function should remain a role for the Postal Service." In other words, why not contract out the whole kit-and-caboodle, including delivery?

The union principle that *An Injury to One is an Injury to All* is as true today as it ever was.                    ∎

## NLRB Settlement Reached on Redacted AMP Studies

The union won a victory in February when the National Labor Relations Board (NLRB) reached an agreement with the USPS that requires management to provide the APWU with un-redacted copies of completed Area Mail Processing (AMP) Feasibility Studies for consolidations, APWU Executive Vice President Greg Bell informed state and local presidents in a recent memo.

As reported in the March-April 2012 edition of *The American Postal Worker*, the APWU filed an Unfair Labor Practice charge on Jan. 17, 2012, protesting the Postal Service's refusal to provide the union with information about the proposed consolidations (even after the APWU signed a non-disclosure agreement). The NRLB concluded that the APWU charge had merit and issued a complaint against the USPS.

A hearing for the case was scheduled for Feb. 13, 2012. However, one day prior to the hearing, the Postal Service settled the case. In accordance with the settlement between the NRLB and the USPS, management is required to post a notice to employees about the unfair labor practice charge, stating that the USPS will provide the APWU with un-redacted copies of the studies. The notice must be posted in conspicuous places in all postal facilities impacted by an AMP and must remain posted for 60 consecutive days.

A separate agreement between the APWU and USPS requires the Postal Service to provide the APWU with un-redacted copies of approved AMP Feasibility studies and Post Implementation Reviews (PIRs), which are subject to limited non-disclosure agreements.

Local unions will continue to receive redacted copies of AMP studies and PIRs and are entitled to un-redacted copies upon written request and submission of a non-disclosure agreement (NDA).

The NDA says that local union officials, including grievance/arbitration advocates designated to handle related grievances, are entitled to un-redacted copies for purposes related to the examination and consideration of the AMP Feasibility Studies and PIRs, and consistent with their duties as APWU representatives and the provisions of the NDA.

The APWU is currently engaged in discussions with the Postal Service concerning a method for providing the data underlying the AMP studies to the APWU.

**PRESIDENT GUFFEY TELLS SENATE:**



# "America needs

"THE CRISIS CONFRONTING THE POSTAL SERVICE IS DIRE, but the demise of the USPS is not inevitable," APWU President Cliff Guffey told lawmakers at a Feb. 13 Senate hearing.

"Congress must end the mandate of the Postal Accountability and Enhancement Act that requires the USPS to pre-fund 75 year's worth of healthcare benefits for future retirees in a 10-year period," the union leader testified, noting that the mandate is "drowning the agency in a sea of debt."

"Congress also must grant the Postal Service flexibility to increase rates" he added, by repealing the part of the 2006 law that prohibits the USPS from raising postage rates above the rate of inflation. "This flawed law imposes a major liability on the USPS, but prevents it

# APWU Takes the Message to Congress

The APWU has been working to build support for legislation that would restore the Postal Service to financial health – without punishing postal workers or harming the vital service we provide to citizens and businesses across the country.

In early March, local officers who attended an APWU National Presidents Conference in Washington DC fanned out across Capitol Hill to ask lawmakers to support the "Postal Service Protection Act."

Soon after the legislation was introduced on Feb. 13 in the Senate (S. 316) and in the House (H.R. 630), the union mailed an alert to APWU members asking them to urge their legislators to support the legislation. In the weeks that followed, APWU activists also visited legislators' district offices or participated in public events to urge other citizens to help keep the Postal Service from being dismantled. The effort took on a renewed sense of urgency when the Postal Service announced plans to accelerate the closure of plants that were originally scheduled for possible consolidation in 2014.

"Momentum is building for responsible postal reform, but we still have much work to do," said APWU President Cliff Guffey.

"We are asking all union members to make more calls, send more letters, and pay more visits to members of Congress," he said. "We cannot rest until we get the job done." ■



Michigan APWU members meet with Sen. Debbie Stabenow.



Ohio APWU members meet with Rep. David Joyce.

# *its Postal Service..."*

from raising the revenue it needs to meet the obligation," he noted.

Guffey told the Senate Homeland Security and Governmental Affairs Committee that consolidating mail processing plants and closing or reducing hours at post offices is counterproductive.

The USPS "is on the brink of cutting services in ways that will permanently damage the Postal Service by making its services less useful. This would be a tragic mistake, and it is unnecessary," he said.

If the Postal Service implements Phase 2 of the Network Consolidation Plan, overnight delivery would be virtually eliminated, he pointed out. The Postal Service's ability to maintain performance on mail and package delivery would be harmed and the Postal Service's ability to compete would be jeopardized, he said. (Ninety-eight

plants were slated for consolidation in 2014 as part of Phase 2 of the plan, but the USPS has said 71 of the Phase 2 consolidations will take place this year instead.)

## *...Businesses rely on it, and customers depend on it."*

In the last year alone, the USPS has closed more than 100 mail processing plants. The USPS also has closed offices or reduced hours at more than 6,500 post offices, stations and branches on its way to reducing operations at 13,000 offices in 2013. The Postal Service also has announced plans to sell many historic post offices.

"America needs its Postal Service. Businesses rely on it, and customers depend on it," Guffey said. ∎

## *"We cannot rest until we get the job done."*



Missouri APWU members meet with Rep. William "Lacy" Clay Jr.

California APWU members meet with Rep. Julia Brownley.



## SECRETARY-TREASURER LIZ POWELL

*Many local unions will be faced with hard choices about how their funds should be spent.*

# Managing Local, State

THE APWU HAS A LONG HISTORY OF DEMOCRACY AND LOCAL AUTONOMY. Local members choose their own leaders and manage their own affairs. This is a great part of our union's history and culture, but it also presents challenges.

The primary financial officers of local and state unions – the president and treasurer – have important legal and fiduciary responsibilities, but frequently, when they assume office, they have no prior experience handling local or state funds. This lack of training becomes even more problematic when they are called upon to deal with this year's loss of membership and income.

With declining membership due to retirement, automation, and downsizing, the income of local and state unions is also declining. Some locals have lost up to a third of their membership. But we must continue to run effective organizations that represent the hard-working members of the APWU.

To address this tension, many of our local unions will be faced with hard choices about how their funds should be spent. An examination of local and state budgets and spending reveals some general trends. Usually, the most costly local and state budget items are:

- Salaries or allowances for officers and stewards;
- Travel expenses for training conferences, seminars, and conventions;
- If the local or state organization has full-time officers, benefits (health and life insurance, annual and sick leave) for those officers, and
- Expenses for a building (mortgage, insurance, utilities, taxes) or office (lease, rent, utilities).

### Secretary-Treasurer Webinar Training Topics

- Fiduciary Responsibilities of Union Officers
- New Officers' Training & Responsibilities
- LM Reporting
- Local Union Elections
- Department of Labor & IRS Requirements and Audits
- Travel & Expenses Policy
- Recording-Secretary Duties

- COPA Funds
- Trustee Training
- Renting vs. Owning
- Budgeting
- Tax-Exempt Status
- Local Constitutions
- Compensation for Union Officers and Members
- Union Policies and Procedures

# Finances

### A Critical Look

Engaging in collective bargaining, enforcing our contract, and providing representation to our members are the primary mission of any union, so local members and officers must make an honest and critical examination of how local and state funds are spent.

In most cases, spending is dictated by the local or state constitution, which often establishes:

- Number of local or state full-time officers;
- Officers' benefits;
- Part-time officers' salaries or allowances;
- Number of convention delegates whose expenses are paid by the local or state, and
- Participation in conferences and conventions.

Other mandated expenses include costs associated with:

- Local and state union elections;
- Local negotiations and arbitration; and
- Utilities, insurance, taxes, rent and mortgages.

In addition to mandatory spending, local and state unions must consider voluntary spending on:

- Office supplies, printing;
- Standing motions that require spending (flowers or other expressions of sympathy, retirement gifts);
- Charitable donations, and
- Parties, picnics or other events.

Locals and states may have to amend their constitutions and adjust their annual budgets if they are to continue to perform their primary mission: bargaining for and representing postal employees.

The Secretary-Treasurer's Department is prepared to offer suggestions on constitutional amendments and budget modifications that will decrease the strain on locals and state organizations.

### Bringing Training to You

To help local and state officers make the necessary adjustments to better manage their funds, the Secretary-Treasurer's Department has changed the focus of financial training for officers of the local unions from a few national training seminars to state and regional training sessions.

One- and two-day training sessions can be offered during the state and regional meetings where many local and state officials are in attendance that would not normally be able to afford to attend a national training seminar.

Local and state officers in charge of setting up the regional and state meetings are encouraged to contact the Secretary-Treasurer's office to schedule a training program.

The Secretary-Treasurer's Department will continue to offer training via webinar. Schedules are posted at *www.apwu.org/news/coe/index.htm.* With the addition of state and regional seminars and the continuation of webinar training, the Secretary-Treasurer's Department will be there to assist locals and state organizations. ∎

### Schedule a Private Local, State Web Training

The Secretary-Treasurer Department is offering private training sessions for local and state unions. The training sessions are being offered for: Financial training for local and state executive boards; Establishing budgets and setting goals for local and state executive boards; Duties and responsibilities of local and state trustees; Duties and responsibilities of local and state election committees, and Improving constitutions for local or state constitution committees.

Local and state officers should contact Roosevelt Stewart at 202-842-4215 or by e-mail at *RStewart@apwu.org* to schedule training. Appointments are made on a first-come, first-served basis.

All that is required to participate is a high-speed internet connection, a speaker-phone, and a comfortable place to view a computer monitor or projector screen. Web training sessions will last two hours or less.



# INDUSTRIAL RELATIONS DIRECTOR

# 'Superseniority' Protects

*Federal law prohibits employers from rewarding or punishing employees for union activity, such as serving as a steward.*

THE ISSUE OF "SUPERSENIORITY" OFTEN ARISES WHEN EXCESSING OCCURS. The contractual language on superseniority is found in Article 17.3 of the Collective Bargaining Agreement, under a section labeled "Rights of Stewards."

But the title "Rights of Stewards" is a misnomer: Superseniority exists to protect union members from losing representation; it is not a "right of the steward."

Article 17.3 states:

*"While serving as a steward or chief steward, an employee may not be involuntarily transferred to another tour, to another station or branch of the particular post office or to another independent post office or installation unless there is no job for which the employee is qualified on such tour, or in such station or branch, or post office."*

The National Labor Relations Act (NLRA) also addresses superseniority. The NLRA prohibits employers from rewarding or punishing employees for union activity, such as serving as a steward. A recognized exception is "superseniority" when it exists, like ours, solely for the contractual protection of the bargaining unit.

Put another way, an employer and union can lawfully agree, as we have done with the USPS, to an exception to seniority rules to prevent employees from being left without a steward.

Superseniority may prevent a junior employee serving as a steward from being excessed while a more senior employee is excessed instead. This assures continuous representation of the bargaining unit.

## Excessing
## Out of the Section, Tour

A common situation is when a steward is excessed off the tour, but not outside the craft or installation. Applying the principles of the NLRA, superseniority would prevent excessing the steward off the tour only if the employees in the area on the tour for which the steward is certified would be left without a steward.

For example, let's examine an office where the USPS is reducing the number of occupied duty assignments on Tour Two from 10 Level 6 clerks to nine Level 6 clerks. Normally, the contract would require that the junior Level 6 clerk would be declared excess to the needs of Tour Two.

If the junior clerk is the steward, then the steward would remain in a duty assignment for which he or she is qualified (not as an unencumbered

# MIKE MORRIS

# Union Representation

clerk) as the junior employee on the tour, station or branch, in order to provide continuity of representation. The next senior Level 6 clerk would be declared excess to the needs of Tour Two and moved to a different tour.

Article 12.5.C.4.c of the Collective Bargaining Agreement (CBA) requires that clerks who are excessed in lieu of the steward have retreat rights to the Tour Two section "upon the occurrence of the first *residual vacancy* in the salary level after employees in the section have completed bidding." [Emphasis added.]

There is some ambiguity in a current provision of the Joint Contract Interpretation Manual (JCIM) related to superseniority, which has led to confusion and a misapplication of superseniority. We plan to delete the following language under Article 12, at page 106, which says:

> "*Following excessing, stewards maintain this 'superseniority' for the purpose of bidding on* initial vacancies *over excessed employees wishing to exercise their retreat rights.*"

The language was originally intended to refer only to "in-section" bidding, which is addressed in Article 12.5.C.4.c. This is where the steward remains "in-section" and such bidding would normally result in a residual vacancy to which the excessed employee

could retreat. The steward would be allowed to bid in this limited circumstance solely because he or she remains in the section.

## Out of the Craft, Installation

The same principles apply when excessing a steward to another independent post office or installation. Imagine an installation comprised of a mail processing plant and three stations. There is one steward on each tour for the plant. There is also one steward who works at the plant on Tour Two but is not a steward at the plant, rather he or she serves as the steward for the stations.

The seniority of the four stewards is as follows: the senior steward is on Tour One; the next most senior steward is on Tour Three; the steward on Tour Two follows, and finally, the junior steward is the one who works on Tour Two at the plant, but represents the clerks in the stations.

Now assume an Area Mail Processing (AMP) consolidation causes a major excessing event that leads to excessing both outside the craft and the installation. Mail processing operations are completely eliminated on both Tour One and Tour Three, leaving only a scaled-back mail processing operation on Tour Two and the three stations in the clerk craft in the installation.

The Tour One and Tour Three stewards would not be protected because

their bargaining units are being eliminated. This is in keeping with the principle that superseniority exists to protect the bargaining unit rather than to reward the steward. This is made clear by the bold language in the new JCIM on page 156 under superseniority.

The two stewards who would be protected in this example would be the station steward who works at the plant and the Tour Two steward, even though they are the two junior stewards. The bargaining units they represent remain. Therefore, the stewards cannot be removed "unless there is no job for which the employee is qualified on such tour, or in such station or branch, or post office." ∎

### PSE Superseniority

A Postal Support Employee (PSE) who serves as an APWU steward has superseniority rights over other PSEs whenever it is necessary to let PSEs go for lack of work or when there is an opportunity to bring such PSEs back to work.

The PSE steward's superseniority does not apply when determining the appropriate PSE for conversion to career status. A PSE steward has no superseniority rights over career employees.



### CLERK DIVISION

# New Computer Program Will Help Win Good Jobs

A NEW APWU COMPUTER PROGRAM THAT TRACKS EMPLOYEES' WORK hours will help local unions fight for jobs with better schedules, address excessing issues and retreat rights, and identify part-time flexible hours that justify full-time jobs.

To win the fight for full-time career jobs with good hours and days off, the union must be able to demonstrate that enough work exists during desirable hours to justify posting jobs. The union accomplishes this by considering all the hours worked in an installation, office, tour or section to see if undesirable hours and part-time hours can be combined to create more desirable assignments. Over the years that task has been tedious – and sometimes impossible.

In many locations, union stewards have been charting clerks' work hours and schedules to demonstrate that jobs with good hours and non-scheduled days exist or to show that management violated employees' excessing or retreat rights. Stewards frequently spent weeks preparing charts and graphs. Where this has been done, locals often enjoyed a high success rate.

However, in most cases, stewards weren't allowed enough time to develop the graphs and charts -- the documentary evidence -- to prove that enough work existed to create day-work jobs with Saturday-Sunday off. Where stewards weren't able to devel-

op the evidence, local unions relied on persuasion to support their position. In most cases, that proved insufficient.

#### A Random Test

The new program, the Max Duty Assignment Tool (MDAT), will eliminate many of the problems of the past. A test of the program on a random office with seven clerks covering a 12-month period was completed in less than one hour.

The Max Duty Assignment Tool allows stewards to review as many combinations of employees' schedules as they choose, inputting up to 10 at a time. It can be used in offices with hundreds of employees. It can include all types of employees, regardless of craft, pay level, grade or type. The sky is the limit.

The program also allows officers to enter data on employees from outside the APWU bargaining unit who are performing APWU work, so that their hours can be included in the analysis. If, for example, Letter Carriers are assigned to cross crafts in violation of Article 7 of the Collective Bargaining Agreement, the program can track



Assistant Director Lamont Brooks, Director Rob Strunk, Assistant Directors Pat Williams and Lyle Krueth.

their hours -- provided they are using the proper clock rings.

A tutorial on the APWU website gives step-by-step instructions on how to use the program, which is very user-friendly. National Business Agents have been trained on how to use the program, so they can help local and state officers who need assistance. Assistant Clerk Craft Director Lamont Brooks will monitor problems with the program itself, with the valued assistance of Mike Barrett of the Buffalo Local.

## How It Works

Once locals determine the type of employees they wish to analyze in an installation, office, tour or section, here's how the process works:

- APWU representatives request clock rings. [If your office uses electronic badge readers, stewards request a CSV (Comma Separated Value) formatted file of clock rings

for employees in the unit they are investigating. Locals should supply the USPS with a "flash drive" to upload the data or ask to have it provided on a disk. In smaller offices, where employees use time cards, officers will request time cards, PS Forms 1260 or PS Forms 1261 to enter the data manually.]
- The local officer logs in to the Members Only section of the APWU website, *www.apwu.org*;
- A link on the left side of the page gives officers access to the Max Duty Assignment Tool;
- Users have the option of uploading a file or working on a previously uploaded file. If officers opt to upload a file, they may upload more than one;
- After an upload is complete, officers may select up to 10 employees (by name or EID number) and a date range for which the program will compile reports;

- After officers submit the names and date range, the MDAT renders reports including a "table" view of data and a "bar chart" for a visual presentation of the data.
- The data and charts will be available for a minimum of six months or until a new file is uploaded.
- The program allows officers to manually input data about additional employees to existing or new reports.
- Access to the program will be granted to local and state presidents based on the APWU's database.
- A second phase of the program will include additional reports and analysis of potential four-day 10-hour assignments.

We are optimistic that this new program will help locals improve job opportunities and schedules for APWU members. ∎

## Union Fights Abuse of PSEs in Small Offices

The USPS is abusing Postal Support Employees in small offices and systematically violating contractual provisions, the union has learned. PSE Compliance Reports show that management has assigned Level 4 PSEs to Level 18-and-above offices, even though the position description says that Level 4 PSEs may be assigned to Level 15 and 16 post offices only.

We have received reports that district managers have threatened to terminate Level 6 PSEs if they do not "voluntarily" reduce to Level 4, so they won't show up in PSE

Compliance Reports. These actions cheat the PSEs of $2.26 for every hour they work. They also mean that the PSEs are not counted against the number of PSEs that are allowed to work in a given district.

PSEs in Level 18-and-above offices who are being paid at the Level 4 rate should contact their steward or state representative to file a grievance if they haven't already done so. Local and state officers who have questions about how to process these grievances should contact their Clerk Craft National Business Agent.



# MAINTENANCE DIVISION

# Arbitration on Travel, Subcont

THE MAINTENANCE DIVISION HAS BEEN INVOLVED IN SEVERAL IMPORTANT arbitration cases in recent months.

On Feb. 22, we completed hearings on one of our oldest national disputes, the Rock Creek case, which addresses whether students sent to training at NCED must be paid for the time spent traveling between the housing facility and the off-site Rock Creek training facility.

The Postal Service instructs students at NCED on the use the transportation supplied by the Postal Service, which runs on a fixed schedule. The union asserts that this type of travel from location to location is compensable. The USPS contends that the housing facility takes the place of your home, and therefore the travel is the same as a commute to and from work.

Despite the Postal Service's attempt at creativity, the plain fact is that when you are training at NCED, you are at a temporary duty station, not home. Does the USPS plan to send a bus to your home to bring you to work? Wait, that would then be compensable travel!

Briefs have been submitted and we are awaiting the decision by Arbitrator Shyam Das. *(Case #Q00T-4Q-C 05147379)*

## AOI Remedy

On May 21 and 22 we will continue hearings before Arbitrator Das to address the proper remedy from his earlier award in the Associate Office Infrastructure (AOI) case.

In his February 2010 ruling on a Maintenance Craft grievance *(Case #Q94C-4Q-C 97031616)*, Arbitrator Das directed the USPS to assign craft employees to maintain computers at approximately 8,000 of the nation's largest associate offices. He also instructed the union and management to discuss the possibility of assigning additional computer maintenance work at AOs to the Maintenance Craft.

Arbitrator Das directed the union and management to discuss an appropriate retroactive remedy, and retained jurisdiction over the matter in the event the parties were unable to reach agreement, in accordance with the union's request.

The work of installing and maintaining the Postal Service networks is clearly bargaining unit work that belongs to the Maintenance Craft. We will always work to protect craft work and to ensure that all bargaining unit work is awarded to the craft.

## Local Notification

In February we also completed hearings on management's obligation to notify locals when a decision to subcontract is made at the field level, as required by Article 32.1.C of



Assistant Director Gregory See, Director Steve Raymer, Assistant Director Gary Kloepfer and National Representative-at-Large Idowu Balogun.

# racting & More

the Collective Bargaining Agreement. (Case #Q06C-4Q-C 08228294)

The USPS insists that subcontracting decisions made at the local level are not covered by Article 32.1.C – and therefore, local notification is not required.

But the APWU knows that the term "field level" refers to any decision that is not made at the national level. The area office, district office, processing and distribution center, post office, field maintenance office, etc. all comprise the "field level."

Article 32.1.B requires management to notify the union at the national level when subcontracting decisions are made at the national level. The language of Article 32.1.C is intended to ensure that the proper local union officials are notified. Use of the term "field level" makes it applicable to whatever non-national organizational unit made the decision.

## Our Common Effort

Whether the effort is from officers at headquarters or National Business Agents and local officers, the struggle to protect our livelihoods by protecting our work is never ending. The most important part of this effort, though, comes from each individual member.

Making sure the proper occupational group is assigned to a task is important. If there is a question, members should bring the issue to the attention of their steward.

If an ET sees an MM-7 working on a malfunctioning AFCS-200, the ET should file an Article 7.2 grievance. Similarly, when MM-7s are told to perform higher-level work, they should see their steward and ensure they are going to be paid higher level, as required by Article 25. The steward should make sure the complete remedy is applied.

As it says on page 39 of the Joint Contract Interpretation Manual, when a violation of Article 7.2 is established, the employee(s) who should have performed the work are entitled to pay at the appropriate rate. This includes regular overtime or penalty overtime. To be clear, crossing occupational groups is the same as crossing crafts. Employees are entitled to be paid at the proper level for the work they perform and the employees who should have performed the work are entitled to be paid for the missed work opportunity.

Protecting work ensures proper pay levels and staffing are maintained for each occupational group. It allows us choice in our working hours and off days and helps eliminate favoritism.

Working together gives us the best chance to protect and improve on our working lives. We all need each other to succeed. ∎

## Maintenance Prepares for All-Craft Conference

Plans are underway for the 2013 All-Craft Conference, which will be held at the Bally's Hotel in Las Vegas. The Maintenance Division portion of the event will run Monday, Nov. 4, through Wednesday, Nov. 6.

On Monday we will have a Maintenance Division General Session where reports will be made and issues discussed. On Tuesday morning, there will be Regional Breakouts lead by National Business Agents. On Tuesday afternoon, we will have two training sessions. On Wednesday we will offer two training sessions. The courses will include Basic Maintenance Steward Training, Winning Subcontracting Cases and – back by popular demand – Maintenance Custodial Staffing.

PSE Issues and Maintenance Excessing will be covered during the General Session so the largest number of people can attend.

Please make your plans and register early to ensure sufficient space and materials are available. We look forward to seeing you and hope many of you will be able to stay on through Thursday, Nov. 7, to attend the installation of APWU national officers.



# MOTOR VEHICLE SERVICE DIVISION

# Union Wins Major Subcontr

THE APWU WON A GREAT VICTORY ON MARCH 4, WHEN ARBITRATOR STEPHEN B. Goldberg ruled that the USPS decision to subcontract Postal Vehicle Service work throughout California violated the contract.

This was a major accomplishment and shows that the 2010-2015 Collective Bargaining Agreement improves our ability to protect APWU jobs.

The decision has important implications far beyond California – it will affect other "mode conversions," where management subcontracts Postal Vehicle Service (PVS) duties at a given location. As a result of Arbitrator Goldberg's award, we expect management to withdraw notices of pending PVS mode conversions. The decision also will affect subcontracting in other crafts.

The arbitrator's award was intended to interpret key provisions of the contract, but not to determine the specific steps forward. Therefore, as we go to print, the union and management are conferring about how to implement the decision. Arbitrator Goldberg has retained jurisdiction to resolve any outstanding issues if we are unable to agree.

## Can't Overlook Higher Costs

In his ruling, Arbitrator Goldberg rejected the USPS assertion that the Postal Service can overlook higher subcontracting costs when making outsourcing decisions.

"The Postal Service can no longer justify contracting out work that would be less expensive to keep in house" on the grounds that it has given due consideration to cost as well as other factors outlined in the Collective Bargaining Agreement, he wrote. A Memorandum of Understanding (MOU) negotiated as part of the 2010 Collective Bargaining Agreement states that if work can be performed by postal employees at a cost that is equal to or less than the cost of subcontracting, it will be performed in-house.

Each of the factors listed in the CBA must be considered, the arbitrator wrote, "but if factors other than cost do not rule out keeping work in house, and the cost of keeping work in house would be less than contracting out, both the text and the bargaining history of the Contracting MOU require that the work be kept in house."

In other words, if we can do it cheaper, we get the work. The only exception is if other factors listed in the Collective Bargaining Agreement prevent the USPS from using the Postal Vehicle Service. The other factors are: the public interest, efficiency, availability of equipment and qualification of employees.

## Follow the Contract

Arbitrator Goldberg also ruled that the Postal Service must follow the steps outlined in Article 32.1.B of the Collective Bargaining Agreement before it can make and implement a decision to



Motor Vehicle Director Bob Pritchard,
Assistant Director Michael Foster

# acting Case

contract out PVS in California. In doing so, he rejected the USPS assertion that Article 32.1.B does not apply to PVS.

In accordance with Article 32.1.B, the Postal Service must take specific steps when it is considering subcontracting that will have a significant impact on bargaining unit work.

The USPS must:

- Notify the union before it makes a decision on subcontracting;
- Meet with the union while developing a Comparative Analysis report;
- Consider the union's views, including any proposals the union makes to avoid or limit subcontracting, and
- Include a statement of the union's views and proposals in its analysis of the proposed subcontracting.

Goldberg's award also affirmed that the memorandum on subcontracting costs applies even when outsourcing will not have a significant impact on bargaining unit work.

## A Great Effort

This award will help us continue the fight to protect jobs, but there is still a lot of work to be done. Now we must begin the tedious and time-consuming work of compiling the evidence necessary to demonstrate that postal drivers can run routes at a lower cost than subcontractors.

Our win was the result of a great effort by many people. Special thanks go to APWU President Cliff Guffey,

who has steadfastly supported our efforts on this issue. A big shout-out goes to National Business Agent Javier Piñeres and Western Region Coordinator Omar Gonzalez, who provided expertise and testimony, as well as to Executive Vice President Greg Bell and Director of Industrial Relations Mike Morris, who provided strategic advice and assistance. As always, the union's support staff, most notably Phil Tabbita, made outstanding contributions, along with the union's attorneys, economist and transportation consultant.

The support of rank-and-file drivers was crucial throughout the process. The Postal Service first announced its decision to contract out its entire California Postal Vehicle Service in June 2012, prompting the union to file a complaint in federal court and a national-level grievance. Drivers attended the court hearing in November 2012, and provided information and ideas throughout the process. APWU members from other crafts also supported our efforts.

Thank you, thank you, thank you! ∎

## Union Fights Management Sham On Local Subcontracting

In February, we arbitrated another important case involving management's obligation to notify locals when a decision to subcontract is made at the field level, in accordance with Article 32.1.C of the Collective Bargaining Agreement.

The requirement helps us police subcontracting and protect jobs.

Implementation of the provision appeared to go smoothly, especially in the Maintenance Craft, which developed an electronic notification procedure. Maintenance managers were able to provide the information simply by adding the union to a list of recipients of an e-mail.

Before long, however, postal officials attempted to redefine the agreement. Suddenly, they claimed that subcontracting at the local level was the domain of the "area" level – not the "field" – and therefore, local notification was not required. Management's attempt to make a distinction between "area" and "field" contradicts decades of history and virtually every document the Postal Service has ever issued.

We are extremely pleased with the testimony presented by our witnesses. Thanks go to Executive Vice President Greg Bell for the excellent testimony he offered, and to Phil Tabbita, manager of Negotiations Support and Special Projects, for his exceptional work crunching the numbers. Thanks also go to Mike Morris, director of Industrial Relations, for moving the case forward.

We are awaiting a ruling by Arbitrator Shyam Das.

### A LOOK BACK – WOODY GUTHRIE

# 'Dust Bowl Troubadour' Sang fo

*For more than a century, labor musicians have lifted spirits and helped build solidarity on union picket lines. But most Americans seldom heard labor's voice – until one prolific entertainer helped popularize songs about the plight of everyday workers.*

*Although he is mostly remembered as the man who wrote* This Land Is Your Land, *Woody Guthrie was a champion of workers, farmers and the unemployed.*

Woodrow Wilson Guthrie was born in 1912 to a relatively prosperous Oklahoma family that soon fell on hard times. His family's home was destroyed by a fire, his sister died and his father was severely burned in subsequent fires, the family's money disappeared when local oil and real estate booms ended, and his mother was sent to an insane asylum, where she later died.

By the 1920s, his father left to find work in Texas and Guthrie and one of his siblings were living largely on their own. "I was 13 when I went to live with a family of 13 people in a two-room house," he recalled in his autobiography, *Bound for Glory.* To get by, he took on jobs "shining shoes, washing spittoons," and carrying bags for guests at "a hotel uptown," he recalled. Around that time, Guthrie began playing harmonica and guitar and first hit the road seeking odd jobs.

At 18, Guthrie re-united with his father in Pampa, a Texas panhandle town. Within a few years, on the eve of the Great Depression, the young man had married, started a family, and began to flourish as a singer-songwriter.

He and his band-mates played for rodeos, carnivals, and fairs, but things fell apart when catastrophic dust storms struck the Great Plains in 1935. Tens of thousands of desperate farmers and unemployed workers from the region fled west seeking work. Many went to California, where their dreams of making a living were often dashed by large farm-owners who sought to exploit the "Okies" and other new migrants to the state.

#### California

In 1937, Guthrie left his family behind, hitchhiking between migrant workers' camps out West. Witnessing the plight of so many displaced and exploited working families, Guthrie came to believe that only a strong union movement could achieve social justice. Wherever there were farmworkers or union audiences, "He was the first one to show up and have his guitar to help lead a strike," noted Elizabeth Partridge, a Guthrie biographer.



Guthrie performing for children, New York City, 1943.

In 1938, Guthrie landed a job at a Los Angeles radio station singing traditional songs and some of his own compositions. The show also provided him with a forum to broadcast his progressive views on a wide array of union and political topics.

Guthrie identified with the thousands of displaced workers who listened to his program while living in makeshift shelters in migrant camps. He told their stories in songs like *I Ain't Got No Home, Goin' Down the Road Feelin' Bad, Talking Dust Bowl Blues, Tom Joad* and *Hard Travelin.*

"It was clear to Woody that the people needed a voice to speak for them," wrote Bonnie Christensen, another biographer. "They needed someone who was not afraid of the bosses, someone who knew what it was like to be poor."

#### New York

In 1939, the restless young man left L.A. for New York City, where he performed on a CBS radio program, "Folk School on the Air." He was recruited by folklorist Alan Lomax to record songs and stories for the Library of Congress, and he recorded *Dust Bowl Ballads* for RCA Victor.

Guthrie immersed himself in New York City's folk music scene and began to win national acclaim as the "Poet of the People." He and a loosely-knit group of musicians formed the Almanac Singers, which included Pete Seeger, Burl Ives, Millard Lampell; blues greats Huddie "Lead Belly" Ledbetter, Sonny Terry and Brownie McGhee, and other notable performers. The band was committed to union organizing, defeating fascism, and promoting progressive political causes through song.

# r Unions, Justice



Guthrie (center) performing with fellow Almanac Singers (l-r) Sis Cunningham, Cisco Houston, Pete Seeger and Bess Lomax, 1941

In 1941, the Almanac Singers recorded *Talking Union,* which included the timeless labor anthems, *Which Side Are You On?, We Shall Not Be Moved* and *Solidarity Forever.* The album also included two songs written by Guthrie: *Roll the Union On* and *Union Maid,* the ode to union women that includes the classic refrain, "Oh, you can't scare me, I'm sticking to the union!"

## On the Road Again

Becoming restless with the entertainment industry, Guthrie left New York to write songs about the Columbia River for the Bonneville Power Administration. Back in the West, he wrote several of his most famous songs celebrating the beauty of the land and the spirit of the American people, including *Pastures of Plenty, Roll On Columbia* and *Grand Coulee Dam.*

Guthrie had reunited his family, but his constant travel and a lack of steady income led to the end of his first marriage. He returned to New York, but was soon on the road for stints in the Merchant Marine and the U.S. Army during World War II.

After the war Guthrie married Marjorie Mazia, a modern dancer who shared his political ideals. They had four children and settled in Brooklyn, where he resumed his career and wrote a series of classic children's songs.

Despite his success, the peace he had long sought continued to elude him as his second marriage dissolved and he began to show symptoms of Huntington's disease, the neurological disorder that afflicted his mother.

Brushing aside the physical and emotional symptoms, in 1954 he hit the road again with his young protégé, folk musician Ramblin' Jack Elliott. Guthrie continued performing and composed songs inspired by the struggle for racial justice and concerns about the environment.

During the McCarthy Era in the early 1950s, Guthrie, Seeger and many of their associates were blacklisted from performing on TV and radio, and persecuted by the House Un-American Activities Committee for their progressive stances on the right to unionize, free speech, and equal rights.



Guthrie in 1943.

With his disease worsening, in late 1954 Guthrie began a lengthy series of hospitalizations in New York but he continued writing.

## Legacy

In the early 1960s a new generation rejuvenated the progressive folk music that Guthrie had helped popularize. Bob Dylan and other rising folk singers often visited Guthrie in the hospital – with their guitars in hand – seeking his wisdom. Guthrie's songs "had the infinite sweep of humanity in them," Dylan said.

Woody Guthrie died on Oct. 3, 1967, at Creedmoor State Hospital in Queens, New York. A month later, his son, Arlo, released *Alice's Restaurant,* which became an anthem of the movement against the Vietnam War.

Woody Guthrie left behind more than 3,000 songs, several novels, and thousands of drawings, unpublished manuscripts, poems, prose, plays and hundreds of letters. Today his songs are performed by dozens of well-known artists who re-interpret them for pop, punk, country and rap audiences.

In 2012, a series of concerts celebrating the centennial of Guthrie's birth featured Guthrie contemporaries Ramblin' Jack Elliott and the ageless Pete Seeger; well-known artists such as Donovan, Jackson Browne, Graham Nash, Judy Collins, and Rosanne Cash; and a new generation of pro-union musicians like Ani Difranco and Tom Morello.

*For more about Guthrie's life and lyrics, visit* www.woodyguthrie.org. *His songs can be heard at* www.folkways.si.edu. ∎



**REGIONAL COORDINATORS**

John Dirzius, Northeast Region; Sharyn Stone, Central Region; Omar Gonzalez, Western Region; Princella Vogel, Southern Region; and Mike Gallagher, Eastern Region.

**NORTHEAST REGIONAL COORDINATOR**

**John Dirzius**

**NEW YORK**

**NEW JERSEY**

**CONNECTICUT**

**MAINE**

**NEW HAMPSHIRE**

**MASSACHUSETTS**

**RHODE ISLAND**

**VERMONT**

**PUERTO RICO**

**VIRGIN ISLANDS**

# An Orchestrated Plot

THERE IS LITTLE DOUBT THAT WE ARE CONFRONTING CHALLENGES UNLIKE ANY OTHER time in our history. The Postal Service is continuing to excess our members out of their installations at an alarming rate.

Management justifies these actions by citing reports that always seem to show that window traffic and mail volumes no longer support the current level of staffing. Regardless of the facts and arguments presented by the union, management's decisions on excessing are rarely overturned.

Over the past few years, under the Delivery Unit Optimization (DUO) program, delivery units have been relocated from small offices into larger offices. As a result, employees have been excessed.

Recently we have been confronted with another downsizing program, known as the POStPlan. Under the POStPlan, instead of closing post offices, management offers customers the option of keeping offices open – but for just two, four or six hours per day.

Before cutting hours, the Postal Service schedules public meetings, supposedly to gather input from the community. But management usually holds the meetings in the lobbies of impacted offices – where there is insufficient room – and frequently conducts the meetings during the workday – so that few customers can attend and voice their concerns.

## Part of a Pattern

These cutbacks are part of a pattern. Since 2011, management has aggressively moved forward with plans to consolidate mail processing plants, commonly known as Area Mail Processing (AMP). In order to consolidate and close plants, management has lowered USPS service standards and eliminated about 25 percent of overnight mail.

As this frontal attack on middle-class jobs continues, Congress has been unable or unwilling to correct the financial damage it caused when it enacted the Postal Accountability and Enhancement Act of 2006 (PAEA). Without an immediate fix, those who seek to destroy the Postal Service and postal unions will continue to cite the negative financial impact of this legislation as a pretext to attack our jobs and privatize our industry.

Let's not be fooled. There are some in Congress and in the business community who want to destroy the Postal Service. Late last year, a group of "industry thought leaders" published a proposal that calls for contracting out all postal functions except delivery. Pitney-Bowes funded a review of the proposal. Together with UPS, FedEx and others, the company stands to be major a beneficiary of the plan.

The only organization that stands between our demise and our survival is the American Postal Workers Union. My fellow regional coordinators – Sharyn Stone, Omar Gonzalez, Mike Gallagher, and Princella Vogel – and I stand in solidarity with you as we continue to confront the many challenges ahead.

## New Customer Care Center

The USPS has selected Edison NJ as the site of the third and final Customer Care Center. In our current environment of constant excessing, closures and consolidations, this is welcome news for the APWU in the Northeast Region. Remember, this was work previously contracted out that has been returned to the APWU bargaining unit.

The centers, which serve as "call centers," were negotiated as part of the 2010-2015 Collective Bargaining Agreement. The other call centers are located in Los Angeles and Troy, MI.

The Edison center is scheduled to open June 2013. It will have a total complement of 325 new bargaining unit employees, including 204 Tier 1 Customer Care Agents (Level 4), 111 Tier 2 Customer Care Agents (Level 5), and 10 Lead Customer Care Agents (Level 6).

Seventy percent of the employees will be career employees and 30 percent will be rehabilitation-status employees. The duty assignments have been established with consecutive days off, using a mix of four 10-hour day schedules and five 8-hour day schedules. Each employee will receive two weeks of formal training on products and services, and one week of training on live calls in a training/coaching environment.

This is a perfect opportunity to show postal management that our members can do a better job of serving our customers than non-postal employees.

## Support Bill Honoring Lenny

Rep. Michael Grimm (R-NY) has introduced legislation in the U.S. House of Representatives to name the South Shore Annex postal facility in Staten Island after Lenny Montalto, an APWU member who lost his life on Oct. 29, 2012, trying to save his home from flooding during Hurricane Sandy. Please contact your member of Congress and ask him or her to support the bill (H.R. 181).

Montalto was a dedicated postal worker for more than 30 years, and served his co-workers as Secretary-Treasurer of the Staten Island Local.

Lenny and the local union leadership worked hard to oppose the Postal Service's ill-conceived decision to close the Staten Island Processing & Distribution Center. We thank Congressman Grimm for his sponsorship of H.R. 181.

# Union to Keep Unoccupied Officer Positions Vacant

The National Executive Council took the first steps toward reducing the number of national union officers by voting to keep vacant four unoccupied positions.

At a meeting at the end of March, the council voted by a two-thirds majority to approve a recommendation by President Cliff Guffey to keep vacant the positions of Assistant Legislative and Political Director, which is being vacated by Tom Maier, and Pacific Area National Business Agent, which is being vacated by Nilda Chock.

A majority of Clerk Craft national officers approved a recommendation by Director Rob Strunk to keep vacant the positions of Assistant Director "A," which is being vacated by Patricia A. Williams, and Cincinnati Region National Business Agent "A," which is being vacated by Russ Bugary.



**Tom Maier**



**Patricia A. Williams**



**Nilda Chock**



**Russ Bugary**

The council's actions were authorized by delegates to the 2012 National Convention. Delegates approved an amendment to the APWU Constitution that allows national officers who are responsible for filling vacant positions to combine the duties of the unoccupied positions with those of other officers. The resolution was intended to reduce the number of national union officers by attrition, while maintaining quality representation for APWU members. Delegates to the 2014 National Convention will decide whether the positions should be restored or eliminated.

As a result of the council's actions, elections will not be held for the vacant positions when voting for national union officers takes place later this year.

# THE TIME IS NOW GIVE TO COPA

Contributing to COPA, the APWU's Committee on Political Action, has never been more important. As the Postal Service fights for survival, COPA donations are crucial to protecting our jobs and our future.

A booming COPA fund – along with grassroots political organizing – helps us elect candidates who demonstrate a commitment to postal workers, organized labor and a thriving Postal Service.

We've set ambitious goals for COPA: To achieve that goal, we must raise an average of $52 per person from active APWU members each fiscal year – $2 per pay period. And we hope to raise $300,000 each year from retirees. (Remember, COPA's measuring period, our fiscal year, starts on July 1, 2013, and runs through June 30, 2014.)

With so much riding on a strong COPA fund, it is crucial that locals, state organizations and retiree chapters work together. We need contributions from union members, retirees and members of the APWU Auxiliary.

## Put Some Fun In Fundraising

To put a little fun in fundraising, we've expanded the prizes and incentives we offer individuals, locals and state organizations.

The popular *Trip of a Lifetime* sweepstakes, which made its debut last year, has returned! Lucky winners will get to pick from a list of fantastic vacations for themselves and a guest.

But only APWU members who make recurring contributions automatically – *COPAmatic* givers -- or COPA Club donors are eligible.

Contributing *COPAmatically* enables our members to donate a modest amount on a regular basis, and provides steady funding for COPA. There are several easy ways to contribute *COPAmatically*. Participants can make *COPAmatic* contributions through *PostalEASE*, Electronic Funds Transfer (EFT) and automatic repeat credit card contributions. Retirees also can make *COPAmatic* contributions via deductions from their annuities via the Office of Personnel Management (OPM). More information about how to give can be found in the "Members Only" section at *www.apwu.org.*

## Join the COPA Club

We are also expanding the COPA Club program to recognize our top donors. COPA Club members are leaders



in the effort to build a strong COPA fund and ensuring that our union has a voice in national politics. Recognition will be based on contributions made over two fiscal years, between July 1, 2012, and June 30, 2014.

There are three COPA Club levels:

- **President's Club – $1,000** in total contributions (equivalent to $20 per pay period over a two-year period);
- **Capital Club – $500** in total contributions (equivalent to $10 per pay period over a two-year period);
- **Eagle Club – $200** in total contributions (equivalent to $4 per pay period over a two-year period).

## Incentives for Locals, States, Chapters

All locals, state organizations and retiree chapters with a 15 percent member participation rate in *COPAmatic* giving will automatically receive a cash award at the end of the fiscal year to help bolster their fundraising efforts.

Cash prizes will also be awarded to the local, state or retiree chapter with the highest percentage of increase in *COPAmatic* contributors in six categories. The awards range from $50 to $1,000.

*Contact the APWU Legislative and Political Department at (202) 842-4211 for more information about the COPA incentive program.*



# The Trip of a Lifetime

**European Vacation**
To Your Choice of
*Paris, London, Rome or Barcelona*

**Hawaii Vacation**

**Las Vegas Vacation**

**Alaskan Cruise**
Or any U.S.-based cruise destination

**Disney World Vacation**

**New York City Vacation**

**NASCAR Daytona 500**

**NCAA Basketball Final Four**

**World Series — Game 1**

After making its debut at last year's National Convention, the popular *Trip of a Lifetime* contest is back!

*COPAmatic* contributors and COPA Club members will be entered in a raffle to win the *Trip of a Lifetime*! The winner will be selected in a random drawing at the 2014 APWU National Convention in Chicago. You DO NOT need to be present to win. The first-prize winner will select one of the fabulous vacations listed and will be provided tickets, travel, and accommodations for two.

*COPAmatic* contributors include individuals who are enrolled to give to COPA with recurring contributions through *PostalEASE*, electronic fund transfers (EFT), payroll deductions, credit card payments, or a retiree annuity allotment through the Office of Personnel Management (OPM).

*COPAmatic contributors are eligible provided they are on the rolls as automatic, recurring contributors as of June 30, 2014. Contributors' COPA Club level is based on contributions made between July 1, 2012, and June 30, 2014. Visit the COPA Members Only section of the APWU website at www.apwu.org/members/copa/index.htm for sign-up information and complete contest rules.*

Case 1:13-cv-01228-CKK · Document 2-3 · Filed 08/09/13 · Page 74 of 80

**APWU** Myke Reid – Director

# LEGISLATIVE & POLITICAL DEPARTMENT

**It's Time to Get Busy**

# Congress Likely to Vote Soon on Postal Reform

With experts predicting that the USPS will run out of cash before the end of the year, Congress is likely to vote soon on bills that will affect our jobs, our benefits, and our future. Now, more than ever, APWU members must fight to protect the services we provide to the American people and we must fend off attacks on our rights as workers.

In February and March, bills were introduced in Congress that would restore financial stability to the Postal Service. The bills abide by principles the APWU has identified as essential to the long-term health of the USPS. The principles include:



■ Grant the USPS relief from the unfair burden of pre-funding retiree health benefits by 2017. Require the Office of Personnel Management (OPM) to return any overpayments the USPS has made to the Federal Employee Retirement System (FERS) or Civil Service Retirement System (CSRS).

■ Prevent the USPS from destroying the postal network under the guise of improving efficiency and saving money. The Postal Service must be required to document the necessity to close or consolidate additional mail processing facilities and post offices.

■ Don't punish workers who suffer job-related injuries or illnesses. A December 2012 report by the Government Accountability Office (GAO) documents the devastating effect a provision in last year's Senate bill would have on injured employees.

■ Don't tamper with the collective-bargaining process. Legislators must reject provisions in last year's House bill (H.R. 2309) that would have permitted an appointed board to abolish negotiated contracts and that would have prevented the unions and management from negotiating certain provisions, such as protection against layoffs.

■ Restore financial stability to the USPS. Efforts by the Postal Service to reduce hours, cut service, and delay mail delivery will diminish the agency's ability to maintain customers and attract new ones.

The Postal Service Protection Act (S. 316 / H.R. 630) was introduced in the Senate and House on Feb. 13 by Sen. Bernie Sanders (I-VT) and Rep. Pete DeFazio (D-OR). The legislation addresses the cause of the Postal Service's financial crisis, protects the service we provide the American people, preserves the USPS, and protects postal employees. The union has called on all APWU members to contact their senators and representatives and ask them to support the bills.

On March 5, Rep. Stephen Lynch (D-MA) introduced the Postal Service Stabilization Act (H.R. 961), which would require OPM to recalculate the Postal Service's pension liabilities using postal-specific salary and demographic assumptions. H.R. 961 would enhance the financial viability of the Postal Service without cutting worker pay or demolishing service.

**Invest in Our Future**

The APWU Committee on Political Action (COPA) is an important weapon in the fight for our future. COPA combines voluntary contributions from our members and donates them to candidates who share our views on important issues.

To help win the fight for meaningful postal reform, COPA must have the resources to support those who support us, and to oppose those who seek to destroy our jobs.

This is a critical year. We can surrender and let opponents of middle-class jobs destroy us, or we can fight back with all the power at our disposal.

I urge you to join the fight, engage in the struggle, and do all you can to make sure elected officials know that we will do everything we can to protect our members and the service we provide to the American people. ■

**APWU**  Martha Shunn-King – Director

# ORGANIZATION

# Accident Benefit Association Helps APWU Members

In 1891, 23 **Railway Clerks from Portsmouth NH** contributed **$5 each to create a fund that** could be used to help injured co-workers. So was born the Accident Benefit Association (ABA). The fledgling organization laid the groundwork for future contractual demands for sick days, medical coverage and other benefits.

The ABA was incorporated in 1898 as a member-owned organization whose sole purpose is to provide low-cost, high-value benefits to APWU members, retirees and their families.

The ABA has grown significantly since then, but some features of the group have remained constant:

- The ABA provides low-cost benefits to members who are injured in accidents.
- No APWU member is ever denied coverage.
- The ABA works only for APWU members.

The ABA offers several options, including:

- ABA Value Plan – Pays $12 per day up to 365 days, plus $6,000 accidental death benefit;
- ABA Advantage Plan – Pays $24 per day up to 365 days, plus $10,000 accidental death benefit;
- ABA Plus Program – Provides additional accidental death coverage up to $100,000 ($50,000 for retirees & spouses);
- Up to $50,000 guaranteed-issue whole life insurance;
- Extended-schedule accident coverage, and
- New Tab & Grab cash-back tax-free shopping service.

## An Organizing Tool

ABA benefits can be a life-saver for union members. They also can serve as an organizing tool – encouraging non-members to join the APWU.

Locals can sign-up their entire membership for ABA coverage, which provides a tangible example of the benefits of union membership. The standard premium for coverage under the ABA Value Plan is $1 per member per pay period. Locals that cover all of their members pay just 60 cents per member per pay period for the Value Plan – a savings of 40 percent. Likewise, the standard premium for the coverage under ABA Advantage Plan is $2.50 per member per pay period, with 100 percent ABA locals paying just $2 – a savings of 20 percent. Locals that wish to become 100 percent ABA locals should contact the organization.

To help spread the word to APWU members about its programs, the ABA visits postal installations and attends state-wide union meetings and other events. When ABA members promote the group's programs in swing rooms and at conferences, they also sign up non-members to join the APWU. If your local or state organization is interested in having an ABA representative visit your facility or meeting, call 603-330-0282.

The ABA has been helping the APWU grow, even as the USPS downsizes. In fact, at the union's 2012 National Convention, the ABA was awarded the title of "Best Organizer in the APWU."

The ABA is:

- 100% member owned
- 100% run by APWU members
- 100% staffed by union employees
- 100% non-profit
- 100% of assets for member services

## Retirees

The ABA now offers APWU retiree chapters the same dues structure as 100 percent locals, which can save retired ABA members 40 percent on their premiums. If your retiree chapter is interested, please contact the ABA.

The ABA is determined to continue serving our members, both active and retired. For more information, call 603-330-0282 or 1-800-526-2890, visit *www.apw-aba.org*, or write to ABA, PO Box 120, Rochester, NH 03866. ◾

**APWU** Joyce B. Robinson – Director

## RESEARCH & EDUCATION

# Fewer Union Members Means Lower Pay for All

In the decades after World War II, the labor movement greatly improved pay, benefits and working conditions not just for unionized workplaces, but for the nation's entire workforce. The better pay and benefits that unions helped establish for blue- and white-collar workers in every industry helped build the great American middle class.

But in recent years that trend has been reversing: Union membership has been declining, and the American Dream – home ownership, good jobs, and retirement security – has become elusive for millions of working families.

The statistics on declining union membership paint a bleak picture.

In the early 1970s, 26.7 percent of American workers enjoyed the benefits of union representation. But by 2011, the percentage of wage and salary workers belonging to unions fell to just 13.1 percent, according to a study by the Economic Policy Institute (EPI). In January, the Bureau of Labor Statistics (BLS) reported that in 2012 the percentage of unionized U.S. workers had fallen further, to just 11.3 percent.

According to EPI, median compensation (which includes wages and benefits) rose by just 10.7 percent between 1973 and 2011 – well below the rate of inflation. Today it takes $5.19 to equal the purchasing power $1 had in 1973, BLS data shows.

Meanwhile, the income of the country's top one percent has grown by 240 percent since 1979.

Though unionized workers still enjoy better wages and benefits than non-unionized workers, EPI found, the falling rate of union representation has created downward pressure on compensation for all workers.



**Stagnant Wages 1979-2009**

Despite productivity gains, income has surged for the wealthiest Americans only, while workers' wages have stagnated.
Source: Mother Jones magazine

Declining union power has also led anti-worker forces to step up their assault on unions. In Indiana, which enacted a "right-to-work" law in 2012, union membership fell from 302,000 to 246,000. In Wisconsin, where Republican Gov. Scott Walker and the state legislature outlawed collective bargaining for public-sector workers, union membership also declined, from 339,000 to 293,000.

Despite the assault on unions, the labor movement helped President Obama win re-election, and helped pro-labor candidates win hotly-contested Senate races in Wisconsin (Tammy Baldwin), Indiana (Joe Donnelly), Ohio (Sherrod Brown), and several other states. ■



**Union Coverage 1973–2011**

1973: 26.7%
2011: 13.1%
Union coverage rate
Source: Economic Policy Institute

**APWU**  Sue Carney – Director

# HUMAN RELATIONS

# Health Coverage When Injured at Work

Employees who are injured on duty and placed on the rolls of the Office of Workers Compensation Programs (OWCP) remain eligible for health benefits, provided they are enrolled in one of the Federal Employee Health Benefit (FEHB) plans for five years preceding the start of compensation. Employees with less than five years of service must be enrolled continuously from their first opportunity to participate.

Family members of deceased employees are also eligible to continue coverage, provided the employee was enrolled in a "self-and-family" option at the time of death and at least one of the covered family members receives compensation as a surviving beneficiary under the Federal Employees' Compensation Act.



When an employee who meets the criteria for continuing health coverage receives compensation for six months or longer, the administration of health benefits is transferred from the USPS to OWCP. Until the transfer is made, an employee receiving compensation but no salary is treated as any other employee in a non-pay status.

After 365 days, enrollment is terminated if the employee is ineligible to be transferred to OWCP. When the employee returns to a pay status, the administration of health benefits shifts back to the agency, provided the employee remains eligible to continue enrollment.

Whether OWCP requests the transfer of administrative responsibility or not, it withholds employee premiums and makes employer contributions for health benefits from the date compensation begins, or immediately following the date the employer stops making them, whichever occurs later.

OWCP does not make withholdings and contributions when wage loss compensation is paid for less than 29 days. In these circumstances, employees are responsible for paying their share of the premiums. If an employee is deemed ineligible, enrollment is terminated and withholdings and contributions cease.

## Health Benefits Refund Program

Deductions for premiums are made at the USPS rate during the first compensable year and at the standard federal employee rate thereafter. Because the Office of Personnel Management (OPM) rate is higher, Postal Service employees may be due a refund.

To be eligible, employees must be in a leave without pay/injured-on-duty status. Employees who have been separated from the USPS are ineligible. Employees must be receiving OWCP compensation payments with health benefits premiums deducted at the federal employee rate and at least one year must have elapsed since they were initially placed on OWCP compensation.

Generally, the refund is automatically generated by the Postal Service. The employee is not required to take any action. Health and Resource Management submits the required forms to the Scanning and Imaging Center, and obtains the District Manager's approval. (Copies of PS Form 202, Health Benefits Refund Payment Authorization, should be given to the employee.) USPS Accounting Services will issue the refund to the employee.

However, in the past year there have been two system failures. The first affected employees who changed service providers. The employees received a dual refund – one for each service provider – resulting in an overpayment. The second occurred when OPM attempted to recover the erroneous payments. As a result, refunds were delayed or possibly omitted. According to the Postal Service, all districts were directed to take corrective action, but some have not.

If you are still waiting for your health benefit refund, contact your local APWU representative to secure a remedy at the district level. Representatives who are unsuccessful should contact the Human Relations Department at (202) 842-4270 with the employee's name, claim number, refund period, and district contact.

To learn more about how being injured at work can affect health insurance coverage, review Section 525 of the Employee and Labor Relations Manual (ELM). ■

*Correction: Due to an editing error, the headline in the March-April issue incorrectly identified the Special Agents who investigate OWCP fraud. They are from the USPS Office of the Inspector General (OIG).*

**APWU** William J. Kaczor Jr. – Director

# HEALTH PLAN

# One in Four Suffers from A Treatable Mental Health Condition

May is Mental Health Month, and Mental Health America is raising awareness about a staggering statistic: One in four American adults lives with a diagnosable, treatable mental health condition. The good news is that these people can live full and productive lives.

The theme for this year's Mental Health Month, *Do More for One in Four,* is a call to action to help the more than 54 million adults who have a treatable mental health condition.



"We want everyone to know that while mental health and substance abuse conditions are common, they are extremely treatable, and individuals go on to recover and lead full, productive lives," said David Shern, PhD, president and CEO of Mental Health America.

Dr. Shern also noted that there are tools available that can help every person face difficult times and challenges.

### End the Stigma

Although an estimated 25 percent of Americans will experience a mental disorder in any given year, less than one-third of adults and half of all children with a diagnosable condition receive mental health services. Stigma still discourages people from getting help, despite advances in education and research. By learning the truth about mental illness and encouraging others to do the same, you can help lessen the stigma.

"Too many people who are living with a mental health condition never seek or receive help due to stigma, lack of information, cost, or lack of health care insurance coverage -- as high as 50 percent. We need to change that," Shern said.

## What is Stigma?

"Stigma" describes the shame, fear and discrimination that result from stereotypes surrounding mental illness. It can affect people with a mental illness psychologically and even economically, when it comes to finding housing and employment. Stigma can cause family tension and rejection. It also leads to fear, mistrust and violence against people with mental illness. As a society, we are bombarded with negative images of mental illness, explains Michelle Pruett Nostheide, director of public education at Mental Health America.

"Mental health is a major factor in all aspects of our lives. We see it play out in our relationships, in our performance at work or school and in health issues. All of us live with these daily threats to our mental health, whether dealing with major tragedies or common life changes."

The APWU Health Plan along with ValueOptions, the nation's largest independent behavioral health-care company, provides union members in the High Option and Consumer Driven Option access to traditional managed care products; integrated behavioral health care services; prevention initiatives and work/life programs. Mental health coverage includes, but is not limited to, treatment for depression and substance abuse.

Seeing a mental health professional is comparable to seeing a doctor for any other health issue. If you would like to explore the services available, contact ValueOptions by phone at 888-700-7965 or on the web at *www.valueoptions.com.* ValueOptions will help you locate the appropriate provider in your area. ▪



**APWU**
HEALTH PLAN
www.apwuhp.com
1-888-222-2798

**APWU**   Judy Beard – Director

# RETIREES

# Save Social Security

The current debate over the nation's deficit is being used as an excuse to advocate privatization of Social Security and Medicare, yet nearly 70 percent of Democrats and Republicans oppose cutting these vital programs, according to a poll conducted in February for *The Hill* newspaper.

The Protecting Social Security Act would extend the solvency of Social Security for approximately 75 years. The bill (S. 308 in the Senate and H.R. 639 in the House) was introduced in February by Sen. Mark Begich (D-AK) and Rep. Ted Deutch (D-FL).

The legislation would require people who earn more



than $113,700, to pay Social Security taxes on all their earnings. Currently, the wealthy pay Social Security taxes only on earnings up to $113,700.

The bill also would designate a new Consumer Price Index (CPI) to calculate cost-of-living adjustments for seniors. The CPI-E measures the costs of goods and services that seniors actually buy. (The "E" stands for "elderly.")

The Alliance for Retired Americans (ARA) supports the use of the CPI-E and opposes the proposed use of the "chained-CPI," which would reduce cost-of-living adjustments. (I represent the APWU on the organization's National Executive Board.)

I encourage all APWU members to use the resources of ARA *(www.retiredamericans.org)* and the Retirees De-

partment and to connect with your local retiree chapter to keep the pressure on Congress. We must protect and preserve Social Security, Medicare, and other social programs that are essential to our nation's seniors.

## Unleash the Power of Age

This May, the APWU will honor the contributions of our retirees during Older Americans Month. The theme for this year's celebration is *Unleash the Power of Age.*

We will celebrate the vitality and aspirations of APWU retirees, and acknowledge the skills, talent, wisdom, and life-experiences they share with their families, friends, and neighbors.

In the past year, I've witnessed APWU retirees working to make our union better – at chapter meetings and state conferences as well as at rallies, lobbying activities, and the 2012 National Convention.

APWU retirees have also helped thousands of newly-retired union members make the transition to retirement. You can also help our older Americans stay positive, active, and forward-looking. We encourage every union member to take time this month to pay tribute to an APWU retiree.

## Educational Conference

A Retirees Educational Conference will be held in Las Vegas, Nov. 4-6, in conjunction with the union's All-Craft Conference.

We will conduct many new workshops this year. A registration form, with a list of workshops, is available at *www.apwu.org.* You also can register online.   ∎

## Retirees Rock!

Congratulations to APWU retiree member Roy Braunstein and his wife, Marilyn, for their continued support of the union. Roy retired from his role as National Legislative Director in 2004, and moved to Phoenix AZ.

Marilyn, a former national Auxiliary officer, helped organize the Phoenix Local Retiree Chapter. Roy's advice to retiring postal workers is, "Enjoy your families and friends. Remember to get to know your congressional representative, contact them on issues that impact our union family, and keep APWU strong by donating to COPA!"



# APWU members, our plan is to keep you smiling

### Voluntary Benefits Plan®
## Group Dental Plan
### ...for APWU Members Only!

- Available nationwide – to **ALL** APWU members
- Use **ANY** dentist
- Guaranteed issue
- Family coverage also available
- **Economical** and **convenient** payroll deduction
- Optional orthodontic coverage available to dependent children under age 19

## 2 Great Choices!

After deductibles and other requirements are met this Plan will pay:

| **High Option** | **Low Option** |
|---|---|
| – 100% for preventive services | – 100% for preventive services |
| – 80% for basic services | – 50% for basic services |
| – 50% for major services | – 50% for major services |
| – 50% for orthodontic services | – 50% for orthodontic services |

**You can speak to a Benefit Plan Representative Monday through Friday, 8:30 A.M. to 5:00 P.M. EST**

### Call Toll-Free
# 1-877-229-0451

## Voluntary Benefits Plan®

Benefits only for Members of the
### AMERICAN POSTAL WORKERS UNION

For information on other benefit plans, visit us at
### www.voluntarybenefitsplan.com
**Voluntary Benefits Plan**
P.O. Box 12009 • Cheshire, CT 06410

AG-9898



*For complete details (including costs, exclusions, limitations and terms of coverage) or to enroll call TODAY!*



Underwritten by The United States Life Insurance Company in the City of New York. The underwriting risks, financial and contractual obligations and support functions associated with products issued by The United States Life Insurance Company in the City of New York (United States Life) are its responsibility. Plan may vary or may not be available in all states.