

About APWU   Links   Site Map   Contact Us   APWU Store

Search this site   All Sections
Advanced Search   

▶ HOME          ▶ NEWS & EVENTS          ▶ DEPARTMENTS & DIVISIONS          ▶ PAY & BENEFITS          ▶ MEMBERS ONLY

## Legislative and Political
Home  ›  Departments & Divisions  ›  Legislative and Political Dept.  ›  e-Team Reports  ›  May 17, 2013          🖨 Printer-Friendly Page

**Legislative & Political Dept.**
Gary Kloepfer, Director
Telephone: 202-842-4210

▶ About the Legislative
  And Political Department
▶ Contact Your Legislators
▶ COPA (Members only)
▶ COPA - Summary of Regulations
▶ e-Team Weekly Reports
▶ Grassroots Coordinators
▶ Hatch Act Guidelines
▶ Labor Issues &
  Congressional Voting Records
▶ Legislative Links
▶ Legislative Briefing [PDF]
  - March 2013 (Members Only)
▶ Magazine Articles
▶ Postal Policy-Making News

▶ Postal Reform
  That Makes Sense [PDF]
▶ Postal Service Protection Act
  (S.316/H.R 630) [PDF]
▶ Flyer [PDF] for the Public [PDF]
▶ Summary of APWU's Position [PDF]
▶ Talking Points [PDF]

▶ Tips for Meetings
  With Elected Officials
▶ Current Issues
▶ APWU Testimony



▶ Click Here to Sign Up!

### APWU e-Team Report, May 17, 2013

**Legislative & Political Director Myke Reid Announces Retirement, Gary Kloepfer Accepts Director Position**

This week Myke Reid announced his retirement from APWU after nearly three decades of service advocating on behalf of federal and postal workers. "Myke is widely respected in the halls of Congress and throughout the APWU," said APWU President Cliff Guffey. "He has made great contributions to our struggle and he will be missed." At the recommendation of President Guffey, Maintenance Craft Assistant Director Gary Kloepfer assumed the Legislative and Political Director position following unanimous approval by the National Executive Board. "Gary has been a very effective advocate for the Maintenance Craft," Guffey said. "I am pleased that he has accepted this important assignment."

For more on changes at APWU's Legislative and Political Department, please click here.

**Postal Reform Bills Gain Co-Sponsors, More Support Needed**

The Postal Service Protection Act (S. 316/H.R. 630) continues to gain co-sponsors in Congress. This week Senators Barbara Mikulski (D-MD) and Sheldon Whitehouse (D-RI) and six House members added their names to the list of supporters of the legislation. The Postal Service Protection Act would repeal the pre-funding mandate, which continues to decimate postal finances; allows the USPS to recover FERS and CSRS overpayments, and reinstates delivery standards, which would help keep mail processing facilities open.

While leaders in the House Committee on Oversight and Government Reform and the Senate Committee on Homeland Security work to form their own postal bill, it is imperative that advocates for a robust, thriving Postal Service continue to contact their members of Congress to urge support for reform legislation that will address USPS's financial crisis without penalizing postal employees and the American public.

To find out if your Representative and Senators are co-sponsors of the Postal Service Protection Act, please click here.

To contact to your Representative and Senators and encourage them to support the Postal Service Protection Act, please click here.

**One week left for 'We the People' Petition to White House**

Last month Rep. Peter DeFazio (D-OR) launched a petition to the White House asking for the Administration's support of the Postal Service and postal jobs. To receive an official response from the White House, the petition must garner 100,000 signatures. Next Friday, May 24th is the last day signatures to the petition can be submitted. Currently, the petition has 25,117 signatures.

To sign the petition or to encourage others to sign, please click here.

[back to top]

## EXHIBIT D

**Legislative & Political Dept.**
Gary Kloepfer, Director
Telephone: 202-842-4210

▸ About the Legislative
 And Political Department
▸ Contact Your Legislators
▸ COPA *(Members only)*
▸ COPA - Summary of Regulations
▸ e-Team Weekly Reports
▸ Grassroots Coordinators
▸ Hatch Act Guidelines
▸ Labor Issues &
 Congressional Voting Records
▸ Legislative Links
▸ Legislative Briefing [PDF]
 - March 2013 (Members Only)
▸ Magazine Articles
▸ Postal Policy-Making News

▸ Postal Reform
 That Makes Sense [PDF]
▸ Postal Service Protection Act
 (S.316/H.R 630) [PDF]
▸ Flyer [PDF] for the Public [PDF]
▸ Summary of APWU's Position [PDF]
▸ Talking Points [PDF]

▸ Tips for Meetings
 With Elected Officials

▸ Current Issues

▸ APWU Testimony



▸ Click Here to Sign Up!



## APWU e-Team Report, June 7, 2013

**Grassroots Community Support Needed for Postal Reform**

"It's crunch time," says APWU Legislative and Political Director Gary Kloepfer. "Our brothers and sisters must continue to contact their members of Congress and encourage their families, friends and neighbors to do the same." Postal reform that protects delivery standards and keeps facilities open must be achieved with the support of our communities. At a feasibility hearing for the Madison Processing & Distribution Center last week, Rep. Mark Pocan (D-WI) encouraged the members of the community to "express [their] concerns to the USPS so that we can protect our mail delivery." APWU members and those in our communities who support postal reform should continue to contact their U.S. senators and representative to ensure postal legislation is a top priority.

UPDATE: The Postal Service Protection Act (H.R. 630/S. 316) has gained 160 co-sponsors in the House (153, Dem.; 7, Rep.) and 27 co-sponsors in the Senate.

To contact your members of Congress, please click here.

**Some in Congress Make Headlines Instead of Solutions**

The current House of Representatives is on pace to be one of the least productive in decades. While political posturing in the House continues, there seems to be little appetite for dealing with the nation's pressing problems.

The need for postal reform is playing second fiddle to the desire of some legislators to focus on "scandals." It is important that Congress keep federal agencies accountable to taxpaying Americans; however, wasting time to take political potshots while ignoring other issues hurts us all. The continued oversight hearings provide the House Oversight and Government Reform Committee high visibility, but they do not move us any closer to desperately needed postal reform.

For more on how the latest "scandals" may affect Congress, please click here.

**OIG Survey Finds Internet-Connected Americans Support USPS**

The USPS Office of Inspector General (OIG) released the results of a survey on the views of Internet-connected Americans on the Postal Service. The report reveals several key findings, including: More than 70 percent of respondents oppose closing mail processing facilities if it would result in a one- or two-day delay in mail delivery; 74 percent also oppose reducing the hours of operation at post offices; 77% incorrectly believe the Postal Service is either partially or fully funded through tax dollars; 80% of Americans think that all areas of the country should continue to be served by the USPS; and nearly half of all respondents expressed interest in additional non-postal services being made available at post offices.

It is important to note the survey respondents did not include non-Internet users, who are likely to rely more heavily on postal services. Senior citizens, adults with less than a high school education and those living in households earning less than $30,000 per year are the least likely adults to have internet access. Today, 20% of Americans are without internet; and 40% – nearly 100 million people – do not have broadband access.

For more on OIG's survey of internet-connected Americans, please click here.

**Sen. Frank Lautenberg (D-NJ) Remembered**

On June 3, Senator Frank Lautenberg, New Jersey's longest serving senator, died of complications from pneumonia. He was the Senate's last surviving veteran of WWII, having served in the Army Signal Corps as an enlisted soldier. Crediting the GI bill for allowing him to get a college education, as a senator he co-authored a new GI bill, expanding benefits for those who would follow. He is also widely remembered for getting legislation passed to ban smoking on commercial flights and in other public places.

New Jersey Gov. Chris Christie has appointed Republican Jeffrey S. Chiesa, the state's attorney general, to temporarily fill the vacant Senate seat. A special election has been set for Oct. 16, with the primary to be held on Aug. 13. All candidates for the special election must submit petitions by June 10. Mr. Chiesa does not plan to seek the seat in the special election.

APWU President Cliff Guffey and Legislative and Political Director Gary Kloepfer encourage

New Jersey APWU members to get active in selecting their next U.S. Senator.   It is crucial for us to work closely with the NJ AFL-CIO and Central Labor Councils in the state to make sure that the candidate elected to fill the vacancy created by Senator Lautenberg's death will follow in his footsteps by standing with the APWU and other working people of New Jersey.

To view House Democratic Whip Steny H. Hoyer's statement on the late Sen. Lautenberg, please click here.

**Obama Nominates Three to Fill Crucial Court Vacancies**

On June 4, President Obama nominated three jurists to fill vacancies on the 11-seat U.S. Court of Appeals for the D.C. Circuit.  The D.C. Circuit is considered to be one of the most powerful courts in the country, second only to the Supreme Court.  AFL-CIO President Trumka urged the Senate to confirm the nominees and noted how profound an impact this court's decisions can have on workers' rights.  "The D.C. Circuit is extremely important to working families," said Trumka.  "The court hears more significant labor-related cases— workplace safety cases, wage and hour cases, unfair labor practice cases and other regulatory cases— than any other Circuit Court of Appeals."

The three judicial nominees now await confirmation by the Senate.  They join numerous other Obama nominees whose nominations are being obstructed by Republican senators, including Tom Perez for Labor Secretary and nominees to the National Labor Relations Board.

To read more about the importance of confirming these judicial nominees, please click here.

[back to top]

© 2012 APWU. Disclaimer. Privacy Policy. Webmaster.

8/8/2013 9:25 AM

**Legislative & Political Dept.**
Gary Kloepfer, Director
Telephone: 202-842-4210



▸ About the Legislative
And Political Department

▸ Contact Your Legislators

▸ COPA *(Members only)*

▸ COPA - Summary of Regulations

▸ e-Team Weekly Reports

▸ Grassroots Coordinators

▸ Hatch Act Guidelines

▸ Labor Issues &
Congressional Voting Records

▸ Legislative Links

▸ Legislative Briefing [PDF]
- March 2013 (Members Only)

▸ Magazine Articles

▸ Postal Policy-Making News

▸ Postal Reform
That Makes Sense [PDF]

▸ Postal Service Protection Act
(S.316/H.R 630) [PDF]

▸ Flyer [PDF] for the Public [PDF]

▸ Summary of APWU's Position [PDF]

▸ Talking Points [PDF]

▸ Tips for Meetings
With Elected Officials

▸ Current Issues

▸ APWU Testimony



▸ Click Here to Sign Up!

## APWU e-Team Report, June 28, 2013

**Bills for Postal Reform Need to Be Heard!**

There are now three important bills in the House and one in the Senate dealing with various aspects of postal reform.

In the Senate:

- **S.316: The Postal Service Protection Act**, introduced on 2/13/13 by Sen. Bernie Sanders (I-VT), (28 co-sponsors), would end the pre-funding mandate, protect delivery standards, and refund overpayments the USPS made to federal retirement systems.

In the House:

- **H.R. 630: The Postal Service Protection Act**, introduced on 2/13/13 by Rep. Peter DeFazio (D-OR), (163 co-sponsors). This is the House version of S.316, explained above.
- **H.R. 961: United States Postal Service Stabilization Act**, introduced on 3/5/13 by Rep. Stephen Lynch (D-MA), (131 co-sponsors), would end the pre-funding mandate, recalculate pension liabilities, and refund overpayments the Postal Service made to federal retirement accounts.
- **H.R. 2459: Protect Overnight Delivery Act**, introduced on 6/20/13 by Rep. Rosa DeLauro (D-CT), (70 co-sponsors), would restore overnight delivery standards.

And then we have the draft postal bill released by the chairman of the Oversight and Government Reform Committee, Rep. Darrell Issa (R-CA). This draft has not yet been submitted as an actual bill, but has been posted by Rep. Issa for review and comment.

One has to wonder why, if there is really any interest in constructive postal reform, one of the existing bills with many co-sponsors has not yet been brought up to begin the debate. As APWU President Cliff Guffey noted, Rep. Issa's draft legislation would "punish postal workers, privatize much of the USPS and deprive the American people of vital services."

Could it be that this is the only type of postal reform that interests Rep. Issa?

**Issa's Draft Bill is FAR from Compromise**

If you were to take some recent news reports at face value, you might have gotten the impression that Rep. Issa is working with Democrats on a compromise, bipartisan postal reform bill.  In an article titled, "Issa Reaches out to Democrats on Postal Reform," DC-based *The Hill* newspaper reported that Issa is inviting Democrats to join him in his effort to preserve "a healthy, thriving Postal Service."

In light of such undeserved praise, APWU Legislative and Political Director Gary Kloepfer reminds us, "This is not a compromise."  What goes entirely unmentioned in *The Hill* article is any reference to reduction in delivery standards, the consolidation of additional mail processing facilities, the closure of more post offices, increased health insurance costs to Postal Workers, cuts to benefits, and the promotion of contracting out postal work.  While *The Hill* reports that Issa has worked to make his bill less controversial, it somehow fails to note all of these extremely controversial and wrongheaded policies contained in the bill.

To read *The Hill*'s misguided take on Issa's postal bill, please click here.

To get the REAL story on Issa's deeply disturbing bill, please click here.

**July 1st is National Postal Workers Day!**

Monday, July 1st is National Postal Workers Day.  The men and women of the U.S. Postal Service are among the best workers in our nation.  Postal workers process 40 percent of the world's mail and deliver to 152 million homes in every corner of the country. The USPS is considered one of the most trusted companies by consumers.

For doing everything that you do, the APWU Legislative and Political Department wishes you a well-earned National Postal Workers Day!

For more on the National Postal Workers Day, please click here.

**Break the Chained CPI... No Cuts to COLAs!**

The APWU is urging union members and retirees to participate in rallies across the country on Tuesday, July 2, to protest a proposal that would put retirement benefits for millions of workers on the chopping block. The threat is from a proposal to use a new method to calculate cost-of-living adjustments (COLAs) for postal and federal retirees and Social Security recipients. The new method — known as the "chained CPI" — would result in much smaller cost-of-living increases than the current formula establishes.

Join the Alliance for Retired Americans in forming a **Human Chain** at congressional offices, federal buildings and other key sites in locations around the nation to STOP CUTS to cost-of-living adjustments (COLAs).

Social Security COLAs, intended to help retirees keep up with a rising cost of living, already lag behind the REAL increase costs because higher healthcare costs are not properly weighted. Despite that, many in Congress are now proposing a benefit cut by tying the COLA to the chained CPI, a smaller measure of inflation. This is not a small change or merely a "technical change;" it will result in an immediate cut and will compound over the years, taking much-needed money out of the hands of seniors.

Postal retirees' annual COLA increases are based on the same index used for Social Security. If the chained CPI is adopted, the proposed cut will impact Social Security recipients AND postal and federal retirees!

*We are calling on APWU members and retirees to join a Human Chain against the Chained CPI.*

To download a fact sheet, find the event closest to you, and to learn more, click here.

**SCOTUS Decision to Overturn DOMA Expands Access to Federal Benefits**

On Wednesday, the US Supreme Court struck down the Defense of Marriage Act (DOMA), a 1996 law that blocked the federal government from recognizing same-sex marriages. DOMA resulted in the exclusion of thousands of same-sex spouses of federal workers from receiving benefits such as those under the Federal Employee Health Benefits Plan (FEHBP), the Civil Service Retirement System (CSRS) and the Federal Employee Retirement System (FERS).

The Office of Personnel Management's (OPM) Acting Director, Elaine Kaplan, released a statement calling the Supreme Court decision a "welcome development in the continuing quest to ensure equal treatment under the law to all Americans." The Department of Justice and OPM will be working with federal agencies to ensure proper implementation of the Supreme Court decision.

The Department of Defense has already issued a statement welcoming the decision and will begin to implement changes with OPM guidance soon. The Postal Service has not yet issued a statement on the decision, but postal workers and their families – all families – will also benefit from the court decision.

For more on the expansion to federal benefits to same-sex spouses, please click here.

[back to top]

© 2012 APWU. Disclaimer. Privacy Policy. Webmaster.

**Legislative & Political Dept.**
Gary Kloepfer, Director
Telephone: 202-842-4210

- About the Legislative
  And Political Department
- Contact Your Legislators
- COPA *(Members only)*
- COPA - Summary of Regulations
- e-Team Weekly Reports
- Grassroots Coordinators
- Hatch Act Guidelines
- Labor Issues &
  Congressional Voting Records
- Legislative Links
- Legislative Briefing [PDF]
  - March 2013 (Members Only)
- Magazine Articles
- Postal Policy-Making News

- Postal Reform
  That Makes Sense [PDF]
- Postal Service Protection Act
  (S.316/H.R 630) [PDF]
- Flyer [PDF] for the Public [PDF]
- Summary of APWU's Position [PDF]
- Talking Points [PDF]

- Tips for Meetings
  With Elected Officials

- Current Issues

- APWU Testimony



▸ Click Here to Sign Up!



## APWU e-Team Report, July 19, 2013

**President Guffey Testifies at Postal Hearing**

President Guffey testified before the House Oversight and Government Reform Committee's hearing on postal reform on July 17. The hearing largely focused on a draft postal bill by Chairman Darrell Issa (R-CA) that the APWU has called "deeply disturbing."

At the hearing, President Guffey reminded lawmakers of the devastating impact of plant closures and degraded service standards. "We're at the point now where the more right-sizing we do, the more the mail is delayed and it loses its value to the customer," said Guffey. He noted that businesses and individual customers are already voicing frustration at mail delays, which will translate to reduced postal revenue. He further urged the committee to get USPS back on the right track by reinstating robust service standards as a part of their reform legislation.

To read more about the hearing and watch video of President Guffey's testimony, please click here. Guffey's testimony begins at the 45 minute mark.

**Issa Moves to Advance His "Deeply Disturbing" Postal Bill**

Following the hearing on his draft bill, Chairman Issa set a committee business meeting for July 24 to markup his bill so that he might pass it out of his committee. In advance of that markup, Issa announced some changes to his draft bill. Among the changes is the elimination of the requirement to re-open contract negotiations to immediately eliminate protection against layoffs.

These changes, however, do little to change the core of Issa's destructive postal bill. The revised bill would prohibit postal unions and management from negotiating protection against layoffs in future contracts; increase health insurance costs; limit collective bargaining rights; close post offices, stations and branches; consolidate plants, and privatize operations.

To read more about the bill and next week's markup, please click here.

**APWU and Mail Handlers Announce August Action on Postal Reform**

The APWU and the National Postal Mail Handlers Union have announced plans to conduct a nationwide joint lobbying effort over the congressional recess from Aug. 5 to Sept 6. Members of both unions are encouraged to contact their senators and representatives and ask them to co-sponsor the Postal Service Protection Act (H.R. 630 in the House / S. 316 in the Senate) and the Protect Overnight Delivery Act (H.R. 2459).

"The Postal Service's plans threaten the jobs of every postal worker," said APWU President Cliff Guffey. "Dismantling the network and cutting service will not fix the Postal Service's finances. It will lead to the demise of the Postal Service by making its services less timely and therefore less valuable."

Now is the time to act! Join us in advocating for postal reform during Congress's August recess. If you require any assistance, please contact APWU Legislative Director Gary Kloepfer at 202-842-4211 or the Vice President's office at 202-842-4250.

For more information on the APWU and Mail Handlers August Action, please click here.

**Senate GOP Ends Obstruction of Crucial Nominees**

This week, Senate Democrats and Republicans resolved their longstanding impasse over many of President Obama's nominees. Breaking the stalemate, Senate Majority Leader Harry Reid (D-NV) agreed not to adjust Senate filibuster rules for nominees and Senate Republicans in turn agreed to stop obstructing several critical nominations.

The development is a big win for working families nationwide, as the Senate voted yesterday to confirm Tom Perez as the next Secretary of Labor. Further, AFL-CIO counsel Nancy Schiffer and NLRB counsel Kent Hirozawa will not be blocked by Senate Republicans and will get a clean vote on their nominations to the National Labor Relations Board (NLRB). This move paves the way for the NLRB to continue its important work of enforcing the nation's labor laws.

To read more about this positive development, please click here.

**Flood, Fire, Snow, Hurricane and Even A Zombie Apocalypse... Postal Workers are**

**Prepared**

The U.S. Postal Service and its half a million employees are uniquely equipped to aid in the recovery of disaster effected areas following a natural or man-made disaster.  Such events often affect power, phone and wireless services, leaving disaster victims in dire need of relief aid packages and communication.  While community disasters also affect postal workers, members of the USPS workforce dependably get back to their stations, facilities and routes following an event, allowing victims to return to a sense normalcy.  It is clear the USPS, postal workers and Congress must work to preserve our national communication infrastructure, which provides relief and communication services to our communities.

For more on the vital role of the USPS and the Postal Workforce during a disaster, please click here.

**New Bill Would Prohibit Unionization of IRS Employees**

Last week Rep. Cory Gardner (R-CO) introduced the Preventing Unionization of Revenue Service Employees Act, or PURSE Act.  The legislation would add approximately 100,000 IRS employees to the list of federal workers prohibited from joining unions that collectively bargain with their agency, such as the FBI, CIA and Secret Service.

Rep. Gardner's bill is a thinly-veiled attacked on organized labor rather than a genuine effort to address recent allegations against the IRS.  APWU Legislative and Political Director Gary Kloepfer denounced the bill, stating, "Instead of raising up all workers through the ability to collectively bargain for fair working conditions and wages, the conservative Congress wants to sink all federal workers."

To view the text of the PURSE Act (H.R. 2679) and representatives supporting the bill, please click here.

**Senate Conservatives Continue to Push Against Union Representation**

During a Homeland Security and Governmental Affairs hearing, Senate Republicans continued to aim fire at the "official time" system.  Official time has been part of federal workers' collective bargaining rights, allowing employees to take paid time off to engage in the union representation.  Such measures are necessary for preserving effective labor-management relations.  Katherine Archuleta, President Obama's nominee to head the Office of Personnel Management (OPM), testified at the hearing that official time was beneficial and helped to anticipate and resolve issues between workers and management.

On July 16, Sen. Thomas Coburn (R-OK) introduced S. 1312, which would limit the use of official time by federal employees.  In the House, H.R. 568 was introduced by Rep. Dennis Ross (R-FL) and passed by committee earlier this year. It would require additional reporting by OPM of official time despite the fact that OPM has produced a similar report for over a decade.

For more on conservative lawmakers' continued scrutiny of "official time," please click here.

[back to top]

© 2012 APWU. Disclaimer. Privacy Policy. Webmaster.

**Legislative & Political Dept.**
Gary Kloepfer, Director
Telephone: 202-842-4210

- About the Legislative
  And Political Department
- Contact Your Legislators
- COPA (Members only)
- COPA - Summary of Regulations
- e-Team Weekly Reports
- Grassroots Coordinators
- Hatch Act Guidelines
- Labor Issues &
  Congressional Voting Records
- Legislative Links
- Legislative Briefing [PDF]
  - March 2013 (Members Only)
- Magazine Articles
- Postal Policy-Making News

- Postal Reform
  That Makes Sense [PDF]
- Postal Service Protection Act
  (S.316/H.R 630) [PDF]
- Flyer [PDF] for the Public [PDF]
- Summary of APWU's Position [PDF]
- Talking Points [PDF]

- Tips for Meetings
  With Elected Officials
- Current Issues
- APWU Testimony



Click Here to Sign Up!



# APWU e-Team Report, July 26, 2013

## Issa Advances His Postal Destruction Bill Out of Committee – Have Your Representatives Heard from You?

On Wednesday, July 24, the House Oversight and Government Reform Committee voted along party lines to approve a postal bill introduced by Rep. Darrell Issa. All 22 Republicans on the Committee voted to advance the bill while all 17 Democrats on the Committee voted against the extreme proposal.

This bill would spell disaster for the Postal Service and customers who rely on it. H.R. 2748 would close post offices, stations and branches; consolidate plants; privatize operations, and degrade service standards. It also would harm workers by prohibiting postal unions and management from negotiating protection against layoffs; increasing health insurance costs, and limiting collective bargaining rights.

"If it is enacted, this bill will lead to the demise of the Postal Service," said APWU President Cliff Guffey. "I call upon all APWU members to contact their U.S. representatives and urge them to vote 'no' when the bill is brought before the full House."

"H.R. 2748 would weaken the USPS and jeopardize postal jobs," said Legislative and Political Director Gary Kloepfer. "And it wouldn't do nearly enough to fix the financial crisis Congress created. We must defeat it."

To read more about Issa's deeply disturbing postal bill, please click here.

To contact your members of Congress by phone, call the Capitol switchboard at 202-224-3121.

To send a printed letter or email to your members of Congress, please click here.

## Oversight Committee's Ranking Member Calls Several Provision in Postal Bill "Extreme"

Following a vote by the House Oversight and Government Reform committee to pass H.R. 2748, Rep. Elijah Cummings (D-MD), Ranking Member of the Committee issued a press release stating, "I am disappointed that Republicans once again chose to pass a partisan bill that includes a number of extreme provisions that would weaken the Postal Service and negatively impact service to all Americans."

Cummings also stated the Committee voted on a partisan basis after all amendments offered by Democrats were rejected, which included proposals regarding the protection of postal employee bargaining rights and workers' compensation, and the return of FERS overpayment.

To view Ranking Member Cummings' statement on the Committee vote and rejected amendments, please click here.

## Replacement Nominees for NLRB Announced following Senate Deal

In a deal last week to avoid the 'nuclear option,' President Obama agreed to offer two nominees to replace Richard Griffin and Sharon Block in exchange for Senate Republicans' promise not to block the confirmation of Obama's new nominees, Nancy Schiffer and Kent Hirozawa. Schiffer is the associate general counsel at the AFL-CIO, and Hirowaza is the chief counsel to the NLRB Chairman.

In an opinion piece featured in The Hill, Juan Williams argued the compromise to avoid the 'nuclear option' which would have banned the use of the filibuster on executive branch nominations rewarded Republicans' general intent to obstruct all Democratic and Obama Administration efforts. Despite sacrificing Obama's original nominees whose confirmation votes would not have faced gridlock in prior years, there are no signs of the GOP ending their obstructionist agenda that continued to harm workers.

For more on Obama's replacement nominees to the NLRB, please click here.

## The Struggle to Ensure Workers Earn Living Wages Keeping Wal-Mart Out of Some Cities

Earlier this month, the Washington, D.C. City Council passed a bill that would add Washington to the list of cities that are taking a stand against 'big box' employers that exploit workers with low – very low – wages and little employment protections. The Council adopted the "Large Retailer Accountability Act" which would force certain large retailers to pay a minimum wage of $12.50 an hour. Worker advocates hope the initiative spurs other cities and municipalities to adopt similar protections for residents who face poor wages and working conditions when big box retailers come into town.

For more on the D.C. battle against Wal-Mart, please click here.

[back to top]

© 2012 APWU. Disclaimer. Privacy Policy. Webmaster.

**Legislative & Political Dept.**
Gary Kloepfer, Director
Telephone: 202-842-4210

▸ About the Legislative
  And Political Department
▸ Contact Your Legislators
▸ COPA *(Members only)*
▸ COPA - Summary of Regulations
▸ e-Team Weekly Reports
▸ Grassroots Coordinators
▸ Hatch Act Guidelines
▸ Labor Issues &
  Congressional Voting Records
▸ Legislative Links
▸ Legislative Briefing [PDF]
  - *March 2013 (Members Only)*
▸ Magazine Articles
▸ Postal Policy-Making News

▸ Postal Reform
  That Makes Sense [PDF]
▸ Postal Service Protection Act
  (S.316/H.R 630) [PDF]
▸ Flyer [PDF] for the Public [PDF]
▸ Summary of APWU's Position [PDF]
▸ Talking Points [PDF]

▸ Tips for Meetings
  With Elected Officials

▸ Current Issues

▸ APWU Testimony



▸ Click Here to Sign Up!



## APWU e-Team Report, Aug. 2, 2013

**Have You Contacted Your Lawmakers to Voice Opposition to Darrell Issa's Devastating Postal Legislation?**

The House Oversight and Government Reform Committee voted along party lines to approve H.R. 2748, a bill that would wreak havoc on the U.S. Postal Service.

It is crucial for every postal worker to contact their members of Congress and voice opposition to this devastating bill.

H.R. 2748 would deprive customers of vital services by closing post offices, stations and branches; consolidating plants; privatizing operations, and degrading service standards. It would harm workers by prohibiting postal unions and management from negotiating protection against layoffs; increasing health insurance costs, and limiting collective bargaining rights.

To read more about this bill, please click here.

To contact your members of Congress by phone, call the Capitol switchboard at 202-224-3121.

To send a printed letter or email to your members of Congress, please click here.

**APWU Urges Locals to Meet with Lawmakers During August Recess**

Today, Aug. 2, marks the last day Congress is in session before it breaks for a month-long recess. Lawmakers will leave D.C. and return to their home districts to campaign, fundraise, and meet with constituents.

APWU President Cliff Guffey is urging locals to contact their congressional representatives' and senators' state offices to schedule an appointment as soon as possible during the August recess to explain the urgency of the House and Senate taking up responsible postal reform.

"Locals are doing a fantastic job getting our message out at rallies, public input meetings, and in the media," said APWU Legislative Director Gary Kloepfer. "We need to keep up the pressure on Congress to act now," he said.

Please join us in lobbying for postal reform during the congressional recess.  If your local requires any assistance, contact APWU Legislative Director Gary Kloepfer at 202-842-4211 or the Vice President's office at 202-842-4250.

To find out more about the August actions, including materials for distribution, please click here.

**Turning Back the Clock for REAL Service?**

"We're turning back the clock on this." "We're going back to the way we used to do this. We're going to hand-sort in an effort to make this work." Yes, these comments were reportedly made by one Texas postmaster trying to ensure timely service following a flood of complaints from customers and bulk mailers who reported a loss of business due to slow delivery of time-sensitive material.

A large publisher in Kilgore, TX, reported confirmation of more than 70 documented complaints about delayed service since the closure of the East Texas Processing and Distribution Center near Tyler, TX.

The USPS plan to dismantle the postal network by closing distribution centers is not a path for growth. Perhaps a better plan would be to put the SERVICE back in Postal Service.

To read more about the problems that followed the mail processing changes, click here.

**Where Has All the Logic Gone?**

In 2009 the USPS wanted to close the post office located in a historic 1890 building in East Irvine, CA. Local historians and residents fought to keep it open and as a compromise it was decided to reduce the hours and eliminate service on Saturday.

Fast forward to 2013… The Postal Service is now considering closure based on "A steady lack of revenue and/or volume." No kidding! Who could have predicted?

A public meeting was held, as required by discontinuance regulations, and residents and customers are once again awaiting the outcome. To read more click here.

**Hoyer Statements on Obama Meeting and July Jobs Report**

In a meeting with House Democrats this week, President Obama discussed issues affecting the middle class and his efforts to grow jobs in America. Other topics addressed in the meeting included investments in infrastructure and education, immigration, and protecting Americans' voting rights. Additionally this week, the Bureau of Labor Statistics released its monthly jobs report which showed 161,000 private sector jobs added in July.

To read a statement by House Democratic Whip Steny Hoyer (D-MD) on the meeting, please click here.

To read Hoyer's remarks on the July jobs report, please click here

[back to top]

© 2012 APWU. Disclaimer. Privacy Policy. Webmaster.

APWU Home Page                                          http://www.apwu.org/index2.htm

▸ HOME          ▸ NEWS & EVENTS     ▸ DEPARTMENTS & DIVISIONS     ▸ PAY & BENEFITS     ▸ MEMBERS ONLY

## In Letter to Senate Majority Leader,
## Postal Unions Seethe Over Carper-Coburn Bill

(08/05/13) The four postal unions sent a joint letter to Senate Majority Harry Reid on Aug. 5 expressing "utter dismay" at the introduction of S. 1486, the postal bill co-sponsored by Sen. Tom Carper (D-DE) and Sen. Tom Coburn (R-OK). The bill continues the disastrous policy of mandating massive pre-funding of retiree health benefits and provides for major downsizing measures to pay for it, the letter notes. In addition, "The Carper-Coburn bill would give the USPS tools to slash postal employees' pension and health benefits by making these federal employee benefits subject to interest arbitration," the presidents wrote.

[full story] | [S. 1486 summary]

*Thanks, But No Thanks*
### PMG Seeks to Take Us Out Of Federal Healthcare Plan

(08/06/13) "The APWU will vehemently oppose any plan to take postal employees or retirees out of the Federal Employee Health Benefits Program," writes APWU Executive Vice President Greg Bell in an article for the union's magazine. [full story]

### Next Step in APWU's TV Ad Campaign

(08/05/13) The APWU has launched the next phase of its television ad campaign, with spots airing on NBC Nightly News, CNN, MSNBC, and Fox News. APWU's ads have helped change the terms of the debate about the USPS financial crisis, President Cliff Guffey said, "but we must continue to press our message with legislators, the media, and the American people." [full story]



### Benefits Now Available To Same-Sex Spouses

(08/05/13) As a result of the recent Supreme Court decision that overturned the Defense of Marriage Act, same-sex spouses of postal and federal employees and retirees are eligible for health and retirement benefits, regardless of where they currently live or work, the Office of Personnel Management has announced. A special open season ends Aug. 26. [full story]

### APWU: Senate Postal Bill Betrays Workers, American People

(08/02/13) Sen. Tom Carper (D-DE) and Sen. Tom Coburn (R-OK) introduced postal legislation on Aug. 1, just before Congress adjourned for a five-week recess. After a quick review, President Cliff Guffey said, "This bill is fatally flawed. It betrays the working men and women of the United States Postal Service; it slashes service to the American people, and it fails to protect the USPS from the impending financial disaster Congress set in motion in 2006 with the passage of the PAEA." [full story]

---

**CURRENT ISSUES**

**Fixing USPS Finances**
[Updated 08/06/13]
News about important legislation to provide financial stability to the Postal Service.



*Support S. 316 and H.R. 630*
**Contact Congress Today!**

---

**Candidates' Online Statements Posted**
(07/15/13) Statements by candidates for national union office are posted on *www.apwu.org*, in accordance with Article 11.3.c.2 of the APWU Constitution. [read more]



*Approximately 200 APWU members attended a banquet held by the union's Lafayette Local on Aug. 3 to honor 14 retired members.*

---

**P&DC Consolidation**
[Updated 07/01/13]
News about USPS plans to consolidate P&DC operations.
*(List of targeted facilities*



---

### SHORT CUTS

Collective Bargaining Agreements
Contact Your Legislators
Excessing
Family & Medical Leave
Handbooks and Manuals
Joint Contract Interpretation Manual
Pay Information
Safety & Health
Steward's Corner

### Postal Headlines
*The articles below may be of interest to our members. They do not necessarily reflect APWU's views.*

*NPR:*
▸ Can Congress Figure Out How to Rescue the Post Office?
*ThinkProgress.org:*
▸ Senators Take Action On Postal Service's Congressionally Induced Woes
*Washington Post:*
▸ Bipartisan Postal Bill Offers Hope for Compromise But Faces Challenges
*Government Executive:*
▸ Is the Latest Postal Reform Bill Too Much of a Compromise?
*Federal Times:*
▸ As Prospects Dim for Postal Reform, Senate Bill Already Encountering Flak
*VT Digger.org:*
▸ Sen. Sanders Opposes Carper-Coburn bill
*The Hill:*
▸ Postal Reform Revived in the Senate
*Letter to the Editor:*
▸ Where Were You During the Fight?
*Save the Post Office:*
▸ USPS Reduces Hours At Post Office, Then Cites Declining Revenue to Close It

### ON THE CALENDAR

APWU National Postal Press Association Biennial Conference
Aug. 21-24 Madison, WI

APWU POWER 16th Biennial National Convention
Aug. 22-25, Reno, NV

APWU Health Plan 28th Annual Open Season Seminar
Oct. 15-17, Las Vegas, NV

APWU Secretary-Treasurer's Training Conference
Nov. 1-3, Las Vegas, NV

APWU Deaf/Hard of Hearing Conference



# EXHIBIT E

APWU Home Page                                                    http://www.apwu.org/index2.htm

## Update on August Actions

(08/02/13) As Congress begins its August recess, President Guffey is reminding APWU state and local presidents to meet with their legislators to urge them to co-sponsor the Postal Service Protection Act (H.R. 630 in the House / S. 316 in the Senate), the Protect Overnight Delivery Act (H.R. 2459), and the United States Postal Service Stabilization Act (H.R. 961). [full story]

[more news]



APWU News Feed (RSS)

RSS XML FEED    About RSS



**Help Coworkers Afflicted By Disaster**

**Postal Employees Relief ♥ Fund**

**Text 50555 to make a one-time $10 donation to PERF.**



Click here to join the APWU.

Nov. 2-3, Las Vegas, NV

BMC Conference
Nov. 3, Las Vegas, NV

APWU 2013 All-Craft Conference
Nov. 4-7, Las Vegas, NV

APWU Retirees Conference
Nov. 4-6, Las Vegas, NV

Installation of APWU Officers
Nov. 7, Las Vegas, NV

[more events]

© 2013 APWU. Disclaimer. Privacy Policy. Webmaster.

# Yes, I want to join the American Postal Workers Union!

1300 L Street, NW, Washington, DC 20005

NAME _____ LAST _____ FIRST _____ MI _____ SOCIAL SECURITY NUMBER _____

X _____
SIGNATURE (MUST SIGN HERE) _____ DATE _____ TELEPHONE NUMBER _____

ADDRESS _____ CITY _____ STATE _____ ZIP CODE _____

INSTALLATION FINANCE NUMBER _____ LOCAL NAME _____ CRAFT _____

☐ YES  ☐ NO
POSTAL SUPPORT EMPLOYEE

E-MAIL ADDRESS _____

*(See reverse side of form for terms)*

Org 2013–C

FORM 1187

EXHIBIT F

I hereby assign to the American Postal Workers Union, AFL-CIO, from any salary or wages earned or to be earned by me as a member (in my present or future employment) such regular and periodic membership dues as the APWU may certify as due and owing from me, as may be established from time to time by the APWU. I authorize and direct the USPS to deduct such amounts from my pay and to remit same to the APWU at such times and in such manner as may be agreed upon between myself and the APWU at any time while this authorization is in effect, which includes a $20 yearly subscription for *The American Postal Worker* magazine as part of the membership dues.

Unless I am or become a Postal Support Employee, this assignment, authorization and direction shall be irrevocable for a period of one (1) year from the date of delivery to the APWU, and I agree and direct that this assignment, authorization and direction shall be automatically renewed and shall be irrevocable for successive periods of one (1) year unless written notice by certified mail using PS Form 1186 is given by me to the APWU not more than twenty (20) days and not less than ten (10) days prior to the expiration of each period of one year.

If I am a Postal Support Employee, this assignment, authorization and direction shall be irrevocable for a period of one (1) year from the date of delivery to the APWU and shall remain in effect if I should be rehired within 180 days after the conclusion of my present term of Postal Support employment. I agree and direct this assignment, authorization and direction shall be automatically renewed and shall be irrevocable for successive periods of one (1) year, unless written notice by certified mail using PS Form 1186 is given by me to the APWU not more than twenty (20) days and not less than ten (10) days prior to the expiration of each period of one (1) year in the event I am hired as a career employee, or within ten (10) days after the date I start work if I am rehired for any new term of Postal Support employment.

This agreement is freely made pursuant to the provisions of the Postal Reorganization Act and is not contingent upon the existence of any agreement between the Union and the Postal Service.

# RULES AND REGULATIONS GOVERNING 2013 APWU NATIONAL ELECTIONS

## *ADOPTED BY ELECTION COMMITTEE*

*Pursuant to Article 12, Section 1, of the APWU National Constitution and Bylaws, President Cliff Guffey appointed the 2013 Election Committee. Its members are: Anthony "Tony" Turner (Chairperson), Manchester (NH) Area Local; J. Lloyd Newman, North Alabama Area Local; Koquise Edwards, Oklahoma City Area Local; Rocky Sprowles, Kentucky Postal Workers Union; Robert Preston, Colorado Springs Area Local, Kim Guy, Tennessee Postal Workers Union, and Judith Eadson, South Jersey Area Local.*

*The Election Committee met January 29, 2013 - February 1, 2013, at APWU National Headquarters and adopted these Rules*

*and Regulations for the conduct of the 2013 APWU National Election. Following are relevant sections of the APWU National Constitution and Bylaws, along with rules and regulations for each segment of the election process.* **Please note that bold language in excerpts from the APWU National Constitution and Bylaws was added by the APWU 21st Biennial National Convention, held August 20-23, 2012.**

**The APWU National Election Committee may modify or change any current rule, change dates, and/or adopt additional rules, which will appear in bold.**

## I. ELIGIBILITY

### A. MEMBER IN GOOD STANDING

1. ARTICLE 10, SEC. 1(a). ELIGIBILITY FOR OFFICE. To be eligible for nomination, the candidate must be a member in good standing.

2. ARTICLE 11, SEC. 2(m) [in part] Candidates for APWU Retirees Department Director and Retiree National Convention Delegate must be members in good standing of the APWU Retirees Department, paying Thirty-Six Dollars ($36.00) per year per capita tax to the National Union.

3. **ARTICLE 3, SEC. 4(d) [in part] Members of the APWU Retirees Department who pay Thirty-Six Dollars ($36.00) per annum shall be eligible to vote for the three (3) APWU General Officers: President, Executive Vice-President and Secretary-Treasurer, and four (4) resident department officers: Director and Assistant Director, Legislative/Political Department; Director, Human Relations Department, and Director, APWU Health Plan.**

4. ARTICLE 11, SEC. 4. Any APWU member seeking election to a Health Plan national office must be a member in good standing (if eligible) of the APWU Health Plan in order to be declared an "official candidate."

> **SPECIAL NOTICE: The Election Committee calls to the attention of potential candidates: Pursuant to revisions to Article 7, Section 1(a) and Article 21(b) that were adopted at the 21st Biennial National Convention, a position can be declared vacant and the duties absorbed by other officers until action at the next National Convention.**

5. ARTICLE 12, SEC. 2. [in part] To be eligible to vote, a member must be in good standing according to the official records of the National Union on June 15 of the election year.

6. ELECTION COMMITTEE RULE: Candidates must be members in good standing on Saturday, June 15, 2013, with all dues paid except as provided in Article 3, Section 1, of the APWU National Constitution and Bylaws.

### B. DISQUALIFYING ACTIONS

1. ARTICLE 10, SEC. 1(b) No member holding office in any other organization representing employees for the purposes of collective bargaining or in administrative proceedings can be elected or appointed as an officer of the APWU, nor can he/she be seated as a delegate to the national convention.

2. ARTICLE 10, SEC. 2(b) Any employee eligible to be a member of the American Postal Workers Union who voluntarily holds a managerial, supervisory or EAS position with responsibility for issuing or recommending discipline, or applying or interpreting the National Agreement for the equivalent of a two-week period in a year shall be ineligible to hold office at any level of the APWU or to be a delegate to any convention held by the APWU or any subordinate body of the APWU, so long as the employee continues to serve in such position and for a period of one (1) year from the time the employee vacates such position.

Any member who has submitted an application to a managerial, supervisory, or EAS position with responsibility for issuing or recommending discipline or for applying or interpreting the National Agreement shall withdraw such application prior to acceptance of nomination for any office in the APWU.

ELECTION COMMITTEE RULE: Any member who is prohibited from serving as an officer of a labor organization under the Labor-Management Reporting and Disclosure Act, 29 U.S.C. Section 504, due to a criminal conviction, or who refuses to authorize the National Election Committee to procure a criminal background

---

**APWU NATIONAL FIELD OFFICES** Please refer to Section XII of these Rules and Regulations and the Chart on page 43 for the listing on location of field offices for the Regional Coordinators and National Business Agents, effective for the new term of office in November 2013. All other National Officers will work at the union's national headquarters locate[d]

EXHIBIT G

report to verify that the member is not prohibited from serving as an officer of a labor organization under the Labor-Management Reporting and Disclosure Act, shall be ineligible to run for any office in the APWU.

## II. NOMINATION/PETITION PROCESS

### A. OFFICERS AND DELEGATES TO BE ELECTED
1. ARTICLE 3, SEC. 4(e)  [in part]

All retirees who desire to become members of the APWU Retirees Department shall pay Thirty-Six Dollars ($36.00) per year per capita tax to the National Union. Such retirees shall elect the Retirees Department Director and five (5) delegates to the national convention. The Retirees Department Director and each Retiree National Convention Delegate will have a voice and one (1) vote at the national convention.

| CHART FOR NATIONAL BUSINESS AGENTS (NBAs) | Clerk | Maintenance | MVS | Other |
|---|---|---|---|---|
| CENTRAL REGION | | | 1 (covers IL, IN, IA, KY, MI, MN, ND, OH, SD, WI) | |
| Region: Chicago | 3 | | | |
| Cincinnati | 3 | | | |
| Minneapolis | 2 | | | |
| St. Louis | 2 | | | |
| Wichita | 2 | | | |
| Sub-Region: | | | | |
| A (IL,IN,KY, OH) | | 1 | | |
| B (IA,KS,MO,NE) | | 1 | | |
| C (MI,MN,ND,SD,WI) | | 1 | | |
| EASTERN REGION | | 1 | 1 | |
| Region: Philadelphia | 3 | | | |
| Washington, DC | 3 | | | |
| NORTHEAST REGION | | 1 | 1 | 1 (Caribbean Area) |
| Region: New England | 3 | | | |
| New York | 3 | | | |
| SOUTHERN REGION | | 2 | | |
| Region: Atlanta | 3 | | | |
| Dallas | 3 | | | |
| Memphis | 2 | | | |
| Sub-Region: Southwest (AR,KS,LA,MO,NE,OK,TX) | | | 1 | |
| Sub-Region: Southeast (AL,FL,GA,MS,NC,SC,TN) | | | 1 | |
| WESTERN REGION | | 2 | 1 | 2 (Pacific & Alaskan Areas) |
| Region: San Francisco | 4 | | | |
| Denver | 2 | | | |
| Northwest | 2 | | | |

2. ARTICLE 11, SEC. 1. The officers of this Union shall be elected by secret ballot by plurality vote and shall consist of President, Executive Vice President, Secretary-Treasurer, Industrial Relations Director, Legislative/ Political Department Director and Assistant Director, Organization Director, Research and Education Director, Health Plan Director, Human Relations Director, APWU Retirees Department Director, and five (5) Regional Coordinators (one for Central, Eastern, Northeast, Southern and Western). Where there is more than one (1) National Business Agent within a region, they will be referred to as National Business Agent (A), (B), (C), (D), etc.

CLERK DIVISION: Director, three (3) Assistant Directors who will be referred to as Assistant Director (A), (B) and (C), and forty (40) National Business Agents (refer to chart below for complete breakdown into regions).

MOTOR VEHICLE SERVICE DIVISION: Director, Assistant Director and six (6) National Business Agents (refer to chart for complete breakdown into regions).

MAINTENANCE DIVISION: Director, two (2) Assistant Directors who will be referred to as Assistant Director (A) and (B), National Representative-At-Large and nine (9) National Business Agents (refer to chart for breakdown into regions).

SUPPORT SERVICES DIVISION: Director, All Regions

National Business Agent, Caribbean Area

National Business Agent, Alaskan Area, "as-needed"

National Business Agent, Pacific Area

### B. PETITIONS
1. ARTICLE 11, SEC. 3 (a)  Any eligible member may secure an official petition from the APWU National Secretary-Treasurer on May 1 through June 1 of the election year. Such petitions will be duplicated by each

candidate at his/her own expense and must be received no later than June 15 at 5:00 p.m. at a box designated by the Secretary-Treasurer. Candidates shall provide in such petitions a certification signed by them, stating: "I am a member in good standing of the _____Division." "I am employed by_____." "The title of my job is _____." "I am retired:_____ I am not retired _____." Candidates for Director, APWU Retirees Department, and Retiree National Convention Delegate shall certify that they are members in good standing of the APWU Retirees Department and are not employed by the United States Postal Service.

2.  ARTICLE 12, SEC. 4(b)  Members may not file or be candidates for more than one (1) elective office.

3.  ELECTION COMMITTEE RULE: Completed and signed petitions must be mailed to **Post Office Box 77878, Washington, DC 20013** in time so as to be in that Box **no later than 5:00 p.m. [Eastern Time] on Saturday, June 15, 2013.** This post office box is only for returning completed petitions. **PETITIONS THAT ARE PERSONALLY DELIVERED, E-MAILED OR FAXED TO THE APWU NATIONAL SECRETARY-TREASURER'S OFFICE WILL NOT BE ACCEPTED.**

4.  ELECTION COMMITTEE RULE: A candidate must fully complete the entire candidate's portion of each petition, including the full title of the office sought and the candidate's signature, before the petition is sent to a Local for endorsement. A candidate sending out petitions for an Assistant Director, Clerk Division; Assistant Director, Maintenance Division; National Business Agent, Clerk Division; or National Business Agent, Maintenance Division office which is designated (A), (B), (C), or (D), must specify for which office he/she is filing by including the alphabetic designation.

5.  ELECTION COMMITTEE RULE:  Candidates may not file or be

candidates for more than one office. If a candidate has filed petitions for a particular office and then decides before the nominating period is over that he/she wishes to seek nomination for another office, the candidate must withdraw the first petitions by giving written notice to the APWU National Secretary-Treasurer, and then timely file the required number of new petitions for the other office. **IN NO CASE MAY PETITIONS FILED FOR ONE OFFICE BE TRANSFERRED TO A NEW OFFICE.**

6.  ELECTION COMMITTEE RULE: Each Local submitting a petition needs to be clearly identified and the petition must bear the official name of the Local.

7.  ELECTION COMMITTEE RULE:  All nominating petitions are to be signed by the Local President **and one of the following: Vice President, Secretary-Treasurer, Secretary or Treasurer, with the exception of Article 11, Section 2 (h), (i), (j) and (k) of the National Constitution and Bylaws.**  At least one signature must be an original.  A facsimile signature may be used for the second signature.

8.  ELECTION COMMITTEE RULE: The decision to sign the petitions from candidates for Maintenance Division and Motor Vehicle Service Division field offices must be made by the Division members of the Local, but the petitions must be signed by the Local President **and one of the following: Vice President, Secretary/Treasurer, Secretary or Treasurer.**

C.  REQUIREMENTS FOR NOMINATING PETITIONS
1.  ARTICLE 11, SEC. 2(a). CANDIDATES FOR NATIONAL RESIDENT OFFICES.  Any member in good standing in this Union may be a candidate for election, if eligible, provided he/she has nominating petitions endorsed by at least a total of twelve (12) locals, representing at least five (5) states in three (3) or more regions.

(b)  Candidates for Regional Coordinator must be members-at-large

or members in good standing of a local in the region he/she seeks to represent and must have nominating petitions endorsed by at least ten (10) locals representing at least four (4) states within the region.

(c)  Candidates for any division position must be members of the division in which they seek such positions and they are to be elected only by members of that division.

(d)  Candidates for National Business Agent, Clerk Division, must be members-at-large or members in good standing of a local in the region he/she seeks to represent and endorsed by at least eight (8) locals within that region. Candidates for National Business Agent, Clerk Division, will be elected from the Region they represent pursuant to the chart for National Business Agents in the American Postal Workers Union National Constitution and Bylaws.

(e)  Candidates for National Resident Offices, Motor Vehicle Service and Maintenance Divisions, shall have their nominating petitions endorsed by twelve (12) locals from five (5) states.

(f)  Candidates for National Business Agent, Maintenance Division, shall have their nominating petitions endorsed by division members representing at least ten (10) locals in at least four (4) states within their region.

(g)  Candidates for National Business Agent, Motor Vehicle Service Division, shall have their petitions endorsed by division members from eight (8) different locals within their region.

(h)  Candidates for the National Business Agent, Caribbean Area, shall be members-at-large or members in good standing and must be residents of the Caribbean Area. Petitions are to be signed by the Local President and Secretary.

(i)  Candidates for the National Business Agent, Alaskan Area, must be members-

at-large or members in good standing and must be residents of the state of Alaska. Petitions are to be signed by the Local President and Secretary.

(j)  Candidates for the Director, Support Services Division, must be members-at-large or members in good standing and must work in one of the facilities of the Support Services Division and shall have their nominating petitions endorsed by at least three (3) Support Services Facilities. Petitions are to be signed by the Local President and Secretary.

(k)  Candidates for the National Business Agent, Pacific Area, must be members-at-large or members in good standing and must work within the Pacific Area. Petitions are to be signed by the Local President and Secretary.

(l)  Candidates from Caribbean Area, Alaskan Area and Pacific Area must have at least one (1) petition signed by one local from their respective region.

(m)  Candidates for APWU Retirees Department Director and Retiree National Convention Delegate must be members in good standing of the APWU Retirees Department, paying Thirty-Six Dollars ($36.00) per year per capita tax to the national union. A member of the APWU Retirees Department in good standing may request a nominating petition and may nominate himself or herself or any other member in good standing of the APWU Retirees Department to be a candidate for APWU Retirees Department Director, and he/she will be elected by members of the APWU Retirees Department nationwide, or a candidate for Retiree National Convention Delegate for the region that he/she will represent, and he/she will be elected from that region. Members in good standing who are nominated by others and are not self-nominated, will be notified that they have been so nominated and must agree in writing to accept the nomination before their names can be placed on the ballot.

**2.  ELECTION COMMITTEE RULE:** If a member of the APWU Retirees Department assigns his/her Local Retirees Chapter Membership to a chapter outside the jurisdiction of the local from which he/she retired, he/she may run only in the Region in which the membership is assigned on **Saturday, June 15, 2013.**

**3.  ELECTION COMMITTEE RULE:** Full dues-paying APWU members (paying full national per capita tax and Local dues), who are also members of the APWU Retirees Department, are eligible to run for the Director, APWU Retirees Department, and the Regional Retiree National Convention Delegate office with two exceptions:

(a)  Candidates must certify at the time of submitting their petitions for the position of Regional Retiree National Convention Delegate that they are not a Local or State delegate to the National Convention.

(b)  A member who is an automatic delegate to the National Convention because of his/her office as a National, State or Local officer is ineligible to be a candidate for Regional Retiree National Convention Delegate.

**4.  ELECTION COMMITTEE RULE:** The charts on pages 41-42 show from which areas members must obtain signed petitions, depending on which office the member is seeking.

## D.  CERTIFICATION OF CANDIDATES, ELECTION OF UNOPPOSED CANDIDATES, AND WITHDRAWAL BY CANDIDATES

**1.  ARTICLE 11, SEC. 3(b)** The Secretary-Treasurer shall, after certifying the constitutional qualifications of each candidate, publish in the July-August issue of the official organ, the names of all candidates for National Office and for Retiree National Convention Delegate. In the event that only one (1) eligible candidate is nominated for an office, the Secretary-Treasurer shall cast one

(1) ballot for each nominee whereupon the Election Committee shall declare the nominee(s) duly elected to the respective position.

**2.  ELECTION COMMITTEE RULE:** Any nominated candidate who decides to withdraw his/her name from the ballot must do so by so notifying the APWU National Secretary-Treasurer by hand-delivery, fax at (202) 842-8530, or express or certified mail, addressed to and received in the office of the National Secretary-Treasurer, American Postal Workers Union, AFL-CIO, 1300 L Street NW, Washington, DC 20005 **no later than 4:00 p.m. [Eastern Time] on Friday, June 21, 2013.**

**3.  ELECTION COMMITTEE RULE:** Members in good standing of the APWU Retirees Department who are nominated by others and are not self-nominated for Director, APWU Retirees Department, and Retiree National Convention Delegate must agree in writing to accept the nomination by so notifying the APWU National Secretary-Treasurer by hand-delivery, fax at (202) 842-8530, or express or certified mail, addressed to and received in the office of the National Secretary-Treasurer, American Postal Workers Union, AFL-CIO, 1300 L Street, NW, Washington, DC 20005 **no later than 4:00 p.m. [Eastern Time] on Friday, June 21, 2013.**

## E.  DEATH OF A CANDIDATE

**ARTICLE 11, SEC. 3(d)** In the event of the death of a nominee for any office or Retiree National Convention Delegate, the National Executive Board shall be empowered, in its own discretion, to take such action consistent with federal laws as it deems necessary, including but not limited to, the holding of new nominations and election for the affected office(s).

## III.  BALLOT PLACEMENT

**A.  ARTICLE 12, SEC. 4(a) [in part]** Any unopposed candidate duly-qualified by nominating petition for office or Retiree National Convention

Delegate, after nomination petitions have been closed, shall be declared elected, and his/her name shall not appear on the ballot.

**B.  ELECTION COMMITTEE RULE:**
For contested offices, the placement of names on the ballot will follow the past practice of having the incumbent's name at the top of the list of candidates for that office. Where there are two or more candidates for the same office or two or more candidates for the Retiree National Convention Delegate for the same region who are not incumbents, the determination of the order of their names on the ballot will be made by a drawing for position on the ballot. The drawing will take place at APWU National Headquarters at 10:00 a.m. [Eastern Time] on Monday June 24, 2013. A candidate may attend the drawing at his/her own expense or may designate any one member in good standing of the American Postal Workers Union, AFL-CIO to represent him/her at the drawing.

## IV.  CANDIDATES' ARTICLES
**A.  ARTICLE 11, SECTION 3(c) (1)**
The Editor of the APWU official organ shall print in the **July-August** issue articles contributed by candidates for contested positions, not to exceed three hundred (300) words and all such articles shall be submitted, by certified mail, and received by the Secretary-Treasurer, not later than July 1 to be valid for printing.

**B.  ELECTION COMMITTEE RULE:**
Three-hundred (300) word articles from candidates will be published in the **July-August** issue of *The American Postal Worker*. Articles must be received in the office of the APWU National Secretary-Treasurer no later than **4:00 p.m. [Eastern Time] on Monday, June 24, 2013.** Any article that exceeds 300 words will be cut off at the 300-word limit.

**Articles may be sent electronically in a Word program to candidatearticles2013@apwu.org**

or by hand-delivery or fax to (202) 842-8530, via certified or express mail addressed to and received in the office of the National Secretary-Treasurer, American Postal Workers Union, AFL-CIO, 1300 L Street, NW, Washington, DC 20005. Articles should be typed and double-spaced. **Receipt of articles submitted electronically will be acknowledged via email to the email address of the sender.**

**C.  ARTICLE 11, SECTION 3(c)(2)**
**The National Executive Board shall make the necessary arrangements to post on the APWU website information contributed by candidates for contested positions, not to exceed one thousand (1,000) words. All such information shall be submitted by certified mail or in digital form and/or printed, and received by the Secretary-Treasurer not later than July 1 to be valid for posting on the website. Candidates may also submit new information and/or add to existing submissions of less than 1,000 words, by following the same procedures and submitting not later than August 1 and again on September 1.**

**D.  ELECTION COMMITTEE RULE:**
**ARTICLE 11, SECTION 3(c) (2) [in part]  Candidates for contested positions may submit information, not to exceed one thousand (1,000) words, which will be posted on APWU's website in the Members Only Section.  All such information shall be printed and sent by certified mail or submitted electronically in a Word program to candidatewebarticles2013@apwu.org and received by the Secretary-Treasurer not later than July 1 to be valid for posting no later than July 15, 2013.  Candidates may also submit new information and/or add to existing submissions of less than 1,000 words, by following the same procedures and submitting not later than August 1, for posting no later than August 15, 2013, and again on September 1, for final posting no later than September 9, 2013.**

**Articles should be typed and double-spaced. Receipt of articles submitted electronically will be acknowledged via email to the email address of the sender.  Any article that exceeds 1,000 words will be cut off at the 1,000-word limit.**

**E.  ELECTION COMMITTEE RULE:**
Following are guidelines that will be used to count the number of words in candidate articles and prepare the articles for printing or posting:

**1. Microsoft Office 2010 Word Program will be used for the 300-word count and the 1,000-word count.**

**2.**  Candidates should avoid submitting articles that contain typographical enhancements. Bold face type, bulleted or numbered lists, type set in all caps, underlined type, or extra punctuation are examples of typographical enhancements. All candidate articles must be equally presented when published so as not to draw more attention to one article over another. Therefore, any typographical enhancements included in a candidate's article will be removed prior to publication.

**3.**  Any e-mail address, website addresses, or similar references in the text of an article will be published in all lowercase type.

**4.**  All articles will be given a header with the candidate's name and the office for which he or she is running. Any additional headers or titles that a candidate includes in his or her article will be typeset into the first paragraph of the article and will be counted in the 300-word **or 1,000-word** limit.

**5.**  It is important for the candidate to double-check his/her article for grammar, punctuation and spelling errors prior to sending in the article. Such errors will not be corrected.

## V.  INSPECTION OF
## MEMBERSHIP LIST
**ELECTION COMMITTEE RULE:**

Each candidate personally, or by another member of the Union in good standing authorized by a candidate in writing, is entitled to inspect the membership list during the five-day period **between 9:30 a.m. [Eastern Time] on Monday, August 5, 2013, and 5:00 p.m. [Eastern Time] on Friday, August 9, 2013,** upon a candidate sending written notice to the APWU National Secretary-Treasurer of the intent to do so and the identity of the one who will be inspecting the membership list on behalf of the candidate. Said notice must be received by the APWU National Secretary-Treasurer no later than **4:00 p.m. [Eastern Time] on Monday, July 29, 2013.** NO PART OF ANY LIST MAY BE COPIED.

## VI. DISTRIBUTION OF CAMPAIGN LITERATURE

**A. ELECTION COMMITTEE RULE:**
In accordance with Section 401(c) of the Labor-Management Reporting and Disclosure Act of 1959 (LMRDA), as amended, the American Postal Workers Union (APWU) will comply with all reasonable requests of candidates to mail campaign literature at the candidate's expense.

**B. ELECTION COMMITTEE RULE:**
All campaign mailings will be handled by Kelly Press. Any candidate, at his/her own expense, wishing to mail literature must submit a written request to Kelly Press, with a copy sent simultaneously by the same means of delivery to the APWU National Secretary-Treasurer. Kelly Press's address is 1701 Cabin Branch Drive, Cheverly, MD 20785. Matt Kelly or Stacie Rudy (main person) will be the contact persons. The phone number is (301) 386-8286 and the fax number is (301) 322-7936. Business hours are 9:00 a.m. to 5:00 p.m. [Eastern Time], Monday-Friday.

**C. ELECTION COMMITTEE RULE:**
Kelly Press will determine the cost of mailing and the candidate will be so advised. Payment in full must be received prior to mailing. Payments must be in the form of United States

Postal Service Money Order or certified check. Kelly Press is requiring a minimum of five (5) business days advance notice for preparing a campaign mailing. **Candidates may obtain additional information at www.2013apwucandidates.com.**

**D. ELECTION COMMITTEE RULE:**
Kelly Press will also provide printing and envelope stuffing services at the candidate's expense, if requested. Candidates who choose to have literature stuffed and printed elsewhere will be responsible for delivering or sending the stuffed sealed envelopes directly to Kelly Press.

**E. ELECTION COMMITTEE RULE:**
Candidates, or a candidate's observer, will be permitted, at their own expense, to observe the mailing of their literature, but will not be permitted to remove and mail addressed pieces.

## VII. CAMPAIGNING AND UNION PUBLICATIONS

**A. SECTION 401(g) OF LABOR-MANAGEMENT REPORTING AND DISCLOSURE ACT OF 1959 (LMRDA), AS AMENDED,** states: "No moneys received by any labor organization by way of dues, assessment, or similar levy, and no moneys of an employer shall be contributed or applied to promote the candidacy of any person in an election subject to the provisions of this title. Such moneys of a labor organization may be utilized for notices, factual statements of issues not involving candidates, and other expenses necessary for the holding of an election."

**B. ELECTION COMMITTEE RULE:**
Section 401(g) of the Labor-Management Reporting and Disclosure Act of 1959 (LMRDA), as amended, prohibits the use of Union or employer funds to promote the candidacy of any person in an APWU National Election. The Department of Labor may require candidates to account for campaign funds. The following rules, while not all

encompassing, are offered in an attempt to preclude the most common types of Section 401(g) violations.

**1. ELECTION COMMITTEE RULE:**
Local/State Union publications prepared, printed, and distributed at Union expense may not be used to promote or attack the candidacy of any member in the election. Publications include newspapers, magazines, websites, letters or other similar type of communications.

**2. ELECTION COMMITTEE RULE:**
The inclusion of candidates' campaign statements, press releases, photographs or announcements in a Union publication is prohibited unless all candidates for the same office are specifically advised and offered a substantially equal opportunity.

**3. ELECTION COMMITTEE RULE:**
Articles which are used to praise or criticize a candidate are prohibited. With regard to the printing of photographs of candidates, other than those covered in Item #2 of this Section, Local/State publications should only contain such photographs when they are directly related to a timely news event being reported. Local/State officers who have their own columns in Union publications cannot use their columns to promote or oppose an individual's candidacy.

**4. ELECTION COMMITTEE RULE:**
A Local/State Union publication has the right to accept paid political advertising from candidates for specific offices or all offices. If it is decided to accept paid political advertising, the Local/State affiliate must provide a notice and rates to all candidates for the office(s) in which the Local/State affiliate has decided to accept advertising. The advertisement must contain a statement that it is paid for by the candidate.

**5. ELECTION COMMITTEE RULE:**
Local/State Union publications may print, without comment, membership endorsements, provided such

endorsements of candidates are voted on at a regular membership meeting. Publications with endorsements cannot be disseminated beyond the normal mailing list utilized by the Local/State affiliate.

**6. ELECTION COMMITTEE RULE:**
A Local/State Union is not required to mail literature for a candidate using the Local or State's membership list. However, if a Local/State affiliate decides to honor a request for a campaign mailing from a candidate, it must immediately notify all other candidates for that office that the mailing list is also available to them to be used for a campaign mailing. Local/State Unions may contact the office of the APWU National Secretary-Treasurer to obtain a list of candidates and their addresses.

**7. ELECTION COMMITTEE RULE:**
APWU National, State or Local Union property and resources, including but not limited to, Union offices, computers, web-sites, telephones, automobiles, supplies, and printing and reproduction equipment may not be used for campaigning. Union property cannot be used for posting, storage, or distribution of campaign literature, for campaign meetings or campaign press conferences. Union funds may not be used to rent property or meetings rooms for such activities. No Union logo or stationery may be used in campaigning for or against a candidate. This includes using any Union logo for campaign-related purposes, including press conferences.

**8. ELECTION COMMITTEE RULE:**
Union employees and officers of the APWU National Union and all other APWU affiliates are prohibited from campaigning during their normal working hours (while on Union payroll). Normal working hours include evening or weekends when meetings occur which the officer or employee is expected to attend because of his/her office. Union officers and employees may not

charge travel expenses for trips to campaign or make such trips while on Union paid time. While in postal facilities on Union business, campaign activities are not permitted. However, campaigning by Union officers which is "incidental" to Union business is not a violation of Federal law or these rules.

**C. ELECTION COMMITTEE RULE:**
Any drawings for Local prizes for membership voting must be done by the Chairperson of the APWU National Election Committee. Your request is to be mailed to Anthony "Tony" Turner, Chairperson, APWU National Election Committee, c/o APWU National Secretary-Treasurer, 1300 L Street, N.W., Washington, DC 20005. The request must be received no later than **4:00 p.m. [Eastern Time] on Friday, September 27, 2013.**

# VIII. ELECTION PROCESS

**A. ARTICLE 12, SEC. 2.** The President shall select a recognized outside ballot association to conduct the election under the supervision of the Election Committee. No later than September 15 of an election year, the selected outside ballot association shall mail ballots to each member in good standing at their last-known address. Notice shall be enclosed with the ballot advising the member of the deadline by which the ballot must be received by the Election Committee in order to be counted. The deadline for receipt of ballots from members in good standing shall be no less than twenty (20) days from the date on which the ballot association mailed ballots to members in good standing. To be eligible to vote, a member must be in good standing according to the official records of the National Union on June 15 of the election year. It shall be the duty of the Secretary-Treasurer to furnish the ballot association with a mailing list early enough so that ballots will be mailed out during the period September 10 through September 15 of an election year. No other matter shall be enclosed in either the outer envelope or the

Ballot envelope, except the printed information.

**B. ARTICLE 3, SEC. 4(c)** [in part] Members of this Union who retire from employment in an APWU bargaining unit may maintain full membership with all rights of such membership by continuing to pay full per capita taxes to the APWU plus whatever local dues may be required by their local union. He/she shall retain the same right to vote in all matters that he/she had immediately before he/she retired from service.

**C. ELECTION COMMITTEE RULE:**
In accordance with Article 12, Section 2 of the APWU National Constitution and Bylaws, American Arbitration Association, **120 Broadway, 21st Floor, New York, NY 10271,** has been selected as the outside ballot association.

**D. ELECTION COMMITTEE RULE:**
Ballots will be mailed by American Arbitration Association on or after **Tuesday September 10, 2013, but no later than 2:00 p.m. [Eastern Time] on Friday, September 13, 2013,** to each member who is in good standing on **Saturday June 15, 2013.**

**E. ELECTION COMMITTEE RULE:**
Employees of the United States Postal Service who sign a Form 1187 on or before **Saturday, June 15, 2013,** and submit it promptly will be eligible to vote, even if no dues have been withheld on or before **Saturday, June 15, 2013.**

**F. ELECTION COMMITTEE RULE:**
Employees of Private Sector companies at which the APWU has been certified as the bargaining representative, who sign a membership application form allowing dues check-off after certification on or before **Saturday, June 15, 2013,** and submit it promptly will be eligible to vote, even if no dues have been withheld on or before **Saturday, June 15, 2013.**

**G. ELECTION COMMITTEE RULE:**
**A member in good standing who has not received a ballot by Thursday, September 19, 2013, is to request a duplicate ballot as follows:**

# WHERE MEMBERS MUST OBTAIN PETITIONS

**Candidates for resident administrative offices, Clerk Division Director and Clerk Division Assistant Directors (A), (B) and (C)** must submit nominating petitions endorsed by at least 12 locals, representing at least five states in three or more regions.

**Candidates for Maintenance Division Director, Assistant Directors and National Representative-at-Large, and Motor Vehicle Service Division Director and Assistant Director** must submit nominating petitions endorsed by 12 locals from five states.

**Candidates for Support Services Division Director** must submit nominating petitions endorsed by at least three (3) Support Services Facilities.

**Candidates for Regional Coordinator** must submit nominating petitions endorsed by at least 10 locals representing at least four states within the region as listed below.

**Candidates for National Business Agent in the Maintenance Division for Eastern, Northeast, Southern, and Western Regions** must submit nominating petitions endorsed by division members representing at least 10 locals in at least four states within their region as listed below.

**Candidates for National Business Agent in the Motor Vehicle Service Division for Eastern, Northeast, and Western Regions** must submit nominating petitions endorsed by division members representing at least eight locals within their region as listed below.

**Candidates for National Business Agent in the Maintenance Division, Central Region, and Motor Vehicle Service Division, Central and Southern Regions and All-Craft National Business Agents for the Alaskan Area, Caribbean Area and Pacific Area,** see chart on page 42.

**Candidates for APWU Retirees Department Director** may nominate themselves or be nominated by others.

**Candidates for Retiree National Convention Delegate** from each of the five regions may nominate themselves or be nominated by others.

| Five Postal Regions | 15 Postal Regions Designated No. | States |
| --- | --- | --- |
| Central Region | #3<br>#4<br>#8<br><br>#11<br>#15 | Illinois & Michigan,<br>Indiana, Kentucky & Ohio,<br>Minnesota, North Dakota,<br>South Dakota & Wisconsin<br>Iowa & Missouri<br>Kansas & Nebraska |
| Eastern Region | #9<br>#10<br><br>#14 | Part of New York<br>Delaware, Part of New Jersey<br>& Pennsylvania<br>District of Columbia, Maryland,<br>Virginia & West Virginia |
| Northeast Region | #2<br><br><br>#9<br><br>#10 | Connecticut, Maine,<br>Massachusetts, New Hampshire,<br>Rhode Island & Vermont<br>Part of New York, Puerto Rico<br>& Virgin Islands<br>Part of New Jersey |
| Southern Region | #1<br><br>#5<br>#7<br>#11<br>#15 | Florida, Georgia, North Carolina<br>& South Carolina<br>Louisiana & Texas<br>Alabama, Mississippi & Tennessee<br>Arkansas<br>Oklahoma |
| Western Region | #6<br><br>#12<br><br>#13 | Arizona, Colorado, New<br>Mexico, Utah & Wyoming<br>California, Hawaii, Nevada, Guam,<br>American Samoa & Saipan<br>Alaska, Idaho, Montana,<br>Oregon & Washington |

1. An individual member (or a Local on behalf of that member) is to notify the American Arbitration Association (AAA) by calling 1-800-529-5218 between the hours of 9:00 a.m. to 5:00 p.m. [Eastern Time], Monday through Friday, or by visiting www.aaaelections.org/apwu (available 24 hours). All requests for duplicate ballots are to include the employee ID number, last four (4) digits of member's social security number, name, address, division, and the name of the member's Local.

2. A Member-at-Large (MAL) is to notify the American Arbitration Association (AAA) by calling 1-800-529-5218 between the hours of 9:00 a.m. to 5:00 p.m. [Eastern Time], Monday through Friday, or by visiting www.aaaelections.org/apwu (available 24 hours). All requests for duplicate ballots are to include the MAL's employee ID number, the last four (4) digits of the MAL's social security number, name, address, and division.

3. A member of the Retirees Department is to notify the American Arbitration Association (AAA) by calling 1-800-529-5218 between the hours of 9:00 a.m. to 5:00 p.m. [Eastern Time], Monday through Friday, or by visiting www.aaaelections.org/apwu (available 24 hours). All requests for duplicate ballots are to include the retiree's ID number, last four (4) digits of the retiree's social security number, name, and address. A duplicate ballot will be mailed on the next business day.

H.  ARTICLE 12, SEC. 3.  The member voting shall indicate his/her choice for each of the candidates names by making a cross (X) or check (✓) opposite the name of the candidate for whom he/she wishes to vote. The voter shall then seal his/her ballot in the small envelope, without any writing, or other means of identification upon it, and enclose this envelope in the larger one and complete the address in accordance with the instructions enclosed with the ballot.

I.  ARTICLE 12, SEC. 4(a)  [in part] Write-in votes shall not be valid, counted or considered.

J.  ARTICLE 12, SEC. 5.  [in part] Ballots

to be valid shall be in the designated Box not later than 2:00 p.m., October 5. They shall be taken from the designated Box at or about 2:00 p.m., October 5 by the Ballot Association with at least two (2) members of the Election Committee being present. In the event October 5th falls on a Saturday, Sunday, or holiday, the time shall be extended to the next weekday.

## K. ELECTION COMMITTEE RULE:

The Election Committee will take custody of the ballots from the designated Box at **2:00 p.m. [Eastern Time]** on **Monday, October 7, 2013**, at which time they will bring them to the location where they will be counted. The identity of that location will be published in the **September-October** issue of the American Postal Worker.

**L. ARTICLE 12, SEC. 5.** [in part] The Chairperson of the Election Committee shall be responsible for having printed tally sheets properly prepared, showing the votes cast by each local. Tally sheets for Retiree National Convention Delegate shall show the total votes cast. Counting ballots must be completed by November 1.

**M. ELECTION COMMITTEE RULE:** The Chairperson of the APWU National Election Committee will issue unofficial reports during the tallying. These reports will be issued only to the APWU National Secretary-Treasurer, and information regarding these unofficial tally reports may be obtained only through the APWU National Secretary-Treasurer's office.

**N. ARTICLE 12, SEC. 6.** The ballots shall be counted in the presence of no less than three (3) members of the Election Committee. The candidate or candidates receiving the highest number of votes for each office shall be declared elected. In the case of a tie affecting the final selection of one (1) or more candidates, only the names of the tied candidates shall be re-submitted to the Election Committee who

shall prepare a ballot and conduct another election. After certification of the election results, signed by members of the Election Committee, it shall be the duty of the Secretary-Treasurer to announce the results of the election in the next edition of the official organ.

## IX. OBSERVERS

**ELECTION COMMITTEE RULE:** Each candidate may act as his/her own observer or may designate, in writing, to the Chairperson of the APWU National Election Committee his/her observer(s) at each step of the election process. All observers observe at their own expense.

## X. APPEALS

**A. ARTICLE 12, SEC. 9.** Any member who feels aggrieved in connection with the conduct of a national election shall file his/her grievance with the National Election Appeals Committee within seventy-two (72) hours after his/her grievance arises.

**B. ARTICLE 12, SEC. 10.** The President of the APWU, with the approval of the National Executive Board, shall appoint a National Election Appeals Committee which shall consist of the President and four (4) additional members. This Committee shall have final authority to decide disputes, controversies and

## WHERE MEMBERS MUST OBTAIN PETITIONS

**Candidates for National Business Agent in the Clerk Division** must submit nominating petitions endorsed by at least eight (8) locals within the region they seek to represent, as listed below.

| | |
|---|---|
| #1 – Atlanta Region (Southern) | Florida, Georgia, North Carolina & South Carolina |
| #2 – New England Region (Northeast) | Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island & Vermont |
| #3 – Chicago Region (Central) | Illinois & Michigan |
| #4 – Cincinnati Region (Central) | Indiana, Kentucky & Ohio |
| #5 – Dallas Region (Southern) | Louisiana & Texas |
| #6 – Denver Region (Western) | Arizona, Colorado, New Mexico, Utah & Wyoming |
| #7 – Memphis Region (Southern) | Alabama, Mississippi & Tennessee |
| #8 – Minneapolis Region (Central) | Minnesota, North Dakota, South Dakota & Wisconsin |
| #9 – New York Region (Northeast/Eastern) | New York (N & E) |
| #10 – Philadelphia Region (Northeast/Eastern) | Delaware, New Jersey (N & E) & Pennsylvania |
| #11 – St. Louis Region (Central) | Arkansas (S), Iowa (C) & Missouri (C) |
| #12 – San Francisco Region (Western) | California & Nevada |
| #13 – Northwest Region (Western) | Idaho, Montana, Oregon & Washington |
| #14 – Washington, DC Region (Eastern) | District of Columbia, Maryland, Virginia & West Virginia |
| #15 – Wichita Region (Central/Southern) | Kansas (C), Nebraska (C) & Oklahoma (S) |

appeals arising out of local, state, regional and national elections. The National Election Appeals Committee shall have authority to adopt rules and regulations as it deems desirable to promptly accomplish the objective of this Article. Where the National Elections Appeals Committee finds merit in an appeal, it shall have full authority to direct and impose such a remedy as it considers necessary or proper.

**C. ELECTION COMMITTEE RULE:**
*"To file an appeal within seventy-two (72) hours after a grievance arises"* means that the appeal must be sent to the National Election Appeals Committee (NEAC) within seventy-two (72) hours of when the person appealing knew, or should reasonably have known, of the facts that form the basis for the appeal. An appeal may be filed by one of the following methods:

**1.** By certified or express mail – Appeals are to be addressed to the NEAC and sent to the attention of the APWU National Secretary-Treasurer, 1300 L Street, NW, Washington, DC 20005.

**2.** By hand-delivery – The appeal must be delivered to the APWU National Secretary-Treasurer's office during normal working hours, and the person delivering the appeal is to receive a written receipt from that office.

**3.** By fax to (202) 842-8530 – The original of an appeal that is faxed must also be mailed by certified or express mail with proof of being sent within the same seventy-two (72) hour deadline as stated above, in order to be considered by the National Election Appeals Committee.

## WHERE MEMBERS MUST OBTAIN PETITIONS

**Candidates for National Business Agent offices not covered by the charts on pages 40 and 41** must submit nominating petitions as listed below.

**Candidates for National Business Agent in the Caribbean Area, Alaskan Area and Pacific Area** must submit nominating petitions endorsed by at least one (1) one local from their respective area.

**Candidates for National Business Agent (A), (B) and (C), Central Region, Maintenance Division,** must submit nominating petitions endorsed by division members representing at least ten (10) locals in at least four (4) states as listed below.

**Candidates for National Business Agent, Southwest Sub-Region and Southeast Sub-Region Southern Region, Motor Vehicle Service Division, and National Business Agent, Central Region, Motor Vehicle Service Division** must submit nominating petitions endorsed by division members from eight (8) different locals in the states as listed below.

| | |
|---|---|
| National Business Agent, Alaskan Area | Alaska |
| National Business Agent, Caribbean Area | Puerto Rico and Virgin Islands |
| National Business Agent, Pacific Area | Hawaii, Guam, American Samoa and Saipan |
| National Business Agent, (A), Central Region, Maintenance Division | Illinois, Indiana, Kentucky & Ohio |
| National Business Agent, (B), Central Region, Maintenance Division | Iowa, Kansas, Missouri & Nebraska |
| National Business Agent, (C), Central Region, Maintenance Division | Michigan, Minnesota, North Dakota, South Dakota & Wisconsin |
| National Business Agent Southwest Sub-Region, Southern Region, Motor Vehicle Service Division | Arkansas, Kansas, Louisiana, Missouri, Nebraska, Oklahoma & Texas |
| National Business Agent Southeast Sub-Region, Southern Region, Motor Vehicle Service Division | Alabama, Florida, Georgia, Mississippi, North Carolina, South Carolina & Tennessee |
| National Business Agent Central Region, Motor Vehicle Service Division | Illinois, Indiana, Iowa, Kentucky, Michigan, Minnesota, North Dakota, Ohio, South Dakota & Wisconsin |

## XI. TERM

**A. ARTICLE 12, SEC. 7.** National Officers and Retiree National Convention Delegates shall be elected by mail ballot of the members for a three (3) year period, effective November 1 of the election year.

Newly-elected officers shall report and take office on November 12 of the election year, and outgoing officers shall remain on the job in an advisory capacity for a period of five (5) working days, in order to effectuate a smooth transition of officers.

**B. ARTICLE 12, SEC. 11.** Officers, declared elected through applicable procedures of national, local, area local, regional and state organizations, shall assume and hold office pending final determination, under the appeals procedures provided in this Article.

## XII. APWU NATIONAL FIELD OFFICES

The location of the field offices for the Regional Coordinators and National Business Agents, effective for the new term of office in November 2013, will be within the geographic areas listed in the following chart.

# LOCATION OF APWU FIELD OFFICES
## FOR REGIONAL COORDINATORS AND NATIONAL BUSINESS AGENTS
## FOR NOVEMBER 2013 TERM

### CENTRAL REGION

**Chicago, Illinois**
Regional Coordinator, Central Region
National Business Agents (A), (B) & (C),
  Chicago Region, Clerk Division
National Business Agent, Central Region,
  Motor Vehicle Service Division

**Bloomington, Minnesota**
National Business Agents (A) & (B),
  Minneapolis Region, Clerk Division
National Business Agent (C),
  Central Region, Maintenance Division

**Kansas City, Missouri**
National Business Agents (A) & (B),
  St. Louis Region, Clerk Division
National Business Agent (B),
  Central Region, Maintenance Division

**Dayton, Ohio**
National Business Agents (A), (B) & (C),
  Cincinnati Region, Clerk Division
National Business Agent (A),
  Central Region, Maintenance Division

### EASTERN REGION

**Sicklerville, New Jersey**
Regional Coordinator, Eastern Region
National Business Agents (A), (B) & (C),
  Philadelphia Region, Clerk Division
National Business Agent, Eastern Region,
  Maintenance Division
National Business Agent, Eastern Region,
  Motor Vehicle Service Division

**Glen Burnie, Maryland**
National Business Agents (A), (B) & (C),
  Washington, DC Region, Clerk Division

### NORTHEAST REGION

**Rockville Centre, New York**
Regional Coordinator, Northeast Region
National Business Agents (A), (B) & (C),
  New York Region, Clerk Division
National Business Agent, Northeast
  Region, Motor Vehicle Service Division

**Holyoke, Massachusetts**
National Business Agent (A),
  New England Region, Clerk Division

**Danvers, Massachusetts**
National Business Agents (B) & (C)
  New England Region, Clerk Division
National Business Agent, Northeast
  Region, Maintenance Division

**San Juan, Puerto Rico**
National Business Agent,
  Caribbean Area

### SOUTHERN REGION

**Houston, Texas**
Regional Coordinator, Southern Region
National Business Agents (A) & (B),
  Dallas Region, Clerk Division

**Birmingham, Alabama**
National Business Agents (A) & (B),
  Memphis Region, Clerk Division

**Tampa, Florida**
National Business Agents (A), (B) & (C),
  Atlanta Region, Clerk Division
National Business Agent (A),
  Southern Region, Maintenance Division
National Business Agent, Southeast
  Sub-Region, Southern Region,
  Motor Vehicle Service Division

**Oklahoma City, Oklahoma**
National Business Agents (A) & (B),
  Wichita Region, Clerk Division

**Irving, Texas**
National Business Agent (C),
  Dallas Region, Clerk Division
National Business Agent (B),
  Southern Region, Maintenance Division
National Business Agent,
  Southwest Sub-Region, Southern Region,
  Motor Vehicle Service Division

### WESTERN REGION

**Burlingame, California**
Regional Coordinator, Western Region
National Business Agents (B) & (D)
  San Francisco Region, Clerk Division

**No Office - Alaska**
National Business Agent, Alaskan Area

**Denver, Colorado**
National Business Agent (A),
  Denver Region, Clerk Division

**Mesa, Arizona**
National Business Agent (B),
  Denver Region, Clerk Division
National Business Agent (A),
  Western Region, Maintenance Division

**Pasadena, California**
National Business Agents (A) & (C),
  San Francisco Region, Clerk Division
National Business Agent (B),
  Western Region, Maintenance Division
National Business Agent, Western Region,
  Motor Vehicle Service Division

**Kailua, Hawaii**
National Business Agent, Pacific Area

**Portland, Oregon**
National Business Agents (A) & (B),
  Northwest Region, Clerk Division

**The pricing tool will be available soon. For immediate service please contact Stacie Rudy at 301.386.8286.**

# EXHIBIT H

## Paul Alan Levy

| | |
|---|---|
| **From:** | MARK DIMONDSTEIN <meldim@bellsouth.net> |
| **Sent:** | Thursday, August 08, 2013 9:41 AM |
| **To:** | Paul Alan Levy |
| **Subject:** | Fw: quote |

----- Forwarded Message -----
**From:** Stacie Rudy <srudy@thekellycompanies.com>
**To:** MARK DIMONDSTEIN <meldim@bellsouth.net>
**Sent:** Thursday, August 8, 2013 9:39 AM
**Subject:** RE: quote

I hope to have it this week.

Thank you,
Stacie

**From:** MARK DIMONDSTEIN [mailto:meldim@bellsouth.net]
**Sent:** Thursday, August 08, 2013 9:39 AM
**To:** Stacie Rudy
**Subject:** Re: quote

Hi Stacie, thanks. One more question.

When do you expect you will  have the mailing list so a candidate can conduct a mailing (full or segmented) if they wish.

Sincerely, Mark Dimondstein

**From:** Stacie Rudy <srudy@thekellycompanies.com>
**To:** MARK DIMONDSTEIN <meldim@bellsouth.net>
**Sent:** Wednesday, August 7, 2013 11:18 AM
**Subject:** RE: quote

1 or 2 inserts into a #10 envelope:

Pre-sort 1st Class mail:
Mailing = $ 10,974.00
Postage = $ 75,660.00

Thank you,
Stacie

**From:** MARK DIMONDSTEIN [mailto:meldim@bellsouth.net]
**Sent:** Wednesday, August 07, 2013 10:54 AM
**To:** Stacie Rudy
**Subject:** Re: quote

# EXHIBIT I

Thanks Stacie,

And what would the prices jump to if I did an first class envelope mailer to all 194,000 eligible votes. Include price of stuffing the number 10 envelope.

thanks, Mark Dimondstein, Candidate, APWU President

**From:** Stacie Rudy <srudy@thekellycompanies.com>
**To:** MARK DIMONDSTEIN <meldim@bellsouth.net>
**Sent:** Tuesday, August 6, 2013 11:19 AM
**Subject:** RE: quote

Here is the prices based on you supplying the postcards for 194,000.

**Straight 1st class mail:**
Mailing = $ 4,879.00
Postage = $ 89,240.00

**Pre-sort 1st Class mail:**
Mailing = $ 5,154.00
Postage = $ 75,660.00

**Standard Rate (Bulk)**
Mailing = $ 5,154.00
Postage = $ 54,320.00

Thank you,
Stacie

**From:** MARK DIMONDSTEIN [mailto:meldim@bellsouth.net]
**Sent:** Tuesday, August 06, 2013 10:54 AM
**To:** Stacie Rudy
**Subject:** Re: quote

Everyone is 194,000. How about quotes on that first. thanks, Mark

**From:** Stacie Rudy <srudy@thekellycompanies.com>
**To:** MARK DIMONDSTEIN <meldim@bellsouth.net>
**Sent:** Tuesday, August 6, 2013 8:22 AM
**Subject:** RE: quote

Hi Mark,

What is the criteria for the mailing? Who do you want to mail to? I don't have the final master voters list yet, but if you know a quantity, I can get you a quote.

Thank you,

2

Stacie

**From:** MARK DIMONDSTEIN [mailto:meldim@bellsouth.net]
**Sent:** Monday, August 05, 2013 5:51 PM
**To:** Stacie Rudy
**Subject:** quote

Hi Stacie,

As I contemplate whethera mailing in the ongoing APWU election, I request the following quote

The cost of a full mailing of a 6 x 9 inch self mailer postcard:

A quote if pre-sorted

A quote if not pre-sorted

A quote if first class

A quote if standard bulk rate

Thanking you in advance for a prompt reply.

mark dimondstein