UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 13-1228 |
| | ) |
| AMERICAN POSTAL WORKERS UNION, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that, in this 9th day of August, 2013, I caused a copy of the foregoing Motion for a Preliminary Injunction, Memorandum Supporting Preliminary Injunction, Affidavit of Mark Dimondstein with exhibits, Affidavit of Paul Alan Levy with exhibits, and Proposed Preliminary Injunction, to be e-filed using the Court's ECF service. I will also provide an ECF-stamped copy of the filings, and of the Verified Complaint and its attached exhibits, by email to defendant's general counsel, Darryl Anderson, using danderson@odsalaw.com, the email address through which he has corresponded with me about plaintiffs' request for mailing and the prospect of litigation if the union would not comply with the request.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Paul Alan Levy