AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Mark Dimondstein, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   13-cv-1228-CKK |
| American Postal Workers Union | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Mark Dimondstein, et al.

Date:    08/13/2013

/s/ Jehan A. Patterson
*Attorney's signature*

Jehan A. Patterson, D.C. Bar No. 1012119
*Printed name and bar number*

Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
*Address*

jpatterson@citizen.org
*E-mail address*

(202) 588-1000
*Telephone number*

(202) 588-7795
*FAX number*