UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK DIMONDSTEIN, *et al.*,            )
                                        )
        Plaintiffs,                     )
                                        )
v.                                      )   No. 13-1228
                                        )
AMERICAN POSTAL WORKERS UNION,          )
                                        )
        Defendant.                      )

### AFFIDAVIT OF SERVICE OR ATTEMPTED SERVICE

1. My name is Paul Alan Levy. I am lead counsel for plaintiffs.

2. On August 9, 2013, before I had received an executed summons from the Clerk's office, I sent an email to Darryl Anderson, Esquire, attaching the complaint and its exhibits as well as the preliminary injunction motion and accompanying papers. The email did not bounce back.

3. The summons was issued late on August 12. I asked Marybeth Stiles to bring the summons, the complaint, and the preliminary injunction papers to the APWU, and failing that at least to deliver the preliminary injunction papers by hand to Mr. Anderson's office (in the same building). Her affidavit recounts her inability to accomplish any of these objectives.

4. While Ms. Stiles was at the union's building, I called Mr. Anderson to see whether he could at least have a staff member accept these papers. He told me that the officers were in a meeting, that he didn't know what schedule I wanted, but that although this case might be important to my client, he and his client were very busy with other matters.

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on August 13, 2013.

_____
Paul Alan Levy