UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERICAN POSTAL WORKERS UNION, ) <br> ) <br> Defendant. ) | No. 13-1228 |

**AFFIDAVIT OF MARYBETH STILES**

1. My name is Marybeth Stiles. I am the office manager at Public Citizen Litigation Group.

2. At approximately 10:15 AM on Tuesday August 13, 2013, I arrived at 1300 L Street, N.W. to serve a summons and complaint on the American Postal Workers Union. Security guard P. Shaeffer was working at the desk. I told him that I was there to serve a summons and he said that no one was available to come down. He did not call anyone or attempt to find someone to accept the summons. He told me to leave my name and organization information and he would pass it along. I asked again if he could call up to see if there was a receptionist or office manager who might be able to assist me. He said that everyone was in a meeting and no one would be able to come down.

3. I then asked him to contact the attorney, Darryl Anderson, in order for me to deliver the preliminary injunction papers. He called up to Mr. Anderson's office and then told me that they also would not be able to come down and that I was not permitted access to the offices.

4. I called Paul Alan Levy to explain the situation. He told me that he would contact Mr. Anderson and call me back. Mr. Levy called me back several minutes later and said that he had also been told that no one would be able to meet me. He said that I should return to the office with the paperwork.

Pursuant to 28 U.S.C. § 1746, I hereby certify under

penalty of perjury that the foregoing is true and correct. Executed on August 13, 2013.

*Marybeth Stiles*
Marybeth Stiles