AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Mark Dimondstein, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-cv-1228-CKK |
| American Postal Workers Union | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Postal Workers Union.

Date: 08/13/2013

/s/ Darryl J. Anderson
*Attorney's signature*

Darryl J. Anderson, D.C. Bar No. 154567
*Printed name and bar number*

O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, D.C. 20005-4126
*Address*

danderson@odsalaw.com
*E-mail address*

(202) 898-1707
*Telephone number*

(202) 682-9276
*FAX number*