UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARK DIMONDSTEIN, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN POSTAL WORKERS UNION, )<br>Defendant. )<br>) | Case No. 1:13-cv-1228 (CKK) |

### ORDER

Upon consideration of the Complaint in this case, Plaintiff's Motion for Preliminary Injunction with its supporting documentation, and Defendant's Opposition and its supporting documentation, it shall be, and it hereby is,

**ORDERED**, that Plaintiff's Motion for Preliminary Injunction is **DENIED**.  It is further

**ORDERED**, that Defendant's Motion for Summary Judgment is **GRANTED**.


Dated: _____

                                                Colleen Kollar-Kotelly
                                                United States District Judge