# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

———————————————————— )
)
MARK DIMONDSTEIN, et al.                )
)
          Plaintiff,                )
)
    v.                )    Case No. 1:13-cv-1228 (CKK)
)
AMERICAN POSTAL WORKERS UNION,          )
)
          Defendant.                )
———————————————————— )


## DECLARATION OF ELIZABETH POWELL

I, Elizabeth Powell, in lieu of an affidavit as permitted by 28 U.S.C. Section 1746, declare as follows:

1.      I am the Secretary-Treasurer of the American Postal Workers Union, AFL-CIO (APWU). The APWU is one of the four major unions representing employees of the United States Postal Service. The APWU represents clerks, maintenance employees, motor vehicle service employees, and several other categories of postal employees in nationwide bargaining units. We represent approximately 200,000 postal employees.

2.      I was appointed Secretary-Treasurer of the APWU in October 2009 to fill a vacancy. I have since won election to a full three-year term that began on November 12, 2010. National officers of the APWU, including the Secretary-Treasurer, are elected through a nationwide mail ballot election in which all members of the APWU are eligible to vote. I am the first woman to hold the office of Secretary-Treasurer of the APWU, an

office that is one of the three top offices in the union.  I was elected in 2010 without opposition.

3.        Before my appointment as Secretary-Treasurer, I served for 20 years as the elected Northeast Regional Coordinator of the APWU.  In that job, I was responsible for coordinating the work of the APWU in an 8-state region and in Puerto Rico and the Virgin Islands. I was the first woman elected to serve as one of the five APWU Regional Coordinators and, by virtue of my election to that position, I became the first woman to serve on the 13-member National Executive Board of the APWU.  Before my election as Northeast Regional Coordinator, I served for 6 years as a National Business Agent of the APWU and for 11 years as President of the Hempstead, NY/Western Nassau, NY Area local of the APWU.

4.        As Secretary-Treasurer, I am the custodian of the official financial and business records of the APWU.  Because of my work as Northeast Regional Coordinator, my service on the APWU National Executive Board, and my work as Secretary-Treasurer, I am thoroughly familiar with the Constitution and Bylaws of the APWU and thoroughly familiar with how the Union is governed in all aspects of its operations.

5.        The APWU has a proud tradition of diversity, democracy and free speech within the Union; and a proud tradition of public service to the American people. The workers we represent are approximately 40 percent racial minorities, 40 percent women, and 27 percent veterans.

6.        I am aware that, in the above-captioned suit, plaintiffs Mark Dimondstein, Tony McKinnon and Violetta Ward have alleged that the APWU should be required to create an e-mail list of its members and make that list available to candidates for national union

offices for purposes of sending their campaign literature to APWU members. That contention makes no sense to me because we have no such list and we do not use e-mails to communicate with our members with the exception of a relatively small list of about 21,000 e-mail addresses, belonging to members and non-members that our Legislative Department e-Team, uses to inform people of legislative developments.

7.  Because we are a union of postal workers, we have a strong tradition within our union of sending official communications to each other by U.S. Mail. Many of our members and many of our union leaders oppose the use of e-mail for sending union communications to our members.

8.  Until a few years ago, the APWU did not seek to collect e-mail addresses from new members who join our union. Membership is ordinarily obtained by filling out a form called an "1187" that also authorizes automatic payroll deduction of dues. That form did not provide a place for collection of e-mail addresses. A few years ago, the APWU changed the form to add a place for e-mail addresses to be provided. This sparked a floor debate and vote at the 2010 Biennial National Convention.

9.  Our convention delegates are selected to represent their locals and states and come to our Biennial Conventions from every state and territory in the United States. The Biennial National Convention is the highest ranking governing body of the APWU.

10. On August 26, 2010, a resolution came before the delegates at our 20th Biennial Convention that would have required that a means be provided for the collection of e-mail addresses on the form 1187. As the Convention debate on the resolution reflects, the form already had been revised to include a place for collecting e-mail addresses, but many forms in the field did not provide for e-mail addresses. A representative of the

National Executive Board, Western Regional Coordinator Omar Gonzalez, reported to the delegates that the NEB voted non concurrence on the resolution to <u>require</u> the addition of a place for e-mail addresses because the form had been revised to do so. After debate for and against the resolution, the resolution to require that a place for e-mail addresses be required on the form was defeated by a voice vote of the delegates. A true and correct copy of the proceedings on this issue at the 20th Biennial Convention is Exhibit A to this Declaration.

11.     At this time, some of the 1187 forms used to sign up new members include a place for e-mail addresses and some do not. The form available on the internet does provide a place, but most members are signed up in person at new employee orientation. Using whatever form of the 1187 the local chooses to use. Exhibits B through E to this Declaration are 1187 forms, an undated form with no place for an e-mail address and three examples on which there is a place for an e-mail address.

12.     I am aware that Mr. Dimondstein's Declaration filed in this case, in paragraph 5, states that the APWU membership application form "demands" e-mail address information. That statement is incorrect. The form, in its new version, provides a place for e-mail information, but the provision of that information is voluntary and is not a condition on membership. It would be contrary to the will of the membership as expressed at the 2010 Biennial Convention to require prospective members to provide e-mail addresses. Some APWU locals continue to use the older form that does not make provision for e-mail addresses.

13.       The three plaintiffs in this case all were present at the 2010 Biennial Convention. Ms. Ward and Mr. KcKinnon were delegates, and Mr. Dimondstein was present and campaigning for election to the position of Organization Director.

14.       The APWU 21st Biennial Convention in August 2012 again considered the use of electronic communication in APWU national officer elections.  The Convention amended Article 11, Section 3.(c) by adding a provision for 1,000-word statements from candidates to be posted on the APWU web page  See Exhibit F at page 32 of the Constitution and Bylaws, last page of Exhibit F.  Once again, two of the plaintiffs were present at the Convention, Ward and McKinnon as delegates.

15.       Articles 11 and 12 of the APWU Constitution and Bylaws establish the basic procedures and timetables for the nomination and referendum election of National Officers.  Copies of Articles 11 and 12 are Exhibits F and G to this Declaration respectively.

16.       Under Articles 11 and 12 of the Constitution and Bylaws, our triennial National Officer election campaigns are five months long, from the time election rules are announced until the ballots are mailed to the members and then returned to be counted by an independent ballot association.  A list of "Important Election Dates" that is provided to any member who asks for a nominating petition is Exhibit H to this Declaration.

17.       I am aware that the Complaint in this case, which was verified by Mr. Dimondstein, states (in paragraph 7):

> Although plaintiffs are campaigning
> at the entrances to workplaces spread
> throughout the United States and
> plan to send a postal mailing to all
> members of the union, those methods
> of campaigning are expensive.

This statement is grossly misleading about the campaign means and resources available to Mr. Dimondstein and his team.  In addition to "campaigning at the entrances to workplaces" and sending "postal mail" Mr. Dimondstein and his team are campaigning by:

- Having a 300-word statement by each candidate printed in the American Postal Worker Magazine which has been mailed to every member of the APWU at union expense and also made available to members in the members only section of the APWU web page.

- Having an additional 1,000-word statement by each candidate presently posted on the members-only section of the APWU web page at no cost to the candidates.

- Having the support of a dissident web page about APWU matters called the "21st Century Postal Worker," a web page that has been visited nearly two million times.

- Having their own team and individual campaign web pages linked to the 21st Century Postal Worker web page.

- Maintaining their own campaign Facebook pages.

- Maintaining e-mail accounts.

- Maintaining twitter accounts.

18.     I have attached as Exhibit I to this Declaration a copy of the 21st Century Postal Worker web page.  That web page shows that it has been accessed more than 1.9 million times. It shows a link to the "APWU 2013 National Election."  When one follows that link, the first web page listed on the next page is a link to the Plaintiffs' team campaign web page.

19.     I have attached as Exhibits K, L and M to this Declaration, respectively copies of the individual campaign web pages of plaintiffs Dimondstein, Ward and KcKinnon.

20.     Under Article 11 of the APWU Constitution and Bylaws, Section 3(c), the National Union publishes candidate statements for all candidates for national office at no cost

to the candidates.  Every candidate may provide a 300-word statement for publication in the

July-August edition of the American Postal Worker magazine, which is the official

publication of the APWU.  By this means, the National Union mails the candidates' 300-

word statements to every member of the Union during the campaign period and also posts

them on-line in the members-only section of the APWU web page.

21.      The 300-word statements of each of the plaintiffs in this case have been published

in the July-August issue of the American Postal Worker.  Copies of those statements are

Exhibits N (Dimondstein), O (McKinnon), and P (Ward) to this Declaration.

22.      Mr. Dimondstein's 300-word statement (Exhibit N) that has been distributed by

mail to every APWU member at no cost to Mr. Dimondstein, and which also is posted on the

APWU web page at no cost to Mr. Dimondstein, includes the following passage:

> For more information please visit our website:
> www.apwumebersfirst.org or contact me directly at
> votemarkd@yahoo.com

This reference to Mr. Dimondstein's campaign web page and yahoo account also is included

in Mr. Dimondstein's 1,000-word candidate statement that is posted in the members only

section of the APWU web page.  Although Mr. KcKinnon and Ms. Ward submitted 300-

word statements and 1,000 word statements for publication by the National Union, and both

of them maintain individual campaign web pages linked to the 21st Century Postal Worker

web page, neither Mr. McKinnon nor Ms. Ward included a reference to their campaign web

page in their union-published statements.

23.      The 1,000-word candidate statements of the three plaintiffs that are posted on the

APWU web page are Exhibits M (Dimondstein), N (McKinnon), and O (Ward) to this

Declaration.

24.     I am aware that the Memorandum of Law filed on behalf of plaintiffs in this case asserts that "only several communications can give insurgent candidates a chance to overcome the considerable advantage of incumbency." Plaintiffs' Memorandum at 6. This statement, which is not included in the Verified Complaint or in Mr. Dimondstein's Declaration, is unsupported by facts in the record and is untrue.

25.     The political history of the APWU is full of examples of how effectively our democratic processes work. Examples that come readily to mind include the following instances involving full-time elected offices at APWU headquarters in Washington, DC. Officers in bold-faced type were offices that are part of the 13-member APWU National Executive Board, which is the highest ranking governing body of the Union between Biennial Conventions:

- In our 1980 election,

  - Moe Biller defeated an incumbent **President**, Emmett Andrews.

  - John Richards defeated an incumbent **Director of Industrial Relations**, Forest Newman.

  - Bill Burrus (later to be elected President) won the office of **Executive Vice President** running as an outsider on a team with Biller and Richards.

  - Sam Anderson defeated incumbent Mike Benner for the office of **Special Delivery Messenger Craft Director.**

- In our 1983 election,

  - George McKeithen defeated incumbent Sam Anderson for **Special Delivery Messenger Craft Director.**

- In our 1992 Election,

  - Jim Lingberg defeated an incumbent, Tom Freeman, for the position of **Maintenance Craft Director**.

- In our 1998 election,

- o   Bob Pritchard defeated an incumbent **Motor Vehicle Services Director,** Don Ross.

- o   Joe Williams defeated an incumbent **Motor Vehicle Services Assistant Director,** Teddie Days.

- In our 2001 election,

  - o   Bill Burrus, the long-time Executive Vice President and heir apparent to Moe Biller was elected **President**; however

  - o   Cliff Guffey, running as an insurgent candidate, defeated Bill Burrus's chosen running mate for the office of **Executive Vice President,** Steve Albanese.

  - o   Steve Raymer defeated an incumbent **Maintenance Craft Director,** Jim Lingberg.  Lingberg was on the Burrus team.

  - o   Sue Carney defeated an incumbent **Director of Human Relations,** Sidney Brooks.  Brooks was on the Burrus team.

26.    These examples, and there probably are others, belie the contention that dissident or insurgent candidates need the Court to require the Postal Workers Union to create an e-mail list it does not have and does not want to assist the plaintiffs with their campaign.  Candidates have been able, and are able, to communicate their message to APWU members.

27.    Mr. Dimondstein alleges repeatedly that his request to be permitted to have access to e-mail addresses in the Union's data base were unanswered.  Complaint pars. 10, 11, 14; Plaintiff's Memorandum of Law at 2.  Those statements are incorrect.  Exhibit T to this Declaration is a true and correct copy of the July 15, 2013 Certified letter from the Chairman of the Election Committee to Mr. Dimondstein replying to Mr. Dimondstein's July 2, 2013, letter requesting e-mail addresses of APWU members. Page two of Exhibit T is the unsigned Certified Mail Receipt; and page three of Exhibit T is the official USPS tracking information showing that Mr. Turner's letter to Mr. Dimondstein was delivered on July 17, that a notice was left on that day, and that as of August 5, 2013, the letter was unclaimed.  Mr. Dimondstein does not allege that he

made a telephone call to Mr. Turner or anyone else to find out whether his letter would be answered.  Instead he made an inquiry "through counsel."

28.     Mr. Dimondstein is a veteran APWU staff member whose identity, ideas and proposals are very well known to APWU members.  He was appointed as a full-time union organizer for the APWU in 1995.  He spent at least 15 years travelling all over the country as a full-time APWU organizer.  He has run for national union office unsuccessfully three previous times, in 1992 (Southern Regional Coordinator), 1998 (Director of Organization), and 2010 (Director of Organization).  His 300-word campaign statement has been mailed to every APWU member and posted on the APWU web page, and his 1,000 word statement is posted on the APWU web page.  His demand that a special e-mail list be prepared for his use in addition is unreasonable and unwarranted..

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2013.

Elizabeth Powell

# DECLARATION OF

# LIZ POWELL

# EXHIBIT A



AMERICAN POSTAL WORKERS UNION

20TH BIENNIAL NATIONAL CONVENTION

DETROIT, MICHIGAN

AUGUST 23, 2010 THROUGH AUGUST 27, 2010

1

INDEX
American Postal Workers Union 20th Biennial Convention
Thursday, August 26, 2010

Call to Order .................................................................. 870
Invocation, Rabbi Michael Moskowitz ...................................... 870
Pledge of Allegiance ......................................................... 872
Further Credentials Committee Report ...................................... 873
NEB Committee Report Continued ........................................... 876
    Resolution No. 3 ........................................................ 876
    Resolution No. 5 ........................................................ 907
    Resolution No. 6 ........................................................ 921
    Resolution No. 7 ........................................................ 928
    Resolution No. 8 ........................................................ 940
    Resolution No. 9 ........................................................ 941
    Resolution No. 10 ....................................................... 952
    Resolution No. 11 ....................................................... 958
    Resolution No. 12 ....................................................... 960
    Resolution No. 13 ....................................................... 971
    Resolution No. C-216 ................................................... 979
    Resolution No. 14 ...................................................... 1000
    Resolution No. 16 ...................................................... 1002
    Resolution No. 17 ...................................................... 1004
    Resolution No. 18 ...................................................... 1010
    Resolution No. 19 ...................................................... 1011
    Resolution No. 20 ...................................................... 1014
    Resolution No. 21 ...................................................... 1018
    Resolution No. 22 ...................................................... 1019
    Resolution No. 23 ...................................................... 1021
    Resolution No. 24 ...................................................... 1022
    Resolution No. C-208 .................................................. 1029
    Resolution No. C-209 .................................................. 1040
Motor Vehicle Committee Report Continued ............................... 1057
    Resolution No. MVS1 .................................................. 1057
    Resolution No. MVS2 .................................................. 1060
    Resolution No. MVS3 .................................................. 1063
Health Committee Report, Chairperson Kwane Vedrene ................... 1071
Address, Health Plan Director William Kaczor ............................ 1072
Support Services Committee Report, Chairperson Judith McCann ......... 1080
    Resolution No. 181 .................................................... 1081
    Resolution No. 182 .................................................... 1083
    Resolution No. 183 .................................................... 1084
    Resolution No. 184 .................................................... 1086

Those opposed.

(Chorus of noes.)

Chairman of the Committee, they confirmed two-thirds was not achieved.

COMMITTEE CHAIRPERSON GONZALEZ:   NEB No. 6.

EMAIL ADDRESSES ON

MEMBERSHIP APPLICATIONS

Alaska Postal Workers Union

Idaho Postal Workers Union

Montana Postal Workers Union

Oregon Postal Workers Union

Washington Postal Workers Union

- NEB 6 -

WHEREAS, the internet and email have become an integral part of the communication industry, and

WHEREAS, the state and the district representatives should have as much contact information possible, therefore be it

Resolved, email addresses should be requested on the APWU membership application.

The Executive Board recommends nonconcurrence, it's already provided on the form.

GENERAL PRESIDENT BURRUS:  NEB 6.  E-mail addresses on application.  Is there discussion?  The Committee recommendation of nonconcurrence.

Microphone No. 4.  Microphone No. 4 -- the technicians are trying to fix the power that we can get lights in this right-hand section.

DELEGATE LEPORE:  Mr. Chairman, Moe Lepore, Boston Metro.  Can you give us a few minutes before you do anything, my Brother.  We can't see nothing over here, please.

Thank you very much.

GENERAL PRESIDENT BURRUS:  Do the delegates wish to recess until the lights come back on or you want to forge ahead?

(Noise from the floor.)

I think what I heard was no.  I'm sure that those in the lights want to go forward and they outnumber those in the dark.  So if I take a vote, you're outnumbered.  Let's try it for a few moments.

Microphone No. 2.

DELEGATE ZAMANAKOS:  Steve Zamanakos, National Business Agent, proud member Phoenix Metro Area Local.  I have a point of information for the NEB

rep.  What form are you talking about?  Because the 1187's that we get out in the field does not have this information on the form.

COMMITTEE CHAIRPERSON GONZALEZ:  It's the revised 1187.

DELEGATE ZAMANAKOS:  Have they been sent out to the field?

COMMITTEE CHAIRPERSON GONZALEZ:  I believe upon request.

DELEGATE ZAMANAKOS:  Upon request?

COMMITTEE CHAIRPERSON GONZALEZ:  Yes.  We will make sure that they are sent out to the field.

GENERAL PRESIDENT BURRUS:  Microphone No. 7.

DELEGATE THOMPSON:  Mr. Chairman?

GENERAL PRESIDENT BURRUS:  Yes, sir.

DELEGATE THOMPSON:  I had a question yesterday.

GENERAL PRESIDENT BURRUS:  No, no, no, you are not going to use the privilege mic to ask a question about yesterday.

Do you have something that's relative to NEB 6 for the parliamentary inquiry or information?

DELEGATE THOMPSON:  No.

GENERAL PRESIDENT BURRUS:  A point of information

must be relative to the issue presently before the
Assembly.  You can't go back.

If you want to see me privately, I can
respond to what happened yesterday or some other
officer here at the podium, but point of information
is not appropriate for action that has been taken in
the past.

Microphone No. 5, NEB 6.

DELEGATE SANDSTROM:  Mr. Chairman, Darrell
Sandstrom, APWU, Local 79 from Rockford, Illinois.

Ladies and gentlemen, delegates of this
National Convention, do you forget where you work
at?  Why in the world do we want to know someone's
e-mail address?  You send a stamp, window clerks.
You other people learn how to write and you mail the
stuff to people, you use your jobs.

(Applause.)

How many times -- how many times has a
maintenance craft steward -- do I have to tell you
people how to do your jobs in the minority?

But let me tell you something.  I'm a
retired Army officer, I know enough sense how to
lead people, so I will lead you.  You work for the

924

Post Office, you buy stamps, you learn how to write,
quit texting stuff around and teach your sons and
daughters how to use a doggone pen.

(Applause.)

Is it that difficult to understand and
comply with the English language, write thank-you
notes, send greetings to people that are sick,
welcome people into the world when a little baby is
born and send out invitations when you get married,
all right.  Forget this e-mail stuff, get back to
the pen and paper age that your job depends on.

(Applause.)

Thank you, Mr. Chairman.

GENERAL PRESIDENT BURRUS:  Microphone No. 7.
See, I know when not to comment.

(Laughter.)

Microphone No. 7.

DELEGATE AGUAYO:  Boy, I hate to follow that act.
My name is Judy Aguayo with the Washington State
APWU.  I'm over 60, but I understand the value of
technology.  I know how to write.  I use the Post
Office to send things that take a day.  If I need to
reach someone in 20 minutes, are you telling me I

925

shouldn't use the telephone?

E-mail is another tool of communication. We should be using all the tools we have to organize, to inform our members and to work on grievances. All I'm asking is to provide a space for an e-mail address, simple.

(Applause.)

GENERAL PRESIDENT BURRUS: Microphone No. 2.

DELEGATE BRYAN: Cindy Bryan, Wichita, Kansas Area Local, Director of Organization. In my years with the Postal Service, I have signed up over 800 members.

(Applause.)

Unfortunately, those are TE's, so it's a revolving door, sorry.

There is no space on an 1187 for an e-mail address. I know this because I have to request phone numbers and e-mail addresses, I have an orientation when I get back to Wichita in two weeks. I rise in support of this because although I do use the mail all the time and I will send the cards and the thank-you notes, an e-mail address is the way we get people out to vote. It's important

926

for our Legislative Committee to keep people informed of what's going on in legislation so they know and it's a quick and easy reminder instead of having to take the manpower out there.

A lot of small locals who cannot afford to send out information every time there is an election and to support different candidates.  This is our way to make sure we can reach our members quickly and easily and it would save me a lot of writers cramp if I didn't have to add this information myself.

Thank you.

(Applause.)

GENERAL PRESIDENT BURRUS:  Microphone No. 4.

DELEGATE DUNSMORE:  Brian Dunsmore, Portland Area Local.  I call for the question.

GENERAL PRESIDENT BURRUS:  The question has been called for.  Are there sufficient seconds?

(Seconds from the floor.)

There are.  On the motion to close debate, all those who favor the closing of debate signify by the sounding of aye and the raising of hands.

927

(Chorus of ayes.)

Those opposed.

(Chorus of noes.)

The ayes have it, and so ordered.  The debate is closed.  Resolution No. 6, E-mail address on membership applications form 1187.  The Committee recommendation of nonconcurrence.

All those who favor adoption of Resolution No. 6 signify by the sounding of aye and the raising of hands.

(Chorus of ayes.)

Those opposed

(Chorus of noes.)

Resolution seems to be defeated, is defeated and so ordered.

(Noise from the floor.)

EXECUTIVE VICE PRESIDENT GUFFEY:  Committee Chair, No. 7.

COMMITTEE CHAIRPERSON GONZALEZ:  NEB No. 7.

MOBILIZE THE RESOURCES OF

The National APWU

Alaska Postal Workers Union

Idaho Postal Workers Union

928

# DECLARATION OF

# LIZ POWELL

# EXHIBIT B



**AMERICAN POSTAL WORKERS UNION, AFL-CIO**

FORM 1187

**AUTHORIZATION FOR DEDUCTION OF DUES**

| PRESS FIRMLY. |
|---|
| USE BALL POINT PEN! |

I hereby assign to the American Postal Workers AFL-CIO, from any salary wages earned or to be earned by me as a member (in my present or ~ure employment) such regular and periodic membership dues as the APWU may certify as due and owing from me, as may be established from ~mbership dues as the APWU may certify as due and owing from me, as may be established from time to time by the APWU. I authorize and direct the USPS to deduct such amounts from my pay and to remit same to the APWU at such times and in such manner as may be agreed upon between myself and the APWU at any time while this authorization is in effect, which includes a $3.00 yearly subscription for The American Postal Workers Union tabloid as part of the membership dues.

Unless I am or become a transitional employee, this assignment, authorization and direction shall be irrevocable for a period of one (1) year from the date of delivery hereof to the APWU, and I agree and direct that this assignment, authorization and direction shall be automatically renewed, and shall be irrevocable for successive periods of one (1) year unless written notice by certified mail using PS Form 1186 is given by me to the APWU not more than twenty (20) days and not less than ten (10) days prior to the expiration of each period of one year.

If I am a transitional employee, this assignment, authorization and direction shall be irrevocable for a period of one (1) year from the date of delivery hereof to the APWU and shall remain in effect if I should be rehired within 180 days after the conclusion of my present term of transitional employment. I agree and direct this assignment, authorization and direction shall be automatically renewed, and shall be irrevocable for successive periods of one (1) year, unless written notice by certified mail using PS Form 1186 is given by me to the APWU not more than twenty (20) days and not less than ten (10) days prior to the expiration of each period of one (1) year in the event I am hired as a career employee, or within ten (10) days after the date I start work if I am rehired for any new term of transitional employment.

This assignment is freely made pursuant to the provisions of the Postal Reorganization Act and is not contingent upon the existence of any agreement between the Union and the Postal Service.

| SIGNATURE OF MEMBER | DATE |
|---|---|
| NAME OF MEMBER *(Print, Last Name, First, Middle)* | SOCIAL SECURITY NUMBER |
| HOME ADDRESS *(Street and Number)*      *(City and State)* | *(Zip Code)* |
| ∪STAL INSTALLATION | INSTALLATION FINANCE NUMBER |

**FOR USE BY LOCAL UNION OFFICIAL**

| LOCAL NAME _____ | LOCAL UNION FINANCE NUMBER |
|---|---|

**W-AMERICAN POSTAL WORKERS UNION AFL-CIO**

M.A.L. _____

CRAFT _____

**UNION DUES, CONTRIBUTIONS OR GIFTS TO THE APWU ARE
NOT TAX DEDUCTIBLE AS CHARITABLE CONTRIBUTIONS**

I hereby certify that the regular dues of this Local Union for the above-named member are currently established at $ _____ per pay period.

| SIGNATURE AND TITLE OF AUTHORIZED UNION OFFICIAL | DATE |
|---|---|

**HEADQUARTER'S USE ONLY**

| DATE ENTERED | LOCAL NUMBER |
|---|---|

**APWU NATIONAL HEADQUARTERS COPY**

# DECLARATION OF

# LIZ POWELL

# EXHIBIT C

# Yes, I want to join the American Postal Workers Union!

NAME

LAST                 FIRST                 MI

E-MAIL ADDRESS                 DATE

SIGNATURE (MUST SIGN HERE)

X

SOCIAL SECURITY NUMBER OR EMPLOYEE I.D. NUMBER

ADDRESS

CITY, STATE, ZIP CODE

FINANCE INSTALLATION NUMBER

CRAFT

BB1208

*(See reverse side for terms)*

# DECLARATION OF

# LIZ POWELL

# EXHIBIT D

Workers Form  12/10/10  8:49 AM  Page 1

# *Yes, I want to join the American Postal Workers Union!*

## 1300 L Street, NW, Washington, DC 20005

NAME _____ LAST _____ FIRST _____ MI

E-MAIL ADDRESS _____ DATE _____

**X** _____
SIGNATURE (MUST SIGN HERE)

SOCIAL SECURITY NUMBER _____

ADDRESS _____

CITY/STATE, ZIP CODE _____

FINANCE INSTALLATION NUMBER _____

CRAFT _____ LOCAL NAME _____

*(See reverse side for terms)*

BB0510

FORM 1187

# DECLARATION OF

# LIZ POWELL

# EXHIBIT E

# Yes, I want to join the American Postal Workers Union!

## 1300 L Street, NW, Washington, DC 20005

| | | | |
|---|---|---|---|
| NAME | LAST | FIRST | MI |

SOCIAL SECURITY NUMBER

**X**
_____
SIGNATURE (MUST SIGN HERE)                    DATE

TELEPHONE NUMBER

ADDRESS

CITY                    STATE                    ZIP CODE

INSTALLATION
FINANCE NUMBER          LOCAL NAME          CRAFT          _____ YES _____ NO
POSTAL SUPPORT
EMPLOYEE          E-MAIL ADDRESS

Org 2011-2                    *(See reverse side of form for terms)*                    FORM 1187

I hereby assign to the American Postal Workers Union, AFL-CIO, from any salary or wages earned or to be earned by me as a member (in my present or future employment) such regular and periodic membership dues as the APWU may certify as due and owning from me, as may be established from time to time by the APWU. I authorize and direct the USPS to deduct such amounts from my pay and to remit same to the APWU at such times and in such manner as may be agreed upon between myself and the APWU at any time while this authorization is in effect, which includes a $20 yearly subscription for *The American Postal Worker* magazine as part of the membership dues.

I     ss I am or become a Postal Support Employee, this assignment, authorization and direction shall be irrevocable for a period of one (1) year from     ite of delivery to the APWU, and I agree and direct that this assignment, authorization and direction shall be automatically renewed and shall be irrevocable for successive periods of one (1) year unless written notice by certified mail using PS Form 1186 is given by me to the APWU not more than twenty (20) days and not less than ten (10) days prior to the expiration of each period of one year.

If I am a Postal Support Employee, this assignment, authorization and direction shall be irrevocable for a period of one (1) year from the date of delivery to the APWU and shall remain in effect if I should be rehired within 180 days after the conclusion of my present term of Postal·Support employment. I agree and direct this assignment, authorization and direction shall be automatically renewed and shall be irrevocable for successive periods of one (1) year, unless written notice by certified mail using PS Form 1186 is given by me to the APWU not more than twenty (20) days and not less than ten (10) days prior to the expiration of each period of one (1) year in the event I am hired as a career employee, or within ten (10) days after the date I start work if I am rehired for any new term of Postal Support employment.

This agreement is freely made pursuant to the provisions of the Postal Reorganization Act and is not contingent upon the existence of any agreement between the Union and the Postal Service.

# DECLARATION OF

# LIZ POWELL

# EXHIBIT F

# CONSTITUTION
### AND
# BYLAWS

#### OF THE

# AMERICAN POSTAL
# WORKERS UNION

#### AFL-CIO



## AS AMENDED AUGUST 23, 2012

American Postal Workers Union, AFL-CIO
1300 L Street NW
Washington, DC 20005
(202) 842-4200
*www.apwu.org*

**Cliff Guffey, President**
**Greg Bell, Executive Vice President**
**Elizabeth Powell, Secretary-Treasurer**

**ARTICLE 11**
*Nominations*

SEC. 1. The officers of this Union shall be elected by secret ballot by plurality vote and shall consist of President, Executive Vice President, Secretary-Treasurer, Industrial Relations Director, Legislative/Political Director, Assistant Legislative/Political Director, Organization Director, Research and Education Director, Health Plan Director, Human Relations Director, and five (5) Regional Coordinators (One for Central, Eastern, Northeast, Southern and Western). Where there is more than one (1) National Business Agent within a region, they will be referred to as National Business Agent (A), (B), (C), (D), etc.

CLERK DIVISION: Director, three (3) Assistant Directors who will be referred to as Assistant Director (A), (B) and (C), and forty (40) National Business Agents (refer to chart for complete breakdown into regions).

MOTOR VEHICLE SERVICE DIVISION: Director, Assistant Director and six (6) National Business Agents (refer to chart for complete breakdown into regions).

MAINTENANCE DIVISION: Director, two (2) Assistant Directors who will be referred to as Assistant

25

Director (A) and (B), National Representative-At-Large and nine (9) National Business Agents (refer to chart for complete breakdown into regions).

SUPPORT SERVICES DIVISION: Director

National Business Agent, Caribbean Area

National Business Agent, Alaskan Area, "as-needed"

National Business Agent, Pacific Area

SEC. 2. (a) CANDIDATES FOR NATIONAL RESIDENT OFFICES. Any member in good standing in this Union may be a candidate for election, if eligible, provided he or she has nominating petitions endorsed by a total of at least twelve (12) locals representing at least five (5) states in three (3) or more regions.

(b) Candidates for the Support Services Division Director must be members-at-large or members in good standing and must work in one of the facilities of the Support Services Division and shall have their nominating petitions endorsed by at least three (3) Support Services Locals. Petitions are to be signed by the local President and Secretary.

(c) Candidates for Regional Coordinator must be members-at-large or members in good standing of a local in the region they seek to represent and must have nominating petitions endorsed by at least ten (10) locals representing at least four (4) states within the Region.

(d) Candidates for any division position must be members of the division in which they seek such positions and they are to be elected only by members of that division.

(e) Candidates for National Business Agent, Clerk Division, must be members-at-large or members in good standing of a local in the region they seek to represent and endorsed by at least eight (8) locals within that region. Candidates for National Business Agents, Clerk Division, will be elected from the region they represent pursuant to the chart for National Business Agents in the American Postal Workers Union national Constitution and Bylaws.

(f) Candidates for national resident offices, Motor Vehicle Service and Maintenance Divisions, shall have their nominating petitions endorsed by twelve (12) locals from five (5) states.

(g) Candidates for National Business Agent, Maintenance Division, shall have their nominating petitions endorsed by division members representing at least ten (10) locals in at least four (4) states within their region or sub-region.

(h) Candidates for National Business Agent, Motor Vehicle Service Division, shall have their petitions endorsed by division members from eight (8) different locals within their region.

(i) Candidates for the National Business Agent, Caribbean Area, shall be members-at-large or members in good standing and must be residents of the Caribbean Area. Petitions are to be signed by the local President and Secretary from at least one local in their respective area.

(j) Candidates for the National Business Agent, Alaskan Area, must be members-at-large or members in good standing and must be residents of the state of Alaska. Petitions are to be signed by the local President and Secretary from at least one local in their respective area.

## NATIONAL BUSINESS AGENTS (NBAs)

| | Clerk | Maint. | MVS | Other |
|---|---|---|---|---|
| **SOUTHERN REGION** | | 2 | | |
| Region: | | | | |
| Atlanta | 3 | | | |
| Dallas | 3 | | | |
| Memphis | 2 | | | |
| Sub-Region: | | | | |
| Southwest (AR, KS, LA, MO, NE, OK, TX) | | | 1 | |
| Southeast (AL, FL, GA, MS, NC, SC, TN) | | | 1 | 2 (Pacific & Alaskan Areas) |
| **WESTERN REGION** | | 2 | 1 | |
| Region: | | | | |
| San Francisco | 4 | | | |
| Denver | 2 | | | |
| Northwest | 2 | | | |

## NATIONAL BUSINESS AGENTS (NBAs)

| | Clerk | Maint. | MVS | Other |
|---|---|---|---|---|
| **CENTRAL REGION** | | | | |
| Region: | | | 1 (IL, IN, IA, KY, MI, MN, ND, OH, SD, WI) | |
| Chicago | 3 | | | |
| Cincinnati | 3 | | | |
| Minneapolis | 2 | | | |
| St. Louis | 2 | | | |
| Wichita | 2 | | | |
| Sub-Region: | | | | |
| A (IL, IN, KY, OH) | | 1 | | |
| B (IA, KS, MO, NE) | | 1 | | |
| C (MI, MN, ND, SD, WI) | | 1 | | |
| **EASTERN REGION** | | 1 | 1 | |
| Region: | | | | |
| Philadelphia | 3 | | | |
| Washington, DC | 3 | | | |
| **NORTHEAST REGION** | | 1 | 1 | 1 (Caribbean Area) |
| Region: | | | | |
| New England | 3 | | | |
| New York | 3 | | | |

(k) Candidates for the National Business Agent, Pacific Area, must be members-at-large or members in good standing and must work within the Pacific Area. Petitions are to be signed by the local President and Secretary from at least one local in their respective area.

(m) Candidates for Retirees Department Director and Retiree National Convention Delegate must be members in good standing of the Retirees Department, paying thirty-six dollars ($36.00) per year per capita tax to the national Union. A member of the Retirees Department in good standing may request a nominating petition and may nominate himself or herself or any other member in good standing of the Retirees Department to be a candidate for Retirees Department Director, and he or she will be elected by members of the Retirees Department nationwide. A candidate for Retiree National Convention Delegate for the region he or she will represent will be elected from that region. Members in good standing who are nominated by others and are not self-nominated will be notified that they have been so nominated and must agree in writing to accept the nomination before their names can be placed on the ballot.

Retirees shall elect the Retirees Department Director and five (5) delegates to the National Convention. The Retirees Department Director and each Retiree National Convention Delegate will have a voice and one (1) vote at the National Convention. The five (5) Retiree National Convention Delegates shall be paid necessary expenses to attend the National Convention.

(n) **Members of the APWU Retirees Department who pay thirty-six dollars ($36.00) per annum shall be eligible to vote for the three (3) APWU General Officers: President, Executive Vice President and Secretary-Treasurer, and four (4) resident department**

**officers: Director and Assistant Director, Legislative/Political Department; Director, Human Relations Department, and Director, APWU Health Plan, excluding all local, state, and national resident and craft/division officers not specifically listed herein, or in any matter pertaining to National Agreement ratification, Local Memorandum of Understanding, or proposed work stoppages.**

SEC. 3. (a) Any eligible member may secure an official petition from the Secretary-Treasurer on May 1 through June 1 of the election year. Such petitions will be duplicated by each candidate at his or her own expense and must be received no later than June 15 at 5 p.m. at a box designated by the Secretary-Treasurer. Candidates shall provide in such petitions a certification signed by them, stating: "I am a member in good standing of the _____ Division." "I am employed by _____." "The title of my job is _____." "I am retired: _____." "I am not retired: _____." Candidates for Director, Retirees Department and Retiree National Convention Delegate shall certify that they are members in good standing of the Retirees Department and are not employed by the United States Postal Service.

(b) The Secretary-Treasurer shall, after certifying the constitutional qualifications of each candidate, publish in the July-August issue of the official publication, the names of all candidates for national office and for Retiree National Convention Delegate. In the event that only one (1) eligible candidate is nominated for an office, the Secretary-Treasurer shall cast one (1) ballot for each nominee whereupon the Election Committee shall declare the nominee(s) duly elected to the respective position.

(c) (1.) The Editor of the APWU official publication shall print in the July-August issue articles contributed

by candidates for contested positions, not to exceed three hundred (300) words and all such articles shall be submitted by certified mail and received by the Secretary-Treasurer not later than July 1 to be valid for printing.

**(2.) The National Executive Board shall make the necessary arrangements to post on the APWU website information contributed by candidates for contested positions, not to exceed one thousand (1,000) words. All such information shall be submitted by certified mail or in digital form and/or printed, and received by the Secretary-Treasurer not later than July 1 to be valid for posting on the website. Candidates may also submit new information and/or add to existing submissions of less than one thousand (1,000) words by following the same procedures and submitting not later than August 1 and again on September 1.**

(d)  In the event of the death of a nominee for any office or Retiree National Convention Delegate, the National Executive Board shall be empowered to take such action consistent with federal laws as it deems necessary, including but not limited to the holding of new nominations and election for the affected office(s).

SEC. 4.  Any APWU member seeking election to a Health Plan national office must be a member in good standing (if eligible) of the APWU Health Plan in order to be declared an "official candidate."

# DECLARATION OF

# LIZ POWELL

# EXHIBIT G

# CONSTITUTION
## AND
# BYLAWS

OF THE

# AMERICAN POSTAL WORKERS UNION

AFL-CIO



## AS AMENDED AUGUST 23, 2012

American Postal Workers Union, AFL–CIO
1300 L Street NW
Washington, DC 20005
(202) 842–4200
*www.apwu.org*

**Cliff Guffey, President**
**Greg Bell, Executive Vice President**
**Elizabeth Powell, Secretary-Treasurer**



## ARTICLE 12
*Election Process*

SEC. 1. An Election Committee shall be appointed by the President and shall consist of not less than five (5) members and shall submit a full report of the election returns to the President immediately after the tally has

been completed, but not later than November 1. Their lost time and expenses shall be paid for by the APWU. Candidates have a right to witness the tabulation at their own expense. The Election Committee shall promulgate reasonable rules and regulations governing the conduct of all national elections. Such rules and regulations shall be consistent with the national Constitution and all applicable federal laws. A copy of these rules shall be printed in the March-April issue of the official APWU publication.

SEC. 2. The President shall select a recognized outside ballot association to conduct the election under the supervision of the Election Committee. Not later than September 15 of an election year, the selected outside ballot association shall mail ballots to each member in good standing at his or her last-known address. Notice shall be enclosed with the ballot advising the member of the deadline by which the ballot must be received by the Election Committee in order to be counted. The deadline for receipt of ballots from members in good standing shall be no less than twenty (20) days from the date on which the ballot association mailed ballots to members in good standing. To be eligible to vote, a member must be in good standing according to the official records of the national Union on June 15 of the election year. It shall be the duty of the Secretary-Treasurer to furnish the ballot association with a mailing list early enough so that ballots will be mailed out during the period September 10 through September 15 of an election year. No other matter shall be enclosed in either the outer envelope or the ballot envelope, except the printed information.

SEC. 3. The member voting shall indicate his or her choice for each of the candidates names by making a cross (x) or check (✓) opposite the name of the candidate for whom he or she wishes to vote. The voter shall then

seal the ballot in the small envelope, without any writing, or other means of identification upon it, and enclose this envelope in the larger one and complete the address in accordance with the instructions enclosed with the ballot.

SEC. 4. (a) Write-in votes shall not be valid, counted or considered. After nominations have been closed any unopposed candidate duly-qualified by nominating petition for office or Retiree National Convention Delegate shall be declared elected and his or her name shall not appear on the ballot.

(b) Members may not file or be candidates for more than one (1) elective office.

SEC. 5. To be valid, ballots shall be in the designated box not later than on October 5 at 2 p.m. They shall be taken from the designated box at or about 2 p.m. on October 5th by the ballot association with at least two (2) members of the Election Committee present. In the event October 5 falls on a Saturday, Sunday, or holiday, the time shall be extended to the next weekday. The Chairperson of the Election Committee shall be responsible for having printed tally sheets showing the votes cast by each local. Tally sheets for Retiree National Convention Delegate shall show the total votes cast. Counting ballots must be completed by November 1.

SEC. 6. The ballots shall be counted in the presence of no less than three (3) members of the Election Committee. The candidate or candidates receiving the highest number of votes for each office shall be declared elected. In the case of a tie affecting the final selection of one (1) or more candidates, only the names of the tied candidates shall be re-submitted to the Election Committee who shall prepare a ballot and conduct another election. After certification

of the election results signed by members of the Election Committee it shall be the duty of the Secretary-Treasurer to announce the results of the election in the next edition of the official publication.

SEC. 7. National Officers and Retiree National Convention Delegates shall be elected by mail ballot of the members for a three (3) year period effective November 1 of the election year.

Newly-elected officers shall report and take office on November 12 of the election year and outgoing officers shall remain on the job in an advisory capacity for a period of five (5) working days in order to effectuate a smooth transition of officers.

SEC. 8. Each local union, area local, regional and state organization shall establish an election committee, no member of which shall be a candidate for election while serving on such committee. The election committee shall be responsible for the conduct of local elections and shall decide all controversies arising out of the election processes. Any member who feels aggrieved in connection with the conduct of a local, state or regional election shall file their grievance with the election committee within seventy-two (72) hours after the grievance arises. (For the purpose of this Article, the term "election" shall include nominating procedures.)

Appeals from the decision of the election committee shall be to the National Election Appeals Committee referenced in Section 9 and described in Section 10 of this Article; shall be in writing; shall set forth all the relevant facts on which the appeal is based; and shall be filed with the National Election Appeals Committee within five (5) days from receipt of the decision of the affiliate's election committee.

SEC. 9. Any member who feels aggrieved in connection with the conduct of a national election shall file their grievance with the National Election Appeals Committee within seventy-two (72) hours after the grievance arises.

SEC. 10. The President, with the approval of the National Executive Board, shall appoint a National Election Appeals Committee which shall consist of the President and four (4) additional members. This committee shall have final authority to decide disputes, controversies and appeals arising out of local, state, regional and national elections. The National Election Appeals Committee shall have authority to adopt rules and regulations as it deems desirable to promptly accomplish the objective of this Article. Where the National Elections Appeals Committee finds merit in an appeal, it shall have full authority to direct and impose such a remedy as it considers necessary or proper.

SEC. 11. Officers declared elected through applicable procedures of national, local, area local, regional and state organizations shall assume and hold office pending final determination under the appeals procedures provided in this Article.

36

# DECLARATION OF

# LIZ POWELL

# EXHIBIT H

May 1, 2013

# Important Election Dates

**For the American Postal Workers Union, AFL-CIO 2013 National Officers; APWU Retirees Department Director; and Retiree National Convention Delegates Election. All times listed below are Eastern Time.**

| Date | Time | Election Event |
|---|---|---|
| March/April 2013 | | March/April 2013 magazine, **The American Postal Worker**, announces rules for the upcoming National Election. |
| Wed., May 1, to Sat., June 1, 2013 | | Nominating Petitions may be secured from the APWU National Secretary-Treasurer. |
| Sat., June 15, 2013 | | Date by which an individual must be an APWU member in good standing in order to vote and be a candidate. |
| Sat., June 15, 2013 | 5:00 p.m. | Nominating petitions ***MUST*** be received in Post Office Box 77878, Washington, DC 20013. |
| Fri., June 21, 2013 | 4:00 p.m. | Date and time by which notice must be received if a candidate wishes to withdraw from the election; APWU Retirees Department Director and the Retiree National Convention Delegates, who are not self-nominated, ***MUST*** agree in writing to accept the nomination. Either notice must be received by the APWU National Secretary-Treasurer. |
| Mon., June 24, 2013 | 10:00 a.m. | Date and time for drawing for position on the ballot for APWU National Officers Election at APWU National Headquarters. |
| Mon., June 24, 2013 | 4:00 p.m. | Date and time by which articles from candidates for election ***MUST*** be received in the APWU National Secretary-Treasurer's office. |
| July/August 2013 | | July/August 2013 magazine, ***THE AMERICAN POSTAL WORKER***, announces the Official Candidates & provides the Opposed Candidates' Articles. |
| Mon., July 1, 2013 | | Candidate's articles to be posted on APWU's website in the Members Only Section ***MUST*** be received by the APWU National Secretary-Treasurer. Articles will be posted no later than July 15, 2013. |
| Mon., July 29, 2013 | 4:00 p.m. | Candidates are to submit, by this date, a written request to the APWU National Secretary-Treasurer to inspect the membership list. |
| Thurs., Aug. 1, 2013 | | Candidates may submit new information and/or add to existing submission of less than 1,000 words.  New information and/or additions will be posted no later than August 15, 2013. |
| Mon., Aug. 5, 2013 to Fri., Aug. 9, 2013 at | 9:30 a.m. 5:00 p.m. | Candidates may inspect the membership list for the 2013 National Election if a written request was submitted to the APWU National Secretary-Treasurer by 4:00 p.m. on Monday, July 29, 2013 [Eastern Time]. |

| | | |
|---|---|---|
| September/October 2013 | | September/October 2013 magazine, **THE AMERICAN POSTAL WORKER**, announces location where ballots are to be counted. |
| Sun., Sept. 1, 2013 | | Candidates may submit new information and/or add to existing submission of less than 1,000 words.  The final posting of new information and/or additions will be posted no later than September 9, 2013. |
| Mon., Sept. 9 to Thurs., Sept. 12, 2013 | | Preparation of the ballot mailing to all APWU members in good standing as of June 15, 2013. |
| Thurs., Sept. 12, 2013 | | Ballots will be mailed to members on or after this date, but no later than Friday, September 13, 2013. |
| Thurs., Sept. 19, 2013 | | **DUPLICATE BALLOT REQUESTS** - An individual, MAL member or a Local, on behalf of its members, is to notify the American Arbitration Association Monday through Friday, between the hours of 9:00 am and 5:00 pm [Eastern Time] at:<br>• 1-800-529-5218<br>• www.aaaelections.org/apwu – available 24 hours<br><br>All requests for duplicate ballots must include the following information:<br>• Employee ID Number (or Retiree Number)<br>• Last four (4) digits of Social Security Number<br>• Name<br>• Address of member needing a duplicate ballot<br>• Division (unless retiree)<br>• Local (unless MAL or retiree) |
| Mon., Oct. 7, 2013 | 2:00 p.m. | Ballots **_MUST_** be in the designated box, no later than 2:00 pm, at which time all ballots will be picked up. |
| Thurs., Nov. 7, 2013 | | APWU Installation of Officers, Bally's Las Vegas Hotel and Casino, 3645 South Las Vegas Boulevard, Las Vegas, NV 89109, (877) 603-4390. Information on how to purchase tickets and the ticket cost will be provided at a later date. |
| Tues., Nov. 12, 2013 | 9:00 am | All officers shall report and take office. |

Each candidate at his/her own expense may arrange to have his/her material mailed out by Kelly Press.  *This company is requesting a minimum of five (5) business days advanced notice for preparing a campaign mailing.*

Business hours: 9:00 am – 5:00 pm, Monday – Friday

Contacts: Matt Kelly or Stacie Rudy (main contact)
Phone: (301) 386-8286       Fax: (301) 322-7936

Kelly Press, 1701 Cabin Branch Road, Cheverly, MD 20785

**The APWU National Election Committee may modify/change any current rule, change dates and/or adopt additional rules to facilitate the election process.**

5/1/13 – EP:lmn//opeiu#2, afl-cio

# DECLARATION OF

# LIZ POWELL

# EXHIBIT I

Case 1:13-cv-01228-CKK Document 9-1 Filed 08/16/13 Page 46 of 81

# 21ST Century

# 21ST Century

# Postal Worker

Since 1999

# Message Exchange

This Message Exchange was Constructed by *former* American Postal Workers Union Member Mark Campassi
and is Maintained by *current* American Postal Workers Union Member Randy Zelznick.
All Members of the American Postal Workers Union are free to exchange information and ideas at this site.
This Message Exchange is NOT sponsored, endorsed or sanctioned by the American Postal Workers Union.

The official site of the APWU is located at apwu.org

You are visitor number 1987487 to the 21CPW.com Home page.

## Click one of the categories below to view the messages of other members:

**APWU 2013 National Election**

**Downsizing USPS**

**General Union Business**

**Clerk Business**   **Maintenance Business**   **MVS Business**

**Postal Attendance Terrorism**   **Editors' Articles & Info**   **21CPW Poll**

**Transfer Requests**   **Politics & Global Issues**   **Links to Locals & More**

Case 1:13-cv-01228-CKK   Document 9-1   Filed 08/16/13   Page 47 of 81

**On The Job Injuries     Retirees Business**

**About 21CPW**



*Help Support 21CPW.com*
*THANKS!*

**To report problems or comment about this site, please E-mail:**
**Randy Zelznick - <u>RZelznick@21cpw.com</u>,**
**Proud and Active Retiree Member of the APWU.**

# DECLARATION OF

# LIZ POWELL

# EXHIBIT J

# APWU Members First

Home   Candidate Statements   Our Pledge   Retirees   Donate   Contact

Sign Up and Learn More   Email

Zip Code

A Team of Experience and Vision



Tony D. McKinnon, Sr for Industrial Relations Director, Clint Burelson for Clerk Craft Director, Debby Szeredy for Executive Vice-President, Kennith Beasley for Southern Region Coordinator, Mark Dimondstein for President, John L. Marcotte for Legislative/Political Director, Violetta "Vi" Ward for Secretary/Treasurer, Robert Furbush for Health Plan Director and Anna Smith for Organization Director



## Fighting for You

Are you ready to help save postal jobs and services? APWU's...



## Meet the Team

Learn more about the team that's putting members first. Click on the...



## Retirees

Retirees members now have the right to vote! Learn more...



## Pledge to Vote

Please add your name below and pledge to vote for the APWU...



## News

Find out the latest news and the APWU Members First Team's growing...

## About Us

The APWU Members First Team is prepared to meet the challenges of protecting a secure future for current, retired and next generation workers. It is time to elect experienced and visionary leaders who will help chart a new direction by always putting the members first!

## Recent News

Former APWU President William Burrus Endorses APWU Members First Team!

Michigan Endorses Members First Team

## Search

Search ...

## Navigation

Meet the Team

Our Pledge

Recent News

Donate

Contact

This website is not the official website of, or sponsored by, the American Postal Workers Union, AFL-CIO.

# DECLARATION OF

# LIZ POWELL

# EXHIBIT K

# APWU **Members First**

Home    Candidate Statements    Our Pledge    Retirees    Donate    Contact

Sign Up and Learn More    Email    Zip Code



# President



## Mark Dimondstein for President

Greetings APWU Members! I am proud to be leading the "APWU Members First" Team and respectfully seek your support for President.

Are you satisfied with the direction of our union? Are you more secure? Are you confident with the current incumbent officers negotiating another union contract? Have incumbents lost touch with you, the member?

I fervently believe that the union belongs to the members and good union jobs depend on a vibrant public Postal Service. Career and non-career workers and retirees deserve respect and a secure future. With my thirty years of union experience, including extensive contract negotiations, I stand ready to chart a needed new direction.

Are you ready to help us make positive change?

We have no magic wand but will work with determination to defend full-time career jobs, eliminate divisive two-tier wage scales, enhance conversion opportunities for PTFs to full-time and PSEs to career and champion expanded postal services.

As postal services are degraded through processing plant and post office closings, local unions have had to fend for themselves. I will establish a coordinated national program to fight to keep plants open, reopen closed ones, restore service standards and end the nonstop excessing of employees.

The best defense of our jobs rests with united action of unionized postal workers and postal customers. The incumbents' sole reliance on writing Congress to solve our problems is not a winning strategy to save our service and jobs. I will reach out to the people of this country, the "99%", to involve our many allies and their organizations (senior, veteran, business, civil rights, union, etc.) to save our national treasure,



Email

Zip Code



**VOTE FOR THE MEMBERS FIRST TEAM!**

☑ Mark Dimondstein, President
☑ Debby Szeredy, Vice President
☑ Violetta "Vi" Ward, Sec-Treasurer
☑ Tony D. McKinnon, Sr,
   Industrial Relations Director
☑ Clint Burelson,
   Clerk Craft Director
☑ John L. Marcotte,
   Legislative/Political Director
☑ Anna Smith,
   Organization Director
☑ Robert Furbush,
   Health Plan Director
☑ Kennith Beasley,
   Southern Region Coordinator

## IMPORTANT LINKS

Meet the Team
Our Pledge
Recent News
Donate
Contact

## SEARCH

Search ...

the U.S. Postal Service. These alliances will also be mobilized to tackle the USPS's plan to subcontract all Motor Vehicle jobs and to protect the hard earned benefits of our Retirees. This will include aggressively fighting proposed "chained" CPI which, if passed, will significantly reduce the formula of future Cost of Living Allowances for retirees.

I, and the "APWU Members First" team will always be honest with you and work tirelessly to set things right!

In Solidarity,

Mark Dimondstein



## About Us

The APWU Members First Team is prepared to meet the challenges of protecting a secure future for current, retired and next generation workers. It is time to elect experienced and visionary leaders who will help chart a new direction by always putting the members first!

## Recent News

Former APWU President William Burrus Endorses APWU Members First Team!

Michigan Endorses Members First Team

## Search

Search ...

## Navigation

Meet the Team

Our Pledge

Recent News

Donate

Contact

This website is not the official website of, or sponsored by, the American Postal Workers Union, AFL-CIO.

# DECLARATION OF

# LIZ POWELL

# EXHIBIT L

# APWU **Members First**

Home   Candidate Statements   Our Pledge   Retirees   Donate   Contact

Sign Up and Learn More   | Email |   | Zip Code |



# Secretary/Treasurer



## Violetta Ward
## The Fiscally Responsible Choice
## for
## Secretary/Treasurer

Email

Code

**VOTE FOR THE MEMBERS FIRST TEAM!**

☑ Mark Dimondstein, President
☑ Debby Szeredy, Vice President
☑ Violetta "Vi" Ward, Sec-Treasurer
☑ Tony D. McKinnon, Sr.
   Industrial Relations Director
☑ Clint Burelson,
   Clerk Craft Director
☑ John L. Marcotte,
   Legislative/Political Director
☑ Anna Smith,
   Organization Director
☑ Robert Burbush,
   Health Plan Director
☑ Kenith Beasley,
   Southern Region Coordinator

Dear APWU Brothers & Sisters:

My reasons for seeking the office of Secretary-Treasurer are as follows:

I have happily served in the trenches as full-time Cleveland, Ohio Area Local Secretary-Treasurer, National Arbitration Advocate and many other positions consistently for over 29 years without interruption. This is the first election that I am convinced that we need a change in the top officers of our Union to serve the best interests of our membership and protect the future of our workforce.

My vast career has prepared me to help lead our Union with the excellence that you deserve during this critical time in history.

I am the best qualified candidate. I have upheld my fiduciary responsibility keeping my Local solvent for over 26 years navigating through labor department audits, decreasing dues, union busting tactics, and other challenges. I am confident that I can leverage the advantage of having a staff and other resources to help Locals and States with their challenges as well as protect the interests of our National.

I will exercise my vote on the National Executive Board wisely and on your behalf. I intend to be a part of the solution!

A new approach is needed to adequately address our financial realities! We cannot mirror our adversaries and serve our membership.

## IMPORTANT LINKS

Meet the Team
Our Pledge
Recent News
Donate
Contact

## SEARCH

Search ...

I will continue to do the right thing remaining accountable, authentic and loyal. I have the necessary financial education, innovative problem solving skills, and experience to take this office to the next level.

The following are some struggles to overcome:

APWU members need to be involved: I humbly request your vote. I urge you to Vote for the entire Members First Team who have joined together to provide revolutionary representation. Members are important. With your vote, you can make a change and I can fight to make a difference!

Myths to disregard: I urge you not to let my lack of national exposure dissuade you. Make no mistake, I am the best choice for the position and I am equipped to do the job! My record speaks for itself and it can easily be reviewed.

Our collective hurdle: We have to fight to get back what we have lost!

Course Correction: We need a new direction. "If you are not outraged, you are not paying attention!"

Vi's foundation is as follows:

Work & Experience: Internal Revenue Service-Clerk; USPS-CFS Clerk, Clerk Typist; APWU- Associate Editor, Steward, OWCP Representative, EEO Representative, Recording Secretary, Secretary-Treasurer, Local Negotiations Team Member since 1984, Trial Board Chair and Member, Budget Committee & Constitution Committee Chair & Member, Human Relations Committee Chair & Member, Director of Industrial Relations Ohio Postal Workers Union, CLUW (Coalition of Labor Union Women) member, President-Exodus Financial Services d.b.a. Exodus Empowerment Services, LLC

Education: Sawyer College (Paralegal degree), Ohio State University (Journalism), Cleveland State University (Communications), Bachelor of Arts (Biblical Counseling)-Class of 2013, Life & Health Insurance License (2008), Advocate Training, APWU Secretary-Treasurer Training, Steward School, Certified Senior Advisor (CSA)

Background: My belief that everyone should be treated with dignity and respect, my concern for justice, and my disdain for the Taylor theory of management led my coworkers to draft me to represent them. I have been serving APWU members ever since.

There is hope for a better future. If you are ready for a change and vote for a new direction, I will be happily serving you as National Secretary-Treasurer in November with the Members First Team!

In Union Solidarity,

Violetta "Vi" Ward,
APWU Member

 by

## About Us

The APWU Members First Team is prepared to meet the challenges of protecting a secure future for current, retired and next generation workers. It is time to elect experienced and visionary leaders who will help chart a new direction by always putting the members first!

## Recent News

Former APWU President William Burrus Endorses APWU Members First Team!

Michigan Endorses Members First Team

## Search

Search ...

## Navigation

Meet the Team
Our Pledge
Recent News
Donate
Contact

This website is not the official website of, or sponsored by, the American Postal Workers Union, AFL-CIO.

# DECLARATION OF

# LIZ POWELL

# EXHIBIT M

# APWU **Members First**

Home   Candidate Statements   Our Pledge   Retirees   Donate   Contact

Sign Up and Learn More   Email | Zip Code



# Industrial Relations Director



## Tony D. McKinnon, Sr.
## For
## Industrial Relations Director

I am Tony D. McKinnon, Sr., and there are two important characteristics you must know about me. I believe strongly in making sure any future contract language proposed works for all. It must work for the many active APWU Members on the workroom floor. It must do honor to our returning veterans. It must work for our retired members who have served both the union and Postal Service well and it must work for future generations of postal workers who deserve to inherit the family wage jobs our families and we have enjoyed.

The second characteristic is that I am not afraid to work and fight for the best interests of APWU members. I am willing to do the difficult work that is required in these trying times. I will never withhold information from my union brothers and sisters in order to secure their votes on any contract or election. In contrast, the current union leadership went into negotiations with the position that the financial crisis in the Postal Service was due to the prefunding requirement in the 2006 legislation. Instead of resolving the fabricated financial crisis at the Postal Service by mobilizing the public to insist that the unfair and regressive prefunding requirements be eliminated, union leadership did what management hoped they would do – they solved the problem by making harmful concessions. When the going got tough, the incumbents panicked, changed their tune, and casually gave away important APWU rights and benefits that will be difficult to restore.

Many people were deeply hurt by the current agreement. It will be one of my first acts to work to correct the grave injustice done to veterans by the leadership of the union during the last negotiations. Now, new employees, including veterans, have to first work as PSEs, perhaps for years, before they get a career job. If they make it through that long "probationary period," and become career employees, they will be paid approximately $5,000.00 less than under the old contract, and much less with a part-time NTFT job. More important, is the fact that in previous language, if you were offered a non-career job (like TE), and you declined as a new hire/veteran prior to hiring a career, the USPS had to ask you if you desired to be a career. Now if you decline to be a PSE, you are dropped from the list, even veterans. That is not fair to

**VOTE FOR THE MEMBERS FIRST TEAM!**

☑ Mark Dimondstein, President
☑ Debby Szeredy, Vice President
☑ Violetta "Vi" Ward, Sec-Treasurer
☑ Tony D. McKinnon, Sr. Industrial Relations Director
☑ Clint Burelson, Clerk Craft Director
☑ John L. Marcotte, Legislative/Political Director
☑ Anna Smith, Organization Director
☑ Robert Furbush, Health Plan Director
☑ Kennith Beasley, Southern Region Coordinator

## IMPORTANT LINKS

Meet the Team
Our Pledge
Recent News
Donate
Contact

## SEARCH

Search ...

anyone, but more unfair to the men and women that fight to protect this country.

In addition, the union agreed to cut by approximately 25%, the wages for our custodial jobs, which is where our disabled veterans could previously find a home at decent wages.

This is the worst contract the APWU has ever negotiated. Nevertheless, you may hear terms such as, "watershed agreement and progressive negotiations," and I submit to you that water boarding is watershed, and this is regressive, not progressive language. If you call a turd a chocolate bar, most people will figure out in the end that it is a turd. Many APWU members now living with the application and reality of the new contract are realizing that the contract is not what it appeared to be when it was sold to us by the national leadership at the time of the vote.

The leadership team will court many of you, many will be bullied, many will be threatened, and many will be friended all in the name of the incumbents winning another term. The APWU cannot sustain another round of this type of leadership, giveback negotiations. The current national officers were given an opportunity to be the guardians of this great institution, and its members, and they failed.
As a proud and long-time APWU member, I know we need a significant change of direction. Moreover, we need it now. This election matters and will determine the direction of our union for years to come. Please put your voice and your vote behind APWU Members First Team. We are all grassroots unionists who will work hard and strategically to improve and strengthen our union. As a Local President, State President, and long time union leader, I have provided a review of my activities on behalf of APWU Members:

Proven Leadership

Union membership/Union Steward – 28 yrs.
President, Fayetteville, NC Area Local #984 – 28 yrs.
National Arbitration Advocate – 25 yrs.
President, NC Council 5 yrs./Vice-President, NC Council – 14 yrs., presently serving
Vice-President, NC AFL-CIO – 19 yrs., presently serving/President, CLC AFL-CIO – 14 yrs.,
presently serving Chair & Vice-Chair, National Committees on automation, remote
encoding, and labor management committee – 15 yrs.
Chair & Co-Chair, NPC -6 yrs. total
Certified Mediator, NC Superior Court – 19 yrs.
Graduate: APWU Chief Executive Officer Seminar – 1986, APWU Leadership Program – 2005, AFL-CIO
Leadership Institute – 2009, United Way Multicultural Leadership Development
Program – 2010.
Experienced
Created regional and state APWU websites to improve communication
Negotiated group discounts for members, such as Cingular cell phone service
Rewrote the NC state bylaws for the Alliance Diversity Committee
Assisted with the rewrite of EL-211
National APWU Labor/Management Committee
NC Alliance Diversity Committee, Member
National APWU Automation Committee
National APWU FSM100 Committee
National APWU Remote Encoding Committee
National APWU EL303/EL 211 Committee
National APWU Safety and Health Committee
National APWU Legislative Committee
National APWU Convention Delegate
District Coordinator, APRI/AFL-CIO Presidential Elections
Committed to Action
Won first hearing impaired arbitration in APWU history that required interpreters for meetings where
hearing impaired employees are present
Won first major administrative leave case in APWU history entitling an employee to receive night
differential and Sunday premium while out
Negotiated and ran the first major medical health plan for TEs in APWU history (under-written by New
York Life as a major medical plan).

Negotiated the first and only due process and just cause right for TEs (language now included in National Agreement)

First in the country to negotiate a LMOU for state offices, which led to national negotiating small office LMOUs presently in place



## About Us

The APWU Members First Team is prepared to meet the challenges of protecting a secure future for current, retired and next generation workers. It is time to elect experienced and visionary leaders who will help chart a new direction by always putting the members first!

## Recent News

Former APWU President William Burrus Endorses APWU Members First Team!

Michigan Endorses Members First Team

## Search

Search ...

## Navigation

Meet the Team

Our Pledge

Recent News

Donate

Contact

This website is not the official website of, or sponsored by, the American Postal Workers Union, AFL-CIO.

# DECLARATION OF

# LIZ POWELL

# EXHIBIT N

contract negotiations, I stand ready to chart a needed new direction.

Are you ready to help us make positive change?

We have no magic wand but will work with determination to defend full-time career jobs, eliminate divisive two-tier wage scales, enhance conversion opportunities for PTFs to full-time and PSEs to career and champion expanded postal services.

As postal services are degraded through processing plant and post office closings, local unions have had to fend for themselves. I will establish a coordinated national program to fight to keep plants open, reopen closed ones, restore service standards and end the nonstop excessing of employees.

The best defense of our jobs rests with united action of unionized postal workers and customers. I will reach out to the people, the "99%", to involve our many allies and their organizations (senior, veteran, business, civil rights, union, etc.) to save our national treasure, the U.S. Postal Service. These alliances will also be mobilized to tackle the USPS's plan to sub-contract all Motor Vehicle jobs and to protect the hard earned benefits of our Retirees.

I, and the "Members First" team (www.apwumembersfirst.org), will always be honest with you and work tirelessly to set things right!

In solidarity, Mark Dimondstein

## Mark Dimondstein
### Candidate for President

Greetings APWU Members! I am proud to be leading the "APWU Members First" Team and respectfully seek your support for President.

Are you satisfied with the direction of our union? Are you more secure? Are you confident with the current officers negotiating another union contract? Have incumbents lost touch with you?

I fervently believe that the union belongs to the members and good union jobs depend on a vibrant public Postal Service. Career and non-career workers and retirees deserve respect and a secure future. With my thirty years of union experience, including extensive

# DECLARATION OF

# LIZ POWELL

# EXHIBIT O

Members clearly did not have all the accurate information prior to voting on the current Collective Bargaining Agreement. The working man and woman of the floor was not the objective of the $4 billion massive give away of the last negotiations.

Much needs to be fixed. I will apply my twenty nine years as local president and my negotiating skills to address pressing issues such as the lack of clear transition to career from PSE, grey language in the 50 miles excessing "limits," unfulfilled promises to all PTF's of full-time conversion and the disruption of NTFTs assignments. Veterans Preference must be better protected as should the rights and benefits of the retirees.

The Industrial Relations Director is directly responsible for "administration of the contract negotiation process". Future wages and benefits will be brought up, not pushed down. I also, commit to working with the "APWU Members First Team" and other officers to protect our future and that of the United States Postal Service. Vote for Elect Tony D. McKinnon, Sr., IRD and the APWU members first Team.

**Tony D. McKinnon Sr.**
**Candidate for**
**Industrial Relations Director**

Brothers and Sisters, my endeavor to become APWU Industrial Relations Director is driven by my desire and passion to positively impact the lives of our membership and to be their voice and rock in these difficult times. The members of the APWU deserve a group of leaders like the "APWU Members First" Team to stand up for their rights and protect our Retirees, present workers and the future workers. We should never pit one group of workers against the other. Since the last negotiations and subsequent arbitration cases and memos, we have seen where the present administration continues to negotiate issues that they told us were already settled.

# DECLARATION OF

# LIZ POWELL

# EXHIBIT P

top officers of our Union to serve the best interests of our membership and protect the future of our workforce. My vast career has prepared me to help lead our Union with the excellence that you deserve during this critical time in history.

I am the best qualified candidate. I have upheld my fiduciary responsibility keeping my local solvent for over 26 years navigating through labor department audits, decreasing dues, union busting and other challenges. I am confident that I can leverage the advantage of a staff and other resources to help Locals with their challenges as well as protect the interests of our National. I will exercise my vote on the National Executive Board wisely on your behalf. I intend to be a part of the solution!

A new approach is needed to adequately address our financial situation! We cannot mirror our adversaries and serve our membership. I will continue to do the right thing remaining accountable and authentic. I have the necessary financial education, innovative problem solving skills, and experience to take this office to the next level.

I humbly request your vote. Vote for the entire Member's First Team who have joined together to revolutionize representation. You can make a change and I can fight to make a difference! I urge you not to let my lack of national exposure dissuade you. My record speaks for itself and you can easily check it.

If you are not outraged, you are not paying attention!

### Violetta "Vi" Ward
### Candidate for
### Secretary-Treasurer

I have happily served in the trenches as fulltime Cleveland Ohio Area Local Secretary-Treasurer, National Arbitration Advocate and many other positions consistently for over 29 years without interruption. This is the first election that I am convinced that we need a change in the

# DECLARATION OF

# LIZ POWELL

# EXHIBIT Q

**Mark Dimondstein**
**Candidate for President**

Greetings APWU members!  I am proud to be leading the "APWU Members First" Team and respectfully seek your support for President.

Are you satisfied with the direction of our union?  Are you more secure?  Are you confident with the current incumbent officers negotiating another union contract? Have incumbents lost touch with you, the member?

I fervently believe that the union belongs to the members and good union jobs depend on a vibrant public Postal Service. Career and non-career workers and retirees deserve respect and a secure future.  With my thirty years of union experience, including extensive contract negotiations, I stand ready to chart a needed new direction.

Are you ready to help us make positive change?

We have no magic wand but will work with determination to defend full-time career jobs, eliminate divisive two-tier wage scales, enhance conversion opportunities for PTFs to full-time and PSEs to career and champion expanded postal services.

As postal services are degraded through processing plant and post office closings, local unions have had to fend for themselves. I will establish a coordinated national program to fight to keep plants open, reopen closed ones, restore service standards and end the nonstop excessing of employees.

The best defense of our jobs rests with united action of unionized postal workers and postal customers. The incumbents' sole reliance on writing Congress to solve our problems is not a winning strategy to save our service and jobs. I will reach out to the people of this country, the "99%", to involve our many allies and their organizations (senior, veteran, business, civil rights, union, etc.) to save our national treasure, the U.S. Postal Service.  These alliances will also be mobilized to tackle the USPS's plan to subcontract all Motor Vehicle jobs and to protect the hard earned benefits of our Retirees. This will include aggressively fighting proposed "chained" CPI which, if passed, will significantly reduce the formula of future Cost of Living Allowances for retirees.

At this time of urgent crisis for postal workers it is shameful that the postal unions do not effectively work together in our common fight. I believe in principled unity of action with all the postal unions and that "an injury to one is an injury to all!." This includes joining the fight to save six-day delivery as part of the general struggle to save the postal service and our union jobs. The current president has declared that six day delivery is not the APWU's fight. Hogwash! The loss of six-day delivery will have tremendous negative impact on all APWU crafts, open up huge doors to postal privatization and cause the lay-off of thousands of APWU members who have been involuntarily assigned into the letter carrier craft.

For more information please visit our website: www.apwumembersfirst.org or contact me directly at votemarkd@yahoo.com.

I, and the "Members First" team  will always be honest with you and work tirelessly to set things right!

My background includes a life of activism and experience.

I served as elected Local President of the Greater Greensboro Area Local (6 consecutive terms) and as Shop Steward, labor educator, National Arbitration Advocate, EEOC and OWCP representative and a leader of the Workers For One Postal Union movement. Appointed by APWU Presidents Moe Biller and William Burrus, I worked for ten years as National Lead Field Organizer representing the APWU in a series of ground breaking contract negotiations. In tribute to these efforts, I was the recipient of the Southern Organizer of the Year Award from the AFL-CIO, presented by then AFL-CIO President John Sweeney.

By City Council appointment, I served on the Greensboro N.C. Human Relations Commission and co-founded the local Jobs with Justice chapter (an AFL-CIO affiliated coalition of labor and community groups in defense of workers rights). In this period of the Congressional manufactured postal "financial" crisis and accelerated attacks on the public postal service, I helped initiate a local coalition "Postal Workers and Customers United to Save the Postal Service."

I have been married to my wife Melissa for 38 years and have three grown daughters.

In solidarity, Mark Dimondstein

Former APWU President William Burrus endorses APWU Members First Team!

I am very honored to have received the following wholehearted endorsement of former APWU President William Burrus:

"With confidence in their capabilities and their dedication to the membership, I endorse the candidates of the APWU Members' First Team led by Mark Dimondstein for President. I have served in executive union positions and I am familiar with the challenges of change so my endorsement is based on experience and trust.

I make these endorsements not out of animosity towards the incumbents but knowledge that if the 2010 national agreement represents their best effort, your future as postal employees will be seriously imperiled if they are returned to office. The selection of officers to decide your future should not be made on the basis of personal relations or familiarity, if you need brain surgery you do not want a friend. The incumbents negotiated and lent their support to contractual changes that will turn back the clock on postal employment. If they are returned to office, it can be expected that you will suffer.

Having spent over 40 years as a representative of postal employees, I care about your employment and your lives, and I am unable to separate between former employees (retirees), current employees or those in the future. Each grouping is entitled to good faith representation and the APWU Members' First Team has pledged to not sacrifice one group for the other.

It is your future, your job and the decision is yours. I respect your choice, but it is my considered opinion that your interest will be best served with the election of a new administration, the APWU Members' First Team."

# DECLARATION OF

# LIZ POWELL

# EXHIBIT R

http://www.apwu.org/members/apwu2013elections/gendept.htm#pres

**Tony D. McKinnon Sr.**
**Candidate for**

**Industrial Relations Director**

I am Tony D. McKinnon, Sr., and there are two important characteristics you must know about me. I believe strongly in making sure any future contract language proposed works for all. It must work for the many active APWU Members on the workroom floor. It must do honor to our returning veterans. It must work for our retired members who have served both the union and Postal Service well and it must work for future generations of postal workers who deserve to inherit the family wage jobs our families and we have enjoyed.

The second characteristic is that I am not afraid to work and fight for the best interests of APWU members. I am willing to do the difficult work that is required in these trying times. I will never withhold information from my union brothers and sisters in order to secure their votes on any contract or election. In contrast, the current union leadership went into negotiations with the position that the financial crisis in the Postal Service was due to the prefunding requirement in the 2006 legislation. Instead of resolving the fabricated financial crisis at the Postal Service by mobilizing the public to insist that the unfair and regressive prefunding requirements be eliminated, union leadership did what management hoped they would do – they solved the problem by making harmful concessions. When the going got tough, the incumbents panicked, changed their tune, and casually gave away important APWU rights and benefits that will be difficult to restore.

Many people were deeply hurt by the current agreement. It will be one of my first acts to work to correct the grave injustice done to veterans by the leadership of the union during the last negotiations. Now, new employees, including veterans, have to first work as PSEs, perhaps for years, before they get a career job. If they make it through that long "probationary period" and become career employees, they will be paid approximately $5,000.00 less than under the old contract, and much less with a part-time NTFT job.

More important, is the fact that in previous language, if you were offered a non-career job (like TE), and you declined as a new hire/veteran prior to hiring a career, the USPS had to ask you if you desired to be a career. Now if you decline to be a PSE, you are dropped from the list, even veterans. That is not fair to anyone, but more unfair to the men and women that fight to protect this country.

In addition, the union agreed to cut by approximately 25%, the wages for our custodial jobs, which is where our disabled veterans could previously find a home at decent wages.

This is the worst contract the APWU has ever negotiated. Nevertheless, you may hear terms such as, "watershed agreement and progressive negotiations," and I submit to you that water boarding is watershed, and this is regressive, not progressive language. If you call a turd a chocolate bar, most people will figure out in the end that it is a turd. Many APWU members now living with the application and reality of the new contract are realizing that the contract is not what it appeared to be when it was sold to us by the national leadership at the time of the vote.

The leadership team will court many of you, many will be bullied, many will be threatened, and many will be friended all in the name of the incumbents winning another term. The APWU cannot sustain another round of this type of leadership, giveback negotiations. The current national officers were given an opportunity to be the guardians of this great institution, and its members, and they failed.

As a proud and long-time APWU member, I know we need a significant change of direction. Moreover, we need it now. This election matters and will determine the direction of our union for years to come. Please put your voice and your vote behind APWU Members First Team. We are all grassroots unionists who will work hard and strategically to improve and strengthen our union. As a Local President, State President, and long time union leader, I have provided a review of my activities on behalf of APWU Members:

Proven Leadership
Union membership/Union Steward – 28 yrs.
President, Fayetteville, NC Area Local #984 – 28 yrs.
National Arbitration Advocate – 25 yrs.
President, NC Council 5 yrs./Vice-President, NC Council – 14 yrs., presently serving
   Vice-President, NC AFL-CIO – 19 yrs., presently serving/President, CLC AFL-CIO – 14 yrs.,
   presently serving Chair & Vice-Chair, National Committees on automation, remote
   encoding, and labor management committee – 15 yrs.
Chair & Co-Chair, NPC – 6 yrs. total
Certified Mediator, NC Superior Court – 19 yrs.
Graduate: APWU Chief Executive Officer Seminar – 1986, APWU Leadership Program – 2005,    AFL-CIO Leadership Institute – 2009, United Way

Multicultural Leadership Development
  Program – 2010.
Experienced
Created regional and state APWU websites to improve communication
Negotiated group discounts for members, such as Cingular cell phone service
Rewrote the NC state bylaws for the Alliance Diversity Committee
Assisted with the rewrite of EL-211
National APWU Labor/Management Committee
NC Alliance Diversity Committee, Member
National APWU Automation Committee
National APWU FSM100 Committee
National APWU Remote Encoding Committee
National APWU EL303/EL 211 Committee
National APWU Safety and Health Committee
National APWU Legislative Committee
National APWU Convention Delegate
District Coordinator, APRI/AFL-CIO Presidential Elections
Committed to Action
Won first hearing impaired arbitration in APWU history that required interpreters for meetings   where hearing impaired employees are present
Won first major administrative leave case in APWU history entitling an employee to receive   night differential and Sunday premium while out
Negotiated and ran the first major medical health plan for TEs in APWU history (under-written   by New York Life as a major medical plan).
Negotiated the first and only due process and just cause right for TEs (language now included   in National Agreement)
First in the country to negotiate a LMOU for state offices, which led to national negotiating
small office LMOUs presently in place

# DECLARATION OF

# LIZ POWELL

# EXHIBIT S

**Violetta "Vi" Ward**
**Candidate for Secretary-Treasurer**

Dear APWU Brothers & Sisters:

My reasons for seeking the office of Secretary-Treasurer are as follows:

I have happily served in the trenches as full-time Cleveland, Ohio Area Local Secretary-Treasurer, National Arbitration Advocate and many other positions consistently for over 29 years without interruption. This is the first election that I am convinced that we need a change in the top officers of our Union to serve the best interests of our membership and protect the future of our workforce.

My vast career has prepared me to help lead our Union with the excellence that you deserve during this critical time in history.

I am the best qualified candidate. I have upheld my fiduciary responsibility keeping my Local solvent for over 26 years navigating through labor department audits, decreasing dues, union busting tactics, and other challenges.

I am confident that I can leverage the advantage of having a staff and other resources to help Locals and States with their challenges as well as protect the interests of our National.

I will exercise my vote on the National Executive Board wisely and on your behalf. I intend to be a part of the solution!

A new approach is needed to adequately address our financial realities! We cannot mirror our adversaries and serve our membership.

I will continue to do the right thing remaining accountable, authentic and loyal.

I have the necessary financial education, innovative problem solving skills, and experience to take this office to the next level.

The following are some struggles to overcome:

APWU members need to be involved:  I humbly request your vote.  I urge you to vote for the entire Members First Team who have joined together to provide revolutionary representation.  Members are important.  With your vote, you can make a change and I can fight to make a difference!

Myths to disregard:  I urge you not to let my lack of national exposure dissuade you.  Make no mistake, I am the best choice for the position and I am equipped to do the job!  My record speaks for itself and it can easily be reviewed.

Our collective hurdle:  We have to fight to get back what we have lost!

Course correction:  We need a new direction.  "If you are not outraged, you are not paying attention!"

Vi's foundation is as follows:

Work & Experience:  Internal Revenue Service-Clerk; USPS-CFS Clerk, Clerk Typist; APWU- Associate Editor, Steward, OWCP Representative, EEO Representative, Recording Secretary, Secretary-Treasurer, Local Negotiations Team Member since 1983, Trial Board Chair and Member, Budget Committee & Constitution Committee Chair & Member, Human Relations Committee Chair & Member, Director of Industrial Relations Ohio Postal Workers Union, CLUW (Coalition of Labor Union Women) member, President-Exodus Financial Services d.b.a. Exodus Empowerment Services, LLC

Education:  Sawyer College (Paralegal degree), Ohio State University (Journalism), Cleveland State University (Communications), Bachelor of Arts (Biblical Counseling)-Class of 2013, Life & Health Insurance License (2008), Advocate Training, APWU Secretary-Treasurer Training, Steward School, Certified Senior Advisor (CSA)

Background:  My belief that everyone should be treated with dignity and respect, my concern for justice, and my disdain for the Taylor theory of management led my coworkers to draft me to represent them.  I have been serving APWU members ever since.

There is hope for a better future.  If you are ready for a change and vote for a new direction, I will be happily serving you as National Secretary-Treasurer in November with the Members First Team!

In union solidarity,
Violetta "Vi" Ward,
APWU member

# DECLARATION OF

# LIZ POWELL

# EXHIBIT T



## American Postal Workers Union, AFL-CIO

1300 L Street, NW, Washington, DC 20005

Anthony Turner
Chairperson
Election Committee
1300 L Street, NW
Washington, DC 20005

July 15, 2013

**Sent Certified Mail Return Receipt: 7007 2560 0003 2186 0256**

Mark Dimondstein
2518 Burgundy Drive
Greensboro, NC 27407

Dear Brother Dimondstein,

This is in reference to your July 2, 2013 letter regarding your request for e-mail addresses of APWU members.

Please be advised that it is not the policy of the APWU to provide the e-mail address of members.

Sincerely,

Anthony Turner
Chairperson
Election Committee



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To **Mark Dimondstein**
Street, Apt. No.; or PO Box No. **2518 Burgundy Drive**
City, State, ZIP+4 **Greensboro, NC 27407**

PS Form 3800, August

English          Customer Service          USPS Mobile                                                   Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools
Track & Confirm
**Enter up to 10 Tracking #Find**
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code™
Hold Mail
Change of Address

Ship a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

## Track & Confirm

GET EMAIL UPDATES          PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70072560000321860256 | | Unclaimed | August 5, 2013, 10:47 am | GREENSBORO, NC 27417 | Certified Mail™ |
| | | Notice Left | July 17, 2013, 1:52 pm | GREENSBORO, NC 27407 | |
| | | Arrival at Unit | July 17, 2013, 5:26 am | GREENSBORO, NC 27410 | |
| | | Processed at USPS Origin Sort Facility | July 17, 2013, 2:12 am | GREENSBORO, NC 27498 | |
| | | Depart USPS Sort Facility | July 16, 2013 | GREENSBORO, NC 27498 | |
| | | Processed at USPS Origin Sort Facility | July 16, 2013, 5:17 pm | GREENSBORO, NC 27498 | |
| | | Processed at USPS Origin Sort Facility | July 15, 2013, 9:47 pm | GAITHERSBURG, MD 20898 | |
| | | Depart USPS Sort Facility | July 15, 2013 | GAITHERSBURG, MD 20898 | |
| | | Dispatched to Sort Facility | July 15, 2013, 6:19 pm | WASHINGTON, DC 20043 | |
| | | Acceptance | July 15, 2013, 4:29 pm | WASHINGTON, DC 20043 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

LEGAL                              ON USPS.COM                          ON ABOUT.USPS.COM                   OTHER USPS SITES
Privacy Policy ›                   Government Services ›                About USPS Home ›                   Business Customer Gateway ›
Terms of Use ›                     Buy Stamps & Shop ›                  Newsroom ›                          Postal Inspectors ›
FOIA ›                             Print a Label with Postage ›        USPS Service Alerts ›               Inspector General ›
No FEAR Act EEO Data ›             Customer Service ›                   Forms & Publications ›              Postal Explorer ›
                                   Delivering Solutions to the Last Mile ›   Careers ›
                                   Site Index ›

**USPS.COM**     Copyright© 2013 USPS. All Rights Reserved.