# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARK DIMONDSTEIN, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:13-cv-1228 (CKK) |
| ) | |
| AMERICAN POSTAL WORKERS UNION, ) | |
| Defendant. ) | |

## DECLARATION OF MYKE REID

I, Myke Reid, in lieu of an affidavit as permitted by 28 U.S.C. Section 1746, declare as follows:

1.  I served as the Legislative Director of the APWU from 2004 until my retirement on May 16, 2013. Prior to that I served from 1992 to 2004 as the Assistant Legislative Director. From 1985 until 1992, I served as Special Assistant to the President of the APWU.

2.  My duties as Director of the Legislative Department included oversight and coordination of the legislative activities and political program of the APWU. Lobbying Congress on legislation important to the APWU is a key responsibility of the Director. Grassroots organizing for lobbying, that is organization and stimulation of lobbying by individual APWU members, is a substantial part of that work.

3.  Lobbying is time-sensitive. Since the terrorist attack on the post office using anthrax in 2001, mail directed to Congress is diverted to a site away from Congress where it is irradiated before being delivered. This delay in the delivery of mail has increased the importance of timely personal visits and phone calls from APWU members.

4.     Because of the delay in mail to Congress, APWU decided to create an e-mail list to facilitate prompt timely contacts with members of Congress on legislative issues. The Exhibit A to this declaration is a March 20, 2006 announcement of the program called the APWU e–Team.

5.     There are several sources of members for our e-Team. We began by creating sign up options on the APWU web page. We also began speaking at all available APWU conferences and meetings asking people to sign up for the e-Team. We distributed sign-up forms at union conferences, meetings and conventions. These activities have been ongoing since the beginning of the e-Team.

6.     We also, on a one-time basis, added e-mail addresses to the e-Team system from the iMIS system.  I was concerned about using e-mail addresses for members who had not asked to be on the e-Team. People who use e-mail are offended by extraneous communications not related to the purpose for which they subscribe to an e-Mail list.  For this reason,
I insisted that a prominent "unsubscribe" button be displayed on the messages we sent during the period shortly after we received addresses from iMIS. My purpose was to make it easy for non-consenting participants to withdraw from the e-Team and to identify a group of committed individuals who would be most likely to take needed actions.

7.     The e-mail list for the e-Team is maintained as a separate database that is not a part of the APWU iMIS system. That database is used to generate e-mail messages called News Updates.

8.     The purpose of e-Team News Updates is to generate interest and action by our members to support our legislative program. An example of this would be calling on our members to support or defeat particular legislation affecting the Postal Service. Copies of e-Team News Updates from June 10, 2011 through August 2, 2013, are Exhibit B to this Declaration.

9.     The position of the Postal Service is dire. The future of the Postal Service is hanging in the balance. It is very important that our members be informed so they are in a position to take action to influence the outcome of postal legislation.

10.     It is difficult but not impossible for our efforts to have an effect on postal legislation. In 2012, our efforts did have a positive effect on the content of a bill that passed the United States Senate.

11.     It would be unfortunate to allow anyone else to have access to the e-Team list that would result in people receiving messages about internal union politics when they have no interest in receiving them. The impact of opening up the legislative alert system to other uses could be detrimental to the APWU's legislative program at the most critical time in the Union's history.


I declare under penalty of perjury that the forgoing is true and correct.


Executed this ¹⁵th day of August 2013, at Washington D.C.


Myke Reid

# DECLARATION OF

# MYKE REID

# EXHIBIT A



## News & Events

Home  ››  News & Events  ››  APWU Web News Articles  ››  APWU Creates 'e-Team'

🖶 Printer-Friendly
Page

▸ Latest News
▸ News Bulletins
▸ APWU Web News Articles
▸ For the Press
▸ Calendar of Events
▸ Current Issues
▸ Labor History Articles

▸ News Archives
▸ Issues Archives

Follow APWU  [f] [t] [g+] [You Tube]
[RSS] [XML] [HTML]  About RSS

## APWU Creates 'e-Team'

**APWU Web News Article #16-06,
March 20, 2006**

The APWU Legislative Department is establishing an e-mail alert system that is intended to help union members react quickly to important developments. "Legislative matters can change with very little notice," said Legislative Director Myke Reid. "And with the security measures that are in place on Capitol Hill, letters are often delayed until it is too late to affect a representative's actions on important legislative issues.

"We are introducing the APWU e-Team, to ensure that our members' voices are heard quickly and loudly on Capitol Hill. We are asking union members — as well as their family, friends and supporters — to join us by signing-up for the APWU e-Team."

"But e-mail lists for organizations like ours can only be effective if local and state leaders are fully involved," cautioned union President William Burrus. "For that reason, we are asking each state president to appoint an e-Team coordinator."

Union members, retirees, and family members can register on the union's Web site, www.apwu.org. When they enroll, activists will be asked to provide their e-mail address and home address. "This will enable the union to organize the list by congressional districts, which will provide an effective means of coordinating legislative activities," Reid said. Each time a member signs-up, the information will be forwarded to the state coordinator.

Using the e-Team system, the national union will transmit legislative news, action alerts, and other relevant information. The messages may ask recipients to contact their U.S. senators and representatives on issues of importance to union members.

"APWU members who sign up for the e-Team will be reached quickly, and will be made aware of breaking news or requests for urgent action," Reid said.

"We are attempting to build a nationwide e-mail list, and we want to enlist local and state presidents to help spread the union's messages," Burrus said. "The list will become an important tool for members to join the fight to protect their jobs."

"We urge you to join the network, and suggest you encourage your co-workers to join as well. The bigger the list gets, the more effective this tool will be," Reid said.

[back to top]

© 2012 APWU. Disclaimer. Privacy Policy. Webmaster.



About APWU  Links  Site Map  Contact Us  APWU Store

Search this site    All Sections    · go

Advanced Search

▸ HOME    ▸ NEWS & EVENTS    ▸ DEPARTMENTS & DIVISIONS    ▸ PAY & BENEFITS    ▸ MEMBERS ONLY

**News & Events**

Home  ››  News & Events  ›  APWU Web News Articles  ›  APWU Creates 'e-Team'

🖨 Printer-Friendly Page

▸ Latest News
▸ News Bulletins
▸ APWU Web News Articles
▸ For the Press
▸ Calendar of Events
▸ Current Issues
▸ Labor History Articles

▸ News Archives
▸ Issues Archives


Follow APWU  [facebook] [twitter] [youtube]
[RSS] About RSS

### APWU Creates 'e-Team'



**APWU Web News Article #16-06, March 20, 2006**

The APWU Legislative Department is establishing an e-mail alert system that is intended to help union members react quickly to important developments. "Legislative matters can change with very little notice," said Legislative Director Myke Reid. "And with the security measures that are in place on Capitol Hill, letters are often delayed until it is too late to affect a representative's actions on important legislative issues.

"We are introducing the APWU e-Team, to ensure that our members' voices are heard quickly and loudly on Capitol Hill. We are asking union members — as well as their family, friends and supporters — to join us by signing-up for the APWU e-Team."

"But e-mail lists for organizations like ours can only be effective if local and state leaders are fully involved," cautioned union President William Burrus. "For that reason, we are asking each state president to appoint an e-Team coordinator."

Union members, retirees, and family members can register on the union's Web site, www.apwu.org. When they enroll, activists will be asked to provide their e-mail address and home address. "This will enable the union to organize the list by congressional districts, which will provide an effective means of coordinating legislative activities," Reid said. Each time a member signs-up, the information will be forwarded to the state coordinator.

Using the e-Team system, the national union will transmit legislative news, action alerts, and other relevant information. The messages may ask recipients to contact their U.S. senators and representatives on issues of importance to union members.

"APWU members who sign up for the e-Team will be reached quickly, and will be made aware of breaking news or requests for urgent action," Reid said.

"We are attempting to build a nationwide e-mail list, and we want to enlist local and state presidents to help spread the union's messages," Burrus said. "The list will become an important tool for members to join the fight to protect their jobs."

"We urge you to join the network, and suggest you encourage your co-workers to join as well. The bigger the list gets, the more effective this tool will be," Reid said.

[back to top]

© 2012 APWU. Disclaimer. Privacy Policy. Webmaster.



# APWU Creates 'e-Team'

**APWU Web News Article #16-06, March 20, 2006**

The APWU Legislative Department is establishing an e-mail alert system that is intended to help union members react quickly to important developments. "Legislative matters can change with very little notice," said Legislative Director Myke Reid. "And with the security measures that are in place on Capitol Hill, letters are often delayed until it is too late to affect a representative's actions on important legislative issues.

"We are introducing the APWU e-Team, to ensure that our members' voices are heard quickly and loudly on Capitol Hill. We are asking union members — as well as their family, friends and supporters — to join us by signing-up for the APWU e-Team."

"But e-mail lists for organizations like ours can only be effective if local and state leaders are fully involved," cautioned union President William Burrus. "For that reason, we are asking each state president to appoint an e-Team coordinator."

Union members, retirees, and family members can register on the union's Web site, www.apwu.org. When they enroll, activists will be asked to provide their e-mail address and home address. "This will enable the union to organize the list by congressional districts, which will provide an effective means of coordinating legislative activities," Reid said. Each time a member signs-up, the information will be forwarded to the state coordinator.

Using the e-Team system, the national union will transmit legislative news, action alerts, and other relevant information. The messages may ask recipients to contact their U.S. senators and representatives on issues of importance to union members.

"APWU members who sign up for the e-Team will be reached quickly, and will be made aware of breaking news or requests for urgent action," Reid said.

"We are attempting to build a nationwide e-mail list, and we want to enlist local and state presidents to help spread the union's messages," Burrus said. "The list will become an important tool for members to join the fight to protect their jobs."

"We urge you to join the network, and suggest you encourage your co-workers to join as well. The bigger the list gets, the more effective this tool will be," Reid said.

[back to top]

© 2012 APWU. Disclaimer. Privacy Policy. Webmaster.



About APWU  Links  Site Map  Contact Us  APWU Store

Search this site | All Sections | GO!
Advanced Search

▶ HOME    ▶ NEWS & EVENTS    ▶ DEPARTMENTS & DIVISIONS    ▶ PAY & BENEFITS    ▶ MEMBERS ONLY

**News & Events**

Home  ››  News & Events  ››  APWU Web News Articles  ››  APWU Creates 'e-Team'

🖶 Printer-Friendly Page

▶ Latest News
▶ News Bulletins
▶ APWU Web News Articles
▶ For the Press
▶ Calendar of Events
▶ Current Issues
▶ Labor History Articles

▶ News Archives
▶ Issues Archives

Follow APWU [icons] About RSS

## APWU Creates 'e-Team'



**APWU Web News Article #16-06, March 20, 2006**

The APWU Legislative Department is establishing an e-mail alert system that is intended to help union members react quickly to important developments. "Legislative matters can change with very little notice," said Legislative Director Myke Reid. "And with the security measures that are in place on Capitol Hill, letters are often delayed until it is too late to affect a representative's actions on important legislative issues.

"We are introducing the APWU e-Team, to ensure that our members' voices are heard quickly and loudly on Capitol Hill. We are asking union members — as well as their family, friends and supporters — to join us by signing-up for the APWU e-Team."

"But e-mail lists for organizations like ours can only be effective if local and state leaders are fully involved," cautioned union President William Burrus. "For that reason, we are asking each state president to appoint an e-Team coordinator."

Union members, retirees, and family members can register on the union's Web site, www.apwu.org. When they enroll, activists will be asked to provide their e-mail address and home address. "This will enable the union to organize the list by congressional districts, which will provide an effective means of coordinating legislative activities," Reid said. Each time a member signs-up, the information will be forwarded to the state coordinator.

Using the e-Team system, the national union will transmit legislative news, action alerts, and other relevant information. The messages may ask recipients to contact their U.S. senators and representatives on issues of importance to union members.

"APWU members who sign up for the e-Team will be reached quickly, and will be made aware of breaking news or requests for urgent action," Reid said.

"We are attempting to build a nationwide e-mail list, and we want to enlist local and state presidents to help spread the union's messages," Burrus said. "The list will become an important tool for members to join the fight to protect their jobs."

"We urge you to join the network, and suggest you encourage your co-workers to join as well. The bigger the list gets, the more effective this tool will be," Reid said.

[back to top]

© 2012 APWU. Disclaimer. Privacy Policy. Webmaster.



About APWU    Links    Site Map    Contact Us    APWU Store

Search this site    All Sections    (GO)

Advanced Search

▸ **HOME**    ▸ **NEWS & EVENTS**    ▸ **DEPARTMENTS & DIVISIONS**    ▸ **PAY & BENEFITS**    ▸ **MEMBERS ONLY**

## News & Events

Home    ››    News & Events    ››    APWU Web News Articles    ››    APWU Creates 'e-Team'

🖨 Printer-Friendly Page

▸ Latest News
▸ News Bulletins
▸ APWU Web News Articles
▸ For the Press
▸ Calendar of Events
▸ Current Issues
▸ Labor History Articles

▸ News Archives
▸ Issues Archives


About RSS

### APWU Creates 'e-Team'

**APWU Web News Article #16-06, March 20, 2006**



The APWU Legislative Department is establishing an e-mail alert system that is intended to help union members react quickly to important developments. "Legislative matters can change with very little notice," said Legislative Director Myke Reid. "And with the security measures that are in place on Capitol Hill, letters are often delayed until it is too late to affect a representative's actions on important legislative issues.

"We are introducing the APWU e-Team, to ensure that our members' voices are heard quickly and loudly on Capitol Hill. We are asking union members — as well as their family, friends and supporters — to join us by signing-up for the APWU e-Team."

"But e-mail lists for organizations like ours can only be effective if local and state leaders are fully involved," cautioned union President William Burrus. "For that reason, we are asking each state president to appoint an e-Team coordinator."

Union members, retirees, and family members can register on the union's Web site, www.apwu.org. When they enroll, activists will be asked to provide their e-mail address and home address. "This will enable the union to organize the list by congressional districts, which will provide an effective means of coordinating legislative activities," Reid said. Each time a member signs-up, the information will be forwarded to the state coordinator.

Using the e-Team system, the national union will transmit legislative news, action alerts, and other relevant information. The messages may ask recipients to contact their U.S. senators and representatives on issues of importance to union members.

"APWU members who sign up for the e-Team will be reached quickly, and will be made aware of breaking news or requests for urgent action," Reid said.

"We are attempting to build a nationwide e-mail list, and we want to enlist local and state presidents to help spread the union's messages," Burrus said. "The list will become an important tool for members to join the fight to protect their jobs."

"We urge you to join the network, and suggest you encourage your co-workers to join as well. The bigger the list gets, the more effective this tool will be," Reid said.

[back to top]

© 2012 APWU. Disclaimer. Privacy Policy. Webmaster.



About APWU   Links   Site Map   Contact Us   APWU Store

Search this site   All Sections   · GO

Advanced Search

HOME    NEWS & EVENTS    DEPARTMENTS & DIVISIONS    PAY & BENEFITS    MEMBERS ONLY

## News & Events
Home  »»  News & Events  »  APWU Web News Articles  »  APWU Creates 'e-Team'

Printer-Friendly Page

▸ Latest News
▸ News Bulletins
▸ APWU Web News Articles
▸ For the Press
▸ Calendar of Events
▸ Current Issues
▸ Labor History Articles

▸ News Archives
▸ Issues Archives


Follow APWU   About RSS

## APWU Creates 'e-Team'

**APWU Web News Article #16-06, March 20, 2006**



The APWU Legislative Department is establishing an e-mail alert system that is intended to help union members react quickly to important developments. "Legislative matters can change with very little notice," said Legislative Director Myke Reid. "And with the security measures that are in place on Capitol Hill, letters are often delayed until it is too late to affect a representative's actions on important legislative issues.

"We are introducing the APWU e-Team, to ensure that our members' voices are heard quickly and loudly on Capitol Hill. We are asking union members — as well as their family, friends and supporters — to join us by signing-up for the APWU e-Team."

"But e-mail lists for organizations like ours can only be effective if local and state leaders are fully involved," cautioned union President William Burrus. "For that reason, we are asking each state president to appoint an e-Team coordinator."

Union members, retirees, and family members can register on the union's Web site, www.apwu.org. When they enroll, activists will be asked to provide their e-mail address and home address. "This will enable the union to organize the list by congressional districts, which will provide an effective means of coordinating legislative activities," Reid said. Each time a member signs-up, the information will be forwarded to the state coordinator.

Using the e-Team system, the national union will transmit legislative news, action alerts, and other relevant information. The messages may ask recipients to contact their U.S. senators and representatives on issues of importance to union members.

"APWU members who sign up for the e-Team will be reached quickly, and will be made aware of breaking news or requests for urgent action," Reid said.

"We are attempting to build a nationwide e-mail list, and we want to enlist local and state presidents to help spread the union's messages," Burrus said. "The list will become an important tool for members to join the fight to protect their jobs."

"We urge you to join the network, and suggest you encourage your co-workers to join as well. The bigger the list gets, the more effective this tool will be," Reid said.

[back to top]

© 2012 APWU. Disclaimer. Privacy Policy. Webmaster.

# DECLARATION OF

# MYKE REID

# EXHIBIT B





## APWU e-Team Report, Aug. 2, 2013

**Have You Contacted Your Lawmakers to Voice Opposition to Darrell Issa's Devastating Postal Legislation?**

The House Oversight and Government Reform Committee voted along party lines to approve H.R. 2748, a bill that would wreak havoc on the U.S. Postal Service.

It is crucial for every postal worker to contact their members of Congress and voice opposition to this devastating bill.

H.R. 2748 would deprive customers of vital services by closing post offices, stations and branches; consolidating plants; privatizing operations, and degrading service standards. It would harm workers by prohibiting postal unions and management from negotiating protection against layoffs; increasing health insurance costs, and limiting collective bargaining rights.

To read more about this bill, please click here.

To contact your members of Congress by phone, call the Capitol switchboard at 202-224-3121.

To send a printed letter or email to your members of Congress, please click here.

**APWU Urges Locals to Meet with Lawmakers During August Recess**

Today, Aug. 2, marks the last day Congress is in session before it breaks for a month-long recess. Lawmakers will leave D.C. and return to their home districts to campaign, fundraise, and meet with constituents.

APWU President Cliff Guffey is urging locals to contact their congressional representatives' and senators' state offices to schedule an appointment as soon as possible during the August recess to explain the urgency of the House and Senate taking up responsible postal reform.

"Locals are doing a fantastic job getting our message out at rallies, public input meetings, and in the media," said APWU Legislative Director Gary Kloepfer. "We need to keep up the pressure on Congress to act now," he said.

Please join us in lobbying for postal reform during the congressional recess.  If your local requires any assistance, contact APWU Legislative Director Gary Kloepfer at 202-842-4211 or the Vice President's office at 202-842-4250.

To find out more about the August actions, including materials for distribution, please click here.

**Turning Back the Clock for REAL Service?**

"We're turning back the clock on this." "We're going back to the way we used to do this. We're going to hand-sort in an effort to make this work." Yes, these comments were reportedly made by one Texas postmaster trying to ensure timely service following a flood of complaints from customers and bulk mailers who reported a loss of business due to slow delivery of time-sensitive material.

A large publisher in Kilgore, TX, reported confirmation of more than 70 documented complaints about delayed service since the closure of the East Texas Processing and Distribution Center near Tyler, TX.

The USPS plan to dismantle the postal network by closing distribution centers is not a path for growth. Perhaps a better plan would be to put the SERVICE back in Postal Service.

To read more about the problems that followed the mail processing changes, click here.

## Where Has All the Logic Gone?

In 2009 the USPS wanted to close the post office located in a historic 1890 building in East Irvine, CA. Local historians and residents fought to keep it open and as a compromise it was decided to reduce the hours and eliminate service on Saturday.

Fast forward to 2013... The Postal Service is now considering closure based on "A steady lack of revenue and/or volume." No kidding! Who could have predicted?

A public meeting was held, as required by discontinuance regulations, and residents and customers are once again awaiting the outcome. To read more click here.

## Hoyer Statements on Obama Meeting and July Jobs Report

In a meeting with House Democrats this week, President Obama discussed issues affecting the middle class and his efforts to grow jobs in America. Other topics addressed in the meeting included investments in infrastructure and education, immigration, and protecting Americans' voting rights. Additionally this week, the Bureau of Labor Statistics released its monthly jobs report which showed 161,000 private sector jobs added in July.

To read a statement by House Democratic Whip Steny Hoyer (D-MD) on the meeting, please click here.

To read Hoyer's remarks on the July jobs report, please click here

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130802.htm





## APWU e-Team Report, July 26, 2013

**Issa Advances His Postal Destruction Bill Out of Committee – Have Your Representatives Heard from You?**

On Wednesday, July 24, the House Oversight and Government Reform Committee voted along party lines to approve a postal bill introduced by Rep. Darrell Issa. All 22 Republicans on the Committee voted to advance the bill while all 17 Democrats on the Committee voted against the extreme proposal.

This bill would spell disaster for the Postal Service and customers who rely on it. H.R. 2748 would close post offices, stations and branches; consolidate plants; privatize operations, and degrade service standards. It also would harm workers by prohibiting postal unions and management from negotiating protection against layoffs; increasing health insurance costs, and limiting collective bargaining rights.

"If it is enacted, this bill will lead to the demise of the Postal Service," said APWU President Cliff Guffey. "I call upon all APWU members to contact their U.S. representatives and urge them to vote 'no' when the bill is brought before the full House."

"H.R. 2748 would weaken the USPS and jeopardize postal jobs," said Legislative and Political Director Gary Kloepfer. "And it wouldn't do nearly enough to fix the financial crisis Congress created. We must defeat it."

To read more about Issa's deeply disturbing postal bill, please click here.

To contact your members of Congress by phone, call the Capitol switchboard at 202-224-3121.

To send a printed letter or email to your members of Congress, please click here.

---

**Oversight Committee's Ranking Member Calls Several Provision in Postal Bill "Extreme"**

Following a vote by the House Oversight and Government Reform committee to pass H.R. 2748, Rep. Elijah Cummings (D-MD), Ranking Member of the Committee issued a press release stating, "I am disappointed that Republicans once again chose to pass a partisan bill that includes a number of extreme provisions that would weaken the Postal Service and negatively impact service to all Americans."

Cummings also stated the Committee voted on a partisan basis after all amendments offered by Democrats were rejected, which included proposals regarding the protection of postal employee bargaining rights and workers' compensation, and the return of FERS overpayment.

To view Ranking Member Cummings' statement on the Committee vote and rejected amendments, please click here.

---

**Replacement Nominees for NLRB Announced following Senate Deal**

In a deal last week to avoid the 'nuclear option,' President Obama agreed to offer two nominees to replace Richard Griffin and Sharon Block in exchange for Senate Republicans' promise not to block the confirmation of Obama's new nominees, Nancy Schiffer and Kent Hirozawa.  Schiffer is the associate general counsel at the AFL-CIO, and Hirowaza is the chief counsel to the NLRB Chairman.

In an opinion piece featured in The Hill, Juan Williams argued the compromise to avoid the 'nuclear option' which would have banned the use of the filibuster on executive branch nominations rewarded Republicans' general intent to obstruct all Democratic and Obama Administration efforts.  Despite sacrificing Obama's original nominees whose

confirmation votes would not have faced gridlock in prior years, there are no signs of the GOP ending their obstructionist agenda that continued to harm workers.

For more on Obama's replacement nominees to the NLRB, please ~~click here~~.

## The Struggle to Ensure Workers Earn Living Wages Keeping Wal-Mart Out of Some Cities

Earlier this month, the Washington, D.C. City Council passed a bill that would add Washington to the list of cities that are taking a stand against 'big box' employers that exploit workers with low – very low – wages and little employment protections.  The Council adopted the "Large Retailer Accountability Act" which would force certain large retailers to pay a minimum wage of $12.50 an hour.  Worker advocates hope the initiative spurs other cities and municipalities to adopt similar protections for residents who face poor wages and working conditions when big box retailers come into town.

For more on the D.C. battle against Wal-Mart, please ~~click here~~.

~~[back to top]~~

http://www.apwu.org/dept/legis/eteamreports/etr-130726.htm





## APWU e-Team Report, July 19, 2013

### President Guffey Testifies at Postal Hearing

President Guffey testified before the House Oversight and Government Reform Committee's hearing on postal reform on July 17.  The hearing largely focused on a draft postal bill by Chairman Darrell Issa (R-CA) that the APWU has called "deeply disturbing."

At the hearing, President Guffey reminded lawmakers of the devastating impact of plant closures and degraded service standards. "We're at the point now where the more right-sizing we do, the more the mail is delayed and it loses its value to the customer," said Guffey. He noted that businesses and individual customers are already voicing frustration at mail delays, which will translate to reduced postal revenue.  He further urged the committee to get USPS back on the right track by reinstating robust service standards as a part of their reform legislation.

To read more about the hearing and watch video of President Guffey's testimony, please ~~click here~~.  Guffey's testimony begins at the 45 minute mark.

### Issa Moves to Advance His "Deeply Disturbing" Postal Bill

Following the hearing on his draft bill, Chairman Issa set a committee business meeting for July 24 to markup his bill so that he might pass it out of his committee. In advance of that markup, Issa announced some changes to his draft bill. Among the changes is the elimination of the requirement to re-open contract negotiations to immediately eliminate protection against layoffs.

These changes, however, do little to change the core of Issa's destructive postal bill.  The revised bill would prohibit postal unions and management from negotiating protection against layoffs in future contracts; increase health insurance costs; limit collective bargaining rights; close post offices, stations and branches; consolidate plants, and privatize operations.

To read more about the bill and next week's markup, please ~~click here~~.

### APWU and Mail Handlers Announce August Action on Postal Reform

The APWU and the National Postal Mail Handlers Union have announced plans to conduct a nationwide joint lobbying effort over the congressional recess from Aug. 5 to Sept 6.  Members of both unions are encouraged to contact their senators and representatives and ask them to co-sponsor the Postal Service Protection Act (H.R. 630 in the House / S. 316 in the Senate) and the Protect Overnight Delivery Act (H.R. 2459).

"The Postal Service's plans threaten the jobs of every postal worker," said APWU President Cliff Guffey.  "Dismantling the network and cutting service will not fix the Postal Service's finances. It will lead to the demise of the Postal Service by making its services less timely and therefore less valuable."

Now is the time to act!  Join us in advocating for postal reform during Congress's August recess.  If you require any assistance, please contact APWU Legislative Director Gary Kloepfer at 202-842-4211 or the Vice President's office at 202-842-4250.

For more information on the APWU and Mail Handlers August Action, please ~~click here~~.

### Senate GOP Ends Obstruction of Crucial Nominees

This week, Senate Democrats and Republicans resolved their longstanding impasse over many of President Obama's nominees. Breaking the stalemate, Senate Majority Leader Harry Reid (D-NV) agreed not to adjust Senate filibuster

rules for nominees and Senate Republicans in turn agreed to stop obstructing several critical nominations.

The development is a big win for working families nationwide, as the Senate voted yesterday to confirm Tom Perez as the next Secretary of Labor.  Further, AFL-CIO counsel Nancy Schiffer and NLRB counsel Kent Hirozawa will not be blocked by Senate Republicans and will get a clean vote on their nominations to the National Labor Relations Board (NLRB).  This move paves the way for the NLRB to continue its important work of enforcing the nation's labor laws.

To read more about this positive development, please click here.

### Flood, Fire, Snow, Hurricane and Even A Zombie Apocalypse... Postal Workers are Prepared

The U.S. Postal Service and its half a million employees are uniquely equipped to aid in the recovery of disaster effected areas following a natural or man-made disaster.  Such events often affect power, phone and wireless services, leaving disaster victims in dire need of relief aid packages and communication.  While community disasters also affect postal workers, members of the USPS workforce dependably get back to their stations, facilities and routes following an event, allowing victims to return to a sense normalcy.  It is clear the USPS, postal workers and Congress must work to preserve our national communication infrastructure, which provides relief and communication services to our communities.

For more on the vital role of the USPS and the Postal Workforce during a disaster, please click here.

### New Bill Would Prohibit Unionization of IRS Employees

Last week Rep. Cory Gardner (R-CO) introduced the Preventing Unionization of Revenue Service Employees Act, or PURSE Act.  The legislation would add approximately 100,000 IRS employees to the list of federal workers prohibited from joining unions that collectively bargain with their agency, such as the FBI, CIA and Secret Service.

Rep. Gardner's bill is a thinly-veiled attacked on organized labor rather than a genuine effort to address recent allegations against the IRS.  APWU Legislative and Political Director Gary Kloepfer denounced the bill, stating, "Instead of raising up all workers through the ability to collectively bargain for fair working conditions and wages, the conservative Congress wants to sink all federal workers."

To view the text of the PURSE Act (H.R. 2679) and representatives supporting the bill, please click here.

### Senate Conservatives Continue to Push Against Union Representation

During a Homeland Security and Governmental Affairs hearing, Senate Republicans continued to aim fire at the "official time" system.  Official time has been part of federal workers' collective bargaining rights, allowing employees to take paid time off to engage in the union representation.  Such measures are necessary for preserving effective labor-management relations.  Katherine Archuleta, President Obama's nominee to head the Office of Personnel Management (OPM), testified at the hearing that official time was beneficial and helped to anticipate and resolve issues between workers and management.

On July 16, Sen. Thomas Coburn (R-OK) introduced S. 1312, which would limit the use of official time by federal employees.  In the House, H.R. 568 was introduced by Rep. Dennis Ross (R-FL) and passed by committee earlier this year. It would require additional reporting by OPM of official time despite the fact that OPM has produced a similar report for over a decade.

For more on conservative lawmakers' continued scrutiny of "official time," please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130719.htm





## APWU e-Team Report, July 12, 2013

**Flurry of Postal Reform Developments on Capitol Hill**

In the last week, there have been several developments relating to postal reform legislation. Next Wednesday at 1:30PM EDT, the full House Oversight and Government Reform Committee will hold a hearing titled "A Path Forward on Postal Reform." Among the topics expected to be discussed are the ~~deeply disturbing~~ draft bill authored by Rep. Darrell Issa (R-CA), the committee's chairman, and a newly released draft bill by Rep. Elijah Cummings (D-MD), the committee's ranking Democrat. It is expected that the committee will move to mark up postal reform legislation in the week after the hearing.

With the flurry of recent and upcoming postal reform activity, the APWU homepage and these weekly E-Team updates can be great ways to stay on top of legislation that can make or break the Postal Service.

To share the E-Team updates with a coworker who wants to stay informed, they can ~~click here~~ to sign up.

To find out more about the bill authored by Rep. Cummings, please ~~click here~~.

As more information about the hearing becomes available, it can be found on the Committee's website, found ~~here~~.

**Not a Cent!**

With Postal Reform hearings once again around the corner, the APWU is renewing its television ad campaign, with ads appearing on NBC Nightly News, CNN, MSNBC, and Fox News.

First to appear is the popular "Not a Single Cent" ad that dispels the myth of the taxpayer bailout and describes the enormous task performed by postal workers.

To see the ad and to read more about our ongoing campaign to defeat detrimental legislation and win support for real reform, please ~~click here~~.

**Senate GOP Threaten to Shut Down NLRB with Filibuster, Reform Considered**

The National Labor Relations Board, the regulatory body tasked with enforcing workers' rights, is crucial to postal workers and tens of millions of working Americans. Unfortunately, this essential organization will be brought to a standstill without enough members to function in August unless President Obama's nominees to the NLRB are confirmed by the full Senate.

As Senate Republicans threaten to block these critical nominees, things have heated up as Senate Majority Leader Harry Reid has threatened to reform the filibuster and revise Senate rules so that a stubborn minority of Senators cannot obstruct important presidential nominations. Filling the vacancies at the NLRB is imperative to working Americans and if Senate Republicans insist on abusing the filibuster to block nominees, the filibuster must be reformed.

To read more about the showdown over filibuster reform and the nominees to the NLRB, please ~~click here~~.

**U.S. Military Veteran Postal Workers Honored**

A recent ceremony in Nassau County, NY honoring U.S. military veterans in the Postal Service demonstrated the dedication of many postal workers to public service. The USPS continues to be among the nation's largest employers of veterans. It is estimated that over 22 percent of the career workforce is composed of preference eligible veterans of whom approximately 40,000 are categorized as disabled and nearly 13,000 are rated as 30

percent or more disabled.

Many veterans have received employment opportunities with the Postal Service due to the Veterans' Preference Act. For nearly seven decades the Act has provided important assistance to those who have served our nation through military service by favoring veterans within government employment, including the USPS.  Consequently, the current attempts to remedy USPS's financial crisis through labor and service reduction will have a profound impact on those who have served our nation in the highest regard.

For more on Nassau County's ceremony to honor U.S. military veteran postal workers, please ~~click here~~.

## Convenience or Corporate Greed? – The Banks Wants the First Bite!

Outrage is building as more and more workers, especially those working for low wages, are being paid with a payroll card. In 2012 wages for workers were loaded onto 4.6 million cards, a number that is expected to reach 10.8 million by 2017.   The largest issuer of these cards says that it attracts companies by offering "convenience" to employees and cost savings to employers. A contract between New York City Housing Authority and Citibank revealed that the employer would actually receive payment for every card issued.

While some employers offer a choice, others do not, removing all options for direct deposit or a paper check. Real injustice occurs when employees are not given a choice. Payroll cards are largely unregulated and can leave cardholders drowning in fees. Inactivity fees, banned for regular debit and credit cards, are as high as $7 on payroll cards and for some of these cards fees are impossible to avoid, with some charging $1.50 just to transfer wages from the card to an employee's bank account!

This new trend seems to have nothing to do with "convenience" and is simply the newest way for banks to make money since limits were recently imposed on fees they can collect for debit and credit cards. Payroll card fees can take such a big bite out of paychecks that when these fees are taken into account, some employees end up making less than minimum wage…. hardly convenient!

Thanks to public outcry over this issue, it was recently announced McDonald's would abandon this practice of compulsory debit cards and would offer choice. To learn more, please ~~click here~~.

## The U.S. Postal Service Must Remain a Public Good

At its founding, the American postal service was created as a public good; a system meant to connect every household to a national communication infrastructure.  The reliability and ubiquity of the Postal Service promoted the integration of all parts of our great nation – urban and rural – and supported the development of American commerce.  Today, however, many conservative think tanks and business groups have pushed to turn the Postal Service into an entity that puts corporate interests above the needs of the American public.  Big Business continues to push for lower mail rates and preferential treatment at the expense of the quality service everyone else relies on!  The call to turn the Postal Service into a tool only for the benefit of corporate interests disregards the history of the service as a public good that connects the country and as a source of productive employment for American workers.


For more on Big Business' attacks on the Postal Service, please ~~click here~~.

[~~back to top~~]

http://www.apwu.org/dept/legis/eteamreports/etr-130712.htm





## APWU e-Team Report, June 28, 2013

**Bills for Postal Reform Need to Be Heard!**

There are now three important bills in the House and one in the Senate dealing with various aspects of postal reform.

In the Senate:

- **S.316: The Postal Service Protection Act**, introduced on 2/13/13 by Sen. Bernie Sanders (I-VT), (28 co-sponsors), would end the pre-funding mandate, protect delivery standards, and refund overpayments the USPS made to federal retirement systems.

In the House:

- **H.R. 630: The Postal Service Protection Act**, introduced on 2/13/13 by Rep. Peter DeFazio (D-OR), (163 co-sponsors). This is the House version of S.316, explained above.
- **H.R. 961: United States Postal Service Stabilization Act**, introduced on 3/5/13 by Rep. Stephen Lynch (D-MA), (131 co-sponsors), would end the pre-funding mandate, recalculate pension liabilities, and refund overpayments the Postal Service made to federal retirement accounts.
- **H.R. 2459: Protect Overnight Delivery Act**, introduced on 6/20/13 by Rep. Rosa DeLauro (D-CT), (70 co-sponsors), would restore overnight delivery standards.

And then we have the draft postal bill released by the chairman of the Oversight and Government Reform Committee, Rep. Darrell Issa (R-CA). This draft has not yet been submitted as an actual bill, but has been posted by Rep. Issa for review and comment.

One has to wonder why, if there is really any interest in constructive postal reform, one of the existing bills with many co-sponsors has not yet been brought up to begin the debate. As APWU President Cliff Guffey noted, Rep. Issa's draft legislation would "punish postal workers, privatize much of the USPS and deprive the American people of vital services."

Could it be that this is the only type of postal reform that interests Rep. Issa?

**Issa's Draft Bill is FAR from Compromise**

If you were to take some recent news reports at face value, you might have gotten the impression that Rep. Issa is working with Democrats on a compromise, bipartisan postal reform bill.  In an article titled, "Issa Reaches out to Democrats on Postal Reform," DC-based *The Hill* newspaper reported that Issa is inviting Democrats to join him in his effort to preserve "a healthy, thriving Postal Service."

In light of such undeserved praise, APWU Legislative and Political Director Gary Kloepfer reminds us, "This is not a compromise."  What goes entirely unmentioned in *The Hill* article is any reference to reduction in delivery standards, the consolidation of additional mail processing facilities, the closure of more post offices, increased health insurance costs to Postal Workers, cuts to benefits, and the promotion of contracting out postal work.  While *The Hill* reports that Issa has worked to make his bill less controversial, it somehow fails to note all of these extremely controversial and wrongheaded policies contained in the bill.

To read *The Hill*'s misguided take on Issa's postal bill, please ~~click here~~.

To get the REAL story on Issa's deeply disturbing bill, please ~~click here~~.

**July 1st is National Postal Workers Day!**

Monday, July 1st is National Postal Workers Day.  The men and women of the U.S. Postal Service are among the best workers in our nation.  Postal workers process 40 percent of the world's mail and deliver to 152 million homes in every corner of the country. The USPS is considered one of the most trusted companies by consumers.

For doing everything that you do, the APWU Legislative and Political Department wishes you a well-earned National Postal Workers Day!

For more on the National Postal Workers Day, please click here.

**Break the Chained CPI... No Cuts to COLAs!**

The APWU is urging union members and retirees to participate in rallies across the country on Tuesday, July 2, to protest a proposal that would put retirement benefits for millions of workers on the chopping block. The threat is from a proposal to use a new method to calculate cost-of-living adjustments (COLAs) for postal and federal retirees and Social Security recipients. The new method — known as the "chained CPI" — would result in much smaller cost-of-living increases than the current formula establishes.

Join the Alliance for Retired Americans in forming a **Human Chain** at congressional offices, federal buildings and other key sites in locations around the nation to STOP CUTS to cost-of-living adjustments (COLAs).

Social Security COLAs, intended to help retirees keep up with a rising cost of living, already lag behind the REAL increase costs because higher healthcare costs are not properly weighted.  Despite that, many in Congress are now proposing a benefit cut by tying the COLA to the chained CPI, a smaller measure of inflation.  This is not a small change or merely a "technical change;" it will result in an immediate cut and will compound over the years, taking much-needed money out of the hands of seniors.

Postal retirees' annual COLA increases are based on the same index used for Social Security. If the chained CPI is adopted, the proposed cut will impact Social Security recipients AND postal and federal retirees!

*We are calling on APWU members and retirees to join a Human Chain against the Chained CPI.*

To download a fact sheet, find the event closest to you, and to learn more, click here.

**SCOTUS Decision to Overturn DOMA Expands Access to Federal Benefits**

On Wednesday, the US Supreme Court struck down the Defense of Marriage Act (DOMA), a 1996 law that blocked the federal government from recognizing same-sex marriages.  DOMA resulted in the exclusion of thousands of same-sex spouses of federal workers from receiving benefits such as those under the Federal Employee Health Benefits Plan (FEHBP), the Civil Service Retirement System (CSRS) and the Federal Employee Retirement System (FERS).

The Office of Personnel Management's (OPM) Acting Director, Elaine Kaplan, released a statement calling the Supreme Court decision a "welcome development in the continuing quest to ensure equal treatment under the law to all Americans."  The Department of Justice and OPM will be working with federal agencies to ensure proper implementation of the Supreme Court decision.

The Department of Defense has already issued a statement welcoming the decision and will begin to implement changes with OPM guidance soon.  The Postal Service has not yet issued a statement on the decision, but postal workers and their families – all families – will also benefit from the court decision.

For more on the expansion to federal benefits to same-sex spouses, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130628.htm





## APWU e-Team Report, June 21, 2013

**Biased Report Calls for USPS Privatization**

Yet another conservative think tank has come out with a study calling for the privatization of all postal operations except delivery.  In a June 2013 report titled "Postal Reform for the Digital Age," the Information Technology and Innovation Foundation (ITIF) put forth an extreme plan where USPS would only keep its monopoly on last-mile delivery while opening up collection, transportation, sorting and processing of the mail to private interests.

To make this dangerous proposal a reality, the authors of the study call upon Congress to "give USPS the authority to close post offices, sorting facilities and other facilities, to layoff postal workers, and to choose how many days a week to deliver mail."  These flagrantly anti-worker proposals are cut from the same cloth as the destructive policies put forth in Rep. Darrell Issa's latest postal reform bill.  It should come as no surprise to learn that Rep. Issa serves as an honorary co-chair of the think tank.

To read more about the biased report, please click here.

**Customers Notice Delays in Mail Delivery as P&DCs Close**

As processing and distribution centers around the country are closed, customers and businesses are noticing delays in mail service.  Facility closures often results in mail being processed far from its origin, which can lead to delivery delays.  If you believe you have experienced delays in mail service due a plant closure, please contact the APWU Legislative & Political Dept.

For more on customers impacted by P&DC closures, please click here.

**Time to Capture Lost Opportunities**

The USPS Office of Inspector General recently evaluated General Service Administration (GSA) contracts to provide high-volume delivery services for federal agencies. The federal government spends hundreds of millions of dollars each year for mailing services and the vast majority of contracts for these services have gone to the Postal Service's competitors, primarily UPS. The investigation revealed that competitors have consistently captured more than 98 percent of shipping revenue through GSA contracts.

One of the challenges cited in the report is the lack of 2-3 day guaranteed express delivery products, but the report is not all bad news. The OIG estimates that it is possible for the Postal Service to generate over $34.8 million during the 2013 and 2014 fiscal years with some strategic changes.

Instead of looking at ways to dismantle the postal network and the excellent service that we can provide, it is high time for the Postal Service to look at improving service and growing revenue.

To learn more about the OIG report, please click here.

**Capitol Hill Post Offices Are Slated for Closure, Rep. Issa Praises Announcement**

The Postal Service has slated three post offices in the Capitol Building for closure this August.  While savings from the closures would have little or no impact on USPS's financial crisis, Rep. Darrell Issa (R-CA) praised the announcement, calling it "symbolically important."  This isn't surprising since Issa wrote to Postmaster General Patrick Donahoe last year urging the USPS to close the offices.  Several members of Congress have decried the closings that will take place in the Capitol building and the Rayburn and Cannon House Office Buildings.  It's clear that even post offices used by Congress are not immune from the result of the financial crisis they created.

For more the closure of Capitol Hill post offices, please click here.

**The Postal Service and Privacy**

Following recent revelations about government programs for the surveillance of email and telephone calls, some have speculated that those interested in privacy would begin making greater use of the Postal Service.  To read an editorial in Forbes expressing such a viewpoint, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130621.htm





## APWU e-Team Report, June 14, 2013

**Rep. Issa Releases a "Deeply Disturbing" Draft Postal Reform Bill**

On June 13, Rep. Darrell Issa (R-CA), the Chairman of the House Committee on Oversight and Government Reform, released a draft postal reform bill that stands to hurt postal employees and set USPS on a course to for-profit privatization. APWU President Cliff Guffey called the draft bill "deeply disturbing" as it contains several troubling provisions that would:

- Prohibit the USPS and postal unions from negotiating protection against layoffs
- Require unions to renegotiate current contracts that include protection against layoffs
- Immediately increase postal workers' health insurance costs
- Impose a two- to three-day delivery standard for first-class mail
- Close post offices, stations and branches
- Consolidate additional mail processing facilities
- Privatize postal retail services (It would prohibit customers from appealing a decision to close a post office, station or branch if a contract postal unit is opened within two miles.)
- Establish "competition advocates" to promote contracting out

For more on Rep. Issa's draft postal reform bill, please click here.

**Rep. DeLauro Calls on House Members to Preserve Overnight Delivery**

This week Rep. Rosa DeLauro (D-CT) invited House members to become original co-sponsors of the Protect Overnight Delivery Act, a bill that will be introduced later this month. In her letter, DeLauro stated the legislation would protect mail processing plans from closure by preventing the Postal Service from moving to two- to three-day delivery standards.

Preserving delivery standards ensures Americans can continue to rely on timely mail delivery, stops destruction of the Postal Service network and saves jobs. "The elimination of overnight delivery standards and consolidating processing facilities will have a disastrous impact on local and national unemployment," wrote DeLauro.

For more on the forthcoming Protect Overnight Delivery Act, please click here.

**Rep. DeFazio Speaks in Support of Postal Service Protection Act**

In an interview with Bloomberg Businessweek this week, Rep. Peter DeFazio (D-OR) spoke in support of the Postal Service Protection Act, which he and Sen. Bernie Sanders (I-VT) authored. His interview covers a number of topics, including provisions in the Postal Service Protection Act to fix the disastrous pre-fund mandate, establish new revenue streams for the Postal Service, and reinstate delivery standards.

"If you degrade first-class mail …. by closing these regional sorting centers," said DeFazio, "you have the potential of letters taking five days for first class." As DeFazio puts it, degraded delivery standards could "destroy the Postal Service."

To read the full interview, please click here.

**Unintended Consequences of Changing Postal Healthcare Options**

During Senate hearings on the Postal Service financial crisis in February, Postmaster General Patrick Donahoe again stressed his desire to reduce costs by pulling 1.1 million U.S. Postal Service employees and retirees out of the Federal Employee Health Benefits Program. Such a move could only occur with congressional approval.

Despite employee skepticism and doubts expressed by the Director of Office of Personnel Management, the Postal Service continues to push for this change, touting it as an "economically responsible" part of postal reform, and insisting that employees and retirees would save nearly $700 million dollars annually in premiums.

Meanwhile, OPM raised serious concern about "unintended consequences" for other federal employees if the USPS is allowed to remove postal employees and retirees from the FEHBP.  An independent consultant and author of *Consumers' Checkbook Guide to Health Plans for Federal Employees* told Congress that the move would destroy the FEHBP, "disrupt the health insurance of 8 million Americans, and breach statutory entitlement promises made to millions of federal retirees."

Stay tuned...in July the Government Accountability Office is due to issue a report on the effects of the USPS withdrawing from the FEHBP. To learn more, please click here.

**Trumka: Congress Must End Logjam on NLRB Appointees**

In a Delaware County Daily Times letter to the editor, AFL-CIO President Richard Trumka this week called on Congress to approve President Obama's appointees to the National Labor Relations Board (NLRB).  In the letter, Trumka states that, "In order to rebuild our economy and level the playing field for all working people – union and non-union – the law protecting workers' rights must be enforced.  That's the role of the NLRB – and it needs to work."

Unfortunately, the NLRB is under attack by extremists in Congress.  Some anti-union senators are refusing to confirm President Obama's nominees to the panel, which will soon deprive it of a quorum, and are pushing legislation to weaken the board.  To enable the board to continue protecting workers' rights, senators in Washington must put their partisanship aside and confirm President Obama's crucial nominees to the NLRB.

To read President Trumka's letter to the editor in full, please click here

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130614.htm





## APWU e-Team Report, June 7, 2013

**Grassroots Community Support Needed for Postal Reform**

"It's crunch time," says APWU Legislative and Political Director Gary Kloepfer. "Our brothers and sisters must continue to contact their members of Congress and encourage their families, friends and neighbors to do the same." Postal reform that protects delivery standards and keeps facilities open must be achieved with the support of our communities. At a feasibility hearing for the Madison Processing & Distribution Center last week, Rep. Mark Pocan (D-WI) encouraged the members of the community to "express [their] concerns to the USPS so that we can protect our mail delivery." APWU members and those in our communities who support postal reform should continue to contact their U.S. senators and representative to ensure postal legislation is a top priority.

UPDATE: The Postal Service Protection Act (H.R. 630/S. 316) has gained 160 co-sponsors in the House (153, Dem.; 7, Rep.) and 27 co-sponsors in the Senate.

To contact your members of Congress, please click here.

**Some in Congress Make Headlines Instead of Solutions**

The current House of Representatives is on pace to be one of the least productive in decades. While political posturing in the House continues, there seems to be little appetite for dealing with the nation's pressing problems.

The need for postal reform is playing second fiddle to the desire of some legislators to focus on "scandals." It is important that Congress keep federal agencies accountable to taxpaying Americans; however, wasting time to take political potshots while ignoring other issues hurts us all. The continued oversight hearings provide the House Oversight and Government Reform Committee high visibility, but they do not move us any closer to desperately needed postal reform.

For more on how the latest "scandals" may affect Congress, please click here.

**OIG Survey Finds Internet-Connected Americans Support USPS**

The USPS Office of Inspector General (OIG) released the results of a survey on the views of Internet-connected Americans on the Postal Service. The report reveals several key findings, including: More than 70 percent of respondents oppose closing mail processing facilities if it would result in a one- or two-day delay in mail delivery; 74 percent also oppose reducing the hours of operation at post offices; 77% incorrectly believe the Postal Service is either partially or fully funded through tax dollars; 80% of Americans think that all areas of the country should continue to be served by the USPS; and nearly half of all respondents expressed interest in additional non-postal services being made available at post offices.

It is important to note the survey respondents did not include non-Internet users, who are likely to rely more heavily on postal services. Senior citizens, adults with less than a high school education and those living in households earning less than $30,000 per year are the least likely adults to have internet access. Today, 20% of Americans are without internet; and 40% – nearly 100 million people – do not have broadband access.

For more on OIG's survey of internet-connected Americans, please click here.

**Sen. Frank Lautenberg (D–NJ) Remembered**

On June 3, Senator Frank Lautenberg, New Jersey's longest serving senator, died of complications from pneumonia. He was the Senate's last surviving veteran of WWII, having served in the Army Signal Corps as an enlisted soldier. Crediting the GI bill for allowing him to get a college education, as a senator he co-authored a new GI bill,

expanding benefits for those who would follow. He is also widely remembered for getting legislation passed to ban smoking on commercial flights and in other public places.

New Jersey Gov. Chris Christie has appointed Republican Jeffrey S. Chiesa, the state's attorney general, to temporarily fill the vacant Senate seat. A special election has been set for Oct. 16, with the primary to be held on Aug. 13. All candidates for the special election must submit petitions by June 10. Mr. Chiesa does not plan to seek the seat in the special election.

APWU President Cliff Guffey and Legislative and Political Director Gary Kloepfer encourage New Jersey APWU members to get active in selecting their next U.S. Senator.   It is crucial for us to work closely with the NJ AFL-CIO and Central Labor Councils in the state to make sure that the candidate elected to fill the vacancy created by Senator Lautenberg's death will follow in his footsteps by standing with the APWU and other working people of New Jersey.

To view House Democratic Whip Steny H. Hoyer's statement on the late Sen. Lautenberg, please click here.

## Obama Nominates Three to Fill Crucial Court Vacancies

On June 4, President Obama nominated three jurists to fill vacancies on the 11-seat U.S. Court of Appeals for the D.C. Circuit.  The D.C. Circuit is considered to be one of the most powerful courts in the country, second only to the Supreme Court.  AFL-CIO President Trumka urged the Senate to confirm the nominees and noted how profound an impact this court's decisions can have on workers' rights.  "The D.C. Circuit is extremely important to working families," said Trumka.  "The court hears more significant labor-related cases—workplace safety cases, wage and hour cases, unfair labor practice cases and other regulatory cases— than any other Circuit Court of Appeals."

The three judicial nominees now await confirmation by the Senate.  They join numerous other Obama nominees whose nominations are being obstructed by Republican senators, including Tom Perez for Labor Secretary and nominees to the National Labor Relations Board.

To read more about the importance of confirming these judicial nominees, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130607.htm





## APWU e-Team Report, May 31, 2013

**New Senate Bill to Fire Tax Delinquent Federal, Postal Employees**

On May 23rd, a bill was introduced in the Senate that calls for the firing of any federal and postal employees who are not current on their federal income taxes.  The bill would also ban the federal government or Postal Service from hiring individuals with "serious delinquent debt" to the IRS.

This bill is similar to a measure sponsored by Rep. Jason Chaffetz (R-UT) that was rejected by the House of Representatives in April.  When the House considered the measure, Rep. Matt Cartwright (D-PA) wisely questioned if these efforts would help with tax compliance or whether it is "just another in a long series of unfair attacks on federal employees and the unions that represent them."  Such a question is merited considering the IRS reports that 97 percent of federal employees pay their tax on time, as compared to 92 percent of the general public.

This new Senate bill (S. 1045) has been referred to the Senate Committee on Homeland Security and Governmental Affairs.  This anti-worker legislation will have a tough time getting through the Democratically-controlled Senate if it is approved in committee.

To read more on the bill, please click here.

**U.S. Treasury to Borrow from Federal, Postal Retirement Accounts**

As was reported in last week's e-Team Update, the U.S. Treasury Department is preparing to temporarily tap into federal and postal retirement accounts in order to fund governmental operations until the debt ceiling is raised.  One of the accounts the Treasury Department will borrow from and then repay is the controversial Postal Service Retiree Health Benefits Fund (PRHBF).  The PRHBF is "the one that's bankrupting the USPS," reminds APWU President Guffey.  While the Postal Service teeters on the verge of financial collapse, this move is a stark reminder that the tens of billions of dollars sitting in the Postal Service Retiree Health Benefits Fund could be put to much better use.

To read more about the retirement accounts, please click here.

**Pre-Funding Mandate Continues to Wreck Postal Finances, Rhetoric Masks Real Cause of USPS Financial Woes**

In another financial report released by the U.S. Postal Service, the agency shows a staggering year-to-date net operating income loss of $3.9 billion dollars.  However, $3.2 billion of those losses are due to payments required under the 2006 Postal Accountability and Enhancement Act (PAEA) for the postal retiree health benefits fund – that part is often left out of the public discourse on postal finances.  The mandate requires USPS to pre-fund 75 years worth of healthcare benefits for future retirees over a 10-year period, an obligation no other government agency or private entity is forced to bear.  The requirement accounts for approximately 70% of USPS losses and is the #1 reason for the agency's financial crisis.

For more on how postal finances are obscured by "fun with numbers," please click here.

**Suspicious Letters Tested Positive for Ricin**

Law enforcement authorities are investigating two suspicious letters this week that have tested positive for ricin.  The letters that were mailed to New York City Mayor Michael Bloomberg and his gun control campaign, Mayors Against Illegal Guns, are similar in style to another suspicious letter mailed this week to President Obama, which is also being tested for ricin.  As of 2004, the Biohazard Detection System installed in Postal Service mail processing plants have not had the capability to detect ricin in the mail stream in the same way they can detect anthrax.

The APWU continues to monitor the situation closely.  "We will do everything we can to protect the safety of our members," said APWU President Guffey. "That's our #1 concern."  Any worker who believes they have symptoms from exposure to ricin should notify their supervisor, see their doctor, and begin the workers' compensation process.

To find out more about the latest ricin incidents, please click here and here.

To see the Centers for Disease Control's fact sheet on ricin, including symptoms, please click here.

**Lawmakers Seek Additional Reporting of Federal Employee 'Official Time' use for Union Activity**

Last week H.R. 568, was passed (with amendment) through the House Committee on Oversight and Government Reform.  The bill, introduced by Rep. Dennis Ross (R-FL), would require the Office of Personnel Management (OPM) to provide an annual report to Congress detailing the use of "official time" by federal employees, despite OPM having produced a similar report for over a decade.

Official time is the authorized, on-the-clock time federal employees use to perform union tasks such as bargaining and representing employees in grievances.  Such time is a critical component to ensuring federal workers rights under collective bargaining agreements and promoting effective labor-management relations.  The bill does not apply to the U.S. Postal Service but points the increasing scrutiny Federal unions face from Congressional lawmakers.

For more on H.R. 568 and the accounting of Federal employee "official time," please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130531.htm





## APWU e-Team Report, May 24, 2013

**Support the Postal Service Protection Act**

The Postal Service Protection Act (S. 316 and H.R. 630) is steadily gaining co-sponsors in both the Senate and the House. Since last week, Senator Jeanne Shaheen (D-NH) and Senator Chris Murphy (D-CT) added their names as co-sponsors, bringing the total number of co-sponsors of S. 316 to 26. In the House, the following 10 representatives became co-sponsors: Rep. Gregory Meeks (D-NY), Rep. Theodore Deutch (D-FL), Rep. James Himes (D-CT), Rep. Gloria Negrete McLeod (D-CA), Rep. Louis Capps (D-CA), Rep. David Cicilline (D-RI), Rep. Ed Pastor (D-AZ), Rep. Sandy Levin (D-MI), Rep. Bill Johnson (R-OH) and Rep. Collin Peterson (D-MN), bringing the total number of co-sponsors of H.R. 630 to 156.

APWU Legislative and Political Director Gary Kloepfer urges members to continue to speak to their congressional representatives to request additional co-sponsors. Legislative relief is crucial to maintain the world's greatest postal service and the Postal Service Protection Act, if enacted will provide the necessary relief.

For more on the Postal Service Protection Act or to contact your legislators, please click here.

**Lawmakers ask PMG to stop accelerated consolidations and wait for postal legislation**

In the face of the Postal Service's announcement that it is accelerating the closures of over 70 mail processing facilities, this week 47 members of Congress signed a letter asking Postmaster General Patrick Donahoe to "maintain operations at mail processing facilities as originally reported to allow Congress to take action on postal reform legislation." The processing centers were previously identified as sites for possible consolidation in 2014.

Under the Postal Service's mounting financial burdens, the agency has resorted to measures that would decimate the postal network and degrade delivery standards American consumers and businesses rely on. In the letter, members of Congress urged Donahoe to hold off on further cuts stating, "It is critically important the postal service not preempt Congressional action by unilaterally moving forward with elimination of overnight delivery, allowing for major shutdowns across the country of mail processing facilities."

To learn more and to see if your representative signed on, click here.

**Obama Cabinet picks still waiting for Senate confirmation**

Thomas Perez, the nominee for Secretary of Labor, cleared the Senate Committee on Health, Education, Labor, and Pensions (HELP) with a 12-10 vote along party lines. Senate Republicans have expressed concern about Perez, contending the nominee has a pro-union bias and favors liberal policies. Some have vowed to block Perez's appointment, signaling a possible filibuster on a confirmation vote. Senate Democrats, however, have accused Republicans of obstructionism as other Obama nominations (Richard Cordray's nomination to head to the Consumer Financial Protection Bureau and Gina McCarthy's nomination as leader of the Environmental Protection Agency) have faced similar opposition among party lines. Senate Majority Leader Harry Reid (D-NV) has stated, however, that he plans to tackle immigration reform before taking on the contentious Cabinet nominations.

For more on Obama nominees awaiting Senate confirmation, please click here.

**U.S. Treasury Dept. to dip into Postal benefit funds to make ends meet**

In a letter to Speaker of the House John Boehner (R-OH), the U.S. Treasury Department stated it would take extraordinary measures to avoid defaulting on its obligations, including tapping into investments of the Civil Service Retirement and Disability Fund, and the Postal Service Retirees Health Benefit Fund. The Treasury Department is taking the action following the reinstatement of the national debt ceiling this week after Congress voted to

temporarily suspend the debt limit in January.

For more on the Treasury Department's measures to avoid default, please click here.

**National Labor Relations Board Facing Paralysis**

The National Labor Relations Board (NLRB), the agency tasked with protecting America's workers from unfair labor practices, is under partisan attack and at risk of becoming inoperable.  Right now, the board is operating with the bare minimum of three members necessary to issue decisions and protect workers' rights.  In August, NLRB Chairman Mark Pearce's term expires and the board will not have enough members to form a quorum and conduct its important business.

To stave off this looming disaster, President Obama has nominated five individuals, including the three current members, to fill the board.  Unfortunately, Senate Republicans are threatening to filibuster and block the confirmation of these nominees.  In doing so, they would allow the NLRB to fall into dysfunction.  Labor leaders including AFL-CIO President Richard Trumka are urging senators to take every appropriate action to confirm the president's nominees.  This week, the Senate Committee on Health, Education, Labor, and Pensions approved the nominations along a party line vote.  Now, it is up to the full Senate to confirm these vital nominations.

To read more on the NLRB nominees' confirmation process, please click here.

To read more about the stakes, and hear from a worker whose livelihood relies on a functional NLRB, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130524.htm





## APWU e-Team Report, May 17, 2013

**Legislative & Political Director Myke Reid Announces Retirement, Gary Kloepfer Accepts Director Position**

This week Myke Reid announced his retirement from APWU after nearly three decades of service advocating on behalf of federal and postal workers. "Myke is widely respected in the halls of Congress and throughout the APWU," said APWU President Cliff Guffey. "He has made great contributions to our struggle and he will be missed." At the recommendation of President Guffey, Maintenance Craft Assistant Director Gary Kloepfer assumed the Legislative and Political Director position following unanimous approval by the National Executive Board. "Gary has been a very effective advocate for the Maintenance Craft," Guffey said. "I am pleased that he has accepted this important assignment."

For more on changes at APWU's Legislative and Political Department, please click here.

**Postal Reform Bills Gain Co-Sponsors, More Support Needed**

The Postal Service Protection Act (S. 316/H.R. 630) continues to gain co-sponsors in Congress. This week Senators Barbara Mikulski (D-MD) and Sheldon Whitehouse (D-RI) and six House members added their names to the list of supporters of the legislation. The Postal Service Protection Act would repeal the pre-funding mandate, which continues to decimate postal finances; allows the USPS to recover FERS and CSRS overpayments, and reinstates delivery standards, which would help keep mail processing facilities open.

While leaders in the House Committee on Oversight and Government Reform and the Senate Committee on Homeland Security work to form their own postal bill, it is imperative that advocates for a robust, thriving Postal Service continue to contact their members of Congress to urge support for reform legislation that will address USPS's financial crisis without penalizing postal employees and the American public.

To find out if your Representative and Senators are co-sponsors of the Postal Service Protection Act, please click here.

To contact to your Representative and Senators and encourage them to support the Postal Service Protection Act, please click here.

**One week left for 'We the People' Petition to White House**

Last month Rep. Peter DeFazio (D-OR) launched a petition to the White House asking for the Administration's support of the Postal Service and postal jobs. To receive an official response from the White House, the petition must garner 100,000 signatures. Next Friday, May 24th is the last day signatures to the petition can be submitted. Currently, the petition has 25,117 signatures.

To sign the petition or to encourage others to sign, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130517.htm





## APWU e-Team Report, May 10, 2013

**The Postal Service Protection Act Gains Bipartisan Support**

As the leaders of the House and Senate committees with postal jurisdiction privately work on their own postal reform bill, the Postal Service Protection Act (S. 316 and H.R. 630) continues to gain support in Congress.  By repealing the pre-fund mandate, reinstating delivery standards, and enabling new postal products, the Postal Service Protection Act embodies the principles the APWU has identified as essential to the long-term health of the USPS.

In the last week, two more senators and a dozen members of the House have signed on as co-sponsors of the postal reform bill.  It is worth noting that support for the bill grows more bipartisan as Republican Congressmen Peter King (R-NY), Chris Gibson (R-NY), and Tom Marino (R-PA) have thrown their support behind the bill in the last two weeks.

Are your senators and representative among the growing ranks of lawmakers championing this comprehensive postal reform bill?  To find out, please click here.

If your lawmakers are not on board yet, please take a moment to contact their office and ask for their support by clicking here.

To sign a petition asking for the White House's position on the Postal Service Protection Act, please click here.

**Postal Losses in Second Quarter Primarily Due to Prefund Mandate**

For the first time in five years, the Postal Service posted an increase in revenue this quarter over last year, thanks in part to growing e-commerce and standard mail deliveries.  Despite these increases, the agency posted a net loss of $1.9 billion for the second quarter of the fiscal year.  As we've reported in the past, the congressionally mandated prefunding payments continue to make up the lion's share of USPS losses.  Of the $1.9 billion in losses posted by the agency, a full $1.4 billion are due to the prefund mandate.

To read more about today's USPS financial report, please click here.

**Compensatory Time Bill Passes House, Draws Criticism from Obama Administration and Worker Advocates**

This week, the House passed the Working Families Flexibility Act (H.R. 1406) which would allow private employers to offer employees unpaid, 'compensatory' time off in lieu of monetary overtime compensation.  The bill would permit eligible employees to earn an hour and a half of compensatory time – up to 160 hours—rather than wages at the overtime rate which current labor laws require.

Proponents of the legislation argue the bill gives working families the flexibility needed to achieve a better work-life balance.  Opponents contend the law would be disastrous for workers who may be coerced into accepting time off, which is especially detrimental for low-wage employees who depend on schedule stability and overtime pay to make ends meet.  A provision in the bill stating workers may use compensatory time if it "does not unduly disrupt the operations of the employer" has also drawn the ire of worker advocates who argue leaving the use of compensatory time up to the discretion of employers creates an environment ripe for intimidation where workers may feel discouraged from taking time off.

The bill does not impact those workers under collective bargaining agreements, but labor unions groups contend the legislation would hurt all workers.

The Statement of Administration Policy issued by the White House (PDF) this week voiced opposition to the bill,

saying senior advisors would recommend the President veto the bill in its current form as it "undermines the existing right to hard-earned overtime pay."

For more on the Working Families Flexibility Act, please click here.

**House Bill Takes Aim at FEHBP**

The Federal Employees Health Benefits Program (FEHBP), the program through which the vast majority of USPS employees and retirees get their health insurance coverage, is the target of a bill (H.R 1780) introduced by Rep. Dave Camp (R-MI).  If enacted into law, the bill would take every federal employee out of the FEHBP pool and move them to insurance exchanges offered by the Affordable Care Act.  While postal employees and retirees would keep their FEHBP coverage, the drastic removal of every federal employee from the pool would likely cause FEHBP premiums to rise for those who remain enrolled in the program.  For postal employees and retirees, the net effect of this poorly-crafted bill would be higher premiums.

To read more about H.R. 1780, please click here.

**Republicans Delay Obama Nominee for Secretary of Labor**

Yesterday a Senate committee plan to vote on President Obama's pick for Secretary of Labor, Thomas Perez, was delayed by an anonymous Republican member's invocation of an obscure Senate procedural rule.  Senate Democrats have accused Republicans of partisan obstructionism in delaying Perez's confirmation while American families and workers are left struggling.  If approved by the committee, Perez still faces an uphill battle for enough votes to be confirmed as several Senate Republicans including, Sen. Marco Rubio of Florida have stated they will vote against Perez.

For more on Senate delays of Thomas Perez's nomination for Secretary of Labor, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130510.htm





## APWU e-Team Report, May 3, 2013

**APWU encourages continued support for S. 316/ H.R. 630**

The Postal Service Protection Act (S. 316/H.R. 630), currently has 20 co-sponsors in the Senate and 128 co-sponsors in the House.  Introduced in February, the bills offer a comprehensive approach to remedying the Postal Service's financial crisis by eliminating the healthcare benefits pre-funding mandate which continues to bludgeon USPS's budget, returning USPS overpayments to the CSRS and FERS, and re-establishing delivery standards which keep mail processing facilities open.

If adopted, the legislation would "provide desperately needed financial relief for the USPS and make many of the planned cutbacks in service unnecessary," said APWU President Cliff Guffey.  Last month USPS announced the accelerated closures of 53 mailing processing facilities, a move denounced by APWU.  "Additional closures will cripple service, further weaken this great American institution, make it less relevant, and make it less competitive," said Guffey.

APWU Legislative and Political Director Myke Reid encourages members to contact their senators and representatives and express support for the bills.  Such contact from members "will help convince lawmakers that Congress must act soon to pass a responsible bill that will improve service, protect postal workers, and strengthen the Postal Service in the digital age," said Reid.

Are your lawmakers co-sponsors of the Postal Service Protection Act?  To find out, please click here.

For more on the Postal Service Protection Act and to contact your lawmakers, please click here.

**Sign the 'We The People' petition for a White House response on saving the Postal Service**

Last week Rep. Peter DeFazio (D-OR) created a 'We The People' petition requesting the Obama Administration "Save the Postal Service-Save American Jobs," and among other things, calls for the re-establishment of overnight delivery standards to prevent closure of processing facilities.  The petition will prompt an official White House response if signed by 100,000 people by May 24.  Currently, the petition has 15, 484 signatures.

To sign the petition in support of the Postal Service and postal jobs, please click here.

**Federal retirees targeted by high interest pension-'advance' lenders**

Consumer protection advocates, along with federal and state authorities have expressed concern over the increasing number of retired public pension beneficiaries being targeted by firms offering pension-based advances.  Advocates contend these advances are actually disguised loans and a recent report found the loans can have "effective interest rates [ranging] from 27 percent to 106 percent."

Pension-based lenders aggressively target federal and state pension holders with the lure of a quick cash loan, while often hiding the long-term costs for borrowing which can result in a downward spiral of debt for many retirees.  The Senate's Committee on Health, Education, Labor and Pensions and the Consumer Financial Protection Bureau are said to be investigate the loans as these financial products currently have spotty regulation due to legal loopholes.

For more on public pensioners' targeted by high interest loans, please click here.

If you are an APWU Retiree who has experienced any problems with a pension-advance loan, please contact APWU's Legislative & Political Department at 202-842-4211.

**USPS Board of Governors holds open session meeting next week**

On Friday, May 10 the U.S. Postal Service Board of Governors will meet and hold an open session meeting at USPS's headquarters in Washington, D.C. to discuss USPS's quarterly financial report.  The meeting will be open to the public and be available through live audio broadcast here.  Following the meeting, Postmaster General Patrick Donahoe and Chief Financial Officer Joe Corbett will discuss the financial report in greater detail in a telephone/web conference call that is also open to the public.

For more information on how to join or listen in on next week's USPS Board of Governors meeting, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130503.htm





## APWU e-Team Report, April 26, 2013

**Postal Service Protection Act Gains Support in Congress**

The Postal Service Protection Act, introduced by Sen. Bernie Sanders (I-VT) and Rep. DeFazio (D-OR) as S. 316 in the Senate and H.R. 630 in the House, continues to gain co-sponsors. This comprehensive postal reform bill embodies the principles the APWU has identified as essential to the long-term health of the USPS. As of April 26th, the bill is up to 20 co-sponsors in the Senate and 127 co-sponsors in the House.

The legislation would "go a long way toward solving the Postal Service's financial crisis," said APWU President Cliff Guffey. "It would make many of the planned cutbacks in service unnecessary; give postal employees a greater sense of security, and give the American people a Postal Service they can count on for the future," he added.

Guffey is calling on union members to continue reaching out to lawmakers who have not yet signaled their support for the legislation.

As key lawmakers in both chambers are said to be close to reaching a bipartisan agreement on postal reform, APWU Legislative and Political Director Myke Reid adds, "additional support for the Postal Service Protection Act can help convince lawmakers that Congress must act soon to pass a responsible bill that will improve service, protect postal workers, and strengthen the Postal Service in the digital age."

For more on the Postal Service Protection Act and how to contact your members of Congress, please click here.

Are your senators signed on as co-sponsors? To check, please click here.

To check if your representative is a co-sponsor, please click here.

**Sign the Petition to Save the Postal Service**

In addition to contacting our members of Congress in support of the Postal Service Protection Act, we can also petition the White House in support of the bill.

The APWU is asking union members and supporters to sign an online petition urging the White House to *Save the Postal Service and Save American Jobs* by supporting the Postal Service Protection Act (H.R. 630 in the House / S. 316 in the Senate).

The *We the People* petition, which was posted by Rep. Peter DeFazio (D-OR), must garner 100,000 signers by May 24 to generate a response from the White House.

"So sign the petition!" said Legislative and Political Director Myke Reid. "Please post it on your Facebook page and share it on any social media you participate in," he said.

To sign the petition, please click here.

For more on the petition, please click here.

**Obama Announces Nominee for USPS Board of Governors**

On Tuesday, President Obama announced his intent to nominate D. Michael Bennett as a Postal Service Board of Governors (BoG) member. BoG members are charged with representing the interest of the public when exercising control over postal expenditures and in policy setting. Currently, only six of the nine Board of Governors seats are filled. Bennett's nomination requires confirmation with the advice and consent of the Senate. If confirmed Bennett

will replace Thurgood Marshall, Jr. whose term has expired.

For more about Obama's announcement for USPS Board of Governors nominee, please click here.

## Sen. Carper Expresses Hope for Postal Legislation on Obama's Desk by July 4th

This week, Senator Tom Carper (D-DE), Chairman of the Senate Committee on Homeland Security, expressed confidence in having postal reform legislation on President Obama's desk as early as the July 4th recess. By using last year's Senate bill, S. 1789, as a framework for new postal legislation, Carper indicated such a speedy timetable for passing postal reform was achievable. Parts of S. 1789 Carper expects to be included in the Senate postal bill are, among others, a provision that would restructure the onerous pre-funding mandate to lengthen the payment timetable; and a requirement that would call for a refund of USPS overpayments to FERS.

Carper also indicated that his discussions with Chairman of the House Oversight and Government Reform Committee Rep. Darrell Issa (R-CA) and Rep. Elijah Cummings (D-MD), the Committee's Ranking Member, demonstrated progress, placing much needed postal legislation on the horizon.

For more on Sen. Carper's push for postal legislation by the summer, please click here.

## Email Pioneer Says the United States Postal Service Must Survive

How might you imagine one of the people responsible for the widespread use of email would view the U.S. Postal Service? Google VP and Chief Internet Evangelist Vint Cerf, a man hailed as one of the "Fathers of the Internet," stated this week that the Postal Service is fundamental to our democratic society and that "it's a national infrastructure like schools, public roads, water supply, electricity, and telecommunications."

So what does Cerf, one of the earliest developers of email, see as the root of the Postal Service's current financial troubles? As he stated this week, the agency's money woes are the fault of a Congress that had "set them up as a quasi-private sector business and then tied their arms behind their backs." He remains optimistic about the future of the Postal Service, especially considering new and creative products and services available to the Postal Service.

To read more about Vint Cerf and his views on the Postal Service, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130426.html





## APWU e-Team Report, April 19, 2013

**Postal Reform Bill Coming 'Very Soon'**

The House Oversight and Government Reform Committee convened a hearing this Wednesday, April 17, which it billed as: "Options to Bring the Postal Service Back from Insolvency." The 4-hour hearing included testimony from witnesses such as Postmaster General Patrick Donahoe and the Chairman of the USPS Board of Governors, Mickey Barnett.

During the hearing, committee chairman Rep. Darrell Issa (R-CA) suggested that new postal reform legislation is forthcoming. "I think we're close," said Issa of bipartisan postal reform at the hearing. His optimistic comments echo those of Sen. Tom Carper (D-DE), chairman of the Senate Homeland Security and Governmental Affairs Committee, who also hopes to move soon with a bipartisan bill. At the hearing, the House committee's ranking member, Rep. Elijah Cummings (D-MD), noted the critical importance of getting postal reform through Congress, saying "If we can't get this done, we might as well go home."

To read more about the hearing and lawmakers' hopes for a postal reform bill, please click here.

To view the full video of this week's hearing, please click here.

**Look Out for APWU Brochure Supporting Postal Reform in Your Mailbox!**

While members of Congress negotiate over postal reform bills, they need to be reminded that right now the Postal Service is going full speed ahead with damaging plans to close mail processing centers, slash hours at post offices, and reduce service nationwide. APWU President Cliff Guffey is calling on all APWU members to tell Congress they must act before the Postal Service sows the seeds of its own demise.

To help APWU members get the message to Congress, the union will be mailing a brochure to the homes of union members in the coming days. The brochure outlines APWU's common sense goals for postal reform and sample letters that a member can send to their senators and representative. Guffey is asking all recipients to sign the postcards included in the brochures, affix stamps, and drop them in the mail. So again, watch your mail and make sure Congress hears from you!

For more information on the union's urgent call for congressional action, please click here.

To see if your lawmakers are among the 114 representatives and 19 senators signed on as cosponsors of the comprehensive reform bill, the Postal Service Protection Act, please click here.

**Ricin-Tainted Letters Confirmed, Lawmaker Thanks Postal Workers for Selflessness**

On April 16, it was reported that mail contaminated with the deadly poison ricin passed through Memphis, TN and Washington, D.C. processing facilities, possibly exposing postal workers to the toxic substance. No symptoms of poisoning have been reported by workers at this time and the Postal Service has stated they do not believe the "substance in the letters is in a form that would pose an inhalation or other risk" to employees. The letters were addressed to Sen. Roger Wicker (R-MS) and President Obama.

On Wednesday, Rep. Steny Hoyer (D-MD) issued a statement thanking postal workers for their selflessness for the risks they face in national letter threats. "I'd like to thank our postal workers at facilities in Maryland for their hard work and diligence," said Rep. Hoyer.

The APWU continues to monitor developments closely and will provide updates as more information becomes available.

For more on ricin-tainted letters passing through processing facilities, please click here.

To view Rep. Steny Hoyer's statement thanking Maryland postal workers, please click here.

**The APWU Family Mourns Loss of Victim Killed in Boston Marathon Attack**

One of the three victims who lost their lives in the bombing of the Boston Marathon, Krystal Campbell, 29, was the niece of Elaine Slattery and Kathy Reilly, members of the APWU Boston Metro Area Local.  The blasts also seriously injured the son of a Sales & Service Associate, and nephews of an In-Plant Support employee.

APWU President Cliff Guffey said, "we mourn for the families who lost loved ones and send our encouragement, support, and prayers to the wounded."

For more on the Boston Marathon attack touching the APWU family and resources for APWU members and their families following traumatic events, please click here.

**House Rejects Measure to Fire Postal, Federal Employees Who Owe Federal Taxes**

This week, the House rejected a bill that would have singled out postal and federal employees for termination if they fell behind on their taxes.  Introduced by Rep. Jason Chaffetz (R-UT), the bill (H.R. 249) would have made any person with "seriously delinquent tax debt" ineligible for federal or postal employment.  Last year, the same measure was also voted down in the House.

Rep. Cartwright (D-PA), a freshman member of the House Oversight and Government Reform Committee, questioned the sincerity of the bill in improving tax compliance or whether the bill was "just another in a long series of unfair attacks on federal employees and the unions that represent them."  Such a question is merited considering the Internal Revenue Service (IRS) reports that 97 percent of federal employees pay their tax on time, as compared to 92 percent of the general public.

For more on the House's rejection of a bill to fire postal and federal employees with tax debts, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130419.html





## APWU e-Team Report, April 12, 2013

**President Guffey Calls on USPS to Halt Consolidations Until Congress Acts**

In an APWU News Bulletin, APWU President Cliff Guffey denounced Congress' failure to adopt postal reforms that would save the institution from the brink of disaster.

Since 2012, USPS has closed a third of its mail processing facilities and another 71 plants have been slated for accelerated consolidation this year.  "Congress is killing the Postal Service," said Guffey.  Dismantling the network of the world's largest and most efficient postal system will only further diminish USPS's ability to preserve mail standards, hurt consumers and hurt workers.

President Guffey has called on the Postal Service to postpone consolidations until Congress acts to prevent irreversible erosion of USPS's mail processing network.  Guffey has also called on Congress to "act now to pass meaningful postal reform – reform that restores financial stability to the postal service without destroying service or harming postal workers."

APWU members are also urged to contact members of Congress and ask their elected representatives to stand up for our jobs and oppose the destruction of the Postal Service.

For more on President Guffey's call for consolidation postponement, please click here.

To contact members of Congress by phone, call the Capitol switchboard at 202-224-3121.  To contact your members of Congress by mail, write to: [Name], U.S. House of Representatives, Washington, DC 20515 or [Name], U.S. Senate, Washington, DC 20510.  To contact members of Congress by E-mail, please click here.

**Postal Service Protection Act Gains Co-Sponsors in the House and Senate**

Congress was back in session this week and new co-sponsors have signed on to H.R. 630 and S. 316, the Postal Service Protection Act.  The legislation now has 19 co-sponsors in the Senate and 108 co-sponsors in the House.  APWU members and others concerned about the future of the Postal Service have continued to contact their legislators demanding postal reform that addresses the heart of USPS's financial crisis rather than cutting service and jobs.

To view the list of co-sponsors for the Postal Service Protection Act, please click here.

**Congressional Leaders Begin Work on Postal Reform**

Sen. Tom Carper (D-DE) says that next week House and Senate leaders will begin work on drafting a new bipartisan postal reform bill.  Sen. Carper, chair of the Senate Homeland Security and Governmental Reform Committee, and the committee's ranking member, Sen. Tom Coburn (R-OK), will work on the new bill with the House Oversight and Government Reform Committee's chairman Rep. Darrell Issa (R-CA) and ranking member Rep. Elijah Cummings (R-MD).

Echoing optimism he has expressed before, Sen. Carper told Bloomberg News that his push to pass a bipartisan postal reform bill is "eminently doable." He also stated that last year's bipartisan reform bill S.1789 would serve as a framework for their forthcoming negotiations.

**House Committee to Hold Postal Hearing Next Week**

Next Wednesday, April 17th, the House Oversight and Government Reform Committee will hold a hearing on the state of the Postal Service and explore possible legislative reforms.  The hearing comes as Democratic and

Republican leaders of both the House and Senate committees with postal oversight prepare legislation to address the Postal Service's tenuous financial condition.

Postmaster General Donahoe and members of the USPS Board of Governors are among those invited to testify next week before the full committee.

The hearing begins at 9am EST on Wednesday, April 17th and can be watched online here.

**Show Support for Retired Public Employees & Call for an End to WEP**

The Windfall Elimination Provision (WEP) prohibits social security beneficiaries from collecting full benefit payments if he/she also receives pension benefits from an employer not covered by Social Security.  Sen. Mark Begich (D-AK) is calling for an end to WEP, which costs some beneficiaries, such as postal retirees, an average of a whopping $400 a month in benefits.  The losses are a surprise to many seniors or disabled workers who were public employees and expected to receive the full Social Security benefits they counted on.  Tell Congress what you think about that!

To sign Sen. Begich's petition to end the WEP, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130412.html





**APWU e-Team Report, April 5, 2013**

### Congress Back In Session Next Week, Look for New Co-Sponsors To Postal Bills

As Congress was out of session this week, Congressional members visited their districts giving an opportunity for constituents concerned about the future of the Postal Service to reach out to their elected representatives and urge passage of legislation that will reverse USPS's financial crisis.  So, be on the lookout for an updated list of co-sponsors in the House and Senate for the Postal Service Protection Act (H.R. 630 and S. 316), and the Postal Service Stabilization (H.R. 961) when Congress resumes session next week.

The Postal Service Protection Act gets to the heart of the Postal Service's economic troubles which has resulted in a slew of job cuts and closures, including the recently announced accelerated closures of 53 mail processing facilities.  The legislation would fix the Postal Service's financial crisis by ending the mandate requiring pre-funding 75 years worth of future retiree benefits, a burden no other government agency or private company bears.  Further, it would refund the agency's overpayments to FERS and the CSRS, and re-establish delivery standards that help keep mail processing facilities open.

APWU members, retirees and concerned citizens are encouraged to continue contacting their legislators and demand postal legislation that saves the Postal Service!

To send a letter or email message to your legislators in support of S. 316 and H.R. 630, click here.

### Vacancies and Retirements in the 113th Congress

We're only three months into the 113th Congress and already there have been a number of changes in who represents us.  Right now, there are four vacancies in Congress which will be filled through special elections in the next few weeks.  The three vacancies in the House of Representatives are in Chicago, coastal South Carolina, and Southeastern Missouri) and the one Senate vacancy is in Massachusetts.  So far, seven senators have announced their retirement and that they will not seek re-election in 2014, in addition to two senators who have already resigned.

To see a full breakdown of changes in the House and Senate's membership, please click here.

### A Look Ahead to 2014 Elections

For those interested in looking into the future, the Cook Political Report is already making projections about the outcome of 2014's House and Senate races.  These race ratings are an attempt by Cook Political Report, an independent and nonpartisan publication, to gauge how competitive or safe each House and Senate seat will be next year.

As there is plenty of time between now and November 2014, these projections should be taken with a grain of salt.

To view Cook's House ratings, please click here.

To view Cook's Senate ratings, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130405.html





**APWU e-Team Report, March 28, 2013**

## APWU Denounces Plans to Speed up 53 Plant Closings

USPS has notified APWU that the agency plans on accelerating the closures of 53 mail processing plants.  The plants were slated for closure in 2014 but in a March 26 letter to APWU President Cliff Guffey the agency stated "a decision has been made to advance the implementation of the sites on the [list] to 2013."

The lack of an adequate Congressional response to relieve the Postal Service from the onerous financial burden it faces under the pre-funding mandated has resulted in a series of draconian measures to cut jobs, slash service and will only destroy the agency's network.

President Guffey has condemned the plans to accelerate closures in a statement released by APWU yesterday.  "The closures will eliminate jobs, harm communities and delay mail delivery every day," said Guffey.

To read APWU's statement on USPS' plan to accelerate plant closings, please click here.

## Postal Service Protection Act

As this regrettable move by the Postal Service to accelerate the closure of processing plants demonstrates, the time for meaningful postal reform is now!  Last month, Sen. Bernie Sanders (D-VT) and Rep. Peter DeFazio (D-OR) introduced the Postal Service Protection Act, which addresses the fiscal mess Congress helped create, protects delivery standards, and allows the Postal Service to develop new products and services, so that it can remain relevant in the digital age.

We urge all APWU members to contact their members of Congress and ask that they sign on as cosponsors of this important legislation.

To see if your legislators are currently cosponsors, please click here.

To send a letter or email message to your legislators in support of S. 316 and H.R. 630, please click here.

To speak with your legislators' DC offices, please click here to find your senators' phone numbers and click here to find your representative's phone number.

## APWU Membership by Congressional District

After the 2012 redistricting, most congressional district boundaries have moved.  The moving congressional district lines can greatly change which legislators represent the membership of a local.  If you are an officer of a state, local, or retiree chapter and would like a breakdown of your membership by congressional district, you can request this information from the APWU Legislative & Political Department by calling (202) 842-4211 or responding to this message.

## Preserving the Post Office is Congress' Legal Duty

The continued decimation of the Postal Service's financial health, labor force, facilities and service standards is pushing the institution to the brink of collapse.  Our elected officials in Congress are charged with the duty to uphold the Constitution – the entire Constitution, including the part requiring the establishment of a postal service!  Allowing USPS to be legislated to death through PAEA's pre-funding mandate abandons Congress' obligation to enforce and support a Constitutionally-created institution.  Congress has failed to adopt reforms that address the root of the Postal Service's problems.  If Congress continues to fail to meet their responsibility to support this treasured institution, the robust postal system that has supported the growth of our nation for over 200 years will disappear or

be reduced beyond usefulness.  It is imperative members of Congress and their constituents – us – push for postal legislation to saves America's Postal Service.

For more on Congress' Constitutional duty to preserve the Postal Service, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130328.html





**APWU e-Team Report, March 25, 2013**

## APWU Members Advocate for Postal Legislation

The list of co-sponsors for the Postal Service Protection Act (H.R. 630/S. 316) has grown since its introduction on February 13.  The Act has gained 71 co-sponsors in the House and 12 co-sponsors in the Senate.  Advocacy though letters, phone calls, emails, and meetings from postal workers and concerned citizens to members of Congress continue to be crucial ing garnering co-sponsorships for postal legislation that will halt the dismantling of USPS.

Let's continue the push to see postal legislation that: relieves USPS of the massive pre-funding mandate, allows the Service to recover over-payments to FERS and CSRS, re-establishes overnight delivery standards, protects six-day delivery, allows for the expansion of USPS service line and prevents post office closures.

So, are your members of Congress co-sponsors of the Postal Service Protection Act (S. 316 and H.R. 630)?  You can look at the lists provided below or ~~click here~~.

What?!  Your legislators aren't co-sponsors yet?  Tell your member of Congress to support the Postal Service Protection Act!  To contact your member of Congress, call their DC office number from the tables below or ~~click here~~.  Members highlighted in blue are already cosponsors.

If you are unable to properly view the tables below, you can find if your members are cosponsors ~~here~~ and you can ~~click here~~ to find their DC office phone numbers.  For more on APWU members pushing for postal reform, please ~~click here~~.

| Cosponsors of Senate bill S. 316 Introduced Feb. 13, 2013 by Sen. Bernie Sanders (I-VT) (Updated 03/25/13) | |
| --- | --- |
| [HI] | Brian Schatz |
| [IA] | Tom Harkin |
| [MA] | Elizabeth Warren |
| [MI] | Debbie Stabenow |
| [MN] | Al Franken |
| [NM] | Martin Heinrich |
| [NM] | Tom Udall |
| [NY] | Kirsten Gillibrand |
| [OH] | Sherrod Brown |
| [OR] | Jeff Merkley |

| [OR] | Ron Wyden |
| [VT] | Pat Leahy |

| Cosponsors of House bill H.R. 630<br>Introduced Feb. 13, 2013 by Rep. Peter DeFazio (D-OR)<br>(Updated 03/25/13) | |
|---|---|
| [AZ-1] | Ann Kirkpatrick |
| [AZ-3] | Raul Grijalva |
| [CA-2] | Jared Huffman |
| [CT-5] | Elizabeth Etsy |
| [CA-6] | Doris Matsui |
| [CA-9] | Jerry McNerney |
| [CA-13] | Barbara Lee |
| [CA-18] | Anna Eshoo |
| [CA-19] | Zoe Lofgren |
| [CA-20] | Sam Farr |
| [CA-26] | Julia Brownley |
| [CA-27] | Judy Chu |
| [CA-28] | Adam Schiff |
| [CA-36] | Raul Ruiz |
| [CA-41] | Mark Takano |
| [CA-47] | Alan Lowenthal |
| [CA-48] | Loretta Sanchez |
| [CA-53] | Susan Davis |
| [CO-7] | Ed Perlmutter |
| [IL-1] | Bobby Rush |
| [IL-4] | Luis Gutierrez |
| [IL-5] | Mike Quigley |
| [IL-9] | Jan Schakowsky |
| [IN-1] | Pete Visclosky |
| [IA-2] | Dave Loebsack |
| [ME-2] | Mike Michaud |
| [MA-2] | Jim McGovern |
| [MA-4] | Joe Kennedy |
| [MA-5] | Ed Markey |
| [MA-9] | Bill Keating |
| [MN-4] | Betty McCollum |

| [MN-5] | Keith Ellison |
|--------|---------------|
| [MN-8] | Rick Nolan |
| [MO-1] | Lacy Clay |
| [MO-5] | Emanuel Cleaver |
| [NV-1] | Dina Titus |
| [NV-4] | Steven Horsford |
| [NH-1] | Carol Shea-Porter |
| [NH-2] | Ann Kuster |
| [NJ-1] | Rob Andrews |
| [NJ-8] | Albio Sires |
| [NJ-10] | Donald Payne |
| [NJ-12] | Rush Holt |
| [NM-3] | Ben Ray Lujan |
| [NY-1] | Tim Bishop |
| [NY-3] | Steve Israel |
| [NY-4] | Carolyn McCarthy |
| [NY-6] | Grace Meng |
| [NY-10] | Jerry Nadler |
| [NY-11] | Michael Grimm |
| [NY-12] | Carolyn Maloney |
| [NY-13] | Charlie Rangel |
| [NY-14] | Joseph Crowley |
| [NY-15] | Jose Serrano |
| [NY-20] | Paul Tonko |
| [NY-21] | Bill Owens |
| [NY-24] | Dan Maffei |
| [NY-25] | Louise Slaughter |
| [NY-26] | Brian Higgins |
| [NC-7] | Mike McIntyre |
| [OH-11] | Marcia Fudge |
| [OR-1] | Suzanne Bonamici |
| [OR-3] | Earl Blumenauer |
| [OR-5] | Kurt Schrader |
| [PA-2] | Chaka Fattah |
| [TX-33] | Marc Veasey |

| [VT-AL] | Peter Welch |
|---------|-------------|
| [WA-1]  | Suzan DelBene |
| [WA-9]  | Adam Smith |
| [WV-3]  | Nick Rahall |
| [WI-2]  | Mark Pocan |

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130325.html





**APWU e-Team Report, March 15, 2013**

## Update on Postal Service Protection Act

The commonsense postal reform bills S.316 and H.R. 630, collectively known as the Postal Service Protection Act of 2013, continue to gather more cosponsors.  The House bill introduced by Rep. Peter DeFazio (D-OR), H.R. 630, now has 49 other members signed on as cosponsors.  The Senate bill introduced by Sen. Bernie Sanders (I-VT), S. 316, now has 11 cosponsoring senators.

If passed into law, the legislation would fix the Postal Service's financial crisis by ending the unsustainable mandate of pre-funding future retiree benefits, a burden no other government agency or private company bears.  Further, it would refund the agency's overpayments to FERS and the CSRS; and re-establish delivery standards that help keep mail processing facilities open.

These bills embody the priorities that make for good postal reform, which is why APWU endorses their passage.  "This legislation would help solve the Postal Service's financial crisis," said APWU Legislative and Political Director Myke Reid.  "Passing the PSPA would make many of the planned cutbacks in service unnecessary, give postal employees a greater sense of security, and give the American people a Postal Service they can count on for the future."

To see if your representative is among the 49 cosponsors of H.R. 630, please click here

To see if your senators are cosponsors of S. 316, please click here.

Are your legislators cosponsors of the Postal Service Protection Act?  If not, has your representative heard from you about the Act?  Have your Senators?

If not, please take a few minutes to join your union brothers and sisters in reaching out to our legislators and alert them of your position on this important legislation!  At the link below, you can send a brief message to your members of Congress and ask them to join us in supporting the Postal Service Protection Act.

To send a letter or email message to your legislators in support of S. 316 and H.R. 630, click here.

## Postal Service Stabilization Act Gains Supporters

On March 5th, Rep. Stephen Lynch (D-MA) introduced the Postal Service Stabilization Act (H.R. 961), aimed at revising how the Office of Personnel Management (OPM) calculates USPS's financial liability to the Federal Employee Retirement System (FERS).  The bill would require the use of postal-specific data to calculate the agency's FERS payments rather the use the current method which utilizes data based on all federal government employees.  Additionally, the bill would return to the Postal Service's overpayments to FERS which would allow the agency to better meet its other financial obligations.

APWU President Cliff Guffey and Legislative & Political Director Myke Reid, have expressed support for passage of H.R. 961 as the bill promotes the financial stability of the Postal Service without resorting to cuts to worker pay and benefits, or diminishing service to customers.  Since its introduction, H.R. 961 has gained 13 cosponsors.

For more on the Postal Service Stabilization Act, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130315.html





**APWU e-Team Report, March 8, 2013**

## Postal Service Protection Act Gains More Co-Sponsors

S. 316 and H.R. 630, bills endorsed by APWU President Cliff Guffey have gained more support in both houses of Congress.  The Senate bill has gained an additional 3 co-sponsors since February 14th; and the House bill has gained 31 co-sponsors.

Among other things, the Act would end the aggressive and unsustainable pre-funding mandate that continues to be the primary cause of the Postal Services financial difficulties; refund the agency's overpayments to FERS and the CSRS; and re-establish delivery standard that help keep mail processing facilities open.

APWU President Cliff Guffey and Legislative & Political Director Myke Reid would like to thank those who attended the National President's Conference and took the time to meet with their members of Congress and advocate on behalf of this commonsense reform.

Keep the pressure on!  Continue to contact your legislators or encourage others to do so to get these bills passed!

To send a letter or email message to your legislators in support of S. 316 and H.R. 630, click here.

To see if your representative in the House is a cosponsor of H.R. 630, click here.
To see if your senators are cosponsors of S. 316, click here.

## House Bill Would Recalculate USPS Payments to FERS

This week, Rep. Stephen Lynch (D-MA) introduced H.R. 961, the United States Postal Service Stabilization Act of 2013.  Through properly determining USPS pension costs, this bill could provide some much needed breathing room to the Postal Service's financial situation.
H.R. 961 would revise the way that the Office of Personnel Management (OPM) calculates how much the Postal Service owes the Federal Employees Retirement System (FERS) to fulfill its pension obligations.  Right now, OPM determines the Postal Service's pension obligation based on data from the entire federal workforce, which differs greatly from the postal workforce.
Rep. Lynch's bill wisely calls for OPM to use postal-only data in determining Postal Service obligations to FERS.  Further, the bill allows for any overpayment to FERS determined by the recalculation now and in the future to be paid back to the Postal Service, which can put the funds towards its other financial commitments.

To see the bill summary and status of Rep. Lynch's H.R. 961, please click here.

## Sequestration Threatens the Postal Service's Bottom Line

Last week, the automatic across-the-board government spending cuts known as sequestration went into effect.  Although the Postal Service does not face a funding cut from sequestration, as it does not receive taxpayer dollars to begin with, the cuts still pose a serious threat to the Postal Service's financial condition.

Sequestration is projected to put a significant drag on the U.S. economy and cause the loss of some 750,000 U.S. jobs.  Much like the 2008 financial crisis, an economic slowdown brought on by sequestration could lead to a decrease in postal revenues and first-class mail volume.  Given the Postal Service's already precarious financial condition, any significant drop-off in mail volume caused by sequestration makes the need for comprehensive postal reform legislation even more urgent.

To read more about sequestration's effect on postal finances, please click here.

**House Passes Measure to Keep Six-Day Delivery**

This week, members of the U.S. House of Representatives passed a stop-gap spending measure, Continuing Resolution (CR), H.R.933, which includes a provision requiring the Postal Service maintain six-day delivery until November 1.  The measure passed in the House 267 to 151; with 137 Democrats and 14 Republicans voting against it.  The CR, which is meant to keep the government operating through the next six months, would maintain current appropriations levels for most accounts and keep discretionary spending at $984 billion after the March 1 sequester cuts began.

Within in the 270-page CR bill a few short – but significant –lines send a clear message rebuffing Postmaster General Patrick Donahoe's plans to eliminate six-day delivery.

For the more on the U.S. House's move to keep six-day delivery, click here.

To view the text of H.R. 933, with relevant part at Line 3 on Page 244, click here (Heads up: this link is a 270-page pdf file).

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130308.html





**APWU e-Team Report, March 1, 2013**

## Guffey Calls for Renewed Resolve
## To Support the Postal Service Protection Act

Today, APWU President Cliff Guffey urged union members to renew their resolve to push members of Congress to pass new postal bills.  S. 316 and H.R. 630, the Postal Service Protection Act would:

- Fix the Postal Service's immediate financial crisis by ending the mandate that requires the USPS to pre-fund healthcare benefits for future retirees — a burden no other government agency or private company bears;
- Allow the Postal Service to recover overpayments the USPS made to federal pension plans;
- Re-establish overnight delivery standards for first-class mail, which would ensure the timely delivery of mail, help keep mail processing facilities open, and protect jobs;
- Protect six-day delivery;
- Allow the USPS to develop new products and services that would generate new sources of revenue, and
- Protect post offices by giving the Postal Regulatory Commission binding authority to prevent post offices from being closed based on the effect on the community and the effect on the employees.

"The sad fact is that Congress' failure to pass a bill last year means that legislation introduced before Jan. 1 died," said Guffey.  It's crucial that union members continue to pick up the phone, send emails, write letters and visit their members of Congress to let them know we need postal legislation that ensures a secure future for postal employees and Postal Service customers.

Contacting your Senators and House Representatives is easy and – most importantly – lets them know their constituents support a vibrant, viable Postal Service.

For more on President's Guffey call to support the Postal Service Protection Act, click here.

To view the text of S. 316, click here.

To view the text of H.R. 630, click here.

To contact your senators and representative, click here.

## Prefund Mandate Accounts for 95% of Postal Losses

Earlier this week, the Postal Service filed its financial report for the month of January with the Postal Regulatory Commission.  The report demonstrated the urgent need for postal reform legislation, as it showed a $1.6 billion loss for the fiscal year.  Making the case for reform even more apparent, 95% of the reported postal loss can be attributed to the prefunding requirement of the 2006 Postal Accountability and Enhancement Act.

For more on the report, please click here

## Election Rigging Coming to Michigan?

Noted anti-labor billionaire brothers Charles and David Koch are advancing their scheme to rig America's presidential elections.  The Koch brothers and their American Legislative Exchange Council (ALEC) have pushed a plan in certain states to allocate presidential electoral votes by congressional district, rather than by whichever candidate wins the most votes statewide. This week at their convention, the Republican Party of Michigan endorsed

the controversial Koch-backed plan, which is under consideration in the Michigan legislature.

Governor Rick Snyder (R-MI) is leery of the proposal and has insisted that now is "not the appropriate time" to discuss it.

For more on the electoral scheme, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130301.html





APWU e-Team Report, Feb. 23, 2013

## APWU President Guffey Urges Support of Postal Bills

This week, APWU President Cliff Guffey called on union members to urge their senators and representatives to co-sponsor H.R. 630 introduced by Rep. Pete DeFazio (D-OR) in the House, and S. 316 introduced by Sen. Bernie Sanders (I-VT) in the Senate.

Known as the Postal Service Protection Act, "the bills get at the heart of the Postal Service's financial difficulties," said Legislative & Political Director Myke Reid.  If adopted the act would:

- Fix the Postal Service's immediate financial crisis by ending the mandate that requires the USPS to pre-fund healthcare benefits for future retirees — a burden no other government agency or private company bears;
- Allow the Postal Service to recover overpayments the USPS made to federal pension plans;
- Re-establish overnight delivery standards for first-class mail, which would ensure the timely delivery of mail, help keep mail processing facilities open, and protect jobs;
- Protect six-day delivery;
- Allow the USPS to develop new products and services that would generate new sources of revenue; and
- Give the Postal Regulatory Commission authority to prevent post office closures based on effects to the community and employees.

H.R. 630 and S. 316, which currently has eight co-sponsors in the Senate, includes provisions considered crucial for postal reform.  In the March-April issue of the *American Postal Worker*, Reid points out principles for effective postal legislation.

For more on President Cliff Guffey's call to build support for H.R. 630 and S. 316, please click here.

For more on Director Myke Reid's principles for postal legislation, please click here.

## Tell Your Senators and House Representative
## To Co-Sponsor Postal Reform Bill

To contact your members of Congress and ask them to support H.R. 630 in the House and S. 316 in the Senate by e-mail, please click here.

To contact your members of Congress by phone, call the Capitol switchboard at 202-224-3121.  To send a letter to your U.S. representative, write him or her at: The Honorable [Name], U.S. House of Representatives, Washington, DC 20515.

To send a letter to your U.S. senators, write them at: The Honorable [Name], U.S. Senate, Washington, DC 20510.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130223.html





**APWU e-Team Report, Feb. 15, 2013**

## President Guffey Testifies on Postal Reform Before Senate Committee

This Wednesday, at a Senate hearing on Postal Service finances, top lawmakers voiced their commitment to passing comprehensive, bipartisan postal reform sooner rather than later.  The leaders of both the Senate and House committees with jurisdiction over the Postal Service all attested that they are "very close" to an agreement on postal reform.

"We spent some time in the red zone," said Rep. Elijah Cummings, Ranking Member of the House Committee on Oversight and Government Reform, in reference to nearly passing postal reform in the 112th Congress, "but America expects us to get it in the end zone."

While the prospect of much needed postal reform is encouraging, APWU President Cliff Guffey testified before the Senate committee to remind legislators of what's needed in a postal reform bill: end the pre-fund mandate, give USPS freedom to raise rates, and avoid harmful cuts which will permanently render USPS less useful to the American people.  "America needs its Postal Service. Businesses rely on it, and customers depend on it," said Guffey.

"The time for action is now," he concluded. "We will do whatever we can to help Congress and the Postal Service make these changes." To read more about Wednesday's hearing, please click here.

To read more about President Guffey's testimony before the committee, please click here.

## Legislation Introduced to Promote New Sources of Revenue for Postal Service

This week Sen. Bernie Sanders (I-VT) and Rep. Peter DeFazio (D-OR), respectively, introduced S.316 and H.R. 630, two bills aimed at addressing the Postal Service's current financial woes.  DeFazio stated, "Congress must work together and pass legislation that will sustain the Postal Service, avert unnecessary closures that hurt communities and save American jobs."  The bills are designed to stop closures of mail processing centers, prevent cuts to Saturday delivery, and rescind the unfair pre-funding mandate.  Additionally, the bills would allow the Postal Service to expand in to new sources of revenue such as notarizing documents, issuing hunting and fishing licenses, and authorizing shipping of wine and beer.

As S.316 and H.R. 620 demonstrate, it is possible to reform the Postal Service back to financial health without requiring the agency to try and cut its way out of a hole.  In the upcoming March-April 2013 edition of *The American Postal Worker*, APWU Legislative & Political Director Myke Reid argues that any real postal reform must include ways of maintaining and attracting new customers to USPS rather than the current approach which is aimed at reducing hours and cutting services.  Such measures only harm postal employees and diminish the agency's market competitiveness; consequently, lawmakers' proposals to expand postal revenue are crucial in the ongoing debate for postal reform.

For more on S.316, please click here.

## Congress' Onerous Pre-Funding Mandate Pushes USPS from Black to Red in First Quarter

This quarter the USPS was in the black and turned a profit of $100 million, according to the agency's first quarter financial report... Oh nevermind!  After accounting for USPS' pre-fund liability under the PAEA, the agency instead

was put into the red with a $1.3 billion deficit.  To make up for such losses, Postmaster General Donahoe argues his series of closures and consolidation of post offices, processing and distribution centers –and most recently- the cut of Saturday mail service are necessary to keep the Postal Service afloat under the mandate to pre-fund 75 years' worth of retiree benefits within a 10 year period.

For more on the USPS's first quarter push into the red, please click here.

## The Continuing Assault on the Federal Workforce

When it comes to the federal workforce, the Republican-led House of Representatives is up to its old tricks!  Today, the House voted to extend a pay freeze of federal employees for the third consecutive year.  Despite previously backing off from this very same proposal, House members today targeted middle-class federal workers who have already contributed more than their fair share to reduce the deficit.  As two years of pay freezes and retirement cuts have extracted over $100 billion from federal employees, today's move by the House seems like an attempt to squeeze blood from a stone.

To read more about this assault on the federal workforce, please click here.

## Obama Calls on Congress to Raise the Minimum Wage

During Tuesday's State of the Union address, President Obama presented the case for raising the federal minimum wage to $9 and index the rate to inflation by the end of 2015 (that's a decrease from the $9.50 minimum wage level he proposed in 2008).  "Let's declare that in the wealthiest nation on earth, no one who works full time should have to live in poverty," said Obama.

According to a 2012 report by the Bureau of Labor Statistics, 10.5 million Americans were among the "working poor"- those persons who spent at least 27 weeks in the labor force but whose incomes still fell below the federal poverty line.

For more on Obama's SOTU and call for a minimum wage increase, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130215.html





**APWU e-Team Report, Feb. 10, 2013**

## APWU Condemns USPS Plans to Cut Service

This Wednesday, Postmaster General Patrick Donahoe announced that as of August this year, USPS plans to discontinue Saturday delivery of first-class mail.

Just like reducing post office hours, closing mail processing facilities, and downgrading delivery standards, this move is another attempt by the cash-strapped Postal Service to cut its way out of a congressionally-manufactured financial crisis.

APWU President Cliff Guffey released a statement condemning the short-sighted move to abandon Saturday mail delivery.  "USPS executives cannot save the Postal Service by tearing it apart," said Guffey.  "These across-the-board cutbacks will weaken the nation's mail system and put it on a path to privatization."

To get the constitutionally-mandated service back on the right track, Guffey added, "Congress has the power to restore the USPS to financial stability. To do so, it must repeal provisions of the 2006 law that created the Postal Service's financial crisis."

To read more on APWU's response to Postal Service's planned cuts, please click here.

## Guffey to Testify on Postal Finances

At the invitation of Chairman Tom Carper (D-DE) and Ranking Member Tom Coburn (R-OK), APWU President Cliff Guffey will testify next Tuesday, February 13 before the Senate Committee on Homeland Security and Governmental Affairs.  As the need for comprehensive postal reform becomes more urgent, the committee hearing and President Guffey's testimony will address "Solutions to the Crisis Facing the U.S. Postal Service."

"I will tell members of the Senate Committee that they have a solemn duty to save the nation's mail system," said Guffey. "The future of the Postal Service is in their hands." He added, "Congress must get to the root of the problem — the 2006 law that is pushing the Postal Service to the brink of bankruptcy."

To read more about the hearing, including other scheduled witnesses, please click here.

## 20 Years Later, The Family Medical Leave Act is Protecting Workers

This week the Family Medical Leave Act (FMLA) turned 20.  While many in the business community decried the requirement — which allows up to 12 weeks of unpaid leave for workers to recover from illness or care for a newborn or sick family member — as ripe for abuse by employees and onerous for employers, a recent government report found that only 16% of eligible employees took time off under the FMLA.  Additionally, 85% of employers covered by the law reported compliance with the FMLA as "somewhat easy," "very easy" or as having "no noticeable effect," and most said the requirement did not harm profitability.

Regarding the FMLA, President Obama stated it is "a groundbreaking step forward for America's workers and families," but also said "there is still more work to do."  Currently only half of the U.S. workforce is covered under the FMLA.

For more on the Family Medical Leave Act, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130210.htm





**APWU e-Team Report #05-13, Feb. 1, 2013**

## Upcoming Senate Hearing on Postal Finances

As has been previously reported, Republicans and Democrats were unable to reach a consensus on comprehensive postal reform legislation in the last Congress.

In this new Congress, Sen. Tom Carper (D-DE), the chairman of the Senate Homeland Security and Governmental Affairs Committee, and Rep. Darrell Issa (R-CA), chairman of the Committee on Oversight and Government Reform, have pledged to negotiate a compromise and finally pass postal reform legislation. Said Carper, "I think we narrowed our differences…. In terms of negotiations, we're in the red zone."

In order to move the ball on postal reform, Sen. Carper is scheduling his committee's very first hearing on the financial difficulties facing the Postal Service and how to address them.

To read more about the upcoming postal finances hearing, please click here.

## Who Is Your Legislative & Political Grassroots Coordinator?

Grassroots Coordinators are here to help support local presidents, legislative directors, and APWU members with matters related to federal legislation, COPA fundraising, and political activities that affect postal workers. Check the map below to find your Grassroots Coordinator!



☐ **Melissa**   ■ **Janice**   ■ **Matt**

*Janice Kelble*
Office:      603-934-5022
Mobile:     603-513-8176
E-Mail:     jkelble@apwu.org
*Matt Kent*
Office:      202-216-2657
Mobile:     202-285-3167
E-Mail:     mkent@apwu.org
*Melissa Matos*
Office:      202-842-4286
Mobile:     202-230-8508
E-Mail:     mmatos@apwu.org

## USPS Job Cuts Weigh Heavily on Minorities and Veterans

Cuts to the U.S. Postal Service labor force have had distinct effects on many segments of the American workforce. The Postal Service is one of the largest employers of all minorities, led by African-Americans who make up 20 percent of postal workers and in some urban areas represent 75 to 80 percent of postal employees. For many minority groups the Postal Service offered jobs that provided security, decent pay and benefits that allowed workers to adequately provide for their families and build vibrant communities. The decimation of postal and other public sector jobs continues to effect other populations as well, such as veterans. Veterans make up 22 percent of the postal workforce and nearly a third of those are disabled. For groups like African-Americans, other minorities and veterans, instability at the Postal Service will continue to have negative consequences.

For more on the effects of USPS job cuts and minorities and veterans, please click here.

## Postal Reform Can't Wait!

As an editorial appearing this week in The Buffalo News noted, comprehensive postal reform can't come soon enough! The editorial is correct to note that unnecessary burdens placed on the Postal Service by Congress have stifled its ability to compete effectively and threaten its continued operation. The Buffalo News commented on the urgent need for Congress to intervene and Save America's Postal Service: "Few would dispute the fact that even with advances in technology, the Postal Service remains necessary. Congress must act now to keep the system viable."

To read the editorial in full, please click here.

## AFL-CIO's Favors Comprehensive Immigration Reform that Strengthens Labor Rights for All

Currently, there are an estimated 10 to 12 million undocumented workers in the United States. These workers are often exploited by unscrupulous employers that benefit from workers' undocumented status by avoiding wage, tax,

health and safety laws which drive down standards for all workers: undocumented, documented and native-born.
 The AFL-CIO favors comprehensive immigration reforms that strengthen organized labor for American and foreign-born workers by including status adjustment for current undocumented persons; improving –not expanding—the administration of work authorization and temporary worker programs, and; rational operational control of the border.  Sensible immigration reform, promoting unity and recognizing the common bond of all workers ensures that the workforce in the U.S. will not be weakened by pitting workers against workers.

For more on the AFL-CIO's principles for Comprehensive Immigration Reform, please click here

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130201.html





APWU e-Team Report, Jan. 25, 2013

## State Efforts Chipping Away at Union Membership, Especially for Public Sector Workers

According to a recent report released by the Bureau of Labor Statistics the total number of union members in the U.S. fell by 400,000 last year.  Not surprisingly, economic and labor specialists point to the adoption of state anti-union legislation such as "right-to-work" laws as a major culprit for the steep decline in organized workers.  Local government employees have been hit particularly hard.  In Indiana and Wisconsin, states which recently adopted 'right-to-work' laws, union membership fell by 18 and 13 percent, respectively.

State level attempts at dismantling workers' ability to collectively bargain for fair wages and working conditions has taken a new turn in Kansas as House Bill 2023 was introduced this week.  If adopted, the bill would prohibit public employees from voluntarily choosing to give automatic contributions for the political activities of their unions.  Unions do not use member dues to pay for political activities.  Therefore, unions heavily rely on voluntarily contributions from members to advocate on behalf of their membership.  Blocking such voluntary deductions demonstrates the continued concerted efforts at the state level to weaken unions.

For more on the decline of union membership, click here.

For more on Kansas' House Bill, click here.

## Debt Ceiling Temporarily Averted

Crisis politics are alive and well in Washington, DC.  Given the deep partisan divide in Congress, it seems the only legislation that moves through the legislative branch anymore are frantic responses to immediate predicaments, often of Congress's own making.  An ongoing example is the perpetual battle over whether or not the federal government will pay its bills.  On Wednesday, the House voted to temporarily suspend the debt ceiling for three months, pushing off the matter until it will coincide with other fiscal deadlines, such as passing a budget and automatic spending cuts known as the sequester.

To read more on the temporary debt ceiling suspension, please click here.

## The Politics of Crisis and Postal Reform

As the fiscal situation of the Postal Service continues to deteriorate, the need for congressional intervention grows more urgent.  In a gridlocked Congress that only moves in times of crisis, it may well take the approaching postal cliff to spur Congress into action.

On that note, Senate Majority Leader Harry Reid (D-NV) affirmed on Tuesday earlier comments by Senator Tom Carper (D-DE) and Representative Darrell Issa (R-CA) that this Congress will pass long awaited postal reform.  "We will again revisit historical reforms to save the U.S. Postal Service," said Reid, which he noted "passed the Senate on a bipartisan basis after deliberation and debate during the last Congress but was left to languish by the House."

To read more on Sen. Reid's plans for upcoming legislation, please click here.

## Forever Stamps Rising to 46 Cents

Starting Sunday, the price for a first-class stamp will rise to 46 cents, an increase of one cent.  Other postage,

including postcards and international mail, will also see a slight price increase.  These postage rates remain amongst the lowest in the Western world.

While advocating for a responsible and comprehensive postal bill on Ed Schultz's radio show last week, APWU President Cliff Guffey commented on the huge financial burden placed on USPS without a mechanism to pay for it.  Said Guffey, "One of the worst aspects of the Postal Accountability and Enhancement Act (PAEA) — beside the requirement to pre-fund 75 years' worth of healthcare benefits for future retirees within a 10-year period — was the section of the law that prohibits the USPS from raising postage rates to pay for the pre-funding."

To listen to President Guffey's interview on the Ed Schultz Radio Show, please click here.

Comedian television host Stephen Colbert also has some thoughts on the changing postage rates:

"It just proves the government cannot do anything right.  This price hike is an outrage!  A penny?  Let me get this straight, Post Office.  I put a letter like this in a metal box on any street corner in the nation, say Miami, and within a couple of days it's delivered in Seattle, Washington.  And for that you want 46 cents?  You go to hell."

To watch his segment on the price of stamps (which begins at 30 seconds into the video), please click here.

## Lawmakers Back Away From Federal Employee Pay Freeze (For Once)

Lawmakers have temporarily backed off from plans to extend pay freezes for the nation's 2 million federal government workers.  House members decided not to consider the Republican-sponsored bill which would have drawn-out any increases in salaries until the end of the 2013 fiscal year.  Federal workers have felt the consequences of political gridlock for more than 3 years as they have not seen a cost of living increase in that time.  For the time being, in this one instance at least, GOP lawmakers have decided against trying to balance the budget on the backs of government workers.

It's not just the salaries of federal employees with which Congress is playing.  The House bill which temporarily suspends the debt ceiling also includes a provision that puts the salaries of federal lawmakers in escrow should they fail to reach a budget agreement by April 15th.  Should a budget never pass, members will get a lump sum payment on the last day of the Congress.  A recent study conducted by the Center for Responsive Politics found that members of 113th Congress had a median estimated net worth of $966,000 in 2011.  So, pardon the cynicism regarding the effectiveness of such a gimmick, they'll probably get by fine.

For more on the pay freeze bill, please click here.

For more on the growing wealth of Congress, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130125.html





APWU e-Team Report, Jan. 19, 2013

## The Approaching Postal Cliff

Just a few weeks ago, Congress barely managed to avoid an economic disaster of their own making, known as the fiscal cliff.  Now, they must rescue the Postal Service from the brink of the postal cliff, another economic catastrophe largely created by Congress.

Over the past few years, a global recession, declining mail volume, and in particular, a burdensome mandate by Congress that the Postal Service prefund decades of future retiree benefits has the agency nearly bankrupt.  Since Congress passed this mandate in 2006, the Postal Service has been required to send tens of billions of dollars of revenue to the U.S. Treasury and is now so low on funds that it is possibly months away from running out entirely.  Congress must fix this mess they helped create.  As reported by CNN, "For the cash-strapped U.S. Postal Service, the cost of being ignored by Congress means that it will be on the brink of bankruptcy. For the American public, it could result in cutbacks on mail delivery. For postal employees, job cuts."

Earlier this month, the 112th Congress adjourned without passing a comprehensive postal reform bill, so the task now falls to the newly seated 113th Congress. In the melee of Congress' recent budget fights and deadlock, the danger of losing a Constitutionally-mandated service and thousands of American jobs is yet to result in legislative action which removes the stranglehold of regulations placed on the agency under the 2006 Bush Administration.  What legislation emerges as the postal cliff approaches still remains to be seen.

To read more on the approaching postal cliff, please ~~click here~~.

## Ed Schultz and Rep. Gerry Connolly
## Shine a Spotlight on the Postal War on Workers

There are those like Representative Darrell Issa (R-CA), Chairman of the House Committee on Oversight and Government Reform, who see the Postal Service's present financial bind as an opportunity to make drastic cuts and balance a budget on the backs of postal workers.

On Tuesday's *The Ed Show*, Ed Schultz and Representative Gerry Connolly (D-VA) called out the partisan efforts to cripple the Postal Service.  Rep. Connolly pointed out that the service relied upon by millions of Americans was subject to GOP-led attacks and the onerous prefunding mandate because of the GOP's generalized opposition to the Postal Service since it is "very big, it is quasi-governmental and it's unionized."  It is clear that the attempts to regulate the Postal Service out of existence reveal the hostility toward organized labor and workers' rights held by many members of Congress.

In the same segment Rep. Issa stated that Americans "look at the Post Office as something they don't use very much."  The millions of American homes and businesses that rely on postal services would disagree with that statement.  In 2011, USPS process 167.9 billion pieces of mail, usps.com received 1.2 million visits daily, and processed other services such as 5.6 million passport applications.

Leaders of attacks against the Postal Service frequently cite the decrease in mail volume rather than the 2006 prefund mandate, which burdened the Postal Service with billions in yearly losses – a burden no other government agency has been saddled with.  Despite clear indication that the prefund mandate is the single greatest contributor of economic hardship for the Postal Service, Rep. Connolly stated a bill meant to ease the outsized prefund burden on USPS was voted down along party lines last Congress.

To see the full video, please ~~click here~~.

## PRC Cautions Against Board of Governors Accelerated Plans

Rather than having real reform and providing USPS with a sustainable regulatory scheme that promotes the agency's success, the U.S. Postal Service Board of Governors says it will be forced to push for more cost-cutting measures.  Absent any congressional intervention thus far, the Board of Governors has called for an accelerated plan to close and consolidate the postal network.  The Postal Regulatory Commission (PRC) urges caution, however, saying that accelerating to the postal closure and consolidation plan could damage the quality and universality of service.

To read more, please click here.

## Presidential Inauguration and MLK Day of Service

Not going to be in Washington, DC and want to watch the events of the 57th Presidential Inauguration?  Live streaming video of the events can be found here, including the swearing in ceremony of President Barack Obama at 11:30AM EST on Monday, January 21st.

To watch the inaugural events as they happen, please click here.

The inauguration also falls on Martin Luther King, Jr Day.  As Dr. King once said, "Life's most persistent and urgent question is: 'What are you doing for others?'"  For those interested in answering that question, you can join the hundreds of thousands of people who serve on MLK Day and throughout the year at MLK Day of Service, found here.

To read APWU's commemoration of Dr. King and the 1968 Memphis Sanitation Workers' Strike, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130119.html





APWU e-Team Report, Jan. 11, 2013

## Hilda Solis Out as Labor Secretary

After four years of serving as Secretary of Labor in President Obama's cabinet, Hilda Solis has informed the White House and her staff that she will not be staying on into the President's second term.  Hilda Solis' departure as Secretary of Labor will certainly leaves big shoes to fill for her replacement, as President Obama noted, "her efforts have helped train workers for the jobs of the future, protect workers' health and safety and put millions of Americans back to work."

Upon learning of her coming departure, AFL-CIO President Richard Trumka thanked Hilda Solis for bringing "urgently needed change" to the Labor department and for always putting "the values of working families at the center of everything she did."

At this time President Obama has yet to announce a nominee to serve as Secretary of Labor in his second term.

To read more about Hilda Solis and her resignation as Secretary of Labor, please click here.

To read Hilda Solis' letter to Labor employees, as well as the White House's statement on her departure, please click here.

## "Leonard Montalto Post Office Building"

As has been previously reported in the e-Team, Rep. Michael Grimm (R-NY) introduced a bill last December to rename the South Shore Annex Post Office in Staten Island, NY after Lenny Montalto, the lifelong resident of Staten Island and APWU member who lost his life trying to save his home from flooding during Hurricane Sandy.  Since the bill was not been passed and signed into law before the 112th Congress ended, Rep. Grimm reintroduced the bill on January 4th, the first day of the 113th Congress.  The new number for the bill is H.R. 181.

"We're grateful that Congressman Grimm chose to honor Lenny this way," said APWU Legislative Director Myke Reid.  We join Rep. Grimm in looking forward to the speedy passage of this legislation.

To read more about Lenny and H.R. 181, please click here.

## 113th Congress by the Numbers

The swearing in of 113th Congress last week brought about many changes: new districts, new committee assignments, and of course, new members.  So what does the new Congress look like?  Linked below are a couple quick studies on the political, demographic, and occupational makeup of our federal legislative body.

A couple interesting highlights:

- Republicans maintain control the House of Representatives by narrower margins, while Democrats expand their lead in the Senate.
- The number of veterans in Congress continues a decades long decline, from a high of 428 veteran Members of Congress in 1977 to 106 serving today.
- A record number of women, including 20 in the Senate, are serving in the 113th Congress.  New Hampshire is the first state to have an all-female congressional delegation.
- For the first time in history, white men do not make up the majority of a major party's congressional caucus, in this case the House Democratic Caucus.
- The number of lawyers serving in the upper chamber declined modestly from 46 senators last Congress to 45

today.
- While the number of senators with mustaches doubled (to two), this Congress will see a net decrease in mustachioed legislators.

To view an interesting infographic by Businessweek on the occupational backgrounds of Members of Congress, please click here.

To read more about veterans in the new Congress, please click here.

For a brief overview on demographic changes in the 113th Congress, please click here.

## Share the Wealth

Do you know anyone who might be interested in receiving these weekly e-Team updates on the legislative process and what's going on in Washington?  If so, they can visit the following link to get in the loop.

To sign up for the e-Team, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130111.html





**APWU e-Team Report, Jan. 4, 2013**

## Out With The 112th Congress

As the 112th Congress came to a close yesterday, they did so without passing a postal reform bill. Both S.1789 and H.R. 1351, postal reform bills from the 112th Congress, died without becoming law despite bipartisan support. As such, it falls to the next Congress to make the necessary corrections to the Postal Accountability and Enhancement Act, which requires the USPS to pre-fund healthcare benefits for future retirees 75 years into the future and has driven the Postal Service to the edge of insolvency.

In the final days of the 112th Congress, members were able to pass a bill to address provisions of the fiscal cliff. One of the provisions of the fiscal cliff bill, which was signed into law by President Obama, preserved a tax cut for the most Americans while it raised taxes on households making more than $450,000 annually. There was much uncertainty about the fate of the bill until it passed both the House and Senate, given the fierce opposition from the right over raising taxes on America's highest earners.

"Many politicians were willing to allow taxes to go up for 98 percent of America's citizens, in order to protect tax breaks for millionaires and billionaires,"Guffey said. "I hope union members will take note of who they were and punish them in 2014."

To read more about postal reform in the last few days of the 112th Congress, please click here.

## In With The 113th Congress

Sen. Tom Carper (D-DE) and Rep. Darrell Issa (R-CA), the chairmen of the House and Senate committees with postal jurisdiction, issued a joint statement today expressing their desire to see postal reform across the finish line in the new Congress. Their statement read in part: "Although the 112th Congress did not come to a consensus around a package of reforms that can update the Postal Service's network and business model to reflect the reality that it faces today, we remain committed to working with our colleagues in both the House and the Senate to reform the Postal Service so it can survive and thrive in the 21st century."

On previous postal legislation, the stances of these two men have differed greatly. Issa's H.R. 2309 would require the USPS to make $3 billion worth of cuts in post offices and mail processing facilities within two years, end the ability of postal unions to bargain for layoff protections, and would empower an appointed board to reject negotiated labor contracts at its discretion. Carper, an author of the bipartisan S.1789, has supported reforms to the burdensome pre-fund mandate and early out incentives for postal employees.

Despite the stark contrast in the postal legislation the two men have previously drafted, they now write that, "we made significant progress in narrowing our differences in recent months, and our commitment to restoring this American institution to long-term solvency is unwavering."

As to what legislation results from their negotiations, which continued throughout the lame duck session of Congress, APWU Legislative and Political Director Myke Reid says, "We will continue to meet with members of Congress and their staffs and fight for the interests of postal employees as new bills are being drafted."

To read more on the joint statement on the future of postal legislation by the chairmen, please click here.

## New Congress, New Subcommittee Chair

In his capacity as chairman of the House Oversight and Government Reform Committee, Rep. Darrell Issa named Rep. Blake Farenthold (R-TX) as chairman of the Subcommittee on the Federal Workforce, U.S. Postal Service and

the Census, replacing Rep. Dennis Ross (R-FL). Farenthold is a conservative Republican who belongs to the Tea Party Caucus. He was first been elected to the House in the 2010 midterm elections by 799 votes. After redistricting, he secured his reelection in 2012 by nearly 40,000 votes.

To get a deeper look into the new postal subcommittee chairman, please click here.

## Speaker Vote

Despite last-minute opposition from several conservative defectors, John Boehner (R-OH) was elected to another term as Speaker of the House yesterday. When the votes were tallied yesterday afternoon, he had earned two more than the 218 votes required to secure his reelection as speaker.

To read more about the speaker vote and the attempted conservative rebellion, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-130104.html





**APWU e-Team Report #41-12, Dec. 31, 2012**

## New Year's Edition!

As 2012 draws to a close, we hope everyone had a joyous holiday season and we wish you all the best in the coming year!  To wrap up 2012, here are a couple updates on what's going on in Washington and what is awaiting us in 2013 and the 113th Congress.

## Santa Added House Republicans to Naughty List

Just a few short days before Christmas, it seemed that House Republicans had decided to play the part of Ebenezer Scrooge in *A Christmas Carol*.  Shortly before recessing for the holidays, they passed a bill that would require postal and federal employees to pay five percent more toward their retirement plans, which is essentially a five percent pay cut!  This isn't the first time House Republicans have tried to get this pay cut into law, but fortunately it is unlikely this bill will make it through the Senate and into law at this time.
To read more about the bill, please click here.

## New Members for House Postal Committee

In the last e-Team, we mentioned some changes in membership to the Senate committee responsible for postal legislation.  Now, say hello to the newest members of the House Committee on Oversight and Government Reform: Congressmen-elect Marc Pocan (D-WI) and Matt Cartwright (D-PA).  At this time, House Republicans are yet to announce any changes in membership for the Committee on Oversight and Government Reform.
To see a full list of new committee assignments for House Democrats, please click here.

## Senator Carper Launches Postal Losses Clock

One of the items hosted on the website of incoming chair of the Senate Homeland Security and Governmental Affairs Committee, Sen. Tom Carper (D-DE), is a reminder of the unfinished work awaiting the 113th Congress when they return in January.  On his site the Senator hosts a debt clock, which counts up how much money the Postal Service has lost since the Senate passed their postal reform bill earlier this year while the House has done nothing.  The vast majority of those losses are a result of the burdensome prefund mandate, which the Senate bill addressed.

To check out USPS losses since the Senate passed postal reform, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-121231.html





**APWU e-Team Report #39-12, Nov. 30, 2012**

Welcome back!  After a brief respite from legislation and politics after the election, APWU e-Team is back with a snapshot of what is going on in Washington!

## Lame Duck Congress and the Fiscal Cliff

Now that the elections are concluded, Congress has returned from its break for a lame duck session before the 113th Congress is sworn in on January 3rd, 2013.  One of the largest items lawmakers face during this session is the "fiscal cliff," a wide array of tax increases and massive, across-the-board funding cuts for most government programs which are slated to occur automatically at the beginning of 2013.

While Congressional negotiators grappling with the "fiscal cliff" consider adjustments to the federal budget and taxes, APWU has joined with the Federal-Postal Coalition to remind Congress of a simple truth: federal and postal workers are already paying dearly.

A significant amount of savings to the federal budget in the last few years have come at the expense of federal and postal workers.  In a letter to lawmakers, APWU and the Federal-Postal Coalition state, "Federal and postal employees and their families are hardworking, middle-class Americans who are struggling during these tough times just like other Americans." Said the letter, "No other group has been asked to financially contribute the way they have."

Given how much the pay and benefits of federal and postal employees have been cut in the past few years, the Coalition urged lawmakers not to attempt to extract further savings from the federal and postal workforce.  As the government workers' organizations said, "The substantial budget savings that have been squeezed out of the federal workforce thus far should be taken into account when crafting any budget deal."

To read the letter in full, please click here.

## Send Congress a Message

Also of concern to middle-class families is the expiration of tax cuts on January 1, 2013, one portion of the "fiscal cliff".  The cost of the coming tax increase works out to $2,000 per year for middle-class Americans.

APWU stands by President Obama's stated position to extend the tax cuts for Americans making less than $250,000 per year, which includes 98% of Americans.  APWU echoes the call by President Obama, who urges middle-class Americans to let Congress know how a tax increase of $2,000 per year would hurt them.

Furthermore, APWU President Cliff Guffey added, "We also must urge Congress to stand firm against cuts to the U.S. Postal Service and to the rights of postal employees."

To read more and take action, please click here.

## Meet the 113th Congress

When the new Congress convenes in 2013, many new representatives and senators will take their seats in the 113th Congress.  There will be a dozen new senators and over sixty new representatives in the incoming freshman class of lawmakers.

To read up and acquaint yourself with who all is coming to Washington, DC and where they come from, please click here.

**Growing Vacancies on Board of Governors**

To read a Federal Times article concerning vacancies and appointments to the Board of Governors to the USPS, please click here.

## Hurricane Sandy

As residents of New Jersey and other areas affected by Hurricane Sandy work to rebuild and restore from the devastation of the storm, the Thrift Savings Plan has made some adjustments to accommodate their hardship.  The Federal Retirement Thrift Investment Board announced on their website that the temporary changes they are implementing will "allow participants who were affected by Hurricane Sandy or who had a family member affected by Hurricane Sandy to take a hardship withdrawal and to continue making TSP contributions in the 6-month period after the hardship withdrawal."

To read more about the changes and the qualifying criteria, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-121130.html





**APWU e-Team Report #39-12, Nov. 30, 2012**

Welcome back!  After a brief respite from legislation and politics after the election, APWU e-Team is back with a snapshot of what is going on in Washington!

## Lame Duck Congress and the Fiscal Cliff

Now that the elections are concluded, Congress has returned from its break for a lame duck session before the 113th Congress is sworn in on January 3rd, 2013.  One of the largest items lawmakers face during this session is the "fiscal cliff," a wide array of tax increases and massive, across-the-board funding cuts for most government programs which are slated to occur automatically at the beginning of 2013.

While Congressional negotiators grappling with the "fiscal cliff" consider adjustments to the federal budget and taxes, APWU has joined with the Federal-Postal Coalition to remind Congress of a simple truth: federal and postal workers are already paying dearly.

A significant amount of savings to the federal budget in the last few years have come at the expense of federal and postal workers.  In a letter to lawmakers, APWU and the Federal-Postal Coalition state, "Federal and postal employees and their families are hardworking, middle-class Americans who are struggling during these tough times just like other Americans." Said the letter, "No other group has been asked to financially contribute the way they have."

Given how much the pay and benefits of federal and postal employees have been cut in the past few years, the Coalition urged lawmakers not to attempt to extract further savings from the federal and postal workforce.  As the government workers' organizations said, "The substantial budget savings that have been squeezed out of the federal workforce thus far should be taken into account when crafting any budget deal."

To read the letter in full, please click here.

## Send Congress a Message

Also of concern to middle-class families is the expiration of tax cuts on January 1, 2013, one portion of the "fiscal cliff".  The cost of the coming tax increase works out to $2,000 per year for middle-class Americans.

APWU stands by President Obama's stated position to extend the tax cuts for Americans making less than $250,000 per year, which includes 98% of Americans.  APWU echoes the call by President Obama, who urges middle-class Americans to let Congress know how a tax increase of $2,000 per year would hurt them.

Furthermore, APWU President Cliff Guffey added, "We also must urge Congress to stand firm against cuts to the U.S. Postal Service and to the rights of postal employees."

To read more and take action, please click here.

## Meet the 113th Congress

When the new Congress convenes in 2013, many new representatives and senators will take their seats in the 113th Congress.  There will be a dozen new senators and over sixty new representatives in the incoming freshman class of lawmakers.

To read up and acquaint yourself with who all is coming to Washington, DC and where they come from, please click here.

## Growing Vacancies on Board of Governors

To read a Federal Times article concerning vacancies and appointments to the Board of Governors to the USPS, please click here.

## Hurricane Sandy

As residents of New Jersey and other areas affected by Hurricane Sandy work to rebuild and restore from the devastation of the storm, the Thrift Savings Plan has made some adjustments to accommodate their hardship.  The Federal Retirement Thrift Investment Board announced on their website that the temporary changes they are implementing will "allow participants who were affected by Hurricane Sandy or who had a family member affected by Hurricane Sandy to take a hardship withdrawal and to continue making TSP contributions in the 6-month period after the hardship withdrawal."

To read more about the changes and the qualifying criteria, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-121130.html





**APWU e-Team Report #38-12, Nov. 13, 2012**

## APWU Celebrates Obama Victory

Last Tuesday night, President Obama was reelected decisively over challenger Mitt Romney.  President Obama bested Mitt Romney in almost all competitive swing states and captured 332 Electoral College votes.  "Obama's win is a triumph for working people," said APWU President Cliff Guffey, "and the labor movement played a significant role in the campaign.  APWU members worked tirelessly for this victory, along with tens of thousands of others in the labor movement and every walk of life," he said

In addition to President Obama's resounding victory, several champions of working people were newly elected to the Senate, such as Elizabeth Warren, Tim Kaine, and Heidi Heitkamp.

To read more about APWU's take on the 2012 US elections, please click here.

## Labor Delivers for Obama

President Obama's reelection was made possible by victories in a number of swing states, such as Ohio, Wisconsin, and Nevada.  To advance the cause of working people, APWU, AFL-CIO, and the labor movement engaged in an on the ground voter turnout drive to get President Obama over the top in those key states.  This swing state turnout push has been described as "the smartest, the biggest, and the broadest effort that labor's ever run."

"We did deliver those states," said AFL-CIO President Richard Trumpka.  "Without organized labor, none of those would have been in the president's column."

To read more about labor's successful effort to bolster President Obama's reelection, please click here.

## The Struggle Continues…

As the earlier APWU story mentioned, "Despite these wins, however, much remains the same. Republicans retained a large majority in the House of Representatives, and the Democratic majority in the Senate will not be big enough to overcome partisan obstructionism."  While we managed to avoid a takeover of the Senate and the presidency by a party that supports USPS privatization, much work remains.  Congress still is yet to get a comprehensive postal reform bill to President Obama's desk.

While the Senate managed to pass a bipartisan reform bill in April, the House has yet to do so.  As the House returns this week for the lame duck session, comprehensive postal reform remains on its plate.

To read more, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-121113.html





**APWU e-Team Report #37-12, Nov. 2, 2012**

## Vote!

As Tuesday, Nov. 6 draws near, APWU President Cliff Guffey has a simple message for APWU members: VOTE. Said Guffey, "I urge all APWU members to vote on Nov. 6. Vote as if your job and your future depend on it, because they do!"

Legislative Director Myke Reid encourages union members to take steps now to ensure they are able to vote.  "Once you get to the polls, don't take 'no' for an answer," Reid said. "If you are a registered voter, don't leave your polling place without casting some sort of ballot."  If you run into a problem on Election Day, call Election Protection for help at 866-OUR-VOTE, the largest non-partisan coalition of poll watchers and lawyers.

To read more about APWU's call to vote and how to ensure your vote, including a checklist of what you need to take to the polls, please click here.

## Early Vote

What's even better than voting on Election Day?  Voting early!  Sixteen states nationwide still have early voting sites open at some point this weekend.

To find out if, where, and when there is still early voting in your community, please click here!

## Washington Post Editorial

In an op-ed today, the Washington Post called out one of the fundamental constants of the Romney campaign: an unwillingness to level with the American voter.  Considering Mitt Romney's numerous policy reversals, impossible budget proposals, and his outright refusal to disclose pertinent information, the Washington Post editorial board wrote, "Through all the flip-flops, there has been one consistency in the campaign of Republican presidential nominee Mitt Romney: a contempt for the electorate."

To read the editorial in full, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-121102.html





**APWU e-Team Report #36-12, Oct. 26, 2012**

# APWU 2012 Elections Central

Eleven days until Election Day!  With the elections fast approaching, APWU has created an online one stop shop for the 2012 elections.  To read up on relevant issues, the candidates, and resources available for voters and volunteers in these final days before the elections, please click here.

One such tool available on the 2012 Elections site are fliers highlighting the vast differences between President Obama and Mitt Romney.  To see them and get some yourself, please click here.

## 1-866-OUR-VOTE

As we've highlighted time and again here on the e-Team, there are people who want to stop you from voting.

Our response? Don't let them.

Be it punishing new voter ID laws, efforts to challenge or disqualify registered voters, or a number of other obstacles to legal voting, there are those who seek to keep some legal voters from voting.

To help combat these foul efforts, one of the voter resources highlighted on APWU's 2012 elections page is a voter protection initiative called 1-866-OUR-VOTE.  If you are a registered voter, don't let anyone stop you from casting your ballot. The Lawyers Committee for Civil Rights has set up a toll-free number to report any problems on Election Day. If anyone tries to stop you from voting, call 1-866-OUR-VOTE.

To read more or download a flyer on 1-866-OUR-VOTE, please click here.

## GOP Operative Trashes Voter Registration Forms

Speaking of people who don't want you to vote, last week police arrested a Republican political operative employed by the Republican Party of Virginia for attempting to destroy completed voter registration forms.  He was caught after a store owner witnessed him dump an unknown package into his store's dumpster.

Fortunately, thanks to the Harrisonburg, VA store owner contacting the authorities, the folks who completed the dumped registration forms will be eligible to vote on Nov. 6th.

To read more, please click here.

## Buttons & Bumper Stickers

Not much time left until the election, but there is still time enough to get APWU buttons & bumper stickers supportive of President Obama's reelection!  To request buttons or bumper stickers, simply reply to this email or call the Legislative and Political Department at (202) 842-4211 with a requested amount and a mailing address!

## He Said What? Mitt Romney In His Own Words

During the three presidential debates, it seems Mitt Romney decided to temporarily shelve his severely conservative positions and tried to present himself as a moderate.  For postal workers trying to decide their vote, a refresher of

Mitt Romney's past statements could shed some light on where he really stands on our issues.

Keeping in line with his party's platform, which calls for ~~privatization~~: "The federal government isn't the answer for running...the post office."

Ensuring that workers have the ~~right to work for less~~: "I will fight for work-to-right laws."

~~Going after workers~~ in a Romney administration: "I've taken on union bosses before, I'm happy to take them on again."

~~[back to top]~~

http://www.apwu.org/dept/legis/eteamreports/etr-121026.html





**APWU e-Team Report #35-12, Oct. 16, 2012**

## Obama Buttons, Flyers Now Available

Election Day is only *three weeks away* and the campaigns are in full swing.  As you know, APWU is backing President Obama, with APWU delegates endorsing him for President at our 21st Biennial National Convention in Los Angeles.

To drive home that endorsement, APWU is mailing out buttons supporting the reelection of President Barack Obama to locals for distribution to union members and others.  Union members who want buttons should contact their local presidents.

Additionally, locals can now order AFL-CIO flyers supporting President Obama and contrasting his positions with Mitt Romney on the future of the Postal Service and issues important to working families.

Legislative and Political Director Myke Reid reminds members that under the Hatch Act, postal employees and other federal workers are prohibited from wearing these buttons or distributing these flyers while on the clock or at work.

To read more about APWU buttons and flyers, please click here.

## Romney's Bain Selling Out American Workers to China

Mitt Romney's Bain Capital is still in the business of buying up and offshoring American enterprises.  It's most recent offshoring project, Sensata Technologies, is in the process of sending 170 good, American jobs to China.  As the New York Times reports, Mitt Romney "owns about $8 million worth of Bain funds that hold 51 percent of Sensata's shares.  If Sensata saves money by closing the Freeport plant, that could add money to Mr. Romney's trust accounts, now or after the election."

To watch a short video about Sensata and Romney's warped vision of free enterprise: please click here.

## Romney Blasts Employee Free Choice Act

There he goes again.  On a call to Iowa voters last Tuesday, Mitt Romney accused President Obama of wanting to force people to join unions.  To do that, Mitt Romney mischaracterized President Obama's support for the Employee Free Choice Act by saying the President "is intent on taking away the right for a secret ballot."

Unlike Mitt Romney's mischaracterization, the Employee Free Choice Act would give workers greater freedom to make their own choices about joining unions and bargaining for better wages, benefits, and working conditions. It would also stiffen penalties for retaliation by employers against workers who attempt to organize a union or obtain a first contract.

To read more about Mitt Romney's unfounded attack, please click here.

## GAO Finds No Evidence of Voter Fraud

Now, speaking of actual efforts to obstruct people's right to vote...

A few months back, Philadelphia Mayor Michael Nutter commented that the slew of new voter ID laws popping up across the country were nothing more than "a bad solution looking for a problem."

State courts in Pennsylvania went on to agree with Nutter that voter ID laws were a bad solution.  They waived the state's new voter ID requirement out of concern that legitimate voters could be denied their right to vote.

Now, the independent, nonpartisan Government Accountability Office has verified that voter ID laws are attempting to solve a nonexistent problem.  As National Journal details, "In a report released Thursday examining state voting requirements, the GAO could not document cases of voter fraud."

To read more about the report, please click here.

## Your Vote

So when will you vote? Do you usually vote in person on Election Day, or do you take advantage of absentee or early voting? If you're going to the polls in person, do you go before work, during the day or on your way home? What issues are you going to be thinking about when you cast your ballot?

To check out a cool online tool to help working Americans plan their vote, please click here.

## Gotta Vote

Unfortunately, several voter ID laws and tightened voting restrictions are on the books in many states nationwide.  Do you know what you need to bring to the polls this year?

To find out exactly what your state now requires you to bring to the polls on Election Day, please visit gottavote.com.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-121016.html





**APWU e-Team Action Alert #34-12, Oct. 1, 2012**

## Mitt Romney on Tape

In the same secretly recorded video as Mitt Romney called nearly half of all Americans freeloaders who do not "take personal responsibility and care for their lives," he also took an extreme position on federal employees and labor unions.

At the $50,000-a-head fundraiser, a Romney bemoaned his inability, if elected president, to fire as many federal employees as he'd like. His exact words regarding firing federal employees: "I wish we weren't unionized so we could go a lot deeper than you're actually allowed to go."

To read more about Mitt Romney's recently uncovered desire to clean house of federal workers, please click here. To watch the video of Romney's comments directly, click here.

## Prefund Mandate & Postal Reform

The prefund mandate, a congressionally-created weight on the back of the Postal Service, continues to wreak havoc on the Postal Service's finances. Yesterday, the Postal Service was once again unable to make another $5.6 billion dollar prefund payment to the U.S. Treasury.

House Republican leadership expects that they won't go for full postal reform, but instead do some smaller adjustments in a possible lame duck session of Congress after the elections. The unwillingness of House Republican leaders, such as Rep. Darrell Issa and Speaker John Boehner, to take up critical postal reforms is just one of many reasons that APWU President Cliff Guffey has called upon APWU members to elect new leadership to the House on November 6th.

To read more about the missed prefund payment, please click here. To read about Issa's plans for "postal reform," please click here.

## Friends and Neighbors

Workers' Voice, the political action arm of the AFL-CIO, has introduced a new online tool ahead of the November elections to help working families take charge in the political process.

The tool, called "Friends and Neighbors," is both a phone-banking and e-mailing tool that works best when you sign-in using Facebook. With your permission, the tool will match your Facebook friends with voter registration records, and create a call-list for you to contact friends and neighbors to talk about what's at stake in the 2012 elections. The tool provides a sample script for talking about the election, and allows you to record responses that can be used to help turn out the vote in November. If you don't have a Facebook account, you can still use Friends and Neighbors by registering with the Friends and Neighbors website.

To learn more or to try out Friends and Neighbors, please click here.

## NFL

The ongoing lockout of referees by the National Football Association and the league's unwillingness to settle on a collectively bargained agreement with the refs serves as an important reminder: union workers mean quality.

While the union refs are sidelined, the replacement refs have been making a real mess of things, from missing

penalties to awarding too many timeouts.  Last week's Monday Night Football game between the Green Bay Packers and the Seattle Seahawks marked an embarrassing new low for the NFL, when their replacement refs were apparently unable to distinguish between a game-winning touchdown and an interception.

Things have gotten so bad with the replacement refs that one of the greatest foes of organized labor, Gov. Scott Walker of Wisconsin, called for the NFL to end their lockout of the union referees and get them back on the job.

To read more about Scott Walker's newfound support for union workers, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-121001.htm





**APWU e-Team Action Alert #33-12, Sept. 20, 2012**

## Calling out the Do-Nothing Congress

In the last week, Reps. Hank Johnson (D-GA) and Marcy Kaptur (D-OH) have taken to the House floor to decry the fact that our current "Do-Nothing Congress" is, well, not doing much, especially for the Postal Service.

As Rep. Johnson said, "The U.S. Postal Service was not in danger of becoming insolvent until Congress decided to meddle in its affairs," and "Instead of wasting time today, this Do-Nothing Congress should vote to stop the damage inflicted upon the United States Postal Service." Rep. Kaptur added, "House leadership wasted precious time," and "We should have spent our time debating comprehensive jobs legislation, a farm bill, and legislation to save the U.S. Postal Service.

To read their full remarks, please click here for Rep. Johnson (text in lower right column) and click here for Rep. Kaptur (text in lower middle column).

The regretable inaction by our current House of Representatives leadership, particularly on postal reform, has to stop. That's why APWU President Cliff Guffey is calling on members to focus their efforts on November 6th, when we can elect leadership in the House that will fix the fiscal mess they created.

## National Voter Registration Day

With the November election getting closer by the day, time is running out for unregistered voters to get registered. While voting rights are under attack in state after state, it is crucial to ensure everyone has full access to this cornerstone of our democracy. Together, we must fight back against this effort to disenfranchise Americans.

As such, Tuesday, September 25th has been declared "National Voter Registration Day." It is a nationwide day of action to highlight the need to register, educate, and mobilize voters. To join in one of the more than 1,000 National Voter Registration Day events, please click here to find one closest to you.

Have you registered yourself? Know someone who still needs to register? If so, you can head on over to www.gottaregister.com to get the process started.

## Voter ID laws

Speaking of the assault on voting rights, the drama over the restrictive new Pennsylvania voter ID law continues. The Pennsylvania Supreme Court this week issued a ruling saying that a lower court should block the Republican-backed voter ID law if can't be implemented without disenfranchising voters. Please click here to read more about the ruling.

To read about a similar Texas voter ID law that was struck down as discriminatory by federal courts last month, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120920.htm





**APWU e-Team Action Alert #31-12, Sept. 3, 2012**

## 21st Biennial APWU National Convention

Ahead of the upcoming November elections, there was a flurry of legislative and political activity at the APWU National Convention in Los Angeles. There, delegates to the APWU's 21st Biennial Convention voted unanimously on Wednesday, August 22nd to endorse President Barack Obama for a second term. In President Obama's recorded remarks to the delegates, he emphasized his strong support for the Postal Service and its employees. "We want to build an economy that lasts," the President said, "and that's why we're pushing back against the assault on unions, because the values you stand for — hard work, responsibility, looking out for one another — aren't just union values. They're American values."

To view President Obama's remarks to the APWU's National Convention, please click here.

To see further remarks by Democratic National Committee Chair Rep. Debbie Wasserman Schultz, Rep. Danny Davis, and Rep. Judy Chu at the APWU National Convention, please click here.

## Republican National Convention

At their national convention, held in Tampa, FL last week, Republicans took a drastically different position on workers' rights, labor unions, and the future of the Postal Service.

Over the course of the 2012 Republican National Convention, many prominent Republicans took to the stage to bash the labor movement in America, including South Carolina Governor Nikki Haley, who accused President Obama of sacrificing American jobs to appease "bullying union bosses."

The Republican Party's platform, which was adopted at the convention, fit right in line with the anti-union rhetoric on display in Tampa. Amazingly, the Republican Party platform seemingly confuses the Postal Service with the Pony Express, wildly misjudges the state of Postal Service pensions, and then champions the privatization of the Postal Service!

To read the text of the misguided GOP platform for USPS privatization, please click here.

To read more about the Republican's plan to impose nationwide "right-to-work" laws and other anti-labor positions in their party platform, please click here.

## Labor Day Proclamation

To read the text of President Obama's Proclamation declaring today, September 3, 2012 as Labor Day, which calls for Americans nationwide to " honor the contributions and resilience of working Americans," please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120903.htm





**APWU e-Team Action Alert #30-12, Aug. 6, 2012**

## 60 House Bills to Name Post Offices, Zero to Fix Mail Service

Recently, there has been much to say about the House's inability to consider real postal reform.  Last week, APWU President Cliff Guffey took to the editorial page of the New York Times to decry the House's unwillingness to address the root causes of postal debt and instead focus on odious legislation such as H.R. 2309.

While the Postal Service's finances have been pushed nearly to the brink by years of congressionally mandated prefund payments, the House has taken no sustentative steps to fix this manufactured crisis.

So while USPS considers drastic cost-cutting measures to stay afloat, what has the House done instead of fixing the prefund mandate?  Well, in the last 18 months, they have been tackling the important issues, such as introducing a whopping 60 bills to rename post offices.

To read more about the House's misplaced priorities on postal legislation, please click here.

## House Passes Bill to Fire Tax-Delinquent Federal, Postal Workers

On July 31st, the House passed a bill (H.R. 828) that could get federal and postal workers fired if they are behind on their federal taxes.

The bill is targeted only at federal and postal workers and stipulates that "persons having seriously delinquent tax debts shall be ineligible for Federal employment."  It would not apply to federal contracting jobs or other private-sector work that is paid for with federal funds.

Perhaps acknowledging that almost all federal employees pay their taxes, Rep. Darrell Issa (R-CA), a supporter of H.R. 828, conceded that the bill is "almost pure symbolism."

Speaking of the recently passed bill, APWU Legislative and Political Director Myke Reid said, "Families that are struggling in a depressed economy to meet their financial obligations – often through no fault of their own – could now lose their only source of income, which strangely enough could have helped to pay the outstanding debt."

To read more about the H.R. 828, please click here.

## Romney's Tax Plan for Working Families: Pay Up

Quick question: are you and your family millionaires?  If so, great news!  Mitt Romney's tax plan could save you an estimated $87,000 a year!

If yours is a working family, however, the picture is far less rosy.  According to the nonpartisan Tax Policy Center, to pay for Mitt Romney's tax cuts for the top 5% of Americans, the rest of us will need to pay an average of $500 more in taxes every year.

To read more about the Tax Policy Center's analysis of Mitt Romney's lopsided tax plan, please click here.

**Gotta Vote**

Are you registered to vote? Do you have all the materials necessary to vote?  Are you sure?

Given the recent flurry of new voting laws across the country, it can be hard to keep track if you are all set to vote.  Depending on your locality, your polling place might have moved since the last time you voted or your state's voting laws may have changed.  You don't want to wait until Election Day to find out!

A new website put together by the Obama campaign, gottavote.org, can help you get registered to vote, find your polling place, and print off a checklist of things you and your family will need to cast your votes on November 6th.

To get the up to date facts about voting in your state, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120806.htm





**APWU e-Team Action Alert #29-12, July 30, 2012**

## Voting Rights Watch

Unfortunately, the effort to limit Americans' voting rights and restrict access to the ballot box continues unabated. Among a wave of new restrictions, many state laws passed in the last two years require voters to present photo identification in order to vote.

The supposed rationale behind these new voting obstacles is voter fraud, which time and time again has been shown to be incredibly rare. In Pennsylvania, where the state is being sued over its new Republican-backed voter ID law which could potentially disqualify hundreds of thousands of qualified voters, the state has said that it "could not show evidence of such fraud in the past and that it is unlikely to occur in the absence of the law."

If the new voter ID law isn't protecting against voter fraud, what could be the real purpose of the law? If you ask Pennsylvania House Majority Leader Mike Turzai, he is quite blunt.

> "Voter ID," said Turzai, speaking to Republican activists, "is going to allow Governor Romney to win the state of Pennsylvania."

To read more about the legal battle over this blatantly partisan effort to undermine voting rights, please click here.

## Orzag Says Privatize

In a recent Bloomberg editorial, former OMB director Peter Orzag calls for the outright privatization of the Postal Service. In his editorial, Orzag highlights some problems facing the Postal Service, including decreasing first-class mail volume, the ongoing economic slump, and limitations on how USPS can raise revenue. And yet, somehow he completely omits the single greatest source of postal debt, the prefund mandate.

Instead of calling on Congress to get its act together, pass a responsible fix of the prefunding burden, and set the Postal Service back on the right course, Orzag is content to throw his hands up at the congressional inaction and suggest we just sell the Postal Service to the highest bidder.

To read Orzag's strained explanations about why we need to privatize the Postal Service, please click here.

## Lame Duck Session

As the Republican leadership in the House of Representatives continues to kick the can on real postal reform, talk continues about when postal reform will make it to the floor. To read about the many pieces of legislation awaiting action in Congress that might be addressed in a lame duck session after the November elections, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120730.htm





**APWU e-Team Action Alert #28-12, July 21, 2012**

## "The House's failure To Act Is Disgraceful"

As mentioned in last week's e-Team update, the Postal Service is expected to default on its upcoming August 1st prefund payment of $5.5 billion to the U.S. Treasury.  In an editorial this week, the Federal Times hits the nail on the head when it says,"It's a monumental failure — but it's Congress, not the Postal Service, that should be ashamed."

The must-read editorial, "Congress' Inaction on Postal Service Default Disgraceful," correctly identifies the true culprit of the Postal Service's financial woes as the prefund mandate, which has drained tens of billions of dollars from Postal Service revenues.  "Congress set this slow-motion train wreck in motion way back in 2006 when it passed the Postal Accountability and Enhancement Act, which required the Postal Service to pre-pay expected health care costs for future retirees within 10 years."

Congress created this mess and now it seems incapable of fixing the problem.  The House of Representatives Republican leadership indicated last week that it is not going to consider any postal reform bill before their August recess, and perhaps not before November's election.

~~Says the Federal Times~~, "The House's failure to act is disgraceful. Through their inaction, Speaker John Boehner, R-Ohio, and House Government Oversight Committee Chairman Darrell Issa, R-Calif., are demonstrating contempt for the Postal Service and a lack of respect for the law and for the obligations of their own institution."

## Guffey Blasts House Leaders

Upon hearing of the House Republican decision to postpone postal reform in favor of election year posturing, ~~APWU President Cliff Guffey took the Republican leaders of the House to task~~.  "We must wrest control of the House from elected officials who are more interested in scoring political points than in conducting the nation's business. And we must take control from extremists who would like to privatize the Postal Service," Guffey said.

While the Democratic-controlled Senate was able to work in a bipartisan manner and pass a bill that would provide meaningful relief on prefund payments, Republican leaders in the House have shown no interest in fixing the mess Congress made.  While APWU continues to encourage the House to consider real reform, "in the meantime," said Guffey, "postal workers should set their sights on November."

## Health Care Spending Cuts

On Wednesday, House Republicans ~~voted to pass an appropriations bill~~ through subcommittee that would end federal funding for the Affordable Care Act, Planned Parenthood, and the Agency for Health Care Quality and Research.  The bill, which passed on a primarily party-line vote, slashes nearly $7 billion dollars in funding for health and labor programs.

## Facebook

Like ~~APWU on Facebook~~ and stay up to date on stories relevant to postal workers!

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120721.htm





**APWU e-Team Action Alert #27-12, July 14, 2012**

# Postal Reform Delayed

The House of Representatives ~~will not be considering~~ any postal reform legislation before they leave town on their month-long August recess.  This means that for the time being, Rep. Darrell Issa's 'postal destruction' bill, H.R. 2309, will not be coming up for a vote.  The move also greatly reduces the likelihood that the House takes up any real postal reform, legislation that addresses the root causes of the Postal Service's financial woes, before Postal Service's fiscal year ends in September.

## USPS Likely to Default on Pre-payment

The Postal Service is due to prepay another $5.5 billion to the U.S. Treasury for future health care benefits by August 1 st.  The cash-strapped Postal Service is expected to default on the pre-payment, however, given its recent financial straights, due primarily to these very same pre-payments.  The House's continuing decision to not provide meaningful relief from the pre-payments has not helped matters any.  As an ~~article in the Federal Times notes~~, "While a Senate-passed bill would significantly reduce the amount of the payment, the House has not acted on that legislation."

~~[back to top]~~

http://www.apwu.org/dept/legis/eteamreports/etr-120714.htm





**APWU e-Team Action Alert #26-12, July 7, 2012**

## Check Your Mail!

H.R. 2309, a bill by Rep. Darrell Issa (R-CA) that would destroy the Postal Service – and our jobs – could be voted on in the House of Representatives in the coming weeks.  Time is running out for APWU members to send their legislators a simple message: *Vote NO on H.R. 2309!*

Be sure to check your mail for a brochure from APWU with a postcard that you can send in to your Member of Congress.  The postcard asks your representative to vote NO on H.R. 2309 and support legislation that addresses the real causes of the USPS financial crisis, not just punish postal workers and customers.  You can request additional postcards from communications@apwu.org.

To send an electronic message on H.R. 2309 directly to your representative's office, please click here.

## Mitt Romney and the Postal Service

Wonder what a President Mitt Romney would mean for the Postal Service?  The advice of his inner circle could provide a sneak peek into a potential Romney administration's positions on USPS –  and it is scary.  In a 2010 article, Mitt Romney's economic advisor Kevin Hassett put forth a very simple plan for the Postal Service: "sell it to a private contractor."  This plan for the wholesale dismantling of the Postal Service and elimination of hundreds of thousands of union jobs fits right in with Mitt Romney's professed desire to "stand up to the tyrannosaurus appetite of government unions."

To read more about Mitt Romney and his advisor's postal views, please click here .

## Frankly Speaking

Did you ever wonder who pays the bill for "franked mail", the constituent mail sent out by your Congressional representatives?  Taxpayers foot that bill when the federal government reimburses USPS for franked mail.

A recent report shows that it gets even more interesting when you look at who some of the largest "frankers" are.  Three of last year's top users were members of the Tea Party Caucus, who supposedly advocate for less government spending! The number one "franker," Rep. Joe Heck (R-NV), used this privilege to send out taxpayer funded letters about the national debt and balancing the budget. Rep. Dennis Ross (R-FL), a member of the Tea Party Caucus and chairman of the House subcommittee that oversees the USPS, alone sent $69,772 of franked mail in the last five quarters!

To learn more about the use of this congressional perk by many members of the House, particularly those who seem in no hurry to provide much needed relief to the Postal Service, please click here.

## Businesses Feeling the Impact of Declining Service

Businesses are complaining that they are already seeing a decline in mail service and they are fearful about a subsequent loss of advertisers and subscribers.  Some large mailers say the chance of seeing improvement are almost nonexistent, given the pending plans to close plants and lower delivery standards.  The article depicts the harmful effects that declining mail service standards can have on a variety of businesses nationwide.

To learn more about business concerns related to decreased Postal Service standards, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120707.htm





**APWU e-Team Action Alert #25-12, June 30, 2012**

## Stop H.R. 2309, Vote NO!

In the coming weeks, the House of Representatives is expected to begin consideration of postal reform legislation. The postal bill that the House ultimately votes on could very well be Rep. Darrell Issa's "postal destruction" bill, H.R. 2309. The bill, which imposes billions in cuts to post offices and mail processing facilities, "would bleed the USPS of assets and make it ripe for privatization," says APWU President Cliff Guffey.

It's imperative we urge our Members of Congress to VOTE NO ON H.R. 2309 and use the more reasonable Senate bill (S. 1789) as a starting point for postal reform.

Call the Capitol switchboard at (202) 225-3121 and ask for your representative's office. To look up who your representative is, please click here. To send that message online, please click here.

With Congress recessing for the 4th of July holiday, this coming week is a great opportunity to try and arrange a meeting with your representative while they are back home in the district!

> **Also in This Issue:**
>
> ▸ TV Ad
>
> ▸ Editorial on USPS Finances
>
> ▸ Changing of the Guard

## TV Ad

Not only does Rep. Issa's H.R. 2309 contain many damaging provisions, it entirely fails to address the most pressing issues facing the Postal Service: the prefunding mandate and overpayments made into federal retirement accounts.

In the run up to the House's consideration of a postal reform bill, APWU is re-airing a television advertisement that sets the record straight about the reasons the Postal Service is in the red. "The problem," says the ad, "is a burden no other agency or company bears: A 2006 law that drains $5 billion a year from Post Office revenue while the Postal Service is forced to overpay billions more into federal accounts."

Click for more about the ads.

## Editorial on USPS Finances

A recent editorial in the Des Moines Register provides a 10,000-foot view of the Postal Service's financial situation, how we got here, and what's at stake. To read "Another View: The myth of the Postal Service's finances," please click here.

## Changing of the Guard

A message from Myke Reid, APWU Legislative & Political Director:

> "With this issue of the APWU e-team, we are pleased to announce the promotion of Matt Kent to the position of Grassroots Coordinator. Matt came to the department as a temporary employee several months ago and quickly displayed his interest, intelligence, and energy. He is a great addition to the department and I'm looking forward to working with him in his new position.

"At the same time, I'll unfortunately report the departure of Ian Stublarec. Ian was one of the original Grassroots Coordinators. Ian is a smart, hard working, high energy guy who will always excel at whatever he does. His dedication to the members of APWU will be sorely missed."

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120630.htm





**APWU e-Team Action Alert #24-12, June 15, 2012**

# Postal Reform

The Post Office's continued plans to close and consolidate processing plants and degrade service standards are stark reminders that Congress must act to save America's postal service.  Postal reform is still awaiting action in the House and it is important that we make our priorities heard by Congress. Click here  to send a message to your Representative telling them that Rep. Darrell Issa's (R-CA) H.R. 2309 is unacceptable and that the House should use the bipartisan Senate bill, S.1789, as a starting point.

Thursday, the Senate Appropriations Committee passed a bill that could impact ongoing postal reform efforts.  The bill, sponsored by Sen. Dick Durbin (D-IL), stipulates that six-day delivery "shall continue without reduction" and protects certain post offices and mail processing facilities from closure for a few years.  To read more about the bill and its movement in the Senate, please click here.

> **Also in This Issue:**
> ▸ PRC Complaint
> ▸ Congressional Approval Hovers At 17%
> ▸ Want Better Health? Join A Union!

# PRC Complaint

Without any Congressional intervention to date, the Postal Service is poised to implement its misguided plan to close and consolidate mail processing plants across the nation.  Phase 1 of the Post Office's plan calls for the USPS to consolidate 48 mail processing plants this summer and to cut service standards effective July 1, 2012.

The Post Office is not free, however, to rush through their plan without oversight from the Postal Regulatory Commission.  The APWU filed a complaint with the PRC earlier this week demanding that the Post Office comply with federal laws which require it to seek an advisory opinion whenever it plans to make nationwide changes in service.

To read more about APWU's call for the Post Office to follow the rule of law, please click here.

# Congressional Approval Hovers At 17%

The lack of action in Congress to pass much needed legislation, including postal reform, has resulted in an overall job approval rating of a mere 17%. This year, Congress still faces a long to do list including defense spending cuts, possible forced cuts to Social Security and Medicare, possible elimination of the Bush tax cuts, transportation bills, and postal reform. Serious doubts linger about Congress' ability to act on this long list of critical issues, especially in an election year.

To read more about Americans' overwhelming disapproval of Congress, please click here.

# Want Better Health? Join A Union!

A recently published study out of Duke University shows those employees who are in a union are overall healthier than those who are not represented by a union. The bottom line of the study shows that joining a union is usually tied hand in hand with having a higher income.  This research shows an increase in overall health, which grows incrementally the higher an individual's income grows.

To read more about the study, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120615.htm





**APWU e-Team Action Alert #23-12, June 8, 2012**

## House Still Remains Next Step for Postal Reform

Comprehensive postal reform is still waiting to take its next step toward passage. It is essential that you contact your member of Congress to urge them to consider postal reform legislation immediately. Be sure to ask them to use the Senate bill (S.1789) as a starting point, not Congressman Issa's (R-CA) H.R. 2309.

Urge your representative to begin consideration of S.1789 and reject H.R.2309. To send a message to them today, click here!

Since postal reform has yet to pass both houses of Congress, the Postal Service is looking to move forward with their consolidation plan. This week, the APWU is fighting back against this reduction in service to the American people. The APWU will file a complaint demanding the Postal Service comply with federal law and seek the required advisory opinion from the PRC before making nationwide changes in service.

To read more on the APWU's website please, click here.

> **Also in This Issue:**
> ▶ Rural Reform
> ▶ State Election Law Update MI and FL
> ▶ Inequality- In Pay?

## Rural Reform

Recently, an article took a look at the realities of postal reform and its effect on rural communities. It talks primarily about the service and what it means for rural America. It offers a viewpoint of several different aspects of delivery for rural America.

To read more please, click here.

## State Election Law Update MI and FL

Just this past week, a U.S. District judge put a strong block on several of Florida's recently passed, restrictive voter registration laws.

To read more please, click here.

While Florida now finds parts of its restrictive voter registration laws being blocked by federal courts, another state watches as its legislature moves forward with its own set of restrictive voter registration legislation. Michigan state legislators are considering burdensome state-wide mandatory trainings for citizens in order to become eligible to sign up new voters. Furthermore, there is no assurance that these trainings will be widely available to citizens in the state.

To read more about Michigan's legislation to restrict voter registration efforts, click here.

## Inequality- In Pay?

The AFL-CIO has released a great post that informs about the history of income inequality. Please, click here to watch a minute-long video on the topic.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120608.htm





**APWU e-Team Action Alert #22-12, May 18 , 2012**

## Urge House Members - Start with Senate Bill

This week, after the moratorium on closing and consolidations ended, USPS management decided to go forward with what they labeled a "modified" consolidation plan. Essentially, the plan is still the same and calls for the closing of hundreds of processing facilities. However, the only difference is a new timeframe for these closures. Between this week and the end of August of this year, the postal service plans to consolidate 48 plants. USPS will move forward with another 92 plants starting next year and finish their consolidation plan by the end of 2014, shutting down another 89 plants.

> **Also in This Issue:**
> ▸ Republicans Vote for Pay Cut for Postal, Federal Workers
> ▸ "Gotta Vote"
> ▸ Voter Empowerment Act Introduced

Changes are starting to happen now. It is essential that you contact your member of congress to urge them to consider postal reform legislation immediately. Be sure to ask them to use the Senate bill (S.1789) as a starting point, not Congressman Issa's (R-CA) H.R. 2309.

Urge your representative to begin consideration of S.1789 and reject H.R.2309. To send a message to them today, click here!

We are asking our APWU state and local leaders to meet with members of congress while they are home in their respective congressional districts over their Memorial Day recess.

To find your member of Congress' district contact information please, click here.

To read more on the APWU's website, click here.

## Republicans Vote for Pay Cut for Postal, Federal Workers

The House of Representatives voted for a 5 percent cut in postal and federal workers' pay on May 10 by approving an increase in employees' pension contributions. Republican members of the House provided all 218 votes in favor of the measure, while 183 Democrats and 16 Republicans opposed it.

To read more and to see if your member of the House voted in favor of increasing your pension contribution, click here.

## "Gotta Vote"

There is a new website available that has compiled voting information in one place for all states. The "Gotta Vote" website allows the viewer to click on your state to find all the information needed in order to make sure you have all information needed to vote in the upcoming presidential election.

This site is a one stop shop for state by state voter information. "Gotta Vote" will help voters register, provide information about what types of identification is needed to bring to the polls in November in order to be eligible to vote, allow you to sign up for reminders regarding important voter registration and absentee ballot deadlines, and finally, can even help find your local polling facility on election day.

To go to the "Gotta Vote" website please, click here.

## Voter Empowerment Act Introduced

Just this week, House Democrats introduced the Voter Empowerment Act. The goal of this legislation is to protect voters from restrictive voting measures that have been enacted in states across the country. Specifically, this bill targets open access to the ballot box, ensures integrity in the voting process, and protects the accountability of voting machines through strict standards to make sure every vote is counted properly.

To read more about the bill, click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120518.htm





**APWU e-Team Action Alert #22-12, May 18 , 2012**

## Urge House Members - Start with Senate Bill

This week, after the moratorium on closing and consolidations ended, USPS management decided to go forward with what they labeled a "modified" consolidation plan. Essentially, the plan is still the same and calls for the closing of hundreds of processing facilities. However, the only difference is a new timeframe for these closures. Between this week and the end of August of this year, the postal service plans to consolidate 48 plants. USPS will move forward with another 92 plants starting next year and finish their consolidation plan by the end of 2014, shutting down another 89 plants.

Changes are starting to happen now. It is essential that you contact your member of congress to urge them to consider postal reform legislation immediately. Be sure to ask them to use the Senate bill (S.1789) as a starting point, not Congressman Issa's (R-CA) H.R. 2309.

Urge your representative to begin consideration of S.1789 and reject H.R.2309. To send a message to them today, click here!

We are asking our APWU state and local leaders to meet with members of congress while they are home in their respective congressional districts over their Memorial Day recess.

To find your member of Congress' district contact information please, click here.

To read more on the APWU's website, click here.

| Also in This Issue: |
| --- |
| ▸ Republicans Vote for Pay Cut for Postal, Federal Workers |
| ▸ "Gotta Vote" |
| ▸ Voter Empowerment Act Introduced |

## Republicans Vote for Pay Cut for Postal, Federal Workers

The House of Representatives voted for a 5 percent cut in postal and federal workers' pay on May 10 by approving an increase in employees' pension contributions. Republican members of the House provided all 218 votes in favor of the measure, while 183 Democrats and 16 Republicans opposed it.

To read more and to see if your member of the House voted in favor of increasing your pension contribution, click here.

## "Gotta Vote"

There is a new website available that has compiled voting information in one place for all states. The "Gotta Vote" website allows the viewer to click on your state to find all the information needed in order to make sure you have all information needed to vote in the upcoming presidential election.

This site is a one stop shop for state by state voter information. "Gotta Vote" will help voters register, provide information about what types of identification is needed to bring to the polls in November in order to be eligible to vote, allow you to sign up for reminders regarding important voter registration and absentee ballot deadlines, and finally, can even help find your local polling facility on election day.

To go to the "Gotta Vote" website please, click here.

**Voter Empowerment Act Introduced**

Just this week, House Democrats introduced the Voter Empowerment Act. The goal of this legislation is to protect voters from restrictive voting measures that have been enacted in states across the country. Specifically, this bill targets open access to the ballot box, ensures integrity in the voting process, and protects the accountability of voting machines through strict standards to make sure every vote is counted properly.

To read more about the bill, click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120518.htm





**APWU e-Team Action Alert #21-12, May 12 , 2012**

*S. 1789 Action Alert:*
## Contact Your Representative Today

Contact your representative today and urge them to consider postal reform legislation immediately. Be sure to ask them to use the Senate bill (S.1789) as a starting point, not Congressman Issa's (R-CA) harmful H.R. 2309. The moratorium on the closures of post offices and mail processing facilities ends in less than a week. This is why it is crucial that we call upon those who represent us in the House of Representatives to start moving forward with postal reform legislation now. APWU President Guffey offers, "I encourage all union members to contact their representatives and urge them to consider postal reform legislation immediately. Be sure to ask them to use the Senate bill as a starting point." Urge your representative to reject H.R.2309 and instead begin deliberation on S. 1789. Send a message to them today!

**Also in This Issue:**
▸ GOP Votes Pay Cut For Postal, Federal Workers
▸ Warning to Postmaster- Do Not Preempt Congress
▸ Not So……Fair and Balanced

To read more on the APWU's website, click here.

## GOP Votes Pay Cut For Postal, Federal Workers

The House of Representatives voted for a 5 percent cut in postal and federal workers' pay on May 10 by approving an increase in employees' pension contributions. Republican members of the House provided all 218 votes in favor of the measure, while 183 Democrats and 16 Republicans opposed it.

To read more, please click here.

## Warning to Postmaster- Do Not Preempt Congress

Congresswoman Rosa Delauro (D-CT), along with 105 of her congressional colleagues, sent a letter to Postmaster Donahoe urging the Postmaster not close post offices and processing facilities next week, after the moratorium ends on the 15th. Along with asking Postmaster Donahoe to halt those actions it also ask him to extend the moratorium until Congress has finished passing comprehensive postal reform legislation. Furthermore, the letter pointed out that the USPS should not "preempt Congressional action" by proceeding forward with the elimination of overnight delivery which, would allow the shuttering of hundreds of USPS processing facilities.

To read the letter and to see if your member in the House of Representatives signed on in support, please click here.

## Fox News: Not So 'Fair and Balanced'

This week, Fox News broadcast a wildly inaccurate story, along with a so called "taxpayer calculator," which claim that S.1789 paves the way for a taxpayer-funded bailout of the Post Office. The piece clearly aims to rally support for H.R. 2309. Fox admits in the segment that taxpayers do not pay one cent to support the Postal Service. Nothing in the recently passed S.1789 would change that.

To read about Fox's fiction, click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120512.htm





**APWU e-Team Action Alert #20-12, April 26, 2012**

## Postal Reform Passes First Hurdle - The Senate

APWU e-TEAM member,

Yesterday, the Senate passed an amended version of the 21st Century Postal Service Act (S. 1789) by a vote of 62-37. Even though this piece of legislation is far from perfect, the amended version that passed the Senate today was far better than when originally introduced.

The bill will provide the USPS, which is facing imminent collapse, with short-term financial relief, by returning $11 billion in USPS overpayments to federal pension funds to the Postal Service. This money was paid by USPS customers, workers, and the Postal Service. The bill also will provide some protection for service standards for a minimum of three years However, S.1789 will also have devastating consequences for the thousands of postal and federal employees who were injured on the job and who receive compensation from the Office of Workers Compensation Program (OWCP).

The battle now moves forward to the U.S. House of Representatives.

To read more on the APWU's website please, click here.

Thank you to those of you who took time to write, call, and e-mail both of your Senators in regard to S. 1789!

Below is a list of some of the amendments that were voted on today before final passage of the bill.

Senator Casey's (D-PA) amendment (#2042) to maintain current delivery time for market-dominant products for four years failed to garner enough votes to pass. This amendment, that the APWU greatly supported, failed by a vote of 44-54.

Senator Paul's (R-KY) amendment (#2039) to eliminate collective bargaining for postal workers failed by a vote of 23-76.

Senator Manchin's (D-WV) amendment (#2079) to impose a two-year moratorium on any postal facility and post office closures failed to pass. This amendment failed by a vote of 43-53.

Senator Landrieu's (D-LA) amendment (#2072) to determine the impact of certain postal facility closures or consolidations on small businesses passed. This amendment, which the APWU supported, passed by a voice vote.

Senator Pryor's (D-AR) amendment (#2036) to express the sense of the Senate to place a moratorium on postal facility closures and consolidation until enactment was passed by a voice vote.

Senator Rockefeller's (D-WV) amendment (#2074) to ensure that the Postal Service Health Benefits Program will be comparable to the FEHBP passed with a voice vote.

Senator Schumer's (D-NY) amendment (#2050) would maintain door delivery point services for those who currently have door service. The APWU supported this amendment which passed with a voice vote.

Another amendment (#2071) the APWU supported was passed with a voice vote. This amendment was brought forward by Senator Warner (D-VA) and would require reporting regarding retirement processing and modernization.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120426.htm





**APWU e-Team Action Alert #19-12, April 20, 2012**

# Tell Your Senators to Support
# Key Amendments to S. 1789

Dear APWU e-Team member:

Click here, to send both of your Senators a quick message supporting the amendments listed below!

On Monday, April 23, the United States Senate will begin debate on S.1789, the 21st Century Postal Service Act of 2012 and as many as 39 amendments proposed by Senators. Votes on the bill and all amendments are likely to follow on Tuesday, April 24. It is imperative that you immediately contact your two Senators and urge them to support three amendments of vital interest to APWU members and the American people. Following the votes on the amendments, we will follow up with you with instructions on whether we will support or oppose final passage of the bill, as amended. While we oppose many of the amendments offered, and support others, the primary amendments we are concerned with are as follows:

1. Amendment #2042 by Senators Bob Casey (D-PA), Bernie Sanders (I-VT), Sherrod Brown (D-OH), Patrick Leahy (D-VT), Claire McCaskill (D-MO), Max Baucus (D-MT), Jeanne Shaheen (D-NH), and Jeff Merkley (D-OR). Amendment #2042 maintains current delivery standards for four years. The amendment would not prevent all consolidations, but it would stop the USPS from implementing their previously announced "slash and burn" strategy.

2. Amendment #2056 by Senators Jon Tester (D-MT), Mark Begich (D-AK), Kent Conrad (D-ND), Al Franken (D-MN), Amy Klobuchar (D-MN), Carl Levin (D-MI), Jeff Merkley (D-OR), Barbara Mikulski (D-MD), Mark Pryor (D-AR), Bernie Sanders (I-VT), Jeanne Shaheen (D-NH), Debbie Stabenow (D-MI), and Ron Wyden (D-OR). This amendment would modify the process for closing or consolidating post offices and postal facilities. In addition, the amendment gives the Postal Regulatory Commission (PRC) the authority to "affirm or reverse" the determination of the Postal Service.

3. Amendment #2034 by Senators Daniel Akaka (D-HI), Sherrod Brown (D-OH), Al Franken (D-MN), Tom Harkin (D-IA), Dan Inouye (D-HI), John Kerry (D-MA), Frank Lautenberg (D-NJ), Patrick Leahy (D-VT), Patty Murray (D-WA), and Jeanne Shaheen (D-NH). Senator Akaka's amendment deletes Title III of the bill which would devastate thousands of postal and federal employees who were unfortunately injured at work through no fault of their own. Amendment #2034 would replace this language with provisions similar to bi-partisan legislation adopted by the House of Representatives which actually improves some benefits for injured postal and federal workers.

Click here, to send both of your Senators a quick message supporting these amendments today!

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120420.htm





**APWU e-Team Weekly Report #18-12, April 19, 2012**

## Amendments to S.1789

Dear APWU e-Team member,

Numerous amendments have been offered to S.1789 and debate has been plentiful. At last count there are 74 total amendments submitted for S.1789. These amendments cover the entire spectrum, as some are positive and helpful while others are very harmful to the future of the Postal Service.

Senator McCain (R-AZ) has introduced amendments to eliminate no layoff clauses in contracts, to permit an immediate reduction to 5-day delivery, to set up a commission on closing post offices, and to increase employee FEHBP and life insurance contributions. Senator Paul (R-KY) has proposed amendments that would end the Postal Service's mailbox and first class mail monopoly, eliminate collective bargaining, and even a non-relevant amendment to end foreign aid to Egypt. Senator DeMint (R-SC) has introduced amendments to cut union dues and diminish union representation rights. Senator Coburn (R-OK) has offered amendments to require retirement eligible employees of the Postal Service to retire. He has also introduced an amendment that would allow the Postal Service to close unprofitable post office facilities.

Along with all of the negative amendments are some positive amendments. Senator Akaka's Amendment 2034 would prevent unfair and substantial cuts to government-wide Federal Employees' Compensation Act (FECA) insurance benefits provided to injured federal workers. Senator Wyden's (D-OR) amendment would require the Postal Service to consider the effect of closing or consolidating a postal facility on the ability of the affected community to vote by mail. Senator Manchin's (D-WV) offered amendment would extend the moratorium on the closing and consolidation of postal facilities.

Please stay diligent in checking both your inbox for new e-Team alerts as well as the APWU's Website for news updates.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120419.htm





**APWU e-Team Weekly Report #17-12, April 18, 2012**

Emergency-Take Action!

APWU e-Team member,

Call both of your Senators Thursday, April 19 and ask them to please support Senator Akaka's Amendment 2034 to S. 1789, the postal reform bill currently being considered by the Senate.

Senator Akaka's amendment would prevent unfair and substantial cuts to government-wide Federal Employees' Compensation Act (FECA) insurance benefits provided to injured federal workers. The current language of S. 1789 would reduce benefit levels by 25% for workers who are over the eligible retirement age, eliminate the augmented benefit for injured workers with children and other dependents, and with exceptions, these changes would apply retroactively to those individuals already injured while on duty. Senator Akaka's amendment would replace the benefit cuts with the language of the FECA reform bill, H.R. 2465, which already has been passed by the House. This language provides common sense reforms that accomplish cost savings for taxpayers and improve fairness toward disabled workers who suffered serious injuries while simply doing their job.

Postal reform is currently being both debated and amended on the floor of the Senate and Action is urgently needed. Make sure your voice has been heard by both of your Senators. MAKE THE CALL!

Please call both of your senators' offices today. You can reach them via the Capitol Switchboard at 202-224-3121.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120418.htm





**APWU e-Team Weekly Report #16-12, April 17, 2012**

## Senate to Consider Postal Bill Today, April 17

The Senate is expected to consider a ~~revised version of S. 1789~~, the 21st Century Postal Service Act, on Tuesday, April 17, with proceedings broadcast and ~~Webcast live on C-SPAN~~. The first order of business will be a "cloture vote" on a motion to proceed.  Sixty votes are required to proceed to consideration of the bill.

Next up will be a motion to replace the bill as it was originally introduced with a "manager's amendment," which includes changes supported by the bill's sponsors.

Debate is expected to last several days. Additional amendments could be introduced from the Senate floor.

After the Senate votes on the measure, action is expected to move to the House of Representatives. The APWU will have to remain active as the House considers postal reform legislation.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120417.htm





**APWU e-Team Weekly Report #15-12, April 13, 2012**

## APWU Continues Outreach

Congress is getting ready to come back into DC next week. When legislators return to town, postal reform legislation could be taken up any day. The APWU continues to air television ads aimed at informing the general public and members of Congress that the Postal Service doesn't cost taxpayers one cent. This ad campaign is designed to support efforts to finally resolve the Postal Service's financial crisis without lowering service standards, slashing pay, reducing benefits, and ending collective bargaining rights.

> **Also in This Issue:**
> ► Senator a Postal Worker for a Day
> ► Workers Ready to Fight Fire with Fire this Election
> ► Right to Work Stalls Again

On April 17 (Tax Day), locals across the country will be conducting informational leafleting at as many post offices as possible, with an emphasis on those facilities that draw media coverage on Tax Day. The purpose of this event is to bring to the attention of postal customers and the public at-large, the drastic cuts that management is planning if Congress doesn't act. To read more information about the nationwide Tax Day leafleting and to download your own copies of the APWU's Tax Day leaflet, click here .

With members of Congress coming back into their DC offices from their Easter Recess, the APWU is urging members to make sure to call their Senators and let them know that amendments to S. 1789 are direly needed. The APWU is endorsing amendments to:

- Provide adequate relief from the retiree healthcare prefunding requirement.

- Set strict service standards. (The Postal Service is planning to degrade delivery standards in order to eliminate more than half of all mail processing facilities.)

- Allow the USPS to recover overpayments the Postal Service made to its retiree pension funds.

- Establish new ways to generate revenue, such as providing notary services, issuing licenses, contracting with state and local agencies to provide services, and allowing the USPS to offer services that mail systems in many other countries provide, such as digital services.

- Prevent the closing of small post offices by giving the Postal Regulatory Commission binding authority to prevent closures based on the effect on the community and employees.

-  Protect six-day delivery.

- Eliminate the provision that would drastically reduce the compensation of workers who are injured on duty once they reach retirement age.

- Repeal the provision that would require arbitrators in postal contract negotiations to consider the financial health of the USPS. (Arbitrators routinely do so. The requirement is an attempt to skew contract negotiations in favor of management.)

Please call both of your senators' offices today. You can reach them via the Capitol Switchboard at 202-224-3121.

After you call both of your senators, also make sure you take a minute to send them a quick message. To send them a message please, click here.

**Senator-Postal Worker for a Day**

With members of Congress home over their Easter Recess, the legislators found a variety of ways to spend their time. Over this recess, one Senator used this break to serve as a postal worker for a day. Senator Max Baucus (D-MT), reported for his shift starting at 5 a.m. at the Missoula, MT mail processing center. To read more, click here .

## Workers Ready to Fight Fire with Fire this Election

The 2010 Citizens United ruling by the Supreme Court has laid the groundwork for the formation of many "super-PACs." To stand against the seemingly limitless corporate super-PAC money being spent in federal elections, the AFL-CIO has launched a super-PAC of its own, the Workers' Voice. Unlike other super-PACs, Workers' Voice is not going to focus on media buys and television publicity. Instead, it will be focusing its resources on connecting with voters through e-mail, social media, canvassing, and phone banking. To read more in the Hill, please click here .

To find out more information about the Workers' Voice and to get involved, click here .

## Right to Work Stalls Again

This week in New Hampshire, the State Senate appears to have finally stopped the right-wing push for the passage of Right to Work (RTW) at the state house in Concord. With only a voice vote taken, the RTW bill in the State Senate was indefinitely tabled.

To read more, please click here .

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120413.htm





**APWU e-Team Weekly Report #13-12, April 5, 2012**

## Tax Day Leafleting/Contact Your Senators

**Also in This Issue:**

▸ Senator Sanders
 On *The Ed Show*
▸ Montana's Senator Calls
 For Delay in Shuttering
 Of Processing Facilities
▸ More Movement
 Restricting Ability to Vote
▸ Sign up for
 The APWU E-TEAM

On April 17 (Tax Day), the APWU is asking locals across the country to conduct informational leafleting at as many post offices as possible, with an emphasis on those facilities that draw media coverage on Tax Day. The purpose of this event is to bring to the attention of postal customers and the public at-large to the drastic cuts that management is planning if Congress doesn't act. To read more information about the nationwide Tax Day leafleting and to download the APWU's Tax Day leaflet, click here .

Members of Congress are home in their states and districts for the Easter Recess. The APWU is urging members to reach out to their Senators and let them know that amendments to S. 1789 are needed. The APWU is endorsing amendments to:

- Provide adequate relief from the retiree healthcare prefunding requirement.
- Set strict service standards. (The Postal Service is planning to degrade delivery standards in order to eliminate more than half of all mail processing facilities.)
- Allow the USPS to recover overpayments the Postal Service made to its retiree pension funds.
- Establish new ways to generate revenue, such as providing notary services, issuing licenses, contracting with state and local agencies to provide services, and allowing the USPS to offer services that mail systems in many other countries provide, such as digital services.
-  Prevent the closing of small post offices by giving the Postal Regulatory Commission binding authority to prevent closures based on the effect on the community and employees.
- Protect six-day delivery.
- Eliminate the provision that would drastically reduce the compensation of workers who are injured on duty once they reach retirement age.
- Repeal the provision that would require arbitrators in postal contract negotiations to consider the financial health of the USPS. (Arbitrators routinely do so. The requirement is an attempt to skew contract negotiations in favor of management.)

Please call both of your senator's district offices today.

Click here, to find the phone number for both of your senator's district offices.

After you call both of your senators, also make sure you take a minute to send them a quick message. To send them a message please, click here.

## Senator Sanders on *The Ed Show*

This week, Senator Bernie Sanders (I-VT) appeared on The Ed Show. In the segment, Ed Schultz and Senator Sanders discuss the unfair burden that has been placed on the USPS, which receives no tax dollars.

To watch the video of this segment, click here.

## Montana's Senator Calls for Delay in Shuttering of Processing Facilities

One of Montana's Senators, John Tester, has asked Postmaster General Donahoe to delay the closing of processing

facilities until 2013. The senator is worried that the closing of these facilities will have an adverse impact on those voting by mail this election.

To read more about the Senator's request, click here.

## More Movement Restricting Ability to Vote

More and more states continue to take up restrictive voter ID legislation while other states start feeling the chilling effects of implementing new stringent voter registration laws.  Just last week, Floridians began to realize the negative impacts some of its recently enacted laws will have on communities. To read about the effects these restrictive laws are having on organizations such as the NAACP and the League of Women Voters, which traditionally participate in nonpartisan voter registration drives in Florida, click here.

To read about Minnesota's efforts to have voter ID legislation placed on this November's ballot, click here.

## Sign up for the APWU E-TEAM

If you were forwarded this APWU e-Team alert and would like to sign up to receive these alerts and other APWU legislative updates directly please, click here.

Do you know any APWU members who might like to receive e-Team updates? Forward this message to them and they can sign up directly.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120405.htm





**APWU e-Team Weekly Report #13-12, March 30, 2012**

## S. 1789 Action Alert

Plans to begin the debate on postal reform legislation this week did not materialize prior to congress going on a two-week recess. When congress returns to Washington in mid-April this legislation is expected to be front and center.

APWU members can now use this time to contact both of their senators and let them know that amendments to S. 1789 are needed.

The APWU is endorsing amendments to:

- Provide adequate relief from the retiree healthcare prefunding requirement.

- Set strict service standards. (The Postal Service is planning to degrade delivery standards in order to eliminate more than half of all mail processing facilities.)

- Allow the USPS to recover overpayments the Postal Service made to its retiree pension funds.

- Establish new ways to generate revenue, such as providing notary services, issuing licenses, contracting with state and local agencies to provide services, and allowing the USPS to offer services that mail systems in many other countries provide, such as digital services.

- Prevent the closing of small post offices by giving the Postal Regulatory Commission binding authority to prevent closures based on the effect on the community and employees.

- Protect six-day delivery.

- Eliminate the provision that would drastically reduce the compensation of workers who are injured on duty once they reach retirement age.

- Repeal the provision that would require arbitrators in postal contract negotiations to consider the financial health of the USPS. (Arbitrators routinely do so. The requirement is an attempt to skew contract negotiations in favor of management.)

**Please call both of your senator's district offices today.**

Click here, to find the phone number for both of your senator's district offices.

After you call both of your senators, also make sure you take a minute to send them a quick message. To send them a message please, click here.

To read about the delay please, click here.

To read what the Washington Post wrote about postal reform please, click here.

## Postmaster Urges Congress to Take Postal Workers Out of FEHBP

At a House hearing this week Postmaster General Patrick Donahoe urged lawmakers to take postal employees out of

**Also in This Issue:**
- PMG Urges Congress to Take Postal Workers Out Of FEHBP
- Multiple New Postal Bills Introduced
- AFL-CIO President Trumka Calls for Resignation of NLRB Member

the Federal Employee Health Benefits Program (FEHBP). Another witness testified that removing postal employees from the program would not only doom the current FEHBP system, but would also be more expensive for the postal service than their current estimates reflect.

For more information about testimony concerning  Postal Employee Health Benefits, click here.

To read more on this from the Federal Daily, click here.

## Multiple New Postal Bills Introduced

This week bipartisan legislation, (H.R. 4270) was introduced aimed at placing a cap on the top level of pay a postal executive could receive. For more information, click here.

To view the full text of the bill, please click here.

Also this week Congressman Nick Rahall (D-WV) introduced legislation (H.R. 4335) to help rural communities to keep their post offices open. To read about this bill, click here.

To view the full text of the bill, please click here.

## AFL-CIO President Trumka Calls for Resignation of NLRB Member

AFL-CIO President Trumka called for the resignation of NLRB board member Terrence Flynn, who has been the center of reported ethical violations. It was reported that Presidential candidate Mitt Romney, through his connection to Terrence Flynn obtained information that was used to attack the NLRB. He called for Flynn to immediately resign and possibly face criminal charges.

To read more about this story please, click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120330.htm





**APWU e-Team Weekly Report #12-12, March 23, 2012**

## Postal Reform Bill on Senate Floor Next Week

This upcoming week, the Senate looks ready to bring postal reform legislation to the Senate floor. As senators engage in last-minute discussions over possible amendments, now more than ever, both of your senators need to hear from you! This piece of legislation is tentatively scheduled for a vote as early as Monday, March 26. The APWU cannot support the 21st Century Postal Service Act (S. 1789) in its current form and are asking members to contact your senators and encourage them to support amendments to S.1789 that would:

> **Also in This Issue:**
> ▶ Sen. Mikulski Puts Hold On Postal Reform Bill
> ▶ Sen. Collins Criticizes USPS Proposed Cuts
> ▶ USPS Market Research On Consolidations: Revenue Losses Could Wipe Out Savings

• Provide adequate relief from the retiree healthcare prefunding requirement.

• Set strict service standards. (The Postal Service is planning to degrade delivery standards in order to eliminate more than half of all mail processing facilities.)

• Allow the USPS to recover overpayments the Postal Service made to its retiree pension funds.

• Establish new ways to generate revenue, such as providing notary services, issuing licenses, contracting with state and local agencies to provide services, and allowing the USPS to offer services that mail systems in many other countries provide, such as digital services.

• Prevent the closing of small post offices by giving the Postal Regulatory Commission binding authority to prevent closures based on the effect on the community and employees.

• Protect six-day delivery.

• Eliminate the provision that would drastically reduce the compensation of workers who are injured on duty once they reach retirement age.

• Repeal the provision that would require arbitrators in postal contract negotiations to consider the financial health of the USPS. (Arbitrators routinely do so. The requirement is an attempt to skew contract negotiations in favor of management.)

To send your senators a quick message, click here.

After you send a message to your senators, also make sure you take a minute to call their offices and tell them to amend S. 1789.

You can also reach your senators by the Capitol swithcboard at 202-224-3121.

## Sen. Mikulski Puts Hold on Postal Reform Bill

This week, Senator Mikulski (D-MD) put a hold on S. 1789 which means 60 votes will now be needed in the Senate before this legislation could move forward. To read the Senator's objections, citing the right of her constituents to be heard and maintain their current standard of delivery service, please click here.

## Sen. Collins Criticizes USPS Proposed Cuts

Also this week, Senator Collins (R-ME) took to the floor of the Senate to speak about postal reform. The Senator went on to criticize the postmaster's plans to move forward with his proposed cuts. To watch, click the video below.

To watch the final two minutes of Senator Collin's floor speech, please click here.

*USPS Market Research on Consolidations:*
## Revenue Losses Could Wipe Out Savings

Per recent USPS testimony before the Postal Regulatory Commission, cuts that have already been proposed by the Postal Service will result in billions in lost revenue. It has been widely reported this week that any savings realized after closing hundreds of processing facilities very well may be wiped out and possibly pale in comparison to the losses in revenue that these cuts will result in.

To read the story on the APWU website, click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120323.htm





**APWU e-Team Weekly Report #11-12, March 16, 2012**

## APWU Airs New Round of Television Ads

The APWU rolled out a new series of ads highlighting the importance of the Postal Service to our country and economy. These ads show that the U.S. depends on the Postal Service as a staple that binds our communities together. These ads address some of the harsh effects that communities nationwide will feel if post offices and processing facilities are shuttered. Click here to view the ads on the union's Web site.

<div style="border:1px solid black; padding:5px;">
<strong>Also in This Issue:</strong><br>
► Transportation<br>
  In the House<br>
► AFL-CIO Denounces<br>
  State Voter ID Laws
</div>

Right now, senators are making decision about what amendments will be included in pending postal reform legislation. What can you do to help make sure your voice as a postal worker is heard? Reach out to your senators and ask them to support several amendments to the 21st Century Postal Service Act (S. 1789).

To send your senators a quick message, click here.

Please urge your senators to support amendments to S.1789 that would:

- Provide adequate relief from the retiree healthcare prefunding requirement.

- Set strict service standards. (The Postal Service is planning to degrade delivery standards in order to eliminate more than half of all mail processing facilities.)

- Allow the USPS to recover overpayments the Postal Service made to its retiree pension funds.

- Establish new ways to generate revenue, such as providing notary services, issuing licenses, contracting with state and local agencies to provide services, and allowing the USPS to offer services that mail systems in many other countries provide, such as digital services.

- Prevent the closing of small post offices by giving the Postal Regulatory Commission binding authority to prevent closures based on the effect on the community and employees.

- Protect six-day delivery.

- Eliminate the provision that would drastically reduce the compensation of workers who are injured on duty once they reach retirement age.

- Repeal the provision that would require arbitrators in postal contract negotiations to consider the financial health of the USPS. (Arbitrators routinely do so. The requirement is an attempt to skew contract negotiations in favor of management.)

After you send a message to your senators, make sure you also take a minute to call their offices and tell them to amend S. 1789.

You can reach your senators by calling the Capitol Hill swithcboard at 202-224-3121.

## Transportation in the House

While a controversial House of Representatives transportation bill has so far failed to pass through the chamber, the Senate recently passed its version of the bill by a 74-22 vote. Now, the future of the transportation package rests on

whether the House will move forward with their version. To read more about what the Washington Post writes about the inaction in the House, click here.

It is still crucial that your member of the House hears from you. After H.R. 3813 was reported from committee, the House Rules Committee merged the bill with H.R. 7, the American Energy and infrastructure Jobs Act of 2012. Both bills contain these troubling attacks on postal and federal workers retirements.

Click here to take action and send a quick message to your representative. Tell them to vote no on H.R. 7 and oppose H.R. 3813!

After you send a message to your representative, make sure you also take a minute to call their office and tell them to vote no on H.R. 7 and oppose H.R. 3813!

You can reach your member of Congress by calling the Capitol Hill switchboard at (202) 224-3121.

To find your representative, please click here.

## AFL-CIO Denounces State Voter ID Laws

With dozens of states passing strict voter identification legislation this year in the lead up to the Presidential election, the AFL-CIO has come out against these efforts to disenfranchise millions of legally registered voters. These state laws have not only required stricter identification standards for the average registered voter in their states but have also often included a parallel element that will restrict voter registration drives by organizations such as the League of Women Voters. To read more about the AFL-CIO's stand, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120316.htm





**APWU e-Team Weekly Report #10-12, March 9, 2012**

## Transportation Trouble

This week, the Senate took up for consideration their version of a transportation bill. This bill aims to fund many transportation projects across the country that will be losing their funding at the end of the month. Both the Senate and the House are having trouble settling on specific versions of their respective transportation legislation. Before the House decides to take action on their version of the Senate bill, please reach out to your member of the House of Representatives.

> **Also in This Issue:**
> ‣ Postal Reform
> ‣ USPS Makes Call to Halt Closures During Election Season

Postal and federal workers' retirement benefits are still under attack. A piece of legislation, H.R. 3813, would increase the required contribution rate paid by postal and federal employees in both the Civil Service Retirement System (CSRS) and the Federal Employees' Retirement System (FERS) for their retirement.

After H.R. 3813 was reported from committee, the House Rules Committee merged the bill with H.R. 7, the American Energy and infrastructure Jobs Act of 2012. Both bills contain these troubling attacks on postal and federal workers retirements.

Click here to take action and send a quick message to your representative. Tell them to vote no on H.R. 7 and oppose H.R. 3813!

After you send a message to your representative, make sure you also take a minute to call their office and tell them to vote no on H.R. 7 and oppose H.R. 3813!

You can reach your member of Congress by calling the Capitol Hill switchboard at (202) 224-3121.

To find your representative, please click here.

## Postal Reform

This week, it was reported that Senator Carper (D-DE) is drafting legislation that will "appease critics" of pending postal legislation aimed at shoring up the financial condition of the Postal Service. Although specifics have not yet been released, this shows exactly how crucial it is that you reach out to your senators and ask them to support several amendments to the 21st Century Postal Service Act (S. 1789). To send your senators a quick message, click here .

Please urge your senators to support amendments to S.1789 that would:

- Provide adequate relief from the retiree healthcare prefunding requirement.

- Set strict service standards. (The Postal Service is planning to degrade delivery standards in order to eliminate more than half of all mail processing facilities.)

- Allow the USPS to recover overpayments the Postal Service made to its retiree pension funds.

- Establish new ways to generate revenue, such as providing notary services, issuing licenses, contracting with state and local agencies to provide services, and allowing the USPS to offer services that mail systems in many other countries provide, such as digital services.

- Prevent the closing of small post offices by giving the Postal Regulatory Commission binding authority to prevent closures based on the effect on the community and employees.

- Protect six-day delivery.

- Eliminate the provision that would drastically reduce the compensation of workers who are injured on duty once they reach retirement age.

- Repeal the provision that would require arbitrators in postal contract negotiations to consider the financial health of the USPS. (Arbitrators routinely do so. The requirement is an attempt to skew contract negotiations in favor of management.)

After you send a message to your senators, make sure you also take a minute to call their offices and tell them to amend S. 1789.

You can reach your member of Congress by calling the Capitol Hill switchboard at (202) 224-3121.

## USPS Makes Call to Halt Closures During Election Season

After calls last week to halt closures from various elected officials, the Postal Service slightly pivoted from their previous stance on closures. This week, the Postal Service announced that it will halt their closing and consolidation process for a few months before the November election. This stoppage does not affect their planned closings, which they still intend to implement starting in May, once the present moratorium expires.

To read the full story, please click here .

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120309.htm





**APWU e-Team Weekly Report #09-12, March 2, 2012**

## Cutbacks at the U.S. Postal Service

In a move that could eliminate as many as 150,000 jobs by next year—and that has angered some in Congress—the cash-strapped United States Postal Service is pushing ahead with planned cuts to more than 260 mail-processing centers nationwide starting in May as part of an effort to reduce the agency's operating budget.

**Also in This Issue:**
▶ Kicking the Transportation Bill Down the Road
▶ If Postal Service Ax Delivery Standards, Will Elections Suffer?

Declining volumes, along with rules that require the service to pay for the health care of its workers far in advance, have created the fiscal crisis. The Postal Service has said that it could lose as much as $18.2 billion a year by 2015 unless Congress grants it permission to make the necessary adjustments, like eliminating Saturday delivery and raising stamp prices.

The planned cuts, which would save about $20 billion by 2015, would slow the delivery of first-class mail, eliminating the option for letters to arrive the next day.

Last year, the agency agreed to wait until mid-May to begin closures so lawmakers would have time to stabilize its finances. The Postal Service is an independent agency, but subject to congressional control on major operational issues. Many in Congress are not happy with the closures, particularly those in rural areas.

A bipartisan Senate bill (S. 1789) would permit the Postal Service to halt Saturday delivery, close thousands of post offices and processing facilities, and give back billions of dollars that the agency paid into federal retirement accounts, according to The Washington Post. But the bill encountered opposition in the Senate, where 27 Democrats sent a letter to its sponsors demanding changes to the legislation.

The letter requested protection for rural post offices, maintenance of current delivery standards, Saturday delivery for the next four years and other items. Sen. Bernie Sanders, ID-Vt., a cosigner, said the underlying bill would mean "a death spiral" for the Postal Service.

Sen. Thomas Carper, D-Del., one of the sponsors of the bill, said he hopes to complete an amendment that aims to appease the bill's critics in time for floor action in late March.

The APWU is asking you to please reach out to your senators and ask them to support several amendments to the 21st Century Postal Service Act (S. 1789). To send your senators a quick message, ~~click here~~.

Please urge your senators to support amendments to S.1789 that would:

- Provide adequate relief from the retiree healthcare prefunding requirement.

- Set strict service standards. (The Postal Service is planning to degrade delivery standards in order to eliminate more than half of all mail processing facilities.)

- Allow the USPS to recover overpayments the Postal Service made to its retiree pension funds.

- Establish new ways to generate revenue, such as providing notary services, issuing licenses, contracting with state and local agencies to provide services, and allowing the USPS to offer services that mail systems in many other countries provide, such as digital services.

- Prevent the closing of small post offices by giving the Postal Regulatory Commission binding authority to

prevent closures based on the effect on the community and employees.

- Protect six-day delivery.
- Eliminate the provision that would drastically reduce the compensation of workers who are injured on duty once they reach retirement age.
- Repeal the provision that would require arbitrators in postal contract negotiations to consider the financial health of the USPS. (Arbitrators routinely do so. The requirement is an attempt to skew contract negotiations in favor of management.)

After you send a message to your senators, make sure you also take a minute to call their offices and tell them to amend S. 1789.

You can reach your senators by calling the Capitol Hill switchboard at (202) 224-3121.

## Kicking the Transportation Bill Down the Road

Postal and federal workers' retirement benefits are still under attack. A piece of legislation, H.R. 3813, would increase the required contribution rate paid by postal and federal employees in both the Civil Service Retirement System (CSRS) and the Federal Employees' Retirement System (FERS) for their retirement.

After H.R. 3813 was reported from committee, the House Rules Committee merged the bill with H.R. 7, the American Energy and infrastructure Jobs Act of 2012. Both bills contain these troubling attacks on postal and federal workers retirements.

Click here to take action and send a quick message to your representative. Tell them to vote no on H.R. 7 and oppose H.R. 3813!

After you send a message to your representative, make sure you also take a minute to call their office and tell them to vote no on H.R. 7 and oppose H.R. 3813!

You can reach your member of Congress by calling the Capitol Hill switchboard at (202) 224-3121.

To find your representative, please click here.

Speaker John Boehner, R-Ohio, insisted this week that a stalled transportation bill (H.R. 7) that has been languishing in the House is not yet dead, and that a scaled-down version that had been talked about is even less likely to garner support. But time may be running out, either way.

That's because the current extension of the surface-transportation programs expires March 31. And, even more importantly, the votes may still not be there even for a more modest bill.

Realizing he did not have the votes, Boehner two weeks ago withdrew the $260 billion, five-year plan upon which he had banked a good deal of political capital. Many Republicans balked at the price tag and urban Republicans were put off by a severing of dedicated transit funding. The bill was devoid of earmarks, which also hurt its cause. Not a single Democrat was expected to vote for it, and President Obama threatened a veto.

Some GOP leaders have said privately that a new, improved, scaled-down version could be rolled out in the coming weeks, more in line with a two-year, $109 billion Senate version that Democratic leaders hope passes by mid-March. A proposal to de-link mass-transit money from the highway trust fund would be removed and a provision that would call for federal employees to contribute more to their retirements is also likely to suffer the hatchet. Remaining, however, is an already-passed measure that would force Obama to accept the Keystone XL pipeline. But Boehner seemed to throw cold water on the inchoate new proposal, saying "Apparently our members don't think too highly of it." He described it as "a fall back measure."

Most local officials around the country are not counting on a new bill and are resigned to more stopgap measures. But, alarmingly, some states are unaware that some federal money may not be available to them after March 31, the Governors Highway Safety Association told Politico.

## If Postal Service Ax Delivery Standards, Will Elections Suffer?

In the 2010 election season approximately 17-18 million citizens voted by mail. Some election officials are actively asking the postal service to postpone degrading delivery standards for first class mail until at least after this November's election.

To read the full story in The Hill, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120302.htm





**APWU e-Team Weekly Report #08-12, Feb. 24 2012**

## Service Standards Crucial to Saving USPS Jobs

This week, the Postal Service announced their plan to move forward with approving the consolidation of 223 mail processing plants after the moratorium expires on May 15th. Congressional intervention is needed to save the current mail processing network. The key to saving the Postal Service's current network is maintaining the existing high level of service standards the public deserves.

The APWU is asking you to please reach out to your senators and ask them to support several amendments to the 21st Century Postal Service Act (S. 1789). To send your senators a quick message, click here .

After you send a message to your senators, make sure you also take a minute to call their offices and tell them to amend S. 1789.

You can reach your senators by calling the Capitol swithcboard at 202-224-3121

To read more on the APWU's website about the Postal Service's plans for consolidation, along with more information about S. 1789, please click here .

| Also in This Issue: |
| :--- |
| ▶ H.R. 3813 Update |
| ▶ Romney Blasts "Labor Stooges" |

## H.R. 3813 Update

Postal and federal workers' retirement benefits are still under attack. A piece of legislation, H.R. 3813, would increase the required contribution rate paid by postal and federal employees in both the Civil Service Retirement System (CSRS) and the Federal Employees' Retirement System (FERS) for their retirement. Beginning in January 2013, the bill would raise workers' retirement contribution rates by 1.5 percent of salary, phased in over three years (0.5 percent per year). Under current law, most CSRS employees contribute 7 percent of their salary towards retirement and most FERS employees contribute 0.8 percent. The proposed rate increase would apply to all employees with 5 or more years of federal service as of January 1, 2013.

Employees with less than five years of service would face an increase of 3.2 percent. (Employees in the Federal Employee Retirement System [FERS] currently pay 0.8 percent of salary into the pension fund. Employees enrolled in the Civil Service Retirement System [CSRS] currently pay 7 percent to their retirement system.)

It also would reduce pensions for employees with less than five years of service by calculating annuities based on the average of employees' high-five salary years instead of their high-three years, which is the current method. In addition, their pensions would be calculated at a lower rate of 0.7 percent per year, down from 1 percent.

Under current law, certain FERS employees who retire before the age of 62 receive a supplement to their annuity that is intended to equal what they would receive from the Social Security Administration if they were eligible for Social Security benefits at the time of retirement. The supplement ends when the retiree turns 62 or becomes eligible to receive actual Social Security benefits. H.R. 3813 would eliminate that supplement for most postal and federal employees who retire after December 31, 2012.

After H.R. 3813 was reported from committee, the House Rules Committee merged the bill with H.R. 7, the American Energy and infrastructure Jobs Act of 2012. Both bills contain these troubling attacks on postal and federal workers retirements.

Click here to take action and send a quick message to your representative. Tell them to vote no on H.R. 7 and oppose H.R. 3813!

After you send a message to your representative, make sure you also take a minute to call their office and tell them to vote no on H.R. 7 and oppose H.R. 3813!

You can reach your member of Congress by calling the Capitol Hill switchboard at (202) 224-3121.

To find your representative, please click here.

## Romney Blasts "Labor Stooges"

Mitt Romney has come out against labor once again. He publicly demonized the Employee Free Choice Act, labor leaders, and President Obama. Furthermore, Romney has criticized the successful bailout of the auto industry that saved thousands of U.S. jobs in many states.

To read the story in the Washington Post, click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120224.htm





**APWU e-Team Weekly Report #07-12, Feb. 17, 2012**

## Payroll Tax Cut Extension and H.R. 7

Click here to take action and send a quick message to your representative. Tell them to vote no on H.R. 7!

The payroll tax cut extension bill passed both the House and the Senate. It is on the way to President Obama's desk and is awaiting his signature.  Unlike previous versions, the legislation as passed would not require current postal workers to pay more into retirement. To read more about the payroll tax cut extension, please click here.

This week, Congressman Dennis Ross (R-FL) remarked on Fox News that he thinks federal workers are on a retirement "bonanza plan." To hear Congressman Ross advocate for both federal and postal workers to immediately increase their current contributions into retirement, click here.

To watch a video of Congressman Issa (R-CA) talking about federal employees and their "overly generous retirement program," click here. Note: Issa speaks at the 30 minute and 40 second mark in the video.

To read the latest on the APWU's website, please click here.

After you send a message to your representative, make sure you also take a minute to call their office and tell them to vote no on H.R. 7!

You can reach your member of Congress by calling the Capitol Hill switchboard at (202) 224-3121.

To find your representative, please click here.

| Also in This Issue: |
| --- |
| ▸ Take Action to Amend S. 1789 |
| ▸ Over 100 House Members Seek to Extend Moratorium on Closures |

## Take Action to Amend S. 1789

Click here to send a quick message telling both of your senators that the postal reform bill, S. 1789, is not acceptable in its current form. Several crucial amendments need to be made to S. 1789. With the future viability of the Post Office on the line, the stakes for postal workers have never been higher.

This week, a group of twenty-seven senators came together to sign a letter to S. 1789 sponsors, Senators Carper, Collins, Lieberman and Brown. The letter asked the sponsors of S. 1789 to approve amendments to the bill.

To read the letter along with more about the effort to amend S. 1789, please click here.

To read more about this legislation, including the full text of the bill, click here.

After you send a message to your representative, make sure you also take a minute to call their office and tell them to amend S. 1789. You can reach both of your senators by calling the Capitol Hill switchboard at (202) 224-3121.

To find your senators, please click here.

## Over 100 House Members Seek to Extend Moratorium on Closures

This week over 100 members of the U.S. House of Representatives signed a letter sent to Postmaster Donahoe. The letter asked him to extend the moratorium on plans to consolidate post offices until problems identified by the Postal

Regulatory Commission (PRC) with the Retail Access Optimization Initiative (RAOI) are resolved.

To read the full text of the letter from the members of the House and more details from the APWU, please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120217.htm





**APWU e-Team Weekly Report #06-12, Feb. 10, 2012**

## Tell the U. S. House of Representatives to vote no on H.R. 7

This week, H.R. 3813 was passed through the House Oversight and Government Reform Committee along party lines with a vote of 22-16. This legislation would increase the amount both federal and postal employees would have to contribute to their retirement by 1.5%. Those employees with less than 5 years of service would see an increase in the amount they have to contribute to their retirement of 3.2%. This bill would also change the way annuities for those with less than five years of service are calculated. If passed, the new model for calculating annuities would be based on salaries using an employee's high five-year salary instead of the current high three-year model.

After H.R. 3813 was reported from committee, the House Rules Committee merged the bill with highway bill H.R. 7, the American Energy and Infrastructure Jobs Act of 2012. H.R. 7 is expected to be considered by the House during the week of February 13.

Click here to take action and send a quick message to your representative. Tell them to vote no on H.R. 7!

After you send a message to your representative, make sure you also take a minute to call their office and tell them to vote no on H.R. 7!

You can reach your members of Congress by calling the Capitol Hill switchboard at 202-224-3121.

To find your representative, please click here.

## Tell the Senate

There are no new updates as to when S. 1789 may come to the floor for a vote. This legislation can still be brought forward any day — possibly within the next week. Please make sure to be vigilant in checking your inbox for new e-team updates on S. 1789. The APWU's website will also provide up to the minute information as it comes in.

Click here to send a quick message telling both of your Senators that the postal reform bill, S. 1789, is not acceptable in its current form. Several amendments need to be made to S. 1789. The stakes for postal workers have never been higher. This legislation, as written, would only give the Postal Service minor temporary financial relief while inflicting dangerous long-term damage to the Postal Service. As written, S. 1789 would weaken current service standards, kill jobs, and close facilities.

With S.1789 looming on the horizon, we are still asking that you please pick up the phone and call both your senators and tell them that S. 1789 is simply not acceptable in its current form.

When you call your senators, please ask them to support amendments to:

- Set strict service standards. (This is crucial, because the Postal Service is planning to degrade delivery standards in order to eliminate more than half of all mail processing facilities.)

- Allow the USPS to recover overpayments the Postal Service made to its retiree pension funds.

- Adequately address the requirement that forces the USPS to pre-fund future retiree health benefits. (This mandate is the primary cause of the agency's financial crisis. No other government agency or private company bears this burden, which costs the USPS approximately $5.5 billion annually.)

- Establish new ways to generate revenue, such as providing notary services, issuing licenses, contracting with

state and local agencies to provide services, and allowing the USPS to offer services that mail systems in many other countries provide, such as digital services.

- Prevent the closing of small post offices by giving the Postal Regulatory Commission (PRC) binding authority to prevent closures based on the effect on the community and employees.

- Protect six-day delivery.

- Eliminate the provision that would drastically reduce the compensation of workers who are injured on duty once they reach retirement age.

- Repeal the provision that would require arbitrators in postal contract negotiations to consider the financial health of the USPS. (Postal unions note that arbitrators routinely do so, and criticize the provision as an attempt to skew contract negotiations in favor of management.)

To read more about this legislation, including the full text of the bill, click here .

It is important that all senators hear directly from their constituents. You can reach your senators by calling their Capitol Hill office using the numbers listed below.

| | | | | |
|----|------|---|---|---|
| AK | Begich, Mark | D | | (202) 224-3004 |
| AK | Murkowski, Lisa | R | S | (202) 224-6665 |
| AL | Sessions, Jeff | R | S | (202) 224-4124 |
| AL | Shelby, Richard | R | S | (202) 224-5744 |
| AR | Boozman, John | R | S | (202) 224-4843 |
| AR | Pryor, Mark | D | S | (202) 224-2353 |
| AZ | Kyl, Jon | R | S | (202) 224-4521 |
| AZ | McCain, John | R | S | (202) 224-2235 |
| CA | Boxer, Barbara | D | S | (202) 224-3553 |
| CA | Feinstein, Dianne | D | S | (202) 224-3841 |
| CO | Bennet, Michael | D | S | (202) 224-5852 |
| CO | Udall, Mark | D | S | (202) 224-5941 |
| CT | Blumenthal, Richard | D | S | (202) 224-2823 |
| CT | Lieberman, Joseph | I | S | (202) 224-4041 |
| DE | Carper, Thomas | D | S | (202) 224-2441 |
| DE | Coons, Christopher | D | S | (202) 224-5042 |
| FL | Nelson, Bill | D | S | (202) 224-5274 |
| FL | Rubio, Marco | R | S | (202) 224-3041 |
| GA | Chambliss, Saxby | R | S | (202) 224-3521 |
| GA | Isakson, Johnny | R | S | (202) 224-3643 |
| HI | Akaka, Daniel | D | S | (202) 224-6361 |
| HI | Inouye, Daniel | D | S | (202) 224-3934 |
| IA | Grassley, Charles | R | S | (202) 224-3744 |
| IA | Harkin, Tom | D | S | (202) 224-3254 |
| ID | Crapo, Mike | R | S | (202) 224-6142 |
| ID | Risch, James | R | S | (202) 224-2752 |
| IL | Durbin, Richard | D | S | (202) 224-2152 |
| IL | Kirk, Mark | R | S | (202) 224-2854 |
| IN | Coats, Dan | R | S | (202) 224-5623 |
| IN | Lugar, Richard | R | S | (202) 224-4814 |
| KS | Moran, Jerry | R | S | (202) 224-6521 |
| KS | Roberts, Pat | R | S | (202) 224-4774 |
| KY | McConnell, Mitch | R | S | (202) 224-2541 |
| KY | Paul, Rand | R | S | (202) 224-4343 |
| LA | Landrieu, Mary | D | S | (202) 224-5824 |
| LA | Vitter, David | R | S | (202) 224-4623 |
| MA | Brown, Scott | R | S | (202) 224-4543 |
| MA | Kerry, John | D | S | (202) 224-2742 |
| MD | Cardin, Benjamin | D | S | (202) 224-4524 |
| MD | Mikulski, Barbara | D | S | (202) 224-4654 |
| ME | Collins, Susan | R | S | (202) 224-2523 |
| ME | Snowe, Olympia | R | S | (202) 224-5344 |
| MI | Levin, Carl | D | S | (202) 224-6221 |
| MI | Stabenow, Debbie | D | S | (202) 224-4822 |
| MN | Franken, Al | D | S | (202) 224-5641 |
| MN | Klobuchar, Amy | D | S | (202) 224-3244 |
| MO | Blunt, Roy | R | S | (202) 224-5721 |
| MO | McCaskill, Claire | D | S | (202) 224-6154 |
| MS | Cochran, Thad | R | S | (202) 224-5054 |
| MS | Wicker, Roger | R | S | (202) 224-6253 |
| MT | Baucus, Max | D | S | (202) 224-2651 |
| MT | Tester, Jon | D | S | (202) 224-2644 |
| NC | Burr, Richard | R | S | (202) 224-3154 |
| NC | Hagan, Kay | D | S | (202) 224-6342 |

```
ND   Conrad, Kent          D    S    (202) 224-2043
ND   Hoeven, John          R    S    (202) 224-2551
NE   Johanns, Mike         R    S    (202) 224-4224
NE   Nelson, Ben           D    S    (202) 224-6551
NH   Ayotte, Kelly         R    S    (202) 224-3324
NH   Shaheen, Jeanne       D    S    (202) 224-2841
NJ   Lautenberg, Frank     D    S    (202) 224-3224
NJ   Menendez, Robert      D    S    (202) 224-4744
NM   Bingaman, Jeff        D    S    (202) 224-5521
NM   Udall, Tom            D    S    (202) 224-6621
NV   Heller, Dean          R    S    (202) 224-6244
NV   Reid, Harry           D    S    (202) 224-3542
NY   Gillibrand, Kirsten   D    S    (202) 224-4451
NY   Schumer, Charles      D    S    (202) 224-6542
OH   Brown, Sherrod        D    S    (202) 224-2315
OH   Portman, Rob          R    S    (202) 224-3353
OK   Coburn, Thomas        R    S    (202) 224-5754
OK   Inhofe, James         R    S    (202) 224-4721
OR   Merkley, Jeff         D    S    (202) 224-3753
OR   Wyden, Ron            D    S    (202) 224-5244
PA   Casey, Robert         D    S    (202) 224-6324
PA   Toomey, Pat           R    S    (202) 224-4254
RI   Reed, Jack            D    S    (202) 224-4642
RI   Whitehouse, Sheldon   D    S    (202) 224-2921
SC   DeMint, James         R    S    (202) 224-6121
SC   Graham, Lindsey       R    S    (202) 224-5972
SD   Johnson, Tim          D    S    (202) 224-5842
SD   Thune, John           R    S    (202) 224-2321
TN   Alexander, Lamar      R    S    (202) 224-4944
TN   Corker, Robert        R    S    (202) 224-3344
TX   Cornyn, John          R    S    (202) 224-2934
TX   Hutchison, Kay Bailey R    S    (202) 224-5922
UT   Hatch, Orrin          R    S    (202) 224-5251
UT   Lee, Mike             R    S    (202) 224-5444
VA   Warner, Mark          D    S    (202) 224-2023
VA   Webb, James           D    S    (202) 224-4024
VT   Leahy, Patrick        D    S    (202) 224-4242
VT   Sanders, Bernie       I    S    (202) 224-5141
WA   Cantwell, Maria       D    S    (202) 224-3441
WA   Murray, Patty         D    S    (202) 224-2621
WI   Johnson, Ron          R    S    (202) 224-5323
WI   Kohl, Herb            D    S    (202) 224-5653
WV   Manchin, Joe          D    S    (202) 224-3954
WV   Rockefeller, John     D    S    (202) 224-6472
WY   Barrasso, John        R    S    (202) 224-6441
WY   Enzi, Michael         R    S    (202) 224-3424
```

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120210.htm





**APWU e-Team Weekly Report #05-12, Feb. 3, 2012**

## Update on S. 1789

As of the end of this week there are no new updates as to when S. 1789 may come to the floor for a vote. This legislation can be brought forward any day. Please be vigilant in checking your inbox for e-team updates on S. 1789. The ~~APWU's website~~ will also provide up to the minute information as it comes in.

It is likely this piece of legislation will come up for consideration in the very near future -- possibly within the next week.

Thank you for your constant attention.

~~[back to top]~~

http://www.apwu.org/dept/legis/eteamreports/etr-120203.htm





**APWU e-Team Weekly Report #04-12, Jan. 27, 2012**

*Emergency Legislative Alert!*
## S. 1789: Take Action Today!

Call your senators today and tell them that S. 1789 is simply not acceptable in its current form. The Senate will be considering this piece of legislation very soon, so it is essential that you call your senators and make sure your voice is heard!

When you call both of your senators, please ask them to support amendments to:

- Set strict service standards. (This is crucial, because the Postal Service is planning to degrade delivery standards in order to eliminate more than half of all mail processing facilities.)

- Allow the USPS to recover overpayments the Postal Service made to its retiree pension funds.

- Adequately address the requirement that forces the USPS to pre-fund future retiree health benefits. (This mandate is the primary cause of the agency's financial crisis. No other government agency or private company bears this burden, which costs the USPS approximately $5.5 billion annually.)

- Establish new ways to generate revenue, such as providing notary services, issuing licenses, contracting with state and local agencies to provide services, and allowing the USPS to offer services that mail systems in many other countries provide, such as digital services.

- Prevent the closing of small post offices by giving the Postal Regulatory Commission (PRC) binding authority to prevent closures based on the effect on the community and employees.

- Protect six-day delivery.

- Eliminate the provision that would drastically reduce the compensation of workers who are injured on duty once they reach retirement age.

- Repeal the provision that would require arbitrators in postal contract negotiations to consider the financial health of the USPS. (Postal unions note that arbitrators routinely do so, and criticize the provision as an attempt to skew contract negotiations in favor of management.)

To read the full article on the APWU's website, please click here.

To read more about this legislation, including the full text of the bill, click here.

It is important that all senators hear directly from their constituents. You can reach your senators by calling their capitol hill office using the numbers listed below.

| | | | | |
|---|---|---|---|---|
| AK | Begich, Mark | D | | (202) 224-3004 |
| AK | Murkowski, Lisa | R | S | (202) 224-6665 |
| AL | Sessions, Jeff | R | S | (202) 224-4124 |
| AL | Shelby, Richard | R | S | (202) 224-5744 |
| AR | Boozman, John | R | S | (202) 224-4843 |
| AR | Pryor, Mark | D | S | (202) 224-2353 |
| AZ | Kyl, Jon | R | | (202) 224-4521 |
| AZ | McCain, John | R | S | (202) 224-2235 |

| State | Name | Party | Chamber | Phone |
|---|---|---|---|---|
| CA | Boxer, Barbara | D | S | (202) 224-3553 |
| CA | Feinstein, Dianne | D | S | (202) 224-3841 |
| CO | Bennet, Michael | D | S | (202) 224-5852 |
| CO | Udall, Mark | D | S | (202) 224-5941 |
| CT | Blumenthal, Richard | D | S | (202) 224-2823 |
| CT | Lieberman, Joseph | I | S | (202) 224-4041 |
| DE | Carper, Thomas | D | S | (202) 224-2441 |
| DE | Coons, Christopher | D | S | (202) 224-5042 |
| FL | Nelson, Bill | D | S | (202) 224-5274 |
| FL | Rubio, Marco | R | S | (202) 224-3041 |
| GA | Chambliss, Saxby | R | S | (202) 224-3521 |
| GA | Isakson, Johnny | R | S | (202) 224-3643 |
| HI | Akaka, Daniel | D | S | (202) 224-6361 |
| HI | Inouye, Daniel | D | S | (202) 224-3934 |
| IA | Grassley, Charles | R | S | (202) 224-3744 |
| IA | Harkin, Tom | D | S | (202) 224-3254 |
| ID | Crapo, Mike | R | S | (202) 224-6142 |
| ID | Risch, James | R | S | (202) 224-2752 |
| IL | Durbin, Richard | D | S | (202) 224-2152 |
| IL | Kirk, Mark | R | S | (202) 224-2854 |
| IN | Coats, Dan | R | S | (202) 224-5623 |
| IN | Lugar, Richard | R | S | (202) 224-4814 |
| KS | Moran, Jerry | R | S | (202) 224-6521 |
| KS | Roberts, Pat | R | S | (202) 224-4774 |
| KY | McConnell, Mitch | R | S | (202) 224-2541 |
| KY | Paul, Rand | R | S | (202) 224-4343 |
| LA | Landrieu, Mary | D | S | (202) 224-5824 |
| LA | Vitter, David | R | S | (202) 224-4623 |
| MA | Brown, Scott | R | S | (202) 224-4543 |
| MA | Kerry, John | D | S | (202) 224-2742 |
| MD | Cardin, Benjamin | D | S | (202) 224-4524 |
| MD | Mikulski, Barbara | D | S | (202) 224-4654 |
| ME | Collins, Susan | R | S | (202) 224-2523 |
| ME | Snowe, Olympia | R | S | (202) 224-5344 |
| MI | Levin, Carl | D | S | (202) 224-6221 |
| MI | Stabenow, Debbie | D | S | (202) 224-4822 |
| MN | Franken, Al | D | S | (202) 224-5641 |
| MN | Klobuchar, Amy | D | S | (202) 224-3244 |
| MO | Blunt, Roy | R | S | (202) 224-5721 |
| MO | McCaskill, Claire | D | S | (202) 224-6154 |
| MS | Cochran, Thad | R | S | (202) 224-5054 |
| MS | Wicker, Roger | R | S | (202) 224-6253 |
| MT | Baucus, Max | D | S | (202) 224-2651 |
| MT | Tester, Jon | D | S | (202) 224-2644 |
| NC | Burr, Richard | R | S | (202) 224-3154 |
| NC | Hagan, Kay | D | S | (202) 224-6342 |
| ND | Conrad, Kent | D | S | (202) 224-2043 |
| ND | Hoeven, John | R | S | (202) 224-2551 |
| NE | Johanns, Mike | R | S | (202) 224-4224 |
| NE | Nelson, Ben | D | S | (202) 224-6551 |
| NH | Ayotte, Kelly | R | S | (202) 224-3324 |
| NH | Shaheen, Jeanne | D | S | (202) 224-2841 |
| NJ | Lautenberg, Frank | D | S | (202) 224-3224 |
| NJ | Menendez, Robert | D | S | (202) 224-4744 |
| NM | Bingaman, Jeff | D | S | (202) 224-5521 |
| NM | Udall, Tom | D | S | (202) 224-6621 |
| NV | Heller, Dean | R | S | (202) 224-6244 |
| NV | Reid, Harry | D | S | (202) 224-3542 |
| NY | Gillibrand, Kirsten | D | S | (202) 224-4451 |
| NY | Schumer, Charles | D | S | (202) 224-6542 |
| OH | Brown, Sherrod | D | S | (202) 224-2315 |
| OH | Portman, Rob | R | S | (202) 224-3353 |
| OK | Coburn, Thomas | R | S | (202) 224-5754 |
| OK | Inhofe, James | R | S | (202) 224-4721 |
| OR | Merkley, Jeff | D | S | (202) 224-3753 |
| OR | Wyden, Ron | D | S | (202) 224-5244 |
| PA | Casey, Robert | D | S | (202) 224-6324 |
| PA | Toomey, Pat | R | S | (202) 224-4254 |
| RI | Reed, Jack | D | S | (202) 224-4642 |
| RI | Whitehouse, Sheldon | D | S | (202) 224-2921 |
| SC | DeMint, James | R | S | (202) 224-6121 |
| SC | Graham, Lindsey | R | S | (202) 224-5972 |
| SD | Johnson, Tim | D | S | (202) 224-5842 |
| SD | Thune, John | R | S | (202) 224-2321 |

| | | | | |
|---|---|---|---|---|
| SD | Thune, John | R | S | (202) 224-2321 |
| TN | Alexander, Lamar | R | S | (202) 224-4944 |
| TN | Corker, Robert | R | S | (202) 224-3344 |
| TX | Cornyn, John | R | S | (202) 224-2934 |
| TX | Hutchison, Kay Bailey | R | S | (202) 224 |
| UT | Hatch, Orrin | R | S | (202) 22 |
| UT | Lee, Mike | R | S | (202) |
| VA | Warner, Mark | D | S | (2 |
| VA | Webb, James | D | S | |
| VT | Leahy, Patrick | D | | |
| VT | Sanders, Bernie | I | | |
| WA | Cantwell, Maria | | | |
| WA | Murray, Patty | | | |
| WI | Johnson, Ron | | | |
| WI | Kohl, Herb | | | |
| WV | Manchin, Joe | D | | |
| WV | Rockefeller, John | D | | |
| WY | Barrasso, John | R | S | |
| WY | Enzi, Michael | R | S | |

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120127.htm





**APWU e-Team Weekly Report #03-12, Jan. 20, 2012**

## Senator Labels Financial Condition Of Postal Service as "Dire"

This week, in an op-ed printed in the New Hampshire newspaper *Foster's Daily Democrat*, Senator Collins (R-ME) described the financial situation of the Postal Service as "dire." The Senator went on to state that "if nothing is done, the Postal Service will not be able to make payroll" this summer.

To read more, click here.

> **Also in This Issue:**
> ▸ Rights of Postal Workers on Their Own Time
> ▸ Justice Department – Recess Appointments to NLRB Deemed Legal
> ▸ The Future of Healthcare and the 2012 Election

## Rights of Postal Workers on Their Own Time

Many APWU members have questions about what they can and cannot do in regards to participating in activities that oppose the closure of postal facilities. This week, an APWU article answers those questions and describes exactly what type of participation is allowed by employees of the Postal Service.

To see what you are allowed to do to save your facility, click here.

## Justice Department – Recess Appointments to NLRB Deemed Legal

This week, the Justice Department made clear that President Obama's recent recess appointments to the National Labor Relations Board were in fact done legally. The NLRB is responsible for resolving workplace disputes and handles other federal labor issues. These appointments will make sure that there is still a quorum in place to ensure the rights of workers and address important labor problems that come in front of the NLRB.

To read more about the Justice Department's recent legal opinion, please click here.

## The Future of Healthcare and the 2012 Election

A recent report released by the New England Journal of Medicine makes clear the importance the 2012 election will have on the future of healthcare in this country. To read several scenarios that could take place this election, thereby changing the future of both medicine and healthcare for decades to come, click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120120.htm





**APWU e-Team Weekly Report #02-12, Jan. 13, 2012**

## Republican Presidential Candidate
## Speaks in Favor of "Right to Work" in SC

As the Republican primary battles moves forward into South Carolina, Mitt Romney reaffirms his strong support for "right-to-work" legislation at the state level. In a new T.V. advertisement, Romney calls recently appointed National Labor Relations Board members "union stooges."

Click here to read the full story from the National Journal.

> **Also in This Issue:**
> ▸ Multiple Republican Presidential Candidates Make Insensitive Statements
> ▸ More Successful Vote-By-Mail Programs
> ▸ Congressman Cummings Discusses Upcoming Fight for Federal Employees

## Multiple Republican Presidential Candidates
## Make Insensitive Statements

Recently, two Republican presidential hopefuls made remarks that drew attention from the NAACP and the National Urban League. Newt Gingrich said if he were invited to the NAACP's convention, he would address, "why the African-American community should demand paychecks and not be satisfied with food stamps." Additionally, Rick Santorum was quoted as saying that he did not want to "make black people's lives better by giving them somebody else's money. I want to give them the opportunity to go out and earn the money."

To read the full story click here.

## More Successful Vote-By-Mail Programs

More and more states, counties and municipalities are taking advantage of holding elections by mail-in ballot. These vote-by-mail efforts have proven to be highly successful. Not only do these efforts greatly increase overall voter participation in each election but they also drive down the overall cost of each election per voter. Below are two recent efforts to implement vote-by-mail efforts.

To read about Morgantown, West Virginia's successful vote-by-mail program click here .

To read about Weld County, Colorado's efforts to do their primary election entirely by vote-by-mail, click here.

## Congressman Cummings Discusses
## Upcoming Fight for Federal Employees

This week, Congressman Cummings (D-MD) spoke about the uphill battle facing federal employees, along with the battle that is sure to come this year for postal workers.

To read the entire story, please click here.

NOTE: Tuesday, Jan. 17 — The House starts its second session of the 112th Congress.

NOTE: Monday, Jan. 23 — The Senate starts its second session of the 112th Congress.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120113.htm





**APWU e-Team Weekly Report #01-12, Jan. 6, 2012**

**Also in This Issue:**
▶ PRC Slams Postal Service's Plans for Retail Closures
▶ Senator Akaka Introduces New Legislation
▶ President Obama Makes Three Recess Appointments to NLRB

## Congress Passes Eight Month Extension

Before ringing in the New Year, Congress gave itself more time to deal with the problems facing the Postal Service. Language was included within the Omnibus spending package giving the Postal Service another 8 months, until August 2012, to pay the mandated $5.5 billion dollars to pre-fund future retiree healthcare benefits. Also, included in this package was language that mandates the Postal Service continue six day delivery.

To read more about the extension, please click here.

## PRC Slams USPS Plans for Retail Closures

Recently, the Postal Regulatory Commission (PRC) came to the determination that the plans laid out by the Postal Service to shutter as many as 3,600 retail facilities is based on contentious data. The Postal Service's plan to close thousands of retail facilities failed to take into account the amount of people facilities serve, failed to take into account if another post office nearby and also failed to take into account the overall needs of the community.

To read more about the advisory opinion from the PRC including a link to the full opinion please click here.

## Senator Akaka Introduces New Legislation

Just before Christmas, Senator Daniel Akaka (D-HI) introduced a new piece of Postal Legislation, S. 2014. This bill would alter the 2006 law that requires the Postal Service to pre-fund future retiree healthcare benefits, a demand made of no other private company or government agency is required to do. This legislation would set the target funding level for retiree health benefits at 80% of the 2006 obligation, recalculate and transfer back any FERS overpayments made by the Postal Service, along with several other provisions.

To read more about this piece of legislation on the APWU's website please click here.

To read more about S. 2014 including the full text of the bill click here.

## President Obama Makes Three Recess Appointments to NLRB

Earlier this week President Obama appointed Sharon Block, Terence Flynn and Richard Griffin to the National Labor Relations Board (NLRB). The NLRB is responsible for resolving workplace disputes and handles other federal labor issues. These appointments will make sure that there is still a quorum in place to resolve important labor issues that come in front of the NLRB.

To read more about the appointments please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-120106.htm





**APWU e-Team Weekly Report #27-11, Dec. 17, 2011**

## Postal Service to Temporarily Put a Freeze to Closures

This week, in reaction to a request from over 20 senators, the Postal Service announced a five-month long halt to the shuttering of post offices and processing facilities across the country. This moratorium on closures will extend until May 15, 2012. This delay is intended to give Congress more time to pass legislation that will fix the Postal Service's financial crisis without massive cuts in service to the public.

To read more about the moratorium on the APWU's website please click here.

To read more about the moratorium in the Washington Post click here.

> **Also in This Issue:**
> ▸ House Republicans Attack Federal Retirement Benefits
> ▸ Congressman DeFazio Introduces Legislation to Solve the Postal Service Financial Crisis
> ▸ By the Numbers – USPS

## House Republicans Attack Federal Retirement Benefits

This week the House of Representatives passed legislation that would cut take-home pay for postal workers. Their incorrectly labeled "Middle Class Tax and Job Creation Act of 2011" would increase the workers share of contributions for individuals in either CSRS or FERS retirement systems.

To read more about this bill click here.

## Congressman DeFazio Introduces Legislation to Solve the Postal Service Financial Crisis

Recently, Congressman DeFazio (D-OR-04) introduced legislation, H.R. 3591, in the House that will fix the financial crisis facing the Postal Service. This legislation will also look to stop the attempted cuts in service to rural communities. DeFazio's bill is a companion piece to S. 1853, introduced by Senator Bernie Sanders (I-VT). This bill will require strict standards for 1st class mail delivery, will require six day delivery, and allow the Postal Service to recover overpayments made into both CSRS and FERS pension plans.

To read Congressman DeFazio's press release please click here.

To read more about H.R. 3591, including the full text of this legislation click here.

## By the Numbers – USPS

Recently, one blog decided to put together some quick facts and useful information about the Postal Service into a simple and easy to read graphic. Have you ever wanted to know how many pieces of mail USPS processes every minute? To find out this and more click here .

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-111217.htm





**APWU e-Team Weekly Report #26-11, Dec. 9, 2011**

## Group of Senators Look to Halt USPS Cutbacks

This week 20 Senators came together in a letter to take a stand by asking Congress to impose a six-month moratorium on USPS plans to consolidate more than 250 mail processing plants, close thousands of post offices, and eliminate overnight mail delivery, in order to give lawmakers an opportunity to consider postal reform legislation. In the letter these Senators sent to both Senate Republican and Democratic leadership, they express their concern that detrimental actions will be taken by the Postal Service before Congress has a chance to examine their effects.

To read more on the APWU's website and to see if your Senator is on board please click here.

To read the full story in *The Hill* click here.

> **Also in This Issue:**
> ▸ NH Right to Work Legislation Fails – Republican Presidential Hopefuls Come out in Favor of Right to Work
> ▸ NAACP Releases New Report

## NH Right to Work Legislation Fails – Republican Presidential Hopefuls Come out in Favor of Right to Work

Recently, the New Hampshire House of Representatives failed to overturn Governor Lynch's veto of Right to Work (RTW) Legislation.

To read more about the Democratic success upholding the Governor's veto please click here.

While this legislative battle was taking place, several Republican presidential hopefuls weighed in on their belief in right to work at the state level.

To read what Gov. Perry had to say about the state's RTW laws please click here.

To read what former Senator Santorum had to say about the RTW effort please click here.

To read what Newt Gingrich has to say about RTW please click here.

To hear what Congresswoman Bachmann has to say about RTW please click here.

## NAACP Releases New Report

This week the NAACP released a new report that shows increasing voter participation in both Latino and African American communities. The report, Defending Democracy: Confronting Modern Barriers to Voting Rights in America is a great resource that highlights the various pieces of legislation at the state level that unfairly target these very communities and their abilities to vote.

To read more and download the full report please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-111209.htm





**APWU e-Team Weekly Report #25-11, Dec. 2, 2011**

## APWU Backed Workers Compensation Bill Passes U.S. House of Representatives

This week the bi-partisan H.R. 2465 passed the House by a voice vote. This bill would increase benefits for funeral expenses and facial disfigurement, something that has not been done since 1949. It would also streamline the claims process for those injured in an armed conflict zone.

To read more about this story on the APWU's website please click here .

To read more about this bill including the full text of this legislation click here .

*Also in This Issue:*
▶ More Calls to "Privatize Nation's Mail Delivery"
▶ Voter ID Laws Attack Voters' Right
▶ NLRB Rule Changes

## More Calls to "Privatize the Nation's Mail Delivery"

This week, George Will wrote an article advocating the privatization of our nation's mail delivery. In his article he writes how the Postal Service is "en route to three-days-a-week delivery" and should be privatized. Rants and articles like this are why it is imperative that you take time to make sure your member of Congress hears your voice loud and clear. Call your member of Congress today and tell them to vote no on Congressman Issa's (R-CA) H.R. 2309.

It is important that all members of Congress hear directly from their constituents. You can reach your member of Congress by calling the Capitol Hill switchboard today at (202) 224-3121.

To look up your member of Congress please click here .

To Read George Will's article click here .

## Voter ID Laws Attack  Voters' Right

The Democratic National Committee has launched an effort to inform voters about new voter ID laws. This is a great chance for you to make sure that you and your family are aware of voting requirements this election.

To download the report and read about new laws in your state please click here .

To check out the "Protecting the Vote" website click here .

## NLRB Rule Changes

This week the National Labor Relations Board (NLRB) voted 2-1 to end delays in the timeframe between when employees file for a vote to unionize and when that vote actually takes place. In the past these votes could be prolonged due to management's tactics. This is a step in the right direction in a country where an overwhelming majority of citizens say they would join a union if they had the opportunity to do so.

To read more about the rule change please click here .

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-111202.htm





**APWU e-Team Weekly Report #24-11, Nov. 23, 2011**

## Senator Sanders's Bill Looks
## To Fix the USPS Financial Crisis

Senator Sanders's bill would fix the current financial condition of the Postal Service by allowing the USPS to recover  billions of dollars in overpayments made into postal retirement accounts in both the Federal Employee Retirement System (FERS) and the Civil Service Retirement System (CSRS). This piece of legislation would also protect six day delivery and mail processing facilities.

To read the full story on the APWU's website please click here.

To read more about this bill including the full text of this legislation click here.

**Also in This Issue:**
- ACI Survey Says Overwhelming Majority of Consumers Oppose Closing Facilities
- Postal Turkey Talk

## ACI Survey Says Overwhelming Majority
## Of Consumers Oppose Closing Facilities

Recently, a survey conducted by the American Consumer Institute (ACI)  found that an overwhelming majority of consumers do not support the shuttering of thousands of post offices. Over 80% of those surveyed said that it would cause an inconvenience for their post office to close.

To read more about the survey please click here.

## Postal Turkey Talk

Over this Thanksgiving weekend spent with both friends and family the issue of the Postal Service is bound to arise. Below are a few talking points to get you through the holiday season.

- Without the requirement to prefund future retiree healthcare benefits imposed on the Postal Service through the passing of the Postal Accountability and Enhancement Act (PAEA) the Service would actually have run a profit of $611 million over a four year period.
- TV Ad: "The U.S. Postal Service does not cost U.S. taxpayers a single cent."
- TV Ad : "Congress created this problem and Congress can fix it. "
- Two separate independent accounting firms, the PRC and the Postal Service Inspector General have all come to the same conclusion: since the 1970s, the Postal Service has overpaid billions of dollars into postal retirement accounts.
- TV Ad: Slashing post office jobs will take a toll on a significant number of veterans employed with the Postal Service.
- The dismantling of the postal service's infrastructure and cutting days of delivery will do little to preserve the service standard needed by our economy, families and businesses. Congressman Issa's (R-CA) H.R. 2309 would be the first step toward ending Saturday service, stopping door to door delivery as we know it today

and shuttering billions worth of post offices within two years.

- What can you and your family do to help save the Postal Service?  Call your member of the House of Representatives today and tell them to vote no on H.R. 2309!  You can reach your member of Congress by calling the Capitol Hill switchboard today at (202) 224-3121.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-111123.htm





**APWU e-Team Weekly Report #23-11, Nov. 18, 2011**

## More Calls for USPS Privatization - Take Action Today! Tell Congress to Vote No on H.R. 2309!

This week there were more calls for privatization of the USPS. The Washington Times cited postal workers' benefits, along with what they label as a high percentage of overall labor costs, as a reason for USPS financial problems. To read what was printed in the Washington times this week click here .

Articles like the one above are the very reason we need you to send your message loud and clear to those who represent you today! Take a minute to place a call to your member of Congress and ask them to vote no on Congressman Issa's (R-CA) H.R. 2309.

It is important that all members of congress hear directly from their constituents.

You can reach your member of Congress by calling the Capitol Hill switchboard today at (202) 224-3121.

To look up your member of Congress please click here .

> **Also in This Issue:**
>
> ▶ Rep. Blumenauer House Floor Speech on the Importance of a Strong Postal Service
>
> ▶ Congress Moves through Budget Funding Measure – Defers Postal Service's Prefunding Deadline
>
> ▶ Congressman Introduces Two Bills to Increase Voter Participation

## Congressman Blumenauer (D-OR) Spoke on the House Floor Regarding the Importance of a Strong Postal Service

This week Congressman Blumenauer spoke under special order on the floor of the House of Representatives in support of a strong Postal Service.

If you were not able to catch Congressman Blumenauer live on C-SPAN this week and would like to watch the video click here .

## Congress Moves through Budget Funding Measure – Defers Postal Service's Prefunding Deadline

This week Congress passed an Appropriations Bill to fund several government agencies. Included in the bill is a provision that defers the Postal Service's pre-payment of $5.5 billion dollars for future retiree health care benefits until December 16, 2011.

To read more about this bill please click here .

## Congressman Introduces Two Pieces of Legislation Aiming to Increase Voter Participation

Just this week the NAACP provided testimony at a Congressional forum on state voter suppression efforts. The NAACP's testimony reflected what is going to be a major problem in next year's Presidential election, denying citizens their right to vote.

To read the NAACP's testimony please click here .

Recently Congressman Ellison (D-MN-05) introduced several pieces of legislation aimed at making it easier for citizens to vote in elections. Congressman Ellison has introduced H.R. 3316 which would prevent states from requiring a picture ID in order to vote in a federal election.

To read more about this bill including the full text of this legislation click here .

Congressman Ellison has also introduced H.R. 3317, the Same Day Voter Registration Act of 2011. This legislation would allow for same day voter registration for any federal election.

To read more about this bill including the full text of this legislation click here .

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-111118.htm





**APWU e-Team Weekly Newsletter #22-11, Nov. 10, 2011**

## Senate Hearing

This week the Senate Committee on Homeland Security & Government Affairs approved S. 1789. While this piece of legislation would give the Postal Service back approximately $7 billion in overpayments made into Federal Employee Retirement System (FERS) it will not return approximately $50-$75 billion in overpayments made into the Civil Service Retirement System (CSRS). This bill does restructure payments to pre-fund healthcare benefits for future retirees into a more manageable payment schedule than currently is mandated.

There are also several disturbing sections in S. 1789. One such section would require an arbitrator to take the financial condition of the Postal Service into account before rendering a decision. This is something that has regularly been done in negotiations for 40 years. This would tilt an advantage toward management while bargaining. Also, S. 1789 would cut the worker compensation benefits of those who were injured while on the job after they become retirement eligible. Those of retirement age who are receiving workers compensation benefits would see their income reduced to 50% of their income when they were injured on the job.

> **Also in This Issue:**
> ▸ National Protests of Voter ID Laws Scheduled for Dec. 10
> ▸ Easy Voting Act of 2011 - HR 3163
> ▸ Successful Ohio and Maine Elections

To read more about this bill and the hearing on the APWU's website click here .

To read more about this legislation including the full text of the bill click here .

To read what the Hill had to say about the Senate hearing click here .

## National Protests of Voter ID Laws Scheduled for December 10th

December 10th has been set as the date for national protests to bring attention to new voter ID laws that all too often disenfranchise low-income and minority voters. This national day of protest will bring attention to states and communities that will feel the effect of these new state laws the most.

To read more about the rallies please click here.

To read more about the NYC rally and keep up to date as others form on December 10th click here.

## Easy Voting Act of 2011 - HR 3163

Recently, Congresswoman Corinne Brown (D- FL-03) introduced the Easy Voting Act of 2011 (H.R. 3163), aimed at reversing vigorous efforts in numerous states by Republican controlled state legislatures to hinder the ability for everyone to vote. One widespread effort to stifle the ability of certain groups of people to vote are voter ID laws that have been introduced in 34 different state legislatures this year.

To read more about this bill including the full text of the legislation click here.

To read more about this legislation click here.

## Successful Ohio and Maine Elections

Tuesday's elections resulted in multiple states giving strong rebukes to legislation that Republican controlled state legislatures passed into law earlier this year.

In Ohio, state Republican's saw their Senate Bill 5 struck down and repealed. An overwhelming 61% majority of Ohioans voted "No" on issue 2 to repeal the law attacking collective bargaining rights of state public sector workers.

To read more about the victory for Ohio's workers click here.

In Maine, voters overturned a recently passed state law that would no longer allow same day voter registration in the state. Earlier this year the Republican controlled state legislature did away with the right to both register and vote on the same day. Maine has a 38 year precedent of allowing voters to both register and vote on the same day. Approximately 60% of Maine voters decided to overturn this legislation.

To read more about this victory click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-111110.htm





**APWU e-Team Weekly Newsletter #21-11, Oct. 28, 2011**

## Sign the Petition!

The APWU is asking members to collect signatures on a petition urging senators and representatives to oppose USPS plans to close post offices, shutter mail processing facilities, and drastically degrade service to the American people.

To read more and download the petition for circulation click here.

**Also in This Issue:**
▶ Urge Your Member of Congress to Oppose H.R. 2309!
▶ Republican Presidential Candidates Support Efforts of Governor to End Collective Bargaining for State Public Sector Workers
▶ House Committee Again Looks to Diminish Power of NLRB

## Urge Your Member of Congress to Oppose H.R. 2309!

Last weekend, a Fox news panel called for "privatization" of the Postal Service, the postal service to "rip up" union contracts, and told people in rural America that if regular postal service ends in their communities they could "always move."

To watch the panel's discussion click here .

It is important that you have your voice heard and the other side of this story told. Call you member of Congress today! Ask them to oppose and vote no on Congressman Issa's H.R. 2309.

You can reach your member of Congress by calling the Capitol Hill switchboard today at (202) 224-3121.

To look up your member of Congress please click here .

## Republican Presidential Candidates Support Efforts of Governor to End Collective Bargaining for State Public Sector Workers

This week, two Republican candidates for President weighed in on the issue of collective bargaining rights for state public sector workers in Ohio. Earlier this year, Ohio's Republican Governor Kasich, along with the Republican controlled state legislature, passed SB 5. This bill would strip most collective bargaining rights from public sector workers all across the state. A statewide repeal vote on SB 5 is taking place on November 8th in Ohio.

Governor Rick Perry said that he "stands with Gov. Kasich in promoting SB 5."

Governor Mitt Romney said that he "certainly supports the effort of the governor to rein in the scale of government," just after stepping out of a phone bank supporting SB 5.

To read more please click here .

## House Committee Again Looks to Diminish Power of NLRB

This week, the House Education and the Workforce Committee passed H.R. 3094 on a party line vote. H.R. 3094 would reverse new NLRB rules that aim to stop businesses from delaying and prolonging a vote for workers to form a union in their workplace. This legislation would also reverse new NLRB rules by forcing groups of specific workers to bargain with other workers on site who have significantly different working conditions and jobs, instead of allowing

them to bargain in smaller groups.

To read more about this legislation click here .

To read a previous edition of the APWU's E-TEAM about the NLRB's proposed rules that the above legislation would reverse, click here .

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-111028.htm





**APWU e-Team Weekly Newsletter #20-11, Oct. 21, 2011**

## Make Your Voice Clear to Your Members of Congress — Call Them Today!

Legislators are getting closer toward postal reform legislation, now is the time to make your voice heard. Call your member of Congress today. Ask them oppose Congressman Issa's (R-CA) H.R. 2309. You can reach your member of Congress by calling the Capitol Hill switchboard today at (202) 224-3121 or to find your member of congress click here.

To read more about postal reform click here.

To read about the markup of Congressman Issa's H.R. 2309 before the Committee on Oversight and Government Reform on the APWU's website click here.

To read more information including amendment by amendment roll call votes on the Committee's website click here.

**Also in This Issue:**
- Senator Mikulski Introduces the "Save Our Postal Workers Jobs Act"
- Attention Needed To the Hatch Act
- Study Show Millions Will Be Affected By Changes In State Voting Laws

## Senator Mikulski Introduces the "Save Our Postal Workers Jobs Act"

This week Senator Mikulski (D-MD) introduced the companion legislation to Congressman Lynch's (D-MA) H.R. 1351.

To read Senator Mikulski's press release click here.

To read more about this bill including the full text of the legislation click here.

## Attention Needed to the Hatch Act

With the Presidential campaign season already kicking off and the November Presidential elections just about a year away the Hatch Act is gaining attention. Some say since the law has not been reformed in 18 years attention and a revisit is a necessity. In 1993 iphones were not the norm, the desktop vs. laptop ratio was much different than today and working from home sounded like a dream.

Carol Lerner, head of the Office of Special Council is looking to congress for an update to the Hatch Act. To read what the Washington Post writes click here.

To read more about Carol Lerner's suggestions click here.

## Study Show Millions Will Be Affected By Changes in State Voting Laws

The new study released by the New York School of Law's Brennan Center says up to five million voters could be affected by all of the changes to election laws at the state level. The largest group of voters affected will be those that currently do not have the proper photo ID that is now required in some states.

To read more click here.

To read the full study click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-111020.htm





**APWU e-Team Weekly Newsletter #19-11, Oct. 14, 2011**

## Amended H.R. 2309 Moves to the Full House

This week Congressman Issa's (R-CA) H.R. 2309 was amended and advanced through the Committee on Oversight and Government Reform. The final vote to move this amended piece of legislation forward was 22-18. All but one republican (Rep. Todd Platts PA-19) voted for the bill while all democrats voted against the bill.

Take action today! Ask your legislator to support H.R. 1351, along with pointing out the impact the proposed USPS service changes will have in their home district. To send them a quick message please ~~click here~~.

Below you will find a list of those members of congress who have signed on in support of H.R. 1351 since 10/10/2011. If you see your member of Congress in the first box below please thank them for supporting H.R. 1351. There are currently 226 members signed on as a cosponsor.

Below you will find a list of those members of Congress who have not yet signed on as a cosponsor of H.R. 1351. If you see your member of Congress listed below please reach out to them and ask that the cosponsor and support H.R. 1351.

> **Also in This Issue:**
> ▸ New GAO Report Rejects that Overpayments into CSRS Exists
> ▸ Two More Postal Bills Introduced
> ▸ Veterans Organization along with Multiple Unions Urged Committee to Vote No on H.R. 2309

| | |
|---|---|
| Adams, Sandy    R-FL-24 | Kinzinger, Adam    R-IL-11 |
| Aderholt, Robert    R-AL-04 | Kline, John    R-MN-02 |
| Akin, Todd    R-MO-02 | Labrador, Raul    R-ID-01 |
| Alexander, Rodney    R-LA-05 | Lamborn, Doug    R-CO-05 |
| Amash, Justin    R-MI-03 | Landry, Jeff    R-LA-03 |
| Amodei, Mark    R-NV-02 | Lankford, James    R-OK-05 |
| Austria, Steve    R-OH-07 | Latta, Robert    R-OH-05 |
| Bachmann, Michele    R-MN-06 | Lewis, Jerry    R-CA-41 |
| Bachus, Spencer    R-AL-06 | Long, Billy    R-MO-07 |
| Bartlett, Roscoe    R-MD-06 | Lucas, Frank    R-OK-03 |
| Barton, Joe    R-TX-06 | Luetkemeyer, Blaine    R-MO-09 |
| Benishek, Dan    R-MI-01 | Lummis, Cynthia    R-WY-AL |
| Berg, Rick    R-ND-AL | Lungren, Daniel    R-CA-03 |
| Biggert, Judy    R-IL-13 | Mack, Connie    R-FL-14 |
| Bilbray, Brian    R-CA-50 | Marchant, Kenneth    R-TX-24 |
| Bilirakis, Gus    R-FL-09 | McCarthy, Kevin    R-CA-22 |
| Black, Diane    R-TN-06 | McCaul, Michael    R-TX-10 |
| Blackburn, Marsha    R-TN-07 | McClintock, Tom    R-CA-04 |
| Boehner, John    R-OH-08 | McCotter, Thaddeus    R-MI-11 |
| Bonner, Josiah    R-AL-01 | McHenry, Patrick    R-NC-10 |
| Bono Mack, Mary    R-CA-45 | McKeon, Howard    R-CA-25 |
| Boustany, Charles    R-LA-07 | McMorris Rodgers, Cathy    R-WA-05 |
| Brady, Kevin    R-TX-08 | Mica, John    R-FL-07 |
| Brooks, Mo    R-AL-05 | Miller, Candice    R-MI-10 |
| Broun, Paul    R-GA-10 | Miller, Gary    R-CA-42 |
| Buchanan, Vern    R-FL-13 | Miller, Jeff    R-FL-01 |
| Bucshon, Larry    R-IN-08 | Mulvaney, Mick    R-SC-05 |
| Buerkle, Ann Marie    R-NY-25 | Murphy, Tim    R-PA-18 |
| Burgess, Michael    R-TX-26 | Myrick, Sue    R-NC-09 |

| | |
|---|---|
| Burton, Dan    R-IN-05 | Neugebauer, Randy    R-TX-19 |
| Calvert, Ken    R-CA-44 | Noem, Kristi    R-SD-AL |
| Camp, David    R-MI-04 | Nugent, Richard    R-FL-05 |
| Campbell, John    R-CA-48 | Nunes, Devin    R-CA-21 |
| Canseco, Francisco    R-TX-23 | Nunnelee, Alan    R-MS-01 |
| Cantor, Eric    R-VA-07 | Olson, Pete    R-TX-22 |
| Capito, Shelley    R-WV-02 | Palazzo, Steven    R-MS-04 |
| Cassidy, Bill    R-LA-06 | Paul, Ronald    R-TX-14 |
| Chabot, Steve    R-OH-01 | Paulsen, Erik    R-MN-03 |
| Chaffetz, Jason    R-UT-03 | Pearce, Steve    R-NM-02 |
| Coble, Howard    R-NC-06 | Pence, Michael    R-IN-06 |
| Coffman, Mike    R-CO-06 | Petri, Thomas    R-WI-06 |
| Cole, Thomas    R-OK-04 | Pitts, Joseph    R-PA-16 |
| Conaway, Michael    R-TX-11 | Poe, Ted    R-TX-02 |
| Cooper, Jim    D-TN-05 | Pompeo, Mike    R-KS-04 |
| Cravaack, Chip    R-MN-08 | Posey, Bill    R-FL-15 |
| Crawford, Rick    R-AR-01 | Price, Thomas    R-GA-06 |
| Crenshaw, Ander    R-FL-04 | Quayle, Ben    R-AZ-03 |
| Culberson, John    R-TX-07 | Rehberg, Dennis    R-MT-AL |
| Davis, Geoff    R-KY-04 | Reichert, David    R-WA-08 |
| Denham, Jeff    R-CA-19 | Ribble, Reid    R-WI-08 |
| DesJarlais, Scott    R-TN-04 | Rigell, Scott    R-VA-02 |
| Diaz-Balart, Mario    R-FL-21 | Rivera, David    R-FL-25 |
| Dold, Robert    R-IL-10 | Roby, Martha    R-AL-02 |
| Dreier, David    R-CA-26 | Roe, David    R-TN-01 |
| Duffy, Sean    R-WI-07 | Rogers, Harold    R-KY-05 |
| Duncan, Jeff    R-SC-03 | Rogers, Michael    R-MI-08 |
| Duncan, John    R-TN-02 | Rogers, Michael    R-AL-03 |
| Ellmers, Renee    R-NC-02 | Rohrabacher, Dana    R-CA-46 |
| Farenthold, Blake    R-TX-27 | Rokita, Todd    R-IN-04 |
| Fincher, Stephen    R-TN-08 | Rooney, Thomas    R-FL-16 |
| Flake, Jeffrey    R-AZ-06 | Roskam, Peter    R-IL-06 |
| Fleischmann, Charles    R-TN-03 | Ros-Lehtinen, Ileana    R-FL-18 |
| Fleming, John    R-LA-04 | Ross, Dennis    R-FL-12 |
| Flores, Bill    R-TX-17 | Royce, Edward    R-CA-40 |
| Forbes, J.    R-VA-04 | Ryan, Paul    R-WI-01 |
| Fortenberry, Jeffrey    R-NE-01 | Scalise, Steve    R-LA-01 |
| Foxx, Virginia    R-NC-05 | Schilling, Robert    R-IL-17 |
| Franks, Trent    R-AZ-02 | Schmidt, Jeannette    R-OH-02 |
| Frelinghuysen, Rodney    R-NJ-11 | Schock, Aaron    R-IL-18 |
| Gallegly, Elton    R-CA-24 | Schweikert, David    R-AZ-05 |
| Gardner, Cory    R-CO-04 | Scott, Austin    R-GA-08 |
| Garrett, Scott    R-NJ-05 | Scott, Tim    R-SC-01 |
| Gibbs, Robert    R-OH-18 | Sensenbrenner, Jim    R-WI-05 |
| Gibson, Chris    R-NY-20 | Sessions, Pete    R-TX-32 |
| Giffords, Gabrielle    D-AZ-08 | Shimkus, John    R-IL-19 |
| Gingrey, Phil    R-GA-11 | Shuster, William    R-PA-09 |
| Gohmert, Louie    R-TX-01 | Simpson, Mike    R-ID-02 |
| Goodlatte, Robert    R-VA-06 | Smith, Adrian    R-NE-03 |
| Gosar, Paul    R-AZ-01 | Smith, Lamar    R-TX-21 |
| Gowdy, Trey    R-SC-04 | Southerland, Steve    R-FL-02 |
| Granger, Kay    R-TX-12 | Stearns, Clifford    R-FL-06 |
| Graves, Samuel    R-MO-06 | Stivers, Steve    R-OH-15 |
| Graves, Tom    R-GA-09 | Stutzman, Marlin    R-IN-03 |
| Griffin, Tim    R-AR-02 | Sullivan, John    R-OK-01 |
| Griffith, Morgan    R-VA-09 | Terry, Lee    R-NE-02 |
| Guinta, Franklin    R-NH-01 | Thompson, Glenn    R-PA-05 |
| Guthrie, S.    R-KY-02 | Thornberry, Mac    R-TX-13 |
| Hall, Ralph    R-TX-04 | Tiberi, Patrick    R-OH-12 |
| Harper, Gregg    R-MS-03 | Tipton, Scott    R-CO-03 |
| Harris, Andy    R-MD-01 | Turner, Bob    R-NY-09 |
| Hartzler, Vicky    R-MO-04 | Turner, Michael    R-OH-03 |
| Hastings, Richard    R-WA-04 | Upton, Frederick    R-MI-06 |
| Hayworth, Nan    R-NY-19 | Walberg, Tim    R-MI-07 |
| Heck, Joseph    R-NV-03 | Walden, Gregory    R-OR-02 |
| Hensarling, Jeb    R-TX-05 | Walsh, Joe    R-IL-08 |
| Herger, Wally    R-CA-02 | Webster, Daniel    R-FL-08 |
| Herrera Beutler, Jaime    R-WA-03 | West, Allen    R-FL-22 |
| Huelskamp, Tim    R-KS-01 | Westmoreland, Lynn    R-GA-03 |
| Huizenga, Bill    R-MI-02 | Whitfield, Edward    R-KY-01 |
| Hultgren, Randy    R-IL-14 | Wilson, Joe    R-SC-02 |
| Hunter, Duncan    R-CA-52 | Wittman, Robert    R-VA-01 |
| Hurt, Robert    R-VA-05 | Wolf, Frank    R-VA-10 |
| Issa, Darrell    R-CA-49 | Womack, Steve    R-AR-03 |

| | |
|---|---|
| Johnson, Samuel    R-TX-03 | Woodall, Rob    R-GA-07 |
| Jordan, Jim    R-OH-04 | Yoder, Kevin    R-KS-03 |
| Kelly, Mike    R-PA-03 | Young, C.W.    R-FL-10 |
| King, Steve    R-IA-05 | Young, Todd    R-IN-09 |
| Kingston, Jack    R-GA-01 | |

## New GAO Report Rejects that Overpayments into CSRS Exist

The new GAO report states that they have not found proof that overpayments into CSRS exists. The GAO report does not address the refund of overpayments made into the FERS retirement system. Two separate independent accounting firms, the PRC and the Postal Service Inspector General have all come to the same conclusion: overpayments have been made since 1970 into CSRS.

To read the GAO summary and full report click here .

To read what the Washington Post had to say about the report click here.

## Two More Postal Bills Introduced

Congressman Cummings (D-MD) along with Congressman Lynch (D-MA) introduced new legislation titled the Innovate to Deliver Act of 2011 (I2D). This I2D legislation looks to change the service in three areas: performance, profitability and personnel.

To read Congressman Cumming's press release about H.R. 2967 click here.

To read more about this bill including the full text of the legislation click here.

Multiple Senators from both parties recently introduced legislation aiming to save rural post offices from being closed. Senators Wyden (D-OR), Merkley (D-OR), Moran (R-KS), Tester (D-MT), Murkowski (R-AK) and Begich (D-AK) teamed together to introduce S. 1668. This bill would prohibit a closure of a post office if there is not another post office within a ten mile distance via road from the office being closed.

To read the press release on S. 1668 click here.

To read more about this bill including the full text of the legislation click here.

## Veterans Organization along with Unions
## Urged Committee to Vote No on H.R. 2309

This week Vote Vets joined the call of several unions in their strong opposition to H.R. 2309. This legislation in the current form would set up a system to fire employees. This would include a massive amount of veterans who decided to serve their country in a different way by working at the Postal Service after leaving active military duty.

To see the print ad and read the story on the VoteVets website click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-111014.htm





**APWU e-Team Weekly Newsletter #18-11, Oct. 7, 2011**

## APWU Opposes USPS Proposal
## To Cut Service Standards and
## Eliminate 252 Mail Processing Facilities

To read the proposed USPS regulations please click here.

To read the APWU's response to the proposed closing of 252 mail processing facilities and change in service standards click here.

Take action today! Click here to write your legislator and point out the impact the proposed USPS service changes will have in their home district along with asking for them to support H.R. 1351, which would make these dramatic cutbacks unnecessary.

To read what ABC news wrote about the USPS' proposed closure of 252 processing centers click here.

Below you will find a list of those members of congress who have signed on in support of H.R. 1351 since 10/03/2011. If you see your member of Congress below please thank them for supporting H.R. 1351. There are currently 225 members signed on as a cosponsor.

> Also in This Issue:
> ▸ Senator Baucus Introduces Postal Legislation
> ▸ Spending Bill Gives Postal Service a Few More Weeks to Make Payments
> ▸ Two States Look to Change Way Electoral College Votes are Awarded Before 2012 Presidential Election

| | |
|---|---|
| Clyburn, James | D-SC-06 |
| Faleomavaega, Eni | D-AS-DL |
| Johnson, Bill | R-OH-06 |
| Pelosi, Nancy | D-CA-08 |
| Reed, Tom | R-NY-29 |

Below you will find a list of those members of Congress who have not yet signed on as a cosponsor of H.R. 1351. If you see your member of Congress listed below please reach out to them and ask that the cosponsor and support H.R. 1351.

| | | | |
|---|---|---|---|
| Adams, Sandy | R-FL-24 | Kinzinger, Adam | R-IL-11 |
| Aderholt, Robert | R-AL-04 | Kline, John | R-MN-02 |
| Akin, Todd | R-MO-02 | Labrador, Raul | R-ID-01 |
| Alexander, Rodney | R-LA-05 | Lamborn, Doug | R-CO-05 |
| Amash, Justin | R-MI-03 | Landry, Jeff | R-LA-03 |
| Amodei, Mark | R-NV-02 | Lankford, James | R-OK-05 |
| Austria, Steve | R-OH-07 | Latta, Robert | R-OH-05 |
| Bachmann, Michele | R-MN-06 | Lewis, Jerry | R-CA-41 |
| Bachus, Spencer | R-AL-06 | Long, Billy | R-MO-07 |
| Bartlett, Roscoe | R-MD-06 | Lucas, Frank | R-OK-03 |
| Barton, Joe | R-TX-06 | Luetkemeyer, Blaine | R-MO-09 |
| Benishek, Dan | R-MI-01 | Lummis, Cynthia | R-WY-AL |
| | | | |
| Berg, Rick | R-ND-AL | Lungren, Daniel | R-CA-03 |
| Biggert, Judy | R-IL-13 | Mack, Connie | R-FL-14 |
| Bilbray, Brian | R-CA-50 | Marchant, Kenneth | R-TX-24 |
| Bilirakis, Gus | R-FL-09 | McCarthy, Kevin | R-CA-22 |

| | |
|---|---|
| Bilirakis, Gus   R-FL-09 | McCarthy, Kevin   R-CA-22 |
| Black, Diane   R-TN-06 | McCaul, Michael   R-TX-10 |
| Blackburn, Marsha   R-TN-07 | McClintock, Tom   R-CA-04 |
| Boehner, John   R-OH-08 | McCotter, Thaddeus   R-MI-11 |
| Bonner, Josiah   R-AL-01 | McHenry, Patrick   R-NC-10 |
| Bono Mack, Mary   R-CA-45 | McKeon, Howard   R-CA-25 |
| Boustany, Charles   R-LA-07 | McMorris Rodgers, Cathy   R-WA-05 |
| Brady, Kevin   R-TX-08 | Mica, John   R-FL-07 |
| Brooks, Mo   R-AL-05 | Miller, Candice   R-MI-10 |
| Broun, Paul   R-GA-10 | Miller, Gary   R-CA-42 |
| Buchanan, Vern   R-FL-13 | Miller, Jeff   R-FL-01 |
| Bucshon, Larry   R-IN-08 | Mulvaney, Mick   R-SC-05 |
| Buerkle, Ann Marie   R-NY-25 | Murphy, Tim   R-PA-18 |
| Burgess, Michael   R-TX-26 | Myrick, Sue   R-NC-09 |
| Burton, Dan   R-IN-05 | Neugebauer, Randy   R-TX-19 |
| Calvert, Ken   R-CA-44 | Noem, Kristi   R-SD-AL |
| Camp, David   R-MI-04 | Nugent, Richard   R-FL-05 |
| Campbell, John   R-CA-48 | Nunes, Devin   R-CA-21 |
| Canseco, Francisco   R-TX-23 | Nunnelee, Alan   R-MS-01 |
| Cantor, Eric   R-VA-07 | Olson, Pete   R-TX-22 |
| Capito, Shelley   R-WV-02 | Palazzo, Steven   R-MS-04 |
| Cassidy, Bill   R-LA-06 | Paul, Ronald   R-TX-14 |
| Chabot, Steve   R-OH-01 | Paulsen, Erik   R-MN-03 |
| Chaffetz, Jason   R-UT-03 | Pearce, Steve   R-NM-02 |
| Coble, Howard   R-NC-06 | Pence, Michael   R-IN-06 |
| Coffman, Mike   R-CO-06 | Petri, Thomas   R-WI-06 |
| Cole, Thomas   R-OK-04 | Pitts, Joseph   R-PA-16 |
| Conaway, Michael   R-TX-11 | Poe, Ted   R-TX-02 |
| Cooper, Jim   D-TN-05 | Pompeo, Mike   R-KS-04 |
| Cravaack, Chip   R-MN-08 | Posey, Bill   R-FL-15 |
| Crawford, Rick   R-AR-01 | Price, Thomas   R-GA-06 |
| Crenshaw, Ander   R-FL-04 | Quayle, Ben   R-AZ-03 |
| Culberson, John   R-TX-07 | Rehberg, Dennis   R-MT-AL |
| Davis, Geoff   R-KY-04 | Reichert, David   R-WA-08 |
| Denham, Jeff   R-CA-19 | Ribble, Reid   R-WI-08 |
| DesJarlais, Scott   R-TN-04 | Rigell, Scott   R-VA-02 |
| Diaz-Balart, Mario   R-FL-21 | Rivera, David   R-FL-25 |
| Dold, Robert   R-IL-10 | Roby, Martha   R-AL-02 |
| Dreier, David   R-CA-26 | Roe, David   R-TN-01 |
| Duffy, Sean   R-WI-07 | Rogers, Harold   R-KY-05 |
| Duncan, Jeff   R-SC-03 | Rogers, Michael   R-MI-08 |
| Duncan, John   R-TN-02 | Rogers, Michael   R-AL-03 |
| Ellmers, Renee   R-NC-02 | Rohrabacher, Dana   R-CA-46 |
| Farenthold, Blake   R-TX-27 | Rokita, Todd   R-IN-04 |
| Fincher, Stephen   R-TN-08 | Rooney, Thomas   R-FL-16 |
| Flake, Jeffrey   R-AZ-06 | Roskam, Peter   R-IL-06 |
| Fleischmann, Charles   R-TN-03 | Ros-Lehtinen, Ileana   R-FL-18 |
| Fleming, John   R-LA-04 | Ross, Dennis   R-FL-12 |
| Flores, Bill   R-TX-17 | Royce, Edward   R-CA-40 |
| Forbes, J.   R-VA-04 | Ryan, Paul   R-WI-01 |
| Fortenberry, Jeffrey   R-NE-01 | Scalise, Steve   R-LA-01 |
| Foxx, Virginia   R-NC-05 | Schilling, Robert   R-IL-17 |
| Franks, Trent   R-AZ-02 | Schmidt, Jeannette   R-OH-02 |
| Frelinghuysen, Rodney   R-NJ-11 | Schock, Aaron   R-IL-18 |
| Gallegly, Elton   R-CA-24 | Schweikert, David   R-AZ-05 |
| Gardner, Cory   R-CO-04 | Scott, Austin   R-GA-08 |
| Garrett, Scott   R-NJ-05 | Scott, Tim   R-SC-01 |
| Gibbs, Robert   R-OH-18 | Sensenbrenner, Jim   R-WI-05 |
| Gibson, Chris   R-NY-20 | Sessions, Pete   R-TX-32 |
| Giffords, Gabrielle   D-AZ-08 | Shimkus, John   R-IL-19 |
| Gingrey, Phil   R-GA-11 | Shuster, William   R-PA-09 |
| Gohmert, Louie   R-TX-01 | Simpson, Mike   R-ID-02 |
| Goodlatte, Robert   R-VA-06 | Smith, Adrian   R-NE-03 |
| Gosar, Paul   R-AZ-01 | Smith, Lamar   R-TX-21 |
| Gowdy, Trey   R-SC-04 | Southerland, Steve   R-FL-02 |
| Granger, Kay   R-TX-12 | Stearns, Clifford   R-FL-06 |
| Graves, Samuel   R-MO-06 | Stivers, Steve   R-OH-15 |
| Graves, Tom   R-GA-09 | Stutzman, Marlin   R-IN-03 |
| Griffin, Tim   R-AR-02 | Sullivan, John   R-OK-01 |
| Griffith, Morgan   R-VA-09 | Terry, Lee   R-NE-02 |
| Guinta, Franklin   R-NH-01 | Thompson, Glenn   R-PA-05 |
| Guthrie, S.   R-KY-02 | Thornberry, Mac   R-TX-13 |
| Hall, Ralph   R-TX-04 | Tiberi, Patrick   R-OH-12 |
| Harper, Gregg   R-MS-03 | Tipton, Scott   R-CO-03 |

| | |
|---|---|
| Harris, Andy    R-MD-01 | Turner, Bob    R-NY-09 |
| Hartzler, Vicky    R-MO-04 | Turner, Michael    R-OH-03 |
| Hastings, Richard    R-WA-04 | Upton, Frederick    R-MI-06 |
| Hayworth, Nan    R-NY-19 | Walberg, Tim    R-MI-07 |
| Heck, Joseph    R-NV-03 | Walden, Gregory    R-OR-02 |
| Hensarling, Jeb    R-TX-05 | Walsh, Joe    R-IL-08 |
| Herger, Wally    R-CA-02 | Webster, Daniel    R-FL-08 |
| Herrera Beutler, Jaime    R-WA-03 | West, Allen    R-FL-22 |
| Huelskamp, Tim    R-KS-01 | Westmoreland, Lynn    R-GA-03 |
| Huizenga, Bill    R-MI-02 | Whitfield, Edward    R-KY-01 |
| Hultgren, Randy    R-IL-14 | Wilson, Joe    R-SC-02 |
| Hunter, Duncan    R-CA-52 | Wittman, Robert    R-VA-01 |
| Hurt, Robert    R-VA-05 | Wolf, Frank    R-VA-10 |
| Issa, Darrell    R-CA-49 | Womack, Steve    R-AR-03 |
| Johnson, Samuel    R-TX-03 | Woodall, Rob    R-GA-07 |
| Jordan, Jim    R-OH-04 | Yoder, Kevin    R-KS-03 |
| Kelly, Mike    R-PA-03 | Young, C.W.    R-FL-10 |
| King, Steve    R-IA-05 | Young, Todd    R-IN-09 |
| Kingston, Jack    R-GA-01 | |

## Senator Baucus Introduces Postal Legislation

This week Senator Max Baucus (D-MT) introduced legislation S. 1649 that aims to do two things. First, Senator Baucus' bill looks to calculate and credit the Postal Service for overpayments made into the Federal Employee Retirement System (FERS). Secondly, this legislation would not allow the Postal Service to close a post office where another office is not available to serve the community with a ten mile radius.

To read Senator Baucus' press release click here .

For more information about the bill including the full text of this piece of legislation click here .

## Spending Bill Gives Postal Service
## A Few More Weeks to Make Payments

On Tuesday legislation was passed to both fund the federal government through November 18 and give the Postal Service more time to make their mandated $5.5 billion dollar payment to prefund its future retiree health benefits.

To read more please click here.

## Two States Look to Change Way Electoral College Votes
## Are Awarded Before 2012 Presidential Election

Currently, in Pennsylvania the presidential candidate who wins the popular vote is awarded with all of the state's electoral votes. The Republican controlled State Legislature is taking a look at giving presidential candidates one vote per congressional district with the remaining two electoral votes being awarded to the candidate who wins the popular vote in the state.

While in Nebraska state lawmakers are looking to do just the opposite. Currently, Nebraska awards an electoral vote for each of their three congressional districts with their other two electoral votes being awarded to the candidate who wins the popular vote of the state. Nebraska's state legislature is looking to give all of the electoral votes of their state to the candidate who wins the overall popular vote.

To read more about this story please click here .

To read a more detailed analysis of what this change could mean for how electoral votes are awarded in Pennsylvania click here .

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-111007.htm





**APWU e-Team Weekly Newsletter #17-11, Sept. 30, 2011**

# Postal Unions Rally
# All Across the Country for H.R. 1351

This week the APWU, NALC, NPMHU and the NRLCA came together for one cause, to urge legislators to Pass H.R. 1351. These rallies across the nation brought a great amount of local media attention to the bill. Thanks goes out to all those who came out to a rally this past Tuesday.

To read more about the coverage in your area click here.

---

| Also in This Issue: |
| --- |
| ‣ McCain Introduces Version of Issa's Bill in the Senate |
| ‣ Multiple U. S. Reps. Introduce Postal Legislation |
| ‣ APWU President Guffey On MSNBC's Ed Show and CSPAN |
| ‣ H.R. 1351 Tops as Thomas's Most Searched for Bill of the Week |

# McCain Introduces Version
# Of Issa's Bill in the Senate

Senator John McCain has introduced his version of Congressman Issa's H.R. 2309. Neither McCain's Senate version or Issas's bill address overpayments into federal employee retirement accounts that have been made by the Postal Service. Senator McCain's bill closely resembles Issa's bill in the house however, does vary in several ways. First, the Senate version does not increase the Postal Service's Debt limit by $10 Billion as Issa's bill does. Secondly, McCain's bill does not move to phase out front door delivery. Finally, the Senate version does not require Alaska to pay the agency to deliver in rural areas.

To read more please click here.

To get more information about Senator McCain's bill S.1625 on Thomas click here.

What can you do to help? Contact your member of Congress today! Ask them to please cosponsor and support H.R. 1351 and oppose H.R. 2309. You can reach your member of Congress by calling the Capitol Hill switchboard today at (202) 224-3121 or to find your member of congress click here.

After you call your member of congress make sure to also send them a quick message asking them to oppose H.R. 2309 by clicking here!

To send your member of congress a quick message asking them to cosponsor and support H.R. 1351 please click here .

Below you will find a list of those members of congress who have signed on in support of H.R. 1351 since 09/26/2011. If you see your member of Congress below please thank them for supporting H.R. 1351. There are currently 220 members signed on as a cosponsor.

| | | |
| --- | --- | --- |
| Hoyer, Steny | D-MD-05 | |
| Johnson, Timothy | R-IL-15 | |
| Lewis, John | D-GA-05 | |
| Renacci, James | R-OH-16 | |
| Sablan, Gregorio | D-MP-DL | |

Below you will find a list of those members of Congress who have not yet signed on as a cosponsor of H.R. 1351. If you see your member of Congress listed below please reach out to them and ask that the cosponsor and support H.R. 1351.

Adams, Sandy   R-FL-24
Aderholt, Robert   R-AL-04
Akin, Todd   R-MO-02
Alexander, Rodney   R-LA-05
Amash, Justin   R-MI-03
Amodei, Mark   R-NV-02
Austria, Steve   R-OH-07
Bachmann, Michele   R-MN-06
Bachus, Spencer   R-AL-06
Bartlett, Roscoe   R-MD-06
Barton, Joe   R-TX-06
Benishek, Dan   R-MI-01
Berg, Rick   R-ND-AL
Biggert, Judy   R-IL-13
Bilbray, Brian   R-CA-50
Bilirakis, Gus   R-FL-09
Black, Diane   R-TN-06
Blackburn, Marsha   R-TN-07
Boehner, John   R-OH-08
Bonner, Josiah   R-AL-01
Bono Mack, Mary   R-CA-45
Boustany, Charles   R-LA-07
Brady, Kevin   R-TX-08
Brooks, Mo   R-AL-05
Broun, Paul   R-GA-10
Buchanan, Vern   R-FL-13
Bucshon, Larry   R-IN-08
Buerkle, Ann Marie   R-NY-25
Burgess, Michael   R-TX-26
Burton, Dan   R-IN-05
Calvert, Ken   R-CA-44
Camp, David   R-MI-04
Campbell, John   R-CA-48
Canseco, Francisco   R-TX-23
Cantor, Eric   R-VA-07
Capito, Shelley   R-WV-02
Cassidy, Bill   R-LA-06
Chabot, Steve   R-OH-01
Chaffetz, Jason   R-UT-03
Clyburn, James   D-SC-06
Coble, Howard   R-NC-06
Coffman, Mike   R-CO-06
Cole, Thomas   R-OK-04
Conaway, Michael   R-TX-11
Cooper, Jim   D-TN-05
Cravaack, Chip   R-MN-08
Crawford, Rick   R-AR-01
Crenshaw, Ander   R-FL-04
Culberson, John   R-TX-07
Davis, Geoff   R-KY-04
Denham, Jeff   R-CA-19
DesJarlais, Scott   R-TN-04
Diaz-Balart, Mario   R-FL-21
Dold, Robert   R-IL-10
Dreier, David   R-CA-26
Duffy, Sean   R-WI-07
Duncan, Jeff   R-SC-03
Duncan, John   R-TN-02
Ellmers, Renee   R-NC-02
Faleomavaega, Eni   D-AS-DL
Farenthold, Blake   R-TX-27
Fincher, Stephen   R-TN-08
Flake, Jeffrey   R-AZ-06
Fleischmann, Charles   R-TN-03
Fleming, John   R-LA-04
Flores, Bill   R-TX-17
Forbes, J.   R-VA-04
Fortenberry, Jeffrey   R-NE-01
Foxx, Virginia   R-NC-05

Kingston, Jack   R-GA-01
Kinzinger, Adam   R-IL-11
Kline, John   R-MN-02
Labrador, Raul   R-ID-01
Lamborn, Doug   R-CO-05
Landry, Jeff   R-LA-03
Lankford, James   R-OK-05
Latta, Robert   R-OH-05
Lewis, Jerry   R-CA-41
Long, Billy   R-MO-07
Lucas, Frank   R-OK-03
Luetkemeyer, Blaine   R-MO-09
Lummis, Cynthia   R-WY-AL
Lungren, Daniel   R-CA-03
Mack, Connie   R-FL-14
Marchant, Kenneth   R-TX-24
McCarthy, Kevin   R-CA-22
McCaul, Michael   R-TX-10
McClintock, Tom   R-CA-04
McCotter, Thaddeus   R-MI-11
McHenry, Patrick   R-NC-10
McKeon, Howard   R-CA-25
McMorris Rodgers, Cathy   R-WA-05
Mica, John   R-FL-07
Miller, Candice   R-MI-10
Miller, Gary   R-CA-42
Miller, Jeff   R-FL-01
Mulvaney, Mick   R-SC-05
Murphy, Tim   R-PA-18
Myrick, Sue   R-NC-09
Neugebauer, Randy   R-TX-19
Noem, Kristi   R-SD-AL
Nugent, Richard   R-FL-05
Nunes, Devin   R-CA-21
Nunnelee, Alan   R-MS-01
Olson, Pete   R-TX-22
Palazzo, Steven   R-MS-04
Paul, Ronald   R-TX-14
Paulsen, Erik   R-MN-03
Pearce, Steve   R-NM-02
Pelosi, Nancy   D-CA-08
Pence, Michael   R-IN-06
Petri, Thomas   R-WI-06
Pitts, Joseph   R-PA-16
Poe, Ted   R-TX-02
Pompeo, Mike   R-KS-04
Posey, Bill   R-FL-15
Price, Thomas   R-GA-06
Quayle, Ben   R-AZ-03
Reed, Tom   R-NY-29
Rehberg, Dennis   R-MT-AL
Reichert, David   R-WA-08
Ribble, Reid   R-WI-08
Rigell, Scott   R-VA-02
Rivera, David   R-FL-25
Roby, Martha   R-AL-02
Roe, David   R-TN-01
Rogers, Harold   R-KY-05
Rogers, Michael   R-MI-08
Rogers, Michael   R-AL-03
Rohrabacher, Dana   R-CA-46
Rokita, Todd   R-IN-04
Rooney, Thomas   R-FL-16
Roskam, Peter   R-IL-06
Ros-Lehtinen, Ileana   R-FL-18
Ross, Dennis   R-FL-12
Royce, Edward   R-CA-40
Ryan, Paul   R-WI-01
Scalise, Steve   R-LA-01

| | |
|---|---|
| Franks, Trent    R-AZ-02 | Schilling, Robert    R-IL-17 |
| Frelinghuysen, Rodney    R-NJ-11 | Schmidt, Jeannette    R-OH-02 |
| Gallegly, Elton    R-CA-24 | Schock, Aaron    R-IL-18 |
| Gardner, Cory    R-CO-04 | Schweikert, David    R-AZ-05 |
| Garrett, Scott    R-NJ-05 | Scott, Austin    R-GA-08 |
| Gibbs, Robert    R-OH-18 | Scott, Tim    R-SC-01 |
| Gibson, Chris    R-NY-20 | Sensenbrenner, Jim    R-WI-05 |
| Giffords, Gabrielle    D-AZ-08 | Sessions, Pete    R-TX-32 |
| Gingrey, Phil    R-GA-11 | Shimkus, John    R-IL-19 |
| Gohmert, Louie    R-TX-01 | Shuster, William    R-PA-09 |
| Goodlatte, Robert    R-VA-06 | Simpson, Mike    R-ID-02 |
| Gosar, Paul    R-AZ-01 | Smith, Adrian    R-NE-03 |
| Gowdy, Trey    R-SC-04 | Smith, Lamar    R-TX-21 |
| Granger, Kay    R-TX-12 | Southerland, Steve    R-FL-02 |
| Graves, Samuel    R-MO-06 | Stearns, Clifford    R-FL-06 |
| Graves, Tom    R-GA-09 | Stivers, Steve    R-OH-15 |
| Griffin, Tim    R-AR-02 | Stutzman, Marlin    R-IN-03 |
| Griffith, Morgan    R-VA-09 | Sullivan, John    R-OK-01 |
| Guinta, Franklin    R-NH-01 | Terry, Lee    R-NE-02 |
| Guthrie, S.    R-KY-02 | Thompson, Glenn    R-PA-05 |
| Hall, Ralph    R-TX-04 | Thornberry, Mac    R-TX-13 |
| Harper, Gregg    R-MS-03 | Tiberi, Patrick    R-OH-12 |
| Harris, Andy    R-MD-01 | Tipton, Scott    R-CO-03 |
| Hartzler, Vicky    R-MO-04 | Turner, Bob    R-NY-09 |
| Hastings, Richard    R-WA-04 | Turner, Michael    R-OH-03 |
| Hayworth, Nan    R-NY-19 | Upton, Frederick    R-MI-06 |
| Heck, Joseph    R-NV-03 | Walberg, Tim    R-MI-07 |
| Hensarling, Jeb    R-TX-05 | Walden, Gregory    R-OR-02 |
| Herger, Wally    R-CA-02 | Walsh, Joe    R-IL-08 |
| Herrera Beutler, Jaime    R-WA-03 | Webster, Daniel    R-FL-08 |
| Huelskamp, Tim    R-KS-01 | West, Allen    R-FL-22 |
| Huizenga, Bill    R-MI-02 | Westmoreland, Lynn    R-GA-03 |
| Hultgren, Randy    R-IL-14 | Whitfield, Edward    R-KY-01 |
| Hunter, Duncan    R-CA-52 | Wilson, Joe    R-SC-02 |
| Hurt, Robert    R-VA-05 | Wittman, Robert    R-VA-01 |
| Issa, Darrell    R-CA-49 | Wolf, Frank    R-VA-10 |
| Johnson, Bill    R-OH-06 | Womack, Steve    R-AR-03 |
| Johnson, Samuel    R-TX-03 | Woodall, Rob    R-GA-07 |
| Jordan, Jim    R-OH-04 | Yoder, Kevin    R-KS-03 |
| Kelly, Mike    R-PA-03 | Young, C.W.    R-FL-10 |
| King, Steve    R-IA-05 | Young, Todd    R-IN-09 |

## Multiple U. S. Reps. Introduce Postal Legislation

Recently, U.S. Representatives Gwen Moore (D-WI) and Marcia Fudge (D-OH) came together to introduce a piece of postal legislation. This legislation aims to take the needs of particular communities into account before closing or consolidating a facility. This legislation will require the Postal Service to consider several aspects before closing or consolidating a facility. Before to closing or consolidating a facility the Postal Service would need to determine if doing so would decrease postal access and service to elderly, those who are economically disadvantaged, those with mobility issues, and those who do not have access to reliable and affordable internet. This legislation would also require the Postal Service to address any impact a closing or consolidation would have on the above group of individuals. Finally, this legislation would prevent the Postal Service from closing or consolidating a facility if it was found to hold an unreasonable, unequal and undue burden on this section of a community.

To read more please click here .

To get more information about Congresswoman Moore's H.R. 2956 on Thomas, including the full text click here.

Another member of the U.S. House of Representatives has introduced legislation looking to increase the Postal Service's revenue. Congressman Steve Cohen (D-TN) has introduced a piece of legislation that would allow the Postal Service to look at selling other products apart from stamps. This legislation looks to prevent the closing of post offices in communities across the country along with preventing massive layoffs of Postal employees.

To read more please click here .

To get more information about Congressman Cohen's H.R. 3047 on Thomas, including the full text click here.

## APWU President Guffey on MSNBC's Ed Show and CSPAN

This week Ed Schultz of MSNBC's "The Ed Show" looked into the real problem with the Postal Service's finances and spoke with APWU President, Cliff Guffey.

To watch the video from "The Ed Show" on MSNBC click here .

Also this week APWU President, Cliff Guffey appeared on C-SPAN's Washington Journal to address the real cause of the financial hardship of the postal service.

To watch president Guffey on the Washington Journal please click here .

## H.R. 1351 Tops as Thomas's Most Searched for Bill of the Week

Update- Last week's E-team showed that H.R. 1351 was garnering attention on Capitol Hill by being the second most searched for piece of legislation on Capitol Hill according to the Thomas website. This week H.R. 1351 moved up a spot to grab the top slot. H.R. 1351 was the single most searched for piece of legislation last week on the Thomas website.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-110930.htm





**APWU e-Team Weekly Newsletter #16-11, Sept. 23, 2011**

# Congressman Issa's H.R. 2309
# Moves Through House Subcommittee

This week saw the House Subcommittee on Federal Workforce, U.S. Postal Service, and Labor Policy vote to report his H.R. 2309 legislation to the full Committee on Oversight & Government Reform. This piece of legislation moved through the subcommittee with a party line vote of 8-5. All eight republicans voted for the legislation while all five democrats held in voting against H.R. 2309.

The currently amended H.R. 2309 has a provision that grants power to a non-elected "solvency authority" to carry out layoffs of USPS employees regardless of currently negotiated contracts. This section would also give the "authority" the ability to eradicate current negotiated benefits along with slashing wages.

Several other negative changes were made through amendments to H.R. 2309 in the subcommittee's markup.

This week the Federal Times wrote about the hearing. To read the article please click here.

To read more details about the amended H.R. 2309 on the APWU's website please click here.

What can you do to help? Contact your member of Congress today! Ask them to please cosponsor and support H.R. 1351 and oppose H.R. 2309. You can reach your member of Congress by calling the Capitol Hill switchboard today at (202) 224-3121 or to find your member of congress click here.

After you call your member of congress make sure to also send them a quick message asking them to oppose H.R. 2309 by clicking here!

To send your member of congress a quick message asking them to cosponsor and support H.R. 1351 please click here.

Below you will find a list of those members of congress who have signed on in support of H.R. 1351 since 09/19/2011. If you see your member of Congress below please thank them for supporting H.R. 1351. There are currently 215 members signed on as a cosponsor.

Below you will find a list of those members of Congress who have not yet signed on as a cosponsor of H.R. 1351. If you see your member of Congress listed below please reach out to them and ask that the cosponsor and support H.R. 1351.

**Also in This Issue:**
- Joint "Save America's Postal Service" Rallies Set Nationwide for Tuesday, September 27, 2011
- Deficit-Reduction Package Put Forward to Special Joint Committee
- APWU, NALC and NPMHU Launch Second T.V. Ad Campaign
- Update - Thomas Search Rankings for H.R. 1351

| | | |
|---|---|---|
| Barletta, Lou | (PA-11)-R | |
| Cuellar, Henry | (TX-28)-D | |
| Manzullo, Donald | (IL-16)-R | |
| McKinley, David | | (WV-01)-R |
| Miller, Brad | (NC-13)-D | |
| Price, David | (NC-04)-D | |
| Scott, David | (GA-13)-D | |
| Thompson, Bennie | | (MS-02)-D |
| Van Hollen, Chris | | (MD-08)-D |

| | | | |
|---|---|---|---|
| Adams, Sandy | (FL-24)-R | Kline, John | (MN-02)-R |
| Aderholt, Robert | (AL-04)-R | Labrador, Raul | (ID-01)-R |
| Akin, Todd | (MO-02)-R | Lamborn, Doug | (CO-05)-R |
| Alexander, Rodney | (LA-05)-R | Landry, Jeff | (LA-03)-R |
| Amash, Justin | (MI-03)-R | Lankford, James | (OK-05)-R |
| Amodei, Mark | (NV-02)-R | Larsen, Rick | (WA-02)-D |
| Austria, Steve | (OH-07)-R | Latta, Robert | (OH-05)-R |
| Bachmann, Michele | (MN-06)-R | Lewis, Jerry | (CA-41)-R |

| | |
|---|---|
| Bachus, Spencer      (AL-06)-R | Lewis, John        (GA-05)-D |
| Baldwin, Tammy       (WI-02)-D | Long, Billy        (MO-07)-R |
| Bartlett, Roscoe      (MD-06)-R | Lucas, Frank       (OK-03)-R |
| Barton, Joe          (TX-06)-R | Luetkemeyer, Blaine    (MO-09)-R |
| Benishek, Dan        (MI-01)-R | Lummis, Cynthia      (WY-AL)-R |
| Berg, Rick        (ND-AL)   -R | Lungren, Daniel      (CA-03)-R |
| Biggert, Judy        (IL-13)-R | Mack, Connie       (FL-14)-R |
| Bilbray, Brian       (CA-50)-R | Marchant, Kenneth      (TX-24)-R |
| Bilirakis, Gus       (FL-09)-R | McCarthy, Kevin      (CA-22)-R |
| Black, Diane        (TN-06)-R | McCaul, Michael      (TX-10)-R |
| Blackburn, Marsha      (TN-07)-R | McClintock, Tom      (CA-04)-R |
| Boehner, John        (OH-08)   -R | McCotter, Thaddeus      (MI-11)-R |
| Bonner, Josiah       (AL-01)-R | McDermott, Jim      (WA-07)-D |
| Bono Mack, Mary       (CA-45)-R | McHenry, Patrick      (NC-10)-R |
| Boustany, Charles      (LA-07)-R | McKeon, Howard      (CA-25)-R |
| Brady, Kevin         (TX-08)-R | McMorris Rodgers, Cathy    (WA-05)-R |
| Brooks, Mo        (AL-05)-R | Mica, John        (FL-07)-R |
| Broun, Paul        (GA-10)-R | Miller, Candice      (MI-10)-R |
| Buchanan, Vern       (FL-13)-R | Miller, Gary       (CA-42)-R |
| Bucshon, Larry       (IN-08)-R | Miller, Jeff       (FL-01)-R |
| Buerkle, Ann Marie      (NY-25)-R | Moore, Gwendolynne      (WI-04)-D |
| Burgess, Michael      (TX-26)-R | Mulvaney, Mick      (SC-05)-R |
| Burton, Dan        (IN-05)-R | Murphy, Tim        (PA-18)-R |
| Calvert, Ken        (CA-44)-R | Myrick, Sue        (NC-09)-R |
| Camp, David        (MI-04)-R | Neugebauer, Randy      (TX-19)-R |
| Campbell, John       (CA-48)-R | Noem, Kristi        (SD-AL)-R |
| Canseco, Francisco      (TX-23)-R | Nugent, Richard      (FL-05)-R |
| Cantor, Eric       (VA-07)-R | Nunes, Devin       (CA-21)-R |
| Capito, Shelley       (WV-02)-R | Nunnelee, Alan       (MS-01)-R |
| Cassidy, William       (LA-06)-R | Olson, Pete        (TX-22)-R |
| Chabot, Steve        (OH-01)-R | Palazzo, Steven      (MS-04)-R |
| Chaffetz, Jason       (UT-03)-R | Paul, Ronald       (TX-14)-R |
| Clyburn, James       (SC-06)-D | Paulsen, Erik       (MN-03)-R |
| Coble, Howard       (NC-06)-R | Pearce, Steven       (NM-02)-R |
| Coffman, Mike       (CO-06)-R | Pelosi, Nancy       (CA-08)-D |
| Cole, Thomas        (OK-04)-R | Pence, Michael       (IN-06)-R |
| Conaway, Michael      (TX-11)-R | Petri, Thomas       (WI-06)-R |
| Cooper, Jim        (TN-05)-D | Pitts, Joseph       (PA-16)-R |
| Cravaack, Chip       (MN-08)-R | Poe, Ted        (TX-02)-R |
| Crawford, Eric       (AR-01)-R | Pompeo, Mike       (KS-04)-R |
| Crenshaw, Ander       (FL-04)-R | Posey, Bill        (FL-15)-R |
| Culberson, John       (TX-07)-R | Price, Thomas       (GA-06)-R |
| Davis, Geoffrey       (KY-04)-R | Quayle, Ben        (AZ-03)-R |
| DeFazio, Peter       (OR-04)-D | Rahall, Nick        (WV-03)-D |
| Denham, Jeff        (CA-19)-R | Reed, Tom        (NY-29)-R |
| DesJarlais, Scott      (TN-04)-R | Rehberg, Dennis      (MT-AL)-R |
| Diaz-Balart, Lincoln      (FL-21)-R | Reichert, David      (WA-08)-R |
| Dicks, Norman       (WA-06)-D | Renacci, Jim        (OH-16)-R |
| Dold, Robert        (IL-10)-R | Ribble, Reid        (WI-08)-R |
| Dreier, David        (CA-26)-R | Rigell, Scott        (VA-02)-R |
| Duffy, Sean        (WI-07)-R | Rivera, David        (FL-25)-R |
| Duncan, Jeff        (SC-03)-R | Roby, Martha       (AL-02)-R |
| Duncan, John        (TN-02)-R | Roe, David        (TN-01)-R |
| Ellmers, Renee       (NC-02)-R | Rogers, Harold      (KY-05)-R |
| Farenthold, Blake      (TX-27)-R | Rogers, Michael      (AL-03)-R |
| Fincher, Stephen      (TN-08)-R | Rogers, Michael      (MI-08)-R |
| Flake, Jeffrey       (AZ-06)-R | Rohrabacher, Dana      (CA-46)-R |
| Fleischmann, Charles      (TN-03)-R | Rokita, Todd       (IN-04)-R |
| Fleming, John       (LA-04)-R | Rooney, Thomas      (FL-16)-R |
| Flores, Bill        (TX-17)-R | Roskam, Peter       (IL-06)-R |
| Forbes, J.        (VA-04)-R | Ros-Lehtinen, Ileana      (FL-18)-R |
| Fortenberry, Jeffrey      (NE-01)-R | Ross, Dennis        (FL-12)-R |
| Foxx, Virginia       (NC-05)-R | Royce, Edward       (CA-40)-R |
| Franks, Trent       (AZ-02)-R | Ryan, Paul        (WI-01)-R |
| Frelinghuysen, Rodney      (NJ-11)-R | Scalise, Steve       (LA-01)-R |
| Gallegly, Elton       (CA-24)-R | Schilling, Robert      (IL-17)-R |
| Gardner, Cory       (CO-04)-R | Schmidt, Jeannette      (OH-02)-R |
| Garrett, Scott       (NJ-05)-R | Schock, Aaron       (IL-18)-R |
| Gibbs, Bob        (OH-18)-R | Schweikert, David      (AZ-05)-R |
| Gibson, Chris       (NY-20)-R | Scott, Austin       (GA-08)-R |
| Giffords, Gabrielle      (AZ-08)-D | Scott, Tim        (SC-01)-R |
| Gingrey, Phil       (GA-11)-R | Sensenbrenner, Jim      (WI-05)-R |
| Gohmert, Louie       (TX-01)-R | Sessions, Pete       (TX-32)-R |
| Goodlatte, Robert      (VA-06)-R | Shimkus, John       (IL-19)-R |

| | | | |
|---|---|---|---|
| Gosar, Paul | (AZ-01)-R | Shuster, William | (PA-09)-R |
| Gowdy, Trey | (SC-04)-R | Simpson, Michael | (ID-02)-R |
| Granger, Kay | (TX-12)-R | Smith, Adrian | (NE-03)-R |
| Graves, Samuel | (MO-06)-R | Smith, D. Adam | (WA-09)-D |
| Graves, Tom | (GA-09)-R | Smith, Lamar | (TX-21)-R |
| Griffin, Tim | (AR-02)-R | Southerland, Steve | (FL-02)-R |
| Griffith, Morgan | (VA-09)-R | Stearns, Clifford | (FL-06)-R |
| Guinta, Franklin | (NH-01)-R | Stivers, Steve | (OH-15)-R |
| Guthrie, Brett | (KY-02)-R | Stutzman, Marlin | (IN-03)-R |
| Hall, Ralph | (TX-04)-R | Sullivan, John | (OK-01)-R |
| Harper, Gregg | (MS-03)-R | Terry, Lee | (NE-02)-R |
| Harris, Andy | (MD-01)-R | Thompson, Glenn | (PA-05)-R |
| Hartzler, Vicky | (MO-04)-R | Thornberry, Mac | (TX-13)-R |
| Hastings, Richard | (WA-04)-R | Tiberi, Patrick | (OH-12)-R |
| Hayworth, Nan | (NY-19)-R | Tipton, Scott | (CO-03)-R |
| Heck, Joseph | (NV-03)-R | Turner, Bob | (NY-09)-R |
| Hensarling, Jeb | (TX-05)-R | Turner, Michael | (OH-03)-R |
| Herger, Wally | (CA-02)-R | Upton, Frederick | (MI-06)-R |
| Herrera Beutler, Jaime | (WA-03)-R | Vacant | (OR-01)-D |
| Hoyer, Steny | (MD-05)-D | Walberg, Tim | (MI-07)-R |
| Huelskamp, Tim | (KS-01)-R | Walden, Gregory | (OR-02)-R |
| Huizenga, Bill | (MI-02)-R | Walsh, Joe | (IL-08)-R |
| Hultgren, Randy | (IL-14)-R | Webster, Daniel | (FL-08)-R |
| Hunter, Duncan | (CA-52)-R | West, Allen | (FL-22)-R |
| Hurt, Robert | (VA-05)-R | Westmoreland, Lynn | (GA-03)-R |
| Issa, Darrell | (CA-49)-R | Whitfield, Edward | (KY-01)-R |
| Johnson, Bill | (OH-06)-R | Wilson, Joe | (SC-02)-R |
| Johnson, Samuel | (TX-03)-R | Wittman, Robert | (VA-01)-R |
| Johnson, Timothy | (IL-15)-R | Wolf, Frank | (VA-10)-R |
| Jordan, Jim | (OH-04)-R | Womack, Steve | (AR-03)-R |
| Kelly, Mike | (PA-03)-R | Woodall, Rob | (GA-07)-R |
| King, Steve | (IA-05)-R | Yoder, Kevin | (KS-03)-R |
| Kingston, Jack | (GA-01)-R | Young, C.W. | (FL-10)-R |
| Kinzinger, Adam | (IL-11)-R | Young, Todd | (IN-09)-R |

## Joint "Save America's Postal Service" Rallies Set Nationwide for Tuesday, Sept., 2011

All across the county in every congressional district rallies will be taking place aimed at bringing together those wanting to "Save America's Postal Service". These rallies are looking to build support for H.R. 1351. Rallies will be both thanking members of Congress that are already co-sponsors for their current support of H.R. 1351 or asking those members of Congress that have yet to sign on as a cosponsor of H.R. 1351 to please cosponsor and support this legislation.

To look up the nearest rally and for more information please click here.

## Deficit-Reduction Package Put Forward to Special Joint Committee

This week President Obama gave the special joint committee of Congress his proposed deficit-reduction package. Although the proposal does look to significantly help the Postal Service in the short term, a long term fix is still necessary.

This week The Hill newspaper laid out the details of President Obama's proposal. To read this story please, click here.

Click here to read what the APWU said about the proposed package.

## APWU, NALC and NPMHU Launch Second T.V. Ad Campaign

The new ad aims to explain the true cause of the Postal Service's financial crisis in a mere 30 seconds. This ad is also targeted at garnering more support for H.R. 1351.

To read about the new ad campaign and to watch the video please click here.

## Update- Thomas Search Rankings for H.R. 1351

Update- Last week's E-team showed that H.R. 1351 was garnering attention on Capitol Hill by being the third most searched for piece of legislation on Capitol Hill according to the Thomas website. This week H.R. 1351 moved up a

spot to grab the #2 slot.

Click here to go to Thomas and see where H.R. 1351 is listed today! Just look on the right hand side of the website.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-110923.htm





**APWU e-Team Weekly Newsletter #12-11, Aug. 26, 2011**

## What Cannot be Won at the Bargaining Table by the Postal Service, Could be Changed on Capitol Hill

**Also in This Issue:**
▸ There is a Solution other than Withdrawing from Federal Benefit Plans
▸ League of Women Voters Files Suit in WI, PA
▸ Secretary of Commonwealth Backs Voter ID Bill at Statehouse

By now you have read what the USPS has asked Congress to allow it to do in order to help alleviate their money problems. They are looking to lay off 120,000 USPS employees, remove USPS employees from the Federal Employees Health Benefits program (FEHBP) and withdraw from both CSRS and FERS retirement programs. These employees currently have a no layoff provision in their contract. In the last round of contract negotiations with the APWU sacrifices were made in order for APWU members to continue to have the no layoff provision in our contract. Our negotiated protection from layoffs, our retirement and our healthcare can all be altered by Congress with the passage of one bill.

Just this week many more articles came out that focused on the Postal Service's proposal to Congress. To read what Joe Davidson of the Washington Post writes this week in his article titled "What Postal Service can't win from labor unions it hopes to get from Congress" click here.

When Congress comes back into session right after Labor Day both Houses of Congress are going to be looking at revamping the Postal Service and/or fixing billions in FERS and CSRS overpayments which have been made by the Postal Service. Many bills have already been introduced in both Houses of Congress taking aim at overhauling the Postal Service while others look to allow access to billions in overpayments made by the Postal Service into both FERS and CSRS retirement funds. Multiple legislators have polarizing views as to how to fix the Postal Service and the USPS's financial problems.



**Restore Financial Stability to The USPS**

**Tell Congress: Support H.R. 1351**

Contact Your Legislators

H.R. 1351 Co-sponsors

The APWU is asking our members to reach out and urge their member of Congress to cosponsor and support Congressman Lynch's H.R. 1351, which will let the USPS use billions of dollars in CSRS and FERS overpayments to meet its financial obligations. Unlike, other bills that address the pension overpayments, H.R. 1351 will not attack the rights of workers to collectively bargain.

Also, tell your member of Congress to oppose Congressman Issa's H.R. 2309. Rep. Darrell Issa's H.R. 2309 does not correct the massive USPS overpayments to its CSRS and FERS pension accounts. Congressman Issa's bill will wage an attack on current negotiated wages, benefits, and protection against layoffs of postal workers.

What can you do to help? Contact your member of Congress today! You can reach your member of Congress by calling the Capitol Hill switchboard today at (202) 224-3121 or to find your member of congress click here.

If you have not already sent a quick message to your member of congress asking them to cosponsor H.R. 1351 and oppose H.R. 2309 take action today by clicking both of the links below.

To send your member of congress a quick message asking them to cosponsor and support H.R. 1351 please click here.

To send a quick message to your member of congress asking them to oppose Congressman Issa's H.R. 2309 please

click here.

## There is a Solution other than Withdrawing from Federal Benefit Plans

Multiple articles in recent weeks have cited what "must" be done in order to fix the Postal Service's financial situation. Many of these types of articles lay out points which they believe are the problem with the current setup of the postal service. The following article is one example that points out problems with the current situation the Postal Service is in. However, the article does not mention what we talked about above, the billions of dollars in overpayments that have been made into both FERS and CSRS retirement funds. Many articles have cited the only fix for the postal service is to withdraw from FEHBP, FERS and CSRS and allow them to manage their own retirement and healthcare benefits. This is another reason why we MUST contact our legislators to let them know we support H.R. 1351. To read the article in the International Business Times please click here.

## League of Women Voters Files Suit in WI;
## PA Secretary of Commonwealth Backs Voter ID Bill at Statehouse

Again this week battles over voter ID bills in state legislatures are making news. In Wisconsin the League of Women Voters is in the process of preparing to file suit against the state's new voter ID requirements. This is a battle to decide if the new law violates the state's constitution. To read more about the new battle in Wisconsin click here.

This week Pennsylvania's Secretary of the Commonwealth, Carol Aichele came out in favor of the controversial state voter ID legislation. As of this week the state's voter ID legislation has already passed the State House and is still awaiting a further movement in the Pennsylvania Senate. To read more please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-110826.htm





**APWU e-Team Weekly Newsletter #11-11, Aug. 19, 2011**

## Is a Postal Service Shutdown Less Than a Year Away if Legislative Changes Are Not Made?

In fiscal year 2011 the Postal Service is now forecasting a loss of about $9 billion dollars. Without Congressional intervention the Postal Service is now also forecasting a Postal Service shut down in July of 2012 and possibly earlier.

The Blog "Courier, Express, and Postal Observer" is writing about both the Postal Service's losses and the possibility of a shut down. To read the Blog post, please click here.

The Federal Times this week has also written about the possibility of the Postal Service's insolvency if no Congressional action is taken soon. To read the article in the Federal times please click here.

A Countless number of articles both this week and last week have highlighted the Postal Service's request to congress to allow it to break union contracts and layoff over 120,000 USPS employees, pull out USPS employees from federal retirement and health benefits, and a move to five day delivery of mail. To read the Slate's article this week please click here.

To watch President Guffey's interview with the Washington Post in which he addresses the USPS's proposed cuts please click here.

Also, this week Postmaster Donahoe sat down in an interview with Bloomberg news to talk about cutting 220,000 jobs and ending Saturday delivery. To watch the interview click here.

When Congress comes back into session right after Labor Day both Houses of Congress are going to be looking at revamping the Postal Service and/or fixing billions in FERS and CSRS overpayments which have been made by the Postal Service. Many bills have already been introduced in both Houses of Congress taking aim at overhauling the Postal Service while others look to allow access to billions in overpayments made by the Postal Service into both FERS and CSRS retirement funds. Multiple legislators have polarizing views as to how to fix the Postal Service and the USPS's financial problems.

The APWU is asking our members to reach out and urge their member of Congress to cosponsor and support Congressman Lynch's H.R. 1351, which will let the USPS use billions of dollars in CSRS and FERS overpayments to meet its financial obligations. Unlike, other bills that address the pension overpayments, H.R. 1351 will not attack the rights of workers to collectively bargain.

Also, tell your member of Congress to oppose Congressman Issa's H.R. 2309. Rep. Darrell Issa's H.R. 2309 does not correct the massive USPS overpayments to its CSRS and FERS pension accounts. Congressman Issa's bill will wage an attack on current negotiated wages, benefits, and protection against layoffs of postal workers.

What can you do to help? Contact your member of Congress today! You can reach your member of Congress by calling the Capitol Hill switchboard today at (202) 224-3121 or to find your member of congress click here.

**Also in This Issue:**
- The Positive Influence of the USPS over the Years
- State-by-State Voter I.D. Law Look-Up; Texas Hurting Veterans' Ability to Vote



*Restore Financial Stability to The USPS*

**Tell Congress: Support H.R. 1351**

Contact Your Legislators

H.R. 1351 Co-sponsors

If you have not already sent a quick message to your member of congress asking them to cosponsor H.R. 1351 and oppose H.R. 2309 take action today by clicking both of the links below.

To send your member of congress a quick message asking them to cosponsor and support H.R. 1351 please click here.

To send a quick message to your member of congress asking them to oppose Congressman Issa's H.R. 2309 please click here.

## The Positive Influence of the Postal Service over the Years

While many articles in the past few weeks have decided to highlight the Postal Service's problems some articles decided to talk about how the USPS has provided strong middle class jobs for generations of workers and others speak to the "Stake" our country has in the Postal Service.

To read the Washington Post's article about the Postal Service being a "gateway to the middle class" please click here.

This week The Atlantic wrote about "Why We All Have a Stake in the U.S. Postal Service". To read The Atlantic's article please click here.

## State-by-State Voter I.D. Law Look-Up
### Texas Hurting Veterans' Ability to Vote

With all of the sweeping proposals in state legislatures across our country to restrict the ability, timeline and accessibility for registered voters to cast their ballot in an election taking place it has been hard for the average voter to know exactly what they need to bring with them in order to vote. The National Conference of State Legislatures has put together an online state by state resource guide to new voting laws. To find your state's Voter Identification Requirements please click here.

An informed voter is a powerful voter! Know your rights!

Presidential hopeful and current Texas Governor Rick Perry has signed a bill into law that will not allow veterans to use their government issued ID card from the Department of Veterans Affairs as a valid ID to vote in Texas. To read the details about this recently passed law in Texas please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-110819.htm





**APWU e-Team Weekly Newsletter #10-11, Aug. 12, 2011**

# Postal Service Looks to Destroy Layoff Protection in Collective Bargaining Agreements Through Legislation

**Also in This Issue:**
- President Guffey on MSNBC's "The Ed Show"
- Vote By Mail Law in California Strengthened, Rhode Island Enhances Vote By Mail Law

This week the Postal Service announced they would like to reduce their workforce by 120,000 career positions by 2015. This number is over and above the 100,000 workers it expects to leave through attrition by 2015. The Postal Service is asking Congress for legislative changes to be made to eliminate the layoff protection in our collective bargaining agreement, therefore allowing them to layoff 120,000 career postal employees.

The Postal Service is also looking for power from Congress to allow them to remove postal workers from the Federal Employee Health Benefits Program (FEHBP), as well as remove postal employees from federal retirement programs.

To Read more please click here.

To read more about the story on the APWU's website click here.

## Guffey Defends Workers On 'The Ed Show'



APWU President Cliff Guffey appeared on *The Ed Show* on MSNBC Aug. 11 to discuss the latest attack on postal workers. Click on the image above to watch the six-minute video.

## Vote By Mail Law in California Strengthened and Rhode Island Enhances Vote By Mail Law

Recently California's Gov. Jerry Brown signed into law AB 1343 which will increase the amount of times a permanent absentee voter can miss an election before being removed from their respective county's vote-by-mail list.

California Gov. Brown also recently signed AB 412 into law. This legislation sets up a pilot experiment in Yolo County California by allowing them to conduct their local elections entirely by mail. The target of this pilot program is to increase voter participation. The findings will be reported back to the California State Legislature.

To read more about AB 1343 and AB 412 please click here.

A newly enacted law in Rhode Island looks to increase overall voter participation. As of July 1, 2011 every registered voter in Rhode Island now has the right to submit a ballot via mail. Voters in the state no longer have to fall into a specific category in order to qualify to vote by mail.

To read more please click here.



[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-110812.htm





**APWU e-Team Weekly Newsletter #09-11, Aug. 5, 2011**

## 74,000 FAA Workers Idled
## Due to One Anti-Labor Congressman

| Also in This Issue: |
| --- |
| ▸ Senate Democrats |
| Request Justice |
| Department Review of |
| New Voter ID Laws |
| ▸ Professor's Blog |
| Fights USPS Closings |

The Republican shutdown of the Federal Aviation Administration (FAA) has tossed 74,000 workers out of their jobs across the country. Some of these workers are FAA employees however, a large portion of these jobs are construction jobs tasked with improving airports all across the country. Congressman Mica (R-FL) has been blamed for single handedly shutting down the FAA due to his anti-labor views. Congressman Mica tried to use the FAA re-authorization bill as leverage to overturn a recent ruling of the National Mediation Board which reversed a rule that made it very difficult for unions to organize any airline workers. To read about Congressman Mica's plan to overturn the Board's recent ruling please click here.

Despite Congressman Mica's efforts the FAA shutdown came to a quiet close today. Although today's remedy only brought forth a short term funding fix for the FAA as of Monday 74,000 hard working Americans will be back to work for at least another month while congress is in recess.

In a press release Friday President Obama was quoted as saying, "I'm pleased that Congress has passed an agreement which will allow tens of thousands of people to return to their jobs rebuilding runways and working on construction projects all over America, while removing the uncertainty hanging over the jobs of thousands of hardworking FAA employees. This impasse was an unnecessary strain on local economies across the country at a time when we can't allow politics to get in the way of our economic recovery.  So I'm glad that this stalemate has finally been resolved."

To read more about the end of the shutdown please click here.



## Senate Democrats Request Justice Department Review of New Voter ID Laws

Every week, different states are moving forward trying to shorten early voting periods, requiring voters to bring a valid picture ID with them to the polls and generally trying to discriminate against voters. Below are three more state battles happening this week.

This week the Democratic Senatorial Campaign Committee officially requested that the Justice Department place a hold on a new Florida Laws before we get to the 2012 Presidential election. Specifically there are four different changes to Florida election law that are drawing scrutiny and might violate the Voting Rights Act. To read more about the courts current review of Florida voting laws please click here.

In Kansas the Secretary of State, Kris Kobach is looking to make potential voters show proof of citizenship when registering along with a photo ID sooner rather than later. SOS Kobach is looking to move dates earlier for laws that were originally set to take effect in 2013. These laws can then be enacted in 2012 before the presidential election takes place. This is a time when massive voter registration drives take place in many states. To read more about Kansas' implementation of new voter ID laws please click here.

In Ohio AG Mike DeWine turned down a petition aimed at repealing sections of legislation passed by the Ohio Legislature that looked to restrict early voting, absentee voting, provisional voting and several other ballot issues. A group named Fair Elections Ohio filed the recently rejected petition language. Fair Elections Ohio now has time to gather another 1,000 signatures to submit a new language proposal to the AG. To read more about this fight and the path that Fair Elections Ohio must follow to get language on November's ballot in Ohio please click here.

## Professor's Blog Fights Postal Service's Closings

In this week's Washington Post's Federal Eye Section an article written by Lisa Rein captured an NYU Professor's actions aimed at saving his and other post offices from closing across the country. To read Lisa Rein's article please click here.

To read NYU Professor/ Blogger Steve Hutkin's recent blog post "Robber Barons Plunder the Post Office" please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-110805.htm





**APWU e-Team Weekly Newsletter #13-11, Sept. 2, 2011**

## President Guffey to Testify before Senate Committee on Homeland Security and Government Affairs

On Tuesday September 6, APWU President Cliff Guffey will testify before the Senate Committee on Homeland Security and Government Affairs at a hearing titled: "U.S. Postal Service in Crisis: Proposals to Prevent a Postal Shutdown" . The Hearing will start at 2 PM. EST. President Guffey will be on the second panel of two panels. If you would like to watch a live video feed of the hearing please click here. This feed will be available starting 15 minutes prior to the start of the hearing.

To read more on the APWU's website about the hearing please click here.

> **Also in This Issue:**
> ▸ Contact Your Member of the House Today!
> ▸ Republican Leaders intend to Repeal Labor Regulations and Labor Board Issue Multiple Decisions
> ▸ Rolling Stone Article about War on Voting and Arizona Challenges Voting Rights Act

## Contact Your Member of the House Today!

When Congress comes back into session right after Labor Day both Houses of Congress are going to be looking at revamping the Postal Service and/or fixing billions in FERS and CSRS overpayments which have been made by the Postal Service. Many bills have already been introduced in both Houses of Congress taking aim at overhauling the Postal Service while others look to allow access to billions in overpayments made by the Postal Service into both FERS and CSRS retirement funds. Multiple legislators have polarizing views as to how to fix the Postal Service and the USPS's financial problems.



The APWU are asking our members to reach out and urge their member of Congress to cosponsor and support Congressman Lynch's H.R. 1351, which will let the USPS use billions of dollars in CSRS and FERS overpayments to meet its financial obligations. Unlike, other bills that address the pension overpayments, H.R. 1351 will not attack the rights of workers to collectively bargain.

Also, tell your member of Congress to oppose Congressman Issa's H.R. 2309. Rep. Darrell Issa's H.R. 2309 does not correct the massive USPS overpayments to its CSRS and FERS pension accounts. Congressman Issa's bill will wage an attack on current negotiated wages, benefits, and protection against layoffs of postal workers.

What can you do to help? Contact your member of Congress today! You can reach your member of Congress by calling the Capitol Hill switchboard today at (202) 224-3121 or to find your member of congress click here.

If you have not already sent a quick message to your member of congress asking them to cosponsor H.R. 1351 and oppose H.R. 2309 take action today by clicking both of the links below.

To send your member of congress a quick message asking them to cosponsor and support H.R. 1351 please click here.

To send a quick message to your member of congress asking them to oppose Congressman Issa's H.R. 2309 please click here.

**Republican Leaders Intend to Repeal Labor Regulations and Labor Board Issue Multiple Decisions**

This week House Majority leader Eric Cantor said that after Congress comes back from recess it will look to prevent the NRLB from controlling where an employer can relocate to in the U.S. To read more please click here.

Also this week the NLRB has issued three decisions. Two of the three decisions deal with union decertification and one decision overturned a Bush Era Decision that required Certified Nursing Assistant's (CNA's) to collectively bargain with other non-CNA staff. To read more about the three new NRLB decisions please click here.

## Rolling Stone Article about War on Voting and Arizona Challenges Voting Rights Act

Just this week Rolling Stone Magazine came out with an article that sheds light about the current battle at the state level lead by the Koch brothers and the Republican party that is trying to prevent millions of voters from being able to cast a vote in next year's elections. To read the entire Rolling Stone Article please click here.

Recently Arizona's Attorney General Cited called sections of the Voting Rights Act, "archaic and not based on fact". Specifically Arizona's AG is looking to do away with the requirement of the act to obtain pre-clearance from the Department of Justice prior to making election law changes. To read the full article click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-110902.htm





**APWU e-Team Weekly Newsletter #15-11, Sept. 16, 2011**

# APWU Members Call Your Member Of Congress In Opposition To H.R. 2309 Today!

**Also in This Issue:**
- Congresswoman Fudge along with 55 other members of the U.S. House of Representatives Send Letter to PMG
- Senator Carper of Delaware Looks to Debunk Postal Myths
- H.R. 1351 Receiving More and More Attention

The APWU is asking you to take a few minutes to save your job! Call your member of Congress today and tell them to oppose Rep Darrell Issa's (R-CA) legislation, H.R. 2309. The Subcommittee on Federal Workforce, U.S. Postal Service, and Labor Policy is likely to mark up H.R.2309 on Thursday, Sept. 22, 2011. This bill then could be brought before the full House Oversight and Government Reform Committee for a vote in October.

Rep. Issa's bill does nothing to correct billions of dollars in current USPS overpayments into both CSRS and FERS pension accounts. This bill will set up a system to empower an unelected board to unilaterally cut all of our current negotiated pay, benefits, along with our current protection against layoffs. This will result in layoffs of at least 120,000 USPS employees. H.R. 2309 will also target billions of dollars worth of savings in postal service retail facilities within the next two years. Rep. Issa says his bill is designed to avoid what he labels as a "bailout," but the USPS doesn't rely on taxpayer funding, is not asking for a bailout, and does not need a bailout.

What can you do to help? Contact your member of Congress today! You can reach your member of Congress by calling the Capitol Hill switchboard today at (202) 224-3121 or to find your member of congress click here.



After you call your member of congress make sure to also send them a quick message asking them to oppose H.R. 2309 by clicking here!

Also, please reach out and urge your member of Congress to cosponsor and support Congressman Lynch's H.R. 1351, which will let the USPS use billions of dollars in CSRS and FERS overpayments to meet its financial obligations. Unlike, other bills that address the pension overpayments, H.R. 1351 will not attack the rights of workers to collectively bargain.

To send your member of congress a quick message asking them to cosponsor and support H.R. 1351 please click here.

Below you will find a list of those members of congress who have signed on in support of H.R. 1351 since 09/02/2011. If you see your member of Congress below please thank them for supporting H.R. 1351. There are currently 206 members signed on as a cosponsor.

```
Barrow, John    GA   12   D
Becerra, Xavier   CA   31   D
Bishop, Rob   UT   01   R
Bishop, Sanford   GA   02   D
Bordallo, Madeleine   GU   AL   D
Boren, Dan   OK   02   D
Brown, Corrine   FL   03   D
Carney, John   DE   AL   D
Christensen, Donna   VI   AL   D
```

```
Christensen, Donna   VI   AL   D
Conyers, John   MI   14   D
DeFazio, Peter   OR   04   D
Dent, Charles   PA   15   R
Donnelly, Joe   IN   02   D
Emerson, Jo Ann   MO   08   R
Gutierrez, Luis   IL   04   D
Hinojosa, Ruben   TX   15   D
Kind, Ron   WI   03   D
Marino, Tom   PA   10   R
Matheson, Jim   UT   02   D
Ruppersberger, Dutch   MD   02   D
Sarbanes, John   MD   03   D
Watt, Mel   NC   12   D
Waxman, Henry   CA   30   D
```

Below you will find a list of those members of Congress who have not yet signed on as a cosponsor of H.R. 1351. If you see your member of Congress listed below please reach out to them and ask that they cosponsor and support H.R. 1351.

```
Adams, Sandy   FL   24   R        Landry, Jeff   LA   03   R
Aderholt, Robert   AL   04   R     Lankford, James   OK   05   R
Akin, Todd   MO   02   R           Larsen, Rick   WA   02   D
Alexander, Rodney   LA   05   R    Latta, Robert   OH   05   R
Amash, Justin   MI   03   R        Lewis, Jerry   CA   41   R
Amodei, Mark   NV   02   R         Lewis, John   GA   05   D
Austria, Steve   OH   07   R       Long, Billy   MO   07   R
Bachmann, Michele   MN   06   R    Lucas, Frank   OK   03   R
Bachus, Spencer   AL   06   R      Luetkemeyer, Blaine   MO   09   R
Baldwin, Tammy   WI   02   D       Lummis, Cynthia   WY   AL   R
Barletta, Lou   PA   11   R        Lungren, Daniel   CA   03   R
Bartlett, Roscoe   MD   06   R     Mack, Connie   FL   14   R
Barton, Joe   TX   06   R          Manzullo, Donald   IL   16   R
Benishek, Dan   MI   01   R        Marchant, Kenneth   TX   24   R
Berg, Rick   ND   AL   R           McCarthy, Kevin   CA   22   R
Biggert, Judy   IL   13   R        McCaul, Michael   TX   10   R
Bilbray, Brian   CA   50   R       McClintock, Tom   CA   04   R
Bilirakis, Gus   FL   09   R       McCotter, Thaddeus   MI   11   R
Black, Diane   TN   06   R         McDermott, Jim   WA   07   D
Blackburn, Marsha   TN   07   R    McHenry, Patrick   NC   10   R
Boehner, John   OH   08   R        McKeon, Howard   CA   25   R
Bonner, Josiah   AL   01   R       McKinley, David   WV   01   R
Bono Mack, Mary   CA   45   R      McMorris Rodgers, Cathy   WA   05   R
Boustany, Charles   LA   07   R    Mica, John   FL   07   R
Brady, Kevin   TX   08   R         Miller, Brad   NC   13   D
Brooks, Mo   AL   05   R           Miller, Candice   MI   10   R
Broun, Paul   GA   10   R          Miller, Gary   CA   42   R
Buchanan, Vern   FL   13   R       Miller, Jeff   FL   01   R
Bucshon, Larry   IN   08   R       Moore, Gwendolynne   WI   04   D
Buerkle, Ann Marie   NY   25   R   Mulvaney, Mick   SC   05   R
Burgess, Michael   TX   26   R     Murphy, Tim   PA   18   R
Burton, Dan   IN   05   R          Myrick, Sue   NC   09   R
Calvert, Ken   CA   44   R         Neugebauer, Randy   TX   19   R
Camp, David   MI   04   R          Noem, Kristi   SD   AL   R
Campbell, John   CA   48   R       Nugent, Richard   FL   05   R
Canseco, Francisco   TX   23   R   Nunes, Devin   CA   21   R
Cantor, Eric   VA   07   R         Nunnelee, Alan   MS   01   R
Capito, Shelley   WV   02   R      Olson, Pete   TX   22   R
Cassidy, William   LA   06   R     Palazzo, Steven   MS   04   R
Chabot, Steve   OH   01   R        Paul, Ronald   TX   14   R
Chaffetz, Jason   UT   03   R      Paulsen, Erik   MN   03   R
Clyburn, James   SC   06   D       Pearce, Stevan   NM   02   R
Coble, Howard   NC   06   R        Pelosi, Nancy   CA   08   D
Coffman, Mike   CO   06   R        Pence, Michael   IN   06   R
Cole, Thomas   OK   04   R
Conaway, Michael   TX   11   R     Petri, Thomas   WI   06   R
Cooper, Jim   TN   05   D          Pitts, Joseph   PA   16   R
Cravaack, Chip   MN   08   R       Poe, Ted   TX   02   R
Crawford, Eric   AR   01   R       Pompeo, Mike   KS   04   R
Crenshaw, Ander   FL   04   R      Posey, Bill   FL   15   R
Cuellar, Henry   TX   28   D       Price, David   NC   04   D
Culberson, John   TX   07   R      Price, Thomas   GA   06   R
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Davis, Geoffrey | KY | 04 | R | Quayle, Ben | AZ | 03 | R |
| DeFazio, Peter | OR | 04 | D | Rahall, Nick | WV | 03 | D |
| Denham, Jeff | CA | 19 | R | Reed, Tom | NY | 29 | R |
| DesJarlais, Scott | TN | 04 | R | Rehberg, Dennis | MT | AL | R |
| Diaz-Balart, Lincoln | FL | 21 | R | Reichert, David | WA | 08 | R |
| Dicks, Norman | WA | 06 | D | Renacci, Jim | OH | 16 | R |
| Dold, Robert | IL | 10 | R | Ribble, Reid | WI | 08 | R |
| Dreier, David | CA | 26 | R | Rigell, Scott | VA | 02 | R |
| Duffy, Sean | WI | 07 | R | Rivera, David | FL | 25 | R |
| Duncan, Jeff | SC | 03 | R | Roby, Martha | AL | 02 | R |
| Duncan, John | TN | 02 | R | Roe, David | TN | 01 | R |
| Ellmers, Renee | NC | 02 | R | Rogers, Harold | KY | 05 | R |
| Farenthold, Blake | TX | 27 | R | Rogers, Michael | AL | 03 | R |
| Fincher, Stephen | TN | 08 | R | Rogers, Michael | MI | 08 | R |
| Flake, Jeffrey | AZ | 06 | R | Rohrabacher, Dana | CA | 46 | R |
| Fleischmann, Charles | TN | 03 | R | Rokita, Todd | IN | 04 | R |
| Fleming, John | LA | 04 | R | Rooney, Thomas | FL | 16 | R |
| Flores, Bill | TX | 17 | R | Roskam, Peter | IL | 06 | R |
| Forbes, J. | VA | 04 | R | Ros-Lehtinen, Ileana | FL | 18 | R |
| Fortenberry, Jeffrey | NE | 01 | R | Ross, Dennis | FL | 12 | R |
| Foxx, Virginia | NC | 05 | R | Royce, Edward | CA | 40 | R |
| Franks, Trent | AZ | 02 | R | Ryan, Paul | WI | 01 | R |
| Frelinghuysen, Rodney | NJ | 11 | R | Scalise, Steve | LA | 01 | R |
| Gallegly, Elton | CA | 24 | R | Schilling, Robert | IL | 17 | R |
| Gardner, Cory | CO | 04 | R | Schmidt, Jeannette | OH | 02 | R |
| Garrett, Scott | NJ | 05 | R | Schock, Aaron | IL | 18 | R |
| Gibbs, Bob | OH | 18 | R | Schweikert, David | AZ | 05 | R |
| Gibson, Chris | NY | 20 | R | Scott, Austin | GA | 08 | R |
| Giffords, Gabrielle | AZ | 08 | D | Scott, David | GA | 13 | D |
| Gingrey, Phil | GA | 11 | R | Scott, Tim | SC | 01 | R |
| Gohmert, Louie | TX | 01 | R | Sensenbrenner, Jim | WI | 05 | R |
| Goodlatte, Robert | VA | 06 | R | Sessions, Pete | TX | 32 | R |
| Gosar, Paul | AZ | 01 | R | Shimkus, John | IL | 19 | R |
| Gowdy, Trey | SC | 04 | R | Shuster, William | PA | 09 | R |
| Granger, Kay | TX | 12 | R | Simpson, Michael | ID | 02 | R |
| Graves, Samuel | MO | 06 | R | Smith, Adrian | NE | 03 | R |
| Graves, Tom | GA | 09 | R | Smith, D. Adam | WA | 09 | D |
| Griffin, Tim | AR | 02 | R | Smith, Lamar | TX | 21 | R |
| Griffith, Morgan | VA | 09 | R | Southerland, Steve | FL | 02 | R |
| Guinta, Franklin | NH | 01 | R | Stearns, Clifford | FL | 06 | R |
| Guthrie, Brett | KY | 02 | R | Stivers, Steve | OH | 15 | R |
| Hall, Ralph | TX | 04 | R | Stutzman, Marlin | IN | 03 | R |
| Harper, Gregg | MS | 03 | R | Sullivan, John | OK | 01 | R |
| Harris, Andy | MD | 01 | R | Terry, Lee | NE | 02 | R |
| Hartzler, Vicky | MO | 04 | R | Thompson, Bennie | MS | 02 | D |
| Hastings, Richard | WA | 04 | R | Thompson, Glenn | PA | 05 | R |
| Hayworth, Nan | NY | 19 | R | Thornberry, Mac | TX | 13 | R |
| Heck, Joseph | NV | 03 | R | Tiberi, Patrick | OH | 12 | R |
| Hensarling, Jeb | TX | 05 | R | Tipton, Scott | CO | 03 | R |
| Herger, Wally | CA | 02 | R | Turner, Bob | NY | 09 | R |
| Herrera Beutler, Jaime | WA | 03 | R | Turner, Michael | OH | 03 | R |
| Hoyer, Steny | MD | 05 | D | Upton, Frederick | MI | 06 | R |
| Huelskamp, Tim | KS | 01 | R | Vacant | OR | 01 | D |
| Huizenga, Bill | MI | 02 | R | Van Hollen, Chris | MD | 08 | D |
| Hultgren, Randy | IL | 14 | R | Walberg, Tim | MI | 07 | R |
| Hunter, Duncan | CA | 52 | R | Walden, Gregory | OR | 02 | R |
| Hurt, Robert | VA | 05 | R | Walsh, Joe | IL | 08 | R |
| Issa, Darrell | CA | 49 | R | Webster, Daniel | FL | 08 | R |
| Johnson, Bill | OH | 06 | R | West, Allen | FL | 22 | R |
| Johnson, Samuel | TX | 03 | R | Westmoreland, Lynn | GA | 03 | R |
| Johnson, Timothy | IL | 15 | R | Whitfield, Edward | KY | 01 | R |
| Jordan, Jim | OH | 04 | R | Wilson, Joe | SC | 02 | R |
| Kelly, Mike | PA | 03 | R | Wittman, Robert | VA | 01 | R |
| King, Steve | IA | 05 | R | Wolf, Frank | VA | 10 | R |
| Kingston, Jack | GA | 01 | R | Womack, Steve | AR | 03 | R |
| Kinzinger, Adam | IL | 11 | R | Woodall, Rob | GA | 07 | R |
| Kline, John | MN | 02 | R | Yoder, Kevin | KS | 03 | R |
| Labrador, Raul | ID | 01 | R | Young, C.W. | FL | 10 | R |
| Lamborn, Doug | CO | 05 | R | Young, Todd | IN | 09 | R |

**Congresswoman Fudge along with 55 other members of the U.S. House of Representatives Send Letter to Postmaster General**

This week Congresswoman Marcia Fudge (D-OH-11) authored a letter that was sent to Postmaster Patrick Donahoe. This letter was co-signed by 55 other members of the U.S. House of Representatives. The letter strongly opposed the Postal Service taking any action that would break current labor agreements allowing the Postal Service to terminate upwards of 220,000 postal employees. The letter cites the current unemployment rate and goes on to say now is not the time to add to the massive group of current unemployed workers by dismantling current labor agreements.

Below is a list of those members of the U.S. House of representatives who co-signed this letter with Congresswoman Fudge. If your member is on this list please call their office and thank them for co-signing Congresswoman Fudge's letter to Postmaster Donahoe.

To find the contact information for your member of congress please ~~click here~~.

| | | |
|---|---|---|
| Marcia Fudge | (D) | OH-11 |
| Louise Slaughter | (D) | NY-28 |
| Bennie Thompson | (D) | MI-2 |
| Tammy Baldwin | (D) | WI-2 |
| Dennis Kucinich | (D) | OH-10 |
| Peter Welch | (D) | VE-AL |
| Zoe Lofgren | (D) | CA-16 |
| Laura Richardson | (D) | CA-37 |
| John Olver | (D) | MA-1 |
| Hansen Clarke | (D) | MI-13 |
| Mark Critz | (D) | PA-12 |
| Ted Deutch | (D) | FL-19 |
| Jim McGovern | (D) | MA-3 |
| Michael Grimm | (R) | NY-13 |
| John Lewis | (D) | GA-5 |
| Gerry Connolly | (D) | VA-11 |
| Pete Stark | (D) | CA-13 |
| Tim Bishop | (D) | NY-1 |
| Doris Matsui | (D) | CA-5 |
| Robert Brady | (D) | PA-1 |
| Judy Chu | (D) | CA-32 |
| Al Green | (D) | TX-9 |
| Marcy Kaptur | (D) | OH-9 |
| Eliot Engel | (D) | NY-17 |
| Sheila Jackson Lee | (D) | TX-18 |
| Eleanor Holmes Norton | (D) | DC-AL |
| Edward Markey | (D) | MA-7 |
| Dale Kildee | (D) | MI-5 |
| Larry Kissell | (D) | NC-5 |
| Niki Tsongas | (D) | MA-5 |
| Raúl Grijalva | (D) | AZ-7 |
| Donna Christensen | (D) | VI-AL |
| Earl Blumenauer | (D) | OR-3 |
| Emanuel Cleaver | (D) | MO-5 |
| Hank Johnson | (D) | GA-4 |
| Tim Ryan | (D) | OH-17 |
| Mazie Hirono | (D) | HI-2 |
| Maurice Hinchey | (D) | NY-22 |
| Sanford Bishop | (D) | GA-2 |
| John Conyers | (D) | MI-14 |
| Jesse Jackson, Jr. | (D) | IL-2 |
| Adam Schiff | (D) | CA-29 |
| Joe Baca | (D) | CA-43 |
| Charlie Rangel | (D) | NY-15 |
| Alcee Hastings | (D) | FL-23 |
| Maxine Waters | (D) | CA-35 |
| Albio Sires | (D) | NJ-13 |
| Jerry Nadler | (D) | NY-8 |
| Steven Rothman | (D) | NJ-9 |
| Lynn Woolsey | (D) | CA-6 |
| José Serrano | (D) | NY-16 |
| Howard Berman | (D) | CA-28 |
| Silvestre Reyes | (D) | TX-16 |
| Chellie Pingree | (D) | ME-1 |
| Rubén Hinojosa | (D) | TX-15 |
| Bob Filner | (D) | CA-51 |

**Senator Carper of Delaware Looks to Debunk Postal Myths**

This week Senator Tom Carper of Delaware released on his Senate website a list of 8 Postal Service myths along with their corresponding facts. This was aimed at straightening out some information that is not true surrounding the Postal Service's financial condition.

To see the list of Myths and Facts please ~~click here~~.

## H.R. 1351 Receiving More and More Attention

In the mid 1990's the Library of Congress launched a website simply named "Thomas". This site was aimed at making all federal legislative information as openly available as possible to the general public. Thomas is the key website used to look up bills, cosponsors of bills, resolutions, congressional records, information about committees, presidential nominations and treaties.

The Library of Congress through Thomas keeps track of what they label as a "Weekly Top Five List" of bills that are the most searched for in any given week. This past week Congressman Lynch's H.R. 1351 was listed as the third most searched for bill in the last week.

The Thomas weekly top five is found on the right side of the page. To see where H.R. 1351 stands today on Thomas ~~click here~~.

~~[back to top]~~

http://www.apwu.org/dept/legis/eteamreports/etr-110916.htm





**APWU e-Team Weekly Newsletter #14–11, Sept. 9, 2011**

# Sept. 27 Day of Action
*Save America's Postal Service*

All across the county in every congressional district rallies will be taking place aimed at bringing together those wanting to "Save America's Postal Service". These rallies are looking to build support for H.R. 1351. Rallies that take place in districts in which the member of congress are already signed on as a cosponsor will look to both thank that member for their support along with urging them to do everything in their power to pass H.R. 1351. Rallies that take place in districts where the member has yet to cosponsor H.R. 1351 will focus on garnering that member's support.

If you are interested in finding out more information about the National Day of Action taking place on September 27, please click here.

Event locations will be posted on the website starting Sept. r 16, 2011 and will be updated on a daily basis.

**Also in This Issue:**
► President Guffey Testifies Before Senate Committee
► Proposed Postal Service Layoffs Would Significantly Impact both Minority and Veteran Segment of the Population
► Governor Lynch's Veto Sustained in NH/OH to Mail Absentee Ballot Applications to Every Voter in 2012 but not in 2011

# President Guffey Testifies Before Senate Committee

This week APWU President Cliff Guffey testified before the Senate Committee on Homeland Security and Government Affairs at a hearing titled: "U.S. Postal Service in Crisis: Proposals to Prevent a Postal Shutdown". President Guffey in his testimony went on to say that the legislative proposals put forth by the Postal Service are "outrageous, Illegal and despicable".

Click here to read more about the hearing and to read President Guffey's full testimony.

At the same hearing this week John Berry, Director of the Federal Office of Personnel Management stated that the administration will be announcing their plan to put the Postal Service back on solid ground. To read this article please click here.

Now that Congress is back in session it is time to reach out to your member of congress and make sure that they know how their constituents feel about the Postal Service and how they can help the USPS.

The APWU is asking union members to urge their members of Congress to cosponsor and support Rep. Lynch's H.R. 1351, which will let the USPS use billions of dollars in CSRS and FERS overpayments to meet its financial obligations. Unlike, other bills that address the pension overpayments, H.R. 1351 will not attack the rights of workers to collectively bargain.

Also, tell your member of Congress to oppose Congressman Issa's H.R. 2309. Rep. Darrell Issa's H.R. 2309 does not correct the massive USPS overpayments to its CSRS and FERS pension accounts. Congressman Issa's bill will wage an attack on current negotiated wages, benefits, and protection against layoffs of postal workers.

What can you do to help? Contact your member of Congress today! You can reach your member of Congress by calling the Capitol Hill switchboard today at

(202) 224-3121 or to find your member of congress click here.

If you have not already sent a quick message to your member of congress asking them to cosponsor H.R. 1351 and oppose H.R. 2309 take action today by clicking both of the links below.

To send your member of Congress a quick message asking them to cosponsor and support H.R. 1351 please click here.

To send a quick message to your member of Congress asking them to oppose Congressman Issa's H.R. 2309 please click here.

Below you will find a list of those members of Congress who have not yet signed on as a cosponsor of H.R. 1351. If you see your member of Congress listed below please reach out to them and ask that the cosponsor and support H.R. 1351. There are currently 201 members of the house signed on in support.



## Proposed Postal Service Layoffs Would Significantly Impact Minorities, Veterans

This week an article showed the impact of the Postal Service's proposed cut of 120,000 USPS jobs. The article highlights the impact that these cuts would have on both the Veteran and Minority segments of the population. To read about the impact these cuts would have click here.

## Governor Lynch's Veto Sustained in New Hampshire / Ohio to Mail Absentee Ballot Applications to Every Voter in 2012 but not in 2011

This week Democratic Governor John Lynch of New Hampshire saw his veto of recently passed voter ID legislation upheld. If Governor Lynch's veto was overridden New Hampshire would have seen the most regressive voter ID law to recently pass a state legislature become law. To read more on this story in New Hampshire click here.

In Ohio Secretary of State John Husted and Cuyahoga County executive Ed Fitzgerald went toe to toe in a battle over mailing an absentee ballot application to every voter in each election. Decisions were made and deals done which resulted in Husted agreeing to mail applications to every voter in Ohio for the 2012 election while Fitgerald agreed not to mail applications for this 2011 election to voters. To read more click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-110909.htm





**APWU e-Team Weekly Newsletter #08-11, July 29, 2011**

*Oppose H.R. 2309*
## Send a Message to Your Member
## Of the U.S. House of Representatives Today!

To send a quick message asking to your member of the U.S. House of Representatives to Oppose H.R. 2309 today please click here.

If passed, H.R. 2309 would lead to the end of the Postal Service as we know it, and it would have a devastating impact on the American economy.

Rep. Darrell Issa's H.R. 2309 does not correct the massive USPS overpayments to its CSRS and FERS pension accounts. Issa's bill will wage an attack on current negotiated wages, benefits, and protection against layoffs of postal workers. Some members of congress have already stated on the record that they believe postal workers currently receive a wage premium over the private sector to the tune of about 34%. This bill will set up a system to empower an unelected board to unilaterally cut all of our current negotiated pay, benefits, along with protection against layoffs. This bill will also target at least a billion dollars worth of post office closures each year in the next few years.

This week in the Washington Post's editorial section it was suggested that Congressman Issa's H.R. 2309 is the only option for correcting the Postal Service's Problems. To read the editorial in the post please click here.

Also, this week The Atlantic suggested 5 ways to "Save to Postal Service." One of the five savings they cited was changing our collective bargaining rights through the passage of Congressman Issa's H.R. 2309. They go on to say that this will open the door for the USPS to pay its employees less than either FedEx or UPS currently pay their employees. To read the suggestions from The Atlantic please click here.

Please take action today! One minute is all you need send your members of Congress a quick message urging them to oppose Issa's H. R. 2309 by clicking here!

| Also in This Issue: |
| --- |
| ▶ Some States Halt Moving Forward with Voter ID Legislation While, Other States Prepare to Change and Educate Public about New Laws |
| ▶ OPM Speaks Out at Hearing In Opposition to Legislation that would Force Injured Workers to Retire |
| ▶ Republican House Committee Looks to Sneak by H.R. 2587 Aimed at Hurting Rights of Workers |

Restore Financial Stability to The USPS

Tell Congress: Support H.R. 1351

Contact Your Legislators

H.R. 1351 Co-sponsors

## Some States Halt Moving Forward with Voter ID Legislation While Other States Prepare to Change and Educate Public about New Laws

Multiple states sustained a victory this week in their battle against attempts to pass laws requiring voter to show a photo ID before they are allowed to vote.

In North Carolina Republican leaders at the state house failed to garner enough support to override Gov. Perdue's veto of the States proposed voter ID bill. To read more about this victory in North Carolina please click here.

In Ohio this week the attempts to pass a Voter ID bill came to a halt. This bill grounded to a halt due continued

Democratic opposition along with to lack of support of some of the Republican leadership at the State level. To read more about Ohio's Voter ID bill failing please click here.

In Tennessee voters need to be informed and educated about the new voter ID law. To read more about some of the restrictions, to find out where you can obtain a photo ID in your community or to see what might already work as ID please click here.

The *Milwaukee Courier* aims to inform voters in Wisconsin about their state's new law. To find out more please click here.

## OPM Speaks Out at Hearing In Opposition to Legislation That would Force Injured Workers to Retire

This week at a Senate Hearing OPM Deputy Director Griffin stressed that this legislation would lower many workers injured on the job into poverty.  The bill, S.261 would force federal and postal workers who receive workers compensation benefits into retirement once they reach the appropriate retirement age. To read more please click here.

## Republican House Committee Looks To Sneak by H.R. 2587 Aimed at Hurting Rights of Workers

Recently, with less than 48 hours left before the House Committee on Education and The Workforce was to meet Republicans lead an attack against the National Labor Relation Board (NLRB) in the form of H.R. 2587. This piece of Legislation would make it easier to ship jobs overseas, would make it easier for an employer to fire a worker trying to organize and would result in lower wages and benefits for workers due to making organizing a workplace more difficult.

To read more please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-110729.htm





**APWU e-Team Weekly Newsletter #-7-11, July 22, 2011**

## Council for Citizens Against Government Waste Comes Out in Support of Issa's H.R. 2309

The Council for Citizens Against Government Waste (CCAGW) came out this week in support of Congressman Issa's (R-CA) H.R. 2309. In their letter to members of the U.S. House of Representatives the CCAGW cites "decades of unmanageable labor costs" as one of the many reasons they are supporting this legislation.

However, CCAGW does not accept the real reasons for the Postal Service's financial problems. The CCAGW does not acknowledge in their letter to members of the U.S. House of Representatives that Issa's H.R. 2309 does not address the congressional mandate requiring the postal service to annually pay $5.5 billion dollars a year for future retiree healthcare benefits. This is something that no other company in the private sector or government agency is required to do. Nor does this bill address the billions in overpayments made into both CSRS and FERS accounts by the Postal Service.

The APWU does not support Issa's H.R. 2309 and is asking members to please take a minute to reach out to your member of Congress and ask them not to support H.R. 2309.

To read the CCAGW's press release please click here.

| Also in This Issue: |
| --- |
| ▸ AFL-CIO Urges Senators to Delete Section of Senate Bill 1010 in Order to Support Fair and Free Collective Bargaining for Postal Workers |
| ▸ Multiple Bills in Both House and Senate look to Overhaul Postal Service |
| ▸ A Quick Question and Answer with Postmaster Donahoe |
| ▸ Another Step Toward Victories in Ohio and Wisconsin |

## Multiple Bills in Both House and Senate Look to Overhaul Postal Service

Currently, there are multiple bills from many legislators aimed at fixing the Postal Service's financial problems circulating around Capitol Hill. As of today a total of five postal reform bills have been introduced. Many legislators have their own view about the actual cause of the Postal Service's monetary hardship. These legislator's views are reflected in their different pieces of legislation. Some cite the excessive burden the Postal Service carries to prefund future retiree health benefits to the tune of about $5.5 Billion a year. Some seek to give the Postal Service access to billions of dollars in overpayments made into both the FERS and CSRS retirement funds. Some legislators simply are taking aim at those who work for the Postal Service saying they are overpaid and their benefits are too great. Even more look to give the postal service more flexibility in services, some under the guise of reducing days of delivery. More legislators are looking to drive business to the Postal Service through other means and are opposed to cutting service. Some think the answer is to close billions of dollars worth of post offices within the first two year after passage. Others think post offices should be able to be closed simply based on whether or not it turns a profit each year.

In this week's Washington Post Columnist Joe Davidson wrote about the Postal Service's losses. To read his article click here.

This week the New York Times printed an article about the different bills. To read this article please click here.

We are asking all of our members to reach out to their member of congress in

support of Rep. Stephen Lynch's (MA) H.R. 1351 which will let the USPS use billions of dollars in CSRS and FERS overpayments to meet its financial obligations. Unlike, other bills that address the pension overpayments H.R. 1351 will not attack the rights of workers to collectively bargain.

Also make sure you voice your opposition to congressman Issa's H.R. 2309. You can reach your member of Congress by calling the Capitol Hill switchboard today at (202) 224-3121, or to email your member of congress click here.

If your U.S. representative has already signed on as a cosponsor to H.R. 1351 please make sure you reach out to their office and thank them for their support.

Click here to see if your U.S. representative has cosponsored H.R. 1351.

There are currently 15 Republicans and 161 Democrats signed on as cosponsors of H.R. 1351.



Contact Your Legislators

H.R. 1351 Co-sponsors

## A Quick Question and Answer with Postmaster Donahoe

This week Postmaster Donahoe sat down with the USA Today to answer a few questions about the postal service.

Interested in the Postmaster's response:

When asked about six day delivery?

When asked about three day delivery?

When asked about closing post offices?

When asked about The Postal Service's Future?

If you are interested please click here!

## Another Step toward Victories in Ohio and Wisconsin

July has seen two states step in the right direction toward fighting back against radical Republican legislation aimed at breaking unions in their states. This week over 900,000 signatures were validated by Ohio's Secretary of State which will now allow the public to vote to repeal SB 5 this November 8th at the polls. July has also brought victories in Wisconsin primaries for six democrats seeking to replace six republican senators in the August 9th recall elections.

To read more about the recent victory in Ohio click here.

To read more about the recall effort in Wisconsin please click here.

[back to top]





**APWU e-Team Weekly Newsletter #06-11, July 15, 2011**

# Union Busting Buried Within Issa's H.R. 2309 Postal Reform Bill

Recently Rep. Darrell Issa (R-CA) introduced a postal reform bill containing parts closely resembling a law passed in Michigan earlier this year, aimed at unilaterally modifying collective bargaining agreements.

Rep. Issa's bill would create a Solvency Authority to oversee the USPS that will be empowered to single handedly "reject, modify, or terminate 1 or more terms and conditions of an existing collective bargaining agreement" after simply "meeting and conferring with the appropriate bargaining representative".

The Michigan law has already been used at the state level to assault collective bargaining rights. Michigan's law gives what they label as an "emergency" manager, the right to unilaterally modify collective bargaining agreements currently in place. This resulted in the appointed "fiscal emergency manager" of the Detroit Public Schools to issue layoff notices to every single teacher in the public school system only a month after this law passed at the state level. The manager then moved to renegotiate the union's contract. The new law only required the emergency manager to "meet and confer" with union officials about the contract, not bargain in good faith, which is the nucleus of collective bargaining.

Congressman Issa is attacking collective bargaining rights without even looking at what is really causing the financial problems of the Postal Service. Issa's H.R. 2309 does not even address the congressional mandate requiring the postal service to annually pay $5.5 billion dollars a year for future retiree health care benefits. This is something that no other company in the private sector or government agency is required to do. Nor does it address the billions in over-payments made into both CSRS and FERS accounts by the Postal Service.

All of this is simply aimed at ending any real effective power for workers who want a union and decide to come together to collectively bargain.

To read the full story please click here.

Rep. Stephen Lynch's (MA) H.R. 1351 will let the USPS use billions of dollars in CSRS and FERS overpayments to meet its financial obligations. Unlike, other bills that address the pension overpayments H.R. 1351 will not attack the rights of workers to collectively bargain.

The APWU is asking all of its members to call your U.S. representative today and urge them to cosponsor and support H.R. 1351. Also make sure you voice your opposition to Congressman Issa's H.R. 2309. You can reach your member of congress by calling the Capitol Hill switchboard today at (202) 224-3121 or to find your member of congress click here.

If your U.S. representative has already signed on as one of the current 170 cosponsors to H.R. 1351 please make sure you reach out to their office and thank them for their support.

**Also in This Issue:**

▸ AFL-CIO Urges Senators to Delete Section of Senate Bill 1010 in Order to Support Fair and Free Collective Bargaining for Postal Workers

▸ Democratic Governors Association to Kick Off Voter Protection Drive

▸ Department of Justice Files Lawsuit Accusing Louisiana of Violating the National Voter Registration Act



Contact Your Legislators

H.R. 1351 Co-sponsors

If you have not taken a minute to contact your members of Congress asking them to cosponsor H.R. 1351, please do so now.

## AFL-CIO Urges Senators to Delete Section of Senate Bill 1010 in Order to Support Fair and Free Collective Bargaining for Postal Workers

This week the AFL-CIO sent a letter to all U.S. Senators asking them to oppose and delete section 401 of S. 1010, the Postal Operations Sustainment and Transformation Act of 2011 (P.O.S.T. Act).

The "Post Act", introduced by Sen. Tom Carper (D-DE) on May 17, would address the Postal Service's pre-funding requirement by allowing the USPS to use overpayments to its pension accounts to meet the prefunding obligations. It would also allow the USPS to expand its service to customers by providing additional retail services and by shipping beer and wine. However, Carper's bill also includes several negative aspects: The proposed legislation would give the Postal Service authority to close post offices solely for financial reasons, and would require arbitrators to consider the financial health of the USPS when contract negotiations end in arbitration. APWU supports the overpayment provisions but cannot support this bill as currently written.

For over 40 years, the Postal Service along with its unions have been able to come together to reach labor agreements that benefited the American public, its employees and the Postal Service itself. A majority of contracts have been reached without the need for binding arbitration. However, even when contracts required arbitration in every instance the results were reached without the interference of Congress. Including Section 401 would simply alter the current process that has worked well for both labor and management for decades.

A simple examination of the 40 years of collectively bargained agreements shows that section 401 is simply not necessary. Such an examination would show that in every instance financial data has been presented to the arbitrator by one or both parties when bargaining went to interest arbitration.

If section 401 is left in this legislation and passed it would tilt the level in favor of management by requiring arbitrators to consider the financial condition of the postal service. The AFL-CIO believes that collective bargaining should not be tampered with by Congress and instead should be left in the hands of labor and management to freely and in good faith collectively bargain. If section 401 is left in this legislation it will simply encourage the USPS to block any chance of coming to an agreement before arbitration. This will only result in what is often an expensive, lengthy and contentious process.

## Democratic Governors Association to Kick Off Voter Protection Drive

The Democratic Governors Association is set to launch a voter protection drive in response to multiple states passing legislation to make voting harder. As of today six states have already passed new voter ID laws that will take effect starting this election season. Multiple others states already have legislation in the works to follow suit. Other states are trying to restrict the length, flexibility and options voters currently have in their states to vote. They are currently shortening early voting periods and making it harder to vote via absentee ballot. These types of legislation have been popping up in more and more battle ground states such as Florida, Pennsylvania, Ohio, Wisconsin and Texas.

To read more please click here.

To sign up for the DGA's voter protection project please click here.

## Department of Justice Files Lawsuit Accusing Louisiana of Violating the National Voter Registration Act

This week the Justice Department filed a lawsuit accusing the state of Louisiana of not meeting the standard level of services to offer voter registration for residents who are dependent on government services. The lawsuit explains that they believe the state is in violation of the National Voter Registration Act, which was enacted in 1993. This Act was aimed to expand voter registration for both disabled along with low income Americans. Out of the 3.1 million residents that filed for Medicaid, renewals and change of address forms a meager 14,275 voter applications were submitted.

To read more about this story please click here.

To learn more about voting rights please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-110715.htm





**APWU e-Team Weekly Newsletter #05-11, July 8, 2011**

## APWU to Launch TV Ad Campaign to Correct Deception About Need for USPS "Bailout" Along With Kicking Off Organizing Drive

Starting July 11 the APWU is set to launch a television ad campaign that aims to correct the myth that the Postal Service and its respective unions are seeking a taxpayer funded "bailout". This ad is also aimed at kicking off a National Organizing Week campaign set to start out July 18, 2011 aimed at signing up new APWU members.

To read more and watch the video, please click here.

> **Also in This Issue:**
> ► H.R. 1351 Cosponsor List Continues to Grow
> ► NLRB Rule Changes
> ► Board of Governors Member Set to Resign

## H.R. 1351 Cosponsor List Continues to Grow However, More Cosponsors Still Needed

This week seven more members of congress signed on in support of H.R. 1351. This brings the total number of cosponsors of H.R. 1351 to 166.

Rep. Stephen Lynch's (MA) H.R. 1351 will let the USPS use billions of dollars in CSRS and FERS overpayments to meet its financial obligations. This includes the annual congressional mandate to pre-fund future retiree healthcare benefits. Unlike, other bills that address the pension overpayments H.R. 1351 will not attack the rights of workers to collectively bargain.

Rep. Darrell Issa's H.R. 2309 does not correct the massive USPS overpayments to its CSRS and FERS pension accounts. Issa's bill will wage an attack on current negotiated wages, benefits, and protection against layoffs of postal workers. Some members of congress have already stated on the record that they believe postal workers currently receive a wage premium over the private sector to the tune of about 34%. This bill will set up a system to empower an unelected board to unilaterally cut all of our current negotiated pay, benefits, along with protection against layoffs. This bill will also target billions of dollars worth of post office closures within the next few years.

> **Restore Financial Stability to The USPS**
>
> **Tell Congress:**
> **Support H.R. 1351**
>
> Contact Your Legislators
> H.R. 1351 Co-sponsors

The APWU is asking all of its members to call your U.S. representative today and urge them to cosponsor and support H.R. 1351. Also make sure you voice your opposition to Congressman Issa's H.R. 2309. You can reach your member of congress by calling the Capitol Hill switchboard today at (202) 224-3121 or to find your member of congress click here .

If your U.S. representative has already signed on as a cosponsor to H.R. 1351 please make sure you reach out to their office and thank them for their support.

If you do not see your U.S. representative on the list below please click here to send them a quick message.

Click here for the latest list H.R. 1351 cosponsors.

## NLRB Proposed Rule Changes

Recently, the National Labor Relations Board (NLRB) proposed a new set of rule changes that will have a dramatic effect on rights of workers to organize. Currently, management has the overwhelming upper hand over workers when they are trying organizing a new union. These newly proposed set of rules would start to level the playing field for workers trying to organize a union at their workplace. All of the proposed amendments take aim at fixing current flaws that exist in the current system that promote long delays by management, allow for prolonged litigation aimed at more delays, and take aim at using modern forms of communication technology once again to speed up the process of holding an up or down vote by employees for certification of union representation.

For more information about the proposed rule changes, please click here.

To read a story about the proposed rule changes on CNNMoney.com, please click here.

If you are interested in making your voice heard by submitting a public comment to the NLRB please, click here.

Please note: Any information (e.g., personal or contact) you provide at the above link may be publicly disclosed and searchable on the Internet and in a paper docket and will be provided to the Department or Agency issuing the notice.

## Board of Governors Member Set to Resign

United States Postal Service Governor Alan C. Kessler has informed the Board of Governors that he will resign his position as a member of the Postal Service Board of Governors effective July 31, 2011.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-110708.htm





APWU e-Team Weekly Newsletter #04-11, July 1, 2011

## Benefits, Pay and Ultimately Postal Jobs Threatened with Introduction of Issa Bill

Also in This Issue:
- Sixteen U.S. Senators Call for Department of Justice Review of New State Voter ID Laws
- Over One Million Signatures Delivered to Secretary of State of Ohio to put a referendum on November Ballot to repeal SB5

H.R. 2309, introduced by Rep. Darrell Issa (CA), the Republican chairman of the Committee on Oversight and Government Reform, and co-sponsored by Rep. Dennis Ross (FL), the Republican chairman of the Subcommittee on Federal Workforce, U.S. Postal Service and Labor Policy,Rep. Darrell Issa's H.R. 2309 would:

- Do nothing to correct USPS overpayments to its pension accounts.

- Do nothing to correct the congressional mandate that requires the USPS to pre-fund the healthcare benefits of future retirees. (No other government agency or private company bears this burden, which costs the USPS $5 billion annually.)

- Force postal workers to make up the difference:

    ◦ Ensure that Postal wages are "comparable" to the private sector. (Rep. Ross claims postal employees enjoy a "compensation premium" of 34%.)

    ◦ Empower a board to unilaterally cut wages, abolish benefits, and end protection against layoffs.

- Create a commission that would order:

    $1 billion worth of post office closures in the first year, and

    $1 billion worth of facility closures in the second year.

    *Would that include your office or your facility? Would that wipe out your job?*

- Increase employees' costs for healthcare and life insurance, and eliminate the right to bargain over these crucial benefits.

Rep. Issa says his bill is designed to avoid a "bailout," but the USPS doesn't rely on taxpayer funding, and doesn't need a bailout. As noted above, the federal government is holding billions of dollars in excess postal payments to FERS (Federal Employees Retirement System) and CSRS (Civil Service Retirement System).

One of the many Tea Party Groups that have formed in recent years, The Tea Party Net, is now urging all of their members to both send a letter and e-mail to their legislators asking them to support the recently introduced Issa Bill. They are asking their members to support this bill citing what they label as "Postal Reform." In less than one week this one Tea Party Group has organized over 13,000 of their members to send letters and e-mails to their members of Congress in support of Issa's bill. This simply shows why we need to fight even harder against Issa's bill along with urging all of our members to contact, fax, meet, mail and e-mail their representatives today in favor of H.R. 1351!

The APWU is urgently asking our member to please take a minute to reach out to your U.S. representative and ask him or her to support H.R. 1351.

If you have not taken a minute to contact your members of Congress asking them to cosponsor H.R. 1351, please do so now.



## Sixteen U.S. Senators Call for Department of Justice Review of New State Voter ID Laws

This week, sixteen United States Senators called on the Department of Justice (DOJ) to review multiple pieces of proposed and passed legislation at the state level that could potentially disenfranchise thousands of voters in each state. The Voting Rights Act gives the DOJ a large authority to review voting laws before they are implemented. Specific covered jurisdictions have the burden of proof to show that any changes in voting laws will not have any type of discriminatory impact on minority communities. The DOJ oversees to make sure that new voting laws do not discriminate against any protected class in the Voting Rights Act. Overall, the DOJ under Voting Rights Act requires that all individuals who are a qualified to vote will be held to the same standards, practices and all procedures.

In 2008 President Obama won NC by a slim 14K votes. One NC group estimated that there are currently 147K legally registered to vote African Americans in NC that do not currently have an ID that would qualify them to vote in the next election. In 2004 John Kerry won New Hampshire by a close 9K votes. This simply shows how legislation like this can easily change the tide of voting in a state for a presidential election.

Since the start of this year six states have already passed voter ID laws at the state level. As of today at least three more state are in the process of voting on or drawing up legislation to pass similar bills.

To find out if your senator is taking action or read the co-signed letter from the sixteen Senators to the DOJ, please click here.

## Over One Million Signatures Delivered to Ohio Secretary of State To Put a Referendum on November Ballot to Repeal SB5

Wednesday, approximately 1,298,301 signatures were delivered to the secretary of state's office in Columbus to place SB5 repeal referendum on the November ballot, marking another large step for labor in Ohio. Nearly 1 out of every 6 registered voters in Ohio voluntarily signed the petition. County board of elections will now need to validate those signatures before the July 26 deadline. When enough signatures are collected SB 5 will then not take effect until after the November election.

To read more please click here.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-110701.htm





**APWU e-Team Weekly Newsletter #03-11, June 26, 2011**

*H.R. 1351 Needed!*
## "Cash Strapped" Postal Service Suspends Employer Contribution to FERS

**APWU Web News Article 074-2011, June 22, 2011**

The American Postal Workers Union is working fervently to make certain that the Postal Service's decision to suspend employer contributions to FERS does not negatively affect the nation's postal employees, President Cliff Guffey said on June 22. "We will take every step necessary to ensure that retirement benefits are protected. We are currently evaluating the best course of action."

There is a solution to the Postal Service's financial crisis, Guffey noted:

**Also in This Issue:**
▸ Congressman Fattah's Amendment Defeated Along Party Lines
▸ Republicans Put Forth Effort to Eliminate Election Assistance Commission
▸ Obama Proposes New Rule Targets Anti-Union Consultants
▸ "The Truth About the Economy"

- The USPS has overfunded its FERS and CSRS retirement accounts by billions of dollars;

- It is the only employer — public or private — that is required to pre-fund the healthcare benefits of future retirees. This obligation drains more than $5 billion annually from the USPS budget, and is the principal cause of the Postal Service's dire financial circumstances.

"Congress must act now to correct these inequities," Guffey said. "It can start by passing H.R. 1351, which would allow the Postal Service to apply pension overpayments to the pre-funding obligation. This bill would provide the USPS relief from its financial crisis at no cost to taxpayers.

The Postal Service's financial predicament is the result of flawed legislation (the Postal Accountability and Enhancement Act of 2006) that Congress can and must correct, the union president added.

"Postal workers did not cause USPS financial problems and their retirement benefits should not be jeopardized to solve them."

If you have not taken a minute to contact your member of congress asking them to cosponsor H.R. 1351 please do so now.

*Restore Financial Stability to The USPS*

*Tell Congress: Support H.R. 1351*

**Contact Your Legislators**

**H.R. 1351 Co-sponsors**

## Congressman Fattah's Amendment Defeated Along Party Lines

On Thursday, June 23rd Representative Chaka Fattah (D-PA) offered an amendment to the Financial Services and General Government Appropriations Bill that would have been a tremendous help for the USPS during the existing financial crisis. Unfortunately, Fattah's amendment was defeated along strict partisan lines by a 21 – 28 vote of the Appropriations Committee.

Fattah's amendment would have directed the Secretary of the Treasury to transfer funds USPS has overpaid into FERS form the Civil Service Retirement and Disability Fund into:

1. Postal Service Retiree Health Benefits fund to pay annual cost of pre-funding retiree health benefits.

2. The Employees Compensation Fund, and if any excess funds exist, to,
3. The USPS

Had the amendment succeeded USPS could have paid the $5.5 billion pre-funding requirement, and could have continued paying into the FERS account for employee service credits.

## Republican's Put Forth Effort
## To Eliminate the Election Assistance Commission

After the fiasco that was the 2000 Presidential Election where hanging chads, long lines, last minute moved polling places, broken electronic voting machines and voting machines without paper backup all lead to people to ask their representatives one thing: "Is my vote being counted?". As a result of all of those problems along with others the House passed the Help America Vote Act with bipartisan support gaining 357 votes for the legislation. The Senate also showed bipartisan support only having two Senators vote against the legislation.

This provisions of this legislation resulted in the creation of the Election Assistance Commission. This legislation was to provide continued support in the form of grants to states. The commission was to provide ongoing support in the form of guidance and solutions for states to share best practices, which would lead to fewer problems at the polls. Other aspects of the ongoing work of the commission are to ensure full and complete access for all disabled voters. Along with sharing best practices for voting and voter registration the EAC also set up a program to test state voting systems for accuracy, which in turn has saved many states millions of dollars through not having to individually test multiple best practices. The EAC continues to make sure that all our troops' overseas votes are counted fairly.

Republican legislators took aim this week at eliminating the Commission in the form of H.R. 672. With a 235-187 vote the republican effort to pass H.R. 672 this week failed. Republican's chose to suspend rules therefore requiring a two-thirds vote in the affirmative for passage of this bill. This is simply another attack aimed at hampering the ability to vote sweeping across our country.

A recent Washington Post Editorial this week highlights more of the same from Republican lawmakers aiming to make it more difficult for citizens to vote through requiring a voter to present a photo ID in order to vote. The article goes on to highlight the tiny fraction of cases regarding voter fraud in some states that are moving ahead with this sort of legislation. However, the article then highlights and estimates the percentage of the population that does not have a Valid Photo ID at around 11%.

Please click here to read the entire article.

## Obama Proposes New Rule
## On Employers' Use of Anti-Union Consultants

This proposed rule would target a 50+ year loophole in favor of employers' in labor law. Currently, employers are required to report any arrangement that they have made with consultants that are hired to influence employees in direct connection with any organizing and/or collective bargaining drive. However, the loophole kicks in due to the fact that employers do not have to report these arrangements in scenarios where third party consultants to not directly speak to employees, instead only give "advice" to management directly on how to defeat an organizing drive or bargain for a better contract for management.

This new rule change would now require employers to disclose any consultants that are hired to either "directly or indirectly persuade workers concerning their rights to organize or collectively bargain".

Currently a public comment period is open with the Department of Labor. That period ends August 22, 2011. After the August 22, the DOL will decide if the new rule will become official, then requiring all companies to comply with the new rule.

If you are interested in making your voice heard by submitting a public comment to the DOL please click here.

**Please note: Any information (e.g., personal or contact) you provide at the above link may be publicly disclosed and searchable on the Internet and in a paper docket and will be provided to the Department or Agency issuing the notice.**

## "The Truth About The Economy"

Robert Reich, the former Secretary of Labor gives us the truth about the current problem with the economy in less than two minutes and fifteen seconds.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-110626.htm

**Truth About The Economy**
(two-minute video)





**APWU e-Team Weekly Newsletter #02-11, June 17, 2011**

# APWU, Mailing Groups
# Urge Legislators to Support H.R. 1351

### APWU Web News Article 072-2011, June 16, 2011

The APWU, along with dozens of key mailing industry groups and labor unions, urged U.S. representatives to support crucial legislation that would restore financial viability to the Postal Service. "We urge you to act now to free the Postal Service of the unnecessary and unsustainable statutory requirement that has destabilized the Postal Service's finances and poses an immediate and serious threat to the U.S. economy," the organizations wrote in a June 14 letter that was sent to every member of the House of Representatives.

The letter urged members of Congress to support H.R. 1351, a measure introduced by Rep. Stephen Lynch (D-MA) on April 4 that would correct the overfunding of the Postal Service's pension accounts, and would allow the agency to use any surplus to meet its retiree health benefits pre-funding obligation.

"The crisis is immediate because the USPS will run out of funds by the end of the summer," the letter states. "Since 2006, the Postal Accountability and Enhancement Act of 2006 (PAEA) has required it to pay roughly $5.5 billion each year to pre-fund future retiree health benefits, including those of workers that have not even been hired yet.

"The Postal Service can no longer bear this burden," the organizations wrote.

The letter points out to lawmakers that the effects of a crippled Postal Service would be dire. "The USPS stands alone in offering affordable and accessible, universal service to 150 million homes, and thousands of communities and businesses six days a week. "It is at the heart of a $1.3 trillion mailing industry that employs over 9 million workers.

"It is the linchpin in marketing and distribution systems through which businesses large and small can advertise services and distribute products," the letter said.

The organizations noted that independent of this pre-funding requirement, the USPS has done its job to remain solvent, shedding more than 110,000 jobs since 2007 and making numerous closings of facilities and operations — but legislation is needed to ensure the Postal Service remains viable in the future.

"H.R. 1351 would allow sound business decisions to be made in a clear and stable environment while providing Congress and the postal community the time to develop a consensus on further reform," the organizations wrote.

"The Postal Service provides a vital service that is important to the nation's economic recovery," the letter stated. "As a business and a public service mandated in the Constitution, a healthy USPS remains vital to your community and the Nation."

As of June 16, H.R. 1351 had 149 co-sponsors. APWU President Cliff Guffey urged members to contact their U.S. representatives and encourage them to support this critical measure. "If your members of Congress have not co-

**Also in This Issue:**
▶ GOP Presidential Hopefuls Sound off in Favor of Right To Work "for less" in Presidential Debate
▶ Maine Ends Same Day Voter Registration, Other States Working Toward Voter ID Requirement
▶ Congresswoman Giffords To Return from Hospital

Restore Financial Stability to The USPS

Tell Congress: Support H.R. 1351

Contact Your Legislators

H.R. 1351 Co-sponsors

sponsored this bill, please call them and urge them to do so," he said. "If they have, thank them for their support."

If you have not already taken a minute to send a quick note to your member of Congress asking them to please support and cosponsor H.R. 1351, please click here to do so today.

Click here for a current list of cosponsors of H.R. 1351:

# GOP Presidential Hopefuls Sound off in Favor
# Of Right to Work (for less) in Presidential Debate

During Monday night's GOP Presidential debate a few of the candidates were asked about their position on Right to Work Legislation. All three of the Republican hopefuls responded in favor of right to work legislation.

So called "Right to Work" laws at the state level would stop employees and employers from negotiating an agreement that would require all workers who will reap the benefits of a negotiated collective bargaining agreement from paying what is known as their "fair share" of costs to represent them when filing a grievance. These laws are simply unfair to all of the dues paying members of the local who are then forced to bear the burden of filing a grievance on behalf of the non union workers using their hard earned union dues. Lower wages, fewer benefits and less on the job saftey standards are all results of "Right to Work" legislation.

Click here for each of the three candidate's exact responses along with coverage of the debate.

Just a day after some Republican Presidential candidates spoke out in favor of so called Right to Work legislation another blow was felt in the battle over Right to Work in Wisconsin. Wisconsin's Supreme Court upheld the law stripping public sector workers in Wisconsin of having the right to collectively bargain.

Click here to read a short comparison between right to work states and non right to work states.

# Maine Ends Same Day Voter Registration,
# Other States Working Toward Voter ID Requirements

After thirty eight years state legislators in Maine decided to change an overwhelmingly popular law allowing residents to complete a same day voter registration. This legislation has passed through both houses of the state legislature and is expected to be signed into law. In 2008 over 60,000 residents in Maine decided to complete their same day voter registration and vote for president.

Click here for more information.

However, there are residents already in the process of trying to restore same day voter registration. Click here to find out more.

At least seven other states are pursuing other means of hampering voter turnout in future elections. Several states are now in different stages of passing voter ID bills through their respective state houses.

Please click here to find out if your state is one of them.

# Congresswoman Giffords to Return Home from Hospital

Arizona Congresswoman Gabrielle Giffords is set to start her next stage of her recovery. After being shot at point blank range in the head only five months ago Giffords has just been released from a Houston, TX hospital. She will now start the still long road to her full recovery from her and her husband's home as an outpatient.

[back to top]

http://www.apwu.org/dept/legis/eteamreports/etr-110617.htm





**APWU e-Team Weekly Newsletter #01-11, June 10, 2011**

*Headlines Predict Demise of USPS*
## Legislative Action Needed/H.R. 1351 Update

**APWU News Bulletin 11-2011, June 6, 2011**

Recent headlines that predict the Postal Service will collapse within one year demonstrate the importance of APWU members getting involved in legislative affairs, President Cliff Guffey said. "To ensure the survival of the Postal Service — and our jobs — I urge each and every member to make a commitment to legislative action," he said.

"The USPS is under attack by anti-labor politicians and some sectors of the business community," Guffey continued. "It is crucial that APWU members get involved.

"When your local calls on you to visit your Congressional representatives, you must act as if your job depends on it, because it does," he said.

> **Also in This Issue:**
> ▸ Lawmaker Aims to Ban Option for Deduction of Union Dues
> ▸ Republican Presidential Candidate Calls for End of U.S. Postal Service
> ▸ You Decide — State Legislation, Real or Not?



Recent news stories suggest that the Postal Service's financial problems will lead to the downfall of the USPS. Bloomberg Businessweek published an article on May 27 titled "The U.S. Postal Service Nears Collapse," which blamed the Postal Service's financial crisis on labor costs. "The Postal Service's business model [is] so badly broken that collapse [is] imminent," the article concluded.

Other news sources blamed e-mail for the Postal Service's decline. A report on National Public Radio (NPR) said, "The U.S. Postal Service can't shrink fast enough. Its revenues are falling and its losses are rising as mail migrates to the Internet."

"The true cause of the Postal Service's financial woes is the congressionally-imposed mandate that requires the USPS to pre-fund future retiree health benefits," Guffey said, "but you wouldn't know it from reading many of the recent articles about the USPS.

"Absent this pre-funding burden, the Postal Service would have experienced a cumulative surplus, despite falling mail volume and the worst recession in recent history," he added.

"We must support measures that will enable the USPS to remain viable in the future, such as H.R. 1351," Guffey said. The bill, introduced by Rep. Stephen Lynch (D-MA), would correct postal pre-funding inequities.

We also support some provisions of S. 1010, introduced by Sen. Tom Carper (D-DE). The "POST Act" would address the pre-funding requirement by allowing the USPS to use overpayments to its pension accounts to meet the pre-funding obligations. It also would give the Postal Service authority to close post offices solely for financial reasons, and would require arbitrators to consider the financial health of the USPS when contract negotiations end in arbitration. APWU supports the overpayment provisions, but does not support the bill entirely, as written. We will continue to work with Senators and staff to address the issues of concern to our members.

The union president urged members to get involved. "It is imperative that we contact our legislators to win support for bills that will provide immediate relief to

the USPS," he said. "It is essential to our future."

If you have not already taken a minute to send a quick note to your member of Congress asking them to please support and co-sponsor H.R. 1351, ~~please click here to do so today~~:

~~Click here for the latest list of H.R. 1351 co-sponsors.~~



Restore Financial Stability to The USPS

Tell Congress: Support H.R. 1351

Contact Your Legislators

H.R. 1351 Co-sponsors

## Bill Targets Union Dues Deduction

Senator Jim DeMint of South Carolina has introduced legislation S. 1143 that specifically does not allow any federal agency to "deduct any amount from the pay of an employee for the dues of a labor organization." This legislation includes all of the Federal Workforce, specifically including Postal Workers. It needs to be mentioned that all federal union members are in a union because they choose to be and are doing so on a voluntary basis.



## Republican Presidential Hopeful Calls for the End of Postal Service

On Tuesday, Republican Presidential hopeful / former Minnesota Gov. Tim Pawlenty laid out what he hopes will become the nation's economic plan if he is elected President in 2012. One of the first services to go if Gov. Pawlenty is elected president in 2012 you guessed it, the Postal Service along with many other government run programs. The Governor stated that government programs should be passed through his litmus test he labeled "The Google Test". Simply stated, if you can search for a specific service and find it online the government should not provide it to the public.

Recently the Republican controlled House passed Paul Ryan's budget proposal that would end Medicare as it currently exists and pose a serious threat to Social Security benefits. One can easily see the ideological alignment of Republican leaders; privatize, privatize and privatize. This includes the Postal Service, Social Security and Medicare.

~~Please click here~~ to read the entire story.

## You Decide - State Legislation, REAL OR NOT?

No question about it: state legislators and governors elected in 2010 have been bringing the crazy.

We're not just talking about governors refusing to accept job-creating funds from the federal government while 25 million people are unemployed or underemployed. And we're not just talking about multiple instances of attacks on workers' collective bargaining rights. We're talking about proposals that are, as one governor eloquently put it, "bat-crap crazy."



Five South Dakota state legislators introduced a bill requiring all adults in the state to buy guns.

Take the Quiz!

~~Take the quiz~~ from the AFL-CIO: See if you can guess which loony legislation is real and which are made up.

~~[back to top]~~

http://www.apwu.org/dept/legis/eteamreports/etr-110610.htm