UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK DIMONDSTEIN, et al.                )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )   Case No. 1:13-cv-1228 (CKK)
                                         )
AMERICAN POSTAL WORKERS UNION,           )
            Defendant.                   )
                                         )

### DECLARATION OF ROGER S. CRONK

I, Roger S. Cronk, in lieu of an affidavit as permitted by 28 U.S.C. Section 1746, declare as follows:

1. I am the Senior Manager of the Information Technology Department of the American Postal Workers Union, AFL-CIO (the APWU). My office is on the fourth floor of APWU Headquarters at 1300 L Street, NW, Washington, DC, 20005. I live in Ashburn, Virginia.

2. I have been APWU's Senior Manager of IT since 2000. Before that, since 1987, I worked in the APWU IT Department as a Senior Programmer/Analyst. I hold a B.S. degree in computer science and a B.S. degree in business management.

3. I am thoroughly familiar with the APWU's information technology hardware and software. The APWU information database concerning its state and local organizations and its individual members is managed through a software program called iMIS.

4. iMIS is used to store any and all information the APWU has that relates to individual members or to APWU state and local organizations. This information includes names,

addresses, occupations, contact information and other information insofar as it has been provided to the Union.

5. Of the approximately 193,000 APWU members, our database includes approximately 27,000 e-mail addresses. We do maintain mailing addresses for all members we obtain from Postal Service data computer files including mailing addresses, local affiliation information, and craft affiliation information for postal employees in APWU bargaining units.

6. Neither I nor the APWU has any way of knowing how many of the 27,000 individual e-mail addresses in our database are valid. As far as I know, we have not collected them into an e-mail list and, to my knowledge, we have not used them to send communications to those members as a group.

7. The APWU Retirees Department has approximately 41,000 members. In February 2013, the APWU Retirees Department requested a file of all APWU retiree members who have e-mail addresses in iMIS. We provided that list of approximately 5,000 addresses to the Retirees Department for their use.

8. In April 2013, the APWU Retirees Department requested a list of APWU members who had e-mail addresses and who had accepted a monetary incentive from the Postal Service to accept voluntary early retirement. The IT Department created that list and it produced a list of 2,435 voluntary early retirees for whom we had e-mail addresses out of a total of 22,876 voluntary early retirees from APWU bargaining units.

9. The APWU Legislative Department has a program it calls "E-Alert." That program, is used to send e-mails about current legislative issues to its list of subscribers. Individuals who go to the APWU web page, both APWU members and members of the public, are offered an

opportunity to sign up to receive E-Alert e-mails from the APWU. That list of subscribers is not maintained in iMIS.

10. To my knowledge, the APWU has not used the e-mail addresses in the Union's database to send communications to all APWU members whose e-mail addresses are in the iMIS system.

11. APWU members are assigned a user identity and a password to obtain access to the members-only section of the APWU web page. The user identification is the employee's Employee Identification Number from the Postal Service; the initial password is a combination of the member's last name and the last four digits of their social security number. They may change their password.

12. APWU can obtain members' e-mail addresses for its iMIS system from members who go to the APWU web page and log into the members-only section of the web page. At that point, there is a field where the member can enter their e-mail address. However, it is not required.

13. At the bottom of the APWU web page where members are given an opportunity to provide their e-mail addresses, there is a link to the APWU privacy policy. A copy of that policy is Exhibit A to this Declaration.

14. When members go to the APWU web page, they have the option of viewing their member profile. At that point, they can make certain changes to their personal information. They also are offered an opportunity to add or update their e-mail address, but that is not required.

15. APWU's Locals Profile program lists information about APWU state and local organizations. To the extent that we have them and can identify them, this system lists an e-mail address for APWU state and local organizations and lists local officers of the organization.

16. The State organization e-mail addresses are assigned to each state by the APWU. Unless a state officer chooses to use their assigned e-mail address, they will not receive any e-mail sent to that address.

17. The APWU has approximately 952 state and local organizations. In APWU's Locals Profile system, we have 243 e-mail addresses for locals.

18. The iMIS system gives us the following capabilities, or lack of capabilities, with regard to e-mail addresses in the iMIS file:

- We can segment the addresses by local, by state organization, by craft and by geographic location.
- We cannot determine in most cases how an e-mail address was first obtained; but if a member has accessed their personal information and updated it, we could determine that.
- We cannot sort the e-mail addresses by the date the member joined the APWU.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 15th day of August 2013, at Washington D.C.

_____
Roger S. Cronk