# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:13-cv-1228 (CKK) |
| ) | |
| AMERICAN POSTAL WORKERS UNION, ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF ERRATA

Defendant American Postal Workers Union, AFL-CIO ("APWU") respectfully file their corrected Declaration of Roger S. Cronk with exhibits. While Defendants timely filed their Opposition to Plaintiffs Motion for Preliminary Injunction and their Motion for Summary Judgment with a Declaration of Roger S. Cronk on August 16, Defendants inadvertently did not include Exhibit A to the Cronk Declaration. A copy of Exhibit A was sent to Plaintiffs' Counsel on the morning of August 19, 2013.

Dated August 19, 2013        Respectfully submitted,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By: /s/ Darryl J. Anderson_____
Darryl J. Anderson
DC Bar Number 154567
1300 L Street NW Suite 1200
Washington, DC 20005-4178
Telephone: (202) 898-1707
Facsimile: (202) 682-9276
danderson@odsalaw.com

# DECLARATION OF ROGER S. CRONK EXHIBIT A

APWU

Privacy Policy

**Web site Usage/Information Collection**

The APWU Web site does not collect or store personally identifiable information unless you agree to provide it. We may collect aggregate information to measure visitor activity to improve the site's usefulness. For example, we may track which pages are most popular among visitors as a whole, then provide a "short cut" to such content on the homepage. We do not track the pages that you or any individual visitor may look at during a visit to our site, and we do not collect any other information without your knowledge and permission. The APWU does not share, store or use personally identifiable information for any purposes other than those described in this Privacy Policy and the APWU Web site's Disclaimer.

**Any changes to our privacy policy will be posted on this page so that you can always be aware of what information we collect, how we use it, and under what circumstances we may disclose it. Changes to this Privacy Policy will never be made retroactively.**

**Cookies**

The APWU Web site uses cookies for gathering web usage statistics, including the number of monthly visitors, number of repeat visitors, most popular web pages, and other information. A cookie is a small file that our server places on your computer to help the server recognize you as a returning visitor. If you log into the members-only area, the Web site will also use a cookie to facilitate your online visit by "remembering" that you have already logged in. The APWU does not use cookies to track the specific pages an individual visitor views.

**Outside Links**

This site contains hypertext links to other sites. The APWU is not responsible for the privacy practices or the content of such Web sites. This privacy statement applies solely to information collected by this Web site. Please note: the "APWU Store" is a separate Web site run by K&R Industries of Chantilly, VA. See *www.apwustore.org* for further information and its privacy policy.

**Security (Including Online Credit Card Transactions)**

This site utilizes security measures to protect against the loss, misuse, or alteration of the information under our control. We use Secure Socket Layer (SSL) encryption to protect the transmission of information you submit to us when you use our secure online forms. You know you are on a secure page when you see the prefix "https" in your browser's address bar.

APWU employees are granted access to personally identifiable information only when they need such information to perform a specific job. All employees are kept up-to-date on our security and privacy practices and the servers that store sensitive information are kept in a secure environment.

The APWU accepts online contributions and payments via major credit cards. The information we collect when you make an online contribution or payment is transmitted to a secure credit card processing service using industry standard 128-bit SSL data encryption. The credit card processing service is accredited through the Visa U.S.A. Cardholder Information Security Program (CISP) to be compliant with the Payment Card Industry (PCI) Data Security Standard. The PCI Data Security Standard was developed by Visa and MasterCard to create common industry security requirements to ensure the highest standard of due care to

help keep sensitive cardholder data safe. A detailed description of the Visa CISP compliance validation procedures for merchants and service providers can be found at www.visa.com/CISP .

**Crossroads Transfer Ads**

APWU's Crossroads Web page is the APWU members-only mutual exchange/transfer ads listing. Submitting an ad via Crossroads gives you access to all that site's information and features. The only information required is your Social Security number, name, address, phone number, e-mail address, facility name, facility state, position title, level, seniority date, employment status, and desired transfer locations. This information is used for the sole purpose of verification of union membership and the creation of an exchange/transfer ad. The union will neither store nor disclose this information for any secondary purpose.

**Contact Us**

If you experience technical problems with the operation of this Web site, or have suggestions for how to improve the site, contact us at: mailto:apwu.webmaster@att.net .

APWU Webmaster
1300 L Street, NW
Washington, DC 20005
202-842-4200

[back to top]

file:///G:/APWU/Litigation/Dimonstein/Declarations/Cronk/Privacy%20Policy.htm