UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 13-1228 |
| | ) |
| AMERICAN POSTAL WORKERS UNION, | ) |
| | ) |
| Defendant. | ) |

## SECOND AFFIDAVIT OF MARK DIMONDSTEIN

1. My name is Mark Dimondstein. I am one of the plaintiffs in this action. I make this affidavit in further support of our motion for a preliminary injunction, as well as to explain why I believe some of the statements made by the American Postal Workers Union ("APWU") in its brief seeking summary judgment, and in the supporting affidavits, are either false or misleading.

2. Elizabeth Powell's affidavit recounts selected facts from the history of elections in the APWU that I believe present a misleading picture of the ability of rank-and-file candidates to win union-wide election. Although the APWU cites electoral victories in series of elections ending in 2001, there were also contested national elections in 2004, 2007 and 2010, in which all the incumbents running at the national level were re-elected.

3. Of the candidates identified as defeating incumbent APWU officers, the majority were not in the union-wide elections but in the elections for Director of relatively small crafts within the union (Motor Vehicle Services, Special Delivery Messenger, and Maintenance). Under Article 9, Section 8 of the APWU Constitution, only the employees in each craft vote for these positions, and the membership of the crafts is cohesive and much, much smaller than the membership of the union as a whole, so that it is much less expensive to use postal mail and other methods to communicate

with them.

4. In 2001, two incumbents were defeated by a slate that included Cliff Guffey, the current president, who already held a national office at the time — he was the director of the Clerk Division, which is far and away the largest of the craft divisions within the APWU, having the vast majority of the APWU's members. He was not a rank-and-file candidate. He won the vice-presidency but was not running against an incumbent.

5. The election in 1980 is not at all comparable to the 2013 election in which we are running. Although this election occurred before I was a member of the APWU, from my knowledge of union history Moe Biller, who defeated the incumbent for APWU president, had been the head of the New York APWU local, which was far and away the largest local in the country; and the other two successful non-incumbents on his slate were the heads of other large urban locals in Cleveland and Pittsburgh. In addition, Moe Biller had a major national reputation as the leader of a postal worker strike in New York that spread throughout the country and was responsible for the creation of the APWU.

6. Equally important as the ability of these important local leaders to deliver huge voting blocs of members who already knew them well, the Biller slate was the first in the history of the union to invoke section 401(c) to do a direct mailing to the entire membership, and the incumbents did not do such a mailing themselves. Our APWU Members First Slate wants to be the first to use 21st Century methods of communication to aid our candidacy.

7. I believe that it would be particularly important for our slate to be able to send campaign literature by email to the APWU's retiree mailing list. Under Article 3, Section 4(d) of the APWU Constitution, retirees are able to vote for several national officers, including the positions for which

-2-

Violetta Ward and I are running. Although I spent almost the entire month of July on the road, campaigning at APWU workplaces throughout the United States, retirees can never be found in the workplace. In addition, retirees who are interested enough in the union to provide their email addresses so that they can keep up with union affairs day-to-day may be the most active union members, and thus the most likely to vote. It is especially important to our campaign that we be able to send multiple campaign messages to that part of the membership.

8. Similarly, employed members of the union who are interested enough in the union that they give their email addresses to keep up on the union's fights in Congress may be more likely to vote than the average member; it is therefore especially important that we be able to email campaign literature to such members.

9. Powell's affidavit remarks on my employment history with the APWU. As an APWU organizer, my job was to bring private sector postal industry workers into the APWU. My contact was largely with non-members of the union, not with members. My appointment started in 2000, not 1995. As a member of the union staff, I had a union email address, and I used email to communicate. Other union officers and staff also have email addresses, using an email system provided by the union. I believe that they regularly communicate with members using email. For example, I attach as Exhibit M two emails that I received from Elizabeth Powell this year (exhibit letters are sequential to exhibits submitted with the motion for a preliminary injunction).

10. I was at the 2010 APWU Convention, as Powell's affidavit also says, but I was not inside the convention as a delegate. I was campaigning outside the convention. There was a visitors section inside the convention, but I was not there often. So far as I recall, I was not present during the vote on the resolution that she mentioned in her affidavit.

-3-

11. Powell's affidavit makes a number of inaccurate statements about the 21st Century Postal Worker, located as 21cpw.com. It is not correct that this web site supports our candidacy. The web site takes a neutral stand in the election. It is, in fact, a discussion site at which all sides are welcome. The operator of the web site will often post information that is favorable to all sides.

12. Powell notes the number of Internet visitors who have accessed the home page of the 21st Century Postal Worker since it began many years ago, but the number of visitors to the page on the 2013 APWU National Election is much smaller. I attach as Exhibit N the top of that page, located at http://www.21cpw.com/election.html (it runs much too long to attach the entire printout to this affidavit), and the entire page that lists and links to the web sites of the candidates in the election, which is located at http://www.21cpw.com/2013websites.html and is linked from the text "Click Here For APWU 2013 National Election Candidate Web Sites" on the 2013 APWU National Election page of the 21cpw.com web site.

13. Members of my slate put out petitions to run for office in the 2013 election on May 6, 2013. So far as I can see, the first mention of our slate on the 2013 APWU National Election page of the 21cpw.com web site appeared on May 16, 2013.

14. I do not have a Twitter account. It is my understanding that Violetta Ward does not have one either, but that Tony McKinnon does have one.

> Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on August 19, 2013.
>
> *Mark Dimondstein* (signature)
>
> Mark Dimondstein

-4-

**From:** Liz Powell <epowell@apwu.org>
**To:** MARK DIMONDSTEIN <meldim@bellsouth.net>
**Sent:** Wednesday, February 6, 2013 9:27 AM
**Subject:** RE: updated constitution

New Language in bold

Liz

**From:** MARK DIMONDSTEIN [mailto:meldim@bellsouth.net]
**Sent:** Wednesday, February 06, 2013 8:21 AM
**To:** Liz Powell
**Subject:** Re: updated constitution

Thanks Liz,

In particular the language change on the retirees right to vote in APWU elections.

Thanks, Mark

**From:** Liz Powell <epowell@apwu.org>
**To:** MARK DIMONDSTEIN <meldim@bellsouth.net>
**Sent:** Wed, February 6, 2013 6:57:21 AM
**Subject:** Re: updated constitution

2012 should be posted shortly as it is just about completed with the new changes. Is there anything in particular you need?

Take care, Liz

On Feb 5, 2013, at 8:28 PM, "MARK DIMONDSTEIN" <meldim@bellsouth.net> wrote:

> Helo Sister Powell, hope all is well.
>
> The Constitution on the website is from 2010. Could you please forward me an electronic copy of the Constitution as amended 2012.

# EXHIBIT M

Thanks and Fraternally,

Mark Dimondstein

**From:** Liz Powell <epowell@apwu.org>
**To:** MARK DIMONDSTEIN <meldim@bellsouth.net>
**Sent:** Thursday, June 13, 2013 11:39 AM
**Subject:** Re: article enhancements

Yes that"s correct

Sent from my iPhone

On Jun 13, 2013, at 11:15 AM, "MARK DIMONDSTEIN" <meldim@bellsouth.net> wrote:

> Dear Sister Powell,
>
> This is a follow up to our brief conversation at the Presidents Conference regarding the "enhancement" provisions for the candidate articles.
>
>
> From our conversation, it is my understanding that quotations, exclamation points, questions marks, semi-colons, etc. are not considered enhancements.
>
>
> Please confirm that this is accurate.
>
>
> And one more question -- If I list a website address in the article, is that considered one word?
>
> Thanking you in advance for your time and attention to this matter.
>
> Sincerely, Mark Dimondstein

1



Exhibit N

# *21st Century*
# *Postal Worker*
# APWU 2013 National Election Candidate Web Sites

This site is NOT an official site sanctioned by the American Postal Workers Union and is in NO way sponsored by the American Postal Workers Union.

Please submit web sites or report any problems to
Randy Zelznick - **RZelznick@21cpw.com**

## GENERAL OFFICERS

**Office of President:**
**Cliff Guffey (I)**
**Mark Dimondstein**

**Office of Executive Vice President:**
**Greg Bell (I)**
**Debby Szeredy**

**Office of Secretary-Treasurer:**
**Elizabeth "Liz" Powell (I)**
**Violetta "Vi" Ward**

**Office of Industrial Relations Director:**
**Mike Morris (I)**
**Tony D. McKinnon, Sr.**

**Office of Legislative & Political Director:**
**Gary Kloepfer (I)**
**John L. Marcotte**

**Office of Organization Director:**
**Martha Shunn-King (I)**
**Anna Smith**

**Office of Health Plan Director:**
**Bill Kaczor (I)**
**Robert Furbush**

## REGIONAL COORDINATOR OFFICERS

**Office of Coordinator - Southern Region:**
**Princella Vogel (I)**
**Kennith Beasley**

## CRAFT OFFICERS - Clerk Division

**Office of Director:**
**Rob Strunk (I)**
**Clint Burelson**

## CRAFT OFFICERS - Maintenance Division

**Office of Assistant Director [B]:**
**Greg See (I)**
**Steven Duckworth**

## NBA REGIONAL OFFICERS - Clerk Division

## NBA REGIONAL OFFICERS - Maintenance Division

**Office of NBA (C), Central Region:**
**Curtis Walker**

**Office of NBA (A), Western Region:**
**Charles P. Smith**
**Louis M. Kingsley Jr.**

## NBA REGIONAL OFFICERS - MVS Division

**Office of NBA, Western Region:**
**Edward Knipe (I)**
**Jerome Pittman**