UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK DIMONDSTEIN, *et al.*,       )
                                 )
       Plaintiffs,           )
                                 )
       v.                  )     No. 13-1228
                                 )
AMERICAN POSTAL WORKERS UNION,   )
                                 )
       Defendant.         )

### AFFIDAVIT OF GLENN SIMPSON

1. My name is Glenn Simpson. I am Online Advocacy and Fundraising Manager at Public Citizen. I have worked at Public Citizen since June 2009.

2. I have been writing, coding, and targeting bulk email, and managing related databases, for nonprofit organizations since 2004. I oversee the email outreach of all of Public Citizen's program groups as well as that of our Communications and Development departments, training and coordinating approximately 10 staff who regularly send bulk emails. I read extensively about email and list management best practices.

3. From 2004 to 2007, I worked as Communications Associate at Workplace Fairness, where I managed its web site and its email programs. During 2007 and 2008, I consulted at the AFL-CIO's Working America project, where some of my duties involved database work related to the project's email outreach.

4. At the instruction of Paul Alan Levy, I reviewed the process that an Internet user would follow when signing up for the APWU's e-Team. I visited the APWU home page at apwu.org and clicked on the "Join the APWU e-Team" link at the bottom of the page. Although it took an unusually long time to load, I was taken to a web page hosted by an external server, at http://afl.salsalabs.com/o/4047/p/salsa/web/common/public/signup?signup_page_KEY=48, where

I saw the form that is attached to this affidavit as Exhibit O.

5. The URL for the web page indicated that the APWU uses the service of Salsa, a company that helps nonprofits manage their online fundraising and advocacy campaigns, including the management of bulk email campaigns. I have used Salsa since approximately 2007, and I have used it intensively since joining Public Citizen.

6. The form notified me that, by signing up for the e-Team, I would receive "e-mail alerts on issues of importance to APWU members and other workers." Nothing on the form indicated to me that, if I provided my email address, I could be confident that the address would not be shared with other people. Nor was there any box to check to express any preferences limiting the uses to which my email address could be put.

7. The form included a link to learn more about the e-Team. When I clicked that link, I was taken to a page on the APWU's own web site; a copy of that page is attached as Exhibit P. The page stated that if I signed up for the e-Team I could expect to receive "legislative news, action alerts, and other relevant information." Nothing on this page indicated to me that, if I provided my email address, I could be confident that the address would not be shared with other people. Nor was there any box to check to express any preferences limiting the uses to which my email address could be put.

8. In very small print at the bottom of the page, there was a link to a "Privacy Policy," a copy of which is attached as Exhibit Q. I do not know whether this privacy policy applies to personally identifiable information provided via vendor-hosted web sites, such as the Salsa web site. Nor did anything in the process of signing up to join the e-Team call my attention to the privacy policy or suggest that it had any bearing on my e-Team list membership.

9. In my experience, email lists can be a valuable commodity, and it is not uncommon for organizations to send bulk emails to their own lists discussing what colleague organizations are doing, subject to the security protections discussed below in paragraph 10. Indeed, it is not uncommon for groups that have email lists to send emails about other organizations' activities to their lists in return for payments of money. Groups that collect email addresses have to consider the trade-off between attracting more email addresses from those who worry about privacy by providing assurances of privacy, and retaining the flexibility to use email addresses however they may choose. Based on my reading of the process by which APWU obtains email addresses for its e-Team, the union does nothing to restrict its right to use those email addresses for any purpose that it wishes. I do not know anything about what restrictions, if any, the APWU voluntarily incurs in other situations in which it solicits email addresses from its members.

10. In my experience, vendors such as Salsa, which provide a bulk emailing platform that many non-profit organizations use, operate pursuant to agreements with their client organizations under which they are required to guarantee the security of the email list, promising to use it only for the directed purpose without utilizing the addresses for their own purposes.

11. Generally speaking, modern databases for email addresses, including databases made available by Salsa, make it easy and inexpensive to manipulate lists of addresses. A customized list of email addresses fitting specific descriptions (for example, addresses of people who reside in the Northeast), chosen by features identified in a database, can be produced more or less at the push of few buttons, at virtually no cost. Similarly, email addresses on different lists can be compared very easily using modern database features. If it is necessary to cull email addresses having certain features, or to eliminate email addresses that can be found on another email address list as well, that

operation can also be completed in a matter of minutes, with minimal cost.

12. Paul Levy asked me to look for information about the web site 21cpw.com. I checked the WHOIS record for the domain name and learned that the web site was registered in the year 2000. A copy of that page is attached as Exhibit R. I also looked on the Internet Archive, web.archive.org, and found that as of April 15, 2013, the counter showed 1,935,546 visitors to the home page of that web site. A copy of that page is attached as Exhibit S. That was the first time the archived web pages from that web site show a link to the page for the 2013 APWU election. A copy of the previously available page, from March 29, 2013, is attached as Exhibit T. On May 18, 2013 the number of visitors to the home page of the web site shown by the counter was 1,948,541. A copy of the page from that date is attached as Exhibit U. I also checked on the Internet Archive to see what the counter showed for the number of visitors to the 2013 APWU election web page at http://www.21cpw.com/election.html, but was unable to find any archived pages before July 31.

13. I understand that the union in this case has made an issue of the fact that it allows candidates to post statements on its web site. I attempted to look at those statements, for which a link is provided on the union's home page. However, I was unable to look at the pages themselves because they are hidden by a login window that requires entry of an APWU member's union number, which I did not have. I could not tell how often those pages had been visited, but web site operators are typically able to determine the number of visitors to the various pages of their own web sites by using any of a variety of widely available analytic software packages.

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct.  Executed on August 19, 2013.

Glenn Simpson

# EXHIBIT O

Home     Legislative Department

# APWU e-Team
### American Postal Workers Union, AFL-CIO
**Cliff Guffey, President**

Please join with us as we strive to improve the lives and benefits of union members and their families. Sign up with the APWU e-Team to receive e-mail alerts on issues of importance to APWU members and other workers. Make your voice heard!

(For more information about the APWU e-Team, click here.)

First Name *

Last Name *

Email *

Email Preference *

Street *

Street 2

City *

State/Province *
Select a state

Zip/Postal Code *

Local *

APWU Title *

**HTML email displays color, graphics, and formats just like a web page does, but it is not understood by some email programs.



EXHIBIT P

APWU Creates 'e-Team'

# APWU
**American Postal Workers Union, AFL-CIO**
Cliff Guffey, President

All Sections    GO
▶ Advanced Search

▶ HOME    ▶ NEWS & EVENTS    ▶ DEPARTMENTS & DIVISIONS    ▶ PAY & BENEFITS    ▶ MEMBERS ONLY

## News & Events

Home    >>    News & Events    >>    APWU Web News Articles    >>    APWU Creates 'e-Team'

🖨 Printer-Friendly Page

▶ Latest News
▶ News Bulletins
▶ APWU Web News Articles
▶ For the Press
▶ Calendar of Events
▶ Current Issues
▶ Labor History Articles
▶ News Archives
▶ Issues Archives

Follow APWU [f] [t] [You Tube]
[RSS XML FEED]  About RSS

### APWU Creates 'e-Team'



**APWU Web News Article #16-06, March 20, 2006**

The APWU Legislative Department is establishing an e-mail alert system that is intended to help union members react quickly to important developments.

"Legislative matters can change with very little notice," said Legislative Director Myke Reid. "And with the security measures that are in place on Capitol Hill, letters are often delayed until it is too late to affect a representative's actions on important legislative issues.

"We are introducing the APWU e-Team, to ensure that our members' voices are heard quickly and loudly on Capitol Hill. We are asking union members — as well as their family, friends and supporters — to join us by signing-up for the APWU e-Team."

"But e-mail lists for organizations like ours can only be effective if local and state leaders are fully involved," cautioned union President William Burrus. "For that reason, we are asking each state president to appoint an e-Team coordinator."

Union members, retirees, and family members can register on the union's Web site, www.apwu.org. When they enroll, activists will be asked to provide their e-mail address and home address. "This will enable the union to organize the list by congressional districts, which will provide an effective means of coordinating legislative activities," Reid said. Each time a member signs-up, the information will be forwarded to the state coordinator.

Using the e-Team system, the national union will transmit legislative news, action alerts, and other relevant information. The messages may ask recipients to contact their U.S. senators and representatives on issues of importance to union members.

"APWU members who sign up for the e-Team will be reached quickly, and will be made aware of breaking news or requests for urgent action," Reid said.

"We are attempting to build a nationwide e-mail list, and we want to enlist local and state presidents to help spread the union's messages," Burrus said. "The list will become an important tool for members to join the fight to protect their jobs."

"We urge you to join the network, and suggest you encourage your co-workers to join as well. The bigger the list gets, the more effective this tool will be," Reid said.

[back to top]

© 2012 APWU.  Disclaimer.  Privacy Policy.  Webmaster.

EXHIBIT Q



About APWU    Links    Site Map    Contact Us    APWU Store

All Sections    GO
▸ Advanced Search

▸ HOME    ▸ NEWS & EVENTS    ▸ DEPARTMENTS & DIVISIONS    ▸ PAY & BENEFITS    ▸ MEMBERS ONLY

## Privacy Policy

Home  »  Privacy Policy

🖶 Printer-Friendly Page

### Privacy Policy

**Web site Usage/Information Collection**

The APWU Web site does not collect or store personally identifiable information unless you agree to provide it. We may collect aggregate information to measure visitor activity to improve the site's usefulness. For example, we may track which pages are most popular among visitors as a whole, then provide a "short cut" to such content on the homepage. We do not track the pages that you or any individual visitor may look at during a visit to our site, and we do not collect any other information without your knowledge and permission. The APWU does not share, store or use personally identifiable information for any purposes other than those described in this Privacy Policy and the APWU Web site's Disclaimer.

**Any changes to our privacy policy will be posted on this page so that you can always be aware of what information we collect, how we use it, and under what circumstances we may disclose it. Changes to this Privacy Policy will never be made retroactively.**

**Cookies**

The APWU Web site uses cookies for gathering web usage statistics, including the number of monthly visitors, number of repeat visitors, most popular web pages, and other information. A cookie is a small file that our server places on your computer to help the server recognize you as a returning visitor. If you log into the members-only area, the Web site will also use a cookie to facilitate your online visit by "remembering" that you have already logged in. The APWU does not use cookies to track the specific pages an individual visitor views.

**Outside Links**

This site contains hypertext links to other sites. The APWU is not responsible for the privacy practices or the content of such Web sites. This privacy statement applies solely to information collected by this Web site. Please note: the "APWU Store" is a separate Web site run by K&R Industries of Chantilly, VA. See www.apwustore.org for further information and its privacy policy.

**Security (Including Online Credit Card Transactions)**

This site utilizes security measures to protect against the loss, misuse, or alteration of the information under our control. We use Secure Socket Layer (SSL) encryption to protect the transmission of information you submit to us when you use our secure online forms. You know you are on a secure page when you see the prefix "https" in your browser's address bar.

APWU employees are granted access to personally identifiable information only when they need such information to perform a specific job. All employees are kept up-to-date on our security and privacy practices and the servers that store sensitive information are kept in a secure environment.

The APWU accepts online contributions and payments via major credit cards. The information we collect when you make an online contribution or payment is transmitted to a secure credit card processing service using industry standard 128-bit SSL data encryption. The credit card processing service is accredited through the Visa U.S.A. Cardholder Information Security Program (CISP) to be compliant with the Payment Card Industry (PCI) Data Security Standard. The PCI Data Security Standard was developed by Visa and MasterCard to create common industry security requirements to ensure the highest standard of due care to help keep sensitive cardholder data safe. A detailed description of the Visa CISP compliance validation procedures for merchants and service providers can be found at www.visa.com/CISP .

**Crossroads Transfer Ads**

APWU's Crossroads Web page is the APWU members-only mutual exchange/transfer ads listing. Submitting an ad via Crossroads gives you access to all that site's information and features. The only information required is your Social Security number, name, address, phone number, e-mail address, facility name, facility state, position title, level, seniority date, employment status, and desired transfer locations. This information is used for the sole purpose of verification of union membership and the creation of an exchange/transfer ad. The union will neither store nor disclose this information for any secondary purpose.

**Contact Us**

If you experience technical problems with the operation of this Web site, or have suggestions for how to improve the site, contact us at: apwu.webmaster@att.net .

APWU Webmaster
1300 L Street, NW
Washington, DC 20005
202-842-4200

[back to top]

© 2012 APWU. Disclaimer . Privacy Policy . Webmaster.

EXHIBIT R



Network Solutions >> Whois >> Results

Log In

## WHOIS Results for 21cpw.com

### Available domain names similar to 21cpw.com

| Available Extensions | Available Domains | Premium Resale Domains | |
|---|---|---|---|
| 21cpw.net | silverspring21cpw.com | cpwwines.com | $877 |
| 21cpw.org | 21-cpw.com | cpwnet.com | $4,240 |
| 21cpw.us | 21cpw444.com | cpwfl.com | $799 |
| 21cpw.us.com | 44421cpw.com | 2cpw.com | $800 |

View more

Add Selected to Cart

## 21cpw.com

Is this your domain name? Renew it now




Current Registrar: NETWORK SOLUTIONS, LLC.
IP Address: 67.228.113.97 (ARIN & RIPE IP search)
Record Type: Domain Name
Server Type: Apache 1
Lock Status: clientTransferProhibited
WebSite Status: Active

Visit AboutUs.org for more information about 21CPW.COM
AboutUs: 21CPW.COM

Registrant:                              Make this info private
Zelznick, Randy

6125 Hilltop Drive
Brookhaven, PA 19015
US

Domain Name: 21CPW.COM

Promote your business to millions of viewers for only $1.25 a month!
Learn how you can get an Enhanced Business Listing here for your domain name. Learn More

Make an instant, anonymous offer to the current domain registrant. Learn More

Make Offer

Administrative Contact , Technical Contact :
Zelznick, Randy
RZelznick@aol.com
6125 Hilltop Drive
Brookhaven, PA 19015
US
Phone: 484-433-3294
Fax: none

### Search Again

Search by either

Record expires on 03-Jan-2015
Record created on 03-Jan-2000
Database last updated on 19-Jul-2009

Domain servers in listed order:                    Manage DNS

NS1.PLAINHOST.COM
NS2.PLAINHOST.COM
NS3.PLAINHOST.COM

Show underlying registry data for this record

Domain Name e.g. networksolutions.com
IP Address e.g. 205.178.187.13

Search



GOING ONCE,
GOING TWICE,
SOLD!

Domain name you want
expiring soon?
Bid now, it could be yours.

Backorder domain names with NameJet® - the
premiere auction platform for expired domains.

LEARN MORE

NameJet



Partner with Network Solutions:
**Affiliate Program** | **Reseller Programs**

Contact Us | Follow Us:

**Products**
Domain Names
Email Hosting
Websites
Ecommerce
Web Hosting
SSL Certificates
Online Marketing
Design Services
Mobile Services

**Affiliates & Resellers**
Affiliate Program
UK Affiliate Programme
Reseller Program

**Support**
Customer Support
Contact Us
Customer Feedback

**Resources**
WHOIS Search
Small Business Blog
Small Business Success
Labs

**Company Information**
About Us
Why Choose Us
Careers
News

**Promotions & Free Offers**
Hot Deals
New Products
Earn Airline Miles
Free Website
.XXX Domain Names

Privacy Policy | Terms of Use | Legal & Policies | Company Info | Site Map | Contact Us

Copyright © 2013 Network Solutions, LLC, A Web.com Company All rights reserved.

Secure Transaction: For your protection, this website is secured with the highest level of SSL Certificate encryption.



# EXHIBIT S







**90 captures**
7 Apr 00 - 14 Aug 13

FEB **APR** MAY
◀ **15** ▶
2011 **2013** 2014

# 21st Century
# Postal Worker

Since 1999

## Message Exchange

**This Message Exchange was Constructed by *former* American Postal Workers Union Member Mark Campassi and is Maintained by *current* American Postal Workers Union Member Randy Zelznick.**
**All Members of the American Postal Workers Union are free to exchange information and ideas at this site.**
**This Message Exchange is NOT sponsored, endorsed or sanctioned by the American Postal Workers Union.**

The official site of the APWU is located at apwu.org

You are visitor number 1935546 to the 21CPW.com Home page.

### Click one of the categories below to view the messages of other members:

APWU 2013 National Election
Downsizing USPS
General Union Business
Clerk Business     Maintenance Business     MVS Business
Postal Attendance Terrorism     Editors' Articles & Info     21CPW Poll
Transfer Requests     Politics & Global Issues     Links to Locals & More
On The Job Injuries     Retirees Business
About 21CPW

Donate

*Help Support 21CPW.com*
*THANKS!*

**To report problems or comment about this site, please E-mail:**
**Randy Zelznick - RZelznick@21cpw.com,**
**Proud and Active Retiree Member of the APWU.**

EXHIBIT T



INTERNET ARCHIVE
WaybackMachine

**90 captures**

7 Apr 00 - 14 Aug 13

FEB | MAR | MAY
◄ | **29** | ►
2011 | **2013** | 2014

# 21ˢᵗ Century
# *Postal Worker*

Since 1999

## Message Exchange

**This Message Exchange was Constructed by *former* American Postal Workers Union Member Mark Campassi
and is Maintained by *current* American Postal Workers Union Member Randy Zelznick.
All Members of the American Postal Workers Union are free to exchange information and ideas at this site.
This Message Exchange is NOT sponsored, endorsed or sanctioned by the American Postal Workers Union.**

The official site of the APWU is located at apwu.org

You are visitor number 1928044 to the 21CPW.com Home page.

## Click one of the categories below to view the messages of other members:

**Downsizing USPS**
**General Union Business**
**Clerk Business     Maintenance Business     MVS Business**
**Postal Attendance Terrorism     Editors' Articles & Info     21CPW Poll**
**Transfer Requests     Politics & Global Issues     Links to Locals & More**
**On The Job Injuries     Retirees Business**
**About 21CPW**



*Help Support 21CPW.com*
*THANKS!*

**To report problems or comment about this site, please E-mail:
Randy Zelznick - RZelznick@21cpw.com,
Proud and Active Retiree Member of the APWU.**

EXHIBIT U


 90 captures
7 Apr 00 - 14 Aug 13

APR  MAY **18** 2013  JUN 
2011 2014

# *21ˢᵗ Century*
# *Postal Worker*

Since 1999

## Message Exchange

**This Message Exchange was Constructed by *former* American Postal Workers Union Member Mark Campassi and is Maintained by *current* American Postal Workers Union Member Randy Zelznick.**
**All Members of the American Postal Workers Union are free to exchange information and ideas at this site.**
**This Message Exchange is NOT sponsored, endorsed or sanctioned by the American Postal Workers Union.**

The official site of the APWU is located at apwu.org

You are visitor number 1948541 to the 21CPW.com Home page.

## Click one of the categories below to view the messages of other members:

APWU 2013 National Election
Downsizing USPS
General Union Business
Clerk Business    Maintenance Business    MVS Business
Postal Attendance Terrorism    Editors' Articles & Info    21CPW Poll
Transfer Requests    Politics & Global Issues    Links to Locals & More
On The Job Injuries    Retirees Business
About 21CPW



*Help Support 21CPW.com*
*THANKS!*

**To report problems or comment about this site, please E-mail:**
**Randy Zelznick - RZelznick@21cpw.com,**
**Proud and Active Retiree Member of the APWU.**