UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK DIMONDSTEIN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 13-1228 |
| | ) | |
| AMERICAN POSTAL WORKERS UNION, | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED ORDER**

Defendant's motion for summary judgment is denied.

Dated: _____

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE