UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 13-1228 |
| AMERICAN POSTAL WORKERS UNION, | ) ) ) |
| Defendant. | ) |

**AFFIDAVIT OF SERVICE**

1. My name is Paul Alan Levy. I am lead counsel for plaintiffs.

2. Under my direction, Marybeth Stiles sent the summons and complaint to the American Postal Workers Union by first-class mail, return receipt requested.

3. The signed return receipt card, which is attached to this affidavit, came back in today's mail.

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on August 21, 2013.

_____
Paul Alan Levy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Postal Workers Union
1300 L Street NW
Washington, DC
20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): D New
C. Date of Delivery: 8-16-13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, Feb