UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 13-1228 |
| ) | |
| AMERICAN POSTAL WORKERS UNION, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO FILE**

Plaintiffs seek leave to file the attached Supplemental Affidavit of Mark Dimondstein, which attaches a copy of an email that he received. The email appears to have been sent by an APWU staff member, using his official APWU email address, to the official email addresses of several dozen other APWU officials and staff members, thus supporting plaintiffs' request that they, too, be permitted to send emails to the available email addresses of APWU members.

This afternoon, I asked APWU counsel to consent; he objected on relevance grounds.

Respectfully submitted,

  /s/ Paul Alan Levy
Paul Alan Levy (DC Bar No. 946400)
Jehan A. Patterson (DC Bar 1012119)

  Public Citizen Litigation Group
  1600 20th Street NW
  Washington, D.C. 20009
  (202) 588-1000 (voice)
  (202) 588-7795 (facsimile)
  plevy@citizen.org
  jpatterson@citizen.org

Attorneys for Plaintiffs

August 21, 2013