UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 13-1228 |
| | ) |
| AMERICAN POSTAL WORKERS UNION, | ) |
| | ) |
| Defendant. | ) |

**PROPOSED ORDER**

Plaintiff's motion for leave to file the Supplemental Affidavit of Mark Dimondstein is granted.


Dated: _____

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE