UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

MARK DIMONDSTEIN, et al.           )
                                   )
       Plaintiff,             )
                                   )
v.                                 )   Case No. 1:13-cv-1228 (CKK)
                                   )
AMERICAN POSTAL WORKERS UNION,     )
       Defendant.             )
                                   )

---

## SECOND DECLARATION OF ELIZABETH POWELL

I, Elizabeth Powell, in lieu of an affidavit as permitted by 28 U.S.C. Section 1746, declare as follows:

1. I am the Secretary-Treasurer of the American Postal Workers Union, AFL-CIO (APWU). The APWU is one of the four major unions representing employees of the United States Postal Service. The APWU represents clerks, maintenance employees, motor vehicle service employees, and several other categories of postal employees in nationwide bargaining units. We represent approximately 200,000 postal employees.

2. I was appointed Secretary-Treasurer of the APWU in October 2009 to fill a vacancy. I have since won election to a full three-year term that began on November 12, 2010. National officers of the APWU, including the Secretary-Treasurer, are elected through a nationwide mail ballot election in which all members of the APWU are eligible to vote. I am the first woman to hold the office of Secretary-Treasurer of the APWU, an

        office that is one of the three top offices in the union. I was re-elected in 2010 without opposition

3.     Before my appointment as Secretary-Treasurer, I served for 20 years as the elected Northeast Regional Coordinator of the APWU. In that job, I was responsible for coordinating the work of the APWU in an 8-state region and in Puerto Rico and the Virgin Islands. I was the first woman elected to serve as one of the five APWU Regional Coordinators and, by virtue of my election to that position, I became the first woman to serve on the 13-member National Executive Board of the APWU. Before my election as Northeast Regional Coordinator, I served for 6 years as a National Business Agent of the APWU and for 11 years as President of the Hempstead/Western Nassau, NY, Area Local of the APWU.

4.     As Secretary-Treasurer, I am the custodian of the official financial and business records of the APWU. Because of my work as Northeast Regional Coordinator, my service on the APWU National Executive Board, and my work as Secretary-Treasurer, I am thoroughly familiar with the Constitution and Bylaws of the APWU and thoroughly familiar with how the Union is governed in all aspects of its operations.

5.     Exhibit A to this Declaration is a true and correct copy of an official APWU News Bulletin announcing the ballot placement of candidates in the national officer election that is the subject of this lawsuit.

6.     Exhibit A shows that there are 15 candidates for General and Department offices in the Union. That means that every member of the Union is entitled to choose among those 15 candidates and, if they were to receive even one e-mail from each of them, they would be receiving 15 e-mails from general officers alone.

7. In addition to voting for general officers, every member of the union will be entitled to choose among other national office candidates for other offices. Typically, this means that, in addition to the 15 general officer candidates, they are entitled to choose among as many as 7 additional candidates. This means that members could, if plaintiffs prevail in this case, be receiving e-mails from as many as 22 candidates.

8. I am advised that Plaintiffs have denied the statement that "[t]he APWU has not used the e-mail addresses in its database to send communications to the members corresponding to those 27,000 e-mail addresses" on the ground that Mr. Roger Cronk's statement that no such communication has been sent to his knowledge does not establish that no such communication has been sent. I therefore state here unequivocally that no such communication has been sent. In my capacity as Secretary-Treasurer I am personally aware that the APWU has not used the e-mail addresses in its database to send communications to the members corresponding to those 27,000 e-mail addresses.

9. I am advised that plaintiff Dimondstein has asserted that an e-mail exchange between Mr. Dimondstein and me provides a basis for his belief that I communicate with the members of the Union using e-mails. I have an APWU e-mail address that I use to communicate with officers of the Union. Upon receipt of an e-mail from a member, I will respond using e-mail, but I do not store their e-mail addresses in a list.

10. I am informed that Plaintiff Dimondstein's attorney denies on his behalf that he was aware that his July 2, 2013, letter was promptly answered by certified mail which was received at his address by July 17, 2013. Mr. Dimondstein himself does not deny that he was aware of the receipt of the certified letter denying his request; he states only that he "spent almost the entire month of July on the road campaigning." Mr. Dimondstein's

failure to specifically deny that he was aware that his request had been answered is telling for several reasons. First, Mr. Dimondstein is a postal worker and postal workers are particularly aware of and sensitive to the receipt of certified mail. Mr. Dimondstein is married; yet he makes no statement that no one was at home to receive the notice that he had received certified mail. In addition, if Mr. Dimondstein is claiming that he was unaware of the fact that his request had been denied until his attorney discussed the question with APWU's attorney, then it was willful on his part. Mr. Dimondstein is well-acquainted with Election Committee Chairman Tony Turner. Mr. Dimondstein could have called Mr. Turner or called or e-mailed me to find out the answer to his request if he had wanted to find out sooner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2013.

_____
Elizabeth Powell

# DECLARATION OF LIZ POWELL EXHIBIT A

# APWU NEWS Bulletin

CLIFF GUFFEY, President    GARY KLOEPFER, Editor

Vol. 43 No. 7 • June 24, 2013

# Ballot Placement Set for Election Of APWU National Officers

Secretary-Treasurer Liz Powell has certified the union members listed below as candidates for national union office by referendum balloting, as mandated by the APWU Constitution.

A drawing was held on June 24 to determine the order candidates' names will appear on the ballot. Incumbent officers are listed first, with "(I)" appearing after their name.

Secretary-Treasurer Powell cast one vote for candidates in uncontested races and the National Election Committee declared them elected, in accordance with the Constitution. Their names will not appear on the ballot.

## General and Departments
**President**
Cliff Guffey (I), Oklahoma City Area Local (OK)
Mark Dimondstein, Greater Greensboro Area Local (NC)

**Executive Vice President**
Greg Bell (I), Philadelphia Area Local (PA)
Debby Szeredy, Mid-Hudson New York Area Local

**Secretary-Treasurer**
Elizabeth "Liz" Powell (I), Western Nassau New York Area Local
Violetta "Vi" Ward, Cleveland Area Local (OH)
Paul Hern, Greater Cincinnati Ohio Area Local

**Industrial Relations Director**
Mike Morris (I), Birmingham Area Local (AL)
Tony D. McKinnon Sr., Fayetteville Area Local (NC)

**Legislative/Political Director**
Gary Kloepfer (I), Tri-County Ohio Area Local
John L. Marcotte, Gaylord Local (MI)

**Organization Director**
Martha Shunn-King (I), Sarasota Local (FL)
Anna Smith, Portland Oregon Area Local

**Health Plan Director**
William "Bill" Kaczor (I), Buffalo Local (NY)
Robert Furbush, Houston Area Local (TX)

### Eligibility to Vote
To be eligible to vote, members of the American Postal Workers Union must have been "in good standing" according to the official records of the national union on June 15 of the election year.

## Regional Coordinators
**Southern Region**
Princella Vogel (I), Houston Area Local (TX)
Kennith L. Beasley, Atlanta Metro Area Local (GA)

## Clerk Division
**Director**
Rob Strunk (I), Phoenix Metro Area Local (AZ)
Clint Burelson, Olympia Local (WA)

## National Business Agents, Central Region
**Chicago Region, (A)**
Linda Turney (I), Schaumburg Local (IL)
Christopher E. Ulmer, Detroit District Area Local (MI)

**Chicago Region, (B)**
Mike O'Hearn (I), Kankakee Area Local (IL)
Dave Baskin, Northwest Illinois Area Local

**Cincinnati Region, (B)**
Randall "Randy" Downard, Muncie Area Local (IN)
Mark E. Graham, Springfield Local (OH)
Michael L. Macho, Radcliff Local (KY)

## National Business Agents, Northeast Region
**New York Region, (B)**
John "JB" Bernovich (I), Long Island Area Local (NY)
Elizabeth "Liz" Swigert, Queens Area Local (NY)

## National Business Agents, Southern Region
**Dallas Region, (C)**
Sam Lisenbe (I), Fort Worth Area Local (TX)
Theodore "Ted" Patterson Jr., New Orleans Local (LA)

## National Business Agents, Western Region
**San Francisco Region (B)**
Shirley J. Taylor (I), East Bay Area Local (CA)
Dennis K. Wong, Daly City Local (CA)

*(Continued)*



## Maintenance Division
**Assistant Director (B)**
Gregory "Greg" See (I), Mansfield Area Local (OH)
Steven Duckworth Jr., Trenton Metro Area Local (NJ)

**National Business Agents, Central Region (B)**
Joe "Dean" Hathaway (I), Saint Louis Gateway Area Local (MO)
Jeffrey S. Beaton, Greater Kansas City Metro Area Local (MO)

**National Business Agents, Central Region (C)**
Troy Rorman (I), Minneapolis Area Local (MN)
Dave Geissinger, Saint Paul Area Local (MN)
Curtis Walker, Flint Area Local (MI)

**National Business Agents, Western Region (A)**
Shirley Jasper, Greater Los Angeles Area Local (CA)
Mike Isaacson, Phoenix Metro Area Local (AZ)
Dan Van Minnen, Aurora Local (CO)
Charles P. Smith, Puget Sound Area Local (WA)
Caroline B. Federico, San Jose Area Local (CA)
Louis M. Kingsley, Jr., California Area Local
Paul E. Maille, Reno Local (NV)

## Motor Vehicle Service Division
**National Business Agents, Western Region**
Edward Knipe (I), San Diego Area Local (CA)
Jerome Pittman, San Francisco Local (CA)

## Other National Business Agents
**Caribbean Area**
Daniel Soto (I), Puerto Rico Area Local (PR)
Alberto Ortiz, Puerto Rico Area Local (PR)
John M. Peroza, Puerto Rico Area Local (PR)

### Mailing of the Ballots
Ballots will be mailed to APWU members on or after Sept. 10, 2013, but no later than Sept. 13, 2013. Members in good standing who have not received a ballot by Sept. 19 should contact their local or call the American Arbitration Association between 9 a.m. and 5 p.m. [Eastern Time], Monday-Friday, at 800-529-5218 to request a duplicate. Duplicate ballot requests should include the name, employee ID number, last four digits of the Social Security number, along with the local, craft, mailing address, and phone number. Duplicate ballots also may be requested by visiting *www.aaaelections.org/apwu*.

To be valid, ballots must be in the designated post office box by Oct. 7, at 2 p.m.

## Retiree National Convention Delegates
**Central Region**
Paul Renshaw, Cleveland Area Local (OH)
Al LaBrecque, Flint Michigan Area Local Retiree Chapter

**Southern Region**
Elizabeth Ann Bobo (I), Florida Postal Workers Retiree Chapter
Desmond J. Neurohr, Florida Postal Workers Retiree Chapter
Charles Rufus Hunt, Atlanta Metro Area Local (GA)

**Western Region**
Byron Denton (I), California State Retiree Chapter
Patricia "Patsy" Mort, San Fernando Valley Area Local (CA)

## Uncontested National Offices

### General and Departments
**Research and Education Director**
Joyce B. Robinson (I), Richmond Area Local (VA)
**Human Relations Director**
Susan M. "Sue" Carney (I), South Jersey Area Local (NJ)

### Regional Coordinators
**Central Region**
Sharyn M. Stone (I), Indianapolis Area Local (IN)
**Eastern Region**
Mike Gallagher (I), Philadelphia BMC Local (PA)
**Northeast Region**
John H. Dirzius (I), Greater Connecticut Area Local
**Western Region**
Omar M. Gonzalez (I), Greater Los Angeles Area Local (CA)

### Clerk Division
**Assistant Director (B)**
Lyle Krueth (I), Minneapolis Area Local (MN)
**Assistant Director (C)**
Lamont Brooks (I), The Northern Virginia Area Local (VA)
**National Business Agents, Central Region**
**Chicago Region, (C)**
Lynn Pallas-Barber (I), 498-499 Area Local (MI)
**Cincinnati Region, (C)**
Michael Schmid (I), Columbus Area Local (OH)
**Minneapolis Region, (A)**
William Mellen (I), Saint Paul Area Local (MN)
**Minneapolis Region, (B)**
Martin J. Mater (I), Madison Wisconsin Area Local
**St. Louis Region, (A)**
Robert D. Kessler (I), Greater Kansas City Metro Area Local (MO)
**St. Louis Region, (B)**
Dennis Taff (I), Western Arkansas Area Local

*(Continued)*



*(Uncontested Offices Continued)*

**Wichita Region, (B)**
Christine "Chris" Pruitt (I), Wichita Area Local (KS)
**National Business Agents, Eastern Region**
**Philadelphia Region, (A)**
Robert Romanowski (I), New Jersey Shore Area Local
**Philadelphia Region, (B)**
John Louis Jackson Jr. (I), Philadelphia BMC Local (PA)
**Philadelphia Region, (C)**
Jeff Kehlert (I), Trenton Metro Area Local (NJ)
**Washington DC Region, (A)**
Rachel A. Walthall (I), Baltimore Francis "Stu" Filbey Area Local (MD)
**Washington DC Region, (B)**
Pamela Richardson (I), Lynchburg Area Local (VA)
**Washington DC Region, (C)**
Nancy E. Olumekor (I), Nation's Capital Southern MD Area Local (DC)
**National Business Agents, Northeast Region**
**New England Region, (A)**
Frank Rigiero (I), Central Massachusetts Area Local
**New England Region, (B)**
Stephen J. Lukosus (I), Boston Metro Area Local (MA)
**New England Region, (C)**
Tom O'Brien (I), South Shore Area Local (MA)
**New York Region, (A)**
Peter "Pete" Coradi (I), Brooklyn Local (NY)
**New York Region, (C)**
Bernie Timmerman (I), Central New York Area Local
**National Business Agents, Southern Region**
**Atlanta Region, (A)**
Robert M. Bloomer Jr. (I), Clearwater Local (FL)
**Atlanta Region, (B)**
Patricia A. Davis-Weeks (I), Tampa Area Local (FL)
**Atlanta Region, (C)**
Michael Sullivan (I), Suncoast Area Local (FL)
**Dallas Region, (A)**
Jack Crawford (I), Houston Area Local (TX)
**Dallas Region, (B)**
Larry Crawford (I), Dallas Area Local (TX)
**Memphis Region, (A)**
Billy Woods (I), Birmingham Area Local (AL)
**Memphis Region, (B)**
Jerry McIlvain (I), Chattanooga Area Local (TN)
**National Business Agents, Western Region**
**Denver Region, (A)**
Marilyn "Mo" Merow (I), Tucson Area Local (AZ)
**Denver Region, (B)**
Stella JoAnn Gerhart (I), Phoenix Metro Area Local (AZ)
**Northwest Region, (A)**
Martin "Marty" Barron (I), Greater Seattle Area Local (WA)
**Northwest Region, (B)**
Brian Dunn (I), Portland Oregon Area Local
**San Francisco Region, (A)**
Gilbert C. Ybarra (I), California Area Local
**San Francisco Region, (C)**
James E. Scoggins (I), Greater Los Angeles Area Local (CA)
**San Francisco Region, (D)**
Chuck Locke (I), Sacramento Area Local (CA)

## Maintenance Division
**Director**
Steven G. "Steve" Raymer (I), Madison Wisconsin Area Local
**Assistant Director (A)**
Idowu Balogun (I), Greater Los Angeles Area Local (CA)
**National Business Agents, Maintenance Division**
**Central Region, (A)**
Vance Zimmerman (I), Greater Cincinnati Ohio Area Local
**Eastern Region**
William LaSalle (I), Philadelphia BMC Local (PA)
**Northeast Region**
Richard H. Logan (I), Providence Area Local (RI)
**Southern Region, (A)**
John Gearhard (I), Jacksonville BMC Local (FL)
**Southern Region, (B)**
Terry B. Martinez (I), Dallas Area Local (TX)
**Western Region, (B)**
Jimmie Waldon (I), Sacramento Area Local (CA)

## Motor Vehicle Service Division
**Director**
Michael O. Foster (I), Detroit District Area Local (MI)
**Assistant Director**
Javier Piñeres (I), San Jose Area Local (CA)
**National Business Agents**
**Central Region**
Merlie H. Bell (I), Chicago Local (IL)
**Eastern Region**
Kenneth Prinz (I), Philadelphia Area Local (PA)
**Northeast Region**
Joseph L. LaCapria (I), Western Nassau New York Area Local
**Southern Region, Southeast Sub-Region**
Bruce Amey, Atlanta Metro Area Local (GA)
**Southern Region, Southwest Sub-Region**
Dwight "D.D." Johnson (I), Fort Worth Area Local (TX)

## Support Services Division
**Director**
Stephen R. Brooks, Twin Cities PDC Local (MN)

## Other National Business Agents
**Alaskan Area**
James M. Patarini (I), Midnight Sun Area Local (AK)

## Retirees Department Director
Judy Beard (I), Detroit District Area Local (MI)

## Retiree National Convention Delegates
**Eastern Region**
John P. Richards (I), Pittsburgh Metro Area Local Retiree Chapter (PA)
**Northeast Region**
Dolores Young (I), New York Metro Area Local

