UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARK DIMONDSTEIN, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:13-cv-1228 (CKK) |
| ) | |
| AMERICAN POSTAL WORKERS UNION, ) | |
| Defendant. ) | |

## SECOND DECLARATION OF ROGER S. CRONK

I, Roger S. Cronk, in lieu of an affidavit as permitted by 28 U.S.C. Section 1746, declare as follows:

1. I am the Senior Manager of the Information Technology Department of the American Postal Workers Union, AFL-CIO (the APWU). My office is on the fourth floor of APWU Headquarters at 1300 L Street, NW, Washington, DC, 20005. I live in Ashburn, Virginia.

2. I have been APWU's Senior Manager of IT since 2000. Before that, since 1987, I worked in the APWU IT Department as a Senior Programmer/Analyst. I hold a B.S. degree in computer science and a B.S. degree in business management.

3. I am thoroughly familiar with the APWU's information technology hardware and software. The APWU information database concerning its state and local organizations and its individual members is managed through a software program called iMIS.

4. In my position as Senior IT Manager for the APWU, it is my official duty to be aware of how the APWU computer system and database are used. If the APWU had attempted to communicate with its membership using the approximately 27,000 e-mail addresses in the iMIS system, I would know that as a part of my official duties.

5...     The APWU has not attempted to communicate with its membership using the approximately 27,000 e-mail addresses in the iMIS database...

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 21ST day of August 2013, at Washington D.C.

*Roger S. Cronk* (signature)
Roger S. Cronk