UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK DIMONDSTEIN, et al. )
)
)
Plaintiff, )
)
v. ) Case No. 1:13-cv-1228 (CKK)
)
AMERICAN POSTAL WORKERS UNION, )
Defendant. )
)

## SECOND DECLARATION OF JUDY BEARD

I, Judy Beard, in lieu of an affidavit as permitted by 28 U.S.C. Section 1746, declare as follows:

1. I am the Director of the Retiree Department of the American Postal Workers Union, AFL-CIO (the APWU). My office is at 1300 L Street, NW, Washington, DC 20005.

2. As Director of the Retiree Department, one of my responsibilities is to send out a weekly newsletter called a "Friday Alert" that is published by the Alliance for Retired Americans. We send the Friday Alert to our retiree members for whom we have e-mail addresses. Examples of the Friday Alert are Exhibits A and B to my first Declaration in this case.

3. We have approximately 41,000 retirees in our Retiree Department. We have e-mail addresses for 3,739 of them. That is the list we use to send the Friday Alerts.

4. I am aware that Plaintiffs in this suit have inferred from declarations filed by Roger Cronk and myself that we have several e-mail lists for retirees. That is not the case. We

have one e-mail list for retirees and it totals approximately 3,739 e-mail addresses. The total fluctuates slightly day to day.

5. Our e-mail list was obtained from e-mail addresses in the APWU database known as iMIS. From iMIS we received more than 5,000 e-mail addresses. Using that e-mail list, we had our contractor remove any duplicates and then began sending the "Friday Alert" to the e-mail addresses in our system.

6. The remaining addresses in our system are fewer than the number provided to us from iMIS because duplicate addresses have been removed and because some members have unsubscribed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2013.

_____
Judy Beard