UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, et al.<br><br>            Plaintiff,<br><br>v.<br><br>AMERICAN POSTAL WORKERS UNION,<br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:13-cv-1228 (CKK)<br>)<br>)<br>)<br>) |

**DECLARATION OF THOMAS MAIER**

I, Thomas Maier, in lieu of an affidavit as permitted by 28 U.S.C. Section 1746, declare as follows:

1. I work as the Executive Assistant to the President of the American Postal Workers Union, AFL-CIO (the APWU). I have been doing this work since early 2013. Before that, I held several different positions as an APWU officer.

    - From 1983 until February 1991, I was the elected President of the Tulsa, Oklahoma Local of the APWU.

    - From February 1991 until November 2001, I was an elected National Business Agent.

    - In 2001, I ran for the office of Central Region Coordinator but was not elected, so I worked as a rank and file postal worker in Tulsa and a part-time Tulsa Local APWU officer until 2004 when I was again elected to serve as a National Business Agent.

    - I served as an elected National Business Agent from November 2004 until February 2011.

    - Beginning in February 2012, I served first as the appointed Assistant Director of Legislation and Political Affairs for the APWU, and then in my present capacity as Executive Assistant.

2. My only personal cell-phone is an iPhone that I purchased myself. My only communications service using that phone is provided through an AT&T family plan that I pay for myself. The APWU does not provide me any personal cell-phone or other smart-phone device nor does the APWU pay any part of the subscription cost of my communications using my iPhone.

3. I have both a personal e-mail address and an APWU e-mail address that I use for communications on my iPhone, so I send both personal and work e-mail messages using my personal iPhone and personal AT&T account.

4. Shortly after 6 p.m. on August 18, 2013, I was at home in my apartment in northwest Washington, DC, when I received an e-mail from Facebook on my iPhone. The e-mail was addressed to my work e-mail address. It invited me to a Facebook page related to a political team participating in the current APWU election of national officers.

5. In response to this invitation, I promptly forwarded it to approximately 80 APWU officers using my iPhone and three separate email lists I use, one for all APWU National Business Agents, one for APWU resident officers, and one for all National Executive Board members of the APWU.

6. Within minutes after I forwarded the invitation, I realized that I had made the mistake of sending a political message to official email addresses of APWU officers. I then sought to recall my message.

7. A large number of the 80 or so emails I had sent were returned to me unopened in response to my request to recall my e-mail, but not all were returned. I promptly deleted the returned e-mails.

8. During the early evening of August 21, 2013, I received a telephone call from

APWU attorney Darryl Anderson. Mr. Anderson informed me that Mr. Mark Dimondstein had filed a Declaration in court concerning my e-mail message. Mr. Anderson instructed me not to make any change or deletion of any kind to my iPhone or to any computer or list I use for either work or personal communications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2013.

_____
Thomas Maier