UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARK DIMONDSTEIN, et al. | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:13-cv-1228 (CKK) |
| AMERICAN POSTAL WORKERS UNION, | ) | |
| Defendant. | ) | |

THIRD DECLARATION OF ELIZABETH POWELL

I, Elizabeth Powell, in lieu of an affidavit as permitted by 28 U.S.C. Section 1746, declare as follows:

1.          I am the Secretary-Treasurer of the American Postal Workers Union, AFL-CIO (APWU). The APWU is one of the four major unions representing employees of the United States Postal Service. The APWU represents clerks, maintenance employees, motor vehicle service employees, and several other categories of postal employees in nationwide bargaining units. We represent approximately 200,000 postal employees.

2.          I was appointed Secretary-Treasurer of the APWU in October 2009 to fill a vacancy. I have since won election to a full three-year term that began on November 12, 2010. National officers of the APWU, including the Secretary-Treasurer, are elected through a nationwide mail ballot election in which all members of the APWU are eligible to vote. I am the first woman to hold the office of Secretary-Treasurer of the APWU, an

office that is one of the three top offices in the union. I was elected in 2010 without opposition.

3.      Before my appointment as Secretary-Treasurer, I served for 20 years as the elected Northeast Regional Coordinator of the APWU. In that job, I was responsible for coordinating the work of the APWU in an 8-state region and in Puerto Rico and the Virgin Islands. I was the first woman elected to serve as one of the five APWU Regional Coordinators and, by virtue of my election to that position, I became the first woman to serve on the 13-member National Executive Board of the APWU. Before my election as Northeast Regional Coordinator, I served for 6 years as a National Business Agent of the APWU and for 11 years as President of the Hempstead, NY/Western Nassau, NY Area local of the APWU.

4.      As Secretary-Treasurer, I am the custodian of the official financial and business records of the APWU. Because of my work as Northeast Regional Coordinator, my service on the APWU National Executive Board, and my work as Secretary-Treasurer, I am thoroughly familiar with the Constitution and Bylaws of the APWU and thoroughly familiar with how the Union is governed in all aspects of its operations.

5.      I am aware that, in the above-captioned suit, plaintiff Mark Dimondstein has filed a Declaration complaining about an e-mail message allegedly sent to official APWU e-mail addresses. It is very easy for anyone to determine any national officer's official APWU e-mail address. All official APWU e-mail addresses follow the same pattern, using the first initial of the officer's first name then the officer's last name at apwu.org. For example, my e-mail address is EPowell@apwu.org. The names of all APWU officers at headquarters and of all our Regional Coordinators are available to the public

2

through our APWU web page.  Mr. Dimondstein, as an APWU staff employee, had an e-mail address that followed this convention.

6.      Exhibit A to this Declaration is a true and correct copy of Article 12, Sections 9-11 of the APWU Constitution and Bylaws.  As this Exhibit shows, the APWU national officer election process includes an appeal procedure.  Mr. Dimondstein has a right to file an appeal with the National Election Appeals Committee under Article 12, and to obtain a remedy from that Committee.

7.      The APWU National Election Appeals Committee (NEAC) has in the past issued decisions and awarded remedies before an election takes place in order to correct a violation and avoid the possibility of any effect on the election.

8.      As Secretary-Treasurer of the APWU, it is my responsibility to know whether or not APWU committees have been appointed and are functioning.  The NEAC has been appointed and it is functioning and hearing appeals that have arisen in the current national officer election.

9.      Mr. Dimondstein has filed an appeal with the NEAC concerning his allegations that this incident amounts to the use of property and resources of the APWU for campaigning.  Mr. Dimondstein mailed his appeal by Express Mail addressed to and sent to "National Election Appeals Committee/Attn: Secretary Treasurer."  It was received in my office on August 22, 2013, and it has been forwarded to the NEAC by my office.  Exhibit B to this Declaration is a copy of Mr. Dimondstein's appeal to the NEAC and of the Express Mail envelope in which it arrived in my office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2013.

_____

                                     Elizabeth Powell

# THIRD DECLARATION OF ELIZABETH POWELL

# EXHIBIT A

# CONSTITUTION
### AND
# BYLAWS

#### OF THE

# AMERICAN POSTAL WORKERS UNION

### AFL-CIO



## AS AMENDED AUGUST 23, 2012

SEC. 9. Any member who feels aggrieved in connection with the conduct of a national election shall file their grievance with the National Election Appeals Committee within seventy-two (72) hours after the grievance arises.

SEC. 10.   The President, with the approval of the National Executive Board, shall appoint a National Election Appeals Committee which shall consist of the President and four (4) additional members.   This committee shall have final authority to decide disputes, controversies and appeals arising out of local, state, regional and national elections.   The National Election Appeals Committee shall have authority to adopt rules and regulations as it deems desirable to promptly accomplish the objective of this Article.   Where the National Elections Appeals Committee finds merit in an appeal, it shall have full authority to direct and impose such a remedy as it considers necessary or proper.

SEC. 11. Officers declared elected through applicable procedures of national, local, area local, regional and state organizations shall assume and hold office pending final determination under the appeals procedures provided in this Article.

## ARTICLE 13

*National Executive Board, Executive Council, and Committees*

SEC. 1.  The National Executive Board of the APWU shall consist of the President, Executive Vice President, Secretary-Treasurer, Industrial Relations Director, Clerk Division Director, Motor Vehicle Service Division Director, Maintenance Division Director, Support Services Division Director and the five (5) Regional Coordinators.

# THIRD DECLARATION OF ELIZABETH POWELL

# EXHIBIT B

August 21, 2013



National Election Appeals Committee
Attn: Secretary Treasurer
American Postal Workers Union, AFL-CIO
1300 L Street, N.W.
Washington, D.C. 20005

Dear Committee Members,

This is an appeal regarding the conduct of the national APWU election on behalf of myself and the candidates of the APWU Members First Team.

In flagrant disregard of Department of Labor Regulations and the "Rules and Regulations Governing 2013 National Elections", Tom Maier, Assistant to the APWU President and Industrial Relations Director, has used the official email system of the APWU officers, clearly property and resources of the union, for the purposes of campaigning. The attached email was forwarded using the property and resources of the union to 79 officers, who in turn have large influence throughout the APWU.

Tom Maier serves in his capacity to two top officers who are also candidates in this election. He took this action in his official capacity as senior union staff and by extension in the name of the President and Industrial Relations Director of the APWU. The names listed in the email are all candidates, either opposed or unopposed, who are running on the incumbents ticket in the ongoing APWU National Election. I, and the APWU Members First Team I head up, are running against these very same incumbents.

The attachment speaks for itself. Using the official email system (property and resources of the union) would likely set off a chain of events where recipients would process the email in the same way, so it is possible thousands of people have received this act of campaigning emanating from and through the official officer email system of the union, clearly property and resources of the union.

There is no telling how many other times Tom Maier, other officers and staff have used their assigned union email addresses (property and resources of the union) for the purpose of campaigning, rather than for the intended purpose of engaging in union business. This is the one incident that has come to light thus far. This attachment would indicate that there is likely a practice of such activity.

This is an egregious violation, most likely representing similar and repeated violations, that violate the conduct of the election from the incumbents and their staff representatives, and have an impact on the outcome of the election.

Sincerely,

Mark Dimondstein, Candidate, President

**From:** Tom Maier
**Sent:** Sunday, August 18, 2013 6:22 PM
**To:** Cliff Guffey, President; Greg Bell; Liz Powell; Rob Strunk; Steven Raymer; Michael Foster, Director MVS; Gary Kloepfer; Sue Carney; Martha Shunn-King; Joyce Robinson; Lyle Krueth; Lamont Brooks; Idowu Balogun; Gregory See; Javier Pincres; NBAs; Regional Coordinators
**Subject:** Fwd: Marcia Coleman suggested you like APWU Leadership Team 2013...


Tom Maier
Executive Assistant to the President
Executive Assistant to the Director Industrial Relations
American Postal
Workers Union, AFL-CIO

202-842-4292 - Office
405-606-5677 - Cell

Begin forwarded message:

**From:** Facebook <notification+pj1di5__@pages.facebookmail.com>
**Date:** August 18, 2013, 6:09:08 PM EDT
**To:** Tom Maier <tmaier@apwu.org>
**Subject: Marcia Coleman suggested you like APWU Leadership Team 2013...**
**Reply-To:** Facebook <notification+pj1di5__@facebookmail.com>



facebook

**Like APWU Leadership Team 2013 on Facebook**

Marcia Coleman invited you to like her new Page APWU Leadership Team 2013.

**APWU Leadership Team 2013**
Experienced, knowledgeable, and dedicated leadership. We Need Your Support! And Ask For Your Vote! Move Forward! Vote Leadership Team

Like Page | View Page | This is Spam

This message was sent to tmaier@apwu.org. If you don't want to receive these emails from Facebook in the future, pleaseunsubscribe.
Facebook, Inc., Attention: Department 415, PO Box 10005, Palo Alto, CA 94303





PLEASE NOTE:

When used internationally affix customs
declarations (PS Form 2976, or 2976A).

Flat Rate Envelope

Visit us at usps.com

**EXTREMELY URGENT**

Please Rush To Addressee

Addressee Copy

Post Office To Addressee

*EXPRESS MAIL*

UNITED STATES POSTAL SERVICE

DELIVERY (POSTAL USE ONLY)

CUSTOMER USE ONLY

WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if
customer requests waiver of signature.

NO DELIVERY







*EXPRESS MAIL*

UNITED STATES POSTAL SERVICE





EI867948120US



Place

FOR PICKUP OR TRACKING

Visit **www.usps.com**

Call 1-800-222-1811

FROM: PLEASE PRINT  PHONE

PRESS HARD. YOU ARE MAKING 3 COPIES.