UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 13-1228 |
| ) | |
| AMERICAN POSTAL WORKERS UNION, ) | |
| ) | |
| Defendant. ) | |

## SUPPLEMENTAL AFFIDAVIT OF MARK DIMONDSTEIN

1. My name is Mark Dimondstein. I am one of the plaintiffs in this action. I make this affidavit both in further support of our motion for a preliminary injunction, and in opposition to the motion for summary judgment.

2. Early this afternoon, the document that is attached as Exhibit Y came to me by fax. It appears to be a copy of an email that Tom Maier, a high-level non-elected APWU staff member, sent to the entire elected leadership team of the APWU, providing information about a Facebook page (also part of Exhibit Y) supporting the re-election of the incumbents. Because the signature block of the email recites his official positions, and because the Facebook notification came into his official union email address, and because the list of addressees includes "NBAs," which refers to the elected National Business Agents. as well as "Regional Coordinators," another set of officials, I assume that he also used his official union email address to forward the notification.

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on August 21, 2013.

*[signature]*

Mark Dimondstein

From: Tom Maier
Sent: Sunday, August 18, 2013 6:22 PM
To: Cliff Guffey, President; Greg Bell; Liz Powell; Rob Strunk; Steven Raymer; Michael Foster, Director MVS; Gary Kloepfer; Sue Carney; Martha Shunn-King; Joyce Robinson; Lyle Krueth; Lamont Brooks; Idowu Balogun; Gregory See; Javier Pineres; NBAs; Regional Coordinators
Subject: Fwd: Marcia Coleman suggested you like APWU Leadership Team 2013...


Tom Maier
Executive Assistant to the President
Executive Assistant to the Director Industrial Relations
American Postal
Workers Union, AFL-CIO

202-842-4292 - Office
405-606-5677 - Cell

Begin forwarded message:

From: Facebook <notification+pj1di5___@pages.facebookmail.com>
Date: August 18, 2013, 6:09:08 PM EDT
To: Tom Maier <tmaier@apwu.org>
Subject: **Marcia Coleman suggested you like APWU Leadership Team 2013...**
Reply-To: Facebook <notification+pj1di5___@facebookmail.com>

---

**facebook**

### Like APWU Leadership Team 2013 on Facebook

Marcia Coleman invited you to like her new Page APWU Leadership Team 2013.

**APWU Leadership Team 2013**
Experienced, knowledgeable, and dedicated leadership. We Need Your Support! And Ask For Your Vote! Move Forward! Vote Leadership Team

[Like Page]   [View Page]   This is Spam

---

This message was sent to tmaier@apwu.org. If you don't want to receive these emails from Facebook in the future, please unsubscribe.
Facebook, Inc., Attention: Department 415, PO Box 10005, Palo Alto, CA 94303

**EXHIBIT Y**

# Leadership Team 2013

54 likes

**Community**
Experienced, knowledgeable, and dedicated leadership.
We Need Your Support!
And Ask For Your Vote!

About – Suggest an Edit

54 Likes

Photos    Likes

Post

**Leadership Team 2013** shared a link.
19 hours ago

"But the Postal Service's largest labor organization, the American Postal Workers Union (APWU), said it "vehemently opposes any plan that would remove postal workers from the Federal Employees Health Benefits Program. The USPS proposal is a brazen attempt to shift costs to postal employees and Medicare."

Don't believe the other teams propaganda.

**Postal health plan would save USPS money, but workers could pay the price**
www.washingtonpost.com
The Postal Service's proposed pullout from the federal health plan would cause uncertainty for workers.

Like · Comment · Share

Invite Your Friends to Like this Page

Type a friend's name...

Elmar Sulk    Invite
Dan Levy    Invite
Marc John Randazza    Invite

See All

Recent Posts by Others on Leadership Team 2013    See All

**Charlie Cash**
3  1 · 22 hours ago
Wow...an open unedited group...what a concept!

**Charlie Cash**
2  1 · 22 hours ago
Is it just me or are the folks opposing the Leadership Team...

**Joe Cuccinotto**
1 · Yesterday at 12:16pm
Phoenix Metro Area Local on Saturday passed the E-Board ...

(46) Leadership Team 2013



👍 2 people like this.

Write a comment...



**Leadership Team 2013**
August 19

Continue forward -- Don't Fall Back

Vote Leadership Team 2013

Like · Comment · Share

👍 8 people like this.

Write a comment...

**Leadership Team 2013** shared a link.
August 19

Cliff won't be bullied, and he won't allow anti-union, right-wing zealots to denigrate the hard-working members of the APWU. The following video illustrates Guffey's forceful response to Tea Party representative, Dennis Ross of Florida during a hearing of the House Oversight and Government Reform Committee. http://www.youtube.com/watch?feature=player_embedded&v=9ENosBK83yg



**APWU President Gets Defensive About Dennis Ross Exposing APWU Paying Union Members to Vote**

APWU President Gets Defensive About Dennis Ross Exposing APWU Paying Union Members to Vote.

Like · Comment · Share

👍 4 people like this.

Write a comment...

 

**Colee Biller-Littlefield** and, as Moe would say, THE STRUGGLE CONTINUES.....on many fronts !
Like · Reply · 👍 1 · Yesterday at 4:41am



**Leadership Team 2013** changed their cover photo.
August 18



**Colee Biller-Littlefield**
Yesterday at 4:50am
It is sad that so many of these fine officers and candidates ...

**Gary Phillippe**
August 18 at 11:57pm
I am guessing no one is turned away

More Posts



**Leadership Team 2013**
August 19

**Leadership Team** (20 photos)

Like · Comment · Share

👍 7 people like this.

Write a comment...    Top Comments

 

**Colee Biller-Littlefield** We are very fortunate to have such great leadership !!! I gave Cliff my vote of approval many years ago and he remains one of the finest Union leaders APWU has ever had. Moe saw his potential 25 over 25 years ago.....that's speaks volumes!!!!
Like · Reply · 👍 2 · Yesterday at 4:48am

 

**Patty Olson** They have my support!
Like · Reply · August 19 at 7:29pm

 

View 1 more comment

**Leadership Team 2013** changed their cover photo.
August 19



Like · Comment · Share

👍 5 people like this.

**Clifford Koch** The APWU needs a united front now more than ever and I hope your membership puts their differences aside and unites to save the Postal Service.
Like · Reply · August 19 at 12:20am

**Colee Biller-Littlefield** It is sad that so many of these fine officers and candidates have to go through the expensive and tedious motions of an election. Many of their opponents have been misled by lies and nonsense from a man who knows better! And one who should be pushing... See More
Like · 👍 1 · Yesterday at 4:40am

Write a reply...

Write a comment...

---



**Leadership Team 2013** shared a link.
August 18

Union Wins Major Subcontracting Case

The APWU won a major victory Aug. 13 when Arbitrator Shyam Das issued a ruling that will help the union fight subcontracting, President Cliff Guffey has announced. Das ruled that locals must be notifie... See More

**01**
www.apwu.org

Like · Comment · Share

👍 Lori McGrath Ennis likes this.

---



**Leadership Team 2013** shared a link.
August 18

**First 399 Clerk Craft PSEs to be Converted to Career Status**
shar.es

In response to demands from the APWU, the Postal Service agreed on Aug. 14 to convert 399 Clerk Craft

Like · Comment · Share

👍 3 people like this.

Write a comment...

---

**Leadership Team 2013** shared a link.
August 18

**APWU, USPS Agreement Strengthens, Clarifies PSE Seniority**
shar.es

The American Postal Workers Union achieved a significant victory on Aug. 13, with the signing a Memorandum of

Like · Comment · Share

👍 5 people like this.

Top Comments ▼

Write a comment...

**Leadership Team 2013** shared a link.
August 18

**$937 Cost-of-Living Raise Set for September**
shar.es
Career APWU members will receive a $937 annual increase in pay in September, APWU President Cliff Guffey

Like · Comment · Share

2 people like this.

Write a comment...

**Trina Sunderlin** As a PTF, I wish my seniority was protected, but someone with 5-6 years of service can take 17+ years for the regular position that has become available.
Like · Reply · 2 · August 18 at 8:55pm

**Linda O'Donnell** Trina, I have the same issue here - put in a grievance to convert the senior PTF only to have someone transfer in who is being excessed to take it away from her.
Like · Reply · 1 · August 19 at 3:58pm

Write a comment...

**Leadership Team 2013**
August 18

Our livelihood is under attack by potent entities that are not only hell bent on undermining our standard of living, but on destroying America's postal service.

The battles we face are being waged now. We didn't start this war, but we are determined to fight and win with your assistance and support. We have the experience. We have the know-how and we have the devotion to ensure we survive the on... See More

Like · Comment · Share

7 people like this.

Write a comment...

**Joined Facebook**
August 18

Earlier in 2013

About  Create Ad  Create Page  Developers  Careers  Privacy  Cookies  Terms  Help

Facebook © 2013 · English (US)