# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARK DIMONDSTEIN, *et al*,

       Plaintiff,

  v.

AMERICAN POSTAL WORKERS UNION

       Defendant.

Civil Action No. 13-1228 (CKK)

## ORDER
(August 29, 2013)

For the reasons stated in the accompanying Memorandum Opinion, it is, this 29th day of August, 2013, hereby

**ORDERED** that the Plaintiffs' [2] Motion for a Preliminary Injunction is GRANTED. In advance of the mailing of ballots for this fall's APWU national-officer election, Defendant shall, on an expedited basis and at Plaintiffs' expense, arrange for distribution via e-mail of Plaintiffs' candidate communications to the full list of member e-mail addresses stored by Defendant, as well as sub-parts of this list practically accessible by Defendant.

**SO ORDERED.**

                                     /s/
                                COLLEEN KOLLAR-KOTELLY
                                United States District Judge