AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Mark Dimondstein, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  13-cv-1228-CKK |
| American Postal Workers Union | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Postal Workers Union                                                                                                              .

Date:  09/05/2013

/s/Melinda K. Holmes
*Attorney's signature*

Melinda K. Holmes. D.C. Bar No. 458043
*Printed name and bar number*

O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, D.C. 20005

*Address*

mholmes@odsalaw.com
*E-mail address*

(202) 898-1707
*Telephone number*

(202) 682-9276
*FAX number*