UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 13-1228 |
| ) | |
| AMERICAN POSTAL WORKERS UNION, ) | |
| ) | |
| Defendant. ) | |

**EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and based on the Affidavits of Glenn Simpson, Leighton Woodhouse, and Paul Alan Levy, as well as the Affidavits and Verified Complaint submitted in support of the preliminary injunction and the accompanying memorandum of law, plaintiffs move the Court to enforce its previously granted preliminary injunction compelling defendant American Postal Workers Union ("APWU") to allow them to send their campaign literature, by ordering APWU to allow plaintiffs to send emails with lines chosen by plaintiffs, not ones chosen by defendant which, as the evidence shows, is likely to make campaign emailing extremely ineffective, and for other relief as set forth in the papers.  Because the ballots are scheduled to be mailed on Thursday, September 12, the Court is requested to set this motion for hearing as soon as practicable.

Respectfully submitted,

  /s/ Paul Alan Levy
Paul Alan Levy (DC Bar No. 946400)
Jehan A. Patterson (DC Bar 1012119)

Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009

                                              (202) 588-1000 (voice)  
                                              (202) 588-7795 (facsimile)  
                                              plevy@citizen.org  
                                              jpatterson@citizen.org

                                              Attorneys for Plaintiffs

September 5, 2013