UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK DIMONDSTEIN, *et al*,

    Plaintiffs,

    v.

AMERICAN POSTAL WORKERS UNION

    Defendant.

Civil Action No. 13-1228 (CKK)

**ORDER**
(September 5, 2013)

The Court has reviewed Plaintiffs' [26] Emergency Motion to Enforce Preliminary Injunction. In consideration of this Motion, it is, this 5th day of September, 2013, hereby

**ORDERED** that counsel for both parties shall participate in an on-the-record conference call with the Court at 11:00 AM on September 6, 2013. During this conference call counsel should be prepared to discuss the legality of Defendant's requirement of a specific e-mail subject line for candidate campaign material. Furthermore, counsel should be prepared to discuss whether the e-mail distribution vendor chosen by Defendant is the vendor that has been used for past APWU e-mail distributions. Finally, counsel should be prepared to discuss whether the e-mail distribution vendor proposed by Plaintiffs is acceptable to Defendants, and if not, the basis for any objections.

**IT IS FURTHER ORDERED** that Defendant shall adhere to this Court's August 29, 2013 [23] Order requiring it to "arrange for distribution via e-mail of Plaintiffs' candidate communications to the full list of member e-mail addresses stored by Defendant, as well as sub-parts of this list practically accessible by Defendant" "on an expedited basis." The actions of

Defendant and its' counsel since the date of this Order, as alleged by Plaintiffs in their Motion and attached exhibits, do not represent the sort of expeditious action this Court expected when issuing the Order.

**IT IS FURTHER ORDERED** that Defendant shall not send out a test e-mail containing an unsubscribe option for campaign materials prior to the sending of any campaign materials. Pursuant to the Court's ruling, Defendants are entitled, to include an unsubscribe option on candidate communications, allowing recipients to unsubscribe from *future* receipt of campaign materials. Such action conforms to the union's past practice. Def.'s Opp'n., Decl. of Myke Reid. ¶ 6.

**SO ORDERED.**

\_\_\_\_/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge