UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:13-cv-1228 (CKK) |
| ) | |
| AMERICAN POSTAL WORKERS UNION, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF
TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**

Defendant American Postal Workers Union, AFL-CIO asks the Court for an extension of time to October 7, 2013, to respond to the plaintiffs' First Amended Complaint in the above-captioned matter. This is the defendant's first request for additional time to respond.

The plaintiffs filed their First Amended Complaint on September 11, 2013, which makes the defendant's response due on September 30, 2013. The defendant requests a short extension of time of one week to respond because it must prepare for and attend five days of previously-scheduled arbitration hearings and submit briefs in two other arbitration cases over the next two weeks. Counsel for the defendant has conferred with counsel for the plaintiffs who consents to this motion. The defendant requests, therefore, that this motion be granted, and that its time for filing a response to the First Amended Complaint be extended to and including **October 7, 2013**.

Respectfully submitted,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

*/s/ Melinda K. Holmes*
Melinda K. Holmes
1300 L Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 898-1707
mholmes@odsalaw.com