UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, et al.  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>AMERICAN POSTAL WORKERS UNION,  )<br>  )<br>Defendant.  )  | Case No. 1:13-cv-1228 (CKK) |

**ORDER**

Based on Defendant's Motion for Extension of Time to Respond to the First Amended Complaint and the entire record herein, it is hereby ORDERED that:

1. Defendant's motion is granted.

2. Defendant shall file its response to Plaintiff's First Amended Complaint no later than **October 7, 2013**.

Dated:

_____
Judge Colleen Kollar-Kotelly