UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, et al.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN POSTAL WORKERS UNION,<br><br>　　　　Defendant. | Case No. 1:13-cv-1228 (CKK) |

ORDER

Based on Defendant's Motion for Extension of Time to Respond to the First Amended Complaint and the entire record herein, it is hereby ORDERED that:

1. Defendant's motion is granted.

2. Defendant shall file its response to Plaintiff's First Amended Complaint no later than **October 7, 2013**.

Dated: Sept. 24, 2013

　　　　　　　　　　　　　　　　　　　　　　　Colleen Kollar-Kotelly
　　　　　　　　　　　　　　　　　　　　　　　Judge Colleen Kollar-Kotelly

