UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARK DIMONDSTEIN, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERICAN POSTAL WORKERS UNION, )<br>AFL-CIO, )<br>)<br>Defendant. ) | Case No. 1:13-cv-1228 (CKK) |

## DECLARATION OF HANNAH LIVELY

I, Hannah Lively, in lieu of an affidavit as permitted by 28 U.S.C. Section 1746, declare as follows:

1. I am an employee of the American Postal Workers Union, AFL-CIO. My office is located at 1300 L Street, NW, Washington, DC 20005.

2. One of my job responsibilities is to provide administrative support to the APWU 2013 National Election Committee.

3. Attached as Exhibit 1 is an email I sent at the NEC's direction to the candidates regarding the change to the email subject line requirement.

4. Attached as Exhibit 2 is an email I sent at the NEC's direction to Kelly Press regarding the change to the email subject line requirement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2013.

_____
Hannah Lively

# DECLARATION OF HANNAH LIVELY EXHIBIT 1

# Hannah Lively

| | |
|---|---|
| **From:** | APWU Election Committee |
| **Sent:** | Monday, September 09, 2013 11:28 AM |
| **To:** | 'Jeff Beaton (jeffbeatonfornba@yahoo.com)' |
| **Subject:** | Addendum to Rules Governing 2013 APWU National Elections |

This is in further reference to the e-mail you received on September 3, 2013 regarding the availability of e-mail addresses of all members that are on file with the APWU for the 2013 Election of National Officers.

The September 3, 2013 e-mail had six (6) requirements for sending e-mail campaign literature.  Please be advised that the third requirement, "The subject line for all e-mail campaign literature will be '2013 APWU National Officers Elections'" has been deleted.

Any questions should be addressed to the APWU Election Committee at apwuelectioncommittee@apwu.org.

1

# DECLARATION OF HANNAH LIVELY EXHIBIT 2

# Hannah Lively

**From:** Hannah Lively
**Sent:** Monday, September 09, 2013 9:51 AM
**To:** 'Stacie Rudy'
**Subject:** Subject Line for Campaign E-mails

Stacie,

Per our conversation, candidates sending an e-mail are permitted to use the subject line of their choice.

Thank you,

Hannah Lively
Executive Assistant to the Secretary-Treasurer
1300 L Street, NW
Washington, DC 20005
(202) 842-4205 (phone)
(202) 842-8530 (fax)
hlively@apwu.org

1