UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:13-cv-1228 (CKK) |
| AMERICAN POSTAL WORKERS UNION, AFL-CIO | ) |
| Defendant. | ) |

**ORDER**

In consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Plaintiffs' response thereto, as well as the entire record in this case, it is this \_\_\_\_\_ day of _____, 2013, hereby

**ORDERED** that Defendant's motion to dismiss is granted.

**IT IS FURTHER ORDERED** that Plaintiff's First Amended Complaint is dismissed.

**SO ORDERED**.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge