UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 13-1228 |
| ) | |
| AMERICAN POSTAL WORKERS UNION, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT
IN RESPONSE TO COURT'S OCTOBER 10 MINUTE ORDER**

On October 10, 2013, the Court directed the parties to address the fact that three of the plaintiffs — Mark Dimondstein, Tony McKinnon, and Debbie Szeredy — have won their elections and to discuss the effect of these election results on this litigation and Defendant's pending motion to dismiss, including any loss in adversity between the parties.

The parties believe that a response to this question is premature. Under the APWU's schedule, the inauguration of the newly elected officers will not occur until November 7, and the parties are attempting to negotiate a global resolution of the issues in this litigation that could be effected by a consent order before the inauguration occurs. The Court is urged to set a date, such as October 29, fourteen days from today, for the parties to file a proposed order or, at least, to report back about the progress of their discussions.

Respectfully submitted,

| | |
|---|---|
| O'DONNELL, SCHWARTZ & ANDERSON, P.C.<br><br>By: */s/ Melinda K Holmes*<br>Melinda K. Holmes (DC Bar No. 458043)<br>Darryl J. Anderson (DC Bar No. 154567)<br>1300 L Street NW Suite 1200<br>Washington, DC 20005-4178<br>Telephone: (202) 898-1707<br>Facsimile: (202) 682-9276<br>mholmes@odsalaw.com<br>danderson@odsalaw.com<br><br>Attorneys for Defendant<br><br>October 15, 2013 | /s/ Paul Alan Levy<br>Paul Alan Levy (DC Bar No. 946400)<br>Jehan A. Patterson (DC Bar No. 1012119)<br><br>Public Citizen Litigation Group<br>1600 20th Street NW<br>Washington, D.C. 20009<br>(202) 588-1000 (voice)<br>(202) 588-7795 (facsimile)<br>plevy@citizen.org<br>jpatterson@citizen.org<br><br>Attorneys for Plaintiffs |