UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 13-1228 |
| | ) |
| AMERICAN POSTAL WORKERS UNION, | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION TO EXTEND TIME
TO RESPOND TO MOTION TO DISMISS**

Because the parties are meeting in person on October 23, 2013, to review a proposed resolution of the merits of the action, the parties ask the Court to extend plaintiffs' time to respond to defendants' motion to dismiss this action, from October 24, 2013, when plaintiffs' response is now due, until October 29, 2013, the date by which the parties must report on the status of their discussions.

Respectfully submitted,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By: */s/ Melinda K Holmes*
Melinda K. Holmes (DC Bar No. 458043)
Darryl J. Anderson (DC Bar No. 154567)
1300 L Street NW Suite 1200
Washington, DC 20005-4178
Telephone: (202) 898-1707
Facsimile: (202) 682-9276
mholmes@odsalaw.com
danderson@odsalaw.com

Attorneys for Defendant

October 20, 2013

 */s/ Paul Alan Levy*
Paul Alan Levy (DC Bar No. 946400)
Jehan A. Patterson (DC Bar No. 1012119)

Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-1000 (voice)
(202) 588-7795 (facsimile)
plevy@citizen.org
jpatterson@citizen.org

Attorneys for Plaintiffs