UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARK DIMONDSTEIN, et al. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:13-cv-1228 (CKK) |
| AMERICAN POSTAL WORKERS UNION, | ) ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION TO WITHDRAW
DEFENDANT'S PENDING MOTIONS**

Defendant American Postal Workers Union, AFL-CIO asks the Court for permission to withdraw its two pending motions, Defendant's Motion to Dismiss [32] and Defendant's Motion for Summary Judgment [9]. The motions are no longer necessary because the parties have come to a resolution of the litigation as will be presented to the Court in a separate motion.

Plaintiffs consent to this motion.

Respectfully submitted,

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

/s/ Melinda K. Holmes
Melinda K. Holmes
1300 L Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 898-1707
mholmes@odsalaw.com