# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, et al. | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:13-cv-1228 (CKK) |
| AMERICAN POSTAL WORKERS UNION, | ) |
| Defendant. | ) |

**ORDER**

Based on Defendant's Consent Motion to Withdraw Defendant's Pending Motions, it is hereby ORDERED that Defendant's motion is GRANTED. It is further ORDERED that Defendant's Motion to Dismiss [32] and Motion for Summary Judgment [9] are considered withdrawn.

Dated: _____

_____

Judge Colleen Kollar-Kotelly