UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK DIMONDSTEIN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 13-1228 |
| ) | |
| AMERICAN POSTAL WORKERS UNION, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR ENTRY OF CONSENT ORDER**

The parties jointly move the Court to enter the attached proposed Consent Order as the final disposition of the merits of the litigation.

Respectfully submitted,

| | |
|---|---|
| O'DONNELL, SCHWARTZ & ANDERSON, P.C. | /s/ Paul Alan Levy |
| | Paul Alan Levy (DC Bar No. 946400) |
| | Jehan A. Patterson (DC Bar No. 1012119) |
| By: /s/ Melinda K Holmes | |
| Melinda K. Holmes (DC Bar No. 458043) | Public Citizen Litigation Group |
| Darryl J. Anderson (DC Bar No. 154567) | 1600 20th Street NW |
| 1300 L Street NW Suite 1200 | Washington, D.C. 20009 |
| Washington, DC 20005-4178 | (202) 588-1000 (voice) |
| (202) 898-1707 (voice) | (202) 588-7795 (facsimile) |
| (202) 682-9276 (facsimile) | plevy@citizen.org |
| mholmes@odsalaw.com | jpatterson@citizen.org |
| danderson@odsalaw.com | |
| | Attorneys for Plaintiffs |
| Attorneys for Defendant | |

October 24, 2013