UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK DIMONDSTEIN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 13-1228 |
| | ) | |
| AMERICAN POSTAL WORKERS UNION, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF CONSENT ORDER**

The parties jointly move the Court to enter the attached proposed Consent Order as the final disposition of the merits of the litigation.

Respectfully submitted,

O'DONNELL, SCHWARTZ &
ANDERSON, P.C.

By:  */s/ Melinda K Holmes*
Melinda K. Holmes (DC Bar No. 458043)
Darryl J. Anderson (DC Bar No. 154567)
1300 L Street NW Suite 1200
Washington, DC 20005-4178
(202) 898-1707 (voice)
(202) 682-9276 (facsimile)
mholmes@odsalaw.com
danderson@odsalaw.com

Attorneys for Defendant

October 28, 2013

  /s/ Paul Alan Levy
Paul Alan Levy (DC Bar No. 946400)
Jehan A. Patterson (DC Bar No. 1012119)

Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-1000 (voice)
(202) 588-7795 (facsimile)
plevy@citizen.org
jpatterson@citizen.org

Attorneys for Plaintiffs

-1-